# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 06-7561 PA (CWx) | Date | February 7, 2007 |
| Title | TrafficSchool.com, Inc., et al. v. eDriver, Inc., et al. | | |

Present: The Honorable PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| C. Kevin Reddick | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None  None

**Proceedings:**  IN CHAMBERS

The scheduling conference currently on calendar for Monday, February 12, 2007, at 10:30 a.m. is hereby continued to Monday, March 12, 2007, at 10:30 a.m.

IT IS SO ORDERED.

DOCKETED ON CM
FEB - 8 2007
BY _____ 022

Initials of Preparer