# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 06-7561 PA (CWx) | Date | March 12, 2007 |
| Title | TrafficSchool.com, Inc., et al. v. eDriver, Inc., et al. | | |

Present: The Honorable PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| C. Kevin Reddick | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None  None

**Proceedings:** IN CHAMBERS

The Court has received the parties' joint 26(f) report and finds that a scheduling conference is not necessary. Dates set by the Court in this action are listed in the "Schedule of Trial and Pretrial Dates" attached to this order. The dates set by the Court are firm dates. Absent extraordinary circumstances, which must satisfy the requirements of Federal Rule of Civil Procedure 16(b) and be brought to the Court's attention in a timely manner, the Court will not modify these dates. The scheduling conference currently on calendar for Monday, March 19, 2007, at 10:30 a.m. is hereby vacated, and the matter taken off calendar.

The Court refers the parties to the Attorney Settlement Officer Panel for a Local Civil Rule 16-14 Settlement Conference. Within ten (10) days, the parties shall: obtain the consent of the Attorney Settlement Officer who will conduct the settlement conference; notify the Attorney Settlement Officer Panel Coordinator (at 213-894-8249) of the consent; and file form ADR-2, Stipulation Regarding Selection of Attorney Settlement Officer. If the parties have not selected and obtained the consent of an Attorney Settlement Officer within ten (10) days, one shall be randomly assigned by the Attorney Settlement Officer Panel Coordinator appointed by the court. Forms and a list of Attorney Settlement Officers are available on the court's website located at www.cacd.uscourts.gov. Alternatively, the parties may agree to utilize the services of a private mediator. If the parties elect to use a private mediator, the parties shall file within ten (10) days a notice of election to use a private mediator identifying the chosen mediator.

IT IS SO ORDERED.

Initials of Preparer

# U.S. District Judge Percy Anderson
# Schedule of Trial and Pretrial Dates

| CASE NO.: | CV 06-07561 |
|---|---|

| PARTIES: | TrafficSchool.com, Inc., et al.<br>-v-<br>eDriver, Inc., et al. |
|---|---|
| COMPLAINT FILED: | 11/28/06 |

| TRIAL TYPE: | JURY |
|---|---|

SETTLEMENT CHOICE:
Court/Magistrate
Attorney Settlement Panel
Outside ADR
Judicial Settlement Panel

| DATE | MATTER |
|---|---|
| 10/30/07 | Jury Trial at 9:00 a.m. |
| 10/25/07 | File Final Trial Exhibit Stipulation |
| 10/22/07 | Hearing on Motions in Limine at 1:30 p.m.<br>Hearing on Disputed Jury Instructions at 1:30 p.m. |
| 10/05/07 | Final Pretrial Conference at 1:30 p.m.<br>Motions in Limine to be Filed<br>Proposed Voir Dire Questions & Agreed-to Statement of Case |
| 09/21/07 | Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation<br>File Contentions of Fact & Law<br>Exhibit & Witness Lists<br>File Status Report Regarding Settlement<br>File Agreed Upon Set of Instructions & Verdict Forms<br>File Joint Statement Regarding Disputed Instructions, Verdicts, etc... |
| 09/03/07 | Last Date to Conduct Settlement Conference |
| 08/27/07 | Last Day for Hearing Motions |
| 08/20/07 | Discovery Cut-off |
| 05/07/07 | Last Date to Amend Pleadings or Add Parties |