ORIGINAL

SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TrafficSchool.com, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 06-7561 PA (CWx) |
| v. | |
| eDriver, Inc., et al. | STIPULATION REGARDING SELECTION OF ATTORNEY SETTLEMENT OFFICER |
| Defendant(s). | |

**CHECK ONLY ONE BOX:**
**Pursuant to the ADR Pilot Program:**

☐ The parties stipulate that _____ may serve as the Attorney Settlement Officer for an early settlement conference in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the early settlement conference.

☐ The parties stipulate that _____ may serve as the Attorney Settlement Officer for a Local Civil Rule 16-14 Settlement Conference in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the Local Civil Rule 16-14 Settlement Conference.

☐ The parties request the Program Coordinator to randomly assign an Attorney Settlement Officer in the above-captioned case from the following area of law: _____

**Pursuant to Local Rule 16-14.4, Settlement Procedure No. 2:**

☑ The parties stipulate that Joseph Markowitz _____ may serve as the Attorney Settlement Officer for the settlement proceedings in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the settlement proceedings.

☐ The parties request the Program Coordinator to randomly assign an Attorney Settlement Officer for the settlement proceedings in the above-captioned case from the following area of law: _____

Dated: March 21, 2007          _____
                                Attorney For Plaintiff

Dated:_____          _____
                                Attorney For Plaintiff

Dated: March 22, 2007          _____
                                Attorney For Defendant

Dated:_____          _____
                                Attorney For Defendant

Attorney for Plaintiff to file original and one copy with the court and serve:
*Attorney Settlement Officer Panel Coordinator, U.S. Courthouse, 312 N. Spring Street, Rm. 909C, Los Angeles, CA 90012*

ADR-02 (7/06)    STIPULATION REGARDING SELECTION OF ATTORNEY SETTLEMENT OFFICER

DOCKETED ON CM
MAR 26 2007
BY _____ 022

# PROOF OF SERVICE
Trafficschool.com, Inc. v. Edriver, Inc. - File No. 25162.14

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On March 23, 2007, I served the following document described as **STIPULATION REGARDING SELECTION OF ATTORNEY SETTLEMENT OFFICER** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

Brian M. Daucher, Esq.
Michelle M. Lovoie, Esq.
Joseph H. Tadros, Esq.
**SHEPPARD MULLIN RICHTER & HAMPTON**
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
bdaucher@sheppardmullin.com
jtadros@sheppardmullin.com

Attorney Settlement Officer Panel Coordinator
United States Courthouse
312 N. Spring Street, Room 909C
Los Angeles, California 90012

[X]  (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ]  I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X]  I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 23, 2007, at Los Angeles, California.

Vicki Towles

4839-5992-1153.1