

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-7561 PA (CWx) | Date | July 2, 2007 |
|---|---|---|---|

| Title | TrafficSchool.com, Inc., et al. v. eDriver, Inc., et al. |
|---|---|

Present: The Honorable PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| C. Kevin Reddick | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

None                                    None

**Proceedings:**   IN CHAMBERS - COURT ORDER

    Before the Court is an Ex Parte Application for Order Extending Time to Exchange Report of Rebuttal Expert and Declarations in Support Thereof filed by defendants eDriver, Inc. and Online Guru, Inc.(collectively "defendants"). Plaintiffs Trafficschool, Inc. and Drivers Ed Direct, LLC oppose the application. Defendants seek to extend the deadline to produce their rebuttal expert witness report in response to plaintiffs' survey from July 16 to August 31, 2007.

    After reviewing the application and the memorandum in support of and in opposition to the request, the Court grants application in part and denies it in part. Defendants shall have until August 6, 2007 in which to produce their rebuttal expert witness report in response to plaintiffs' survey. The deadline for hearing motions is extended to September 10, 2007. All other trial and pretrial deadlines remain unchanged.

    IT IS SO ORDERED.



| CV-90 (06/04) | CIVIL MINUTES - GENERAL | Page 1 of 1 |
|---|---|---|