# ORIGINAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CV 06-7561 PA (CWx) | Date August 7, 2007 |
| Title | Trafficschool.com, Inc., et al. v. Edriver, Inc., et al. | |

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| C. Kevin Reddick | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

Before the Court is defendants' application and proposed order to file under seal defendants' motion for summary judgment, separate statement of undisputed facts and compendium of declarations and exhibits ("Motion")  Defendants contend that their Motion be filed under seal because "confidential information is incorporated into the motion, the separate statement of undisputed facts and the supporting declarations."

The Court's review of the documents submitted with defendants' motion indicates that very few of those materials, for example the separate statement, are subject to the Protective Order issued by the Court or otherwise qualify to be filed under seal.  The Court therefore denies the defendants' application and orders that the documents be returned to counsel.

When defendants resubmit their motion for summary judgment, they should only seek to have those documents or exhibits containing protected material filed under seal pursuant to an appropriate ex parte application under Local Rule 79-5.[1]  Any such ex parte application should comply with the requirements of Local Rule 7-19.

IT IS SO ORDERED.



---

[1]     The defendants may also utilize the procedure set forth in Local Rule 79-5.4 for sensitive financial information.