DAVID N. MAKOUS (State Bar # 082409)
makous@lbbslaw.com
MINA I. HAMILTON (State Bar # 213917)
hamilton@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

FILED
CLERK, U.S. DISTRICT COURT
AUG 3 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ORIGINAL

LODGED

Attorneys for Plaintiffs
TRAFFICSCHOOL.COM, INC. and DRIVERS ED DIRECT, LLC, California companies.

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,

Plaintiffs,

vs.

EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, RAJ LAHOTI, individuals,

Defendants.

Case No. CV 06-7561 PA (Cwx)
The Honorable Percy Anderson.
The Honorable Carla Woehrle.

**NOTICE OF MOTION BY PLAINTIFFS' TO COMPEL THE PRODUCTION OF DOCUMENTS AND REQUEST FOR SHORTENED HEARING OF SAME; [PROPOSED] ORDER RE: SAME**

[Filed Concurrently with Joint Stipulation of the Parties Regarding Plaintiffs' Motion to Compel the Production of Documents and For Shortened Hearing Of Same, Declaration of Mina I. Hamilton in Support of Motion and Declarations of Brian M. Daucher and Steve Moretti in Opposition]

Hearing Date: 8/28/2007
*Requested* Hearing Date: 8/14/2007
Time: 10:00 a.m.
Place: Hon. Carla Woehrle
Los Angeles, Roybal, Crt. No. 640

| Trial Date: | 10/30/2007 |
| --- | --- |
| Pretrial Date: | 10/5/2007 |
| Discovery Cut-Off: | 8/20/07 |

DOCKETED ON CM
AUG - 8 2007
BY 022

46

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs TRAFFICSCHOOL.COM, INC. and DRIVERS ED DIRECT, LLC ("Plaintiffs"), on August 14, 2007 at 10:00 a.m., in Courtroom 640 of the United States Courthouse, 255 East Temple Street, Los Angeles, California (or as soon after as the Court may allow), will and hereby does move the court for the production of documents as set forth in the joint stipulation of the parties concurrently filed herewith.

The parties have jointly requested a shortened time for hearing the motion to be August 14, 2007, before the close of discovery on August 20, 2007. See, Joint Stipulation. Good cause exists for this request as it is not based on the lack of diligence of the parties. On April 24, 2007, Plaintiffs served their request for documents on Defendants Online Guru, Inc. and Edriver, Inc. (Defendants' Answer to the FAC was filed on April 4, 2007). In May 2007, counsel for both parties participated in lengthy discussions in an effort to resolve their differences and achieved some resolution, but agreed to further confer on others. On June 1, 2007, Defendants served their responses to Plaintiffs discovery requests. Defendants' produced some documents on Friday, June 22 and thereafter before the first deposition in the case on June 29, 2007.

Plaintiffs believe the production is inadequate and improper in the respects that are addressed in the joint stipulation and the parties in July diligently sought to confer to obviate the need for a motion to compel or at least to narrow the issues in dispute, to no avail. The Plaintiffs submitted their portion of the joint stipulation to Defendants and granted Defendants an extension of time to provide their portion due to a family emergency of Defendants' counsel, as stated in the Joint Stipulation.

This motion follows the meeting of counsel pursuant to Local Rule 7-3. The meeting of counsel took place first in May, 2007 and continued from time to time thereafter.

This Motion is filed concurrently with the following documents:

1. Joint Application of the Parties to File Documents Under Seal; [Proposed] Order Thereon;
2. Joint Stipulation of the Parties Regarding Plaintiffs' Motion to Compel the Production of Documents and For Shortened Hearing of Same;
3. Declaration of Mina I. Hamilton In Support of Motion and Exhibits;
4. Declarations of Brian M. Daucher and Steve Moretti in Opposition and Exhibits.

The motion is also based on the Court's files, and such further evidence and argument as the Court may require.

DATED: August 3, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By [signature]
Mina I. Hamilton
Attorneys for Plaintiffs
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC,
California companies.

Having considered the Application by the parties, and finding good cause therefor, the application for a shortened hearing time is granted.

**IT IS SO ORDERED.**

DATED: August 8, 2007

[signature]
UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

Trafficschool.com, Inc. v. Edriver, Inc. - File No. 25162.14

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 N. Figueroa Street, Suite 1200, Los Angeles, California, 90012.

On August 3, 2007, I served the following document described as **NOTICE OF MOTION BY PLAINTIFFS' TO COMPEL THE PRODUCTION OF DOCUMENTS AND REQUEST FOR SHORTENED HEARING OF SAME; [PROPOSED] ORDER RE: SAME** all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

Brian M. Daucher, Esq.
Joseph H. Tadros, Esq.
SHEPPARD MULLIN RICHTER & HAMPTON
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 513-5100
bdaucher@sheppardmullin.com
jtadros@sheppardmullin.com

[X] (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X] I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 3, 2007 at Los Angeles, California.

CORA RUVALCABA