Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 06-7561 PA (Cwx) | Date August 14, 2007 |
| Title Trafficschool.com, Inc., et al. v. Edriver, Inc., et al. | |

Present: The Honorable Carla M. Woehrle, United States Magistrate Judge

| Donna Y. Thomas | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mina L. Hamilton | Brian Daucher/Ashley E. Merlo |

**Proceedings:** Plaintiffs' Motion to Compel Production of Documents

Plaintiffs' motion is **GRANTED IN PART** and further production with respect to particular requests is ordered as stated on the record. Counsel for plaintiffs to prepare and submit proposed order. Counsel are to meet and confer regarding documents to be submitted for unsealed court filing.

cc: Counsel of Record



DOCKETED ON CM
AUG 15 2007
BY _____ 056

Initials of Preparer

CV-90 (06/04)      CIVIL MINUTES - GENERAL      Page 1 of 1