DAVID N. MAKOUS (State Bar # 082409)
makous@lbbslaw.com
DANIEL C. DECARLO (State Bar # 160307)
decarlo@lbbslaw.com
MINA I. HAMILTON (State Bar # 213917)
hamilton@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiffs
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC, California companies.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EDRIVER, INC., a California corporation; ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No. CV 06-7561 PA (CWx)<br><br>The Honorable Percy Anderson<br><br>[ERRATA TO] PLAINTIFFS' **EX PARTE** APPLICATION AND [PROPOSED] ORDER TO **FILE UNDER SEAL** DOCUMENTS IN SUPPORT OF THEIR MOTION:<br><br>(1) MEMORANDUM;<br>(2) SEPARATE STATEMENT OF UNDISPUTED FACTS; AND<br>(3) COMPENDIUM OF DECLARATIONS AND EXHIBITS<br><br>Date: September 10, 2007<br>Time: 1:30 p.m.<br>Crtm.: 15 |

4811-2421-0689.1
[ERRATA TO] PLAINTIFFS' EX PARTE APPLICATION TO FILE UNDER SEAL & [PROPOSED] ORDER

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Pursuant to Local rules 79.5 and 7-19 and the protective order entered in this case, plaintiffs TrafficSchool.com, and Drivers Ed Direct, LLC ("Plaintiffs") hereby apply *ex parte* for permission to file under seal Plaintiffs' Memorandum, Separate Statement of Undisputed Facts, and Compendium of Declarations and Exhibits, which support Plaintiffs' Motion for Summary Judgment.

The grounds for this application are that (a) several of the exhibits accompanying the declarations supporting Plaintiffs' motion have been designated by either Plaintiffs and Defendants as "Confidential" or Confidential - Attorneys'Eyes Only"; (b) related confidential information is incorporated into the memorandum and the separate statement of undisputed facts; (c) the memorandum, statement of undisputed facts, and compendium of declarations and exhibits cannot be reviewed without the designated information; and (d) Plaintiffs have filed redacted versions of the aforementioned documents in open court, thereby putting as much information in the public record as possible while protecting and respecting the confidential designations in this case.

/ / /

/ / /

/ / /

/ / /

Pursuant to Local Rule 7-19.1, Plaintiffs have provided notice of this application to counsel for Defendants on August 16, 2007 and prior thereto. Counsel for Defendants have indicated that they do not intend to oppose the application.

DATED: August 21, 2007

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
David N. Makous
Daniel C. DeCarlo
Mina I. Hamilton
Attorneys for Plaintiffs
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC, California companies.

**IT IS SO ORDERED.**

DATED: Aug. 29, 2007

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE
Trafficschool.com v. Edriver, Inc. - File No. 25162-14

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On August 21, 2007, I served the following document described as **[ERRATA TO] PLAINTIFFS' EX PARTE APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

Brian M. Daucher, Esq.
Joseph H. Tadros, Esq.
Amy Merlo, Esq.
SHEPPARD MULLIN RICHTER & HAMPTON
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 513-5100
bdaucher@sheppardmullin.com
jtadros@sheppardmullin.com
amerlo@sheppardmullin.com

[X]  (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ]  I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X]  I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 21, 2007, at Los Angeles, California.

_Vicki Towles_
Vicki Towles

4828-8588-3905.1