# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-7561 PA (CWx) | Date | September 5, 2007 |
|---|---|---|---|
| Title | TrafficSchool.com, Inc., et al. v. eDriver, Inc., et al. | | |

Present: The Honorable PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| C. Kevin Reddick | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

None      None

**Proceedings:**      IN CHAMBERS

Before the Court are plaintiffs' <u>ex parte</u> applications to continue the pretrial and trial dates and for an order shortening time in which to hear plaintiffs' Motion to Strike Declaration of Joseph Tadros. The Court denies both <u>ex parte</u> applications

IT IS SO ORDERED.



Initials of Preparer