# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 06-7561 PA (Cwx) | Date | September 17, 2007 |
|---|---|---|---|
| Title | Trafficschool.com, Inc., et al. v. Edriver, Inc., et al. | | |

Present: The Honorable  Carla M. Woehrle, United States Magistrate Judge

| Donna Y. Thomas | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

n/a                                                    n/a

**Proceedings:**   Defendants' Ex Parte Application to Shorten Time on Motion to Compel [Dkt. No. 107]

Defendants' ex parte application is **denied without prejudice**. The existing scheduling order provides that the last date for hearing discovery motions before the magistrate judge was August 20, 2007. Defendants' motion to compel, lodged on September 12, 2007, and noticed for hearing on October 3, 2007, is accordingly untimely. The motion is to be lodged only, subject to being renoticed and calendared for hearing in the event that the scheduling order is modified.

cc:   Counsel of Record

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED
BY FAX DELIVERY ON PLAINTIFF/DEFENDANT (OR PARTIES)
AT THEIR RESPECTIVE MOST RECENT FAX NUMBER OF RECORD
IN THIS ACTION ON THIS DATE.

DATE: 9-17-07

DEPUTY CLERK

DOCKETED ON CM
SEP 18 2007
BY _____ 056

Initials of Preparer

---
CV-90 (06/04)    CIVIL MINUTES - GENERAL    Page 1 of 1