# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No | CV 06-7561 PA (CWx) | Date | October 5, 2007 |
|---|---|---|---|
| Title | TrafficSchool.com, Inc., et al. v. eDriver, Inc., et al. | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Cheryl Smith-Lintner | Miriam V. Baird | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:

David Makous
Mina Hamilton
Daniel C DeCarlo

Attorneys Present for Defendants:

Brian Daucher
Ashley E. Merlo

**Proceedings:**   PRETRIAL CONFERENCE

A pretrial conference is held. Court and counsel confer regarding trial estimates, motions in limine, witnesses, and jury instructions. Counsel shall submit proffers for certain witnesses as identified in the record. Counsel shall meet and confer to resolve disputed jury instructions and alternatives to trial by jury The parties shall notify the Court by October 12, 2007 if wish to waive their right to a jury trial. Oppositions to the motions in limine shall be filed by October 12, 2007 A further pretrial conference is scheduled for October 16, 2007, at 3:00 p.m.

DOCKETED ON CM
OCT 10 2007
BY _____ 022
23

59

Initials of Preparer   CASL