ORIGINAL

AMENDED

P SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7561 PA (CWx) | Date | October 17, 2007 |
|---|---|---|---|
| Title | Trafficschool.com, Inc. v. Edriver, Inc., *et al.* | | |

---

**Present: The Honorable** PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| C. Kevin Reddick | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Présent for Plaintiff:      Attorneys Present for Defendants:

None              None

**Proceedings:**     **IN CHAMBERS - COURT ORDER**

<u>Designation of Deposition Testimony.</u>    If a party desires to offer deposition testimony into evidence at trial in its case-in-chief, on or before October 19, 2007, it shall designate only those relevant portions of the testimony it wishes offer at trial and advise opposing counsel and the court whether the testimony shall be read, played on videotape or on a computer, or submitted. All objections and responses to any such testimony shall be made in writing and filed on October 22, 2007, so the court may consider whether ruling on such objections at the final pretrial conference will either facilitate the conduct of the trial or result in the disposition of certain evidentiary matters that may assist continuing settlement negotiations.

1.  The objecting party shall quote testimony with any objections immediately following the quoted testimony. Objections should be organized **to track the page and line numbers of the deposition designations in sequence**. The objecting party should identify the specific page and line numbers to which objection is made, the ground of the objection, and a citation to Federal Rules of Evidence **(you may attach the deposition transcript and note objections in the margin)**. The party offering the testimony may submit a brief one or two line response to the objection. The following is an example of the format contemplated by the Court:

<u>Disputed Testimony of Tom Jones (42:14-15, 22; 43:7-8, 17-25):</u>

    Page 42

    14   Q.   How many managers overall at Ruiz &
    15          Flint?
    22   A.   I do not know.

DOCKETED ON CM
OCT 17 2007

AMENDED

P SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 06-7561 PA (CWx)     Date   October 17, 2007

Title    Trafficschool.com, Inc. v. Edriver, Inc., *et al.*

Page 43

| | | |
|---|---|---|
| 7 | Q. | Continuing by Mr. Scotten) How many |
| 8 | | partners does Ruiz & Flint have? |
| 17 | A. | For a certainty, I do not know. |
| 18 | Q. | (Continuing by Mr. Scotten) Do you know |
| 19 | | Mr. Eugene Ruiz |
| 20 | A. | Yes, sir. |
| 21 | Q. | What's his position at Ruiz & Flint? |
| 22 | A. | I would speculate that he's a partner and |
| 23 | | owner |
| 24 | Q. | Anything else? |
| 25 | A. | Not -- that's just common sense. I mean |

Defendants' Objections:

Page 42:14-15, 22: Irrelevant, Fed. R. Evid. 801, 802.; Page 43:21-25: No foundation, Fed. R. Evid. 401.

Plaintiff's Response:

Mr. Rosner was the corporate representative for Ruiz & Flint.

2. <u>Do not submit blanket or boilerplate objections: these will be disregarded and overruled.</u>

3. On or before October 24, 2007, the parties shall exchange counter-designations of deposition testimony. Counter-designations are to be made only for completeness and shall be contained in a separate document. Counter-designations are not a substitute for deposition testimony a party wishes to play in its case in chief. Objections to counter-designations are to be made on or before October 26, 2007.

IT IS SO ORDERED.