# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-7561 PA (CWx) | Date | October 16, 2007 |
|---|---|---|---|
| Title | TrafficSchool.com, Inc., et al. v. eDriver, Inc., et al. | | |

Present: The Honorable PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Ricardo Juarez | Leandra Amber | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:

David Makous
Mina Hamilton
Daniel C. DeCarlo

Attorneys Present for Defendants:

Brian Daucher
Ashley E. Merlo

**Proceedings:** PRETRIAL CONFERENCE

A pretrial conference is held. Court and counsel confer regarding damages and witnesses. A further pretrial teleconference is scheduled for October 17, 2007 at 11:00 a.m.



Initials of Preparer  RJ