# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-7561 PA (CWx) | Date | October 17, 2007 |
|---|---|---|---|

| Title | TrafficSchool.com, Inc., et al. v. eDriver, Inc., et al. |
|---|---|

Present: The Honorable PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Ricardo Juarez | Leandra Amber | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:

David Makous - telephonic
Mina Hamilton - telephonic
Daniel C. DeCarlo - telephonic

Attorneys Present for Defendants:

Brian Daucher - telephonic
Ashley E. Merlo - telephonic

**Proceedings:** TELEPHONIC PRETRIAL CONFERENCE

A telephonic pretrial conference is held. Court and counsel confer regarding proposed testimony of witnesses, objections to testimony, cross-examination of witnesses, trial briefs and mediation. The parties are hereby ordered to exchange declarations and full deposition transcripts by noon on Tuesday, October 23, 2007; objections must be made by noon on Thursday, October 25, 2007. (See separate minute order regarding designation of deposition testimony and objections.) The hearing on pending Motions in Limine, originally scheduled for October 22, 2007, is hereby vacated.

DOCKETED ON CM
OCT 19 2007

47

Initials of Preparer RJ