P-SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.  CV 06-7561 PA (CWx)                             Date   October 18, 2007

Title   TrafficSchool.com, Inc., et al. v. eDriver, Inc., et al.

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| C. Kevin Reddick | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

None                                             None

**Proceedings:**     IN CHAMBERS – COURT ORDER

The hearing for the parties' motions in limine, currently calendared for October 22, 2007, is continued to Friday, October 26, 2007 at 10:30 a.m.

IT IS SO ORDERED.

Initials of Preparer

cc



CV-90 (06/04)                          CIVIL MINUTES - GENERAL                          Page 1 of 1