Trafficschool.com.Inc v. Drivers Ed Direct LLCDoc. 155

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 06-7561 PA (CWx) | Date | November 1, 2007 |
| Title | TrafficSchool.com, Inc., et al. v. eDriver, Inc., et al. | | |

Present: The Honorable **PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| C. Kevin Reddick | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:Attorneys Present for Defendants:

NoneNone

**Proceedings:**IN CHAMBERS – COURT ORDER

The parties are advised that the criminal trial has not concluded. The hearing on the parties' motions in limine, currently calendared for November 2, 2007, is continued to November 6, 2007, at 9:00 a.m.

IT IS SO ORDERED.

:

Initials of Preparer

cc: