1  DAVID N. MAKOUS (State Bar # 082409)
   makous@lbbslaw.com
2  DANIEL C. DECARLO (State Bar # 160307)
   decarlo@lbbslaw.com
3  MINA I. HAMILTON (State Bar # 213917)
   hamilton@lbbslaw.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   221 North Figueroa Street, Suite 1200
5  Los Angeles, California 90012-2601
   Telephone: (213) 250-1800
6  Facsimile: (213) 250-7900

7  Attorneys for Plaintiffs
   TRAFFICSCHOOL.COM, INC. and
8  DRIVERS ED DIRECT, LLC, California companies.

ORIGINAL

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| 14  TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company, | Case No. CV 06-7561 PA (CWx) |
| 15 | The Honorable Percy Anderson |
| 16              Plaintiffs, | **PLAINTIFFS' COLOR MARKED RESPONSES** TO DEFENDANTS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW |
| 17       vs. | |
| 18  EDRIVER, INC., a California corporation; ONLINE GURU, INC., | Pre-trial Conference (Cont'd):   Nov. 6, 2007 |
| 19  FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California | 9:00 a.m. |
| 20  corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; | |
| 21  and DOES 1 through 10, | Trial:   TBD-Nov. 6, 2007 |
| 22              Defendants. | |

23

24

25

26

27

28

4824-2432-5122.1

Dockets.Justia.com

Pursuant to the Court's Civil Trial Order, Plaintiffs hereby submit for filing two (2) color marked copies of Defendants' Proposed Findings of Fact and Conclusions of Law and have provided to Defendants a copy of same.

DATED: November 5, 2007       LEWIS BRISBOIS BISGAARD & SMITH LLP

By     _Mina Hamilton_

       DAVID N. MAKOUS
       DANIEL C. DECARLO
       MINA I. HAMILTON
       Attorneys for Plaintiffs

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

**PROOF OF SERVICE**
Trafficschool.com, Inc. v. Edriver, Inc. - File No. 25162-14

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is . I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On November 5, 2007, I served the following document(s):

**PLAINTIFFS' COLOR MARKED RESPONSES TO DEFENDANTS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Brian M. Daucher, Esq.
Joseph H. Tadros, Esq.
Amy Merlo, Esq.
SHEPPARD MULLIN RICHTER & HAMPTON
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 513-5100
bdaucher@sheppardmullin.com
jtadros@sheppardmullin.com
amerlo@sheppardmullin.com

The documents were served by the following means:

[X]     (BY E-MAIL OR ELECTRONIC TRANSMISSION)  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 5, 2007, at Los Angeles, California.

_____
Vicki Towles

4827-8103-8082.1

**PROOF OF SERVICE**
Trafficschool.com, Inc. v. Edriver, Inc. - File No. 25162-14

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is . I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On November 5, 2007, I served the following document(s):

**PLAINTIFFS' COLOR MARKED RESPONSES TO DEFENDANTS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Brian M. Daucher, Esq.
Joseph H. Tadros, Esq.
Amy Merlo, Esq.
SHEPPARD MULLIN RICHTER & HAMPTON
333 S. Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone: (714) 513-5100
bdaucher@sheppardmullin.com
jtadros@sheppardmullin.com
amerlo@sheppardmullin.com

The documents were served by the following means:

[ X ]   (BY PERSONAL SERVICE) I personally delivered the documents to the persons at the addresses listed above. Delivery was made [   ] to the party or attorney listed above, or [ X ] at the party or attorney's office by leaving the documents in an envelope or package clearly labeled to identify the party or attorney being served with a receptionist or individual apparently in charge of the office, or [   ] at the time of delivery, there appeared to be no one in charge, and the envelope of package clearly labeled to identify the party or attorney being served was left in a conspicuous place.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 5, 2007, at Los Angeles, California.

_Michael Lola_

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4843-9171-6354.1