Trafficschool.com.Inc v. Drivers Ed Direct LLC — Doc. 166

BRIAN M. DAUCHER, Cal. Bar No. 174212
ROBERT S. BEALL, Cal. Bar No. 132016
JOSEPH H. TADROS, Cal. Bar No. 239379
ASHLEY E. MERLO, Cal. Bar No. 247997
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
bdaucher@sheppardmullin.com
jtadros@sheppardmullin.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>Defendants. | Case No. CV 06-7561 PA (CWx)<br><br>*The Hon. Percy Anderson*<br><br>**DEFENDANTS' NOTICE OF EFILING OF AMENDED TRIAL DECLARATION OF KENNETH HOLLANDER**<br><br>(Amended Trial Declaration of Kenneth Hollander, e-filed contemporaneously)<br><br>Complaint Filed: November 28, 2006<br>Bench Trial: November 6, 2007 |

**TO THE ABOVE-CAPTIONED COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

In response to objections by plaintiffs that the trial declaration of defendants' expert Kenneth Hollander is in part cumulative of the trial declaration of defendants' expert Itamar Simonson, and pursuant to request of this Court, defendants hereby give notice that they have contemporaneously efiled the Amended Trial Declaration of Kenneth Hollander.

The only amendments to the Hollander declaration consist of the manual <u>deletion</u> (by black marker) of certain portions of the Trial Declaration of Kenneth Hollander specifically:

¶ 10. Entirety.

¶ 12. First sentence.

¶ 14. First two sentences and phrase "unlike Plaintiffs' survey" from last sentence.

¶ 15. First three sentences.

¶ 16. First sentence.

¶ 17. Phrase "unlike the plaintiffs' survey" from last sentence.

¶ 19. First sentence.

No testimony has been added.

Respectfully submitted,

Dated: November 8, 2007

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
BRIAN M. DAUCHER

Attorneys for Defendants

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, employed in the County of Orange; over the age of eighteen years and not a party to the within entitled action or proceeding. My business address is 650 Town Center Drive, 4th Floor, Costa Mesa, California 92626-1993.

On **November 9, 2007**, I served the following document(s) described as: **DEFENDANTS' NOTICE OF EFILING OF AMENDED TRIAL DECLARATION OF KENNETH HOLLANDER** on the interested party(ies) in this action by placing ☒ true copies/☐ originals thereof enclosed in sealed envelopes and/or packages addressed as follows:

David N. Makous, Esq.
Mina I. Hamilton, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 714-513-5130. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I personally delivered such envelope(s) by hand while attending a hearing on the above-captioned matter.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **November 9, 2007**, at Costa Mesa, California.

*[signature]*
Carole Dubienny

-3-