SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 06-7561 PA (CWx) |
| Title: | Trafficschool.com Inc., et al. V. Edriver, Inc., et al. |
| Date | November 6, 2007 |

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUUDGE

| C. Kevin Reddick | Leandra Amber |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| David Makous | Joseph Tadros |
| mina Hamilton | Ashley Merlo |
| Daniel DeCarlo | Brian Daucher |

1st ___ Day Court Trial     ___ Day Jury Trial

- ___ The Jury is impaneled and sworn.
- ___ Opening statements made by
- **X** Witnesses called, sworn and testified.   **X** Exhibits identified.   ___ Exhibits admitted.
- ___ Plaintiff(s) rest.                ___ Defendant(s) rest.
- ___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
- ___ Bailiff(s) sworn.              ___ Jury retires to deliberate.                                ___ Jury resumes deliberations.
- ___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
- ___ Jury polled.                    ___ Polling waived.
- ___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
- ___ Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).
- ___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
- ___ Case submitted.   Briefs to be filed by
- ___ Motion to dismiss by _____   is   ___ granted.   ___ denied.   ___ submitted.
- ___ Motion for mistrial by _____   is   ___ granted.   ___ denied.   ___ submitted.
- ___ Motion for Judgment/Directed Verdict by _____   is   ___ granted.   ___ denied.   ___ submitted.
- ___ Settlement reached and placed on the record.
- ___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- ___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- ___ Trial subpoenaed documents returned to subpoenaing party.
- **X** Case continued to   November 7, 2007 at 8:30 a.m.   for further trial/further jury deliberation.
- ___ Other:

5 : 15

Initials of Deputy Clerk _____

cc: