| NAME & ADDRESS | | FILED<br>CLERK, U.S. DISTRICT COURT<br>NOV - 9 2007<br>CALIFORNIA<br>DEPUTY |
|---|---|---|

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| TRAFFICSCHOOL.COM, INC., et al.,<br>PLAINTIFF(S),<br>v.<br>EDRIVER, INC., et al.,<br>DEFENDANT(S). | CASE NUMBER: CV 06-7561 PA (CWx)<br><br>RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL |
|---|---|

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the __joint__ exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

__11/8/07__
Date

Signature _____ Telephone Number

Counsel for: ☐ Plaintiff ☒ Defendant ☐ _____
(All)

__11-8/07__
Date

Signature _____ Telephone Number

Counsel for: ☒ Plaintiff ☐ Defendant ☐ _____

================================================================================

I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

__11-9-07__
Date

Clerk, U. S. District Court
By _____
Deputy Clerk

cc: Judge    Exhibits Custodian    Counsel Signing Document

G-38 (06/98)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL

Dockets.Justia.com