1  BRIAN M. DAUCHER, Cal. Bar No. 174212
2  ROBERT S. BEALL, Cal. Bar. No. 132016
   JOSEPH H. TADROS, Cal. Bar. No. 239379
3  ASHLEY E. MERLO, Cal. Bar No. 247997
4  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
5      Including Professional Corporations
6  650 Town Center Drive, 4th Floor
   Costa Mesa, California 92626-1925
7  Telephone: (714) 513-5100
   Facsimile: (714) 513-5130
8  bdaucher@sheppardmullin.com
   jtadros@sheppardmullin.com
9
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>Defendants. | Case No. CV067561 PA (CWx)<br>*The Hon. Percy Anderson*<br><br>**NOTICE OF LODGING OF ELECTRONIC DEPOSITION TRANSCRIPTS**<br><br>Complaint Filed: November 28, 2006<br>Trial Commenced: November 6, 2007 |

TO THE ABOVE-CAPTIONED COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

By instruction of the Court, Defendants hereby give notice that it is concurrently lodging electronic transcripts of depositions taken in this case on compact disc. The deposition transcripts will be delivered to the Court's courtesy box on a compact disc labeled "TrafficSchool.com, Inc. v. EDRIVER, Inc." The compact disc contains transcripts for all depositions taken in this matter. Transcripts are in ASCII and LiveNote formats (in separate folders indicating such). File names indicate last name of deponent, volume (e.g. "v1" indicates Volume 1), and confidentiality (e.g. "con" indicates "confidential" and "aeo" or "atty" indicates "attorneys eyes only").

The following file names were implemented for deponents sharing a common last name:

- Ravindra "Ravi" Lahoti transcript files are named "lahoti_r;
- Raj Lahoti transcript files are named "lahoti"
- Hardy Warren transcript files are named "warren"; and
- Lisa Warren transcript files are named "warren_l."

DATED: November 13, 2007

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
BRIAN M. DAUCHER
JOSEPH H. TADROS
ASHLEY A. MERLO

Attorneys for Defendants