BRIAN M. DAUCHER, Cal. Bar No. 174212
ROBERT S. BEALL, Cal. Bar No. 132016
JOSEPH H. TADROS, Cal. Bar. No. 239379
ASHLEY E. MERLO, Cal. Bar No. 247997
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
      Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626-1925
Telephone:  (714) 513-5100
Facsimile:  (714) 513-5130
bdaucher@sheppardmullin.com
jtadros@sheppardmullin.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRAFFICSCHOOL.COM, INC., a
California corporation; DRIVERS ED
DIRECT, LLC., a California limited
liability company,

           Plaintiffs,

      v.

EDRIVER, INC., ONLINE GURU,
INC., FIND MY SPECIALIST, INC.,
and SERIOUSNET, INC., California
corporations; RAVI K. LAHOTI, an
individual; RAJ LAHOTI, an
individual; DOES 1 through 10,

           Defendants.

Case No. CV067561 PA (CWx)
*The Hon. Percy Anderson*

**JOINT STIPULATION RE
ADMISSION OF TRIAL EXHIBITS
AND LIST OF REMAINING
OBJECTIONS AND RESPONSES**

Complaint Filed:   November 28, 2006
Trial Commenced: November 6, 2007

Dockets.Justia.com

## STIPULATION RE ADMISSION OF TRIAL EXHIBITS

The parties hereby stipulate to the admission of the following trial exhibits (whether or not the exhibits were used during trial):

**Deposition Exhibits (in Trial Binders)**: 1, 2, 4-20, 20a, 21-28, 32-45, 48-49, 51-58, 60-62, 65, 67-69, 72, 73 (not in trial binder; attached hereto for the convenience of the Court), 74-75, 77-87, 89-90, 94-97, 101-105, 109-112, 114-116, 124, 126, 127-131, 133-136, 138-139, 142, 144, 149-150, 158, 161-162, 172-173, 182-198, 1000, and 1001.

**Plaintiffs' Exhibits (in Trial Binders)**: 300-315, 316-333, 339-345, 350, 352-358, 360, 362, 365, 367, 371-372, 379-383, 385-387, 389-390, 392, 394, 395 (not in trial binder; to be lodged upon the Court's request [1]), 396-399, 401-402, 404-407, 409-411.

**Plaintiffs' Impeachment Exhibits (attached hereto)**:

412 (introduced for impeachment on November 6, 2007 at 92:17-95:2 of transcript, but not identified then as Ex. 412), and 413. Impeachment exhibits are attached hereto for the convenience of the Court.

**Defendants' Exhibits (in Trial Binders)**: 600-659, 661, 663, 665-679, 681-689.

**Defendants' Demonstrative Exhibits (attached hereto)**: 690-691. Impeachment exhibits are attached hereto for the convenience of the Court. (Plaintiffs object to Defendants' impeachment exhibits 692-694, and the objections and responses thereto are listed below.)

---

[1] This "Exhibit" consists of three boxes of consumer emails to DMV.ORG with the following Bates range: Box 1: DEF-04319-7179; Box 2: DEF-07180-9393; Box 3: DEF-01143-1921, 2747-3621, 2170-2402, 2455-2518, 3622-4252.

# LIST OF REMAINING OBJECTIONS (AND RESPONSES)

The parties also hereby submit the following list of objections and responses pertaining to the remainder of exhibits.

| EXH. NO. | DESCRIPTION | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|
| 63a | TS Income Analysis 2006 through June 2007 (Prepared by Defendants) | Plaintiffs: This is Defendants' own summary of Plaintiffs' Financials-Best Evidence (FRE 1002) in that it purports to prove the contents of Plaintiffs' own financial documents; Lacks Foundation as to term "Referral Income"; FRE 403 (Grossly misleading and inaccurate to extent it implies that the income of Plaintiffs derived through its third party referral relationships is less than 1% of gross income). | Adoptive admission (801(d)(2)(b)); Foundation laid and information confirmed by Eric Creditor in deposition; FRE 1002 does not apply since the exhibit is not a duplicate of any document. |
| 64 | DED Income Analysis 2006 through June 2007 (Prepared by Defendants) | Plaintiffs: Same as above. | Same as above. |
| 143 | Advertising Research Issues from FTC versus Stouffer Foods Corporation, Journal of Public Policy and Marketing | Plaintiffs: Hearsay (802). | Hearsay exception: learned treatise, 803(18). |
| 145 | A Reading Test or a Memory Test; Which Survey Methodology is Correct? , By Jerre B. Swann, Vol. 95 Trademark Reporter | Plaintiffs: Hearsay (802). | Not hearsay: prior statement by witness (Maronick), 801(d)(1). |

W02-WEST:3JHT1\400516878.2

JOINT STIPULATION RE ADMISSION OF TRIAL
EXHIBITS AND LIST OF REMAINING OBJECTIONS
AND RESPONSES

| EXH. NO. | DESCRIPTION | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|
| 163 | Various Whois Records for IP Address 216.65.86.48. | <u>Defendants</u>: Character Evidence (404/405). | Habit and routine practice, intent, etc.(FRE 406; 404(b) of registration of confusing domains, including LASuperiorcourts.org; Ustreasery.org;Usdepartement ofhomelandsecurity.org; texas-department-of-public-safety.org; progressive.org lapolice.org; internalrevenueservices.org; hyutt.com; flick-r.com; federaltradecommunication.com;coldstoneicecream.org; cnbc.net;carlsjunior.com;bahaf resh.com; aaa-ca.com; whiethouse.com |
| 165 | 8/20/2007 printout of Domain Statute-UDRP Dispute; National Arbitration Forum Decision | <u>Defendants</u>: Character Evidence (404/405). | Same as above. |
| 166 | 8/20/2007 National Arbitration Forum Decision | <u>Defendants</u>: Character Evidence (404/405). | Same as above. |
| 167 | 4/3/02 Letter from LBBS to SeriousNet and 3/20/02 letter re: TrafficSchool.com's Mark | <u>Defendants</u>: Character Evidence (404/405). | Same as above. |
| 169 | 8/20/2007 Internet Archive Wayback Machine 1996-2007 Search results for lasuperiorcourts.org and 2004 archive pages. | <u>Defendants</u>: Character Evidence (404/405). | Same as above. |
| 171 | Domains for IP Address 216.65.86.48 (SeriousNet) | <u>Defendants</u>: Character Evidence (404/405). | Same as above. |

| EXH. NO. | DESCRIPTION | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|
| 334 | Selected e-mails from confused consumers (DEF-01568-69; 1571; 1577-89; 1595-97; 1601; 1610–1613; 1615; 1632-33; 1635; 1651; 2747; 2785; 2816; 2973; 2987; 3559; 3622-26; 3643; 4177; 4246 (Color highlighted). | <u>Defendants</u>: Incomplete Compilation. | Plaintiffs have over three boxes of emails (Ex. 395 referenced above) that it will lodge if the Court feels it necessary, but Plaintiffs are being selective of the emails in this exhibit to show the Court representative samples of the emails; there is nothing improper or cumulative about that approach. |
| 335 | E-mails produced from State Agency Employees referencing incorrect information on DMV.ORG (Selection from Ex. 4: DEF-00278, 279, 299-304, 305-, 308, 311, 312, 313, 315-316, 320, 336, 337, 339-340, 343-344). | <u>Defendants</u>: Incomplete Compilation. | Plaintiffs have over three boxes of emails (Ex. 395 referenced above) that it will lodge if the Court feels it necessary, but Plaintiffs are being selective of the emails in this exhibit to show the Court representative samples of the emails related to complaints about *incorrect information* on the DMV.ORG website; there is nothing improper or cumulative about that approach. |
| 346 | 12/14/06 John Wright letter to CA DMV including 2/4/04, 10/27/06, 12/12/06 letters (PL01716-1727). | <u>Defendants</u>: Hearsay (802); Opinion (701). | Non-hearsay or subject to exceptions; percipient witness opinion based on personal knowledge, supported by trial declaration. |
| 347 | January 26, 2004 e-mail from Wright to CA DMV. | <u>Defendants</u>: Hearsay (802); Opinion (701). | Same as above. |
| 348 | Correspondence between CA DMV and Barbara Broyles re: official complaint about DMV.ORG re: complaint. | <u>Defendants</u>: Hearsay (802); Opinion (701); Authentication (901). | Non-hearsay and subject to exception (state of mind); opinions based on personal knowledge; authenticated as public record produced under subpoena by CA DMV. |
| 349 | CA DMV 8/10/05 letter to Michael Corbett re: his complaints about DMV.ORG. | <u>Defendants</u>: Hearsay (802); Opinion (701). | Non-hearsay and subject to exception (state of mind); opinions based on personal knowledge |

W02-WEST:3JHT1\400516878.2

| EXH. NO. | DESCRIPTION | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|
| 364 | Webtraffic Report of Plaintiffs [=Ex. 28 but referenced in Creditor Trial Decl. at 364]. | <u>Defendants</u>: Hearsay (802). | This web traffic summary is not an out of court "statement" or assertive conduct and thus is not "hearsay". |
| 388 | Summary of Selected Emails and Emails from one week production in August, 2007. | <u>Defendants</u>: Hearsay (802); Authentication (901); Incomplete (106) | Plaintiffs selected emails in this exhibit (Ex. 395 referenced above) which are samples of emails received in August 2007 after additional changes were made to the site to *show continued confusion*; the summary was prepared to assist the Court and simply quotes the emails that are attached; the Court is free to refer to both or only the emails. The emails are non-hearsay and offered to prove the continued confusion only. |
| 391 | Selected pages from the California Driver Handbook 2006 | <u>Defendants</u>: Hearsay (802); Incomplete (106). | Non-hearsay as not offered to show truth of matter asserted, but as circumstantial evidence of intent to confuse by DMV.ORG; only a portion of handbook (slogan "Don't stand in LINE Go on..." slogan.) is relevant. |
| 400 | Collection of consumer emails | <u>Defendants</u>: Incomplete (106). | Plaintiffs selected emails in this exhibit (Ex. 395 referenced above) are samples of emails received to the site to show that consumers from "non-DMV" states refer to their state agency as the "DMV". |
| 408 | Collection of Consumer Emails to DMV.ORG. | <u>Defendants</u>: Incomplete (106). | Plaintiffs' selected emails in this exhibit (Ex. 395 referenced above) are samples of emails received to the site. |

| EXH. NO. | DESCRIPTION | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|
| 680 | 2006 and 2007 Gross Profit and Net Income (Updated)     DEF 9786 | Plaintiffs: Discovery Violation (FRCP 26, 37); Further Briefing Requested at Trial by Judge | Voluntary production to update Ex. 115 re profits and costs (no discovery violation); Further Briefing Requested at Trial by Judge |
| 692 | U.S. Census Data-Population of CA TX FL | Plaintiffs: Relevancy (402) (no evidence of what the market is in Texas and Florida); Foundation (901). | Authentication as public "data compilation" (901(7)); Population sizes relevant to relative market sizes of each state; Summarizing information from Second Request for Judicial Notice, Item No. 14. |
| 693 | TrafficSchool.com Visitor Sources | Plaintiffs: Foundation (901); Inaccurate according to testimony at trial. | Adoptive admission (801(d)(2)(b)); Foundation laid and information confirmed by trial testimony. |
| 694 | DriversEdDirect.com Visitor Sources | Plaintiffs: Foundation (901); Inaccurate according to testimony at trial. | Adoptive admission (801(d)(2)(b)); Foundation laid and information confirmed by trial testimony. |

DATED:  November 12, 2007

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By  _____
BRIAN M. DAUCHER
JOSEPH H. TADROS
ASHLEY A. MERLO

Attorneys for Defendants

DATED: Nov. 13, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  _____
MINA I. HAMILTON
DANIEL C. DECARLO

Attorneys for Plaintiffs

-7-

**Exhibit 73**



## State Requirements (for minors)

Time to get your California driver's license? Then you probably have plenty of questions about what steps you need to take. Well, you're in luck – the answers to those important questions are below!

# GETTING YOUR PROVISIONAL LICENSE IN CALIFORNIA



### COMPLETE YOUR ONLINE DRIVERS ED
Are you at least 15 years old?  Then you want to start your DMV approved Drivers Ed Direct online drivers ed course. Upon completion of this course, you receive form OL 237 that you present at the DMV in order to take the permit test.



### SIGN-UP FOR BEHIND THE WHEEL TRAINING
You must sign-up for a minimum of 6-hours with a commercial driving school, such as Drivers Ed Direct, to receive form OL 392.  The DMV needs proof that you signed up for behind the wheel training before you can take the permit test.



### TAKE YOUR PERMIT TEST AT THE DMV
Make an appointment at the DMV, fill out application form DL44, take the written traffic law test, and pass to earn your permit (you must be at least 15½ to do this). Drivers Ed Direct will provide you with form DL 44 upon completion of the online drivers ed course.



### TAKE YOUR 1ST LESSON WITH A LICENSED INSTRUCTOR
Once you have your permit, you must take your first driving lesson with a licensed instructor before practicing with a parent or guardian!



### PRACTICE 6 MONTHS WITH YOUR PERMIT
Now you must practice 6 months with a parent, guardian, or licensed driving instructor.  Over this 6-month period you must complete at least 50 hours of driving, with 10 of those 50 hours being at nighttime.



### TAKE YOUR DMV DRIVE TEST
Make an appointment at the DMV, show proof of drivers training completion, your signed permit (by parent, guardian, or instructor), valid vehicle registration, & insurance.  Ask about our DMV Test package and take the test in our vehicle!



### ANY QUESTIONS?
Just follow those 6 simple steps above and you're on your way towards becoming a licensed driver!  Of course, California driving laws and regulations change from time to time, so be sure to visit your local DMV website for the most up to date and complete information available regarding obtaining your driver's permit and license.  Here's some useful links you might want to check out:

**California DMV Official Site**
**California Driver's Handbook**
**License Requirements for Minors**

**License Requirements for Adults**



Drivers Ed Direct Home  Study Hall  Online Drivers Ed  Behind The Wheel Training  About Us  Testimonials  Saving the World

Help & Resources  For Parents  For High Schools  Affiliate Program  Brand Ambassadors  Drivers Ed Games  Privacy Policy  Site Map

     

© 2007 Drivers Ed Direct, LLC – All Rights Reserved

Drivers Ed Direct and The Next Generation of Drivers Ed are registered trademarks of Drivers Ed Direct, LLC.

**Exhibit 412**

# UnitedStates.org
The Unofficial Guide to the United States

home
top picks

## The Unofficial Guide
to the
# United States

**UnitedStates.org** guides you to Web sites and services providing useful information for the American public. We offer a valuable source of information critical to citizens of the United States and those who plan to become citizens, making easy the task of navigating the vast number of private and government sites.

As the concept of e-government has taken center stage in Washington, D.C., private organizations and organizations within the administration have accepted the challenge to make information freely available on the Web. As a privately owned entity, United States.org has scoured these Web sites in order to offer you a list of its top picks. Find out how you can:

- Learn about the government and the people who run it.
- Get the latest census data and information.
- Find contact information for your senator and other official representatives.
- File your taxes online.
- Access the benefits you're entitled to.
- Do more from the comfort of home than ever before.
- ...and more!

## Top Picks

**DMV.ORG**
The Unofficial Guide to your Department of Motor Vehicles needs. more...

**WhiteHouse.gov**
The official information source for the current Presidential administration. more...

**Senate.gov**
Senate.gov is the official gateway to the United States Senate. more...

**House.gov**
Discover the United States House of Representatives. more...

**LOC.gov**
The Library of Congress is the nation's oldest federal cultural institution. more...

**FedStats.gov**
The Gateway To Statistics From 100+ U.S. Federal Agencies. more...

**Census.gov**
The Web site holds a wide

Count on UnitedStates.org as your portal to information and services that will help you become a better civic participant and fully enjoy the benefits of

Ex. 42 (not noted)

being an American citizen. Each day, you can do more and more business online with your government and local authorities. Please feel free to explore each Top Pick link on the right and discover rich resources and valuable information online.

Let United States.org be your convenient guide to the information available to the American people.

**Recent Update**
Find recent information about applying for or renewing your U.S. passport.

**USA.gov**
The official U.S. gateway to all government information. more...

**IRS.gov**
Find out new tax information, along with paying your taxes quick and easy online. more...

**SSA.gov**
Official Web site of the U.S. Social Security Administration. more...

**USPS.gov**
Official Web site of the U.S. Postal Service more...

***Please note that UnitedStates.org is not owned, operated, or affiliated with any government agency.*** UnitedStates.org (the Site) is a privately owned, for-profit corporation owned by FindMySpecialist, Inc. The Site specifically disclaims any and all connection with any state bureau, division, or any state or federal government agency. UnitedStates.org does its best to get the correct information on its site but does not claim responsibility for the accuracy of the information displayed herein. It is not complete or certified information. Additionally, the Site expressly disclaims any and all liability for third party links or resources on the Site and any claims of negligence arising from same.
©2007 UnitedStates.org / about / privacy policy / visitor agreement




# USA.gov
Government Made Easy



**Get It Done Online!**

- Renew Your Driver's License
- Replace Vital Records

- Shop Government Auctions
- Apply for Government Jobs
- Get or Renew a Passport
- Contact Elected Officials
- <u>100 More Online Services >></u>

## Government Information by Topic

**Benefits and Grants**
Loans, money, funding, financial aid, food stamps...

**Consumer Guides**
Identity theft, fraud, scams, recalls, consumer credit, debt...

**Defense and International**
Military, international affairs, trade, embassies, visas, immigration...

**Environment, Energy, and Agriculture**
Weather, farms, gas, electricity, recycling, natural resources...

**Family, Home, and Community**
Housing, human services, community development...

**Health and Nutrition**
Medical, health care, insurance, diet, food stamps, fitness, public health...

**History, Arts, and Culture**
Museums, libraries, genealogy, ethnic traditions...

**Jobs and Education**
Employment, career, workplace, labor, school, students, teachers...

**Money and Taxes**
Unclaimed government money, credit, saving, retirement...

**Public Safety and Law**
Crime, prison, law enforcement, disasters, emergencies...

**Reference and General Government**
Libraries, forms, government news, laws, photos, maps, research...

**Science and Technology**
Space, biology, Internet security, media, phone, radio, patents...

**Travel and Recreation**
Transportation, air, train, international, tourism...

**Voting and Elections**
Voter registration, contact elected officials...

**What's FREE This Month?**



**Visit the blog >>**




**Gov Gab**
our U.S. government blog

### News and Features



**Daylight Time Ends**
November 4
Turn clocks back one hour on November 4.



**Veterans Day is Nov. 11**
Federal offices are closed on Nov. 12 to honor our war veterans.

**National American Indian Heritage Month**
View government web resources for tribal governments and Native Americans.

<u>More News and Features >></u>

### Government Agencies

- A-Z Agency Index
- Federal Government
- State Government
- Local Government
- Tribal Government

- **Free Annual Credit Reports – It's Your Right**
  The law entitles you to 3 free credit reports every 12 months. That's one from each of the nationwide consumer credit reporting companies: Equifax, Experian and TransUnion. If you haven't requested yours for 2007, do it now.



# Consumer Guides and Protection

Official information and services from the U.S. government

A|B|C|D|E|F|G|H|I|J|K|L|M|N|O|P|Q|R|S|T|U|V|W|X-Z

[E-mail me when this page is updated]   [Vea este tema en español]

### A

- Air Travel Problems and Complaints
- Attorneys General, by State
- Automobile Safety and Recalls

### B

- Bank Complaints -- National Banks
- Bank Complaints -- General Information
- Bank Complaints -- State Banks
- Banking Authorities, by State
- Bankruptcy -- How to File
- Better Business Bureaus

### C

- Cable TV Complaints
- Car Manufacturers' Customer Relations
- Car Safety
- Cell Phones and Do Not Call Registry



## In Focus

- 30.2 Million Americans Defrauded in 2005
- File a Complaint about Telemarketing and Junk Faxes
- Free Publications on Retirement and Health Benefits!
- Order Free 2007 Consumer Action Handbook

## Featured Sites

- 2008 Fuel Economy Ratings
- Consumer Action
- Digital Television -- What you need to know
- Family Health Information
- Internet Fraud
- Recent Recalls

## Get It Done Online!

- File a Complaint
- Order Consumer Publications
- Recall Product Search
- Report a Food Illness

- ▶ Report an Unsafe Product
- ▶ Subscribe to Newsletters

- ■ Complain About a Credit Union
- ■ Complain About a Product or Service
- ■ Complaints -- File with a Federal Agency
- ■ Computer Safety -- OnGuardOnline.gov
- ■ Consumer Action Handbook
- ■ Consumer Complaints -- Top 10
- ■ Consumer Focus -- Monthly Tips from the Federal Citizen Information Center
- ■ Consumer Information and Services
- ■ Consumer Product Safety Commission (CPSC)
- ■ Consumer Protection Offices by State, City, and County
- ■ Consumer Tips for Teens
- ■ Consumer Tips from the Federal Trade Commission
- ■ Corporate Consumer Contacts
- ■ Credit
- ■ Credit Card Receipt Rules
- ■ Credit Reports -- Free

**D**
- ■ Digital Television -- What you need to know
- ■ Disasters and Emergencies
- ■ Do Not Call Registry
- ■ Drinking Water Safety

**E**
- ■ E-Commerce Complaints
- ■ E-Newsletters from the Government
- ■ Elected Officials -- How to Contact

**F**
- ■ Family Health Information

- Federal Citizen Information Center
- Federal Communications Commission Consumer and Governmental Affairs Bureau
- Federal Trade Commission -- Complain about a Specific Company or Organization
- Filing a Complaint
- Food Safety Automated Questions and Answers
- Food-Borne Illnesses and Food Product Complaints
- Fraud and Identity Theft Trends
- Free Cyber-Alerts
- Fuel Economy Cars

**G**

- Government Sales and Auctions

**H**

- Halloween Safety
- Highway Safety
- Home Safety
- Homeowners' Resources
- Household Moves -- Consumer Protection
- Household Product Safety Publications
- Household Products Health and Safety Information Database

**I**

- Identity Theft
- Insurance Regulators, by State
- Intelligence Reform and Terrorism Prevention Act of 2004
- Internet Fraud
- Internet Fraud Complaints
- Investors Complaints to the Securities and Exchange Commission
- IRS E-mail and Phishing Scams

**K**

- Kids' Safety Sites

**L**

- Long Term Care Ombudsman, by State

**M**

- Mail Safety and Security
- Meat and Poultry Hotline
- Medical Products Complaints
- Mortgage Comparison Calculator
- Moving Tips to Protect Your Move

**N**

- National Consumer Protection Week
- National Flood Insurance Program
- Nigerian Advance Fee Fraud

**P**

- Personal Information and Computer Security
- Phishing Scams
- Postal Service Contacts
- Privacy Resources
- Publication of the Week
- Publications -- Order Free and Low-Cost Consumer Publications

**R**

- Recall Resources from the Federal Citizen Information Center

**S**

- Recalls
- Report Product-Related Injury or Death
- RSS Feeds -- Consumer Topics

**S**

- Safety at Home, School, Work, in Your Community, and on the Move
- Scams and Fraud
- Securities Administrators, by State
- Sex Offender Registry National Search
- Spam E-mail: Help from the Federal Trade Commission
- Spyware Consumer Alert
- Stopping Unsolicited Mail, Telemarketing, and E-mail
- Student Scholarship Scams

**T**

- Tax Scams and Fraud Alerts
- Telecommunications Issues
- Telephone Assistance Programs for Low-Income Households
- Telephone Service Complaints
- Topics

**W**

- Workplace Health and Safety Education (CDC)
- Workplace Safety Complaints
- Workplace Safety Policies and Regulations (OSHA)

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X-Z





Check our frequently asked questions, e-mail USA.gov, or call 1 (800) FED INFO (1-800-333-4636).

**USA.gov™ is the U.S. government's official web portal:**
Office of Citizen Services and Communications
U.S. General Services Administration
1800 F Street, NW, Washington, DC 20405

**Exhibit 413**



# TEEN DRIVERS EDUCATION

- Home
- Online Course
- Home Study Course
- Enroll Now
- Permit Requirements
- License Requirements
- Behind the Wheel
- About Us
- FAQ / Terms
- Contact Us

Students Login Here

**Satisfy your DMV Drivers Ed requirement online or at home in 3 easy steps**



1 Enroll in the Online or Homestudy Course

2 Take the course and complete Drivers Ed

3 Receive certificate of completion

● student login   ● steps to get your driver's license   ● enroll now!

**DRIVER'S TIP:**

The zero tolerance law states that any driver under the age of 21 who has any measurable amount of alcohol in their system will automatically lose their license for a year.

## Welcome to TeenDriversEducation.com!

Sign up now for only $69.95

TeenDriversEducation.com offers online driver's education courses to high school students throughout California. Our courses are developed by Golden State Private Schools, an institution licensed by the California board of education and recognized by the Department of Motor Vehicles. To-date we have helped over 60,000 California residents obtain their driver's license





This is documentation that shows our DMV



When You complete the class you receive a completion certificate



identifier
and board of
education licensing.
(zoom in)



(DL 387) that is issued by
the California DMV.
(zoom in)

(c) 2005-2007 TeenDriversEducation.com | privacy & terms | contact us | powered by quimbik



# TEEN DRIVERS EDUCATION

**Satisfy your DMV Drivers Ed requirement online or at home in 3 easy steps**

1 Enroll in the Online or Homestudy Course

2 Take the course and complete Drivers Ed

3 Receive certificate of completion

* Home
* Online Course
* Home Study Course
* Enroll Now
* Permit Requirements
* License Requirements
* Behind the Wheel
* About Us
* FAQ/Terms
* Contact Us
* Students Login Here

**student login  •  steps to get your driver's license  •  enroll now**





## About TeenDriversEducation.com

TeenDriversEducation.com's home study course is developed by Golden State Private Schools.

It's Curriculum of driver's education and drug and alcohol awareness is created by the licensed instructor, operator, and owner of the San Francisco Bay Areas premier driving instructional school.

Upon completion of our course, students will receive official certificates issued by the California Department Of Motor Vehicles.

We offer our online and home study courses to students at least 15 years of age or current high school students.

This course has helped students through out California from Eureka to San Diego. Our services have helped over 60 thousand California residents obtain their drivers license.

**DRIVER'S TIP:**

If you see a school bus with its red lights flashing, you must stop your vehicle and not proceed until the lights stop flashing. If you ignore the flashing lights you will face a steep fine and will receive a 2 point count on your driving record.

(c) 2005-2007 TeenDriversEducation.com | privacy & terms | contact us | powered by genilok



# TEEN DRIVERS EDUCATION

**Satisfy your DMV Drivers Ed requirement online or at home in 3 easy steps**

1 Enroll in the Online or Homestudy Course
2 Take the course and complete Drivers Ed
3 Receive certificate of completion

◆ student login ◆ steps to get your driver's license ◆ enroll now


CALIFORNIA
enroll now

- ► Home
- ► Online Course
- ► Home Study Course
- ► Enroll Now
- ► Permit Requirements
- ► License Requirements
- ► Behind the Wheel
- ► About Us
- ► FAQ/Terms
- ► Contact Us

**Students Login Here**

**DRIVER'S TIP:**

On Jan. 1, 2004 teenage drivers are required, along with the certificate of completion of driver education (OL 237 or

## Legal Information

### TERMS OF USE

### ACCEPTANCE OF DRIVER ED COURSE CONTRACT TERMS

The following are terms of a legal agreement between you and "TeenDriversEducation.com" (hereinafter referred to as "Driver Ed Course"), Driver Ed Course offers drivers education in California. By using this site, you acknowledge that you have read, understood, and agree to be bound by the terms of this agreement:

(1) Use of the Driver Ed Course web site. By enrolling in the Driver Ed Course and receiving a certificate of completion, you are stating that you studied the material in the Driver Ed Course and completed the final examination at the end of the course.

(2) Copyright and Proprietary Rights: This Web site is the property of Driver Ed Course. You may not reproduce, transmit, or distribute any part of the Driver Ed Course other than printing out or saving portions of the text and images for your own personal and non-commercial use. You may not use the Driver Ed Course site in any manner that infringes the rights of any person or entity.

(3) Exclusions of Warranties: The materials on this site are "As Is." No warranties of any kind are made with respect to Driver Ed Course site. Driver Ed Course does not warrant that the Driver Ed Course site will meet your requirements, will be accurate at all times, or will be uninterrupted or error free. We expressly exclude and disclaim all express and implied warranties of merchantability and fitness for a particular purpose. We shall not be responsible for any damage or loss of any kind arising out of or related to your use of the Driver Ed Course site, including without limitation data loss or corruption, regardless of whether such liability is

OL387), to present a certificate from a driving school that states they are enrolled in a driver training course (OL 392) before they take their permit test.

based in tort, contract or otherwise.

(4) The information provided on this World Wide Web site is accurate to the best of our knowledge. Some of the information may be incorrect or an opinion. You should refer to your state's vehicle code for exact accuracy.

(5) Choice of Law and Jurisdiction. This Driver Ed Course website is operated from the Golden State Private School office in the State of California, Santa Clara County, United States of America. This Agreement shall be governed by and construed in accordance with the laws of the State of California, without reference to any conflict of law principles.

## PRIVACY POLICY

**THE INFORMATION ABOUT YOU COLLECTED ON THIS WEB SITE IS SUBJECT TO THIS PRIVACY POLICY. BY DISCLOSING THE INFORMATION TO US, YOU AGREE TO THE TERMS OF THE POLICY.**

TeenDriversEducation.com (hereinafter Driver Ed Course) recognizes the importance of protecting the privacy of our clients and visitors to our web site while allowing us to provide a legitimate business by providing relevant information and services our clients and visitors. Our privacy policy is stated below:

**Collection and Storage of Customer Information:**

We will collect certain personal information, including your name, address, e-mail address, telephone number, and other personal information, that will change from time-to-time, when you register for our course. We maintain this information in our customer database.

**Use of Information:**

This information is used to provide you with our products and services as requested; to enable billing and shipping; to provide you with information about relevant products and services; and to improve our Web site. We will not share your personal information with any 3rd parties outside of our company.

## Your Rights:

You may review and approve your personal information collected upon registration in our customer database. Upon request, we will remove that information from our customer database or change/correct personal information that you state is erroneous.

## Privacy Contact:

Questions regarding this policy should be directed to TeenDriversEducation.com. We are not responsible for the privacy policies of Web sites to which this site may link.

(c) 2005-2007 TeenDriversEducation.com | privacy & terms | contact us | powered by quimble

**Exhibit 690**

# Domain Names Owned by TrafficSchool.Com

| | Reg. Date | Trial Exhibit |
|---|---|---|
| DMVLicenseRenewal.com | 4/27/2000 | 82 |
| DMVRegistationRenewal.com | 4/27/2000 | 83 |
| DMVRenewals.com | 4/19/2000 | 84 |
| InternetDMV.com | 2/8/2001 | 85 |
| DMVI.com | 1/12/2000 | 86 |
| TrafficSchool.US | 4/24/2002 | 81 |



**Exhibit 691**

# Domain Names Owned by Plaintiffs (cont'd)

| | Reg. Date | Trial Exhibit |
|---|---|---|
| Online-DMV.org | 8/28/2006 | 77 |
| Internet-DMV.org | 8/28/2006 | 78 |



**Exhibit 692**

# U.S. Census Data – Population CA TX FL

| State | Population – 2000 | % Size Compared to CA |
|-------|------------------|----------------------|
| CA    | 33,871,648       | 100%                 |
| TX    | 20,851,820       | 61.5%                |
| FL    | 15,982,378       | 47%                  |

W02-WEST:NA6\400518026.1

**Exhibit 693**

# TrafficSchool.com Visitor Sources

| Source | Percent |
|---|---|
| Domain name typing | 50% |
| Search engines <br> • Organic <br> • Pay-per-click marketing | <br> 10% <br> 10% |
| Court websites | 10% |
| TrafficSchool.com Affiliates | 5% |
| Other | 15% |

W02-WEST:3AAE1\400518011.1

**Exhibit 694**

# DriversEdDirect.com Visitor Sources

| Source | Percent |
|---|---|
| Domain name typing | 15% |
| Search engines<br>• Organic<br>• Pay-per-click marketing | <br>20%<br>10% |
| 3rd party gaming websites | 30% |
| DriversEdDirect.com Affiliates | 5% |
| Brand Ambassador | 5% |
| TrafficSchool.com link | 7.5% |
| Other | 7.5% |

W02-WEST:3AAE1\400518011.1

694