**EXHIBIT B**

| 2003 - Cash Basis (Company founded in Oct. 2003) | |
|---|---|
| **INCOME** | **TOTAL** |
| Education Referral Income | |
| 4253 - Traffic School | - |
| 4252 - ASCouncil - TS/Ded/Drec | - |
| 4251 - Drivers Education | - |
| All Other Referral Income | 27,347 |
| **TOTAL INCOME** | 27,347 |
| **COST OF GOODS SOLD** | |
| 5110 - Search Engine Marketing | - |
| All Other COGS | 207 |
| **TOTAL COST OF GOODS SOLD** | 207 |
| **GROSS PROFIT** | 27,139 |

| 2004 - Cash Basis | |
|---|---|
| **INCOME** | **TOTAL** |
| Education Referral Income | |
| 4253 - Traffic School | 216,036 |
| 4252 - ASCouncil - TS/Ded/Drec | - |
| 4251 - Drivers Education | 36,162 |
| All Other Referral Income | 3,037,534 |
| **TOTAL INCOME** | 3,289,732 |
| **COST OF GOODS SOLD** | |
| 5110 - Search Engine Marketing | 1,336,752 |
| All Other COGS | 230,057 |
| **TOTAL COST OF GOODS SOLD** | 1,566,809 |
| **GROSS PROFIT** | 1,722,923 |

CONFIDENTIAL --
COUNSEL ONLY

DEF-09418

666