# EXHIBIT D

| | |
|---|---|
| **From:** | "Joseph Tadros" <JTadros@sheppardmullin.com> |
| **To:** | "MINA HAMILTON" <hamilton@lbbslaw.com> |
| **Date:** | 10/21/2007 4:58 PM |
| **Subject:** | Additional Disclosures/Exhibit List Items |
| **Attachments:** | Ex-627.PDF; Ex-628.PDF; Ex-631.PDF; Exs. 670-671.pdf; Exs. 672-677.pdf; Exs. 678-679.pdf; Exs. 680-682.pdf |

**CC:**     "Brian Daucher" <BDaucher@sheppardmullin.com>, "Ashley Merlo" <AMerlo@sheppardmullin.com>, "DAN DECARLO" <DECARLO@lbbslaw.com>

Mina,

We have some additional disclosures and trial exhibits. Mostly
re-organizing some exhibits and adding prior labeled items, a few new
search engine searches, and updated web statistics and financials.

Below are the list and attached exhibits. We may be adding more, and
we'll certainly disclose to you as soon as we can.

Also, we are marking the following depositions exhibits, which we had
not previously marked, as trial exhibits:
Exs. 51, 101, 115, 183, 184, 186, 188, and 196-198.

Finally, what do you think about an agreement to exchange to each other
a set of our trial exhibits that are not depo exhibits. So, for
example, we'll give you a set of our 600 series exhibits and you give us
your 300 (?) series. We have enough to worry about in putting together
our own exhibits, and we shouldn't have to manually put together each
others' exhibits too. I am contemplating an exchange by Thursday or
Friday.

Let me know if you agree, thanks,
Joe


Reorganized exhibits:
627, 628, and 631 (attached)
                      <<Ex-627.PDF>>  <<Ex-628.PDF>>  <<Ex-631.PDF>>

New Exhibits 666-669 (not attached):
666                           Visits Report, Entire Site, 1/1/2006 to 7/31/2007
DEF 4281
667                           Page Views Report, Entire Site, 1/1/2006 to 7/31/2007
DEF 4282
668                           Online Guru Income & Gross Profit for 2003-2004
(Supplemental Income)           DEF 9418
669                           Online Guru Referral Revenue by State/Partner   DEF
9737-9738

New Exhibits 670-679 (attached):
670                           Yahoo search for "DMV", 10/20/2007     DEF 9776-9777
671                           Google search for "DMV", 10/20/2007 (in color, with
beige sponsored link box)          DEF 9778-9779
672                           Entry Pages Report, DMV.ORG, 1/1/2007 to 9/30/2007
DEF 9753-9754
673                           Referring Domains Report to DMV.ORG, 1/1/2007 to
9/30/2007         DEF 9755

9

| 674 | Visits Report by Week, 1/1/2007 to 9/30/2007     DEF |
| 9756-9758 | |
| 675 | Top 500 Pages Report for DMV.ORG, 1/1/2007 to 9/30/2007 |
| DEF 9759-9771 | |
| 676 | Visits Report by Month, 1/1/2007 to 9/30/2007     DEF |
| 9772-9773 | |
| 677 | Page Views Report, 1/1/2007 to 9/30/2007     DEF |
| 9774-9775 | |
| 678 | Google search for "dmv.org",     DEF 9780-9781 |
| 679 | Google search for "link:dmv.org",         DEF 9782-9785 |
| 680 | 2006 and 2007 Gross Profit and Net Income (Updated) |
| DEF 9786 | |
| 681 | Referral Revenue by Partner (Updated)  DEF 9787-9788 |
| | |
| 682 | Referral Revenue by State/Partner (Updated)     DEF |
| 9789-9790 | |

<<Exs. 670-671.pdf>>  <<Exs. 672-677.pdf>>  <<Exs. 678-679.pdf>>  <<Exs. 680-682.pdf>>

New Exhibits 683-685 (not attached):

| 683 | Ernst & Young Entrepreneur Award and related press |
| DEF 968, 973-978 | |
| 684 | AGC San Diego Deal Maker Award and related press |
| DEF 967, 969-970, 979-981 | |
| 685 | INC.com's 30 under 30 Award press     DEF 4253 |

Joseph H. Tadros
Intellectual Property and Business Litigation
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive   | Fourth Floor | Costa Mesa, California 92626
Phone: 714.424.2801     | Fax: 714.428.5981

Visit Sheppard Mullin's IP Blog:
http://www.intellectualpropertylawblog.com/

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

Sheppard, Mullin, Richter & Hampton LLP
Please visit our website at www.sheppardmullin.com