**EXHIBIT G**

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRAFFICSCHOOL.COM, INC., a )
California corporation; )
DRIVERS ED DIRECT, LLC, a )
California limited liability )
company, )
)
)
          Plaintiffs, )
)
) Case No. CV
vs. ) 06-7561 PA (CWx)
)
EDRIVER, INC., ONLINE GURU, ) CONFIDENTIAL
INC., FIND MY SPECIALIST, )
INC., AND SERIOUSNET, INC., )
California corporations; )
RAVI K. LAHOTI, an )
individual; DOES 2 through )
10, )
)
          Defendants. )


    Deposition of STEVE MORETTI

taken at 221 North Figueroa Street, Suite 1200

Los Angeles, California, commencing at

10:33 a.m., Friday, June 29, 2007, before Nila

Ganahl, CSR No. 4982.


PAGES 1 - 324

PAGES 48-62; 73, 215-232; 249-264; AND 308-315

ARE CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Page 74

1    MR. DeCARLO: By the way, Mr. Daucher, we got
2 some financial documents, but it's only related to
3 certain categories and it was only gross revenues. Are
4 you planning on giving us --
5    MR. DAUCHER: I'm not going to meet and confer
6 on the record.
7    MR. DeCARLO: I'm just asking you.
8    MR. DAUCHER: I'm not going to meet and confer
9 on the record.
10    MR. DeCARLO: Are you planning on giving us
11 cost --
12    MR. DAUCHER: I'm not here to answer questions
13 today. Are you going to answer my questions?
14    MR. DeCARLO: Sure.
15    MR. DAUCHER: When are you going to produce one
16 document in this case?
17    MR. DeCARLO: You'll have to ask somebody else
18 about that, I'm not dealing with the document
19 production. Well, there's a reason why. I have the 30
20 B (6) witness in front of me and I don't have any cost
21 data or profit data, and unless --
22    MR. DAUCHER: Show me where in the 30 B (6)
23 designation it talks about cost, because I don't see
24 it. All I see is Category 9, gross receipts from sales
25 commissions or other revenue generated from DMV.org.

Page 75

1 If you can show me something where I should have
2 prepared him for cost, then we'll talk.
3    MR. DeCARLO: And you don't want to answer the
4 question about whether you're going to give me cost
5 data?
6    MR. DAUCHER: I'm not going to meet and confer
7 on the record.
8    MR. DeCARLO: Why?
9    MR. DAUCHER: Want to go off the record and
10 talk about it?
11    MR. DeCARLO: Sure, let's go off the record for
12 a second.
13    (There was a discussion off the record.)
14 BY MR. DeCARLO:
15  Q  All right. With regards to traffic school and
16 Drivers Ed, you don't provide those -- Online Guru is
17 not a provider of traffic school or Drivers Ed?
18  A  We don't provide fulfillment of those
19 products.
20  Q  The fulfillment is done by your referral
21 partners?
22  A  Correct.
23  Q  How many different fulfillment partners do you
24 have for traffic school?
25  A  Just for traffic school?

Page 76

1  Q  Yes.
2  A  I believe we have five.
3  Q  Okay. Who are they, can you name them?
4  A  ContinuedEd.com, which also does business as I
5 Drive Safely.
6  Q  ContinueEd.com owns I Drive Safely?
7  A  Yeah.
8  Q  Okay.
9  A  American Safety Classes.
10  Q  Okay.
11  A  Driving University.
12  Q  Okay.
13  A  Online Traffic School and the fifth one, can't
14 remember off the top of my head.
15  Q  Okay. Every state has different requirements
16 with regard to traffic school requirements -- that's a
17 bad question.
18    Do you know if every state has different
19 requirements for what constitutes a valid traffic
20 school course?
21  A  I'm aware that states have variations state to
22 state.
23  Q  Does Online Guru keep up to date on what those
24 requirements are?
25  A  We try to.

Page 77

1  Q  How do you do that?
2  A  Through external writers and researchers.
3  Q  You have people on staff whose job it is to
4 research the requirements of the respective state DMVs?
5  A  Free-lance.
6  Q  They're outsiders who you pay to do it?
7  A  Correct.
8  Q  They're not employees. Okay.
9    When you retain an outside fulfillment
10 company -- or not retain, but when you make a deal with
11 an outside fulfillment company, what, if anything --
12 well, is there a process that you go through to
13 ascertain the qualifications of the referral source of
14 the fulfillment company?
15  A  I wouldn't say we do -- go through any
16 official background check per se, but we do business
17 with companies we feel are reputable companies in the
18 space that are also --
19  Q  See, you used that word again.
20  A  -- that are also -- that are also marketing
21 online.
22    And similar to your question earlier on
23 background checks, our partners have a responsibility
24 to comply with all applicable laws within the given
25 state that we're advertising.

16 (Pages 74 to 77)