Trafficschool.com.Inc v. Drivers Ed Direct LLC                                                                    Doc. 187

**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7561 PA (CWx) | Date | November 8, 2007 |
|---|---|---|---|
| Title | TrafficSchool.com, Inc., et al. v. eDriver, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| C. Kevin Reddick | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS

     As of November 1, 2007, the United States District Court for the Central District of California requires the electronic filing of documents in all new and pending patent, trademark, and copyright cases. Information about the Court's Case Management/Electronic Case Files ("CM/ECF") system is available on the Court's website at www.cacd.uscourts.gov/cmecf.

     Pursuant to General Order 07-08, section VI, paragraphs C and J, which allow the Court to set a specific time of day for Courtesy Copies to be delivered to Chambers and documents to be considered timely filed, **the electronic filing of all documents required to be filed electronically in this matter shall be completed by 4:00 p.m. on the date due and Courtesy Copies must be delivered to Chambers by 5:00 p.m. on the date due.** Documents filed electronically after 4:00 p.m. on the date due will be considered untimely and may result in the striking of the document and the imposition of other sanctions.

     IT IS SO ORDERED.

_____ : _____

Initials of Preparer

Dockets.Justia.com