Trafficschool.com.Inc v. Drivers Ed Direct LLC											Doc. 191

SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 06-7561 PA (CWx) |
| Date | November 7, 2007 |
| Title: | Trafficschool.com Inc., et al. V. Edriver, Inc., et al. |

Present: The Honorable **PERCY ANDERSON, UNITED STATES DISTRICT JUUDGE**

| C. Kevin Reddick | Leandra Amber |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| David Makous | Joseph Tadros |
| mina Hamilton | Ashley Merlo |
| Daniel DeCarlo | Brian Daucher |

2nd Day Court Trial  ___ Day Jury Trial

- ___ The Jury is impaneled and sworn.
- ___ Opening statements made by
- X  Witnesses called, sworn and testified.
- X  Exhibits identified. ___ Exhibits admitted.
- X  Plaintiff(s) rest.   X  Defendant(s) rest.
- ___ Closing arguments made by ___ plaintiff(s)  ___ defendant(s).  ___ Court instructs jury.
- ___ Bailiff(s) sworn.  ___ Jury retires to deliberate.  ___ Jury resumes deliberations.
- ___ Jury Verdict in favor of ___ plaintiff(s)  ___ defendant(s) is read and filed.
- ___ Jury polled.  ___ Polling waived.
- ___ Filed Witness & Exhibit Lists  ___ Filed jury notes.  ___ Filed jury instructions.
- ___ Judgment by Court for ___  ___ plaintiff(s)  ___ defendant(s).
- ___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s)  ___ defendant(s).
- ___ Case submitted.  Briefs to be filed by
- ___ Motion to dismiss by ___ is  ___ granted.  ___ denied.  ___ submitted.
- ___ Motion for mistrial by ___ is  ___ granted.  ___ denied.  ___ submitted.
- ___ Motion for Judgment/Directed Verdict by ___ is  ___ granted.  ___ denied.  ___ submitted.
- ___ Settlement reached and placed on the record.
- ___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- ___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- ___ Trial subpoenaed documents returned to subpoenaing party.
- X  Case continued to November 8, 2007 at 10:00 a.m. for further trial/further jury deliberation.
- ___ Other:

6 : 03

Initials of Deputy Clerk ___

cc: