Trafficschool.com.Inc v. Drivers Ed Direct LLC | Doc. 192

**SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 06-7561 PA (CWx) |
| Title: | Trafficschool.com Inc., et al. V. Edriver, Inc., et al. |
| Date | November 8, 2007 |

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUUDGE

| C. Kevin Reddick | Leandra Amber |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| David Makous | Joseph Tadros |
| mina Hamilton | Brian Daucher |
| Daniel DeCarlo | |

3rd        Day Court Trial                    Day Jury Trial

- Witnesses called, sworn and testified.    Exhibits identified.    Exhibits admitted.
- Plaintiff(s) rest.    Defendant(s) rest.
- Closing arguments made by    plaintiff(s)    defendant(s).    Court instructs jury.
- Bailiff(s) sworn.    Jury retires to deliberate.    Jury resumes deliberations.
- Jury Verdict in favor of    plaintiff(s)    defendant(s) is read and filed.
- Jury polled.    Polling waived.
- Filed Witness & Exhibit Lists    Filed jury notes.    Filed jury instructions.
- Judgment by Court for                  plaintiff(s)    defendant(s).
- Findings, Conclusions of Law & Judgment to be prepared by    plaintiff(s)    defendant(s).
- **X** Case submitted.    Briefs to be filed by
- Motion to dismiss by                is    granted.    denied.    submitted.
- Motion for mistrial by                is    granted.    denied.    submitted.
- Motion for Judgment/Directed Verdict by                is    granted.    denied.    submitted.
- Settlement reached and placed on the record.
- Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- Trial subpoenaed documents returned to subpoenaing party.
- Case continued to                    for further trial/further jury deliberation.
- **X** Other: Defendant shall file a brief in support of their motion for partial judgment no later than November 14, 2007. Plaintiff's response shall be filed no later than November 21, 2007.   The parties shall exchange findings of fact and conclusions of law with citations to the record no later than November 16, 2007. Final post trial findings of fact and conclusions of law shall be filed no later than November 28, 2007. Post trial briefs shall be filed no later than November 28, 2007.

:    43

Initials of Deputy Clerk

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

cc: