1  BRIAN M. DAUCHER, Cal. Bar No. 174212
2  ROBERT S. BEALL, Cal. Bar No. 132016
   JOSEPH H. TADROS, Cal. Bar No. 239379
3  ASHLEY E. MERLO, Cal. Bar No. 247997
4  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
5      Including Professional Corporations
   650 Town Center Drive, 4th Floor
6  Costa Mesa, California 92626-1925
7  Telephone: (714) 513-5100
   Facsimile: (714) 513-5130
8  bdaucher@sheppardmullin.com
   jtadros@sheppardmullin.com
9
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>Defendants. | Case No. CV067561 PA (CWx)<br>*The Hon. Percy Anderson*<br><br>**NOTICE OF LODGING OF ELECTRONIC DEPOSITION TRANSCRIPTS**<br><br>Complaint Filed: November 28, 2006<br>Trial Commenced: November 6, 2007 |

-1-

**TO THE ABOVE-CAPTIONED COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

By instruction of the Court, Defendants hereby give notice that it is concurrently lodging electronic transcripts of depositions taken in this case on compact disc. The deposition transcripts will be delivered to the Court's courtesy box on a compact disc labeled "TrafficSchool.com, Inc. v. EDRIVER, Inc." The compact disc contains transcripts for all depositions taken in this matter. Transcripts are in ASCII and LiveNote formats (in separate folders indicating such). File names indicate last name of deponent, volume (e.g. "v1" indicates Volume 1), and confidentiality (e.g. "con" indicates "confidential" and "aeo" or "atty" indicates "attorneys eyes only").

The following file names were implemented for deponents sharing a common last name:

- Ravindra "Ravi" Lahoti transcript files are named "lahoti_r;
- Raj Lahoti transcript files are named "lahoti"
- Hardy Warren transcript files are named "warren"; and
- Lisa Warren transcript files are named "warren_l."

DATED: November 13, 2007

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
BRIAN M. DAUCHER
JOSEPH H. TADROS
ASHLEY A. MERLO

Attorneys for Defendants

# Notices

2:06-cv-07561-PA-CW Trafficschool.com.Inc, et al v. Edriver Inc, et al (CWx), DISCOVERY, MANADR

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Tadros, Joseph on 11/14/2007 at 11:06 AM PST and filed on 11/14/2007

**Case Name:** Trafficschool.com.Inc, et al v. Edriver Inc, et al
**Case Number:** 2:06-cv-7561
**Filer:** Edriver Inc
Online Guru Inc
Find My Specialist Inc
Seriousnet Inc
Ravi K Lahoti
Raj Lahoti

**Document Number:** 183

**Docket Text:**
NOTICE OF LODGING filed *of Electronic Deposition Transcripts* (Tadros, Joseph)

### 2:06-cv-7561 Notice has been electronically mailed to:

Robert S Beall      rbeall@smrh.com

Brian M Daucher      bdaucher@sheppardmullin.com

Daniel C DeCarlo      decarlo@lbbslaw.com, kkim@lbbslaw.com

Paula C Greenspan      greenspan@lbbslaw.com

Mina I Hamilton      hamilton@lbbslaw.com

David N Makous      makous@lbbslaw.com

Ashley E Merlo      amerlo@sheppardmullin.com

Joseph Hany Tadros      jtadros@sheppardmullin.com

### 2:06-cv-7561 Notice has been delivered by First Class U. S. Mail or by fax to: :

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\3cvs1\Desktop\Notice of Lodging of Electronic Deposition Transcripts.PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/14/2007] [FileNumber=4950287-0
] [3d7539f093fcc7df2220726dddb0e166e02c198cf80d82bfc7d41347a62c3b76a7b
40c15848f5939db874e92bd3a6f9961805a106dcc80b8ed63d8204c9e2517]]