**EXHIBIT A**

DAVID N. MAKOUS (State Bar # 082409)
makous@lbbslaw.com
MINA I. HAMILTON (State Bar # 213917)
hamilton@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiffs
TRAFFICSCHOOL.COM, INC. and DRIVERS ED DIRECT, LLC,
California companies.

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>          Plaintiffs,<br><br>   vs.<br><br>EDRIVER, INC., a California corporation; ONLINE GURU, INC., a California corporation; DOES 1 through 10,<br><br>          Defendants. | Case No. CV 06-7561 PA (CWx)<br><br>**RULE 26 INITIAL DISCLOSURE BY PLAINTIFFS TRAFFICSCHOOL.COM, INC. AND DRIVERS ED DIRECT, LLC** |

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure,

Plaintiffs TRAFFICSCHOOL.COM, INC. and DRIVERS ED DIRECT, LLC

("Plaintiffs") hereby make the following initial disclosures based on the information

presently available to it:

## I.   26(a)(1)(A): POTENTIAL WITNESSES

Plaintiffs are currently aware of the following entities likely to have discoverable

information:

EXHIBIT____A____ PAGE ___4___

4842-9246-1825.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

a.    Edriver, Inc. (creation, management, and marketing of DMV.ORG site and related domains);

b.    Online Guru, Inc.(creation, management, and marketing of DMV.ORG site and related domains);

c.    Ravi Lohoti (aka Raj Lohoti)(creation, management, and marketing of DMV.ORG site and related domains);

d.    Serious.Net, Inc.(creation, management, and marketing of DMV.ORG site and related domains);

e.    Find My Specialist, Inc.(creation, management, and marketing of DMV.ORG site and related domains);

f.    Dan Negroni (creation, management, and marketing of DMV.ORG site and related domains);

g.    TrafficSchool.com, Inc. and Drivers Ed Direct, LLC, Eric Creditor (c/o Plaintiffs' counsel; Plaintiffs' businesses and injury to same by Defendants);

h.    TrafficSchool.com, Inc. and Drivers Ed Direct, LLC, Chris Kramer (c/o Plaintiffs' counsel; Plaintiffs' businesses and injury to same by Defendants);

i.    DMVs for states listed on Exhibit 16 of First Amended Complaint ("FAC")(DMV moniker, objections to DMV.ORG);

j.    American Safety Council, Robert Proechel, President, 5125 Adanson Street, Suite 500, Orlando, FL 32804, (800) 771-2255, (407) 629-4811 (DMV.ORG referred provider in Florida for traffic school and drivers education services; relationship with Defendants);

k.    Golden State Private School, Anthony Zimmer/Randall Zimmer, Director, 5440-F Thornwood Dr., San Jose CA, 95123, (866) 301-0828 (DMV.ORG referred provider in California for drivers education services; relationship with Defendants);

l. Jumby Bay Studios, Jamie Salvatore, President, 11783 Borman Dr. St. Louis, MO, 63146, (314) 569-1771 (relationship with parties; producer of the supplemental DVD product "Rules of the Road");

m. I Drive Safely, Rick Hernandez, President, Gari Garimella CEO/COO, 294 La Moree Rd., San Marcos, CA, 92078, (800) 723-1955 (DMV.ORG referred provider in California, Texas, and other states for traffic school services; relationship with Defendants);

n. DriversEd.com, Gary Tsfrin , Founder, Gary Golduber, President, 1956 Webster St., Ste 475, Oakland, CA, 94612, (510) 433-0606 (DVM.ORG referred provider in Nevada and other states for drivers education services; relationship with Defendants and Plaintiffs);

o. Virtual Drive, Kevin Knapp, President, 7009 Rochelle Ln., Amarillo TX, 79109, (806) 680-2587 (DMV.ORG referred provider in Texas, Colorado, and other states for drivers education services; relationship with Defendants and Plaintiff);

p. Driver Ed in a Box, Chuck Dunbar, Business Development, Pat Barrett, President, 800 Wilcrest, Ste 165, Houston, TX, 77042, (281) 890-2818 (DMV.ORG referred provider in Texas, Colorado, and other states for drivers education services; relationship with Defendants and Plaintiffs);

q. American Safety Classes, Steven Fox, Vice President, 2350 Route 9 South Old Bridge, NJ, 08857, (718) 436-5956 (DMV.ORG referred provider in New York and New Jersey for traffic school services; relationship with Defendants);

r. FloridaDrivingCourse.com (relationship with Defendants).

s. Carfax.com (relationship with Defendants and Plaintiffs);

t. Insweb.com (relationship with Plaintiffs);

u.      Esurance (relationship with Defendants);

v.      Progressive Direct (relationship with Defendants);

w.      Comparison Market (relationship with Defendants);

x.      NetQuote (relationship with Defendants);

y.      Intelius.com (relationship with Defendants);

z.      Affiliate Programs.com (relationship with Defendants and Plaintiffs);

aa.     Google, Yahoo, MSN, Ask.com (relationship with Defendants and Plaintiffs; paid-for advertising practices, non-paid online listings);

bb.     Alexa.com (internet traffic research);

cc.     United States Patent and Trademark Office (attempts to register DMV.ORG).

dd.     TeenDriversEducation.com (relationship with Defendants).

II.    **26(a)(1)(B): DESCRIPTION OF DOCUMENTS AND TANGIBLE THINGS**

Plaintiffs are currently aware of the following documents, electronically stored information, and tangible things in their possession, custody or control that may be used to support their claims or defenses:

a.      All exhibits to the Complaint and the FAC;

b.      The DMV.ORG website; all related domains and websites pointing to or from the DMV.ORG site; online searches on Google and other search engines, online and printed archives of same;

c.      United States Patent and Trademark Office records for Application, Serial No. 78777105, including extensions of time to file oppositions filed by Plaintiffs and other state DMVs.;

d.      Correspondence to and from state DMVs regarding DMV.ORG;

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

EXHIBIT A   PAGE 7

e.   Plaintiffs' websites TrafficSchool.com and DriverEdDirect.com and websites pointing to or from those sites, and goods and services provided therein.

## III.   26(a)(1)(C): COMPUTATION OF DAMAGES

Defendants' profits and any damages sustained by Plaintiffs recoverable under 15 U.S.C. § 1117 have not been computed at this time.  Plaintiffs are awaiting discovery from Defendants on these issues.

DATED: April 12, 2007          LEWIS BRISBOIS BISGAARD & SMITH LLP


By _Mina Hamilton_____
   DAVID N. MAKOUS
   MINA I. HAMILTON
   Attorneys for Plaintiffs
   TRAFFICSCHOOL.COM, INC. and
   DRIVERS ED DIRECT, LLC

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

EXHIBIT A  PAGE 8

4842-9246-1825.1

-5-

RULE 26 INITIAL DISCLOSURE BY PLAINTIFFS

**PROOF OF SERVICE**

Trafficschool.com, Inc. v. Edriver, Inc. - File No. 25162.14

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On April 12, 2007, I served the following document described as **RULE 26 INITIAL DISCLOSURE BY PLAINTIFFS TRAFFICSCHOOL.COM, INC. AND DRIVERS ED DIRECT, LLC** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

Brian M. Daucher, Esq.
Joseph H. Tadros, Esq.
SHEPPARD MULLIN RICHTER & HAMPTON
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1925

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ]   I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 12, 2007, at Los Angeles, California.

_____
Vicki Towles

4842-9246-1825.1

RULE 26 INITIAL DISCLOSURE BY PLAINTIFFS

EXHIBIT A PAGE 9

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1000

**EXHIBIT B**

**Brian Daucher**

| | |
|---|---|
| **From:** | MINA HAMILTON [HAMILTON@lbbslaw.com] |
| **Sent:** | Tuesday, September 25, 2007 9:55 AM |
| **To:** | Brian Daucher |
| **Cc:** | DAN DECARLO |
| **Subject:** | Fwd: Re: Damages |
| **Attachments:** | Text.htm; ATT1935960.gif |

 

Text.htm (8 KB) ATT1935960.gif
(409 B)

fyi

>>>
From: DAN DECARLO
To: Brian Daucher
Date: 9/21/2007 12:12 PM
Subject: Re: Damages
CC: Ashley Merlo;  Joseph Tadros;  MAKOUS, DAVID;  MINA HAMILTON


Brian:

I thought we were clear on this yesterday, but we have no problem providing you again our position.  We will also note that this has been our position for the entirety of the case.

The Lanham Act provides for monetary remedies based upon the actual damages to our clients and the profits of your client.  The Act (Sec 1117) states that for profits, "plaintiff shall be required to prove defendant's sales only; defendant must prove all elements of cost or deduction claimed."  You have provided us with your gross sales and your purported offsets to those sales.  As such, we intend to ask the jury for "damages" measured by the profits of your client per section of 1117.

I hope this is clear.
From: "Brian Daucher" <BDaucher@sheppardmullin.com>
To: "DAN DECARLO" <DECARLO@lbbslaw.com>
Date: 9/21/2007 10:50 AM
Subject: Damages
CC: "MINA HAMILTON" <HAMILTON@lbbslaw.com>, "Joseph Tadros" <JTadros@sheppardmullin.com>,
"Ashley Merlo" <AMerlo@sheppardmullin.com>

We really need an answer on this key question:

Are you seeking monetary recovery based upon proof of actual damage (eg, lost sales) to plaintiffs?

Yesterday, you seemed to indicate not, acknowledging the lack of any proof on this, but now the actual damage instruction, on how to assess plaintiffs' actual monetary damage, remains in place.

Defendants are entitled to a clear statement on this point.  Thx,

Brian.

Sheppard, Mullin, Richter & Hampton LLP

Brian M. Daucher
Partner Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive

EXHIBIT B PAGE 10

1

Fourth Floor
Costa Mesa, California 92626
bdaucher@sheppardmullin.com tel:
fax: (714) 424-2843
(714) 428-5925


Want to always have my latest info?Want a signature like this?


This message is sent by a law firm and may contain information that is privileged or
confidential. If you received this transmission in error, please notify the sender by
reply e-mail and delete the message and any attachments.


Sheppard, Mullin, Richter & Hampton LLP
Please visit our website at www.sheppardmullin.com

Daniel C. DeCarlo
Lewis Brisbois Bisgaard & Smith
221 N. Figueroa St. Suite 1200
Los Angeles, Ca. 90012
213-680-5066
310-213-1732 (cell)
213-250-7900 (facsimile)
decarlo@lbbslaw.com (email)

EXHIBIT___B___ PAGE___11

EXHIBIT  C

BRIAN M. DAUCHER, Cal. Bar No. 174212
ROBERT S. BEALL, Cal. Bar. No. 132016
JOSEPH H. TADROS, Cal. Bar. No. 239379
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional C orporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
bdaucher@sheppardmullin.com
jtadros@sheppardmullin.com

Attorneys for Defendants
EDRIVER, INC. and ONLINE GURU, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>                 Plaintiffs,<br><br>    v.<br><br>EDRIVER, INC., a California corporation; ONLINE GURU, INC., a California corporation; DOES 1 through 10.<br>              Defendants. | Case No. CV067561<br>*The Hon. Percy Anderson*<br><br>**DEFENDANTS' RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)**<br><br>Trial Date: October 30, 2007 |

REQUESTING PARTY:     Plaintiffs TRAFFICSCHOOL.COM, INC. and

                                 DRIVERS ED DIRECT, LLC ("Plaintiffs")

RESPONDING PARTY:     Defendants EDRIVER, INC. and ONLINE GURU,

                                 INC. ("Defendants")

SET NO.:                      ONE

EXHIBIT _C_ PAGE _12_

1        Defendants further object and will not produce documents responsive
2   to this request to the extent that it seeks documents related to non-party, non-
3   respondents Find My Specialist and/or Serious Net.
4        Defendants further object to this request on the grounds that it is
5   burdensome, oppressive and harassing in that it is partially duplicative of request 11.
6        Defendants object to this request on the grounds that it calls for
7   information not relevant to the subject matter of the action nor reasonably calculated
8   to lead to the discovery of admissible evidence.
9        Defendants further object to this request on the ground that it is
10   burdensome and oppressive in that it is not a proper document request but is better
11   suited as an interrogatory.
12        Defendants further object on the grounds that Plaintiffs have no viable
13   legal or equitable claim for damages in this case.  Plaintiffs concede they will not
14   seek their lost profits.  In this light, it would be improper, prior to a liability finding
15   on false advertising to force Defendants to turn over comprehensive financial
16   information.
17        Defendants further object to this request to the extent that it seeks
18   confidential and proprietary business and financial information.
19   **REQUEST FOR PRODUCTION NO. 17:**
20        Federal & State tax returns for Your companies from the first use of
21   DMV.ORG to the present.
22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**
23        Pursuant to meet and confer, this request was withdrawn.
24   **REQUEST FOR PRODUCTION NO. 18:**
25        Balance sheets and detailed Profit and Loss statements from the first
26   use of DMV.ORG to the present, for any of the following:
27        (a)    Online Guru, Inc.;
28        (b)    eDriver, Inc.;

EXHIBIT _C_ PAGE _13_

-18-

1        (c)     Find My Specialist, Inc.;

2        (d)     Serious Net, Inc.;

3        (e)     DMV.ORG.

4    **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

5        Defendants object to this request on the grounds that it is overbroad,

6    burdensome and oppressive in that it is not reasonably limited in time or scope.

7        Defendants further object to this request on the ground that it is

8    overbroad, burdensome and oppressive in that it seeks documents outside the scope

9    of Plaintiffs' standing pursuant to the Court's orders of January 22, 2007 and

10   March 15, 2007.

11       Defendants further object and will not produce documents responsive

12   to this request to the extent that it seeks documents related to non-party, non-

13   respondents Find My Specialist and/or Serious Net.

14       Defendants further object to this request on the grounds that it is

15   burdensome, oppressive and harassing in that it is duplicative of No. 11.

16       Defendants object to this request on the grounds that it calls for

17   information not relevant to the subject matter of the action nor reasonably calculated

18   to lead to the discovery of admissible evidence.

19       Defendants further object to this request on the ground that it is

20   burdensome and oppressive in that it is not a proper document request but is better

21   suited as an interrogatory.

22       Defendants further object to this request to the extent that it seeks

23   confidential and proprietary business and financial information.

24       Defendants further object on the grounds that Plaintiffs have no viable

25   legal or equitable claim for damages in this case. Plaintiffs concede they will not

26   seek their lost profits. In this light, it would be improper, prior to a liability finding

27   on false advertising to force Defendants to turn over comprehensive financial

28   information.

EXHIBIT __C__ PAGE __14__

-19-

RESPONSES TO PLAINTIFFS' PRODUCTION OF
DOCUMENTS (SET ONE)

1  action alleged therein, is barred by the applicable statute of limitations."

2  **RESPONSE TO REQUEST FOR PRODUCTION NO. 60:**

3          Defendants object to this request to the extent that it requests

4  documents protected from disclosure by the attorney-client privilege and/or work

5  product doctrine and/or other privacy rights.

6          Without waiving the foregoing, Defendants provide the following

7  response:

8          Defendants will produce documents supporting their contentions to the

9  extent not already exchanged in initial disclosures.

10  **REQUEST FOR PRODUCTION NO. 61:**

11          All Documents supporting Your contention in paragraph 15 of Your

12  Answer to the First Amended Complaint that consumers were not misled.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 61:**

14          Defendants object to this request to the extent that it requests

15  documents protected from disclosure by the attorney-client privilege and/or work

16  product doctrine and/or other privacy rights.

17          Without waiving the foregoing, Defendants provide the following

18  response:

19          Defendants will produce documents supporting their contentions to the

20  extent not already exchanged in initial disclosures.

21  DATED:  June 1, 2007

22                      SHEPPARD MULLIN RICHTER & HAMPTON LLP

23

24          By  _Brian M. Daucher / JAC_

25                          BRIAN M. DAUCHER

26                      Attorneys for Defendants

27  EXHIBIT___C___ PAGE __15__          EDRIVER, INC. and ONLINE GURU, INC.

28

                                    -45-