DAVID N. MAKOUS (State Bar # 082409)
makous@lbbslaw.com
DANIEL C. DECARLO (State Bar # 160307)
decarlo@lbbslaw.com
MINA I. HAMILTON (State Bar # 213917)
hamilton@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiffs
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC, California companies.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EDRIVER, INC., a California corporation; ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No. CV 06-7561 PA (CWx)<br><br>The Honorable Percy Anderson<br><br>NOTICE TO COURT AND LODGING OF PLAINTIFFS' POST-TRIAL [PROPOSED] FINDINGS OF FACTS AND CONCLUSIONS OF LAW (CITATIONS TO EVIDENCE AND LEGAL AUTHORITIES) AND ERRATA REGARDING SAME<br><br>Trial: November 6-8, 2007 |

///

///

///

///

4847-5315-0466.1

NOTICE TO COURT AND LODGING OF PLAINTIFFS' POST-TRIAL [PROPOSED] FINDINGS OF FACTS AND CONCLUSIONS OF LAW AND ERRATA REGARDING SAME

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on November 16, 2007, Plaintiffs served Defendants, pursuant to this Court's order, Plaintiffs' Post-Trial [Proposed] Findings of Fact and Conclusions of Law (Citations to Evidence and Legal Authorities), a copy of which is hereby attached hereto and lodged as Exhibit A. An electronic copy in WordPerfect is also being delivered to the Court on a CD disk for the Court's convenience. A marked-up copy is to be filed by Defendants on November 28, 2007 pursuant to Court order.

Further, Plaintiffs provide this errata to correct the following word processing errors present in Plaintiffs' Post-Trial [Proposed] Findings of Fact and Conclusions of Law (Citations to Evidence and Legal Authorities):

Pg. 2, line 7 -"THE DISTRICT" should be "TD"

Pg. 6, line 18-"THE DISTRICT" should be "TD"

Pg. 9, line 6-"THE DISTRICT" should be "TD"

DATED: November 19, 2007    LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Mina Hamilton
DAVID N. MAKOUS
DANIEL C. DECARLO
MINA I. HAMILTON
Attorneys for Plaintiffs