Trafficschool.com.Inc v. Drivers Ed Direct LLC　　Doc. 198

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PLAINTIFF(S)<br>v.<br>DEFENDANT(S). | CASE NUMBER<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

PLEASE TAKE NOTICE:

　　Pursuant to General Order 06-07, Local Rule 5-4 and/or the Federal Rules of Civil Procedure, the following deficiency(ies) has been found with your electronically filed document:

Date Filed　　　　Doc. No.　　　　Title of Doc.

**ERRORS WITH DOCUMENT**
- ☐ Document submitted in the wrong case.
- ☐ Incorrect document is attached to the docket entry.
- ☐ Document linked incorrectly to the wrong document.
- ☐ Incorrect Document Type selected (i.e., event selected does not match document attached).
- ☐ Case number is incorrect or missing.
- ☐ Proof of Service is missing for non-electronically served parties.
- ☐ Hearing information is missing.
- ☐ Hearing information incorrect.
- ☐ Case is closed.
- ☐ Proposed Document was not submitted as separate attachment.
- ☐ Title page is missing.
- ☐ Other

**Note: In response to this notice the court may order: 1) an amended or correct document to be filed, 2) the document stricken, or 3) take other action as the court deems appropriate.**

　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

Dated: _____　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

G-112A (01/07)　　**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

Dockets.Justia.com