1  BRIAN M. DAUCHER, Cal. Bar No. 174212
2  ROBERT S. BEALL, Cal. Bar No. 132016
   JOSEPH H. TADROS, Cal. Bar No. 239379
3  ASHLEY E. MERLO, Cal. Bar No. 247997
4  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
5    Including Professional Corporations
6  650 Town Center Drive, 4th Floor
   Costa Mesa, California 92626-1925
7  Telephone: (714) 513-5100
   Facsimile: (714) 513-5130
8  bdaucher@sheppardmullin.com
   jtadros@sheppardmullin.com
9
   Attorneys for Defendants
10

11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>Defendants. | Case No. CV067561 PA (CWx)<br>*The Hon. Percy Anderson*<br><br>**NOTICE OF LODGING OF DEFENDANTS' POST TRIAL [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW [TWO COPIES AND DISKETTE]**<br><br>Complaint Filed: November 28, 2006<br>Trial Commenced: November 6, 2007 |

-1-

**TO THE ABOVE-CAPTIONED COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

Defendants hereby give notice that it shall lodge with the Court today two paper copies of Defendants' Post Trial [Proposed] Findings Of Fact And Conclusions Of Law, as instructed by the Court and per the Hon. Judge Anderson's Civil Trial Order of March 15, 2007. The document will also be lodged in electronic format on a diskette in both Microsoft Word and Word Perfect formats.

DATED: November 28, 2007

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
BRIAN M. DAUCHER
JOSEPH H. TADROS
ASHLEY A. MERLO

Attorneys for Defendants