**EXHIBIT A**




**DMV.ORG - The Unofficial Guide to the DMV**  Page 1 of 2

Site Map | Advertise | About Us | Help Center | Terms of Use | Tell a Friend | Bookmark Site

Home | DMV Guide | Insurance Center | Tickets & Driving Schools | Reports & Records
Buying & Selling | Laws & Attorneys | News & Alerts | How To Guides | Fun Stuff | Community

DMV.ORG is not affiliated with any government agency

Choose Your State    Quick Links    Search    GO

## The Unofficial Guide to the DMV℠

This Web site was created to provide easy-to-access information and resources for all your Department of Motor Vehicles needs. Because government DMV sites can sometimes be confusing to use, we have developed this free and comprehensive guide for the average person to understand.

**Featured Resources**
- Auto Insurance
- Background Checks
- Drivers Education
- Drivers License & ID
- Driving Records
- Forms & Publications
- Lawyers
- Location & Hours
- Practice Tests
- Traffic Schools
- Vehicle & Tire Recalls
- Vehicle History Reports
- Vehicle Registration

**DMV Guide**
- Drivers License & ID
- First Time Drivers
- Registration & Titling
- Driving Records
- Locations & Hours
- Forms & Publications
- New to Your State?
- Motorcycles
- Commercial Drivers
- Safety & Statistics
- Dealers & Auto Industry
- Other DMV Information
- Car Insurance
- Tickets & Driving Schools

**Insurance Center**

**Tickets & Driving Schools**
- Drivers Education
- Traffic Schools
- Practice Tests
- Defensive Driving
- Suspended License
- Traffic Tickets
- Paying Your Traffic Ticket
- DMV Point System
- Driver Handbook
- Traffic Ticket Attorneys

**Reports & Records**
- Driving Records
- Vehicle History Reports
- Criminal Records

Choose Your State - Click on the map to select your state
- Alaska
- Hawaii
- Washington DC

### Sponsored Listings

**Switch to GEICO >>**
GEICO can save you up to 15% or more on Car Insurance. Find out how.
www.geico.com

**Lower Your Car Insurance Premium >>**
Shop rates of multiple Auto Insurance companies online. Receive free quotes and save hundreds.
www.dmv.org

**Lower Your Car Insurance Premium >>**
Shop rates of multiple Auto Insurance companies online. Receive free quotes and save hundreds.
www.netquote.com

**What's New**

**New Look, New Content**
We are extremely pleased to announce the launch of our newly designed and updated content at DMV.ORG along with our Website Search Engine. No longer do you have to wade through complicated

### About DMV.ORG

Our DMV Guide provides you with all the information you could possibly need from the Department of Motor Vehicles office—and much more. All the details on driver's licenses, driving records and ID cards, as well as vehicle registrations, title transfers, bills of sale and smog checks, are all available right here.

DMV.ORG also offers information you wouldn't think of getting from the Department of Motor Vehicles. You'll find great rates on auto insurance, ways to order a vehicle history report, and links to buying and selling cars—used and new. Got a traffic ticket? DMV.ORG also teaches you about online traffic schools, as well as driver's ed courses for new drivers. You can also rely on DMV.ORG for information on Lemon Laws and important updates on safety recalls. We bring you the most up-to-date information and services as they become available.

Why waste your time in line at the DMV when you can find all your answers about drivers, cars, driving, and the regulations you need to follow in your own state, all on one comprehensive Web site? Welcome to DMV.ORG.

**Choose Your State DMV Guide**

Alabama | Nebraska
         | Nevada

EXHIBIT __A__ PAGE __26__    TE 631

- Free Credit Report

**Buying & Selling**

- Guide to Buying a New Car
- Guide to Buying a Used Car
- Guide to Selling Your Car
- Auto Warranty
- Auto Loans
- State Regulations

**Laws & Attorneys**

- Find Attorneys
- Lemon Law
- DUI & DWI
- Personal Injury
- Vehicle Code
- Driver Handbook

**News & Alerts**

- Breaking News
- Recalls
- Stolen Vehicles
- Traffic Alerts
- Weather

**How To Guides**

- Buying & Selling
- Vehicle Maintenance
- Safety & Driving
- Car Basics
- Equipment & Technology
- Motorcycles & Other Vehicles
- Alternative Vehicles
- Travel & Recreation

**Fun Stuff**

- Trivia
- Humor
- Games
- Vehicle Audio & Video
- The Racing World
- Groups & Gatherings
- Links We Like

Community

specific to your state. We are proud of these changes, but you can help us improve our site all the more. It's easy; just send us your thoughts and comments through our suggestion box. Spend some time; look around; we think you'll be glad you did.

**Car Insurance Center Opens**
All drivers need protection against the possibility of being involved in a car accident. Car insurance is the most common method of protecting yourself against having to pay for costly repair bills or paying for property damage and hospital costs. Whether you have carried insurance for years, or you are just learning about the world of auto insurance, you'll find helpful information that will enable you to make wise decisions when it comes to buying insurance. We bring you the state regulations regarding required coverage'and we have partnered with some of the very best in the business to bring you great rates for all your insurance needs.

**How-To Guides for Car Lovers**
We know you love your car, so we've put together a lot of articles to help you learn more about taking care of your vehicle. Not interested in learning how to change your oil? Well, then maybe you'd rather learn how to stock your RV for a long trip, find out how to plan your upcoming road trip, or where to stop along the way to take in all the kitschy roadside attractions that dot our highways and byways. New How-To articles will be added on a regular basis so if you don't see the topic you want to research, keep checking back from time to time.

**Try Some Fun Stuff**
OK, you've found out what you need to do to take care of that DMV business; you've downloaded all the forms you need to take to the DMV; and you've made an appointment online and found out how to get to the nearest DMV office. So now what? How about having some car-related fun? Because life can't just be about paperwork and standing in long lines, we offer you some fun and games related to cars and driving. Reading about some of the bizarre laws related to driving is sure to leave you shaking your head; while testing yourself with our car trivia quiz is sure to prepare you for the next cut throat game of Trivial Pursuit. An eclectic mix of fun stuff is offered on these pages, from why you might want to join an antique car club to profiles of current NASCAR stars to links to Web sites that feature interesting license plates. Relax, enjoy, and take a spin through our Fun Stuff.

| | |
|---|---|
| California | New Mexico |
| Colorado | New York |
| Connecticut | North Carolina |
| Delaware | North Dakota |
| Florida | Ohio |
| Georgia | Oklahoma |
| Hawaii | Oregon |
| Idaho | Pennsylvania |
| Illinois | Rhode Island |
| Indiana | South Carolina |
| Iowa | South Dakota |
| Kansas | Tennessee |
| Kentucky | Texas |
| Louisiana | Utah |
| Maine | Vermont |
| Maryland | Virginia |
| Massachusetts | Washington |
| Michigan | Washington DC |
| Minnesota | West Virginia |
| Mississippi | Wisconsin |
| Missouri | Wyoming |
| Montana | |

© 1999-2007, DMV.ORG All Rights Reserved
Home | Advertising | About Us | Help Center | Visitor Agreement | Privacy Policy | Contact Us | Link to Us | Search | Change State

***Please note that DMV.ORG is not owned, operated, or affiliated with any government agency ***
DMV.ORG (the Site) is a privately owned, for-profit corporation owned by eDriver, Inc. The Site specifically disclaims any and all connection with any state bureau, division, or Department of Motor Vehicles, or any state or federal government agency. DMV.ORG does its best to get the correct information for each Department of Motor Vehicles on its site but does not claim responsibility for the accuracy of the information displayed herein. It is not complete or certified information. Additionally, the Site expressly disclaims any and all liability for third party links or resources on the Site and any claims of negligence arising from same. For complete and accurate information, please consult your local Department of Motor Vehicles office.



| Site Map | Advertise | About Us | Help Center | Terms of Use | Tell a Friend | Bookmark Site |

**Home** | DMV Guide | Insurance Center | Tickets & Driving Schools | Reports & Records
Buying & Selling | Laws & Attorneys | News & Alerts | How To Guides | Fun Stuff | Community

DMV.ORG is not affiliated with any government agency

California | Quick Links | Search [    ] Go

**Featured Resources**

- Auto Insurance
- Background Checks
- Driver Education
- Drivers License & ID
- Driving Records
- Forms & Publications
- Lawyers
- Location & Hours
- Online Drivers Ed
- Online Traffic School
- Practice Tests
- Vehicle & Tire Recalls
- Vehicle History Reports
- Vehicle Registration

The Unofficial Online Guide to the

# CALIFORNIA DMV

Welcome! Your California DMV guide is where you will find loads of helpful information about how to complete DMV-related transactions, and also dozens of other topics related to cars and drivers.

| Drivers License | Drivers Ed |
| Auto Insurance Quotes | Traffic Schools |
| Check a Vehicle's History | Locations & Hours |
| Vehicle Registration | Find DMV Forms |
| Driving Records | Car Insurance Quotes |

MORE...

Because many government sites get bogged down with legal-speak, we have compiled easy-to-understand steps on how to complete licensing and registration tasks—and much, much more. All our information has been researched and written by our team of fellow Californians who cut through the red tape in order to provide you with step-by-step instructions on how to get your CA DMV tasks accomplished.

**What You Can Find in Our California DMV Guide**

Whether you are looking to renew or replace a California driver's license, find DMV forms, take a practice test, locate driver's ed and traffic schools, register your vehicle, apply for a disabled placard, become a car dealer, transfer your car title, or get the inside track on how to apply for a commercial driver's license—our pages will show you how.

DMV.ORG also provides information you might not think to get from the official Department of Motor Vehicles. You can find great rates on auto insurance, request a vehicle history report, order a criminal background check, locate a personal injury attorney, read articles on car maintenance, or see links for buying and selling cars—new or used.

California drivers love their cars, and we love helping you get all the information you need to keep your car on the road. If it has to do with cars and drivers, you'll find it here in the California DMV guide.

**Sponsored Listings**

Click here for a free rate quote!



**Progressive Car Insurance >>**
Get a free car insurance quote now. You could save Hundreds!
www.progressive.com

**Switch to GEICO >>**
GEICO can save you up to 15% or more on Car Insurance. Find out how.
www.geico.com

**Compare Rates on Auto Insurance >>**
Get rates from multiple companies by having Agents compete for your business.
www.netquote.com

**Get Your Free Credit Report & Score >>**
Get a Free Credit Report and Score Online. View both instantly online now!
www.FreeCreditReport.com

**DMV Guide**

- Drivers License & ID
- First Time Drivers
- Registration & Titling
- Driving Records
- Locations & Hours
- Forms & Publications
- New to California?
- Motorcycles
- Commercial Drivers
- Safety & Statistics
- Dealers & Auto Industry
- Other DMV Information
- Car Insurance
- Tickets & Driving Schools

**Insurance Center**

**Tickets & Driving Schools**

- Drivers Education
- Traffic Schools
- Practice Tests
- Defensive Driving
- Suspended License
- Traffic Tickets
- Paying Your Traffic Ticket
- DMV Point System
- Driver Handbook
- Traffic Ticket Attorneys

**Reports & Records**

- Driving Records
- Vehicle History Reports
- Criminal Records
- Background Checks
- Free Credit Report

**Buying & Selling**

- Guide to Buying a New Car

- Guide to Buying a Used Car
- Guide to Selling Your Car
- Auto Warranty
- Auto Loans
- State Regulations

**Laws & Attorneys**

- Find Attorneys
- Lemon Law
- DUI & DWI
- Personal Injury
- Vehicle Code
- Driver Handbook

**News & Alerts**

- Breaking News
- Recalls
- Stolen Vehicles
- Traffic Alerts
- Weather

**How To Guides**

- Buying & Selling
- Vehicle Maintenance
- Safety & Driving
- Car Basics
- Equipment & Technology
- Motorcycles & Other Vehicles
- Alternative Vehicles
- Travel & Recreation

**Fun Stuff**

- Trivia
- Humor
- Games
- Vehicle Audio & Video
- The Racing World
- Groups & Gatherings
- Links We Like

**Community**

© 1999-2007, DMV.ORG. All Rights Reserved
Home | Advertising | About Us | Help Center | Visitor Agreement | Privacy Policy | Contact Us | Link to Us | Search | Change State

***Please note that DMV.ORG is not owned, operated, or affiliated with any government agency.***
DMV.ORG (the Site) is a privately owned, for-profit corporation owned by eDriver, Inc. The Site specifically disclaims any and all connection with the California DMV, any other state bureau, division, or Department of Motor Vehicles, or any other state or federal government agency. DMV.ORG does its best to get the correct information for the California Department of Motor Vehicles on its site but does not claim responsibility for the accuracy of the information displayed herein. It is not complete or certified information. Additionally, the Site expressly disclaims any and all liability for third party links or resources on the Site and any claims of negligence arising from same. For complete and accurate information, please consult your local California Department of Motor Vehicles office.

California Traffic Schools Online - Find CA Internet Traffic Ticket Schools - DMV.ORG                       Page 1 of 3





Home > California > Tickets & Driving Schools >

# Traffic Schools

Successful completion of a course from one of the approved California traffic schools is a great way to prevent violations from damaging your driving record. DMV.ORG recommends I Drive Safely as a good choice for California traffic school online. Not only can I Drive Safely's course dismiss a traffic ticket, attending a traffic school can enhance your driving knowledge and skill level, and it may increase your overall safety awareness so you, your family, and other drivers can be safer on the roads.

**CALIFORNIA TRAFFIC SCHOOL ONLINE SPONSOR**



**California Traffic School Online >>**
Take a California Court-Approved traffic school program from a trusted provider.

**WE OFFER:**
- Self paced courses.
- Log on/Log off at your convenience
- Same day certificate processing.
- Rush delivery available.
- Money Back Guarantee

Idrivesafely.com

**Tickets & Driving Schools**
- Drivers Education
- Traffic Schools
- Practice Tests
- Defensive Driving
- Suspended License
- Traffic Tickets
- Paying Your Traffic Ticket
- DMV Point System
- Driver Handbook
- Traffic Ticket Attorneys

**Featured Resources**
- Auto Insurance
- Background Checks
- Driver Education
- Drivers License & ID
- Driving Records
- Forms & Publications
- Lawyers
- Location & Hours
- Online Drivers Ed
- Online Traffic School
- Practice Tests
- Vehicle & Tire Recalls
- Vehicle History Reports
- Vehicle Registration

**DMV Guide**
- Drivers License & ID
- First Time Drivers
- Registration & Titling
- Driving Records
- Locations & Hours
- Forms & Publications
- New to California?
- Motorcycles
- Commercial Drivers
- Safety & Statistics
- Dealers & Auto Industry
- Other DMV Information
- Car Insurance

**CALIFORNIA DRIVER'S ED ONLINE SPONSOR**

TeenDriversEducation.com - Fast Home Study Course >>
Enroll in one of the top California's driver's ed online courses. Why sit in a classroom when you can take diver's ed online from the comfort of your home.

Is this page helpful to you?     

**Sponsored Listings**

**FREE Car Insurance Quote >>**
GEICO can save you up to 15% or more on Car Insurance. Find out how.
www.geico.com

**Want Lower Auto Insurance Rates? >>**
Use our Car Insurance Center to shop the rates of multiple companies online. Receive free quotes and save hundreds.
www.dmv.org

**Compare Rates on Auto Insurance >>**
Get rates from multiple companies by having Agents compete for your business.
www.netquote.com

**Get Your Free Credit Report & Score >>**
Get a Free Credit Report and Score Online. View both instantly online now!
www.FreeCreditReport.com

EXHIBIT 70 PAGE 158

http://www.dmv.org/ca-california/traffic-schools.php                                            8/25/2007

EXHIBIT A   PAGE 30

 

California Traffic Schools Online - Find CA Internet Traffic Ticket Schools - DMV.ORG    Page 2 of 3

**Insurance Center**

**Tickets & Driving Schools**

- Drivers Education
- Traffic Schools
- Practice Tests
- Defensive Driving
- Suspended License
- Traffic Tickets
- Paying Your Traffic Ticket
- DMV Point System
- Driver Handbook
- Traffic Ticket Attorneys

**Reports & Records**

- Driving Records
- Vehicle History Reports
- Criminal Records
- Background Checks
- Free Credit Report

**Buying & Selling**

- Guide to Buying a New Car
- Guide to Buying a Used Car
- Guide to Selling Your Car
- Auto Warranty
- Auto Loans
- State Regulations

**Laws & Attorneys**

- Find Attorneys
- Lemon Law
- DUI & DWI
- Personal Injury
- Vehicle Code
- Driver Handbook

**News & Alerts**

- Breaking News
- Recalls
- Stolen Vehicles
- Traffic Alerts
- Weather

**How To Guides**

- Buying & Selling
- Vehicle Maintenance
- Safety & Driving
- Car Basics
- Equipment & Technology
- Motorcycles & Other Vehicles
- Alternative Vehicles
- Travel & Recreation

**Fun Stuff**

- Trivia
- Humor
- Games
- Vehicle Audio & Video
- The Racing World

EXHIBIT 70 PAGE 159

 

California Traffic Schools Online - Find CA Internet Traffic Ticket Schools - DMV.ORG      Page 3 of 3

- Links We Like

Community

© 1999-2007, DMV.ORG. All Rights Reserved
Home | Advertising | About Us | Help Center | Visitor Agreement | Privacy Policy | Contact Us | Link to Us | Search | Change State

***Please note that DMV.ORG is not owned, operated, or affiliated with any government agency.*** DMV.ORG (the Site) is a privately owned, for-profit corporation owned by eDriver, Inc. The Site specifically disclaims any and all connection with the California DMV, any other state bureau, division, or Department of Motor Vehicles, or any other state or federal government agency. DMV.ORG does its best to get the correct information for the California Department of Motor Vehicles on its site but does not claim responsibility for the accuracy of the information displayed herein. It is not complete or certified information. Additionally, the Site expressly disclaims any and all liability for third party links or resources on the Site and any claims of negligence arising from same. For complete and accurate information, please consult your local California Department of Motor Vehicles office.

EXHIBIT 10  PAGE 160

http://www.dmv.org/ca-california/traffic-schools.php                    8/25/2007

EXHIBIT  A   PAGE 32

Yahoo! Mail   Welcome, joetad [Sign Out]  Help

dmv                                                           Options

1-10 of 10,900,000 for dmv (About) - 0.12 sec                 SPONSOR RESULTS

**Also try:** california **dmv**, ny **dmv**, virginia **dmv**, florida **dmv**, More...

1. **DMV.org**
   Directory of state Department of Motor Vehicle web sites.
   www.dmv.org  - 54k - Cached

2. **California Department of Motor Vehicles ( DMV)**
   Official site includes directory of office locations, online vehicle registration, and **DMV** appointment maker.
   **DMV** near you
   www.dmv.ca.gov - 33k - Cached

3. **New York State Department of Motor Vehicles - NYS DMV - NYSDMV - Driver ...**
   Official New York **DMV** site. Contains information about driver licenses, vehicle registration, license plates, and local offices.
   New York State **DMV** near you
   www.nydmv.state.ny.us  - 14k - Cached

4. **Virginia Department of Motor Vehicles ( DMV)**
   Virginia **DMV** official site. Offers news, address change, driver license renewal, plate purchase, vehicle renewal, and citizen and commercial services.
   Virginia **DMV** near you
   www.dmv.state.va.us - 30k - Cached

5. **Driver License and Identification (ID) Card Information**
   Visit a **DMV** office (make an appointment for faster service) ... Effective October 1, 2004, **DMV** will accept only a Medical Examination Report (DL ...
   www.dmv.ca.gov/dl/dl_info.htm - 140k - Cached

6. **Rhode Island Division of Motor Vehicles ( DMV)**
   Official Rhode Island **DMV** site. Renew your car registration and drivers license, find **DMV** locations and hours, request a title or your driving record, and order ...
   www.dmv.state.ri.us  - 18k - Cached

7. **Nevada Department of Motor Vehicles ( DMV)**
   Oversees vehicle registration and driver licensing.
   Nevada **DMV** near you
   www.dmvnv.com - 41k - Cached

8. **District of Columbia: Department of Motor Vehicles**
   DC Department of Motor Vehicles Main Page ...**DMV** Relocates Foreign National Services to Georgetown Service Center. How Do I? ...
   dmv.washingtondc.gov - 51k - Cached

9. **DMV - Nebraska Department of Motor Vehicles**
   Oversees licensing and registration for drivers and vehicles in the state of Nebraska.
   Nebraska **DMV** near you
   www.dmv.state.ne.us  - 24k - Cached

10. **Delaware Division of Motor Vehicles ( DMV)**
    Provides information pertaining to Delaware Driver and Vehicle Services, including the forms needed to conduct business at any of the DE**DMV** locations.
    www.dmv.de.gov  - 25k - Cached

**DMV Services from AAA**
Get all your **DMV** work done quickly & easily. Join AAA online & save.
www.aaa.com

**DMV Driving Records Online Nationwide**       670
Order driving records securely online. Same day delivery for most...
www.e-dmv.org

California **DMV** Info
**DMV** Forms, License & Registration. The Unofficial Guide to the CA **DMV**.
www.ca.dmv.org

**DMV Drivers License Test Secrets $19.95**
In 30 minutes or less, learn exactly what you need to pass the...
dmv-test.net

**Dmv Insurance Quotes**
Free Online Insurance Quotes Low Rates - Great Deals Nationwide.
hometownquotes.com/robby

**Comedy Traffic School - 30th Year**
Classes in 250 calif. cities. Low cost. Fun. Free comedy passes. Easy.
www.comedytraffic.com

**Dmv**
Find help on **Dmv**.
www.Lawyer.com/duilaws

**DMV Car Insurance**
Affordable Car Insurance Quotes In All 50 States. Quick Results.
www.DMV-Insurance.net

See your message here...

SPONSOR RESULTS                                                DEF-09776

  

EXHIBIT A   PAGE 33      TE 670

- **DMV Services from AAA**
  www.aaa.com - Get all your DMV work done quickly & easily. Join AAA online & save.

- **DMV Driving Records Online Nationwide**
  www.e-dmv.org - Order driving records securely online. Same day delivery for most...

**Also try:** california **dmv**, ny **dmv**, virginia **dmv**, florida **dmv**, More...

**1**   2   3   4   5   6   7   8   9   10   11   Next >

dmv

First puzzle clue: Hawaii's tallest mountain, Mauna __ Solve now.

© 2007 Yahoo!   Privacy / Legal   Submit Your Site

Web   Images   Video   News   Maps   Gmail   more ▼                                              Sign in

  dmv                               Search   Advanced Search
                                                                 Preferences

Web                                  Results 1 - 30 of about 3,860,000 for **dmv** [definition]. (0.04 seconds)

**California Department of Motor Vehicles**
California **DMV** Home Page is available for customers to check out
publications, download forms, brochures, FAQs, Vehicle
Information, Boats, Vessel, ...
www.dmv.ca.gov/ - 34k - Cached - Similar pages

   Vehicle Registration    Driver License
   Offices    Registration Renewal
   More Online Services    Forms

   More results from ca.gov »

**Driver License and Identification (ID) Card Information**
You will not be required to take the motorcycle driving test at **DMV** if
you ..... If you qualify and wish to renew by Internet, go to
www.**dmv**.ca.gov, ...
www.dmv.ca.gov/dl/dl_info.htm - 137k - Cached - Similar pages

**DMV**.ORG - The Unofficial Guide to the **DMV**
Nationwide **DMV** Guide. Information on Drivers License, Car
Registration, **DMV** Forms, **DMV** Locations, Driving Schools, Vehicle
History, and Insurance.
www.dmv.org/ - 54k - Cached - Similar pages

   CALIFORNIA - **DMV**.ORG - The Unofficial Guide to the **DMV**
   California **DMV** Guide. Drivers License, Car Registration, CA **DMV** Forms and
   Locations, Driving Schools, Vehicle History, and Insurance.
   www.dmv.org/ca-california/department-motor-vehicles.php - 34k -
   Cached - Similar pages
   [ More results from www.dmv.org ]

**Commonwealth of Virginia Department of Motor Vehicles**
Renew vehicle registration, renew driver's license, create and purchase license plates,
replace driver's license, purchase an identification card, ...
www.dmv.state.va.us/ - 30k - Cached - Similar pages

**New York State Department of Motor Vehicles - NYS DMV - NYSDMV ...**
NYS **DMV**, NYSDMV, New York State **Department of Motor Vehicles**, driver license,
vehicle title, vehicle registration, vehicle inspection, repair, ...
www.nydmv.state.ny.us/ - 14k - Cached - Similar pages

   **NYS DMV - NYS DMV - Driver License, Learner Permit and Non-Driver ...**
   NYS **DMV**, Driver license, **DMV**, Driving in New York State, Learner Permit and
   Non-Driver Photo ID Card.
   www.nydmv.state.ny.us/license.htm - 72k - Cached - Similar pages
   [ More results from www.nydmv.state.ny.us ]

Sponsored Links

**FL DMV** Driving Records
Get Your Driving Record - Delivered
Instantly Via Email
www.stateofflorida.com

California **DMV** Info
**DMV** Forms, License, & Registration
The Unofficial Guide to the **DMV**.
california.dmv.org
California

Florida **DMV** Online Guide
Drivers license, auto insurance,
used and new car, auto loan info
www.dmvflorida.org

EXHIBIT __A__ PAGE __35__   TE 671

State of Oregon: Oregon **DMV**
**DMV** is changing how it issues driver licenses and identification cards in order to start using new fraud-prevention "facial recognition" technology next ...
www.oregon.gov/ODOT/DMV/ - 34k - Cached - Similar pages

**Department of Motor Vehicles**
Sample driver's test, drivers' manuals, vehicle recalls, employment information, tax questions, emissions, licenses and customized registration plates.
www.ct.gov/**dmv**/ - 51k - Cached - Similar pages

Nevada **Department of Motor Vehicles** Official Site - www.dmvnv.com
Official State of Nevada **DMV** site offering information, forms and online services.
www.dmvnv.com/ - 41k - Cached - Similar pages

District of Columbia: **Department of Motor Vehicles**
Provides information on driver's licenses, auto registrations and auto inspections.
dmv.dc.gov/ - 51k - Cached - Similar pages

NCDOT **Division of Motor Vehicles**
Provides vehicle licensing, titling, and registration information, forms, driver records, driver study guide, service locations and offices, and commercial ...
www.ncdot.org/dmv/ - 39k - Cached - Similar pages

State of Delaware **Division of Motor Vehicles**
Provides links to information and online services and resources serving Delaware's residents, businesses, employees, visitors, and government.
www.dmv.de.gov/ - 26k - Cached - Similar pages

Utah **DMV**
Utah **Division of Motor Vehicles** information and online applications.
dmv.utah.gov/ - 14k - Cached - Similar pages

SC **Department of Motor Vehicles**
New Driven by the Arts Plate: The South Carolina **Department of Motor Vehicles** (SCDMV) began issuing the new Driven by the Arts plate on August 1. ...
www.scdmvonline.com/ - 88k - Cached - Similar pages

PENNDOT Driver and Vehicle Services
Pennsylvania Department of Transportation Driver and Vehicle Services Website.
www.dmv.state.pa.us/ - 16k - Cached - Similar pages

Motor Vehicle Commission
Driver and vehicle resources including license and registration, insurance, inspection, facility locations and hours.
www.state.nj.us/mvc/ - 16k - Cached - Similar pages

Deutsche Mathematiker-Vereinigung | Portal - [ Translate this page ]
Die offizielle Seite der Vereinigung informiert über Aktivitäten und bietet Statistiken zu den Themen "Schülerleistungen" und "Studentenzahlen".
dmv.mathematik.de/ - 7k - Cached - Similar pages

Department of Highway Safety & Motor Vehicles
Agency responsible for issuing driver licenses, motor vehicle titles, license plates and vessel registrations as well as overseeing the Florida Highway ...

www.hsmv.state.fl.us/ - 20k - Cached - Similar pages

### Florida Division of Driver Licenses
On-Line Services. Emergency Contact Information · License or ID Card Renewal · Address Change on License or ID Card · Duplicate License or ID Card (Yours ...
www.hsmv.state.fl.us/html/dlnew.html - 45k - Cached - Similar pages
[ More results from www.hsmv.state.fl.us ]

### Welcome to DMV International
Produces and markets milk, whey and protein based ingredients for nutritional, dietetic and clinical formulas.
www.dmv-international.com/ - 3k - Cached - Similar pages

### Louisiana Office of Motor Vehicles Expresslane
Toll Free Line Available 1-877-DMV-LINE (1-877-368-5463). Turning public service into personal service. ABOUT SSL CERTIFICATES ...
omv.dps.state.la.us/ - 21k - Cached - Similar pages

### Vermont Department of Motor Vehicles
Provides vehicle licensing, titling, and registration information as well as forms and contact information.
www.aot.state.vt.us/DMV/dmvhp.htm - 22k - Cached - Similar pages

### DMVS | Home Page
Effective July 1, 2005 the Department of Motor Vehicle Safety (DMVS) will become the Department of Driver Services (DDS). The following programs will no ...
www.dmvs.ga.gov/ - 14k - Cached - Similar pages

### DMV - Nebraska Department of Motor Vehicles
Issues drivers licenses and state identification cards. Also drafts and proposes legislation to improve traffic safety.
www.dmv.state.ne.us/ - 24k - Cached - Similar pages

### Drivers & Vehicles - Wisconsin Department of Transportation
Get out of line, DMV online services available to you ... DMV customer service centers accept cash or checks only. Credit cards are accepted for online and ...
www.dot.wisconsin.gov/drivers/ - 17k - Cached - Similar pages

### DMV - Department of Motor Vehicles - Online directory of state DMV ...
DMV - Department of Motor Vehicles - Online directory of state DMV web sites with comprehensive guide to Department of Motor Vehicle services including ...
www.dmv-department-of-motor-vehicles.com/ - 34k - Cached - Similar pages

### Rhode Island Division of Motor Vehicles :
Effective Tuesday, July 3, 2007, customers will notice a change in fees for most DMV services. A "technology fee" of $1.50 will be added to transactions ...
www.dmv.ri.gov/ - 18k - Cached - Similar pages

### DMV Welcome
Home page: Alaska Department of Administration, Motor Vehicles, DMV Alaska.
www.state.ak.us/dmv/ - 19k - Cached - Similar pages

### Idaho Division of Motor Vehicles Main Page
trucking.idaho.gov, OTHER FREQUENTLY-REQUESTED DMV DATA: DMV

EXHIBIT __A__ PAGE __37__

HISTORY ... Page Last Modified: 7/23/2007 4:58:12 PM. Division of Motor Vehicles
...
itd.idaho.gov/dmv/ - 19k - Cached - Similar pages

Searches related to: **dmv**

| | | | |
|---|---|---|---|
| **washington** dmv | **alaska** dmv | dmv **hawaii** | dmv **games** |
| dmv **employment** | **la** dmv | dmv **en espanol** | **practice permit tests** |



1 2 3 4 5 6 7 8 9 10   **Next**

Try Google Desktop: search your computer as easily as you search the web.

dmv                                     Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

EXHIBIT __A__ PAGE _38_

**EXHIBIT B**



EXHIBIT B PAGE 39