Trafficschool.com.Inc v. Drivers Ed Direct LLC

Doc. 205

SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-7561 PA (CWx) | Date | January 3, 2008 |
|---|---|---|---|
| Title | TrafficSchool.com, Inc., et al. v. eDriver, Inc., et al. | | |

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| C. Kevin Reddick | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None  None

**Proceedings:** IN CHAMBERS – COURT ORDER

The parties and lead trial counsel shall appear for a settlement conference on January 9, 2008, at 10:00 a.m., before the Honorable John F. Walter. All persons whose consent is necessary to conclude a settlement shall be present personally. Each party shall fax or deliver to chambers a Confidential Settlement Conference Statement on or before Monday, January 7, 2008. The Statement shall be in the form of a letter and shall not exceed five (5) pages in length. The statement shall be submitted in a sealed envelope clearly marked confidential, for the purposes of the settlement conference only. The Confidential Settlement Conference Statement shall not be filed. The statement shall contain the following information:

(a) a summary of the factual background of the case;

(b) a summary of the important legal and factual issues presented by the case and the submitting party's position on each issue;

(c) a description of the damages or other relief sought by or against the submitting party;

(d) a summary of the settlement negotiations or other means of alternative dispute resolution utilized prior to the date of the statement, including the content and date of any offers of compromise made or received by the submitting party, and the content and date of any responses to such offers; and

(e) any other relevant circumstances that counsel believe will assist the Court in conducting the settlement conference.

IT IS SO ORDERED.

:

Initials of Preparer

cc:

dockets.Justia.com