UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 06-7561-PA (CWAx)**                                Dated: **January 9, 2008**

Title:     TrafficSchool.com, Inc. -v- eDriver, Inc., et al.

PRESENT:   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Daniel C. DeCarlo                        Brian Daucher
Mina Hamilton                            Ashley Merlo


**PROCEEDINGS:   SETTLEMENT CONFERENCE**

Daniel C. DeCarlo appears with his client Eric Creditor. Brian Daucher and Ashley Merlo appear with their client representatives Raj Lahoti and Steve Morretti.

Court and counsel discuss settlement.

Case is not settled.


Initials of Deputy Clerk    sr

4/00