**P-SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7561 PA (CWx) | Date | January 16, 2008 |
|---|---|---|---|
| Title | TrafficSchool.com, Inc., et al. v. eDriver, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| C. Kevin Reddick | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS – COURT ORDER

The Court has reviewed each party's marked copies of the opposing party's Post-Trial Proposed Findings of Fact and Conclusions of Law. Due to the extensive amount of material that each party disputes in the other party's document, the Court finds these documents unhelpful, and therefore orders the parties to resubmit them with further support and citations to the record. The parties are ordered to exchange, no later than January 17, 2008, electronic versions of their respective Post-Trial Proposed Findings of Fact and Conclusions of Law that the parties previously submitted to this Court. Counsel for each party shall then:

(1) Electronically highlight in red those portions which it disputes.

(2) Electronically highlight in blue those portions which it admits.

(3) Electronically highlight in yellow those portions which it does not dispute but deems irrelevant.

Counsel are cautioned to use a shade of highlighting that allows the underlying text to be clearly read. Counsel need not come to a uniform conclusion as to the entire proposed finding; counsel may agree with a part of a finding or conclusion, disagree with a part of it, and/or consider a part of it irrelevant.

Immediately following each full sentence in which a party has indicated a dispute, the disputing party shall insert a short statement (one or two sentences), in *italics* and within [brackets], explaining the basis for the dispute. Each explanatory statement shall include a citation to the record for the evidence upon which the party relies to dispute the other party's proposed finding or conclusion.

No later than January 24, 2008, the parties shall file and serve their highlighted versions of the other party's Post-Trial Proposed Findings of Fact and Conclusions of Law in accordance with the Local Rules. Counsel are reminded to deliver courtesy copies to the Court, and to email the documents, in

Dockets.Justia.com

**P-SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7561 PA (CWx) | Date | January 16, 2008 |
|---|---|---|---|
| Title | TrafficSchool.com, Inc., et al. v. eDriver, Inc., et al. | | |

WordPerfect format (version 7 or later) or Microsoft Word format (Word 2003 or earlier versions), to the Court's ECF e-mail address.

_____ : _____
Initials of Preparer