DAVID N. MAKOUS (State Bar # 082409)
makous@lbbslaw.com
DANIEL C. DECARLO (State Bar # 160307)
decarlo@lbbslaw.com
MINA I. HAMILTON (State Bar # 213917)
hamilton@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiffs
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC, California companies.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EDRIVER, INC., a California corporation; ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No. CV 06-7561 PA (CWx)<br><br>The Honorable Percy Anderson<br><br>**PLAINTIFFS' NOTICE OF FILING** PLAINTIFFS' MARKED COPY OF DEFENDANTS' POST TRIAL [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW AS ORDERED BY THE COURT ON JANUARY 16, 2008<br><br>Complaint Filed: November 28, 2006 |

4819-1381-6834.1

PLAINTIFFS' NOTICE OF FILING PLAINTIFFS' MARKED UP COPY OF DEFENDANTS' POST TRIAL
[PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW, ETC.

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs TRAFFICSCHOOL.COM and DRIVERS ED DIRECT, LLC, pursuant to the Court's Order of January 16, 2008, hereby file the attached document, namely, "[PLAINTIFFS' MARKED COPY OF] DEFENDANTS' POST TRIAL [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW."

DATED: January 24, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP

By  */s/ Mina Hamilton/*
DAVID N. MAKOUS
DANIEL C. DECARLO
MINA I. HAMILTON
Attorneys for Plaintiffs