1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California Corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations, RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>Defendants. | CV 06–7561 PA (CWx)<br><br>[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION |

The Court, pursuant to its Findings of Fact and Conclusions of Law and Order Finding Defendants Liable for False Advertising, hereby ORDERS, ADJUDICATES AND DECREES that final judgment, including a permanent injunction, shall be and hereby is entered in the above entitled matter as follows:

1. The Defendants eDriver, Inc., Online Guru, Inc., Find My Specialist, Inc., Seriousnet, Inc., Ravi K. Lahoti, and Raj Lahoti, (collectively "Defendants"), their owners, officers, directors, assignees, transferees, employees, agents and representatives, and all

other persons, firms or entities acting in concert or participating with them, who receive notice of the injunction, are enjoined as follows:

    (a)    Defendants shall employ an acknowledgment page, or "splash screen," that every visitor to any entry webpage on the DMV.ORG domain shall see prior to viewing the webpage content;

    (b)    Visitors to any webpage on the DMV.ORG domain need only view the acknowledgment page once, and need not be presented with the acknowledgment page again when navigating to different webpages within the DMV.ORG domain;

    (c)    The acknowledgment page shall state: "You are about to enter a **privately owned website** that is **not** owned or operated by any state government agency. To continue, click 'continue' below." Below this disclaimer shall be a "click-through" button that the visitor must affirmatively click to continue to the webpage on the DMV.ORG domain;

    (d)    Below the "continue" button, and appearing on all computer monitors of common size without a visitor having to scroll down, shall be the statement: "If you intended to visit your state's motor vehicle regulating agency, choose your state below to be redirected.";

    (e)    Below this statement shall appear a drop-down menu that allows the visitor to choose their state. Upon choosing their state, the visitor shall be redirected to their state's official Department of Motor Vehicles or equivalent agency.

    2.    Plaintiffs shall recover their costs of suit.

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED: June __, 2008

                                                      Percy Anderson
                                        UNITED STATES DISTRICT JUDGE