BRIAN M. DAUCHER, Cal. Bar No. 174212
ROBERT S. BEALL, Cal. Bar. No. 132016
JOSEPH H. TADROS, Cal. Bar. No. 239379
ASHLEY E. MERLO, Cal. Bar No. 247997
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
bdaucher@sheppardmullin.com
jtadros@sheppardmullin.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual, and DOES 1 through 10.<br><br>    Defendants. | Case No. CV067561 PA (CWx)<br>*The Hon. Percy Anderson*<br><br>**DEFENDANTS' NOTICE OF INTENT TO FILE OBJECTIONS TO PROPOSED JUDGMENT AND PERMANENT INJUNCTION**<br><br>Complaint Filed November 28, 2006<br>Trial Commenced November 6, 2007 |

-1-

PLEASE TAKE NOTICE that Defendants intend to file objections to the proposed judgment and permanent injunction on or before Wednesday, June 18, 2008.

On June 4, 2008, the Court entered Findings Of Fact And Conclusions Of Law And Order Finding Defendants Liable For False Advertising and a Proposed Judgment And Permanent Injunction. The Court allowed the parties ten days from the date of entry of the Order to file any objections to the form of the Court's proposed permanent injunction.

Under Fed. Rule Civ. Proc., Rule 6(a), Defendants therefore calculate the June 18, 2008 deadline for the filing of objections as follows: exclusion of the date of the entry of the Court's Order (FRCP, Rule 6(a)(1)), exclusion of the intermediate Saturdays and Sundays (FRCP, Rule 6(a)(2)), and inclusion of the last day of the period – June 18, 2008 (FRCP, Rule 6(a)(3)).

Defendants intend to file objections to the Court's proposed permanent injunction not later than June 18, 2008. Defendants respectfully request that the Court take these objections into consideration prior to entry of any final judgment and permanent injunction.

Respectfully submitted,

DATED: June 13, 2008

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By /s/ Ashley E. Merlo
ASHLEY E. MERLO
Attorneys for Defendants

-2-