# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual, and DOES 1 through 10.<br><br>Defendants. | Case No. CV067561 PA (CWx)<br>*The Hon. Percy Anderson*<br><br>**[PROPOSED] REVISED JUDGMENT**<br><br>Complaint Filed November 28, 2006<br>Trial Commenced: November 6, 2007 |

The Court, pursuant to its Findings of Fact and Conclusions of Law and Order Finding Defendants Liable for False Advertising, hereby ORDERS, ADJUDICATES AND DECREES that final judgment, including a permanent injunction, shall be and hereby is entered in the above titled matter as follows:

1. The Defendants EDriver, Inc., Online Guru, Inc., Find My Specialist, Inc., Seriousnet, Inc., Ravi K. Lahoti, and Raj Lahoti, (collectively "Defendants"), their owners, officers, directors, assignees, transferees, employees, agents and representatives, and all other persons, firms or entities acting in concert or participating with them, who receive notice of the injunction, are enjoined as follows:

    (a) Defendants shall employ either the term "unofficial" or "independent" in all search engine result listings (sponsored and organic listings) that directly relate to either traffic school or driver's education;

    (b) Defendants shall employ a highlighted disclaimer in 16 point font at the top of <u>every</u> page of the DMV.ORG website stating: "DMV.ORG is a **<u>privately owned website</u>** that is **not** owned or operated by any government agency." (Sample attached as Ex. A.)

    (c) Defendants shall require every visitor sending any communication to DMV.ORG to check a disclosure box that states: "I acknowledge that DMV.ORG is a **<u>privately owned website</u>** that is **not** owned or operated by any government agency."

    (d) Defendants shall not expressly recommend or endorse any third party traffic school or driver's education advertiser on the DMV.ORG website.

////

2.    Plaintiffs shall recover their costs of suit.

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED: June ___, 2008

_____
The Honorable Percy Anderson
UNITED STATES DISTRICT JUDGE

1 | Respectfully submitted,
2 | DATED: June 18, 2008

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
BRIAN M. DAUCHER

Attorneys for Defendants

**EXHIBIT A**



EXHIBIT A PAGE 5

W02-WEST:3AAE1\400899721.1



EXHIBIT __A__ PAGE __6__





EXHIBIT __A__ PAGE __7__



W02-WEST:3AAE1\400899721.1



EXHIBIT A PAGE 9