1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

4843-7812-8642.1

1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED | CV 06-7561 PA (CWx) |
| 12  DIRECT, LLC, a California limited liability company, | **[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION** |
| 13                                   Plaintiffs, | |
| 14         v. | |
| 15  EDRIVER, INC.,ONLINE GURU, INC., | |
| 16  FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California | |
| 17  corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; | |
| 18  DOES 1 through 10, | |
| 19                                   Defendants. | |

20

21

22          The Court, pursuant to its Findings of Fact and Conclusions of Law and Order

23  Finding Defendants Liable for False Advertising, hereby ORDERS, ADJUDICATES AND

24  DECREES that final judgment, including a permanent injunction, shall be and hereby is

25  entered in the above entitled matter as follows:

26          1.      The Defendants eDriver, Inc., Online Guru, Inc., Find My Specialist, Inc.,

27  Seriousnet, Inc., Ravi Lahoti, and Raj Lahoti, (collectively "Defendants"), their owners,

28  officers, directors, assignees, transferees, employees, agents and representatives, and all

1    other persons, firms or entities acting in concert or participating with them, who receive

2    notice of the injunction, are enjoined as follows:

3              (a)    Defendants shall employ an acknowledgment page, or "splash screen,"

4    that every visitor, upon every visit, to any entry webpage on the DMV.ORG domain and/or

5    website shall immediately see prior to any viewing of the webpage content, without the user

6    being able to view the DMV.ORG website in the background of the splash screen;

7              (b)    Visitors to any webpage on the DMV.ORG domain and/or website

8    need only view the acknowledgment page once during each visit, and need not be presented

9    with the acknowledgment page again when navigating to different webpages within the

10   DMV.ORG domain and/or website upon the same visit;

11             (c)    The acknowledgment page shall state, without any branding, additional

12   wording, or images, only the following text, in black font, bolded and underlined (where

13   noted) and in at least 14 point font, as follows: "You are about to enter a **privately owned,**

14   **for profit, website** that is **not** owned or operated by any state government agency.  To

15   continue, click 'continue' below." Below this disclaimer shall be a click-through button

16   labeled "continue", which shall not be disproportionately larger than the other text or the

17   drop-down menu in (d) below, that the visitor must affirmatively click to continue to the

18   webpage on the DMV.ORG domain and/or website;

19             (d)    Below the "continue" button, and appearing on all computer monitors

20   of common size without a visitor having to scroll down, shall be the statement: "If you

21   intended to visit your state's DMV or  motor vehicle regulating agency, choose your state

22   below to be redirected.";

23             (e)    Below this statement shall appear a drop-down menu, that also must

24   appear on all computer monitors of common size without a visitor having to scroll down, that

25   allows the visitor to choose their state.  Upon choosing their state, the visitor shall be

26   immediately redirected (without any further messages, other advertisements or any other

27   communications by Defendants to the user who is being redirected) to their state's official

28   Department of Motor Vehicles or equivalent agency's homepage.  Further, Defendants shall

1  not be permitted to collect any information (e.g., IP addresses or email addresses) from any

2  visitor who does not click the "continue" button, or to employ other technical means (e.g.,

3  tracking cookies) to then solicit or otherwise contact such visitors.

4          (f)     All fonts used on the acknowledgment page, including those in the

5  continue button and drop down menus shall be in black color and be of the same font type,

6  size and boldness, except for the emphasized boldness in (c) above.

7          (g)     The following text shall appear on the acknowledgment page: "This

8  acknowledgment page is mandated by a Federal Court ruling."

9          2.      Plaintiffs shall recover their costs of suit.

10         IT IS SO ORDERED, ADJUDICATED AND DECREED.

11

12 DATED: June ___, 2008                    _____

13                                          Percy Anderson
                                            UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28