**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California Corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations, RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>Defendants. | CV 06–7561 PA (CWx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

The Court, pursuant to its Findings of Fact and Conclusions of Law and Order Finding Defendants Liable for False Advertising, and after having considered the parties' submissions, hereby ORDERS, ADJUDICATES AND DECREES that final judgment, including a permanent injunction, shall be and hereby is entered in the above entitled matter as follows:

    1.    The Defendants eDriver, Inc., Online Guru, Inc., Find My Specialist, Inc., Seriousnet, Inc., Ravi K. Lahoti, and Raj Lahoti, (collectively "Defendants"), their owners,

officers, directors, assignees, transferees, employees, agents and representatives, and all other persons, firms or entities acting in concert or participating with them, who receive notice of the injunction, are enjoined as follows:

    (a) Defendants shall employ an acknowledgment splash page, or "splash screen," that every visitor to any entry webpage on the DMV.ORG domain shall see prior to viewing any webpage content;

    (b) Visitors to any webpage on the DMV.ORG domain need only view the acknowledgment splash page once, and need not be presented with the acknowledgment splash page again when navigating to different webpages within the DMV.ORG domain;

    (c) The acknowledgment splash page shall state: "YOU ARE ABOUT TO ENTER A **PRIVATELY OWNED** WEBSITE THAT IS **NOT** OWNED OR OPERATED BY ANY STATE GOVERNMENT AGENCY. TO CONTINUE, CLICK 'CONTINUE' BELOW." Below this disclaimer shall be a "click-through" button that the visitor must affirmatively click to continue to the webpage on the DMV.ORG domain;

    (d) The statement in paragraph (c) shall appear in all capital letters;

    (e) Nothing other than the content in paragraph (c) and the DMV.ORG logo shall be visible to the visitor when viewing the acknowledgment splash page;

    (f) The statement in paragraph (c) shall appear in fourteen (14) point font, and shall be in larger font size than that used in the DMV.ORG logo and the 'continue' button.

    2. Plaintiffs shall recover their costs of suit.

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED: August 26, 2008

                                           Percy Anderson
                                 UNITED STATES DISTRICT JUDGE