DAVID N. MAKOUS, SB# 082409
E-Mail: makous@lbbslaw.com
DANIEL C. DECARLO, SB# 160307
E-Mail: decarlo@lbbslaw.com
MINA I. HAMILTON, SB# 213917
E-Mail: hamiltn@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiffs
TRAFFICSCHOOL.COM and DRIVERS
ED DIRECT, LLC, California companies

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, RAJ LAHOTI, individuals,<br><br>　　　　　　Defendants. | CASE NO. CV 06-7561 PA (CWx)<br><br>The Hon. Percy Andersen<br><br>**PLAINTIFFS' NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS**<br><br>Date: September 25, 2008<br><br>Time: 10:00 a.m.<br><br>Location: Room 917/Telephonic<br><br>[Filed concurrently with lodged verified Bill of Costs on Form CV-59 and Exhibits A-F] |

4846-3904-7170.1

1

PLAINTIFFS' NOTICE OF APPLICATION TO TAX COSTS

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Thursday, September 25, 2008, at 10:00 a.m., or as soon thereafter may be considered by the Clerk (or Clerk's designee) in the above-entitled court, located in Room 917 at 312 N. Spring Street, Los Angeles, CA 90012, or telephonically, Plaintiffs will present its application to tax costs in the sum of $100,358.01, pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local Rule 54. The Plaintiffs' Bill of Costs, with accompanying exhibits, is lodged separately hereto pursuant to Local Rule 54-3. Plaintiffs are the prevailing party and Court specifically ordered in its August 26, 2008 Judgment that "[p]laintiffs shall recover their costs of suit." [Docket #215.]

Respectfully submitted

DATED: September 10, 2008   **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Mina Hamilton

David N. Makous
Daniel C. Decarlo
Mina I. Hamilton
Attorneys for Plaintiffs TRAFFICSCHOOL.COM
and DRIVERS ED DIRECT, LLC

4846-3904-7170.1

PLAINTIFFS' APPLICATION TO TAX COSTS