# Exhibit A

ITEMIZATION AND DOCUMENTATION FOR REQUESTED COSTS
CASE NO. CV 06-7561 PA (CWx)
TRAFFICSCHOOL.COM V. EDRIVER

**EXHIBIT A:** CLERK'S FILING FEES

| | Amount |
|---|---|
| Filing Fee for Complaint | $350.00 |

## Lewis Brisbois Bisgaard & Smith LLP

**Cost Advance Ticket**
**Check Request**

# LA-02821

1. **Check—Date Needed:** Today, November 28, 2006
2. **Type of Expense:**

| | | | | | |
|---|---|---|---|---|---|
| [ ] | Educational Expense | | [ ] | Expert Witness Fee | J |
| [ ] | Business / Development | | [ ] | Jury Fees | JF |
| [ ] | Professional Seminar | | [ ] | Deposition | H |
| [X] | Filing Fee | 5 | [ ] | Court Reporter Fee | CR |
| [ ] | Miscellaneous Fee | 0 | [ ] | Mediation Fee | AM |
| [ ] | Recording Fee | 5 | [ ] | COD Transcription (Invoice Needed) | G |
| [ ] | Witness Fee | 7 | [ ] | Reproduction | R |
| [ ] | Prof. Consulting / Service Fee | S | [ ] | Other | |

[ ] Firm expense _____ (Acctg. Use—G.L. No.)
[ ] Clients advance check

3. **Client and File Name:** TrafficSchool.com v. Edriver, Inc.
4. **Client and Matter No.:** 25162-02
5. **Amount:** $350.00
6. **Payee / Vendor:** Clerk, United States District Court
7. **Mailing address:**

8. **Payee's Telephone No:**
9. **Payee's Tax I.D. No:**
10. **Explanation for billing purposes:** Filing Fee for Complaint

**Attorney:** Mina Hamilton **Ext:** 7926
**Secretary:** Vicki Towles **Ext:** 4005

Auth. by _MH_ / _Mina Hamilton_ Date _11-28-06_
Signature

Return to: Vicki Towles
Floor: 12th Floor

**Remember to have Attorney Sign and Attach all Supporting Backup**

| Vendor: | 38732 CLERK, U.S. DISTRICT COURT | Doc ID: 00005YQY-1 | Page | 1 of 6 |
|---|---|---|---|---|
| Voucher: | 963520 Dist: 1918341 | Date: 11/28/06 Check#: 349560 | Amount: | 350.00 |

```
 1  DAVID N. MAKOUS (State Bar # 082409)
    makous@lbbslaw.com
 2  MINA I. HAMILTON (State Bar # 213917)
    hamilton@lbbslaw.com
 3  LEWIS BRISBOIS BISGAARD & SMITH LLP
    221 North Figueroa Street, Suite 1200
 4  Los Angeles, California 90012-2601
    Telephone:  (213) 250-1800
 5  Facsimile:  (213) 250-7900

 6  Attorneys for Plaintiffs
    TRAFFICSCHOOL.COM, INC. and DRIVERS ED DIRECT, LLC,
 7  California companies.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EDRIVER, INC., a California corporation; ONLINE GURU, INC., a California corporation; DOES 1 through 10,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>1. **UNFAIR COMPETITION/FALSE ADVERTISING IN VIOLATION OF 15 U.S.C. §1125(a);**<br>2. **UNFAIR COMPETITION IN VIOLATION OF CALIFORNIA BUSINESS & PROFESSIONS CODE §17200 ET SEQ.**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs TRAFFICSCHOOL.COM, INC. and DRIVERS ED DIRECT, LLC ("Plaintiffs"), California companies, complain against Defendants EDRIVER, INC., a California corporation, ONLINE GURU, INC., a California corporation, and DOES 1 through 10 ("Defendants"), for damages and injunctive relief under the laws of the United States of America and of the State of California, as follows.

///

///

4828-2503-1937.1

COMPLAINT FOR FEDERAL AND STATE UNFAIR COMPETITION; DEMAND FOR JURY TRIAL

## SUBJECT MATTER JURISDICTION AND VENUE

1. This Court has original jurisdiction under 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331, 1338. in that this case arises under the Trademark Laws of the United States, 15 U.S.C. § 1052 et seq.

2. This Court has supplemental jurisdiction over the state law claims in this action pursuant to 28 U.S.C. § 1367.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b),(c).

## STATUS OF THE PARTIES

4. Plaintiff TRAFFICSCHOOL.COM, INC. ("TS") is a California corporation with its principal place of business located at 9121 Oakdale Avenue, Suite 120, Chatsworth, California, 91311.

5. Plaintiff DRIVERS ED DIRECT, LLC ("DED") is a California limited liability company with its principal place of business located at 9121 Oakdale Avenue, Suite 120, Chatsworth, California, 91311.

6. Defendant EDRIVER, INC. ("EDRIVER") is a California corporation having places of business located at 9663 Santa Monica Boulevard, # 591, Beverly Hills, California, 90210 and 6165 Greenwich Dr., Suite 150, San Diego, California, 92122. EDRIVER is qualified to do business and is doing business in the State of California, and within the Central District of California.

7. Defendant ONLINE GURU, INC. is a California corporation with its principal place of business located at 6165 Greenwich Dr., Suite 150, San Diego, California, 92122. ONLINE GURU, INC. is qualified to do business and is doing business in the State of California, and within the Central District of California.

8. Plaintiffs are currently unaware of the true names and capacities of the defendants named herein as DOES 1 through 10 inclusive and Plaintiffs therefore sue said defendants by those fictitious names. Plaintiffs will request leave of court to amend this complaint to state their true names and capacities when it ascertains same. Plaintiffs allege, upon information and belief, that each such fictitiously

| Vendor: | 38732 CLERK, U.S. DISTRICT COURT | Doc ID: 00005YQY-3 | Page | 3 of 6 |
|---|---|---|---|---|
| Voucher: | 963520 Dist: 1918341 | Date: 11/28/06 | Amount: | 350.00 |
| | | Check#:   349560 | | |

1  named defendant is in some manner responsible for the acts alleged herein and that
2  such defendants proximately caused the injuries alleged herein.

### GENERAL ALLEGATIONS

*(Plaintiff TrafficSchool.com, Inc.'s Business Model and Services)*

9.  Plaintiff TrafficSchool.com, Inc. ("TS") is a pioneer and leader in the Internet-based traffic school arena. Since 1994, TS – officially sanctioned and licensed by the California Department of Motor Vehicles and California superior courts and court assistance programs– has provided consumers in the State of California and elsewhere looking for accredited and highly-acclaimed traffic safety courses with the ability to obtain dismissals of vehicle moving violations, tickets and citations. Previously, traffic school courses were conducted almost exclusively by in person classroom instruction. With the advent of the internet, TS was one of the first to create user-friendly traffic school programs that allow consumers to enjoy the speed and convenience of learning the tasks of safe driving online, whether completing a defensive driving course for a traffic ticket dismissal or for a work related purpose. Accordingly, TS relies heavily on the internet and a fair competitive market therein for its business model, and is specifically dependant on its success by consumers being readily able to search, locate, and access its online services and website which is currently located at http://www.trafficschool.com.

*(Plaintiff Drivers Ed Direct, LLC's Business Model and Services)*

10.  Plaintiff DRIVERS ED DIRECT, LLC ("DED") is likewise heavily dependent on the internet for its business model. As TS did with the traffic school industry, DED is revolutionizing the drivers education industry by replacing traditional classroom instruction with interactive online technology in conjunction with personalized training. Accordingly, DED is also dependant on its success via the internet and a fair competitive market therein, and consumers being readily able to search, locate, and access its online services and website which is currently located at http://www.driverseddirect.com. DED is licensed and approved by the

| Vendor: | 38732 | CLERK, U.S. DISTRICT COURT | Doc ID: 00005YQY-4 | Page | 4 of 6 |
| Voucher: | 963520 | Dist: 1918341 | Date: 11/28/06 | Amount: | 350.00 |
| | | | Check#:   349560 | | |

1  California Department of Motor Vehicles.

*(The Nature of the DMV Moniker)*

2  11.  The "DMV" moniker is the state adopted unique identifier for the state government's regulatory agency used in California as well as in 21 other states that regulate motor vehicle licensing. Attached hereto as Exhibit "A" is a list of the 22 state government's motor vehicle agencies and their related internet websites. For example, the State of California's Department of Motor Vehicles uses the identifier DMV, and provides information and guidance to consumers on the internet at http://www.dmv.ca.gov.

12.  Accordingly, the State of California and other states use DMV as the identifier for the government agency and consumers in California and 21 other states widely know and recognize DMV as their state's *official* government motor vehicle agency that provides DMV related transactions such as issuance of drivers licenses, vehicles registrations, traffic school and drivers education compliance certificates, and other services. Thus, it is without doubt that when anyone sees DMV in association with traffic schools, drivers education courses, or vehicle licensing and registration services, DMV immediately denotes the state regulatory agency for the State of California (to a California resident) or any other state's DMV as the case may be.

*(Defendants' Acts Which Have and Are Likely to Cause Confusion and Otherwise Deceive the Public and Harm Plaintiffs)*

13.  Defendant EDRIVER, INC. ("EDRIVER") is a for profit California corporation that owns and operates a website whose internet addresses is presently located at http://www.dmv.org ("the Site").

14.  Defendant ONLINE GURU, INC. is a for profit California corporation that acts as the internet marketing consulting firm for EDRIVER and the Site.

15.  Defendants have absolutely no license or permission to act on behalf of any state DMV agency or to represent (impliedly or expressly) that it is endorsed by,

4828-2503-1937.1
-4-
COMPLAINT FOR FEDERAL AND STATE UNFAIR COMPETITION; DEMAND FOR JURY TRIAL

1  affiliated with, or licensed by the California DMV or any other state DMV.
2  Defendants are generating revenue for themselves by driving internet traffic to the
3  Site and by obtaining referral fees and other participatory benefits received from
4  Plaintiffs' competitors (e.g., I DRIVE SAFELY and Golden State Private School, *see*
5  *infra*). In other words, the Site acts as a referral source in California and other states
6  for traffic schools and drivers education schools that are competitive with Plaintiffs.
7  This accordingly eliminates or reduces the commercial benefit and opportunities of
8  Plaintiffs to selling their traffic school and drivers education services for profit. By
9  their activities, some of which are illustrated below, Defendants have not only seized
10 upon the availability of the dmv.org domain name, but remarkably and audaciously
11 are wrongfully aggressively promoting and advertising the Site as being sanctioned
12 by or affiliated with the state DMV agencies. Defendants' activities have the effect
13 of harming Plaintiffs' ability to compete fairly in the marketplace, and moreover
14 cause confusion, and mislead and deceive the public and consumers who are
15 searching online for traffic school or drivers education courses that are authorized by
16 the DMV or California superior courts and court assistance programs.

17   16.   In addition to the text on the Site itself (discussed below), Defendants'
18 goods and services are advertised in interstate commerce through the well-known
19 internet search engines via *paid* priority listing placements and *non-paid* (or
20 "natural") optimized search engine placements. In other words, Defendants have
21 paid for favorable priority positions for the Site on the most common public search
22 engines, including Google, Yahoo, MSN, and Ask.com. In addition, Defendants'
23 Site is among the top sites in a natural result listing with many search engines for
24 thousands of search terms. In order to better illustrate these advertising strategies,
25 the following are examples evidencing Defendants' ongoing attempts to confuse and
26 mislead the public in the specific context of Google search results on the internet
27 when consumers type in the words "dmv", "drivers ed", "traffic school", "California
28 traffic school", and "California drivers ed" into the Google search mechanism.

4828-2503-1937.1                              -5-
COMPLAINT FOR FEDERAL AND STATE UNFAIR COMPETITION; DEMAND FOR JURY TRIAL