# Exhibit B

ITEMIZATION AND DOCUMENTATION FOR REQUESTED COSTS
CASE NO. CV 06-7561 PA (CWx)
TRAFFICSCHOOL.COM V. EDRIVER

Amount

**EXHIBIT B:** FEES FOR **SERVICE** OF SUMMONS AND FOR SERVICE OF SUBPOENAS

| | |
|---|---|
| US Legal Management-Service of Process (November 06) | $160.05 |
| US Legal Management-Service of Process (November 06) | $35.00 |
| US Legal Management-Service of Subpoena (August 07) | $137.50 |
| US Legal Management-Service of Subpoena (August 07) | $15.00 |
| US Legal Management-Service of Subpoena (August 07) | $137.50 |
| FED-EX-Stipulated Service of Subpoena | $14.28 |
| FED-EX-Stipulated Service of Subpoena | $14.28 |
| TOTAL | $513.61 |



U. S. Legal Management Services, Inc.

```
3706039      11/29/06     14:09   LEWIS BRISBOIS BISGAARD & SMITH      Csr: 102
CONTROL
         PICKUP                            DELIVER
LEWIS BRISBOIS BISGAARD & SMITH   c/o edriver inc
221 NORTH FIGUEROA STREET 9TH FL. 4266 atlantic ave              Base           97.00
LOS ANGELES       CA   90012      LONG BEACH       CA 90807      Return
See: ELI                          See: brett wakin               Wait
   SUMMONS & COMPLAINT                                           Weight
   notice                                                        Fax/FedX
   please serve agent                                            Add/Atmpt      48.50
   for process                                                   Research
                                                                 Misc/Stke
Req: vicki towles                                                FuelChg        14.55
Svce: ASAP PROCESS SERVICE        Sign: PERSONAL       15:20     Adv.Fee
Acct: 2902                                                       CheckChg
Ref: 25162-02
                                  Rating: MULTIPLE ATTEMPTS      Total         160.05
```

| Vendor:   | 37641  U.S. LEGAL MANAGEMENT SERVICES, INC. | Doc ID: 00006AYC-247  Page | 1 of 1 |
|---|---|---|---|
| Voucher:  | 975933  Dist: 1945172 | Date: 1/16/07  Amount: | 160.05 |
|           |                       | Check#:   353384 | |



## U. S. Legal Management Services, Inc.

```
3706053      11/29/06     14:15   LEWIS BRISBOIS BISGAARD & SMITH      Csr: 102
CONTROL
         PICKUP                            DELIVER
LEWIS BRISBOIS BISGAARD & SMITH   c/o online guru                 Base          35.00
221 NORTH FIGUEROA STREET 9TH FL. 4266 atlantic ave               Return
LOS ANGELES       CA   90012      LONG BEACH       CA 90807       Wait
See: ELI                          See: brett wakin                Weight
    91283                             service of process          Fax/FedX
    SUMMONS & COMPLAINT                                           Add/Atmpt
    notice                                                        Research
    serve agent for                                               Misc/Stke
                                                                  FuelChg
Req: vicki towles                 Sign: PERSONAL        15:20     Adv.Fee
Svce: ASAP PROCESS SERVICE                                        CheckChg
Acct: 2902
Ref: 25162-02                     Rating: RELATED PROCESS         Total          35.00
```

| Vendor: | 37641 U.S. LEGAL MANAGEMENT SERVICES, INC. | Doc ID: 00006AYC-248 Page | 1 of 1 |
|---|---|---|---|
| Voucher: | 975933 Dist: 1945173 | Date: 1/16/07  Amount: | 35.00 |
| | | Check#: 353384 | |



**U. S. Legal Management Services, Inc.**

```
 3876357      8/02/07      11:06   LEWIS BRISBOIS BISGAARD & SMITH     Csr: 107
CONTROL
        PICKUP                              DELIVER
  LEWIS BRISBOIS BISGAARD & SMITH    CUSTODIAN OF RECORDS / I DRIVE    Base        125.00
  221 NORTH FIGUEROA STREET 9TH FL.  294 LA MOREE ROAD                 Return
  LOS ANGELES        CA   90012      SAN MARCOS         CA  92069      Wait
  See: TONI                                                            Weight
     ***DEPO SUBPOENA****                                              Fax/FedX
                                                                       Add/Atmpt
                                                                       Research
                                                                       Misc/Stke
                                                                       FuelChg      12.50
  Req: TONI ESPINOZA                 Sign: Elizabeth Sanchez, a 15:15  Adv.Fee
  Svce: BRANCH ASAP PROCESS                                            CheckChg
  Acct: 2902
  Ref: 25162-14                                                        Total       137.50
```

| Vendor:   | 37641   U.S. LEGAL MANAGEMENT SERVICES, INC. | Doc ID: 00008CZB-102  Page |         | 1 of 1 |
|-----------|----------------------------------------------|----------------------------|---------|--------|
| Voucher:  | 1028120  Dist: 2082233                       | Date: 8/15/07              | Amount: | 137.50 |

\\10.1.3.25\DocumentBank\APDocs\00008CZB.tif



**U. S. Legal Management Services, Inc.**

```
3876368      8/02/07    11:10  LEWIS BRISBOIS BISGAARD & SMITH    Csr: 107
CONTROL      PICKUP                  DELIVER
LEWIS BRISBOIS BISGAARD & SMITH   CUSTODIAN OF RECORDS / GOLDEN    Base        125.00
221 NORTH FIGUEROA STREET 9TH FL. 5540-F THORNWOOD DRIVE           Return
LOS ANGELES     CA   90012        SAN JOSE        CA 95122         Wait
See: TONI                                                          Weight
   ***DEPO SUBPOENA****                                            Fax/FedX
                                                                   Add/Atmpt
                                                                   Research
                                                                   Misc/Stke
                                                                   FuelChg      12.50
Req: TONI ESPINOZA                Sign: Jane Doe, cor      15:12   Adv.Fee      15.00
Svce: BRANCH ASAP PROCESS                                          CheckChg
Acct: 2902
Ref: 25162-14                                                      Total       152.50
```



**U. S. Legal Management Services, Inc.**

```
  3876368        8/02/07       11:10  LEWIS BRISBOIS BISGAARD & SMITH    Csr: 107
CONTROL          PICKUP                        DELIVER
 LEWIS BRISBOIS BISGAARD & SMITH    CUSTODIAN OF RECORDS / GOLDEN    Base         125.00+
 221 NORTH FIGUEROA STREET 9TH FL.  5540-F THORNWOOD DRIVE           Return
 LOS ANGELES         CA   90012     SAN JOSE          CA 95122       Wait
 See: TONI                                                           Weight
    ***DEPO SUBPOENA****                                             Fax/FedX
                                                                     Add/Atmpt
                                                                     Research
                                                                     Misc/Stke
                                                                     FuelChg       12.50+
 Req: TONI ESPINOZA                 Sign: Jane Doe, cor      15:12   Adv.Fee       15.00
 Svce: BRANCH ASAP PROCESS                                           CheckChg
 Acct: 2902
 Ref: 25162-14                                                       Total        152.50
```

```
  125 · +
   12 · 5 +
  137 · 5 *
```

| | | | |
|---|---|---|---|
| Vendor: | 37641  U.S. LEGAL MANAGEMENT SERVICES, INC. | Doc ID: 00008D5R-1 | Page   1 of 1 |
| Voucher: | 1028120  Dist: 2082234 | Date: 8/15/07 | Amount:  137.50 |



| Invoice Number | Invoice Date | A  unt Number | |
|---|---|---|---|

Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
Distance Based Pricing, Zone 4

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 792528956493 | David N. Makous | Barbara Zwe | |
| Service Type | FedEx Priority Overnight | LEWIS BRISBOIS BISGAARD SMITH | Dept. of Ment  Health | |
| Package Type | FedEx Envelope | 221 N. Figueroa Street | 1600 9th Stre | |
| Zone | 04 | LOS ANGELES CA 90012 US | SACRAMENTO CA 95814 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 27, 2007 10:12 | Transportation Charge | | 18.50 |
| Svc Area | A1 | Discount | | -5.92 |

Continued on next page

| | | | | |
|---|---|---|---|---|
| Tracking ID: 792528956493 continued | | | | 1.70 |
| Signed by | A.RONQUILLO | Fuel Surcharge | USD | $14.28 |
| FedEx Use | 000000000/0000208/ | Total Charge | | |

| Vendor: | 989 FEDERAL EXPRESS CORPORATION | Doc ID: 000089F8-1 | Page | 1 of 1 |
|---|---|---|---|---|
| Voucher: | 1025590 Dist: 2074429 | Date: 8/15/07 | Amount: | 14.28 |
| | | Check#: 368954 | | |



| Invoice Number | Invoice Date | Account Number | Page |

Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
Distance Based Pricing, Zone 4

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 799182696114 | David N. Makous | Christopher Gill and Custodian | |
| Service Type | FedEx Priority Overnight | LEWIS BRISBOIS BISGAARD SMITH | DMV Legal Affairs | |
| Package Type | FedEx Envelope | 221 N. Figueroa Street | 2415 First Avenue | |
| Zone | 04 | LOS ANGELES CA 90012 US | SACRAMENTO CA 95818 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 27, 2007 09:17 | Transportation Charge | | 18.50 |
| Svc Area | A1 | Discount | | -5.92 |
| Signed by | B.LUGAR | Fuel Surcharge | | 1.70 |
| FedEx Use | 000000000/0000208/ | **Total Charge** | **USD** | **$14.28** |

| Vendor: | 989 FEDERAL EXPRESS CORPORATION | Doc ID: 000089L1-1 | Page | 1 of 1 |
|---|---|---|---|---|
| Voucher: | 1025590 Dist: 2074436 | Date: 8/15/07 | Amount: | 14.28 |
| | | Check#: 368954 | | |