# Exhibit C

ITEMIZATION AND DOCUMENTATION FOR REQUESTED COSTS
CASE NO. CV 06-7561 PA (CWx)
TRAFFICSCHOOL.COM V. EDRIVER

**EXHIBIT C**: FEES FOR TRANSCRIPTS (DEPOSITIONS AND TRIALS-HEARINGS)

| | Amount |
|---|---|
| Eric J. Creditor | $1,517.68 |
| Eric J. Creditor Vol. II | $630.47 |
| Chris Kramer | $692.37 |
| Chris Kramer , Vol. II | $632.94 |
| Steve Moretti | $2,123.30 |
| Itamar Simonson | $3,197.45 |
| Daniel Negroni | $375.70 |
| Daniel Janal | $486.50 |
| Ravindra Lahoti | $853.55 |
| Ben Watson | $320.74 |
| James Leach | $409.17 |
| Thomas Maronick | $1,038.19 |
| Gerald Flack | $1,289.12 |
| Hardy Warren | $833.15 |
| Janine Warren | $448.16 |
| Michael Jacobson | $352.90 |
| Steve Moretti , Vol. II (PMK) | $720.00 |
| Casey Albrite | $683.65 |
| Raj Lahoti | $2,122.75 |
| Kenneth Hollander | $1,635.76 |
| Total Deposition Transcripts | $20,363.55 |
| Court Transcript Fee (Discovery Hearing Transcript-Required to Prepare Proposed Court Order Re: Same as Requested by Court) | $443.00 |
| Court Transcript Fee (Pretrial Hearing Transcript-Required for Post-Trail Briefing) | $114.08 |
| Trial Transcripts (Required by Court for Post-Trial Findings/Briefings -Bench Trial) | $2,670.28 |
| Total Trial Transcripts | $3,227.36 |

# INVOICE

BARKLEY Court Reporters
barkley.com
File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 335790 | 7/18/2007 | 245923 |

| Job Date | Case No. |
|---|---|
| 7/12/2007 | |

| Case Name |
|---|
| Trafficschool.com v. EDriver, Inc. |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

David N. Makous, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
221 N. Figueroa St., Ste. 1200
Los Angeles, CA 90012

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Eric J. Creditor - Vol. I | 1,117.10 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Eric J. Creditor - Vol. I - Confidential Portion | 400.58 |
| **TOTAL DUE >>>** | **$1,517.68** |

**Tax ID:** 33-0381238

Phone: 213-250-1800 Fax:213-250-7900

*Please detach bottom portion and return with payment.*

Job No. : 245923 BU ID :02 - OC
Case No. :
Case Name : Trafficschool.com v. EDriver, Inc.

David N. Makous, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
221 N. Figueroa St., Ste. 1200
Los Angeles, CA 90012

Invoice No. : 335790 Invoice Date :7/18/2007
**Total Due : $ 1,517.68**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name: Joy Creditor
Card Number: 3732 758 781 11035
Exp. Date: 8/08 Phone#: 800.691.5014
Billing Address: 9121 Oakdale Ave #120
Zip: 91311 Amount to Charge: 1517.68
Cardholder's Signature: Joy Creditor

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles, CA 90074-0217**

# INVOICE

BARKLEY Court Reporters
barkley.com
File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 335925 | 7/24/2007 | 245924 |

| Job Date | Case No. |
|---|---|
| 7/17/2007 | |

| Case Name |
|---|
| Trafficschool.com v. EDriver, Inc. |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

pd 8/8 [illegible]

David N. Makous, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
221 N. Figueroa St., Ste. 1200
Los Angeles, CA 90012

| Description | Amount |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Eric J. Creditor - Vol. II | 477.31 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Eric J. Creditor - Vol. II - Confidential Portion | 153.16 |
| TOTAL DUE >>> | $630.47 |

**Tax ID:** 33-0381238

Phone: 213-250-1800 Fax:213-250-7900

*Please detach bottom portion and return with payment.*

David N. Makous, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
221 N. Figueroa St., Ste. 1200
Los Angeles, CA 90012

Job No. : 245924 BU ID :02 - OC
Case No. :
Case Name : Trafficschool.com v. EDriver, Inc.

Invoice No. : 335925 Invoice Date :7/24/2007
**Total Due : $ 630.47**

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles, CA 90074-0217**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name: Joy Creditor
Card Number: 3732 758781 11035
Exp. Date: 8/08 Phone#: 800 691 5044
Billing Address: 9121 Oakdale Ave #120
Zip: 91311 Amount to Charge: 630.47
Cardholder's Signature: Joy Creditor

# INVOICE

BARKLEY Court Reporters
barkley.com
File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 336001 | 7/24/2007 | 247665 |
| **Job Date** | **Case No.** | |
| 7/17/2007 | | |
| **Case Name** | | |
| Trafficschool.com v. EDriver, Inc. | | |
| **Payment Terms** | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

David N. Makous, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
221 N. Figueroa St., Ste. 1200
Los Angeles, CA 90012

*1 CERTIFIED COPY OF TRANSCRIPT OF:*
Chris Kramer — 692.37

**TOTAL DUE >>>** **$692.37**

**Tax ID:** 33-0381238

Phone: 213-250-1800 Fax:213-250-7900

*Please detach bottom portion and return with payment.*

David N. Makous, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
221 N. Figueroa St., Ste. 1200
Los Angeles, CA 90012

Job No. : 247665 BU ID :02 - OC
Case No. :
Case Name : Trafficschool.com v. EDriver, Inc.

Invoice No. : 336001 Invoice Date :7/24/2007
**Total Due : $ 692.37**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name: Joy Creditor
Card Number: 3732 758 781 11035
Exp. Date: 8/08 Phone#: 800 691 5014
Billing Address: 9121 Oakdale Suite 120
Zip: 91311 Amount to Charge: 692.37
Cardholder's Signature: Joy Creditor

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles, CA 90074-0217**

# INVOICE

BARKLEY Court Reporters
barkley.com
File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 335929 | 7/24/2007 | 247447 |
| **Job Date** | **Case No.** | |
| 7/18/2007 | | |
| **Case Name** | | |
| Trafficschool.com v. EDriver, Inc. | | |
| **Payment Terms** | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

David N. Makous, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
221 N. Figueroa St., Ste. 1200
Los Angeles, CA 90012

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Chris Kramer, Vol. II | 632.94 |
| **TOTAL DUE >>>** | **$632.94** |

**Tax ID:** 33-0381238

Phone: 213-250-1800 Fax:213-250-7900

*Please detach bottom portion and return with payment.*

David N. Makous, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
221 N. Figueroa St., Ste. 1200
Los Angeles, CA 90012

Job No. : 247447 BU ID :02 - OC
Case No. :
Case Name : Trafficschool.com v. EDriver, Inc.

Invoice No. : 335929 Invoice Date :7/24/2007
**Total Due : $ 632.94**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name: Jay Cretter
Card Number: 3732 158781 11035
Exp. Date: 8/08 Phone#: 800-691-5014
Billing Address: 9121 Oakdale St 120
Zip: 91311 Amount to Charge: 632.94
Cardholder's Signature:

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles, CA 90074-0217**

# INVOICE

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

BEN HYATT
CERTIFIED DEPOSITION REPORTERS
18226 Ventura Boulevard, Suite 103, Tarzana, CA 91356
888.272.0022 Fax 818.343.7119

| INVOICE NO. | DATE |
|---|---|
| 1032043 | 07/25/2007 |

CLIENT #: LEWI1601 YOUR REF: Not Provided

Paid w/CC 8-27-07

| JOB NO. | JOB DATE | REPORTER(S) | CASE NUMBER | CASE CAPTION |
|---|---|---|---|---|
| 01-949363 | 06/29/2007 | GANANI | CV06-7561PA(CW | Trafficschool.com vs. DMV.org |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| (E115) Steve Moretti | 367 Pages @ | 4.65/Page | 1,706.55 |
| EXHIBITS | 365 Pages @ | .15/Page | 54.75 |
| ASCII Diskette | | | n/c |
| Min-U-Script | | | n/c |
| Parking | | | 26.00 |
| Color Photocopy | | | 5.00 |
| Rough Ascii | | | 306.00 |
| Delivery and Handling | | | 25.00 |
| TOTAL DUE >>>> | | | 2,123.30 |

Thank you. We appreciate your business.

AUG 27 2007

Attn: Mina Hamilton

Tax ID: 95-4691888

(213) 250-1800 Fax (213) 250-7900

# INVOICE

BENHYATT
Certified Deposition Reporters

17835 Ventura Blvd, Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1033149 | 9/10/2007 | 951198 |
| Job Date | Case No. | |
| 8/29/2007 | CV06-7561PA(CWX) | |
| Case Name | | |
| Trafficschool.com vs. Edriver, Inc., et al. | | |
| Payment Terms | | |
| | | |

David N. Makous, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Itamar Simonson, Ph.D. | 279.00 Pages | @ | 5.25 | 1,464.75 |
| Two Day Expedite | | | | 1,171.80 |
| Exhibit | 213.00 Pages | @ | 0.15 | 31.95 |
| Appearance Fee | | | 180.00 | 180.00 |
| ASCII CD / Scanned Exhibits | | | 0.00 | 0.00 |
| Condensed | | | 0.00 | 0.00 |
| Rough ASCII | | | 291.25 | 291.25 |
| Transcript Handling | | | 25.00 | 25.00 |
| Goldenstate Overnight | | | 32.70 | 32.70 |
| | TOTAL DUE >>> | | | $3,197.45 |

10-5-07: Faxed to Michele at LBBS

10/5/07 Did Credit Memo

Thank you for using Ben Hyatt Certified Deposition Reporters.
We appreciate your business.

We moved! Effective September 1, 2007 our new address is...

17835 Ventura Blvd., Suite 310
Encino, CA 91316

CR ~~R~~ & H → Do A credit Memo for this invoice - Atty not happy with Amts billed - even though we have a signed copy from him for Rough see Notes Attached

<723.60>
Bal. 2473.85

**Tax ID:** 95-4691888

*Please detach bottom portion and return with payment.*

PAID NOV 1 6 2007

David N. Makous, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

Invoice No. : 1033149
Invoice Date : 9/10/2007
**Total Due : $ 3,197.45**

Job No. : 951198
BU ID : 1-HYATT
Case No. : CV06-7561PA(CWX)
Case Name : Trafficschool.com vs. Edriver, Inc., et al.

Remit To: **Ben Hyatt Certified Deposition Reporters**
**17835 Ventura Blvd.**
**Suite 310**
**Encino, CA 91316**

# INVOICE



17835 Ventura Blvd, Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1033419 | 9/22/2007 | 950725 |
| **Job Date** | **Case No.** | |
| 8/17/2007 | CV06-7561PA(CWX) | |
| **Case Name** | | |
| Trafficschool.com vs. Edriver, Inc., et al. | | |
| **Payment Terms** | | |
| | | |

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Daniel Negroni | 87.00 Pages | @ | 4.00 | 348.00 |
| Exhibit | 18.00 Pages | @ | 0.15 | 2.70 |
| ASCII CD / Scanned Exhibits | | | 0.00 | 0.00 |
| Condensed | | | 0.00 | 0.00 |
| Shipping & Handling | | | 25.00 | 25.00 |
| | **TOTAL DUE >>>** | | | **$375.70** |

Thank you for using Ben Hyatt Certified Deposition Reporters.
We appreciate your business.

We moved! Our new address is...

17835 Ventura Blvd., Suite 310
Encino, CA 91316

PAID NOV 1 9 2007

**Tax ID:** 95-4691888

*Please detach bottom portion and return with payment.*

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

Invoice No. : 1033419
Invoice Date : 9/22/2007
**Total Due : $ 375.70**

Job No. : 950725
BU ID : 1-HYATT
Case No. : CV06-7561PA(CWX)
Case Name : Trafficschool.com vs. Edriver, Inc., et al.

Remit To: **Ben Hyatt Certified Deposition Reporters**
**17835 Ventura Blvd.**
**Suite 310**
**Encino, CA 91316**

# INVOICE



17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1033420 | 9/22/2007 | 950726 |
| **Job Date** | **Case No.** | |
| 8/17/2007 | CV06-7561PA(CWX) | |
| **Case Name** | | |
| Trafficschool.com vs. Edriver, Inc., et al. | | |
| **Payment Terms** | | |
| | | |

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Item | Quantity | | Rate | Amount |
|---|---|---|---|---|
| Daniel Janal | 112.00 Pages | @ | 4.00 | 448.00 |
| Exhibit | 90.00 Pages | @ | 0.15 | 13.50 |
| ASCII CD / Scanned Exhibits | | | 0.00 | 0.00 |
| Condensed | | | 0.00 | 0.00 |
| Shipping & Handling | | | 25.00 | 25.00 |
| **TOTAL DUE >>>** | | | | **$486.50** |

Thank you for using Ben Hyatt Certified Deposition Reporters!
We appreciate your business.

We moved! Our new address is...

17835 Ventura Blvd., Suite 310
Encino, CA 91316

PAID NOV 1 9 2007 4

**Tax ID:** 95-4691888

*Please detach bottom portion and return with payment.*

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

Invoice No. : 1033420
Invoice Date : 9/22/2007
**Total Due : $ 486.50**

Job No. : 950726
BU ID : 1-HYATT
Case No. : CV06-7561PA(CWX)
Case Name : Trafficschool.com vs. Edriver, Inc., et al.

Remit To: **Ben Hyatt Certified Deposition Reporters**
**17835 Ventura Blvd.**
**Suite 310**
**Encino, CA 91316**

# STATEMENT




736 Fourth Street
Hermosa Beach, CA 90254
310-372-1111 FAX 372-7100

| Account No. | Date |
|---|---|
| C30746 | 10/1/2007 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $853.55 | $0.00 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$853.55** |

Daniel DeCarlo
Lewis, Brisbois, Bisgaard & Smith LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 9/10/2007 | 593092 | 853.55 | 8/20/2007 | Ravindra Lahoti | Trafficschool.com vs. Edriver, Inc. |

11/15/07 – already paid on 10/16/07 by Lewis, Brisbois – balance is zero – did not process credit card
[signature] Sousa Court Reporters

**Tax ID:** 33-0322104

Phone: 213-250-1800 Fax:213-250-7900

*Please detach bottom portion and return with payment.*

Daniel DeCarlo
Lewis, Brisbois, Bisgaard & Smith LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

Account No. : C30746
Date : 10/1/2007

**Total Due : $ 853.55**

Remit To: **M & C Corporation (Sousa Court Reporters)**
**736 Fourth St.**
**Hermosa Beach, CA 90254**

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name: ERIC CREDITOR
Card Number: 373275878113007
Exp. Date: 11/11 Phone#: 800.691.5014
Billing Address: 9121 Oakdale Ave. #120,
Zip: 91311 Amount to Charge: 853.55
Cardholder's Signature: [signature]

# STATEMENT

BARKLEY Court Reporters
barkley.com
File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611

| Account No. | Date |
|---|---|
| C45250 | 10/2/2007 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $1,768.10 | $2,148.15 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$3,916.25** |

David N. Makous, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP (LA)
221 N. Figueroa St., Ste. 1200
Los Angeles, CA 90012

Page 1 of 1

Already Paid

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 7/18/2007 | 335790 | 1,517.68 | 7/12/2007 | Eric J. Creditor - Vol. I | Trafficschool.com v. EDriver, Inc. |
| 7/24/2007 | 335925 | 630.47 | 7/17/2007 | Eric J. Creditor - Vol. II | Trafficschool.com v. EDriver, Inc. |
| 8/20/2007 | 337422 | 320.74 | 8/7/2007 | Ben Watson | Trafficschool.com v. EDriver, Inc. |
| 8/20/2007 | 337472 | 409.17 | 8/7/2007 | James Leach | Trafficschool.com v. EDriver, Inc. |
| 8/30/2007 | 337863 | 1,038.19 | 8/16/2007 | Thomas Maronick, DBA | Trafficschool.com v. EDriver, Inc. |

OP

Total To Pay #1,768.10

Pay w/ Credit Card

Tax ID: 33-0381238

Phone: 213-250-1800 Fax:213-250-7900

*Please detach bottom portion and return with payment.*

David N. Makous, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP (LA)
221 N. Figueroa St., Ste. 1200
Los Angeles, CA 90012

TS

Account No. : C45250
Date : 10/2/2007
**Total Due : ~~$ 3,916.25~~** #1,768.10

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name: Joy Creditor
Card Number: 3732 758 781 11035
Exp. Date: 8/08 Phone#: 818.885.3680
Billing Address: 9121 Oakdale Ave #120 Chatsworth
Zip: 91311 Amount to Charge: 1768.10
Cardholder's Signature: Joy Creditor

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles, CA 90074**

# INVOICE

**BEN HYATT**
CERTIFIED DEPOSITION REPORTERS
18226 Ventura Boulevard, Suite 103, Tarzana, CA 91356
888.272.0022 Fax 818.343.7119

| Invoice No. | Invoice Date | Job No. |
| --- | --- | --- |
| 1032524 | 8/14/2007 | 949993 |
| Job Date | Case No. | |
| 8/2/2007 | CV06-7561PA(CWX) | |
| Case Name | | |
| Trafficschool.com vs. Edriver, Inc., et al. | | |
| Payment Terms | | |
| | | |

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012



ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
| --- | --- | --- | --- | --- |
| Gerald Flack, Jr. | 121.00 Pages | @ | 4.65 | 562.65 |
| Two Day Expedite | | | | 450.12 |
| Exhibit | 9.00 Pages | @ | 0.15 | 1.35 |
| Rough ASCII | 106.00 | @ | 1.00 | 106.00 |
| Transcript Handling | | | 25.00 | 25.00 |
| Messenger | | | 144.00 | 144.00 |
| TOTAL DUE >>> | | | | $1,289.12 |

Thank you for using Ben Hyatt Certified Deposition Reporters. We appreciate your business.

We are moving! Effective September 1, 2007 our new address is...

17835 Ventura Blvd., Suite 310
Encino, CA 91316

APPROVED FOR PAYMENT
DATE ____ AMOUNT ____
FILE/ACCT. 25162 - 1112
PRINT NAME ____
SIGNATURE ____
ADDT APPROVAL ____

**Tax ID:** 95-4691888

VENDOR #______ JOB CODE ______

*Please detach bottom portion and return with payment.*

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

Invoice No. : 1032524
Invoice Date : 8/14/2007
**Total Due : $ 1,289.12**

**RECEIVED**
AUG 20 2007
ACCOUNTS PAYABLE - LA

Job No. : 949993
BU ID : 1-HYATT
Case No. : CV06-7561PA(CWX)
Case Name : Trafficschool.com vs. Edriver, Inc., et al.

Remit To: **Ben Hyatt Certified Deposition Reporters**
**18226 Ventura Boulevard**
**Suite 103**
**Tarzana, CA 91356**

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Vendor: | 23309 BEN HYATT | Doc ID: 00009HZU-1 | Page | 1 of 1 |
| Voucher: | 1054239 Dist: 2151465 | Date: 8/14/07 | Amount: | 1,289.12 |