

**BEN HYATT**
Certified Deposition Reporters

18226 Ventura Blvd. Suite 103 Tarzana, CA 91356
P 888.272.0022 F 818.343.7119
www.benhyatt.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1032596 | 8/16/2007 | 950121 |

| Job Date | Case No. |
|---|---|
| 8/6/2007 | CV06-7561PA(CWX) |

| Case Name |
|---|
| Trafficschool.com vs. Edriver, Inc., et al. |

| Payment Terms |
|---|
| |

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012



ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Hardy Warren                                            121.00 Pages      @     4.65      562.65
   Seven Day Expedite                                                                     169.20
   Exhibit                                              114.00 Pages      @     0.15       17.10
   ASCII CD / Scanned Exhibits                                                   0.00       0.00
   Condensed                                                                     0.00       0.00
   Transcript Handling                                                          25.00      25.00
   Messenger                                                                    59.00      59.00

                                                                TOTAL DUE >>>            $833.15

Thank you for using Ben Hyatt Certified Deposition Reporters. We appreciate your business.

We are moving! Effective September 4, 2007 our new address is:
17835 Ventura Blvd., Suite 310
Encino, CA 91316

**Tax ID:** 95-4691888

*Please detach bottom portion and return with payment.*

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

Invoice No.   : 1032596
Invoice Date  : 8/16/2007
**Total Due**   : **$ 833.15**

## RECEIVED
AUG 27 2007

Job No.    : 950121
BU ID      : 1-HYATT    ACCOUNTS PAYABLE - LA
Case No.   : CV06-7561PA(CWX)
Case Name  : Trafficschool.com vs. Edriver, Inc., et al.

Remit To: **Ben Hyatt Certified Deposition Reporters**
          **18226 Ventura Boulevard**
          **Suite 103**
          **Tarzana, CA 91356**

| Vendor:  | 23309 BEN HYATT       | Doc ID: 00009l02-1 | Page    | 1 of 1 |
|----------|-----------------------|--------------------|---------|--------|
| Voucher: | 1054246 Dist: 2151475 | Date: 8/16/07      | Amount: | 833.15 |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1032638 | 8/17/2007 | 950119 |

| Job Date | Case No. |
|---|---|
| 8/6/2007 | CV06-7561PA(CWX) |

**Case Name**

Trafficschool.com vs. Edriver, Inc., et al.

**Payment Terms**

## BEN HYATT
### Certified Deposition Reporters

18226 Ventura Blvd. Suite 103 Tarzana, CA 91356
P 888.272.0022 F 818.343.7119
www.benhyatt.com

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012



ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Lisa Janine Warren                                  52.00 Pages    @    4.65    241.80
  Five Day Expedite                                                                131.15
  Exhibit                                              8.00 Pages    @    0.15      1.20
  ASCII CD / Scanned Exhibits                                         0.00          0.00
                                                                      0.00          0.00
  Condensed                                                          25.00         25.00
  Transcript Handling                                                39.01         59.01
  Messenger

                                                       TOTAL DUE >>>             $448.16

Thank you for using Ben Hyatt Certified Deposition Reporters. We appreciate your business.

We are moving! Effective September 1, 2007 our new address is:

17835 Ventura Blvd., Suite 310
Encino, CA 91316

Tax ID: 95-4691888

*Please detach bottom portion and return with payment.*

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

Invoice No.  : 1032638
Invoice Date : 8/17/2007
**Total Due** : **$ 448.16**

## RECEIVED
AUG 27 2007
ACCOUNTS PAYABLE - LA

Job No.    : 950119
BU ID      : 1-HYATT
Case No.   : CV06-7561PA(CWX)
Case Name  : Trafficschool.com vs. Edriver, Inc., et al.

Remit To: **Ben Hyatt Certified Deposition Reporters**
          **18226 Ventura Boulevard**
          **Suite 103**
          **Tarzana, CA 91356**

| Vendor:  | 23309 BEN HYATT | Doc ID: 00009103-1 | Page | 1 of 1 |
|---|---|---|---|---|
| Voucher: | 1054247 Dist: 2151478 | Date: 8/17/07 | Amount: | 448.16 |



**BENHYATT**
Certified Deposition Reporters

18226 Ventura Blvd. Suite 103 Tarzana, CA 91356
P 888.272.0022 F 818.343.7119
www.benhyatt.com

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1032734 | 8/23/2007 | 949985 |
| Job Date | | Case No. |
| 8/2/2007 | | CV06-7561PA(CWX) |
| Case Name | | |
| Trafficschool.com vs. Edriver, Inc., et al. | | |
| Payment Terms | | |



ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
- Michael Jacobson — 60.00 Pages @ $4.65 — 279.00
- Exhibit — 6.00 Pages @ 0.10 — 0.00
- ASCII CD / Scanned Exhibits — 0.00
- Condensed — 0.00
- Shipping & Handling — 25.00
- Rough ASCII — 48.00 @ 1.00 — 48.00

**TOTAL DUE >>> $352.90**

Thank you for using Ben Hyatt Certified Deposition Reporters.
We appreciate your business.

We are moving! Effective September 1, 2007 our new address is:

17835 Ventura Blvd., Suite 310
Encino, CA 91316

Tax ID: 95-4691888

*Please detach bottom portion and return with payment.*

---

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

Invoice No.  : 1032734
Invoice Date : 8/23/2007
**Total Due**  : **$ 352.90**

## RECEIVED
AUG 27 2007

Job No.    : 949985     ACCOUNTS PAYABLE - LA
BU ID      : 1-HYATT
Case No.   : CV06-7561PA(CWX)
Case Name  : Trafficschool.com vs. Edriver, Inc., et al.

Remit To: Ben Hyatt Certified Deposition Reporters
          18226 Ventura Boulevard
          Suite 103
          Tarzana, CA 91356

---

| Vendor: | 23309  BEN HYATT | Doc ID: 00009HZZ-1 | Page | 1 of 1 |
|---|---|---|---|---|
| Voucher: | 1054243  Dist: 2151472 | Date: 8/23/07 | Amount: | 352.90 |



**BEN HYATT**
Certified Deposition Reporters

18226 Ventura Blvd. Suite 103 Tarzana, CA 91356
P 888.272.0022 F 818.343.7119
www.benhyatt.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1032733 | 8/23/2007 | 950645 |

| Job Date | Case No. |
|---|---|
| 8/2/2007 | CV06-7561PA(CWX) |

| Case Name |
|---|
| Trafficschool.com vs. Edriver, Inc., et al. |

| Payment Terms |
|---|
|  |

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012



ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Steve Moretti (PMK for Online Guru, Inc.), Volume II         118.00 Pages   @   4.65     548.70
Exhibit                                                      182.00 Pages   @   0.15      27.30
ASCII/Scanned Exhibits                                                           0.00       0.00
Condensed                                                                        0.00       0.00
Shipping & Handling                                                             25.00      25.00
Rough ASCII                                                   93.00           @  1.00      93.00
Parking                                                                         26.00      26.00

                                                                    TOTAL DUE >>>        $720.00

Reference No.:  Not provided

Thank you for using Ben Hyatt Certified Deposition Reporters.
We appreciate your business.

We are moving! Effective September 1, 2007 our new address is:

17835 Ventura Blvd., Suite 310
Encino, CA 91316

**Tax ID:** 95-4691888

*Please detach bottom portion and return with payment.*

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

Invoice No.  : 1032733
Invoice Date : 8/23/2007
**Total Due**  : **$ 720.00**

**RECEIVED**

AUG 27 20..

Job No.    : 950645
BU ID      : 1-HYATT   ACCOUNTS PAYABLE - LA
Case No.   : CV06-7561PA(CWX)
Case Name  : Trafficschool.com vs. Edriver, Inc., et al.

Remit To: **Ben Hyatt Certified Deposition Reporters**
          **18226 Ventura Boulevard**
          **Suite 103**
          **Tarzana, CA 91356**

| Vendor: | 23309 BEN HYATT | Doc ID: 00009I00-1 | Page | 1 of 1 |
|---|---|---|---|---|
| Voucher: | 1054244  Dist: 2151473 | Date: 8/23/07 | Amount: | 720.00 |



**BEN HYATT**
Certified Deposition Reporters

18226 Ventura Blvd. Suite 103 Tarzana, CA 91356
P 888.272.0022 F 818.343.7119
www.benhyatt.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1032709 | 8/23/2007 | 950122 |
| **Job Date** | **Case No.** | |
| 8/6/2007 | CV06-7561PA(CWX) | |
| **Case Name** | | |
| Trafficschool.com vs. Edriver, Inc., et al. | | |
| **Payment Terms** | | |
| | | |

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012



ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Casey Albare                                128.00 Pages  @  4.85   641.70
Exhibit                                     113.00 Pages  @  0.15    16.95
ASCII CD / Scanned Exhibits                                 0.00     0.00
Condensed                                                   0.00     0.00
Shipping & Handling                                        25.00    25.00

TOTAL DUE >>>   $683.65

Thank you for using Ben Hyatt Certified Deposition Reporters
We appreciate your business

We are moving! Effective September 1, 2007 our new address is:
17835 Ventura Blvd., Suite 310
Encino, CA 91316

**Tax ID:** 95-4691888

*Please detach bottom portion and return with payment.*

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

Invoice No.   : 1032709
Invoice Date  : 8/23/2007
**Total Due**   : **$ 683.65**

**RECEIVED**
AUG 27
ACCOUNTS PAYABLE - LA

Job No.    : 950122
BU ID      : 1-HYATT
Case No.   : CV06-7561PA(CWX)
Case Name  : Trafficschool.com vs. Edriver, Inc., et al.

Remit To: **Ben Hyatt Certified Deposition Reporters**
         **18226 Ventura Boulevard**
         **Suite 103**
         **Tarzana, CA 91356**

| Vendor:  | 23309   BEN HYATT           | Doc ID: 00009I01-1 | Page    | 1 of 1 |
|---|---|---|---|---|
| Voucher: | 1054245  Dist: 2151474      | Date: 8/23/07      | Amount: | 683.65 |

# INVOICE

**BEN HYATT**
Certified Deposition Reporters

17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1032940 | 8/30/2007 | 950518 |
| Job Date | Case No. | |
| 8/9/2007 | CV06-7561PA(CWX) | |
| Case Name | | |
| Traffic School.com vs. Edriver, Inc., et al. | | |
| Payment Terms | | |
| | | |

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Raj Lahoti | 363.00 Pages | @ | 4.65 | 1,687.95 |
| Exhibit | 492.00 Pages | @ | 0.15 | 73.80 |
| ASCII CD / Scanned Exhibits | | | 0.00 | 0.00 |
| Condensed | | | 0.00 | 0.00 |
| Rough ASCII | 316.00 | @ | 1.00 | 316.00 |
| Waiting Time | 0.50 | @ | 40.00 | 20.00 |
| Shipping & Handling | | | 25.00 | 25.00 |

TOTAL DUE >>>    $2,122.75

Thank you for using Ben Hyatt Certified Deposition Reporters.
We appreciate your business.

We moved! Effective September 1, 2007 our new address is...

17835 Ventura Blvd., Suite 310
Encino, CA 91316

APPROVED FOR PAYMENT  2nd request
DATE_____ AMOUNT_____
FILE/ACC # 2562-14
PRINT NAME _____
SIGNATURE _____
ADDT APPROVAL _____
VENDOR _____

**Tax ID:** 95-4691888

*Please detach bottom portion and return with payment.*

Daniel DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

Invoice No.   : 1032940
Invoice Date  : 8/30/2007
**Total Due**  : $ 2,122.75

**RECEIVED**

SEP 10 '

**ACCOUNTS PAYABLE - LA**

Job No.    : 950518
BU ID      : 1-HYATT
Case No.   : CV06-7561PA(CWX)
Case Name  : Traffic School.com vs. Edriver, Inc., et al.

Remit To:  **Ben Hyatt Certified Deposition Reporters**
           **17835 Ventura Blvd.**
           **Suite 310**
           **Encino, CA 91316**

| Vendor: | 23309  BEN HYATT | Doc ID: 00009HZX-1 | Page | 1 of 1 |
|---|---|---|---|---|
| Voucher: | 1054240  Dist: 2151471 | Date: 8/30/07 | Amount: | 2,122.75 |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1033218 | 9/14/2007 | 950954 |

| Job Date | Case No. | |
|---|---|---|
| 8/21/2007 | CV06-7561PA(CWX) | |

| Case Name | | |
|---|---|---|
| Trafficschool.com vs. Edriver, Inc., et al. | | |

| Payment Terms | | |
|---|---|---|
| | | |

**BEN HYATT**
Certified Deposition Reporters
17835 Ventura Blvd, Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

4514 E Martney

David N. Makous, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012



ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Kenneth Hollander — 288.00 Pages @ 4.15 — 1,195.20
Exhibit — 482.00 Pages @ 0.15 — 72.30
ASCII CD / Scanned Exhibits — 0.00 — 0.00
Condensed — 0.00 — 0.00
Rough ASCII — 255.00 @ 1.00 — 255.00
Color Photocopy — 5.00 @ 1.50 — 7.50
Parking — 35.00 — 35.00
Transcript Handling — 25.00 — 25.00
Messenger — 45.76 — 45.76

**TOTAL DUE >>> $1,635.76**

Thank you for using Ben Hyatt Certified Deposition Reporters.
We appreciate your business.

We moved! Effective September 1, 2007 our new address is...
17835 Ventura Blvd., Suite 310
Encino, CA 91316

APPROVED FOR PAYMENT
DATE _____ AMOUNT _____
FILE/ACCT # 25162-14
PRINT NAME _____
SIGNATURE _____
ADDT APPROVAL _____

JAN 09 2007
ACCOUNTS PAYABLE - LA

Tax ID: 95-4691888    VENDOR # _____ DB CODE _____

*Please detach bottom portion and return with payment.*

David N. Makous, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

Invoice No.    : 1033218
Invoice Date   : 9/14/2007
**Total Due**  : $ 1,635.76

1ST Request
**RECEIVED**
SEP 18 2007
ACCOUNTS PAYABLE - LA

Remit To: **Ben Hyatt Certified Deposition Reporters**
17835 Ventura Blvd.
Suite 310
Encino, CA 91316

Job No.    : 950954
BU ID      : 1-HYATT
Case No.   : CV06-7561PA(CWX)
Case Name  : Trafficschool.com vs. Edriver, Inc., et al.

| Vendor:  | 23309 BEN HYATT | Doc ID: 00009RN5-1 | Page | 1 of 1 |
| Voucher: | 1060199 Dist: 2168159 | Date: 9/14/07 | Amount: | 1,635.76 |

# Lewis Brisbois Bisgaard & Smith LLP

## Cost Advance Ticket
## Check Request

# LA-00932

1. Check—Date Needed: 9/11/07
2. Type of Expense:

| [ ] | Educational Expense |   | [ ] | Expert Witness Fee | J |
| --- | --- | --- | --- | --- | --- |
| [ ] | Business / Development |   | [ ] | Jury Fees | JF |
| [ ] | Professional Seminar |   | [ ] | Deposition | H |
| [ ] | Filing Fee | 5 | [ ] | Court Reporter Fee | CR |
| [ ] | Miscellaneous Fee | 0 | [ ] | Mediation Fee | AM |
| [ ] | Recording Fee | 5 | [ ] | COD Transcription (Invoice Needed) | G |
| [ ] | Witness Fee | 7 | [ ] | Reproduction | R |
| [ ] | Prof. Consulting / Service Fee | S | [X] | Other  Court Transcript fee |   |

[x] Firm expense    _____ (Acctg. Use—G.L. No.)
[ ] Clients advance check

3. Client and File Name: trafficschools.com v. edriver
4. Client and Matter No.: 25162-014
5. Amount: $ 443.00
6. Payee / Vendor: Huntington Court Reporters
7. Mailing address: (Check must be delivered to USDC, Records Dept)
   312 N. Spring St, G-8 Public Window
   Los Angeles, CA 90012

8. Payee's Telephone No:  626-792-7250
9. Payee's Tax I.D. No:
10. Explanation for billing purposes:  Court Records, Discovery Hearing Transcript

Attorney: Mina Hamilton     Ext: 4079
Paralegal: Loretta D'Errico  Ext: 4879

Auth. by/ _____ Date_____
         Signature

Return to: Loretta D'Errico
Floor: 12

**Remember to have Attorney Sign and Attach all Supporting Backup**

| Vendor: | 43127 HUNTINGTON COURT REPORTER | Doc ID: 00008IB0-1 | Page | 1 of 2 |
| --- | --- | --- | --- | --- |
| Voucher: | 1031695 Dist: 2091951 | Date: 9/11/07 Check#: 370991 | Amount: | 443.00 |

**RECEIVED** 2007 SEP 10 PM 1:34 CLERK U.S. DISTRICT COURT CEN. DIST. OF CALIF. LOS ANGELES

AO 435 (Rev. 1/90)
Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

Read Instructions on Back.

| Field | Value |
|---|---|
| 1. NAME | Loretta D'Errico, Lewis Brisbois Bisgaard & Smith LL |
| 2. PHONE NUMBER | 213-680-5191 |
| 3. DATE | 9/10/07 |
| 4. MAILING ADDRESS | 221 No. Figueroa Street, Suite 1200 |
| 5. CITY | Los Angeles |
| 6. STATE | CA |
| 7. ZIP CODE | 90012 |
| 8. CASE NUMBER | CV06-7561 PA (CWx) |
| 9. JUDICIAL OFFICIAL | Hon. Carla Woehrle |
| 10. FROM | 8/14/07 |
| 11. TO | 8/14/07 |
| 12. CASE NAME | Traffic School.Com, Inc. v. Edriver, Inc., et al. |
| 13. CITY | Los Angeles |
| 14. STATE | CA |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING (Spcy) Discovery Hearing: PTS | 8/14/07 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | Mot to Compel Prod. of Docs | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES |
|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES |
| EXPEDITED | [X] | [ ] | NO. OF COPIES |
| DAILY | [ ] | [ ] | NO. OF COPIES |
| HOURLY | [ ] | [ ] | NO. OF COPIES |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: /s/ Loretta D'Errico

19. DATE: 9-10-07

(Previous editions of this form may still be used)
DISTRIBUTION:  COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

## Lewis Brisbois Bisgaard & Smith LLP

**Cost Advance Ticket**
**Check Request**

# LA-01506

1. **Check—Date Needed:** 10-18-07
2. **Type of Expense:**

| [ ] | Educational Expense |   | [ ] | Expert Witness Fee | J |
|-----|---------------------|---|-----|--------------------|-----|
| [ ] | Business / Development |   | [ ] | Jury Fees | JF |
| [ ] | Professional Seminar |   | [ ] | Deposition | H |
| [ ] | Filing Fee | 5 | [ ] | Court Reporter Fee | CR |
| [ ] | Miscellaneous Fee | 0 | [ ] | Mediation Fee | AM |
| [ ] | Recording Fee | 5 | [x] | COD Transcription (Invoice Needed) | G |
| [ ] | Witness Fee | 7 | [ ] | Reproduction | R |
| [ ] | Prof. Consulting / Service Fee | S | [ ] | Other |   |

[ ] Firm expense _____ (Acctg. Use—G.L. No.)
[x] Clients advance check

3. **Client and File Name:** TrafficSchool.com v. Edriver, Inc., et al.
4. **Client and Matter No.:** 25162-14
5. **Amount:** $114.08
6. **Payee / Vendor:** Leandra Amber, CSR, RPR
7. **Mailing address:** Official U.S. Reporter
   312 N. Spring Street, Room 442
   Los Angeles, CA 90012

8. **Payee's Telephone No:** (213) 613-0179
9. **Payee's Tax I.D. No:** 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
10. **Explanation for billing purposes:** 10-16-07 Pre-trial Conference

**Attorney:** Daniel C. DeCarlo       **Ext:** 2136
**Secretary:** Karen Kim              **Ext:** 7335

Auth. by/ _____ /Signature_____ Date_____

- - - - - - - - - - - - - - - - - - - - - - - -

**Return to:** Karen Kim
**Floor:** 12

**Remember to have Attorney Sign and Attach all Supporting Backup**

| Vendor: | 49827 LEANDRA AMBER | Doc ID: 00008UWC-1 | Page | 1 of 3 |
| Voucher: | 1040906 Dist: 2114311 | Date: 10/18/07 | Amount: | 114.08 |
|   |   | Check#: 374020 |   |   |

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

INVOICE NO: 20040535

David Makous
Lewis Brisbois Bisgaard & Smith
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
Phone: (213) 680-5066
FAX:
decarlo@lbslaw.com

**MAKE CHECKS PAYABLE TO:**
LEANDRA AMBER, CSR, RPR
Official U.S. Reporter
312 North Spring Street
Room # 442
Los Angeles, CA 90012
Phone: (213) 613-0179
FAX: (213) 613-0329
Tax ID: 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
leandraamber@sbcglobal.net

☐ CRIMINAL  ☒ CIVIL

DATE ORDERED: 10-17-2007
DATE DELIVERED: 10-17-2007

Case Style: CV 06-7561 PA, TRAFFICSCHOOL.COM, INC., ET AL v EDRIVER, INC., ET AL.
Tuesday, October 16, 2007 pretrial conference

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | 46 | 0.55 | 25.30 | 25.30 |
| Daily | | | | 46 | 1.10 | 50.60 | 46 | 0.83 | 38.18 | 88.78 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 114.08 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $114.08 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

DATE: 10-17-2007

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

PDF created with pdfFactory trial version www.pdffactory.com

| Vendor: | 49827 LEANDRA AMBER | Doc ID: 00008UWC-2 | Page | 2 of 3 |
|---|---|---|---|---|
| Voucher: | 1040906 Dist: 2114311 | Date: 10/18/07 Check#: 374020 | Amount: | 114.08 |

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE PERCY ANDERSON, JUDGE PRESIDING

TRAFFICSCHOOL.COM, INC., et al., )
)
)
)
)        Plaintiffs,   )
)
)
Vs.                                )    No. CV06-7561 PA (CWx)
)
)
EDRIVER, INC., et al.,             )
)
)
)        Defendants.   )
)
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

TUESDAY, OCTOBER 16, 2007

LEANDRA AMBER, CSR 12070, RPR
OFFICIAL U.S. DISTRICT COURT REPORTER
312 NORTH SPRING STREET, # 442
LOS ANGELES, CALIFORNIA 90012
(213) 613-0179

UNITED STATES DISTRICT COURT

| Vendor: | 49827 LEANDRA AMBER | Doc ID: 00008UWC-3 | Page | 3 of 3 |
|---|---|---|---|---|
| Voucher: | 1040906 Dist: 2114311 | Date: 10/18/07 | Amount: | 114.08 |
| | | Check#: 374020 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AO44 (Rev. 11/07) | | | | | | | |

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

**INVOICE NO:** 20040545

**MAKE CHECKS PAYABLE TO:**

Joy Creditor
Drivers Ed Direct
9121 Oakdale Avenue
Suite 120
Chatsworth, CA 91311

Phone:

LEANDRA AMBER, CSR, RPR
Official U.S. Reporter
312 North Spring Street
Room # 442
Los Angeles, CA 90012

Phone: (213) 613-0179
FAX: (213) 613-0329

*leandraamber@sbcglobal.net*

☐ CRIMINAL   ☒ CIVIL

**DATE ORDERED:** 11-07-2007
**DATE DELIVERED:** 11-07-2007

**Case Style:** CV 06-7561 PA, TRAFFICSCHOOL.COM v EDRIVER, INC., ET AL
11-06-07 (260), 11-07-07 (261), 11-08-07 (33) DAILY TRIAL TRANSCRIPTS

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 554 | 4.82 | 2,670.28 | | | | | | | 2,670.28 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | **MISC. CHARGES:** |
| | **TOTAL:** 2,670.28 |
| | LESS DISCOUNT FOR LATE DELIVERY |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: 4,815.00 |
| Refund Date: 11-08-2007 | TOTAL REFUND: 2,144.72 |
| Date Paid:    Amt: | TOTAL DUE: $0.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                                                           DATE

*(All previous editions of this form are cancelled and should be destroyed)*