# Exhibit D

ITEMIZATION AND DOCUMENTATION FOR REQUESTED COSTS
CASE NO. CV 06-7561 PA (CWx)
TRAFFICSCHOOL.COM V. EDRIVER

| | Amount |
|---|---|
| **EXHIBIT D:** WITNESS FEES | |
| Barbara Zweig | $40.00 |
| Christopher Gilll | $40.00 |
| Custodian of Records | $40.00 |
| Total | $120.00 |

THIS CHECK HAS A TRUE DOCUCHECK™ WATERMARK AND VISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS
Los Angeles Office
221 NORTH FIGUEROA STREET
SUITE 1200
LOS ANGELES, CA 90012
(213) 250-1800

Comerica Bank-California
Los Angeles Downtown

No 16675

90-3752
1211

July 26, 2007

PAY TO THE ORDER OF  BARBARA ZWEIG     $ 40.00

** FORTY DOLLARS / 00 CENTS **                                    DOLLARS

NOT TO EXCEED

TRAFFIC SCHOOL. COM INC
25162-14

LEWIS BRISBOIS BISGAARD & SMITH LLP

**NOT NEGOTIABLE**
DRAFT VOID 120 DAYS FROM DATE ISSUED

---

LEWIS BRISBOIS BISGAARD & SMITH LLP

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

| | |
|---|---|
| MEMO | M. I. HAMILTON - 4079 TONI ESPINOZA - 2285 |
| CHECK # | 16675 |
| FILE # | 25162-14 |
| VENDOR # | ~~TRAFFIC SCHOOL. COM INC~~ 48884 |
| CODE | J - EXPERT WITNESS FEE AND MILEAGE |
| CHECK DATE | July 26, 2007 |
| CHECK AMT. | $40.00 |

---

| Vendor: | 48884 BARBARA ZWEIG | Doc ID: 000085K3-1 | Page | 1 of 3 |
|---|---|---|---|---|
| Voucher: | 1023389 Dist: 2068610 | Date: 7/26/07 | Amount: | 40.00 |
| | | Check#: 16675 | | |

## Lewis Brisbois Bisgaard & Smith LLP

### Cost Advance Ticket
### Check Request

# LA-00208

1. Check—Date Needed: 07-26-07  IN THE A.M. PLEASE - URGENT
2. Type of Expense:

| [@] | Educational Expense | | [X] | Expert Witness Fee | J |
|---|---|---|---|---|---|
| [@] | Business / Development | | [@] | Jury Fees | JF |
| [@] | Professional Seminar | | [@] | Deposition | H |
| [@] | Filing Fee | 5 | [@] | Court Reporter Fee | CR |
| [@] | Miscellaneous Fee | 0 | [@] | Mediation Fee | AM |
| [@] | Recording Fee | 5 | [@] | COD Transcription (Invoice Needed) | G |
| [@] | Witness Fee | 7 | [@] | Reproduction | R |
| [@] | Prof. Consulting / Service Fee | S | [X] | Other | |

[@] Firm expense _____ (Acctg. Use—G.L. No.)
[@] Clients advance check

3. **Client and File Name:** TrafficSchool.com, Inc.
4. **Client and Matter No.:** 25162-14
5. **Amount:** $40
6. **Payee / Vendor:** Barbara Zweig
7. **Mailing address:** Department of Mental Health
   Room 151
   1600 9th Street
   Sacramento, CA 95814
8. **Payee's Telephone No:** @
9. **Payee's Tax I.D. No:**
10. **Explanation for billing purposes:** Expert Witness Fee and Mileage

**Attorney:** M. I. Hamilton  **Ext:** 4079
**Secretary:** T. Espinoza  **Ext:** 2285

Auth. by _____ Signature  Date 7/25/07

---

Return to: Toni Espinoza
Floor: 12

**Remember to have Attorney Sign and Attach all Supporting Backup**

| Vendor: | 48884 BARBARA ZWEIG | Doc ID: 000085K3-2 | Page | 2 of 3 |
| Voucher: | 1023389 Dist: 2068610 | Date: 7/26/07 | Amount: | 40.00 |
| | | Check#: 16675 | | |

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRAFFICSCHOOL.COM, INC. and DRIVERS ED DIRECT, LLC

V.

EDRIVER, INC., ONLINE GURU, INC., et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] CENTRAL
CV 06-7561 PA (Cwx)

TO: Barbara Zweig, Department of Mental Health, 1600 9th Street, Room 151, Sacramento, California 95814

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. The testimony will be recorded stenographically

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Lewis Brisbois Bisgaard & Smith LLP, Suite 200, 2500 Venture Oaks Way, Sacramento, CA 95833 (916)564-5400 | August 14, 2007 10:00 A.M. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for TrafficSchool.com, Inc. | July 26, 2007 |

ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER
Mina I. Hamilton, Esq. (213) 250-1800  Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200, Los Angeles, California 90012

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO-88

| Vendor: | 48884 BARBARA ZWEIG | Doc ID: 000085K3-3 | Page | 3 of 3 |
| Voucher: | 1023389 Dist: 2068610 | Date: 7/26/07 Check#: 16675 | Amount: | 40.00 |

THIS CHECK HAS A TRUE DOCUCHECK™ WATERMARK AND VISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS
Los Angeles Office
221 NORTH FIGUEROA STREET
SUITE 1200
LOS ANGELES, CA 90012
(213) 250-1800

Comerica Bank-California
Los Angeles Downtown

No 16676

90-3752
1211

July 26, 2007

PAY TO THE ORDER OF: CHRISTOPHER GILL    $ 40.00

** FORTY DOLLARS / 00 CENTS **                                DOLLARS

NOT TO EXCEED

TRAFFIC SCHOOL .COM INC
25162-14

LEWIS BRISBOIS BISGAARD & SMITH LLP

**NOT NEGOTIABLE**
DRAFT VOID 120 DAYS FROM DATE ISSUED

---

LEWIS BRISBOIS BISGAARD & SMITH LLP

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

| | |
|---|---|
| MEMO | M. I. HAMILTON - 4079 TONI ESPINOZA - 2285 |
| CHECK # | 16676 |
| FILE # | 25162-14 |
| VENDOR # | ~~TRAFFIC SCHOOL .COM INC~~ 48883 |
| CODE | J - EXPERT WITNESS FEE AND MILEAGE |
| CHECK DATE | July 26, 2007 |
| CHECK AMT. | $40.00 |

---

| Vendor: | 48883 CHRISTOPHER GILL | Doc ID: 000085K4-1 | Page | 1 of 3 |
|---|---|---|---|---|
| Voucher: | 1023390 Dist: 2068611 | Date: 7/26/07 | Amount: | 40.00 |
| | | Check#: 16676 | | |

## Lewis Brisbois Bisgaard & Smith LLP

### Cost Advance Ticket
### Check Request

# LA-00207

1. **Check—Date Needed:** 07-26-07 IN THE A.M. PLEASE - URGENT
2. **Type of Expense:**

| | | | | | |
|---|---|---|---|---|---|
| [@] | Educational Expense | | [X] | Expert Witness Fee | J |
| [@] | Business / Development | | [@] | Jury Fees | JF |
| [@] | Professional Seminar | | [@] | Deposition | H |
| [@] | Filing Fee | 5 | [@] | Court Reporter Fee | CR |
| [@] | Miscellaneous Fee | 0 | [@] | Mediation Fee | AM |
| [@] | Recording Fee | 5 | [@] | COD Transcription (Invoice Needed) | G |
| [@] | Witness Fee | 7 | [@] | Reproduction | R |
| [@] | Prof. Consulting / Service Fee | S | [X] | Other | |

[@] Firm expense _____ (Acctg. Use—G.L. No.)
[@] Clients advance check

3. **Client and File Name:** TrafficSchool.com, Inc.
4. **Client and Matter No.:** 25162-14
5. **Amount:** $40
6. **Payee / Vendor:** Christopher Gill
7. **Mailing address:** DMV Legal Affairs
   2415 First Avenue
   Mail Station 128
   Sacramento, CA 95818
8. **Payee's Telephone No:** @
9. **Payee's Tax I.D. No:**
10. **Explanation for billing purposes:** Expert Witness Fee and Mileage

**Attorney:** M. I. Hamilton   **Ext:** 4079
**Secretary:** T. Espinoza   **Ext:** 2285

Auth. by/ [signature]   Date 7/25/07

---

**Return to:** Toni Espinoza
**Floor:** 12

### Remember to have Attorney Sign and Attach all Supporting Backup

Vendor: 48883 CHRISTOPHER GILL
Voucher: 1023390 Dist: 2068611
Doc ID: 000085K4-2
Date: 7/26/07
Check#: 16676
Page Amount: 2 of 3   40.00

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRAFFICSCHOOL.COM, INC. and DRIVERS ED DIRECT, LLC

V.

EDRIVER, INC., ONLINE GURU, INC., et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] CENTRAL CV 06-7561 PA (Cwx)

TO: Christopher Gill, DMV Legal Affairs, 2415 First Avenue, Mail Station 128, Sacramento, California 95818

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.   The testimony will be recorded stenographically.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Lewis Brisbois Bisgaard & Smith LLP, Suite 200 2500 Venture Oaks Way, Sacramento, CA 95833 (916) 564-5400 | August 14, 2007 10:00 A.M. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for TrafficSchool.com, Inc. | July 26, 2007 |

ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER
Mina I. Hamilton, Esq. (213) 250-1800   Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street, Suite 1200, Los Angeles, California 90012

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO-88

THIS CHECK HAS A TRUE DOCUCHECK™ WATERMARK AND VISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS
Los Angeles Office
221 NORTH FIGUEROA STREET
SUITE 1200
LOS ANGELES, CA 90012
(213) 250-1800

Comerica Bank-California
Los Angeles Downtown

No **16677**

90-3752 / 1211

July 26, 2007

PAY TO THE ORDER OF: **CUSTODIAN OF RECORDS**

$ 40.00

NOT TO EXCEED **FORTY DOLLARS / 00 CENTS** DOLLARS

TRAFFIC SCHOOL .COM INC
25162-14

LEWIS BRISBOIS BISGAARD & SMITH LLP

**NOT NEGOTIABLE**
DRAFT VOID 120 DAYS FROM DATE ISSUED

---

LEWIS BRISBOIS BISGAARD & SMITH LLP

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

| | |
|---|---|
| MEMO | M.I. HAMILTON - 4079 TONI ESPINOZA - 2285 |
| CHECK # | 16677 |
| FILE # | 25162-14 |
| VENDOR # | ~~TRAFFIC SCHOOL .COM INC~~ 48882 |
| CODE | J - EXPERT WITNESS FEE AND MILEAGE |
| CHECK DATE | July 26, 2007 |
| CHECK AMT. | $40.00 |

| Vendor: | 48882 CUSTODIAN OF RECORDS | Doc ID: 000085K6-1 | Page | 1 of 3 |
|---|---|---|---|---|
| Voucher: | 1023391 Dist: 2068612 | Date: 7/26/07 Check#: 16677 | Amount: | 40.00 |

## Lewis Brisbois Bisgaard & Smith LLP

**Cost Advance Ticket**
**Check Request**

# LA-00206

1. **Check—Date Needed:** 07-26-07 IN THE A.M. PLEASE - URGENT
2. **Type of Expense:**

| [@] | Educational Expense |   | [X] | Expert Witness Fee | J |
| --- | --- | --- | --- | --- | --- |
| [@] | Business / Development |   | [@] | Jury Fees | JF |
| [@] | Professional Seminar |   | [@] | Deposition | H |
| [@] | Filing Fee | 5 | [@] | Court Reporter Fee | CR |
| [@] | Miscellaneous Fee | 0 | [@] | Mediation Fee | AM |
| [@] | Recording Fee | 5 | [@] | COD Transcription (Invoice Needed) | G |
| [@] | Witness Fee | 7 | [@] | Reproduction | R |
| [@] | Prof. Consulting / Service Fee | S | [X] | Other |   |

[@] Firm expense _____ (Acctg. Use—G.L. No.)
[@] Clients advance check

3. **Client and File Name:** TrafficSchool.com, Inc.
4. **Client and Matter No.:** 25162-14
5. **Amount:** $40
6. **Payee / Vendor:** Custodian of Records
7. **Mailing address:** DMV Legal Affairs
   2415 First Avenue
   Mail Station 128
   Sacramento, CA 95818
8. **Payee's Telephone No:** @
9. **Payee's Tax I.D. No:**
10. **Explanation for billing purposes:** Expert Witness Fee and Mileage

**Attorney:** M. I. Hamilton **Ext:** 4079
**Secretary:** T. Espinoza **Ext:** 2285

Auth. by: _[signature]_ Date 7/25/07

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Return to:** Toni Espinoza
**Floor:** 12

**Remember to have Attorney Sign and Attach all Supporting Backup**

| Vendor: | 48882 CUSTODIAN OF RECORDS | Doc ID: 000085K6-2 | Page | 2 of 3 |
| --- | --- | --- | --- | --- |
| Voucher: | 1023391 Dist: 2068612 | Date: 7/26/07 Check#: 16677 | Amount: | 40.00 |

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAFFICSCHOOL.COM, INC. and DRIVERS ED DIRECT, LLC

**SUBPOENA IN A CIVIL CASE**

V.

EDRIVER, INC., ONLINE GURU, INC., et al.

Case Number: [1] CENTRAL
CV 06-7561 PA (Cwx)

TO: Custodian of Records, DMV Legal Affairs, 2415 First Avenue, Mail Station 128, Sacramento, California 95818

[ ] YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

[X] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. The testimony will be recorded stenographically.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Lewis Brisbois Bisgaard & Smith LLP, Suite 200 2500 Venture Oaks Way, Sacramento, CA 95833 (916) 564-5400 | August 14, 2007 10:00 A.M. |

[X] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Attachment A

| PLACE | DATE AND TIME |
|---|---|
| Lewis Brisbois Bisgaard & Smith LLP Suite 200, 2500 Venture Oaks Way Sacramento, California 95833 (916) 564-5400 | August 14, 2007 10:00 A.M. |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for TrafficSchool.com, Inc. | July 26, 2007 |

ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER
Mina I. Hamilton, Esq. (213) 250-1800   Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200, Los Angeles, California 90012

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO-88

---

| Vendor: | 48882 CUSTODIAN OF RECORDS | Doc ID: 000085K6-3 | Page | 3 of 3 |
|---|---|---|---|---|
| Voucher: | 1023391  Dist: 2068612 | Date: 7/26/07 Check#: 16677 | Amount: | 40.00 |