# Exhibit E

ITEMIZATION AND DOCUMENTATION FOR REQUESTED COSTS
CASE NO. CV 06-7561 PA (CWx)
TRAFFICSCHOOL.COM V. EDRIVER

**EXHIBIT E:** PRINTING FEES (EXHIBIT COPIES, TRIAL COPIES, DEPOSITION COPIES)                    Amount

Costs of Copying Exhibits Used at Depositions and Made Part of Transcript (.15 X 4 sets=.60/page)

| | |
|---|---|
| Steve Moretti  (365 Pages) | $219.00 |
| Itamar Simonson (213 Pages) | $127.80 |
| Daniel Negroni (18 Pages) | $10.80 |
| Daniel Janal (90 Pages) | $54.00 |
| Ravindra  Lahoti (150 Pages) | $90.00 |
| Gerald Flack (9 Pages) | $5.40 |
| Hardy Warren (114 Pages) | $68.40 |
| Janine Warren (8 Pages) | $4.80 |
| Michael Jacobson (6 Pages) | $3.60 |
| Steve Moretti , Vol. II (PMK) (182 Pages) | $109.20 |
| Casey Albrite (113 Pages) | $67.80 |
| Raj Lahoti (492 Pages) | $295.20 |
| Kenneth Hollander (482 Pages) | $289.20 |
| Total Duplication | $1,345.20 |

Trial Binders/Exhibits Admited Into Evidence/Attached to Motions, Pleadings

| | |
|---|---|
| Trial Exhibits/Binders | $5,709.78 |
| Trial Exhibits/Binders | $4,141.05 |
| Trial Exhibits/Binders | $162.38 |
| Trial Exhibits/Binders | $320.15 |
| Trial Exhibits/Binders | $88.96 |
| Duplication Costs: Summary Judgment Exhibits | $2,395.68 |
| Duplication Costs: Summary Judgment Exhibits | $163.30 |
| Duplication Costs: Summary Judgment Exhibits | $141.43 |
| Duplication Costs: Summary Judgment Exhibits | $8.13 |
| Patent Office -Oppositiion Filings (Exhibits) | $155.00 |
| Duplication Costs (Exhibits to Complaint-File and Service Copies-$27X2)-November, 06 | $54.00 |
| Duplication Costs (Exhibits to Opposition to Motion to Dismiss and First Amended Complaint-File and Service Copies)-December- 06/January 2007 | $7.35 |
| Duplication Costs (Exhibits to Opposition to Motion to Dismiss and First Amended Complaint-File and Service Copies)-December- 06/January 2007 | $245.95 |
| Duplication Costs (Exhibits to Second Opposition to Motion to Dismiss-File and Service Copies)-March, 2007 | $28.50 |
| Duplication Costs (Exhibits to Mtn. For Second Amended Complaint-File and Service Copies)-May, 2007 | $15.60 |
| Duplication Costs (Exhibits to Opp. To Ex Parte Application-File and Service Copies)-June, 2007 | $185.80 |
| Duplication Costs (Exhibits to MSJ Related Filings)-August, 2007 | $1,823.64 |
| Court Fees and Copy Costs (June 2007) | $313.59 |
| Total Duplication | $15,960.29 |
| Total Deposition  Duplicatoin and Filings/Service Duplications | $17,305.49 |

Feb-05-08   11:48am   From-

### Document Technologies
a division of Copy Copy ...

| | | |
|---|---|---|
| DOWNTOWN LA | 885 South Figueroa St. #103 Los Angeles, CA 90017 | (213) 439-9656 |
| IMAGING | 350 South Grand Ave. #2900, Los Angeles, CA 90071 | (213) 412-1409 |
| TWIN TOWERS | 2029 Century Park East, Concourse Level Los Angeles, CA 90067 | (310) 226-8600 |
| WESTSIDE TOWER | 11835 Olympic Blvd. #145E Los Angeles, CA 90064 | (310) 575-6610 |
| SUN AMERICA | 1999 Avenue of the Stars #100C, Los Angeles, CA90067 | (310) 788-8601 |
| IRVINE | 2301 Dupont Drive #110, Los Angeles, CA 92612 | (949) 477-0160 |

| | | |
|---|---|---|
| Firm: Lewis, Brisbois, Bisgaard & Smith LLP | Date In: | 10/24/2007 |
| Contact: Eddy Martinez | Date Due: | 10/24/2007 3:00 PM |
| Address: 221 North Figueroa Street Suite 1200 | Acct Mgr: | JPRADO |
| City/Zip: Los Angeles, CA 90012   Phone: (213) 250-1800 | Project #: | GRD107100492 |

Special Billing Information:
25182-14

Special Delivery Instruction:

Project Description:

## BILLING DETAIL

| Item Description | Total Quantity | Unit Price | Total Cost |
|---|---|---|---|
| 8.5 x 11 Color Copies | 5135 | $   1.000 | $   5,135.00 |
| Regular Tabs | 42 | $   0.250 | $   10.50 |
| 5" Black View Binder | 6 | $   20.500 | $   123.00 |
| Slip Sheets | 306 | $   0.020 | $   6.12 |
| | 0 | $   - | $   - |

| | | |
|---|---|---|
| Sub-Total: | $ | 5,274.62 |
| Tax: | $ | 435.16 |
| Total: | $ | - |
| TOTAL: | $ | 5,709.78 |

Signed/Received By _____

Date: _____

*See Reverse Side for*
*Terms & Conditions*

Feb-05-08   11:48am   From-   T-538   P.003/006   F-420

# CopyPage, Inc.

**CopyPage, Inc.**
5418 McConnell Ave.
Los Angeles, CA 90066
(310) 822-2042

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/1/2007 | 515186 |

**BILL TO**

Lewis, Brisbois, Bisgaard & Smith LLP
Attn: Accounts Payable
P.O. Box 861629
Los Angeles, CA 90086-1629

**SHIP TO**

Lewis, Brisbois, Bisgaard & Smith LLP
221 N. Figueroa St., Suite 1200
Los Angeles, CA 90012

| P.O. NO. | TERMS | REP | SHIPPER NO. |
|----------|-------|-----|-------------|
|  | Due on receipt | JPP | grd107100492 |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| 1 | 10/24/07 GRD10710049.' xref: 25162-'.4 (Eddy Martinez) | 5,274.62 | 5,274.62T |
|  | Sales Tax | 8.25% | 435.16 |

**PAID**

| | Total | $5,709.78 |
|--|-------|-----------|

Thank you for your business.
TAX ID: 95-4384222

**Document Technologies**
a division of Doc●Prep

| | | |
|---|---|---|
| DOWNTOWN LA | 865 South Figueroa St. #103 Los Angeles, CA 90017 | (213) 439-9656 |
| IMAGING | 350 South Grand Ave. #2900, Los Angeles, CA 90071 | (213) 412-1449 |
| TWIN TOWERS | 2029 Century Park East, Concourse Level Los Angeles, CA 90067 | (310) 226-8640 |
| WESTSIDE TOWER | 11835 Olympic Blvd. #145E Los Angeles, CA 90064 | (310) 575-6640 |
| SUN AMERICA | 1999 Avenue of the Stars #100C, Los Angeles, CA90067 | (310) 788-9601 |
| IRVINE | 2301 Dupont Drive #110, Los Angeles, CA 92612 | (949) 477-0160 |

| | |
|---|---|
| Firm: Lewis, Brisbois, Bisgaard & Smith LLP | Date In: 11/5/2007 |
| Contact: Eddie Martinez | Date Due: 11/5/2007 4:00 PM |
| Address: 221 North Figueroa Street Suite 1200 | Acct Mgr: JPRADO |
| City/Zip: Los Angeles, CA 90012    Phone: (213) 250-1800 | Project #: GRD107110066 |

Special Billing Information:
   TRAFFIC SCHOOL 21562-14

Special Delivery Instruction:

Project Description:

## BILLING DETAIL

| Item Description | Total Quantity | Unit Price | Total Cost |
|---|---|---|---|
| 4" Black View Binder | 3 | $ 15.500 | $ 46.50 |
| 8.5 x 11 Color Copies | 54 | $ 1.000 | $ 54.00 |
| Regular Tabs | 1560 | $ 0.250 | $ 390.00 |
| 3" Black Binder | 3 | $ 12.500 | $ 37.50 |
| 5" Black Binder | 18 | $ 20.500 | $ 369.00 |
| Heavy Litigation Photocopying | 19523 | $ 0.150 | $ 2,928.45 |
| | 0 | $ - | $ - |

| | | |
|---|---|---|
| | Sub-Total: $ | 3,825.45 |
| | Tax: $ | 315.60 |
| | : Total: $ | - |
| | TOTAL: $ | 4,141.05 |

2/8/08

Signed/Received By _____

s/T/
Liliana

See Reverse Side for
Terms & Conditions

Date: _____

$2070.52
$ 2070.53

**CopyPage, Inc.**

CopyPage, Inc.
5418 McConnell Ave.
Los Angeles, CA 90066
(310) 822-2042

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 12/1/2007 | 517063 |

| BILL TO | SHIP TO |
|---------|---------|
| Lewis, Brisbois, Bisgaard & Smith LLP<br>Attn: Accounts Payable<br>P.O. Box 861629<br>Los Angeles, CA 90086-1629 | Lewis, Brisbois, Bisgaard & Smith LLP<br>221 N. Figueroa St., Suite 1200<br>Los Angeles, CA 90012<br>Attn: Eddie Martinez |

| P.O. NO. | TERMS | REP | SHIPPER NO. |
|----------|-------|-----|-------------|
|  | Due on receipt | JPP | grd107110066 |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| 1 | 11/5/07 GRD107110066 xref: Traffic School 21562-14 (Eddie Martinez) | 3,825.45 | 3,825.45T |
|  | Sales Tax | 8.25% | 315.60 |

**Total** $4,141.05

Thank you for your business.
TAX ID: 95-4384222



**CopyPage, Inc.**
5418 McConnell Ave.
Los Angeles, CA 90066
(310) 822-2042

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/1/2007 | 517060 |

| BILL TO |
|---------|
| Lewis, Brisbois, Bisgaard & Smith LLP<br>Attn: Accounts Payable<br>P.O. Box 861629<br>Los Angeles, CA 90086-1629 |

| SHIP TO |
|---------|
| Lewis, Brisbois, Bisgaard & Smith LLP<br>221 N. Figueroa St., Suite 1200<br>Los Angeles, CA 90012<br>Attn: Eddie Hernandez |

| P.O. NO. | TERMS | REP | SHIPPER NO. |
|----------|-------|-----|-------------|
|  | Due on receipt | JPP | grd107110027 |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| 1 | 11/1/07 GRD107110027 xref: PL Traffic Exhibit (Eddie Hernandez) | 150.00 | 150.00T |
|  | Sales Tax | 8.25% | 12.38 |

APPROVED FOR PAYMENT

DATE 1/7/08 AMOUNT _____

FILE/ACC. # 25162-14

PRINT NAME M4Kon

SIGNATURE _____

ADDT APPROVAL _____

VENDOR # _____ DB CODE _____

RECEIVED
DEC 1 7 2007
ACCOUNTS PAYABLE - LA

| Total | $162.38 |
|-------|---------|

Thank you for your business.
TAX ID: 95-4384222

RECEIVED
JAN 08 2008
ACCOUNTS PAYABLE - LA

| Vendor: | 23245 | COPYPAGE, INC. | Doc ID: 00009X0H-1 | Page | 1 of 2 |
|---------|-------|----------------|--------------------|------|--------|
| Voucher: | 1062987 | Dist: 2175899 | Date: 1/31/08 | Amount: | 162.38 |
|  |  |  | Check#: 381613 |  |  |



**DOWNTOWN LA**
IMAGING
TWIN TOWERS
**WESTSIDE TOWER**
SUN AMERICA
IRVINE

865 South Figueroa St. #103 Los Angeles, CA 90017
350 South Grand Ave. #2900, Los Angeles, CA 90071
2029 Century Park East, Concourse Level Los Angeles, CA 90067
11835 Olympic Blvd. #145E Los Angeles, CA 90064
1999 Avenue of the Stars #100C, Los Angeles, CA90067
2301 Dupont Drive #110, Los Angeles, CA 92612

(213) 439-9655
(213) 412-1449
(310) 226-3640
(310) 575-6640
(310) 788-8801
(949) 477-0160

| | |
|---|---|
| **Firm:** Lewis, Brisbois, Bisgaard & Smith LLP | **Date In:** 11/1/2007 |
| **Contact:** Eddie Hernandez | **Date Due:** 11/1/2007 8:00 PM |
| **Address:** 221 North Figueroa Street Suite 1200 | **Acct Mgr:** JPRADO |
| **City/Zip:** Los Angeles, CA 90012  **Phone:** (213) 250-1800 | **Project #:** GRD107110027 |
| | **DLA #:** DLA007110007 |

**Special Billing Information:**
PL Traffic Exhibit

**Special Delivery Instruction:**

**Project Description:**

## BILLING DETAIL

| Item Description | Total Quantity | Unit Price | Total Cost |
|---|---|---|---|
| Hourly Rate Tech | 1 | $ 100.000 | $ 100.00 |
| CD Creation | 2 | $ 25.000 | $ 50.00 |
| | 0 | $ - | $ - |

Sub-Total: $ 150.00
Tax: $12.38 ~~4.13~~
Total: $ -
TOTAL: $162.38 ~~154.13~~

**Signed/Received By**

*See Reverse Side for*
*Terms & Conditions*

**Date:**

## RECEIVED
JAN 0 8 2008
ACCOUNTS PAYABLE - LA

| | |
|---|---|
| **Vendor:** 23245 COPYPAGE, INC. | **Doc ID:** 00009X0H-2  **Page** |
| **Voucher:** 1062987 **Dist:** 2175899 | **Date:** 1/31/08  **Amount:** |

Doc ID: 00009X0H-2   Page   2 of 2
Date: 1/31/08   Amount: 162.38
Check#:   381613



**CopyPage, Inc.**

5418 McConnell Ave.
Los Angeles, CA 90066
(310) 822-2042

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/1/2007 | 515806 |

| BILL TO |
|---------|
| Lewis, Brisbois, Bisgaard & Smith LLP |
| Attn: Accounts Payable |
| P.O. Box 861629 |
| Los Angeles, CA 90086-1629 |

| SHIP TO |
|---------|
| Lewis, Brisbois, Bisgaard & Smith LLP |
| 221 N. Figueroa St., Suite 1200 |
| Los Angeles, CA 90012 |
| Attn: Eddie Martinez |

| P.O. NO. | TERMS | REP | SHIPPER NO. |
|----------|-------|-----|-------------|
|  | Due on receipt | JPP | grd107100627 |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| 1 | 10/30/07 GRD107100627 xref: 25162 (Eddie Martinez) | 295.75 | 295.75T |
|  | Sales Tax | 8.25% | 24.40 |

APPROVED FOR PAYMENT

DATE _____ AMOUNT _____

FILE/ACC. # _25162 - 14_

PRINT NAME _____

SIGNATURE _____

ADDT APPROVAL _____

VENDOR # _____

**Total** $320.15

Thank you for your business.
TAX ID: 95-4384222

RECEIVED
DEC 1 0 2007
ACCOUNTS PAYABLE - LA

RECEIVED
NOV 1 9 2007
ACCOUNTS PAYABLE - LA



| | | |
|---|---|---|
| **DOWNTOWN LA** | 865 South Figueroa St. #103 Los Angeles, CA 90017 | **(213) 439-9656** |
| **IMAGING** | 350 South Grand Ave. #2900, Los Angeles, CA 90071 | **(213) 412-1449** |
| **TWIN TOWERS** | 2029 Century Park East, Concourse Level Los Angeles, CA 90067 | **(310) 226-8640** |
| **WESTSIDE TOWER** | 11835 Olympic Blvd. #145E Los Angeles, CA 90064 | **(310) 575-6640** |
| **SUN AMERICA** | 1999 Avenue of the Stars #100C, Los Angeles, CA90067 | **(310) 788-8601** |
| **IRVINE** | 2301 Dupont Drive #110, Los Angeles, CA 92612 | **(949) 477-0160** |

| | | |
|---|---|---|
| **Firm:** Lewis, Brisbois, Bisgaard & Smith LLP | **Date In:** | 10/30/2007 |
| **Contact:** Eddie Martinez | **Date Due:** | 10/30/2007 5:00 PM |
| **Address:** 221 North Figueroa Street Suite 1200 | **Acct Mgr:** | JPRADO |
| **City/Zip:** Los Angeles, CA 90012   **Phone:** (213) 250-1800 | **Project #:** | **GRD107100627** |

**Special Billing Information:**
25162

**Special Delivery Instruction:**

**Project Description:**

## BILLING DETAIL

| Item Description | Total Quantity | Unit Price | Total Cost |
|---|---|---|---|
| Regular Tabs | 136 | $    0.250 | $    34.00 |
| Heavy Litigation Photocopying | 1745 | $    0.150 | $    261.75 |
| | 0 | $    - | $    - |

| | | |
|---|---|---|
| **Sub-Total:** | $ | 295.75 |
| **Tax:** | $ | 24.40 |
| **› Total:** | $ | - |
| **TOTAL:** | $ | 320.15 |

Signed/Received By

*See Reverse Side for Terms & Conditions*

Date:

# CopyPage

**Document Technologies**

**CopyPage, Inc.**
5418 McConnell Ave.
Los Angeles, CA 90066
(310) 822-2042

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/1/2007 | 517065 |

| BILL TO |
|---------|
| Lewis, Brisbois, Bisgaard & Smith LLP<br>Attn: Accounts Payable<br>P.O. Box 861629<br>Los Angeles, CA 90086-1629 |

| SHIP TO |
|---------|
| Lewis, Brisbois, Bisgaard & Smith LLP<br>221 N. Figueroa St., Suite 1200<br>Los Angeles, CA 90012<br>Attn: Eddie Martinez |

| P.O. NO. | TERMS | REP | SHIPPER NO. |
|----------|-------|-----|-------------|
| | Due on receipt | JPP | grd107110357 |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| 1 | 11/20/07 GRD107110357 xref: 25162-14 (Eddie Martinez) | 82.18 | 82.18T |
| | Sales Tax | 8.25% | 6.78 |

APPROVED FOR PAYMENT

DATE _1/7/08_ AMOUNT _____

FILE/ACC. # _25162-14_

PRINT NAME _M AKous_

SIGNATURE _____

ADDT APPROVAL _____

VENDOR # _____ DB CODE _____

**Total** $88.96

Thank you for your business.
TAX ID: 95-4384222

**RECEIVED**
JAN 08 2008
ACCOUNTS PAYABLE - LA

**RECEIVED**
DEC 17 2007
ACCOUNTS PAYABLE - LA



| | | |
|---|---|---|
| **DOWNTOWN LA** | 865 South Figueroa St. #103 Los Angeles, CA 90017 | **(213) 439-9656** |
| **IMAGING** | 350 South Grand Ave. #2900, Los Angeles, CA 90071 | **(213) 412-1449** |
| **TWIN TOWERS** | 2029 Century Park East, Concourse Level Los Angeles, CA 90067 | **(310) 226-8640** |
| **WESTSIDE TOWER** | 11835 Olympic Blvd. #145E Los Angeles, CA 90064 | **(310) 575-6640** |
| **SUN AMERICA** | 1999 Avenue of the Stars #100C, Los Angeles, CA 90067 | **(310) 788-8601** |
| **IRVINE** | 2301 Dupont Drive #110, Los Angeles, CA 92612 | **(949) 477-0160** |

| | | |
|---|---|---|
| Firm: Lewis, Brisbois, Bisgaard & Smith LLP | Date In: | 11/20/2007 |
| Contact: Eddie Martinez | Date Due: | 11/20/2007 4:00 PM |
| Address: 221 North Figueroa Street Suite 1200 | Acct Mgr: | JPRADO |
| City/Zip: Los Angeles, CA 90012   Phone: (213) 250-1800 | Project #: | **GRD107110357** |

Special Billing Information:
25162-14

Special Delivery Instruction:

Project Description:

## BILLING DETAIL

| Item Description | Total Quantity | Unit Price | Total Cost |
|---|---|---|---|
| 2" Black Binder | 2 | $ 10.000 | $ 20.00 |
| Regular Tabs | 14 | $ 0.250 | $ 3.50 |
| Medium Litigation Photocopying | 489 | $ 0.120 | $ 58.68 |
| | 0 | $ - | $ - |

| | |
|---|---|
| Sub-Total: $ | 82.18 |
| Tax: $ | 6.78 |
| Total: $ | - |
| **TOTAL:** $ | **88.96** |

Signed/Received By _____     Date: _____

*See Reverse Side for*
*Terms & Conditions*

### RECEIVED
JAN 08 2008
ACCOUNTS PAYABLE - LA

### RECEIVED
DEC 17 2007
ACCOUNTS PAYABLE - LA

| | | | |
|---|---|---|---|
| Vendor: 23245 COPYPAGE, INC./5418 MCCONNELL AVE | Date: 1/31/08 | Page | 2 |
| Voucher: 1062992 | Check#: 381613 | Amount: | 88.96 |
| \\10.1.3.25\DocumentBank\APDocs\00009X0K.tif | Scanned By: MDOMINGZ | | |

# Alliance Imaging

# Invoice

811 Wilshire Blvd. Suite #920
Los Angeles, CA 90017

| Date | Invoice # |
| --- | --- |
| 8/17/2007 | 7080081 |

| Bill To |
| --- |
| Lewis Brisbois Bisgaard & Smith, LLP
Attn: Accounts Payable
P.O. Box 861629
Los Angeles, CA 90086-1629 |

| Ship To |
| --- |
| Lewis Brisbois Bisgaard & Smith, LLP
Attn: Accounts Payable
P.O. Box 861629
Los Angeles, CA 90086-1629 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
| --- | --- | --- | --- | --- | --- | --- |
| | | GH | 8/17/2007 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| | | Ferdie / Vicki Towles 8-18-07
Matter: 25162-14
Michelle Bryant's | | |
| 3,610 | "D" | Heavy Lit Copying | 0.10 | 361.00T |
| 2,240 | Color Copies | Color Laser Copies 8.5 x 11 | 0.99 | 2,217.60T |
| 330 | Tabs | Index Tabs | 0.25 | 82.50T |
| 2,240 | Discount / Credit | Color Discount | -0.20 | -448.00T |
| | | Sales Tax | 8.25% | 182.58 |

APPROVED FOR PAYMENT

DATE_____ AMOUNT_____

FILE/ACC. #_____

PRINT NAME_____

SIGNATURE_____

ADDT APPROVAL_____

VENDOR #_____ DB CODE_____

RECEIVED

SEP 1 1 2007

ACCOUNTS PAYABLE - LA

TAX I.D. #05-0553445

Signature

| Total | $2,395.68 |
| --- | --- |

Vendor:        39111   ALLIANCE IMAGING
Voucher:   1035158   Dist: 2099825

Doc ID: 00008N9A-1
Date:  8/17/07

Page
Amount:

1 of 3
2,395.68

# ALLIANCE IMAGING

**811 Wilshire Blvd., Suite 920**
**Los Angeles, CA 90017**
**213-533-8012**

JOE    7080081

SCANNING / CODING // PHOTOCOPYING // DIGITAL PRINTING // EXHIBIT BOARDS

FIRM NAME: Lewis Brisbois  Bisgaard & Smith, LLP
ADDRESS: 221 N.Figueroa Street,   Suite # 1100
TELEPHONE NUMBER:
ORDERED BY: Ferdie / Allen
CLIENT MATTER / P.O.# 25702 - 14
INVOICE REFERENCE: M. HAMILTON

TODAY'S DATE: 15 - Aug. 07
TIME TURNED IN: 3.15
DUE DATE: Aug 15    TIME DUE: 3.15
DESCRIPTION OF ORIGINALS:

NUMBER OF COPIES: 10  COPIES  COLOR

## COPYING

**PAPER SIZE**
☐ 8.5 X 11
☐ ALL RECYCLED
☐ 8.5 X 14
☐ SIZE FOR SIZE
☐ REDUCED TO 8.5 X 11

**DESCRIPTION OF COPYING STYLE**
☐ 2 SIDED FOR 2 SIDED
☐ CONVERT 1 SIDED TO 2 SIDED
☐ CONVERT 2 SIDED TO 1 SIDED
☐ COPY TAGGED ORIGINALS: ☐ FLAGS ☐ POST-IT
☐ COPY CLIPPED ORIGINALS: ☐ SIDE ☐ BOTTOM
☐ COLOR FOR COLOR ☐ B/W FOR COLOR

**OTHER COPYING SPECIFICS**
COVERS        ☐ YES ☐ NO ☐ COLOR _____
SPINES        ☐ YES ☐ NO ☐ COLOR _____
FILE FOLDER TABS  ☑ YES ☐ NO ☐ COLOR _____
EXHIBIT TABS    ☐ YES ☐ NO ☐ COLOR _____

REDWELLS      ☐ YES ☐ NO ☐ COLOR _____
STD. LANGUAGE   ☑ YES ☐ NO ☐ COLOR _____
POST-IT NOTES   ☐ R&R ☐ COPY
☑ COPY W/ and W/O

**BATES / LABELING**
☐ ORIGINALS ☐ COPIES
☐ BOTTOM RIGHT ONLY ☐ DIRECTION OF TEXT
SPACE BETWEEN PREFIX & # ☐ YES ☐ NO
PREFIX: _____ NUMBER: _____

**OVERSIZE DOCUMENTS**
☐ SIZE FOR SIZE ☐ FOLD ☐ ROLL
REDUCE TO: _____

## FINISHING

☐ SAME AS ORIGINALS
☐ RESTAPLE ORIGINALS
☐ RECLIP ORIGINALS
☐ REBIND ORIGINALS
☐ STAPLE COPIES AS ORIG.
☐ CLIP COPIES AS ORIG.

☐ DO NOT STAPLE OR CLIP COPIES
☐ RUBBER BAND COPIES PER ORIG.
☐ RUBBER BAND PER FILE, RDWL, BINDER
☐ INSERT COPIES IN FOLDERS PER ORIG.
☐ INSERT COPIES IN BINDERS PER ORIG.
☐ INSERT SLIP SHEET / COLOR _____

☐ INSERT TABS PER ORIG.
☐ 3 HOLE DRILL ☐ ORIG. ☐ COPY
☐ 2 HOLE DRILL ☐ ORIG. ☐ COPY
☐ GBC BIND ☐ ORIG. ☐ COPY
☐ VELO BIND ☐ ORIG. ☐ COPY
☐ ACCO BIND ☐ ORIG. ☐ COPY

**SPECIAL INSTRUCTIONS:** 1 - COPY - 3 - HOLE
9 - COPIES - RUBBER BAND
ALL COPIES WITH TABS

**ACCOUNT MANAGER: Gerg Herweg**          **CELL: 310-418-3275**

Time in: _____

## Lewis Brisbois Bisgaard & Smith
## Copy Request Form

DATE: _15/Aug 07_

Name: _Vicki Towles_          Ext. _4005_  Floor: _12_

Client Matter #: _25162-14_

☐ **EXACTLY AS ORIGINAL** (Supercedes all other instructions)   Number of copies: _10_

### PAPER
☒ 8½ x 11
☐ 8½ x 11 3 hole paper
☐ 8½ x 14 (Legal Size)
☐ Colored Paper _____
☐ Other _____

### COPY
☐ 1 Sided
☐ 2 Sided
☒ Collate
☐ Un-collate
☐ Collate/Staple

### FINISHING
☐ Paper Clip
☐ Slip Sheet
☐ Velo Bind
☐ Acco Bind
☐ 2 Hole Punch
☐ 3 Hole Punch

Detailed Instructions (please be specific): _— Color Copy — insert tabs_
_— 3 hole punch_
_— Put in Binder_
_With Mina Hamilton's for Authorization_
_Thx._

**NUMBER OF COPIES MADE:** _____

**COMPLETED BY:** _____   **TIME COMPLETED:** _____

Copy Clerk s Notes: _____

**SIGNED FOR BY:** _____   **DATE:** __/__/__   **TIME:** ____

# CONCORD
### DOCUMENT SERVICES INC.

CORPORATE OFFICE
1321 W. 12th Street
Los Angeles, CA 90015
Tel: (213) 745-3175 • Fax: (213) 745-7065
www.copying.la

**CENTURY CITY**
1900 Avenue of the Stars, Suite A-104
Los Angeles, CA 90067
(310) 277-9599

**DOWNTOWN LOS ANGELES**
350 South Grand Ave. Suite A-5
Los Angeles, CA 90071
(213) 680-1114

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/9/2007 | 100065 |

**BILL TO**
Lewis, Brisbois, Bisgaard & Smith LLP
221 N. Figueroa Street
Suite 1200
Los Angeles, CA 90012
Attn: Bhawna Nathu

**SHIP TO**
Lewis, Brisbois, Bisgaard & Smith LLP
221 N. Figueroa Street
Suite 1200
Los Angeles, CA 90012

| CLIENT / BILLING # | TERMS | DUE DATE | REP | SHIP DATE | REQUESTED BY | JOB NAME |
|---|---|---|---|---|---|---|
| 25162-14 | Net 30 | 9/8/2007 | David | 8/8/2007 | B. Nathu | 1 Box |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| | Traffic School. Com v. DMV.org | | | |
| | 1 Box | | | |
| | x1 | | | |
| HC | Heavy Legal Photocopying | 613 | 0.15 | 91.95T |
| CC1 | Digital Color Copies, 8 1/2 x 11 | 2 | 0.75 | 1.50T |
| Tabs | Tabs - Preprinted | 110 | 0.25 | 27.50T |
| BR-4D | 4' - Three Ring Binder (Documents inserted) | 2 | 14.95 | 29.90T |
| | Subtotal | | | 150.85 |
| | Calif Sales Tax (8.25%) | | 8.25% | 12.45 |

RECEIVED
OCT 09 2007
ACCOUNTS PAYABLE - LA

*Thank you for your business...DMS.*
*Any questions, contact: David M. Serrano (213) 216-6490*

**Total** $163.30

Terms: net 30 days from delivery. Finance charge of 1.5% per month after 30 days. All customers are responsible to pay within Concord terms regardless of any third party billing. Customer accepts full responsibility for any and all attorney's fees and/or other costs associated with collection of payment. **Fed Tax ID # 95-4749866**

C O P Y I N G   •   I M A G I N G   •   P R I N T I N G

| Vendor: | 25010 CONCORD DOCUMENT SERVICES INC. | Doc ID: 00008S5A-1 | Page | 1 of 1 |
|---|---|---|---|---|
| Voucher: | 1038979 Dist: 2109618 | Date: 10/16/07 | Amount: | 163.30 |
| | | Check#: 373630 | | |



# CONCORD
## DOCUMENT SERVICES INC.

**CORPORATE OFFICE**
1321 W. 12th Street
Los Angeles, CA 90015
Tel: (213) 745-3175 • Fax: (213) 745-7065
www.copying.la

**CENTURY CITY**
1900 Avenue of the Stars, Suite A-104
Los Angeles, CA 90067
(310) 277-9999

**DOWNTOWN LOS ANGELES**
350 South Grand Ave. Suite A-5
Los Angeles, CA 90071
(213) 680-1114

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/9/2007 | 100057 |

**BILL TO**
Lewis, Brisbois, Bisgaard & Smith LLP
221 N. Figueroa Street
Suite 1200
Los Angeles, CA 90012
Attn: Bhawna Nathu

**SHIP TO**
Lewis, Brisbois, Bisgaard & Smith LLP
221 N. Figueroa Street
Suite 1200
Los Angeles, CA 90012

| CLIENT / BILLING # | TERMS | DUE DATE | REP | SHIP DATE | REQUESTED BY | JOB NAME |
|---|---|---|---|---|---|---|
| 25162-14 | Net 30 | 9/8/2007 | David | 8/7/2007 | B. Nathu | 1 Stack |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | 1 Stack | | | |
| | x 2 | | | |
| MC | Medium Labor Intensive Photocopying | 780 | 0.11 | 85.80T |
| BR-4D | 4" - Three Ring Binder (Documents inserted) | 3 | 14.95 | 44.85T |
| | Subtotal | | | 130.65 |
| | Calif Sales Tax (8.25%) | | 8.25% | 10.78 |

**RECEIVED**

OCT 09 2007

ACCOUNTS PAYABLE - LA

*Thank you for your business...DMS.*
*Any questions, contact:  David M. Serrano (213) 216-6490*

**Total**   $141.43

Terms: net 30 days from delivery.  Finance charge of 1.5% per month after 30 days.  All customers are responsible to pay within Concord terms regardless of any third party billing.
Customer accepts full responsibility for any and all attorney's fees and/or other costs associated with collection of payment. **Fed Tax ID # 95-4749866**

# C O P Y I N G  •  I M A G I N G  •  P R I N T I N G

| Vendor: | 25010  CONCORD DOCUMENT SERVICES INC. | Doc ID: 00008S4V-1 | Page | 1 of 1 |
|---|---|---|---|---|
| Voucher: | 1038971  Dist: 2109595 | Date: 10/16/07 | Amount: | 141.43 |
| | | Check#:    373630 | | |



**CONCORD**
DOCUMENT SERVICES INC.

CORPORATE OFFICE
1321 W. 12th Street
Los Angeles, CA 90015
Tel: (213) 745-3175 • Fax: (213) 745-7065
www.copying.la

CENTURY CITY
1900 Avenue of the Stars, Suite A-104
Los Angeles, CA 90067
(310) 277-9599

DOWNTOWN LOS ANGELES
350 South Grand Ave. Suite A-5
Los Angeles, CA 90071
(213) 680-1114

# INVOICE

| DATE | INVOICE # |
|---|---|
| 8/9/2007 | 1000117 |

**BILL TO**
Lewis, Brisbois, Bisgaard & Smith LLP
221 N. Figueroa Street
Suite 1200
Los Angeles, CA 90012
Attn: Bhawna Nathu

**SHIP TO**
Lewis, Brisbois, Bisgaard & Smith LLP
221 N. Figueroa Street
Suite 1200
Los Angeles, CA 90012

| CLIENT / BILLING # | TERMS | DUE DATE | REP | SHIP DATE | REQUESTED BY | JOB NAME |
|---|---|---|---|---|---|---|
| 25162-14 | Net 30 | 9/8/2007 | David | 8/8/2007 | B. Nathu | 1 Velo Bound Book |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | 1 Velo Bound Book | | | |
| | Copy Exhibits & Cover | | | |
| | x 1 | | | |
| LL | Light Labor Intensive photocopying | 58 | 0.08 | 4.64T |
| Tabs | Tabs - Preprinted | 6 | 0.25 | 1.50T |
| CT | Custom Tabs | 1 | 0.45 | 0.45T |
| RE | Rebinds | 1 | 1.00 | 1.00 |
| | | | | |
| | Subtotal | | | 7.59 |
| | Calif Sales Tax (8.25%) | | 8.25% | 0.54 |

**RECEIVED**

OCT 09 2007

ACCOUNTS PAYABLE - LA

*Thank you for your business...DMS.*
*Any questions, contact: David M. Serrano (213) 216-6490*

| **Total** | $8.13 |
|---|---|

Terms: net 30 days from delivery. Finance charge of 1.5% per month after 30 days. All customers are responsible to pay within Concord terms regardless of any third party billing. Customer accepts full responsibility for any and all attorney's fees and/or other costs associated with collection of payment. Fed Tax ID # 95-4749866

C O P Y I N G   •   I M A G I N G   •   P R I N T I N G

PeerlessPatents, Ltd.

**Invoice**

2711 Jefferson Davis Hwy - Suite 401B
Arlington, VA 22202
Phone: 703-271-0180 or 703-979-0420
Tax ID: 54-1899766

| Date | Invoice # |
|------|-----------|
| 10/29/2007 | 19570 |

**Bill To**

Lewis, Brisbois, Bisgaard & Smith LLP
Attn: Antonia D. Espinoza
Suite 1200
221 North Figueroa Street
Los Angeles, CA 90012

| Terms | Reference No. |
|-------|---------------|
| Net 30 | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| TrafficSchool 25162-14 | | | |
| Opposition 91/176917 | | | |
| | | | |
| Certified copy of a Patent, Trademark or Copyright (Application or Registration) or Assignment Document | | 50.00 | 50.00 |
| PTO Disbursement | | 50.00 | 50.00 |
| Overnight Delivery - "fedex" or "express Mail" | | 55.00 | 55.00 |

ENDORSED
DEC 0 5 2007
By: M - G

RECEIVED
OCT 3 1 2007
ACCOUNTS PAYABLE - LA

*Please Pay*
*Traffic School.com*
*25162.14*
*Date 10/30/07*

| | |
|---|---|
| **Total** | $155.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $155.00 |

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number | 25162-14 | TRAFFICSCHOOL.COM & DRIVERS ED DIRECT | 12/15/06 |
|---|---|---|---|
| DNM | | TRAFFICSCHOOL.COM, INC. V DMV.ORG | 498641 |
| | | | Page    2 |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| | | OUTLINE NOTIFICATION OF APPROACH | 1.0 |

| Date | Para | Description of Paralegal Services | Hours |
|---|---|---|---|

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 11/28/06 | E112-FILING/RECORDING FEE CLERK, U.S. DISTRICT COURT FEE FOR COMPLAINT | | | 350.00 |
| 10/17/06 | E101-DUPLICATION | 6.00 | .15 | .90 |
| 10/17/06 | E101-DUPLICATION | 2.00 | .15 | .30 |
| 11/08/06 | E101-DUPLICATION | 3.00 | .15 | .45 |
| 11/16/06 | E101-DUPLICATION INVOICE | 2.00 | .15 | .30 |
| 11/28/06 | E101-DUPLICATION | 180.00 | .15 | 27.00 |
| 11/29/06 | E101-DUPLICATION | 3.00 | .15 | .45 |
| 11/29/06 | E101-DUPLICATION | 180.00 | .15 | 27.00 |
| 11/29/06 | E101-DUPLICATION | 1.00 | .15 | .15 |
| 11/29/06 | E101-DUPLICATION DMV.ORG | 3.00 | .15 | .45 |
| 11/15/06 | E119-PROFESSIONAL SERVICES THOMSON COMPUMARK TRADEMARK OF DMV.ORG (78/777,105) ORDERED ON 09/06 | | | 44.10 |

*(handwritten: "Complaint / Exhibits")*

| | |
|---|---|
| **Total Fees** | 8,179.50 |
| **Total Disbursements** | 451.10 |
| **Total Current Charges** | 8,630.60 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number DNM | 25162-14 | TRAFFICSCHOOL.COM & DRIVERS ED DIRECT TRAFFICSCHOOL.COM, INC. V DMV.ORG | 1/25/07 505109 |
|---|---|---|---|
| | | | Page    2 |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|

| Date | Para | Description of Paralegal Services | Hours |
|---|---|---|---|

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 12/22/06 | E101-DUPLICATION | 49.00 | .15 | 7.35 |
| 12/15/06 | E110-PROFESSIONAL SERVICES THOMSON COMPUMARK FILE MONITOR FOR DMV.ORG; 78/777, 105 | | | 44.10 |

*1 MOTION TO DISMISS EXHIBITS* (handwritten)

| | | |
|---|---|---|
| Total Fees | | 5,091.50 |
| Total Disbursements | | 51.45 |
| | | |
| Total Current Charges | | 5,142.95 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File Number | 25162-14 | TRAFFICSCHOOL.COM & DRIVERS ED DIRECT | 2/15/07 |
| DNM | | TRAFFICSCHOOL.COM, INC. V DMV.ORG | 507606 |
| | | | Page  5 |

| Date | Para | Description of Paralegal Services | Hours |
|------|------|-----------------------------------|-------|
| | | | .3 |
| | | | 3 |

| Date | Description of Disbursement | Units | Rate | Amount |
|------|-----------------------------|-------|------|--------|
| 1/08/07 | E101-DUPLICATION | 108.00 | .15 | 16.20 |
| 1/08/07 | E101-DUPLICATION | 3.00 | .15 | .45 |
| 1/26/07 | E101-DUPLICATION | 3.00 | .15 | .45 |
| 1/26/07 | E101-DUPLICATION | 4.00 | .15 | .60 |
| 1/29/07 | E101-DUPLICATION | 55.00 | .15 | 8.25 |
| 1/26/07 | E102-COLOR COPY | 220.00 | 1.00 | 220.00 |
| 1/16/07 | E106-ONLINE SEARCH LEXISNEXIS COURTLINK INC. 11/29/06 NAME SEARCH-FEDERAL DIST | | | 123.00 |
| 1/16/07 | E107-ATTORNEY SERVICE U.S. LEGAL MANAGEMENT SERVICES, INC. 11/28/06 UNITED STATES DISTRICT COURT 3705169 | | | 38.44 |
| 1/31/07 | E119-PROFESSIONAL SERVICES THOMSON COMPUMARK MARKS: 1 DMV ORG 78/777.105 | | | 44.10 |
| 1/31/07 | E119-PROFESSIONAL SERVICES THOMSON COMPUMARK DMV ORG-78/777.105 | | | 44.10 |
| 1/16/07 | E117-SERVICE FEE U.S. LEGAL MANAGEMENT SERVICES, INC. 11/29/06 C/O EDRIVER INC 3706039 | | | 160.05 |
| 1/16/07 | E117-SERVICE FEE U.S. LEGAL MANAGEMENT SERVICES, INC. 11/29/06 C/O ONLINE GURU 3706053 | | | 35.00 |

| | | |
|---|---|---|
| **Total Fees** | | 13,431.50 |
| **Total Disbursements** | | 690.64 |
| **Total Current Charges** | | 14,122.14 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

## LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number DNM | 25162-14 | TRAFFICSCHOOL.COM & DRIVERS ED DIRECT TRAFFICSCHOOL.COM, INC. V DMV.ORG | | 4/12/07 516472 |
| --- | --- | --- | --- | --- |
| | | | Page | 6 |

| Date | Para | Description of Paralegal Services | Hours |
| --- | --- | --- | --- |

| Date | Description of Disbursement | Units | Rate | Amount |
| --- | --- | --- | --- | --- |
| 3/05/07 | E101-DUPLICATION | 190.00 | .15 | 28.50 |
| 3/13/07 | E101-DUPLICATION | 25.00 | .15 | 3.75 |
| 3/15/07 | E101-DUPLICATION | 45.00 | .15 | 6.75 |
| 3/15/07 | E101-DUPLICATION | 3.00 | .15 | .45 |
| 3/23/07 | E101-DUPLICATION | 12.00 | .15 | 1.80 |
| 3/26/07 | E101-DUPLICATION | 1.00 | .15 | .15 |
| 3/27/07 | E101-DUPLICATION | 2.00 | .15 | .30 |
| 3/29/07 | E101-DUPLICATION | 4.00 | .15 | .60 |
| 3/30/07 | E107-FEDERAL EXPRESS MAIL FEDERAL EXPRESS CORPORATION 02/27/07 RECIPIENT: THE JOBU GROUP SENDER: MINA HAMILTON 837459717350 | | | 20.22 |
| 3/30/07 | E106-ONLINE SEARCH LEXIS NEXIS ONLINE TIME, SEARCHES | | | 198.75 |
| 3/19/07 | E119-PROFESSIONAL SERVICES THOMSON COMPUMARK DMV.ORG-78/777,105 | | | 50.00 |

*(handwritten annotations: "Copies, Exhibits Opp. to M.- to Dismiss", "28.50")*

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number | 25162-14 | TRAFFICSCHOOL.COM & DRIVERS ED DIRECT | 6/20/07 |
| DNM | | TRAFFICSCHOOL.COM, INC. V DMV.ORG | 527824 |
| | | | Page 6 |

| Date | Atty | Description of Services Rendered | Hours |
|------|------|-------------------------------|-------|

| Date | Description of Disbursement | Units | Rate | Amount |
|------|----------------------------|-------|------|--------|
| 5/31/07 | LONG DISTANCE TELEPHONE | | | 8.12 |
| 5/04/07 | DUPLICATION | 48.00 | .15 | 7.20 |
| 5/09/07 | DUPLICATION | 1.00 | .15 | .15 |
| 5/10/07 | DUPLICATION | 12.00 | .15 | 1.80 |
| 5/11/07 | DUPLICATION | 104.00 | .15 | 15.60 |
| 5/16/07 | DUPLICATION | 3.00 | .15 | .45 |
| 5/17/07 | DUPLICATION | 12.00 | .15 | 1.80 |
| 5/17/07 | DUPLICATION | 2.00 | .15 | .30 |
| 5/29/07 | DUPLICATION | 33.00 | .15 | 4.95 |
| 5/15/07 | ATTORNEY SERVICE U.S. LEGAL MANAGEMENT SERVICES, INC. 03/05/07 UNITED STATES DISTRICT COURT 3768449 | | | 38.44 |
| 5/15/07 | ATTORNEY SERVICE U.S. LEGAL MANAGEMENT SERVICES, INC. 03/23/07 UNITED STATES DISTRICT COURT 3782167 | | | 35.94 |
| 5/15/07 | E119-PROFESSIONAL SERVICES THOMSON COMPUMARK FILE MONITOR/DMV.ORG | | | 50.00 |

*Exhibits for Mtn for Second Amended complaint*

*15.60*

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number | 25162-14 | TRAFFICSCHOOL.COM & DRIVERS ED DIRECT | | 7/23/07 |
|---|---|---|---|---|
| DNM | | TRAFFICSCHOOL.COM, INC. V DMV.ORG | | 533815 |
| | | | | Page   10 |

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 6/13/07 | DUPLICATION | 154.00 | .12 | 18.48 |
| 6/15/07 | DUPLICATION | 18.00 | .12 | 2.16 |
| 6/20/07 | DUPLICATION | 216.00 | .12 | 25.92 |
| 6/20/07 | DUPLICATION | 654.00 | .12 | 78.48 |
| 6/20/07 | DUPLICATION | 15.00 | .12 | 1.80 |
| 6/21/07 | DUPLICATION | 5.00 | .12 | .60 |
| 6/21/07 | DUPLICATION | 5.00 | .12 | .60 |
| 6/22/07 | DUPLICATION | 1648.00 | .12 | 197.76 |
| 6/22/07 | DUPLICATION | 1666.00 | .12 | 199.92 |
| 6/25/07 | DUPLICATION | 4.00 | .12 | .48 |
| 6/25/07 | DUPLICATION | 129.00 | .12 | 15.48 |
| 6/25/07 | DUPLICATION | 4.00 | .12 | .48 |
| 6/25/07 | DUPLICATION | 2.00 | .12 | .24 |
| 6/26/07 | DUPLICATION | 7.00 | .12 | .84 |
| 6/26/07 | DUPLICATION | 2988.00 | .12 | 358.56 |
| 6/26/07 | DUPLICATION | 58.00 | .12 | 6.96 |
| 6/26/07 | DUPLICATION | 1634.00 | .12 | 196.08 |
| 6/26/07 | DUPLICATION | 2.00 | .12 | .24 |
| 6/26/07 | DUPLICATION | 2.00 | .12 | .24 |
| 6/27/07 | DUPLICATION | 2154.00 | .12 | 258.48 |
| 6/27/07 | DUPLICATION | 87.00 | .12 | 10.44 |
| 6/27/07 | DUPLICATION | 2.00 | .12 | .24 |
| 6/27/07 | DUPLICATION | 363.00 | .12 | 43.56 |
| 6/27/07 | DUPLICATION | 820.00 | .12 | 98.40 |
| 6/27/07 | DUPLICATION | 80.00 | .12 | 9.60 |
| 6/27/07 | DUPLICATION | 90.00 | .12 | 10.80 |
| 6/27/07 | DUPLICATION | 95.00 | .12 | 11.40 |
| 6/28/07 | DUPLICATION | 84.00 | .12 | 10.08 |
| 6/28/07 | DUPLICATION | 9.00 | .12 | 1.08 |
| 6/28/07 | DUPLICATION | 108.00 | .12 | 12.96 |
| 6/28/07 | DUPLICATION | 928.00 | .12 | 111.36 |
| 6/28/07 | DUPLICATION | 29.00 | .12 | 3.48 |
| 6/28/07 | DUPLICATION | 148.00 | .12 | 17.76 |
| 6/28/07 | DUPLICATION | 132.00 | .12 | 15.84 |
| 6/28/07 | DUPLICATION | 236.00 | .12 | 28.32 |
| 6/29/07 | DUPLICATION | 64.00 | .12 | 7.68 |
| 6/29/07 | DUPLICATION | 2.00 | .12 | .24 |
| 6/29/07 | DUPLICATION | 640.00 | .12 | 76.80 |
| 6/22/07 | COLOR PHOTOGRAPHS/PICTURES | 20.00 | 1.00 | 20.00 |
| 6/28/07 | COLOR PHOTOGRAPHS/PICTURES | 109.00 | 1.00 | 109.00 |
| 6/18/07 | ONLINE SEARCH LEXISNEXIS COURTLINK INC. 4/26/07 NAME, CASE SEARCH , FEDERAL DIST. LA SUPERIOR COURT | | | 114.00 |
| 6/18/07 | ATTORNEY SERVICE U.S. LEGAL MANAGEMENT SERVICES, INC. 05/14/07 UNITED STATES DISTRICT COURT 3817295 | | | 25.94 |
| 6/29/07 | E119-PROFESSIONAL SERVICES JAMES HAUGER DBA 4/26 RETRIEVAL OF BUSINESS CITES. ARRANGED FOR ILLS WITH TEXAS A & M | | | 399.10 |
| 6/01/07 | WESTLAW RESEARCH | | | 565.35 |

*Opp. to Ex Parte* (handwritten annotation)

*185.80* (handwritten)

**DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT**

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number DNM | 25162-14 | TRAFFICSCHOOL.COM & DRIVERS ED DIRECT TRAFFICSCHOOL.COM, INC. V DMV.ORG | 9/27/07 545584 Page 15 |
| --- | --- | --- | --- |

| Date | Para | Description of Paralegal Services | Hours |
| --- | --- | --- | --- |

| Date | Description of Disbursement | Units | Rate | Amount |
| --- | --- | --- | --- | --- |
| 7/06/07 | DUPLICATION | 1026.00 | .12 | 123.12 |
| 7/10/07 | DUPLICATION | 305.00 | .12 | 36.60 |
| 7/19/07 | DUPLICATION | 640.00 | .12 | 76.80 |
| 7/19/07 | DUPLICATION | 618.00 | .12 | 74.16 |
| 7/19/07 | DUPLICATION | 246.00 | .12 | 29.52 |
| 8/01/07 | DUPLICATION | 26.00 | .12 | 3.12 |
| 8/01/07 | DUPLICATION | 194.00 | .12 | 23.28 |
| 8/01/07 | DUPLICATION | 10.00 | .12 | 1.20 |
| 8/01/07 | DUPLICATION | 4.00 | .12 | .48 |
| 8/01/07 | DUPLICATION | 2.00 | .12 | .24 |
| 8/02/07 | DUPLICATION | 704.00 | .12 | 84.48 |
| 8/02/07 | DUPLICATION | 48.00 | .12 | 5.76 |
| 8/02/07 | DUPLICATION | 172.00 | .12 | 20.64 |
| 8/02/07 | DUPLICATION | 48.00 | .12 | 5.76 |
| 8/02/07 | DUPLICATION | 2.00 | .12 | .24 |
| 8/02/07 | DUPLICATION | 17.00 | .12 | 2.04 |
| 8/03/07 | DUPLICATION | 204.00 | .12 | 24.48 |
| 8/03/07 | DUPLICATION | 692.00 | .12 | 83.04 |
| 8/03/07 | DUPLICATION | 585.00 | .12 | 70.20 |
| 8/03/07 | DUPLICATION | 2.00 | .12 | .24 |
| 8/06/07 | DUPLICATION | 141.00 | .12 | 16.92 |
| 8/06/07 | DUPLICATION | 242.00 | .12 | 29.04 |
| 8/06/07 | DUPLICATION | 436.00 | .12 | 52.32 |
| 8/06/07 | DUPLICATION | 405.00 | .12 | 48.60 |
| 8/06/07 | DUPLICATION | 30.00 | .12 | 3.60 |
| 8/06/07 | DUPLICATION | 2.00 | .12 | .24 |
| 8/06/07 | DUPLICATION | 18.00 | .12 | 2.16 |
| 8/06/07 | DUPLICATION | 53.00 | .12 | 6.36 |
| 8/06/07 | DUPLICATION | 28.00 | .12 | 3.36 |
| 8/07/07 | DUPLICATION | 9.00 | .12 | 1.08 |
| 8/07/07 | DUPLICATION | 1089.00 | .12 | 130.68 |
| 8/07/07 | DUPLICATION | 41.00 | .12 | 4.92 |
| 8/07/07 | DUPLICATION | 4.00 | .12 | .48 |
| 8/07/07 | DUPLICATION | 160.00 | .12 | 19.20 |
| 8/07/07 | DUPLICATION | 42.00 | .12 | 5.04 |
| 8/07/07 | DUPLICATION | 28.00 | .12 | 3.36 |
| 8/07/07 | DUPLICATION | 14.00 | .12 | 1.68 |

*Mt. to Compel Exhibits* (handwritten annotation by 8/03/07 entries)

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT



177.72

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number DNM | 25162-14 | TRAFFICSCHOOL.COM & DRIVERS ED DIRECT TRAFFICSCHOOL.COM, INC. V DMV.ORG | | 9/27/07 545584 Page 16 |
|---|---|---|---|---|

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 8/08/07 | DUPLICATION | 432.00 | .12 | 51.84 |
| 8/08/07 | DUPLICATION | 21.00 | .12 | 2.52 |
| 8/08/07 | DUPLICATION | 3.00 | .12 | .36 |
| 8/08/07 | DUPLICATION | 1.00 | .12 | .12 |
| 8/08/07 | DUPLICATION | 108.00 | .12 | 12.96 |
| 8/09/07 | DUPLICATION | 7.00 | .12 | .84 |
| 8/09/07 | DUPLICATION | 548.00 | .12 | 65.76 |
| 8/09/07 | DUPLICATION | 155.00 | .12 | 18.60 |
| 8/09/07 | DUPLICATION | 128.00 | .12 | 15.36 |
| 8/10/07 | DUPLICATION | 660.00 | .12 | 79.20 |
| 8/10/07 | DUPLICATION | 42.00 | .12 | 5.04 |
| 8/10/07 | DUPLICATION | 4.00 | .12 | .48 |
| 8/13/07 | DUPLICATION | 537.00 | .12 | 64.44 |
| 8/13/07 | DUPLICATION | 3.00 | .12 | .36 |
| 8/13/07 | DUPLICATION | 84.00 | .12 | 10.08 |
| 8/13/07 | DUPLICATION | 50.00 | .12 | 6.00 |
| 8/13/07 | DUPLICATION | 24.00 | .12 | 2.88 |
| 8/13/07 | DUPLICATION | 159.00 | .12 | 19.08 |
| 8/13/07 | DUPLICATION | 76.00 | .12 | 9.12 |
| 8/13/07 | DUPLICATION | 7.00 | .12 | .84 |
| 8/14/07 | DUPLICATION | 535.00 | .12 | 64.20 |
| 8/14/07 | DUPLICATION | 1.00 | .12 | .12 |
| 8/14/07 | DUPLICATION | 11.00 | .12 | 1.32 |
| 8/14/07 | DUPLICATION | 32.00 | .12 | 3.84 |
| 8/14/07 | DUPLICATION | 31.00 | .12 | 3.72 |
| 8/14/07 | DUPLICATION | 2.00 | .12 | .24 |
| 8/14/07 | DUPLICATION | 110.00 | .12 | 13.20 |
| 8/14/07 | DUPLICATION | 164.00 | .12 | 19.68 |
| 8/15/07 | DUPLICATION | 146.00 | .12 | 17.52 |
| 8/15/07 | DUPLICATION | 72.00 | .12 | 8.64 |
| 8/15/07 | DUPLICATION | 41.00 | .12 | 4.92 |
| 8/15/07 | DUPLICATION | 1.00 | .12 | .12 |
| 8/15/07 | DUPLICATION | 29.00 | .12 | 3.48 |
| 8/15/07 | DUPLICATION | 20.00 | .12 | 2.40 |
| 8/15/07 | DUPLICATION | 1.00 | .12 | .12 |
| 8/15/07 | DUPLICATION | 148.00 | .12 | 17.76 |
| 8/15/07 | DUPLICATION | 115.00 | .12 | 13.80 |
| 8/15/07 | DUPLICATION | 6.00 | .12 | .72 |
| 8/15/07 | DUPLICATION | 20.00 | .12 | 2.40 |
| 8/16/07 | DUPLICATION | 1.00 | .12 | .12 |
| 8/16/07 | DUPLICATION | 472.00 | .12 | 56.64 |
| 8/16/07 | DUPLICATION | 55.00 | .12 | 6.60 |
| 8/16/07 | DUPLICATION | 11.00 | .12 | 1.32 |
| 8/16/07 | DUPLICATION | 8.00 | .12 | .96 |
| 8/16/07 | DUPLICATION | 7.00 | .12 | .84 |
| 8/16/07 | DUPLICATION | 834.00 | .12 | 100.08 |
| 8/16/07 | DUPLICATION | 4.00 | .12 | .48 |

_Supp. Memo._

_Decl. Filed_

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

182.52

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number DNM | 25162-14 | TRAFFICSCHOOL.COM & DRIVERS ED DIRECT TRAFFICSCHOOL.COM, INC. V DMV.ORG | 9/27/07 545584 Page 17 |
|---|---|---|---|

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 8/17/07 | DUPLICATION | 1.00 | .12 | .12 |
| 8/17/07 | DUPLICATION | 2.00 | .12 | .24 |
| 8/17/07 | DUPLICATION | 30.00 | .12 | 3.60 |
| 8/17/07 | DUPLICATION | 129.00 | .12 | 15.48 |
| 8/17/07 | DUPLICATION | 2.00 | .12 | .24 |
| 8/17/07 | DUPLICATION | 36.00 | .12 | 4.32 |
| 8/17/07 | DUPLICATION | 73.00 | .12 | 8.76 |
| 8/17/07 | DUPLICATION | 1.00 | .12 | .12 |
| 8/17/07 | DUPLICATION | 67.00 | .12 | 8.04 |
| 8/17/07 | DUPLICATION | 1387.00 | .12 | 166.44 |
| 8/20/07 | DUPLICATION | 38.00 | .12 | 4.56 |
| 8/20/07 | DUPLICATION | 451.00 | .12 | 54.12 |
| 8/20/07 | DUPLICATION | 906.00 | .12 | 108.72 |
| 8/20/07 | DUPLICATION | 360.00 | .12 | 43.20 |
| 8/20/07 | DUPLICATION | 792.00 | .12 | 95.04 |
| 8/20/07 | DUPLICATION | 12.00 | .12 | 1.44 |
| 8/20/07 | DUPLICATION | 2634.00 | .12 | 316.08 |
| 8/21/07 | DUPLICATION | 126.00 | .12 | 15.12 |
| 8/21/07 | DUPLICATION | 12.00 | .12 | 1.44 |
| 8/21/07 | DUPLICATION | 2.00 | .12 | .24 |
| 8/21/07 | DUPLICATION | 2.00 | .12 | .24 |
| 8/22/07 | DUPLICATION | 24.00 | .12 | 2.88 |
| 8/22/07 | DUPLICATION | 126.00 | .12 | 15.12 |
| 8/22/07 | DUPLICATION | 53.00 | .12 | 6.36 |
| 8/22/07 | DUPLICATION | 2.00 | .12 | .24 |
| 8/22/07 | DUPLICATION | 36.00 | .12 | 4.32 |
| 8/22/07 | DUPLICATION | 735.00 | .12 | 88.20 |
| 8/22/07 | DUPLICATION | 753.00 | .12 | 90.36 |
| 8/22/07 | DUPLICATION | 26.00 | .12 | 3.12 |
| 8/23/07 | DUPLICATION | 495.00 | .12 | 59.40 |
| 8/23/07 | DUPLICATION | 969.00 | .12 | 116.28 |
| 8/23/07 | DUPLICATION | 2.00 | .12 | .24 |
| 8/23/07 | DUPLICATION | 2.00 | .12 | .24 |
| 8/23/07 | DUPLICATION | 46.00 | .12 | 5.52 |
| 8/24/07 | DUPLICATION | 448.00 | .12 | 53.76 |
| 8/24/07 | DUPLICATION | 24.00 | .12 | 2.88 |
| 8/24/07 | DUPLICATION | 31.00 | .12 | 3.72 |
| 8/27/07 | DUPLICATION | 4.00 | .12 | .48 |
| 8/27/07 | DUPLICATION | 25.00 | .12 | 3.00 |
| 8/27/07 | DUPLICATION | 29.00 | .12 | 3.48 |
| 8/27/07 | DUPLICATION | 59.00 | .12 | 7.08 |
| 8/27/07 | DUPLICATION | 110.00 | .12 | 13.20 |
| 8/27/07 | DUPLICATION | 420.00 | .12 | 50.40 |
| 8/27/07 | DUPLICATION | 565.00 | .12 | 67.80 |
| 8/27/07 | DUPLICATION | 155.00 | .12 | 18.60 |
| 8/27/07 | DUPLICATION | 20.00 | .12 | 2.40 |
| 8/28/07 | DUPLICATION | 4.00 | .12 | .48 |

MSJ Exhibits

MSJ

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT



# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number DNM | 25162-14 | TRAFFICSCHOOL.COM & DRIVERS ED DIRECT TRAFFICSCHOOL.COM, INC. V DMV.ORG | | | 9/27/07 545584 Page     18 |
|---|---|---|---|---|---|

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 8/28/07 | DUPLICATION | 1.00 | .12 | .12 |
| 8/28/07 | DUPLICATION | 1266.00 | .12 | 151.92 |
| 8/28/07 | DUPLICATION | 10.00 | .12 | 1.20 |
| 8/28/07 | DUPLICATION | 19.00 | .12 | 2.28 |
| 8/28/07 | DUPLICATION | 35.00 | .12 | 4.20 |
| 8/28/07 | DUPLICATION | 32.00 | .12 | 3.84 |
| 8/28/07 | DUPLICATION | 2.00 | .12 | .24 |
| 8/28/07 | DUPLICATION | 161.00 | .12 | 19.32 |
| 8/28/07 | DUPLICATION | 4.00 | .12 | .48 |
| 8/28/07 | DUPLICATION | 1323.00 | .12 | 158.76 |
| 8/28/07 | DUPLICATION | 1106.00 | .12 | 132.72 |
| 8/28/07 | DUPLICATION | 104.00 | .12 | 12.48 |
| 8/28/07 | DUPLICATION | 7.00 | .12 | .84 |
| 8/29/07 | DUPLICATION | 1.00 | .12 | .12 |
| 8/29/07 | DUPLICATION | 2857.00 | .12 | 342.84 |
| 8/29/07 | DUPLICATION | 52.00 | .12 | 6.24 |
| 8/29/07 | DUPLICATION | 84.00 | .12 | 10.08 |
| 8/29/07 | DUPLICATION | 4.00 | .12 | .48 |
| 8/29/07 | DUPLICATION | 18.00 | .12 | 2.16 |
| 8/29/07 | DUPLICATION | 20.00 | .12 | 2.40 |
| 8/29/07 | DUPLICATION | 1.00 | .12 | .12 |
| 8/29/07 | DUPLICATION | 4.00 | .12 | .48 |
| 8/29/07 | DUPLICATION | 82.00 | .12 | 9.84 |
| 8/29/07 | DUPLICATION | 68.00 | .12 | 8.16 |
| 8/29/07 | DUPLICATION | 15.00 | .12 | 1.80 |
| 8/30/07 | DUPLICATION | 2.00 | .12 | .24 |
| 8/30/07 | DUPLICATION | 6.00 | .12 | .72 |
| 8/30/07 | DUPLICATION | 1.00 | .12 | .12 |
| 8/30/07 | DUPLICATION | 14.00 | .12 | 1.68 |
| 8/30/07 | DUPLICATION | 30.00 | .12 | 3.60 |
| 8/30/07 | DUPLICATION | 36.00 | .12 | 4.32 |
| 8/30/07 | DUPLICATION | 46.00 | .12 | 5.52 |
| 8/31/07 | DUPLICATION | 691.00 | .12 | 82.92 |
| 8/31/07 | DUPLICATION | 259.00 | .12 | 31.08 |
| 8/31/07 | DUPLICATION | 252.00 | .12 | 30.24 |
| 8/31/07 | DUPLICATION | 2.00 | .12 | .24 |
| 8/15/07 | E114-WITNESS FEE U.S. LEGAL MANAGEMENT SERVICES, INC. 08/02/07 CUSTODIAN OF RECORDS / GOLDEN 3876368 | | | 15.00 |
| 8/01/07 | BLACK & WHITE BLOWBACKS (PRINTS FROM CD) | 1403.00 | .12 | 168.36 |
| 8/23/07 | BLACK & WHITE BLOWBACKS (PRINTS FROM CD) | 452.00 | .12 | 54.24 |
| 8/31/07 | BLACK & WHITE BLOWBACKS (PRINTS FROM CD) | 381.00 | .12 | 45.72 |
| 8/06/07 | COLOR PHOTOGRAPHS/PICTURES | 182.00 | .25 | 45.50 |
| 8/27/07 | COLOR PHOTOGRAPHS/PICTURES | 120.00 | .25 | 30.00 |
| 8/16/07 | CD COPIES | 1.00 | 10.00 | 10.00 |
| 8/20/07 | CD COPIES | 1.00 | 10.00 | 10.00 |
| 8/28/07 | CD COPIES | 1.00 | 10.00 | 10.00 |
| 8/15/07 | FEDERAL EXPRESS MAIL FEDERAL EXPRESS CORPORATION 08/01/07 | | | |

*Handwritten annotations: "Second Compendium of Exhibits to MSJ" with "488.40"; "3rd Comp. of Exhibits to MSJ" with "144.48"; "632.88"*

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

**THOMSON**

**WEST**

**New Sale Invoice**

*Rec'd 7/5/2007*

| | |
|---|---|
| BILLING ACCOUNT# | 1000029157 |
| NEW SALE INVOICE# | 6045706425 |
| ORDER# | 3632547 |
| INVOICE DATE | 06/27/2007 |
| PAYMENT DUE DATE | 07/27/2007 |
| **AMOUNT DUE** | **313.59** |

Thomson West
P.O. Box 64779
St.Paul, MN 55164-0779

CUSTOMER SERVICE: 1/800/328-4880
For payment instructions and contact information see reverse

01          PAGE 1 OF   1

| SALES REPRESENTATIVE | | ORDER DATE 06/22/2007 | SHIP DATE 06/27/2007 | PURCHASE ORDER# 35986 | | | DELIVERY # |
|---|---|---|---|---|---|---|---|
| MATERIAL | DESCRIPTION | | | QTY | UNIT | TAX | TOTAL |
| 40437566 | WCX TIER 1 FEDERAL COURT FEE | | | 1 | 99.00 | | 99.00 S |
| | US DIST COURT, CENTRAL DIST OF CA (WESTERN DIV - LA), Case #: 2:05CV03945, Name: JAMDAT v JAMSTER | | | | | | |
| 40437610 | WCX COPY FEE | | | 252 | 0.75 | 15.59 | 204.59 S |
| | Items:  #7 (38 pages)##6 (214 pages) | | | | | | |
| 40437625 | WCX EMAIL DELIVERY CHARGE | | | 1 | 10.00 | | 10.00 S |
| | Sent Items #6 and #7 in ONE email transfer.#(6/26/2007) | | | | | | |

*ENTERED*
*JUL 3 1 2007*
*By: R-Z*

35986
Requestor: Francine Biscardi     Ref Num: Client ID: 25162-00014

*DATE 7/1/07   AMOUNT 313.59*
*25162-00014 for D. Makous*
*FSB*
*FRANCINE BISCARDI*
*4/10*

THANK YOU

| TOTAL | 313.59 |
|---|---|

RETURN BOTTOM PORTION WITH PAYMENT

| | |
|---|---|
| NEW SALE INVOICE# | 6045706425 |
| VENDOR# | 41-1426973 |
| BILLING ACCOUNT# | 1000029157 |
| AMOUNT DUE | 313.59 |
| AMOUNT ENCLOSED | _____ |

**RECEIVED**

**JUL 1 3 2007**

**ACCOUNTS PAYABLE - LA**

West Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

LEWIS BRISBOIS BISGAARD & SMITH LLP
LIBRARY
221 N FIGUEROA ST STE 1300
LOS ANGELES CA  90012-2639

6045706425 00000000000000000000000 20070627 ZINV 000031359 0010 1000029157 9

| Vendor: | 4210  WEST PAYMENT CENTER | Doc ID: 000083SI-1 | Page | 1 of 1 |
|---|---|---|---|---|
| Voucher: | 1022091  Dist: 2065972 | Date: 7/31/07 | Amount: | 313.59 |
| | | Check#:    368011 | | |