# Exhibit F

ITEMIZATION AND DOCUMENTATION FOR REQUESTED COSTS
CASE NO. CV 06-7561 PA (CWx)
TRAFFICSCHOOL.COM V. EDRIVER

| | Amount |
|---|---|
| **Exhibit F:** SURVEYS Local Rule 54-4.13 | |
| Zoomerange.com (Expenses for Survey) | $5,900.00 |
| Professional Services (Dr. Maronick-Invoice 1) | $18,025.00 |
| Professional Services (Dr. Maronick-Invoice 2) | $34,553.00 |
| Total | $58,478.00 |

# zoomerang



## Proposal

Date: 6/7/07

STUDY

Dear Thomas,

We are pleased to present this quote for your upcoming project. Please review this quote carefully. Your signature below will signify an acceptance of the project, agreement with the terms below, and confirmation of authorization to execute the project.

| Name: | Thomas Maronick |
|---|---|
| Company: | Towson University |
| | Department of Marketing & e-Business |
| Address: | Towson, Maryland 21252 |
| Phone: | (410) 704-4077 |
| Email: | tmaronick@towson.edu |
| Project Name: | CA Survey |

### Sample Details:

| Desired Responses: | N = 100 |
|---|---|
| Demographics/Attributes: | State: California |
| | Gender split |
| | Female 50% / Male 50% |
| | Ages 18-60 |
| Incentive: | 50 ZoomPoints |
| Incidence*: | 50% |

*Note: If you have not provided the incidence rate, we will assume 100%. If responses indicate that the survey incidence rate is below 100%, we will adjust pricing accordingly if additional sample needs to be provided to meet the desired responses.

### Sample Team Deliverables:

| Incentive: | Provide incentive as detailed above for this survey. |
|---|---|
| Email Invite: | Create the email invitation using the standard Zoomerang Sample email invitation. |
| Number of Mailings: | Host the survey and deploy via email the survey to sample identified above. There will be a single mailing of the survey invitation. |
| Reporting: | Real-time reporting and data export available via Zoomerang account. |

### Customer Responsibilities:

| Survey Content: | Create and complete survey in its final form within Zoomerang and ensure that survey is complete and accurate. |
|---|---|
| Testing: | Test the survey prior to project launch. |
| Demographics: | Within the body of the survey, ask any specific demographic/behavioral data that is required for results analysis. (A separate demographic report will not be provided). |
| Email Invitation (Optional): | Create a custom email message (if desired; otherwise standard email invitation will be created by Sample team). |
| Billing: | Provide PO (if necessary) and billing contact and billing instructions if invoice is to be received by anyone other than the signer of this quote. |

**Project Timeline:**

| Deployment: | The survey will be deployed within 24 hours (excluding Saturday, Sunday and U.S. holidays) upon receipt of this signed agreement and final verification that the survey is complete and ready to deploy. |
|---|---|

**Zoomerang Account Information**

| Zoomerang zPro Account: | tmaronick@towson.edu |
|---|---|

**TOTAL PROJECT PRICE:**

| Sample Price | $950.00 USD |
|---|---|
| TOTAL: | $950.00 USD |

*Please note this request for proposal is valid until midnight on 6/10/07*

**Payment terms:**
Payment for Zoomerang Programming and Sample are expected upon deployment.
All customers: Please provide a valid credit card. This card will be automatically charged if payment is not received within 60 days of order execution. You will be notified prior to the card charging.
First time customers: Payment is required up front by valid credit card or check.

**Other terms:**
Client agrees and warrants that the contents of email invitations and surveys, and use of the Zoomerang service, will be in compliance with all laws, including those concerning spam, privacy (including children's online privacy rights), defamation and communications decency.

Client is responsible for ensuring that survey invitations and surveys do not violate or infringe upon the trademark, trade name, copyright, trade secret or other intellectual property rights or other rights of any person or entity.

MarketTools retains exclusive ownership of all sample provided for Client's project. Panelists' email address and other personally identifiable information are the property of MarketTools and will not be disclosed to client or any other person. The client and any additional research partners may not capture any personally identifiable information of our panelists within the survey. No survey invitations or surveys will advertise or promote a product or service.

This document supplements your Zoomerang subscription agreement. Together they contain the complete and entire understanding between you and MarketTools concerning the subject matter hereof. Your signature below will signify your acceptance of the project quotation and terms, and will confirm authorization to execute the project. Please note, orders cannot be deployed until this quote is accepted in writing.

Signature: _____        Date: _____

**Client Billing Information: (if different than contact information above)**

| Billing Contact: | |
|---|---|
| Company: | |
| Billing Address: | |
| Phone: | |
| Email: | |
| P.O. # (if applicable) | |

**MarketTools Contact Information:**

| Name: | Steve Collupy   (415) 957-2364 |
|---|---|
| Company: | MarketTools, Inc. |
| Address: | 150 Spear Street, Suite 600 San Francisco, CA 94105-1536 |
| Phone: | 1-800-310-6838 (toll-free US and Canada) |
|  | 1-801-316-0476 (Outside U.S. and Canada) |

| Email:  | Steve.collupy@markettools.com |
|---------|-------------------------------|
| Tax ID: | 77-0445536                    |

# zoomerang                     MarketTools

## Proposal

Date: 6/19/07

STUDY 2/3

Dear Thomas,

We are pleased to present this quote for your upcoming project. Please review this quote carefully. Your signature below will signify an acceptance of the project, agreement with the terms below, and confirmation of authorization to execute the project.

| Name: | Thomas Maronick |
|---|---|
| Company: | Towson University |
| | Department of Marketing & e-Business |
| Address: | 8000 York Road • Towson, Maryland • 21252-0001 |
| Phone: | (410) 704-4077 |
| Email: | tmaronick@towson.edu |
| Project Name: | Traffic School Study |
| | Traffic School Study-2 |

**Sample Details: Survey 1 = Traffic School Study**

| Desired Responses: | N = 300 |
|---|---|
| Demographics/Attributes: | State: California |
| | Gender split |
| | Female 50% / Male 50% |
| | Ages 18-60 |
| Incentive: | 50 ZoomPoints |
| Incidence*: | 100% |

**Sample Details: Survey 2 = Traffic School Study-2**

| Desired Responses: | N = 300 |
|---|---|
| Demographics/Attributes: | State: California |
| | Gender split |
| | Female 50% / Male 50% |
| | Ages 18-60 |
| Incentive: | 50 ZoomPoints |
| Incidence*: | 100% |

*Note: If you have not provided the incidence rate, we will assume 100%. If responses indicate that the survey incidence rate is below 100%, we will adjust pricing accordingly if additional sample needs to be provided to meet the desired responses.

**Sample Team Deliverables:**

| Incentive: | Provide incentive as detailed above for this survey. |
|---|---|
| Email Invite: | Create the email invitation using the standard Zoomerang Sample email invitation. |
| Number of Mailings: | Host the survey and deploy via email the survey to sample identified above. There will be a single mailing of the survey invitation. |
| Reporting: | Real-time reporting and data export available via Zoomerang account. |

**Customer Responsibilities:**

| Survey Content: | Create and complete survey in its final form within Zoomerang and ensure that survey is complete and accurate. |
|---|---|

Page 1 of 3

MarketTools, Inc. 150 Spear Street, Suite 600, San Francisco, CA 94105-1535

| Testing: | Test the survey prior to project launch. |
|---|---|
| Demographics: | Within the body of the survey, ask any specific demographic/behavioral data that is required for results analysis. (A separate demographic report will not be provided). |
| Email Invitation (Optional): | Create a custom email message (if desired; otherwise standard email invitation will be created by Sample team). |
| Billing: | Provide PO (if necessary) and billing contact and billing instructions if invoice is to be received by anyone other than the signer of this quote. |

**Project Timeline:**

| Deployment: | The survey will be deployed within 24 hours (excluding Saturday, Sunday and U.S. holidays) upon receipt of this signed agreement and final verification that the survey is complete and ready to deploy. |
|---|---|

**Zoomerang Account Information**

| Zoomerang zPro Account: | tmaronick@towson.edu |
|---|---|

**TOTAL PROJECT PRICE:**

| Sample Price | $3,300.00 USD |
|---|---|
| TOTAL: | $3,300.00 USD |

Please note this request for proposal is valid until midnight on 6/19/07

**Payment terms:**
Payment for Zoomerang Programming and Sample are expected upon deployment.
All customers: Please provide a valid credit card. This card will be automatically charged if payment is not received within 60 days of order execution. You will be notified prior to the card charging.
First time customers: Payment is required up front by valid credit card or check.

**Other terms:**
Client agrees and warrants that the contents of email invitations and surveys, and use of the Zoomerang service, will be in compliance with all laws, including those concerning spam, privacy (including children's online privacy rights), defamation and communications decency.

Client is responsible for ensuring that survey invitations and surveys do not violate or infringe upon the trademark, trade name, copyright, trade secret or other intellectual property rights or other rights of any person or entity.

MarketTools retains exclusive ownership of all sample provided for Client's project. Panelists' email address and other personally identifiable information are the property of MarketTools and will not be disclosed to client or any other person. The client and any additional research partners may not capture any personally identifiable information of our panelists within the survey. No survey invitations or surveys will advertise or promote a product or service.

This document supplements your Zoomerang subscription agreement. Together they contain the complete and entire understanding between you and MarketTools concerning the subject matter hereof. Your signature below will signify your acceptance of the project quotation and terms, and will confirm authorization to execute the project. Please note, orders cannot be deployed until this quote is accepted in writing.

Signature: _[signature]_  Date: June 18, 07

**Client Billing Information: (If different than contact information above)**

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

**MarketTools Contact Information:**

| | |
|---|---|
| | Steve Collupy |
| | MarketTools, Inc. |
| | 150 Spear Street, Suite 600 San Francisco, CA 94105-1535 |
| | 1-800-310-6836 (toll-free US and Canada) |
| | 1-801-316-0476 (Outside U.S. and Canada) |
| | Steve.collupy@markettools.com |
| | 77-0445536    FAX: (413) 634-2589 |

# zoomerang                    MarketTools

## Proposal

Date: 6/21/07

STUDY 4

Dear Thomas,

We are pleased to present this quote for your upcoming project. Please review this quote carefully. Your signature below will signify an acceptance of the project, agreement with the terms below, and confirmation of authorization to execute the project.

| Name: | Thomas Maronick |
|---|---|
| Company: | Towson University<br>Department of Marketing & e-Business |
| Address: | 8000 York Road • Towson, Maryland • 21252-0001 |
| Phone: | (410) 704-4077 |
| Email: | tmaronick@towson.edu |
| Project Name: | Traffic School-3 |

**Sample Details:**

| Desired Responses: | N = 300 |
|---|---|
| Demographics/Attributes: | State: California<br>Gender split<br>Female 50% / Male 50%<br>Ages 18-60 |
| Incentive: | 50 ZoomPoints |
| Incidence*: | 100% |

*Note: If you have not provided the incidence rate, we will assume 100%. If responses indicate that the survey incidence rate is below 100%, we will adjust pricing accordingly if additional sample needs to be provided to meet the desired responses.

**Sample Team Deliverables:**

| Incentive: | Provide incentive as detailed above for this survey. |
|---|---|
| Email Invite: | Create the email invitation using the standard Zoomerang Sample email invitation. |
| Number of Mailings: | Host the survey and deploy via email the survey to sample identified above. There will be a single mailing of the survey invitation. |
| Reporting: | Real-time reporting and data export available via Zoomerang account. |

**Customer Responsibilities:**

| Survey Content: | Create and complete survey in its final form within Zoomerang and ensure that survey is complete and accurate. |
|---|---|
| Testing: | Test the survey prior to project launch. |
| Demographics: | Within the body of the survey, ask any specific demographic/behavioral data that is required for results analysis. (A separate demographic report will not be provided). |
| Email Invitation (Optional): | Create a custom email message (if desired; otherwise standard email invitation will be created by Sample team). |
| Billing: | Provide PO (if necessary) and billing contact and billing instructions if invoice is to be received by anyone other than the signer of this quote. |

**Project Timeline:**

| Deployment: | The survey will be deployed within 24 hours (excluding Saturday, Sunday and U.S. holidays) upon receipt of this signed agreement and final verification that |
|---|---|

MarketTools, Inc. 150 Spear Street, Suite 600, San Francisco, CA 94105-1535

Page 1 of 2

Send, Sign, Done.                                    EchoSign. Signed: 2007-06-21

Received  06-28-07  10:19am     From-1                    To-Lewis Brisbois Bisga    Page 008

|  | the survey is complete and ready to deploy. |
|---|---|

### Zoomerang Account Information

| Zoomerang zPro Account: | tmaronick@towson.edu |
|---|---|

**TOTAL PROJECT PRICE:**

| Sample Price | $1,650.00 USD |
|---|---|
| TOTAL: | $1,650.00 USD |

*Please note this request for proposal is valid until midnight on 6/21/07*

**Payment terms:**
Payment for Zoomerang Programming and Sample are expected upon deployment.
All customers: Please provide a valid credit card. This card will be automatically charged if payment is not received within 60 days of order execution. You will be notified prior to the card charging.
First time customers: Payment is required up front by valid credit card or check.

**Other terms:**
Client agrees and warrants that the contents of email invitations and surveys, and use of the Zoomerang service, will be in compliance with all laws, including those concerning spam, privacy (including children's online privacy rights), defamation and communications decency.

Client is responsible for ensuring that survey invitations and surveys do not violate or infringe upon the trademark, trade name, copyright, trade secret or other intellectual property rights or other rights of any person or entity.

MarketTools retains exclusive ownership of all sample provided for Client's project. Panelists' email address and other personally identifiable information are the property of MarketTools and will not be disclosed to client or any other person. The client and any additional research partners may not capture any personally identifiable information of our panelists within the survey. No survey invitations or surveys will advertise or promote a product or service.

This document supplements your Zoomerang subscription agreement. Together they contain the complete and entire understanding between you and MarketTools concerning the subject matter hereof. Your signature below will signify your acceptance of the project quotation and terms, and will confirm authorization to execute the project. Please note, orders cannot be deployed until this quote is accepted in writing.

Signature: _____    Date: _____

**Client Billing Information: (if different than contact information above)**

| Billing Contact: | |
|---|---|
| Company: | |
| Billing Address: | |
| Phone: | |
| Email: | |
| P.O. # (if applicable) | |

**MarketTools Contact Information:**

| Name: | Steve Collupy |
|---|---|
| Company: | MarketTools, Inc. |
| Address: | 150 Spear Street, Suite 600 San Francisco, CA 94105-1535 |
| Phone: | 1-800-310-6838 (toll-free US and Canada) |
|  | 1-801-316-0476 (Outside U.S. and Canada) |
| Email: | Steve.collupy@markettools.com |
| Tax ID: | 77-0445536 |

MarketTools, Inc. 150 Spear Street, Suite 600, San Francisco, CA 94105-1535

Page 2 of 2

Thomas J. Maronick (TJM)
e-Signed on 2007-06-21 04:58PM CDT
maronick@verizon.net
Towson University
Professor

Send. Sign. Done.    EchoSign.   Signed: 2007-06-21

Document Integrity Verified
Transaction Number: 3LR2497Z3H6C

**THOMAS J. MARONICK**
**Department of Marketing**
**Towson University**
**Towson, Maryland 21252**

June 26, 2007

Mina Hamilton
Lewis Brisbois Bisgaard & Smith
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

RE: TrafficSchool.com v. DMV.ORG

## INVOICE

| | |
|---|---|
| Professional Services: 51.5 @ 350/hr | $18,025.00 |
| Expenses (Zoomerang.com) | 5,900.00 |
| **AMOUNT DUE:** | **$23,925.00** |

Summery of Activities

| Date | Activity | Time | Expense |
|---|---|---|---|
| 5/9/07-5/16/07 | Review issues | | |
| | Design scope of work | | |
| | Draft questionnaire | 9.0 | $950.00 |
| 6/1-6/15/07 | Design/launch Study 1 | | |
| | Review/analyze Study 1 data | | |
| | Draft Study 2/3 | 12.5 | 3350.00 |
| 6/18-6/25 | Launch Study 2/3 | | |
| | Discuss Study 4 | | |
| | Design/launch Study 5 | | |
| | Analyze data/Draft/revise report | 29.0 | 1,600.00 |
| | Total Hrs: | 51.5 | $5,900.00 |

**THOMAS J. MARONICK**
Department of Marketing
Towson University
Towson, Maryland 21252

September 11, 2007

David Makous
Lewis Brisbois Bisgaard & Smith
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

RE:   TrafficSchool.com v. DMV.ORG

## INVOICE # 2

| | |
|---|---:|
| Professional Services 7/12/2007 – 9/10/2007 | |
| 96.0 hours @ 350/hr | $33,600.00 |
| Expenses (Travel related) | 953.00 |
| **AMOUNT DUE:** | **$34,553.00** |

**THOMAS J. MARONICK**
Department of Marketing
Towson University
Towson, Maryland 21252

September 11, 2007

David Makous
Lewis Brisbois Bisgaard & Smith
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

RE: TrafficSchool.com v. DMV.ORG

Summery of Activities

| Date | Activity | Time | Expense |
|---|---|---|---|
| 7/12 – 8/1/2007 | Draft rebuttal | 5.5 | |
| 8/1 – 8/14 | Review Hollander/Simonson Reports | 15.0 | |
| 8/15 | Fly to LA; Review materials for Depo; Meet with DM | 17.5 | United 543.00 |
| 8/15 | Prepare for depo (7:30-9:30) | 2.0 | Hotel 315.00 |
| | Deposition (9:30 – 4:30) | 7.0 | Taxi 65.00 |
| | Meet with DM | 2.0 | Parking 30.00 |
| | Return to Baltimore | 8.5 | |
| 8/16 – 8/31 | Read Hollander transcript Draft Rebuttal report | 24.0 | |
| 9/1 – 9/11 | Read Simonson transcript Review Hollander codes Read/Review depo transcript | 14.5 | |
| | TOTAL | 96.0 hrs | $953.00 |

Expenses:
    Mariott             $315.00
    United Airlines    543.00
    Taxi (LA)          65.00
    Parking (Baltimore)  30.00
                         $953.00