BRIAN M. DAUCHER, Cal. Bar No. 174212
ROBERT S. BEALL, Cal. Bar. No. 132016
JOSEPH H. TADROS, Cal. Bar. No. 239379
ASHLEY E. MERLO, Cal. Bar No. 247997
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
bdaucher@sheppardmullin.com
jtadros@sheppardmullin.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI; an individual; DOES 1 through 10, <br><br> Defendants. | Case No. CV 06-7561 PA (CWx) <br><br> *The Hon. Percy Anderson* <br><br> **NOTICE OF LODGING [PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR INTERIM STAY OF INJUNCTION PENDING HEARING ON MOTION FOR STAY** <br><br> Hearing Information – Motion for Stay: <br> Date:      October 14, 2008 <br> Time:      1:30 p.m. <br> Crtrm.:    15 <br><br> Complaint Filed November 28, 2006 <br> Trial Commenced: November 6, 2007 |

DECLARATION OF STEVE MORETTI

1    TO THE ABOVE-CAPTIONED COURT, ALL PARTIES AND

2  ATTORNEYS OF RECORD:

3        PLEASE TAKE NOTICE that on September 10, 2008, Defendants

4  hereby lodged their [Proposed] Order Granting Defendants' Ex Parte Application for

5  Interim Stay of Injunction Pending Hearing on Motion for Stay.

6

7

8  Dated:  September 10, 2008

9                          Respectfully submitted,

10                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

11

12                         By

13                                BRIAN M. DAUCHER

14                                Attorneys for Defendants

15

16

17

18

19

20

21

22

23

24

25

26

27

28