1  BRIAN M. DAUCHER, Cal. Bar No. 174212
   ROBERT S. BEALL, Cal. Bar. No. 132016
2  JOSEPH H. TADROS, Cal. Bar. No. 239379
   ASHLEY E. MERLO, Cal. Bar No. 247997
3  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
4    Including Professional Corporations
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California  92626-1993
   Telephone:  (714) 513-5100
6  Facsimile:   (714) 513-5130
   bdaucher@sheppard.mullin.com
7  jtadros@sheppardmullin.com

8  Attorneys for Defendants

   UNITED STATES DISTRICT COURT

   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>Defendants. | Case No. CV 06-7561 PA (CWx)<br><br>*The Hon. Percy Anderson*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR INTERIM STAY OF INJUNCTION PENDING HEARING ON MOTION FOR STAY**<br><br>Complaint Filed November 28, 2006<br>Trial Commenced: November 6, 2007 |

# [PROPOSED] ORDER

The Court, having fully considered the papers and evidence submitted in connection with Defendants' Ex Parte Application For Interim Stay of the Injunction Pending Hearing On Motion For Stay Pending Appeal (the "Application"), finds that good cause exists to grant the Application:

The Application is GRANTED:

1. The permanent injunction entered August 26, 2008 is temporarily stayed, subject to Defendants maintaining the same level of disclosures/safeguards as were on the DMV.ORG website on August 27, 2008, until decision is made on Defendants Motion for Stay of Injunction Pending Appeal, set for October 14, 2008.

2. Good cause exists because Defendants have demonstrated that they may be injured in the interim period prior to hearing and decision on Defendants Motion for Stay of Injunction Pending Appeal if the injunction is not immediately stayed.

Dated: _____   _____

THE HONORABLE PERCY ANDERSON
Central District of California

Dated: September 10, 2008

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
BRIAN M. DAUCHER

Attorneys for Defendants