**EXHIBIT A**



EXHIBIT A PAGE 11