BRIAN M. DAUCHER, Cal. Bar No. 174212
ROBERT S. BEALL, Cal. Bar No. 132016
JOSEPH H. TADROS, Cal. Bar No. 239379
ASHLEY E. MERLO, Cal. Bar No. 247997
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
bdaucher@sheppard.mullin.com
jtadros@sheppardmullin.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>Defendants. | Case No. CV 06-7561 PA (CWx)<br><br>*The Hon. Percy Anderson*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR STAY OF INJUNCTION PENDING APPEAL**<br><br>Complaint Filed November 28, 2006<br>Trial Commenced: November 6, 2007 |

On Tuesday, October 14, 2008, at 1:30 p.m. in courtroom 15 of the above entitled court, the motion for stay of injunction pending appeal of defendants EDriver Inc., Online Guru, Inc., Find My Specialist, Inc., SeriousNet, Inc., Ravi K. Lahoti and Raj Lahoti ("Defendants") came on for hearing, the Honorable Percy Anderson, Judge, presiding.

The Court, having considered the Motion, memorandum of points and authorities, and other papers filed, and having heard arguments of counsel, as well as any documents filed in opposition to the Motion, and having found good cause therefor, orders as follows:

IT IS HEREBY ORDERED THAT:

1. The permanent injunction entered August 26, 2008 by this Court is stayed pending appeal; and

2. During the period in which the injunction is stayed, Defendants shall not expressly recommend or endorse any third party traffic school or driver's education advertiser on the DMV.ORG website and are to maintain the level of disclaimers existing on the website as of August 27, 2008, including:

   (a) Employ either the term "unofficial" or "independent" in all search engine result listings (sponsored and organic listings) that directly relate to either traffic school or driver's education;

   (b) Employ a highlighted disclaimer in 16 point font at the top of every page of the DMV.ORG website stating: "DMV.ORG is a privately owned website that is not owned or operated by any government agency."

   (c) Require every visitor sending any communication to DMV.ORG to check a disclosure box that states: "I acknowledge that DMV.ORG is a privately owned website that is not owned or operated by any government agency."

   (d)   Not expressly recommend or endorse any third party traffic school or driver's education advertiser on the DMV.ORG website.

   (e)   Use the word "unofficial" or "independent" in the DMV.ORG logo

   (f)   Use the text "The Unofficial Guide to the DMV" on the main homepage and state specific homepages of the website

   (g)   Include the disclaimer "DMV.ORG is not affiliated with any government agency" in close proximity to the navigation of the website.

IT IS SO ORDERED.

Dated: _____  _____

THE HONORABLE PERCY ANDERSON
Central District of California

Dated: September 10, 2008

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
BRIAN M. DAUCHER

Attorneys for Defendants