DAVID N. MAKOUS (State Bar # 082409)
makous@lbbslaw.com
DANIEL C. DECARLO (State Bar # 160307)
decarlo@lbbslaw.com
MINA I. HAMILTON (State Bar # 213917)
hamilton@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiffs
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC, California companies.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EDRIVER, INC., a California corporation; ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No. CV 06-7561 PA (CWx)<br><br>The Honorable Percy Anderson<br><br>**DECLARATION** OF MINA I. HAMILTON IN SUPPORT OF OPPOSITION TO EX PARTE APPLICATION FOR INTERIM STAY OF INJUNCTION PENDING HEARING ON MOTION FOR STAY PENDING APPEAL |

## DECLARATION OF MINA I. HAMILTON

I, Mina I. Hamilton, declare as follows:

1. I am a partner at Lewis Brisbois Bisgaard & Smith LLP, counsel for TrafficSchool.com, Inc. and Drivers Ed Direct, LLC ("Plaintiff"). If called herein as a witness I could testify competently to the following:

2. Attached hereto as Exhibit A is a true and correct copy of screen shots printed of Defendants' splash page that have appeared after the Court issued its Final Injunction.

3. Attached hereto as Exhibit B is a true and correct copy of a screen shot of Defendants' website that appeared after the Court issued its Final Injunction but before Defendants' filed their Motion for Stay, showing previously voluntarily implemented disclaimers removed from the website after the slash page was instituted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration is executed on this 11th day of September, 2008 at Los Angeles, California.

_____/s/_____
Mina I. Hamilton

# Exhibit A





# Exhibit B

DMV Guide - DMV.ORG – Department of Motor Vehicles Guide

http://www.dmv.org/

WD 2.0

# DMV.ORG

Site Map | Advertise | About Us | Help Center | Terms of Use | Tell a Friend | Bookmark Site

**Home** | DMV Guide | Insurance Center | Tickets & Driving Schools | Reports & Records
Buying & Selling | Laws & Attorneys | News & Alerts | How To Guides | Fun Stuff | Community

Choose Your State ▼ | Quick Links ▼ | Search [____] Go

### Featured Resources

- Auto Insurance
- Background Checks
- Drivers Education
- Drivers License & ID
- Driving Records
- Forms & Publications
- Free Credit Report
- Lawyers
- Locations & Hours
- Practice Tests
- Traffic Schools
- Vehicle & Tire Recalls
- Vehicle History Reports
- Vehicle Registration

### DMV Guide

- Drivers License & ID
- First Time Drivers
- Registration & Titling
- Driving Records
- Locations & Hours
- Forms & Publications
- Motorcycles
- Commercial Drivers
- Safety & Statistics
- Dealers & Auto Industry
- Other DMV Information
- Car Insurance
- Tickets & Driving Schools
- Relocation Guide
- Driving Abroad

### Insurance Center

- Car Insurance

### Tickets & Driving Schools

- Drivers Education
- Traffic Schools
- Practice Tests
- Defensive Driving
- Suspended License
- Traffic Tickets
- Paying Your Traffic Ticket
- DMV Point System
- Driver Handbook
- Traffic Ticket Attorneys

### Reports & Records

- Driving Records
- Vehicle History Reports
- Criminal Records

## No need to stand IN LINE.
## Your DMV Guide is now ONLINE!

This Web site was created to provide easy-to-access information and resources for all your Department of Motor Vehicles needs. Because government DMV sites can sometimes be confusing to use, we have developed this free and comprehensive guide for the average person to understand.



Choose Your State — Click on the map to select your state
○ Alaska  ○ Hawaii  ○ Washington DC

### Sponsored Listings 

**Get a Free Car Insurance Quote >>**
You could save Hundreds by getting a free Car Insurance quote from Progressive.
www.progressive.com

**Switch to GEICO >>**
GEICO can save you up to 15% or more on Car Insurance. Find out how.
www.geico.com

**Want Lower Auto Insurance Rates? >>**
Use our Car Insurance Center to shop the rates of multiple companies online. Receive free quotes and save hundreds.
www.dmv.org

### What's New

**New Cell Phone Law**

No matter where you live, it's a good idea to familiarize yourself with your state's cell phone laws. If you're a driver in California, keep reading as new legislation recently went in effect.

As of July 1, 2008, CA drivers older than 18 must use hands-free equipment while driving; those younger than 18 are prohibited completely from using their

### About DMV.ORG

Our DMV Guide provides you with all the information you could possibly need from the Department of Motor Vehicles office—and much more. All the details on driver's licenses, driving records and ID cards, as well as vehicle registrations, title transfers, bills of sale and smog checks, are all available right here.

DMV.ORG also offers information you wouldn't think of getting from the Department of Motor Vehicles. You'll find great rates on auto insurance, ways to order a vehicle history report, and links to buying and selling cars—used and new. Got a traffic ticket? DMV.ORG also teaches you about online traffic schools, as well as driver's ed courses for new drivers. You can also rely on DMV.ORG for information on Lemon Laws and important updates on safety recalls. We bring you the most up-to-date information and services as they become available.

Why waste your time in line at the DMV when you can find all your answers about drivers, cars, driving, and the regulations you need to follow in your own state, all on one comprehensive Web site? Welcome to DMV.ORG.

**Choose Your State DMV Guide**

| | |
|---|---|
| Alabama | Nebraska |
| Alaska | Nevada |
| Arizona | New Hampshire |
| Arkansas | New Jersey |