BRIAN M. DAUCHER, Cal. Bar No. 174212
ROBERT S. BEALL, Cal. Bar. No. 132016
JOSEPH H. TADROS, Cal. Bar. No. 239379
ASHLEY E. MERLO, Cal. Bar No. 247997
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
bdaucher@sheppardmullin.com
bdaucher@sheppardmullin.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual, RAJ LAHOTI, an individual; DOES 1 through 10.<br><br>Defendants. | Case No. CV067561 PA (CWx)<br>*The Hon. Percy Anderson*<br><br>**DEFENDANTS' NOTICE OF APPEAL**<br><br>Trial Date: October 30, 2007<br><br>[Complaint Filed November 28, 2006] |



Dockets.Justia.com

TO THE ABOVE CAPTIONED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that eDriver, Inc., Online Guru, Inc., Find My Specialist, Inc., Seriousnet, Inc., Ravi K. Lahoti and Raj Lahoti, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's Findings if Fact and Conclusions of Law holding Defendants liable for willful false advertising, entered on June 4, 2008, and the District Court's Judgment and Permanent Injunction, entered on August 26, 2008. Copies of the Findings and Judgment are attached hereto as Exhibits A and B, respectively.

Dated: September 11, 2008

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By ______________________________
BRIAN M. DAUCHER

Attorneys for Defendants