BRIAN M. DAUCHER, Cal. Bar No. 174212
ROBERT S. BEALL, Cal. Bar No. 132016
JOSEPH H. TADROS, Cal. Bar No. 239379
ASHLEY E. MERLO, Cal. Bar No. 247997
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
bdaucher@sheppardmullin.com
jtadros@sheppardmullin.com

Attorneys for Defendants

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>    Plaintiffs/Appellees,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual, RAJ LAHOTI, an individual; DOES 1 through 10.<br><br>    Defendants/Appellants. | App. Ct. No. _____<br><br>D.C. Case No. CV067561 PA (CWx)<br>(C.D. Cal,, Western Division) |

## REPRESENTATION STATEMENT

-1-

Dockets.Justia.com

1    The undersigned represents Edriver, Inc., Online Guru, Inc., Find My
2 Specialist, Inc., Seriousnet, Inc., Ravi K. Lahoti, and Raj Lahoti, defendants and
3 appellants in this matter.  Attached is a service list that shows all of the parties to the
4 action below, and identifies their counsel by name, firm, address and telephone
5 number.

7 Dated:  September 12, 2008

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
        BRIAN M. DAUCHER

Attorneys for Defendants

W02-WEST:3AAE1\401023688.1

# TRAFFICSCHOOL.COM V. EDRIVER, INC.
## CV06-7561PA (CWx)
## SERVICE LIST

Attorneys for Plaintiffs TRAFFICSCHOOL.COM, INC. and DRIVERS ED DIRECT, LLC

David N. Makous, Esq.
Mina I. Hamilton, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

W02-WEST:3AAE1\401023688.1