UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**

Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: _____
Court of Appeals No. (leave blank if unassigned) _____
U.S. District Court, Division & Judge Name _____
Criminal and/or Civil Case No. _____
Date Complaint/Indictment/Petition Filed: _____
Date Appealed order/judgment *entered*: _____
Date NOA *filed*: _____
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number _____

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____            Date Docket Fee Billed: _____
Date FP granted: _____                 Date FP denied: _____
Is FP pending? ☐ yes  ☐ no                   Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:                           Appellee Counsel:

☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other _____   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID _____              Address:
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid _____           9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: _____

A-8 (08/02) (CA9-014)              **NOTICE OF APPEAL NOTIFICATION FORM**

Doc. 227

Dockets.Justia.com