Dockets.Justia.com

BRIAN M. DAUCHER, Cal. Bar No. 174212
ROBERT S. BEALL, Cal. Bar. No. 132016
JOSEPH H. TADROS, Cal. Bar. No. 239379
ASHLEY E. MERLO, Cal. Bar No. 247997
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
bdaucher@sheppardmullin.com
bdaucher@sheppardmullin.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual, and DOES 1 through 10.<br><br>    Defendants. | Case No. CV067561 PA (CWx)<br>*The Hon. Percy Anderson*<br><br>**NOTICE OF CONTINUANCE OF DEFENDANTS' MOTION FOR STAY OF THE PERMANENT INJUNCTION**<br><br>Hearing Information:<br>New Date:    October 20, 2008<br>Time:    1:30 p.m.<br>Crtrm.:    15<br><br>Complaint Filed November 28, 2006<br>Trial Commenced: November 6, 2007 |

| | |
|---|---|
| 1 | TO THE ABOVE-CAPTIONED COURT, ALL PARTIES AND |
| 2 | ATTORNEYS OF RECORD: |
| 3 | PLEASE TAKE NOTICE that Defendants hereby continue their Motion to |
| 4 | Stay the Permanent Injunction from October 14, 2008 to **October 20, 2008** at |
| 5 | 1:30 p.m. in Courtroom 15 of the above entitled Court, located at 312 N. Spring |
| 6 | Street, Los Angeles, California 90012. |

Dated: September 12, 2008

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
BRIAN M. DAUCHER

Attorneys for Defendants