UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**

Please Fill Out Completely

## CASE INFORMATION:

Short Case Title: Trafficschool.com.Inc, et al v. Edriver Inc, et al

Court of Appeals No. (leave blank if unassigned) _____

U.S. District Court, Division & Judge Name  Central California, Hon. Percy Anderson

Criminal and/or Civil Case No.  2:06-cv-07561-PA-CW

Date Complaint/Indictment/Petition Filed:  11/28/2006

Date Appealed order/judgment *entered*: (210), 6/05/08; (215), 8/28/08

Date NOA *filed*: 9/12/2008

Date(s) of Indictment _____  Plea Hearing _____  Sentencing _____

COA Status (check one):    ☐ granted in full (attach order)    ☐ denied in full (send record)
                          ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**

Date Docket Fee Paid: _____                Date Docket Fee Billed: 9/12/08

Date FP granted: _____                     Date FP denied: _____

Is FP pending? ☐ yes ☐ no                   Was FP limited ☐? Revoked ☐?

US Government Appeal? ☐ yes ☐ no

Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**

Appellate Counsel:                          Appellee Counsel:

Sheppard Mullin Richter and Hampton LLP     David N Makous
650 Town Center Drive 4th Floor             Lewis Brisbois Bisgaard and Smith
Costa Mesa, CA 92626-1925                   221 N Figueroa St, Ste 1200
Tel: 714 513-5100 Fax: 714-513-5130         Los Angeles, CA 90012-2601
Email: bdaucher@sheppardmullin.com          Tel: 213 250-1800    Email: makous@lbbslaw.com

☒ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other _____   *Please attach appointment order.*

**DEFENDANT INFORMATION**

Prisoner ID _____                          Address:

Custody _____

Bail _____

**AMENDED NOTIFICATION INFORMATION**

Date Fees Paid _____                       9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: L. Rendon
                                                    (213) 894-3570

A-8 (08/02) (CA9-014)     NOTICE OF APPEAL NOTIFICATION FORM

```
9/12/2008 1:38:16 PM  Receipt #: 111194
         Cashier : RDEJESUS [LA 1-2]
Paid by: SHEPPARD MULLIN RICHTER/PRO-COUR
IER
2:CV06-07561
2008-086900           Appeals Filing Fees(1)
Amount :
2:CV06-07561                        $105.00
2008-510000Judicial Services ($150.00)(1)
Amount :
2:CV06-07561                        $150.00
2008-086400Appeals Filing fee - Special(1
)
Amount :                            $200.00
Check Payment : 31019/1772 /        455.00
```