**EXHIBIT A**

# DMV.ORG
Unofficial Guide to the DMV

DMV ORG is a **privately owned website** that is **not** owned or operated by any government agency

| Buying & Selling | DMV Guide | Laws & Attorneys | Insurance Center | News & Alerts | Tickets & Driving Schools | Reports & Records |

Nebraska | Quick Links | How To Guides | Fun Stuff | Community

## The Unofficial Guide to the DMV

This Web site was created to provide easy-to-access information and resources for all your Department of Motor Vehicles needs. Because government DMV sites can sometimes be confusing to use, we have developed this free and comprehensive guide for the average person to understand.

**Choose Your State**
Click on the map to select your state

- Alaska
- Hawaii
- Washington DC

**Featured Resources**
- Auto Insurance
- Background Checks
- Drivers Education
- Drivers License & ID
- Driving Records
- Forms & Publications
- Free CARFAX Report
- Lawyers
- Locations & Hours
- Practice Tests
- Traffic Schools
- Vehicle & Tag Permits
- Vehicle History Reports
- Vehicle Registration

**DMV Guide**
- Drivers License & ID
- First Time Drivers
- Registration & Titling
- Driving Records
- License & Reports
- Forms & Publications
- Motorcycles
- Commercial Drivers
- Safety & Statistics
- Drivers Ed & Safe Driving
- Other DMV Information
- Car Insurance
- Traffic Schools / Driving Schools
- Roadside Guide
- Driving Buying

**Get a Free Car Insurance Quote >>**
You could save Hundreds by getting a free Car Insurance quote from Progressive.

**Get a Free Car Insurance Quote >>**
You could save Hundreds by getting a free Car Insurance quote from Progressive.

Our DMV Guide provides you with all the information you could possibly need from the Department of Motor Vehicles office—and much more. All the details on driver's licenses, driving records and ID cards, as well as vehicle registrations, title transfers, bills of sale and smog checks, are all available right here.

DMV ORG also offers information you wouldn't think of getting from the Department of Motor Vehicles. You'll find great rates on auto insurance,

EXHIBIT A PAGE 11