1  BRIAN M. DAUCHER, Cal. Bar No. 174212
   ROBERT S. BEALL, Cal. Bar. No. 132016
2  JOSEPH H. TADROS, Cal. Bar. No. 239379
   ASHLEY E. MERLO, Cal. Bar No. 247997
3  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
4    Including Professional Corporations
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California  92626-1993
   Telephone:  (714) 513-5100
6  Facsimile:   (714) 513-5130
   bdaucher@sheppard.mullin.com
7  jtadros@sheppardmullin.com

8  Attorneys for Defendants

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12 | TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company, | Case No. CV 06-7561 PA (CWx)

*The Hon. Percy Anderson*

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR STAY OF INJUNCTION PENDING APPEAL**

Complaint Filed November 28, 2006
Trial Commenced: November 6, 2007

Plaintiffs,

v.

EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,

Defendants.

On Monday, October 20, 2008, at 1:30 p.m. in courtroom 15 of the above entitled court, the motion for stay of injunction pending appeal of defendants EDriver Inc., Online Guru, Inc., Find My Specialist, Inc., SeriousNet, Inc., Ravi K. Lahoti and Raj Lahoti ("Defendants") came on for hearing, the Honorable Percy Anderson, Judge, presiding.

The Court, having considered the Motion, memorandum of points and authorities, and other papers filed, and having heard arguments of counsel, as well as any documents filed in opposition to the Motion, and having found good cause therefor, orders as follows:

IT IS HEREBY ORDERED THAT:

1. The permanent injunction entered August 26, 2008 by this Court is stayed pending appeal; and

2. During the period in which the injunction is stayed, Defendants shall not expressly recommend or endorse any third party traffic school or driver's education advertiser on the DMV.ORG website and are to maintain the level of disclaimers existing on the website as of August 27, 2008, including:

   (a) Employ either the term "unofficial" or "independent" in all search engine result listings (sponsored and organic listings) that directly relate to either traffic school or driver's education;

   (b) Employ a highlighted disclaimer in 16 point font at the top of every page of the DMV.ORG website stating: "DMV.ORG is a privately owned website that is not owned or operated by any government agency."

   (c) Require every visitor sending any communication to DMV.ORG to check a disclosure box that states: "I acknowledge that DMV.ORG is a privately owned website that is not owned or operated by any government agency."

 (d) Not expressly recommend or endorse any third party traffic school or driver's education advertiser on the DMV.ORG website.

 (e) Use the word "unofficial" or "independent" in the DMV.ORG logo

 (f) Use the text "The Unofficial Guide to the DMV" on the main homepage and state specific homepages of the website

 (g) Include the disclaimer "DMV.ORG is not affiliated with any government agency" in close proximity to the navigation of the website.

IT IS SO ORDERED.

Dated: _____

          THE HONORABLE PERCY ANDERSON
          Central District of California

Dated: September 16, 2008

        Respectfully submitted,

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By _____
           BRIAN M. DAUCHER

        Attorneys for Defendants