BRIAN M. DAUCHER, Cal. Bar No. 174212
ROBERT S. BEALL, Cal. Bar No. 132016
JOSEPH H. TADROS, Cal. Bar No. 239379
ASHLEY E. MERLO, Cal. Bar No. 247997
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
bdaucher@sheppardmullin.com
bdaucher@sheppardmullin.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>             Plaintiffs,<br><br>   v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual, and DOES 1 through 10.<br><br>             Defendants. | Case No. CV067561 PA (CWx)<br>*The Hon. Percy Anderson*<br><br>**DECLARATION OF BRIAN M. DAUCHER IN SUPPORT OF EX PARTE APPLICATION FOR INTERIM STAY OF INJUNCTION AND MOTION TO STAY IN INJUNCTION**<br><br>Hearing Information – Motion for Stay:<br>Date:    October 20, 2008<br>Time:    1:30 p.m.<br>Crtrm.:   15<br><br>Complaint Filed November 28, 2006<br>Trial Commenced: November 6, 2007 |

# DECLARATION OF BRIAN M. DAUCHER

I, Brian M. Daucher, hereby declare the following:

1. I am an attorney at law, duly licensed to practice before all courts in the state of California. I am a partner in the law firm of Sheppard, Mullin, Richter & Hampton LLP, counsel of record for EDriver, Inc., Online Guru, Inc., Find My Specialist, Inc., SeriousNet, Inc., Ravi K. Lahoti and Raj Lahoti ("Defendants"), defendants in this matter. I have personal knowledge of the facts hereinafter stated and, if sworn as a witness, could and would testify competently thereto.

2. On August 29, 2008, I emailed Plaintiffs' counsel, advising them of our intent to apply ex parte for a stay of the injunction pending determination of a motion for stay pending appeal (to be filed at the same time). Plaintiffs' counsel promptly responded indicating that they would not agree to the relief requested and would oppose the ex parte and the motion. A true and correct copy of my correspondence with opposing counsel is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on September 16, 2008 in Costa Mesa, California.

_____
BRIAN M. DAUCHER

**EXHIBIT A**

# Brian Daucher

From: Mina Hamilton [HAMILTON@lbbslaw.com]
Sent: Friday, August 29, 2008 12:52 PM
To: Brian Daucher
Cc: DAN DECARLO; DAVID MAKOUS; Ashley Merlo
Subject: RE: DMV.ORG -Injunction

Brian,

Yes, our clients will oppose both the application and the motion on the basis that there are no legitimate grounds for a stay (or your client's appeal) and the interests of our clients and the public will not be served by any further delay.

As you know, there is no automatic stay period under rule 62(a)(1), so we trust your clients will indeed come into compliance today and before any order from Judge Anderson on these issues.

Regards,

Mina I. Hamilton, Esq.
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
(213) 250-1800 (phone)
(213) 250-7900 (fax)
e-mail: hamilton@lbbslaw.com

*****************************************************************
This message may contain information that is
privileged, confidential and exempt from disclosure
under applicable law. If you are not the intended
recipient (or authorized to act on behalf of the
intended recipient) of this message, you may not
disclose, forward, distribute, copy, or use this
message or its contents. If you have received this
communication in error, please notify us immediately
by return e-mail and delete the original message from
your e-mail system. Thank you.
*****************************************************************

>>>
From: "Brian Daucher" <BDaucher@sheppardmullin.com>
To: "Mina Hamilton" <HAMILTON@lbbslaw.com>
CC: "Ashley Merlo" <AMerlo@sheppardmullin.com>
Date: 8/29/2008 10:17 AM
Subject: RE: DMV.ORG -Injunction

Mina,

The purpose of this email is to confer with you on our plan to file a motion to stay the injunction pending appeal (FRCP 62/FRAP 8). This will be accompanied by an ex parte to stay the injunction pending hearing of the motion to stay.

EXHIBIT **A** PAGE **2**

8/29/2008

The grounds for these requests will be that there are legitimate questions on appeal both as to the scope/necessity of the injunction and the underlying finding of false advertising (standing, confusion, materiality, effect of unclean hands finding). These grounds have been spelled out in our prior filings, both in response to the proposed judgment, and in our prior motions and briefs.

We assume that your clients will oppose both the application and motion. Please confirm your position.

We are not sure when the application and motion will be filed, but will deliver the papers as soon as they are finished (probably early next week).

Pending an order from Judge Anderson on these matters, DMV.ORG still plans to come into compliance with the judgment today, as I indicated in my prior email, regards,

Brian.


Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Mina Hamilton [mailto:HAMILTON@lbbslaw.com]
**Sent:** Thursday, August 28, 2008 5:04 PM
**To:** Brian Daucher
**Cc:** Dan DeCarlo; David Makous
**Subject:** DMV.ORG -Injunction

Hello Brian,

We trust you received the Court's issued August 26 Injunction which is effective immediately, and is also attached hereto.

We will be checking in the morning for compliance by your clients.

Sincerely,

Mina I. Hamilton, Esq.

EXHIBIT **A** PAGE **3**

8/29/2008

Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
(213) 250-1800 (phone)
(213) 250-7900 (fax)
e-mail: hamilton@lbbslaw.com

****************************************************************
This message may contain information that is
privileged, confidential and exempt from disclosure
under applicable law. If you are not the intended
recipient (or authorized to act on behalf of the
intended recipient) of this message, you may not
disclose, forward, distribute, copy, or use this
message or its contents. If you have received this
communication in error, please notify us immediately
by return e-mail and delete the original message from
your e-mail system. Thank you.
****************************************************************

EXHIBIT __A__ PAGE __4__

8/29/2008