BRIAN M. DAUCHER, Cal. Bar No. 174212
ROBERT S. BEALL, Cal. Bar No. 132016
JOSEPH H. TADROS, Cal. Bar No. 239379
ASHLEY E. MERLO, Cal. Bar No. 247997
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
bdaucher@sheppardmullin.com
jtadros@sheppardmullin.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI; an individual; DOES 1 through 10,<br><br>Defendants. | Case No. CV 06-7561 PA (CWx)<br><br>*The Hon. Percy Anderson*<br><br>**NOTICE OF WITHDRAWAL OF DECLARATION OF RAJ LAHOTI IN SUPPORT OF EX PARTE APPLICATION FOR INTERIM STAY OF INJUNCTION AND MOTION TO STAY IN INJUNCTION**<br><br>Hearing Information – Motion for Stay:<br>Date: October 20, 2008<br>Time: 1:30 p.m.<br>Crtrm.: 15<br><br>Complaint Filed November 28, 2006<br>Trial Commenced: November 6, 2007 |

PLEASE TAKE NOTICE that Defendants hereby withdraw Document No. 237, Declaration of Raj Lahoti in support of Ex Parte Application for Interim Stay of Injunction and Motion to Stay in Injunction, filed on September 16, 2008. This declaration was erroneously filed. A substitute version of the declaration will be filed contemporaneously with this notice.

Dated: September 16, 2008

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
BRIAN M. DAUCHER

Attorneys for Defendants