BRIAN M. DAUCHER, Cal. Bar No. 174212
ROBERT S. BEALL, Cal. Bar. No. 132016
JOSEPH H. TADROS, Cal. Bar. No. 239379
ASHLEY E. MERLO, Cal. Bar No. 247997
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
bdaucher@sheppardmullin.com
jtadros@sheppardmullin.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company, | Case No. CV 06-7561 PA (CWx) |
| | *The Hon. Percy Anderson* |
| Plaintiffs, | **DECLARATION OF RAJ LAHOTI IN SUPPORT OF EX PARTE APPLICATION FOR INTERIM STAY OF INJUNCTION AND MOTION TO STAY IN INJUNCTION** |
| v. | |
| EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI; an individual; DOES 1 through 10, | Hearing Information – Motion for Stay: Date: October 20, 2008 Time: 1:30 p.m. Crtrm.: 15 |
| Defendants. | Complaint Filed November 28, 2006 Trial Commenced: November 6, 2007 |

Dockets.Justia.com

# DECLARATION OF RAJ LAHOTI

I, Raj Lahoti, hereby declare the following:

1.    I am the Chief Executive Officer and President of Online Guru, Inc. and Edriver, Inc., defendants in this matter. I have personal knowledge of the facts hereinafter stated and, if sworn as a witness, could and would testify competently thereto.

2.    On August 29, 2008, the day after receiving a copy of the injunction, we employed the splash page required by the Court, and now our business is in significant trouble given the Court's requirement.

3.    Following the Court's June 2008 Findings of Fact and Conclusions of Law and Proposed Permanent Injunction, we have employed the following additional measures, clearly visible to each and every visitor, to ensure that visitors to the DMV.ORG website are aware that they were visiting a privately-owned, independent website:

(a)    a further disclaimer at the top of each webpage, highlighted in yellow and in 16 point font stating: "DMV.ORG is a **privately owned website** that is **not** owned or operated by any government agency."

(b)    visitors to DMV.ORG wishing to send a communication to the website must click through an acknowledgement checkbox further affirming to the user the privately-owned nature of the site and asking that they not send us personal/confidential information such as drivers license and social security numbers.

(c)    use of "unofficial" or "independent" in search results (sponsored and, where possible, organic) related to traffic school or driver's eduction.

(d)    removal of any language on DMV.ORG that could be construed as a possible endorsement of a traffic school or driver's education advertiser.

-1-

LAHOTI DECLARATION IN SUPPORT OF STAY OF
INJUNCTION

4. As a result, since we have placed these additional disclaimers in June 2008, we have received nearly no emails that include personal information.

5. On August 29, 2008, the day after receiving a copy of the injunction, we employed the splash page required by the Court and our initial data is showing the immediate loss of hundreds of thousands of visitors to our site before ever seeing our content.

6. Upon launching the splash page, we briefly eliminated some of the proactive disclaimers we had put in place. Immediately, we started receiving significantly more e-mails and we started to get more personal information within those e-mails compared to when we used our own proactive measures. We subsequently put back in place all of the proactive measures we had previously implemented.

7. DMV.ORG's profits are derived from advertising on the website, and with the significant cut in consumer traffic resulting from the incorporation of the splash page, advertising revenue has declined greatly, forcing the company under severe financial distress and will result in even greater impacts over time due to the ongoing negative perceptions of the splash page on the DMV.ORG brand and usability. In response, we have immediately cut advertising expenditures significantly to try to maintain profitability, but this is still proving to be very difficult. And, absent a prompt stay, we will mostly likely have to layoff a significant number of our 19 employees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on September 10, 2008 in San Diego, California.

RAJ LAHOTI