DAVID N. MAKOUS, SB# 082409
 E-Mail: makous@lbbslaw.com
DANIEL C. DECARLO, SB# 160307
 E-Mail: decarlo@lbbslaw.com
MINA I. HAMILTON, SB# 213917
 E-Mail: hamiltn@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiffs
TRAFFICSCHOOL.COM and DRIVERS
ED DIRECT, LLC, California companies

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, RAJ LAHOTI, individuals,<br><br>Defendants. | CASE NO. CV 06-7561 PA (CWx)<br><br>The Hon. Percy Andersen<br><br>**REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFFS' BILL OF COSTS**<br><br>Date: September 25, 2008<br><br>Time: 10:00 a.m.<br><br>Location: Room 917/Telephonic |

Plaintiffs hereby reply, in part[1], to Defendants' objections to Plaintiffs' Bill of Costs as follows:

**Trial Transcripts: Daily Trial Transcripts Required for Bench Trial**

The parties in this case stipulated to a *bench trial* before the Honorable Percy Anderson. Daily transcripts were therefore required to address issues to the Court related to the prior day's proceedings, and the Court expected counsel to obtain them. To illustrate, on the last day of trial (November 8, 2007), the Court and counsel had the following exchange:

---

THE COURT: Do you have the citation in the record as to where that testimony is?

MS. HAMILTON: Not right now, your Honor, I can – I believe –

THE COURT: Well, if you're asking to offer this in your rebuttal case, it would seem to me that you would have been able to point to something – you've been able to point to the record. **I think you're probably getting *daily transcripts* to tell me that "Here's"—"Here's the statement. Here's where he made it, and this is why it's rebuttal."**

MS. HAMILTON: If I could have five minutes, your Honor, I'd be able to do that.

(Emphasis added)

See, Exhibit A (page 17 of transcript).

---

[1] Plaintiffs do not dispute the reduction of $1,845.48 for expedite fees for deposition transcripts, and Plaintiffs reserve their right to seek a court order for their survey and related expert costs that were reasonably necessary to assist the Court in understanding the issues for trial, as contemplated by Local Rule 54-4.13.

1   In fact, counsel was able to point to the record because daily transcripts
2   had been obtained, and the Court ruled on that issue.
3   Moreover, the Court ordered counsel to file their post-trial briefings
4   beginning only about one week later on November 15 and to file detailed
5   pots-trial findings and conclusions by November 26th (See, Exhibit A, pages
6   4-5). Therefore, it was imperative that counsel obtain the daily transcripts to
7   prepare those post-trial documents. Accordingly, daily transcripts were
8   indispensable in this stipulated bench trial, and no reduction should be applied
9   to this cost item.

Respectfully submitted

DATED: September 22, 2008   **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Mina Hamilton

David N. Makous
Daniel C. Decarlo
Mina I. Hamilton
Attorneys for Plaintiffs TRAFFICSCHOOL.COM
and DRIVERS ED DIRECT, LLC