# Exhibit A

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE PERCY ANDERSON, JUDGE PRESIDING

TRAFFICSCHOOL.COM, INC., et al.,   )
                                    )
                                    )
                                    )
                        Plaintiffs, )
                                    )
                                    )
                                    )
            Vs.                     )   No. CV 06-7561 PA
                                    )
                                    )
                                    )
EDRIVER, INC., et al.,              )
                                    )
                                    )
                                    )
                        Defendants. )
                                    )
_____  )


REPORTER'S DAILY TRANSCRIPT OF TRIAL PROCEEDINGS

LOS ANGELES, CALIFORNIA

THURSDAY, NOVEMBER 8, 2007



LEANDRA AMBER, CSR 12070, RPR
OFFICIAL U.S. DISTRICT COURT REPORTER
312 NORTH SPRING STREET, # 442
LOS ANGELES, CALIFORNIA 90012
(213) 613-0179

## Page 2

1    APPEARANCES
2
3    IN BEHALF OF THE PLAINTIFFS,
     TRAFFICSCHOOL.COM, INC., et    LEWIS BRISBOIS BISGAARD &
4    al.:    SMITH LLP
         BY: DANIEL C. DE CARLO, ESQ.
5            DAVID MAKOUS, ESQ.
             MINA I. HAMILTON, ESQ.
6        221 NORTH FIGUEROA STREET
         SUITE 1200
7        LOS ANGELES, CALIFORNIA 90012
         (213) 680-5066
8        decarlo@lbbslaw.com
9
10
11   IN BEHALF OF THE DEFENDANT,    SHEPPARD MULLIN RICHTER &
     EDRIVER, INC., et al.:    HAMPTON LLP
12       BY: BRIAN DAUCHER, ESQ.
             JOSEPH H. TADROS, ESQ.
13       650 TOWN CENTER DRIVE
         FOURTH FLOOR
14       COSTA MESA, CALIFORNIA
         92626-1993
15       (714) 513-5100
         bdaucher@sheppardmullin.com
16
17
18
19
20
21
22
23
24
25

## Page 3

1            INDEX
2                    PAGE
3
4    POST-TRIAL SCHEDULING            4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 4

1    LOS ANGELES, CALIFORNIA; THURSDAY, NOVEMBER 8, 2007
2            10:09 A.M.
3            -oOo-
4        THE CLERK: This is CV 06-7561, trafficschool.com
5    versus Edriver.
6        Counsel, please state your appearances.
7        MR. MAKOUS: Good morning, your Honor.
8        David Makous, Dan De Carlo, and Mina Hamilton for
9    plaintiffs.
10       THE COURT: Good morning.
11       MR. DAUCHER: Good morning, your Honor.
12       Brian Daucher and Joseph Tadros for defendants.
13       THE COURT: Good morning.
14       All right. I think we need to set some deadlines
15   for post-trial submissions. I believe the defendants had
16   made a motion at the conclusion of the plaintiffs' case.
17       Do you wish to submit a brief on that motion?
18       MR. DAUCHER: Yes, your Honor. We could submit a
19   short brief on that motion separate from the closing briefs
20   perhaps.
21       THE COURT: Yes. Okay. I'm going to ask that you
22   file that by November 15th.
23       MR. DAUCHER: Very well.
24       THE COURT: And I'm going to ask the plaintiffs to
25   file their response by the -- let's see. Thanksgiving is

## Page 5

1    what? The 22nd?
2        All right. Well, can you get your brief in by the
3    14th?
4        MR. DAUCHER: Yes, your Honor.
5        THE COURT: Okay. Why don't you file your brief on
6    that issue by the 14th, and why doesn't -- the plaintiffs can
7    file their response on the 21st.
8        I'm going to ask the parties to file post-trial --
9    to modify or file new post-trial findings and conclusions of
10   law with citations to the record, and I'm going to ask that
11   you exchange those by the 16th. And then if you'll mark
12   those up and submit the final post-trial findings and
13   conclusions on November 26th. And then why don't the parties
14   submit their respective post-trial briefs on the 26th.
15       MR. DAUCHER: Your Honor, is the -- is the 26th the
16   Monday after Thanksgiving? I am returning to California that
17   day.
18       THE COURT: Okay.
19       MR. DAUCHER: So --
20       THE COURT: Do you want --
21       MR. DAUCHER: -- two more days?
22       THE COURT: That's fine.
23       You want to put them in on the 28th?
24       MR. DAUCHER: That would be great, your Honor.
25       MR. DE CARLO: Your Honor, could that go with the

Page 14

1    And it does come in after the close of plaintiffs'
2    case. I don't see how it rebuts Mr. Lahoti's testimony in
3    the rebuttal case.
4        MS. HAMILTON: May I be heard, your Honor?
5        THE COURT: Yes.
6        MS. HAMILTON: I believe the Federal Rules of
7    Evidence say that judicial notice can be taken at any time
8    during the trial process, and our rebuttal case has not yet
9    closed.
10       THE COURT: I'm sorry?
11       MS. HAMILTON: I believe the Rules contemplate that
12   judicial notice may be taken at any time during the pro --
13   trial process, and our rebuttal case has not been closed at
14   this time.
15       As to relevancy, we would submit that it goes to
16   the weight. And you can do what you wish with the evidence,
17   but it is a certified copy and subject -- the cases say --
18   subject to judicial notice.
19       THE COURT: I'm sorry. It's a certified copy of
20   what?
21       MS. HAMILTON: Of the records from the United
22   States Patent and Trademark Office of the California DMV's
23   notice of opposition to the trademark application filed by
24   the defendants for the trademark DMV.org in 2007.
25       THE COURT: Okay.

Page 15

1        MS. HAMILTON: They sum -- sorry.
2        They summarize that they object to the use of
3    DMV.org.
4        THE COURT: Okay. So this is something that's
5    actually filed by the State of California; correct?
6        MS. HAMILTON: That's correct.
7        THE COURT: Okay. And that is to rebut what
8    evidence that came out during the defendants' case?
9        MS. HAMILTON: It's to rebut that the defendant
10   Raj Lahoti considered the matter closed by the DMV in 2004
11   and he -- he believed the matter was closed by the California
12   DMV.
13       We don't have the -- we didn't have the DMV
14   witnesses testify, but they do not consider the matter
15   closed, and this is evidence that goes to that fact.
16       THE COURT: When did he testify to that?
17       MS. HAMILTON: Yesterday, your Honor, or the first
18   day of trial, I believe actually.
19       THE COURT: And the request for judicial notice --
20   when was this? When was this opposition filed by the DMV?
21       MS. HAMILTON: The opposition was filed April 24,
22   2007. We just received, I think three or four days ago, the
23   certified copy of the opposition. But it -- this
24   information -- the exact opposition was attached previously
25   to a declaration submitted by the California DMV in the

Page 16

1    summary judgment papers. So defendants have seen -- have
2    seen this document.
3        THE COURT: Okay. Hold on just one minute.
4        Okay. I'll allow the defendants to --
5        Do you have an objection to this submission?
6        MR. DAUCHER: We -- in addition to what we have
7    stated, there would be two. One is renders incomplete the
8    record because there is a letter that could have been
9    introduced which was sent by plaintiffs to various states
10   agitating forward these oppositions.
11       The second question that this raises is that in the
12   opposition by DMV, the DMV gives its opinion about our use of
13   our domain name. And although we don't dispute that that's a
14   record of the State of California, I -- I'm not sure that's
15   the position of the State of California or that that would be
16   admissible as opinion testimony in the case.
17       THE COURT: Well, I assume that the only -- that
18   the only purpose for which it's being offered is to rebut his
19   statement that -- and quite frankly I don't remember it, but
20   that if, in fact, he said that as far as he knew the
21   California Department of Motor Vehicles considered the matter
22   closed, that's only -- that's the only purpose for which it's
23   being offered.
24       I assume.
25       MS. HAMILTON: That's correct, your Honor.

Page 17

1        MR. DAUCHER: And we would like perhaps the
2    opportunity to review the record and see if he says that or
3    not and maybe offer a one-page, two-page brief or perhaps
4    the --
5        THE COURT: Do you have the citation in the record
6    as to where that testimony is?
7        MS. HAMILTON: Not right now, your Honor. I can --
8    I believe --
9        THE COURT: Well, if you're asking to offer this in
10   your rebuttal case, it would seem to me that you would have
11   been able to point to something -- you've been able to point
12   to the record. I think you've probably been getting daily
13   transcripts to tell me that "Here's" -- "Here's the
14   statement. Here's where he made it, and this is why it's
15   rebuttal."
16       MS. HAMILTON: If I could have five minutes, your
17   Honor, I'd be able to do that.
18       THE COURT: Okay. You can have five minutes or
19   whatever you need.
20       Let me -- okay. Anything else?
21       MR. DE CARLO: Yes, your Honor.
22       As part of our rebuttal case, the Court may recall
23   the exchange yesterday with Mr. Moretti where --
24       THE COURT: Hold on one second.
25       Okay. Have you got anything else?