# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TRAFFICSCHOOL | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 06-7561 PA |
| v. | |
| EDRIVER | **NOTICE OF FILING OF** ☑ **OFFICIAL** ☐ **REDACTED TRANSCRIPT** |
| Defendant(s). | |

TO ALL COUNSEL OF RECORD:

☑ Notice is hereby given that an official transcript of a proceeding, document number(s) 242 , has been filed by the court reporter/electronic court recorder in the above-captioned matter. The parties have seven (7) business days from the filing of the official transcript to file with the court a Notice of Intent to Request Redaction of this transcript and/or 21 calendar days from the filing of the official transcript to file with the court a Redaction Request. If no such Notice or Redaction Request is filed, the transcript will be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter/electronic court recorder or view the document at the clerk's office public terminal.

☐ Notice is hereby given that a redacted transcript of a proceeding, document number(s) _____, has been filed by the court reporter/electronic court recorder in the above-captioned matter.

CLERK U.S. DISTRICT COURT

Date: _____

Court Reporter/Deputy Clerk

G-46 (5/08)      **NOTICE OF FILING OF OFFICIAL TRANSCRIPT**

Dockets.Justia.com