# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TRAFFICSCHOOL<br><br>Plaintiff(s),<br>v.<br><br>EDRIVER<br><br>Defendant(s). | CASE NUMBER<br><br>CV 06-7561 PA<br><br>NOTICE OF FILING OF<br>☑ OFFICIAL　☐ REDACTED　TRANSCRIPT |
|---|---|

TO ALL COUNSEL OF RECORD:

☑　Notice is hereby given that an official transcript of a proceeding, document number(s) 244 , has been filed by the court reporter/electronic court recorder in the above-captioned matter. The parties have seven (7) business days from the filing of the official transcript to file with the court a Notice of Intent to Request Redaction of this transcript and/or 21 calendar days from the filing of the official transcript to file with the court a Redaction Request. If no such Notice or Redaction Request is filed, the transcript will be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter/electronic court recorder or view the document at the clerk's office public terminal.

☐　Notice is hereby given that a redacted transcript of a proceeding, document number(s) _____ , has been filed by the court reporter/electronic court recorder in the above-captioned matter.

CLERK U.S. DISTRICT COURT

Date: 09-23-08　　　　　　　　　　　　LEANDRA AMBER
　　　　　　　　　　　　　　　　　　　　Court Reporter/Deputy Clerk

G-46 (5/08)　　　　NOTICE OF FILING OF OFFICIAL TRANSCRIPT

Dockets.Justia.com