DAVID N. MAKOUS, SB# 082409
E-Mail: makous@lbbslaw.com
DANIEL C. DECARLO, SB# 160307
E-Mail: decarlo@lbbslaw.com
MINA I. HAMILTON, SB# 213917
E-Mail: hamilton@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiffs
TRAFFICSCHOOL.COM and DRIVERS
ED DIRECT, LLC, California companies

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs/Cross-Appellants,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, RAJ LAHOTI, individuals,<br><br>Defendants/Cross-Appellees. | App. Ct. No. _____<br><br>D.C. Case No. 2:06-CV-07561-PA-CW<br><br>(C.D. Cal., Western Division) |

4838-9888-7939.1

1

REPRESENTATION STATEMENT

# **REPRESENTATION STATEMENT**

The undersigned represents TRAFFICSCHOOL.COM, INC. AND DRIVERS ED DIRECT, LLC, plaintiffs and cross-appellants in this matter. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address and telephone number.

Respectfully submitted

DATED: September 24, 2008    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: *Mina Hamilton*

David N. Makous
Daniel C. Decarlo
Mina I. Hamilton
Attorneys for Plaintiffs/Cross-Appellants
TRAFFICSCHOOL.COM and DRIVERS ED DIRECT, LLC

| | |
|---|---|
| 1 | TRAFFICSCHOOL.COM ET AL V. EDRIVER, INC. ET AL. |
| 2 | CV-06-7561-PA (CWx) |
| 3 | SERVICE LIST |
| 4 | Brian M. Daucher |
| 5 | Roberts S. Beal |
| 6 | Joseph H. Tadros |
| 7 | Ashley E. Merlo |
| 8 | SHEPPARD, MULLEN, RICHTER & HAMPTON LLP |
| 9 | 650 Town Center Drive, 4th Floor |
| 10 | Costa Mesa, California 92626-1925 |
| 11 | Telephone: 714-513-5100 |
| 12 | Facsimile: 714-513-5130 |

# FEDERAL COURT PROOF OF SERVICE
*Trafficschool.com v. Edriver, Inc., et al.* - File No. 25162-14

STATE OF CALIFORNIA, COUNTY OF Los Angeles

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 24, 2008, I served the following document(s):

**REPRESENTATION STATEMENT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Brian M. Daucher, Esq.
Robert S. Beall, Esq.
Joseph H. Tadros, Esq.
Ashley E. Merlo, Esq.
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1925

Telephone: (714) 513-5100
Facsimile: (714) 513-5130
bdaucher@sheppardmullin.com
rbeall@sheppardmullin.com
jtadros@sheppardmullin.com
amerlo@sheppardmullin.com

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 24, 2008, at Los Angeles, California.

_____
Vicki Towles

4840-8271-6419.1