Trafficschool.com.Inc v. Drivers Ed Direct LLC   Doc. 252



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(909) 328-4450

**ALLEN ABERSMAN**
Acting District Court Executive and
Clerk of Court

Re:

Dear

Pursuant to Rule 3(e) of the Federal Rules of the Appellate Procedures, as amended November 1, 2003, a $5.00 filing fee and a $450.00 docket fee are required to be paid to the Clerk, U.S. District Court.

Please remit a cashier's check, certified bank check, business or corporate check, or money order drawn on a major America bank or the United States Postal Service payable to *Clerk, U.S. District Court* in the amount of $455.00. The Clerk's Office will also accept credit cards (Mastercard/Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

If payment is not received forthwith, the record on appeal in this case will not be processed. If you are attempting to proceed in forma pauperis, you will need to address this issue directly with the United States Court of Appeals.

Sincerely,

Clerk, U. S. District Court

By _____
Deputy Clerk

*cc: Court of Appeals*

A-15 (09/08)                         **FILING FEE LETTER**

Dockets.Justia.com