UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**

Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: Trafficschool.com.Inc, et al v. Edriver Inc, et al
Court of Appeals No. (leave blank if unassigned) _____
U.S. District Court, Division & Judge Name  Central California, Hon. Percy Anderson
Criminal and/or Civil Case No. 2:06-cv-07561-PA-CW
Date Complaint/Indictment/Petition Filed: 11/28/2006
Date Appealed order/judgment *entered*: (215) 8/28/08, (210) 6/05/08
Date NOA *filed*: 9/24/2008
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):
☐ granted in full (attach order)      ☐ denied in full (send record)
☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number  Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____          Date Docket Fee Billed: 9/25/08
Date FP granted: _____               Date FP denied: _____
Is FP pending? ☐ yes ☐ no            Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**

Appellate Counsel:
Lewis Brisbois Bisgaard & Smith
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012-2601
Tel: 213 250-1800
Email: hamilton@lbbslaw.com
☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____

Appellee Counsel:
Sheppard Mullin Richter and Hampton LLP
650 Town Center Drive 4th Floor
Costa Mesa, CA 92626-1925
Tel: 714 513-5100  Fax: 714 513-5130
Email: bdaucher@sheppardmullin.com
*Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID _____          Address:
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid 9-25-08          9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: L. Rendon
(213) 894-3570

A-8 (08/02) (CA9-014)    NOTICE OF APPEAL NOTIFICATION FORM

```
CLERK'S OFFICE U.S.D.C.
        LOS ANGELES
9/25/2008 4:04:39 PM  Receipt #: 111705
        Cashier : DBAYSA [LA 1-2]
Paid by: LEWIS BRISBOIS BISGAARD ET AL
2:CV06-07561
2008-086900       Appeals Filing Fees(1)
Amount :                          $105.00

2:CV06-07561
2008-510000Judicial Services ($150.00)(1)
Amount :                          $150.00

2:CV06-07561
2008-086400Appeals Filing fee - Special(1
)
Amount :                          $200.00
---------------------------------------
Check Payment : 3295 /            455.00
---------------------------------------
Total Payment :                   455.00
```