DAVID N. MAKOUS (State Bar # 082409)
makous@lbbslaw.com
DANIEL C. DECARLO (State Bar # 160307)
decarlo@lbbslaw.com
MINA I. HAMILTON (State Bar # 213917)
hamilton@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiffs
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC, California companies.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10, <br><br> Defendants. | Case No. CV 06-7561 PA (Cwx) <br><br> The Honorable Percy Anderson <br><br> [PROPOSED] ORDER RE: PLAINTIFFS' NOTICE AND MOTION FOR CONTEMPT AGAINST DEFENDANTS FOR VIOLATION OF THE COURT'S INJUNCTION AND FOR SANCTIONS <br><br> Date: January 26, 2009 <br> Time: 1:30 p.m. <br> Courtroom: 15 |

/ / /

/ / /

/ / /

/ / /

/ / /

4821-2818-6627.1

[PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR CONTEMPT AND SANCTIONS

GOOD CAUSE APPEARING THEREFOR,

**IT IS HEREBY ORDERED** that:

1. Defendants are in contempt of court for violating the Court's August 26, 2008 Injunction;

2. Defendants shall reimburse Plaintiffs for their attorneys fees and costs relating to policing Defendants' contempt and for having to bring a motion for contempt, and shall pay Plaintiffs for the profits derived from the DMV.ORG website during the period of non-compliance (i.e., from August 26, 2008 to the present).

3. Within 10 days of this Order, Plaintiffs shall submit to the Court supporting documents for their attorney's fees and costs associated with their motion for contempt and Defendants shall submit documentation showing their profits during the stated period and any off-sets to those profits claimed, so that the Court may make a final determination as to the appropriate award of compensatory sanctions to be awarded to Plaintiffs.

4. Defendants shall pay such attorneys' fees and costs, and profits, within five days of the Court's further order.

5. Defendants shall come into full compliance with the Injunction within 10 days from this Order or be subject to a $10,000 per day coercive sanction for future non-compliance; [or in the alternative, that this Court will appoint an expert to be retained to design a splash screen in conformance with the Injunction, at Defendants' expense, pursuant to Fed. R. Civ. P. 70(a)].

**IT IS SO ORDERED.**

DATED:_____     _____
The Honorable Percy Anderson
United States District Court Judge