# Exhibit H

## Mina Hamilton - RE: DMV.ORG-Injunction Non-Compliance - Recap and 5thNotice(25162-14)

**From:** "Brian Daucher" <BDaucher@sheppardmullin.com>
**To:** "Mina Hamilton" <HAMILTON@lbbslaw.com>
**Date:** 9/25/2008 2:08 PM
**Subject:** RE: DMV.ORG-Injunction Non-Compliance - Recap and 5thNotice(25162-14)

Mina,


With respect to mobile devices, further technical work is ongoing, but it is operative in most cases. Again, according to our estimates, approx. 99% of visitors are seeing the splash page, inclusive of mobile visitors, demonstrating substantial compliance.

Regards,

Brian.

---

**From:** Mina Hamilton [mailto:HAMILTON@lbbslaw.com]
**Sent:** Wednesday, September 24, 2008 3:20 PM
**To:** Brian Daucher
**Cc:** DAN DECARLO; DAVID MAKOUS
**Subject:** RE: DMV.ORG-Injunction Non-Compliance - Recap and 5thNotice(25162-14)

Brian,

We disagree. You clients actually took down their "voluntary" additional disclaimers on the website after the Judge issued his order. They only put them back when they needed them to support the stay motion.

There is nothing magical about splash page "mechanics"--we are prepared to show that. Do you seriously contend that your online guru clients don't know how to make this work, including so that it comes up on mobile devices? You are silent on that point. What is your position about the mobile devices? Please advise on that issue specifically.

Regards.
-Mina

Mina I. Hamilton, Esq.
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
(213) 250-1800 (phone)
(213) 250-7900 (fax)
e-mail:  hamilton@lbbslaw.com

*****************************************************************
This message may contain information that is

"EXHIBIT  H  PAGE  25 "

privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.
*********************************************************************

>>>

| | |
|---|---|
| **From:** | "Brian Daucher" <BDaucher@sheppardmullin.com> |
| **To:** | "Mina Hamilton" <HAMILTON@lbbslaw.com> |
| **Date:** | 9/24/2008 3:04 PM |
| **Subject:** | RE: DMV.ORG-Injunction Non-Compliance - Recap and 5th Notice(25162-14) |

Mina,

Upon entry of the injunction, we moved promptly to put that splash screen in place. And, despite the absence of any order from Judge Anderson, DMV.ORG has also voluntarily maintained further disclaimers and safeguards behind the splash page.

The fact is that the imposition of the splash page is a complicated undertaking that will require refinement and adjustments over time. Our clients are not experts in splash page mechanics, and there are technical limitations to splash page functionality.

The most recent issue you raised with the dropdowns on four pages (of the 5,000+ pages of the web site) were simply a technical bug, that has been resolved.

As with the position you take on the logo and browser, we simply do not agree with you on JavaScript and Cookies; these are industry standard means to enable the type of customization intended by the Court and, according to our metrics, approx. 99% of our visitors employ these capabilities. That certainly is, contrary to your suggestion, substantial compliance.

Regards,

Brian.



650 Town Center Drive
4th Floor
Costa Mesa, CA 92626-1993
714.513.5100 *office*
714.513.5130 *fax*
**www.sheppardmullin.com**

"EXHIBIT _H_ PAGE _26_ "

**Brian Daucher**
714.424.2843 *direct* | 714.428.5925 *direct fax*
BDaucher@sheppardmullin.com | *Bio*

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Mina Hamilton [mailto:HAMILTON@lbbslaw.com]
**Sent:** Tuesday, September 23, 2008 3:30 PM
**To:** Brian Daucher
**Cc:** Dan DeCarlo; David Makous
**Subject:** DMV.ORG-Injunction Non-Compliance - Recap and 5th Notice(25162-14)

Brian:

Regarding our contempt motion, we wish to summarize our positions and the status of your client's violations:

1. The 14 point font DMV.ORG logo issue:  This has not been resolved and your clients have refused to comply.
2. The title tag issue:  This is not resolved and your clients have refused to comply.
3. The splash page does not appear on Mobile devices:  You indicated you would get back to us but you have failed to do so.  Your clients continue to be in violation of the injunction on this point.
4. The drop down menus appearing on the splash page:  This was a violation; you indicated your clients would correct this and let us know when it has been resolved.
5.  The image appearing on disclaimer for the http://www.dmv.org/ca-california/drivers-ed.php# page: A violation; has been corrected.

Since we wrote to you last, we have been advised of additional significant issues.

6. When computer users disables Java on their browsers, the splash page is not seen.  When it's set it to prompt and the user does not say ok upon the prompt, the site loads without the disclaimer.
7. When cookies are disabled the splash page is not seen.  As your clients are likely well aware, disabling of cookies is a common occurrence by computer users for a variety of security reasons.

The injunction is clear that "every visitor" must be presented with an appropriate splash page.  Your clients are in substantial non-compliance and we again demand that they come into compliance. We also demand that they engage in a comprehensive review of their systems as the continued discovery of non-compliance by our clients is costly and burdensome.

Regards,

"EXHIBIT _H_ PAGE _27_ "

Mina I. Hamilton, Esq.
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
(213) 250-1800 (phone)
(213) 250-7900 (fax)
e-mail:  hamilton@lbbslaw.com

**********************************************************************
This message may contain information that is
privileged, confidential and exempt from disclosure
under applicable law. If you are not the intended
recipient (or authorized to act on behalf of the
intended recipient) of this message, you may not
disclose, forward, distribute, copy, or use this
message or its contents. If you have received this
communication in error, please notify us immediately
by return e-mail and delete the original message from
your e-mail system. Thank you.
**********************************************************************

"EXHIBIT _H_  PAGE _28_ "

# Exhibit I

**Screen Captures of 12-16-08, circling Title Tags from Selected URL's**



"EXHIBIT ___*I*___ PAGE _29_ "

C:\Documents and Settings\hamiltn\Desktop\ExIHamiltonDecl.doc



"EXHIBIT____𝐼____PAGE ___30___"



"EXHIBIT __I__ PAGE __31__ "



YOU ARE ABOUT TO ENTER A **PRIVATELY OWNED** WEBSITE THAT IS **NOT** OWNED OR OPERATED BY ANY STATE GOVERNMENT AGENCY. TO CONTINUE, CLICK 'CONTINUE' BELOW.

**CONTINUE >>**

"EXHIBIT____*I*____PAGE ___*32*__"



"EXHIBIT $\mathcal{I}$ PAGE 33"

# Exhibit J





## News

06.04.08 OnlineGURU Inc. Launches New Branding and Company Web Site
05.13.08 OnlineGURU Inc. Named as Finalist in 2008 American Business Awards[SM]
05.01.08 OnlineGURU Inc. Launches Latest Brand, Classifieds.org

More News

## Awards and Recognitions

10.08 OnlineGURU Inc. Named AeA Award Finalist for Annual High Tech Awards
08.08



OnlineGURU Inc. Named Among the 2008 Inc. 5000 Fastest Growing Private Companies
11.07 Inc.com 30 Under 30: America's Coolest, Young Entrepreneurs

More

## Our Brands

**Simplifying your life. One site at a time.**

DMV.ORG

United States

classifieds.org

Brand Statistics
6 Million Unique Visits Per Month
30 Million-Plus Page Views Per Month
Ranked Among the Top 300 Web Sites in the U.S. (Quantcast, May 2008)





"EXHIBIT ___J___ PAGE _34_ "



# Brands

Home   Brands

OnlineGURU specializes in building unique web sites that help simplify the lives of our users.

We develop portal oriented sites that are very broad and comprehensive, for example DMV.ORG (Automotive Category). The intent and focus of these sites are to cover a broad number of unique content topics associated within the associated website category. Many of our visitors on these sites will visit multiple pages and spend a significant amount of time reading information and interacting with the web site.

By targeting numerous high growth website categories (Automotive, Search, Networking, Shopping, etc.) we have aligned ourselves to capitalize on the continued growth of these categories. Through this diversification and strategic alignment, OnlineGURU is well positioned for exponential growth in the years ahead.





DMV.ORG is The Unofficial Guide to the DMV in all 50 states. DMV.ORG provides simple information on how to take care of your DMV transactions through the motor vehicle department in your home state. In addition, the site offers information and services on all facets of your driving experience. From what forms to use, to how to register your car, to how to get great rates on your car insurance, DMV.ORG gives you all the details on all your auto-related needs.

**United ★ States**
.org

United States.org will be dedicated to helping users understand the key rights and responsibilities associated with American citizenship including voting, taxes, identity management, the judicial system, and the democratic process. In addition, the site will cover hundreds of complimentary content topics related to visiting, living, working, and

"EXHIBIT___J___ PAGE __35__"



# About Us

Home    About Us



We develop and operate info-rich, user-centered Web sites with one goal in mind: Simplifying your life. One site at a time.

To fulfill our mission our Gurus combine the latest Web principles and technology with quality products and services that meet the ever-changing needs of the millions of people who use our sites. The domain names we build out are our own. And so far our brands have become household names thanks to tremendous popularity in search.

 On what we call The Path to Onlightenment, the company turns out top-ranking sites such as the flagship, DMV.ORG-The Unofficial Guide to the DMV. With more than 65 million users a year, it's become one of the Top Five automotive sites and one of the Top 300 Web sites in the United States.

The site generates much of our revenue through targeted, online advertising on the more than 4,000 pages that make up DMV.ORG. Our advertisers find that the content directly relates to the product and services they offer, and we find that what they're selling enhances user experience. Therefore it makes sense to forge such partnerships.

DMV.ORG has become such a widely used resource, we'll use it as a model to develop the other 5,000 domain names held by the company. For more information on the brands we're building, check out our product portfolio.

"EXHIBIT __J__ PAGE _36_ "

# Our Mission

**Simplifying your life. One site at a time.**

# Our Core Values

**Creative** - Contributes with an open, innovative and unique perspective
**Decisive** - Balances speed with perfection
**Driven** - Demonstrates self directed, solutions oriented energy to facilitate growth
**Flexible** - Embraces change with confidence and enthusiasm
**Ethical** - Acts with integrity, keeping the best interest of others in mind



"EXHIBIT J PAGE 37"

# Exhibit K

Los Angeles Times

# BUSINESS

Monday, October 13, 2008

latimes.com/business

TELECOM

## An evolution from talk to text



**HAVE A GO:** Few people had even heard the word "cellular" when Mitch Mohr started distributor Celluphone in 1983.

MARK BOSTER Los Angeles Times

The U.S. cellphone industry has changed dramatically since that first call 25 years ago.

**By ALANA SEMUELS**
*Times Staff Writer*

Bob Barnett's phone call launched a nearly $150-billion-a-year industry.

Twenty-five years ago today, during a media event at Chicago's Soldier Field, the president of Ameritech Mobile Communications made the nation's first commercial cellphone connection. He rang up Alexander Graham Bell's grandson on a Motorola Dyna-TAC handset that weighed 2½ pounds and retailed for $3,995.

The industry has changed dramatically in the quarter-century since. Through a series of mergers, Ameritech was absorbed into what are now the nation's largest carriers, AT&T Inc. and Verizon Wireless. Cellphones today are mainstream devices, owned by more than 80% of Americans, that can fit in a back pocket. And their primary use isn't talking anymore. In the second quarter of this year, Americans sent more text messages on cellphones than they made calls.

That ubiquity is creating a new challenge for the industry: how to keep growing when nearly everyone who wants a cellphone has one and the price of service plans is steadily declining. Carriers are pushing more e-mail and Internet services, giving handset makers more leeway to create multiuse devices such as the iPhone and upgrading their networks to handle all the traffic.

"The amount of money they get from voice is shrinking," Forrester Research principal analyst Charles Golvin said. "What they've been trying to do for quite a while is balance that loss in revenue with other kinds of applications."

The first commercial cellphone call in the Los Angeles area, in June 1984, was nearly foiled by a dead car battery.

Mitch Mohr, founder of Los

[See Cellphones, Page C4]

"EXHIBIT _K_ PAGE _38_ "

**C4** MONDAY, OCTOBER 13, 2008      LOS ANGI

# Cellphone carriers look to a Web future

[Cellphones, from Page C1]

Angeles-based cellphone distributor Celluphone, was responsible for helping then-Mayor Tom Bradley call a runner carrying the Olympic torch to the city. The phone had been installed in a stretch limo, but someone left a door open after a party the night before, and the car battery ran out of juice. Luckily, Mohr had installed another phone in a red Mustang, so he called the phone from there and handed it to the mayor to complete the call.

"It was perfectly clear," Mohr recalled.

Few people had even heard the word "cellular" when Mohr started Celluphone in 1983 — he had to drive to the San Diego library and look up the word in the card catalog. But only a few years later, customers were shelling out $2,500 for phones that Mohr would install in their cars. His company is still in business.

Prices fell as carriers competed for customers and as technology enabled smaller handsets that people could more easily carry around.

"The thing that really made all this possible was semiconductors," said Rudy Krolopp, one of the designers on the DynaTAC 8000X, the phone used to make the first commercial call in 1983. As chips followed the phenomenon known as Moore's Law, becoming both smaller and more powerful, designers could fit additional features on increasingly tiny phones.

Adoption started surging about 1998, when AT&T changed its pricing plan so that long-distance, local and roaming calls all counted toward customers' monthly minutes, making cellphone pricing much easier to understand.

By 2000, 40% of consumers had cellphones, said Roger Entner, a senior vice president at research firm Nielsen IAG. But digital technologies that allowed better call quality and lower prices have doubled adoption.

Now that cellphones are nearly ubiquitous, carriers face a new challenge: how to handle the increasing number of people using their networks to make phone calls, send text messages, surf the Web and check e-mail.

"They're running out of capacity," said Kenneth Dulaney, an analyst at Gartner Inc.

Text messaging already has surpassed voice calls as more cellphone owners become comfortable with tapping out short notes rather than calling someone. In the second quarter of 2008, the typical subscriber

## Answering the call

Since the first commercial cellular call in 1983, cellphones have become smaller and more powerful.



*Los Angeles Times*

**1986:** *An AT&T cellular phone made to be used in the car.*



CARLOS CHAVEZ *Los Angeles Times*

**1987:** *This mobile phone required a shoulder strap for carrying.*

"EXHIBIT K PAGE 39"

sent or received 357 text messages, compared with 204 phone calls, according to Nielsen Mobile.

That's a boon for carriers, which generally make a lot more money from text messages than they do from voice calls. It's much less expensive for them to transmit text messages, which come in smaller packets of data.

The mobile Web is next, and companies are jostling to provide the technology and applications used by consumers. About 11% of North American adults use the Internet on their cellphones at least once a month, and an additional 6% do it less frequently, according to Forrester.

"The Internet is trying like heck to come to your cellphone," said John Jackson, an analyst at Yankee Group. "Everyone wants to control the experience."

The Internet allows phone users to search for nearby restaurants, gas stations, friends and products. It provides directions and sends coupons for nearby restaurants.

Soon, it will do all of this even faster. Carriers already spend about $20 billion a year improving their networks, but a major switch to networks built specifically to accommodate Internet services and applications won't be completed until 2011, Forrester's Golvin said.

Until then, carriers have to walk a fine line: They want customers to use the mobile Internet, but not so frequently that the data volume overwhelms the networks and worsens the quality of voice calls.

Once the faster networks are in place, consumers will be able to take better advantage of phones that double as digital media players and Web-surfing gadgets. Next-generation handsets will allow users to talk to family and friends while watching video of them at the same time, take photographs in higher resolution and browse the Internet faster than computers with DSL connections can today.

They'll be barely recogniz-



*Los Angeles Times*

**1991:** *Motorola's MicroTAC is small enough to fit into a pocket.*



BOB CAREY *Los Angeles Times*

**1995:** *Nextel's "digital portable communication device."*

able to those that made some of the first phones. But there is one constant: what a phone says about its owner.

In a recent study by research firm Harris Interactive, teens said that, with the exception of clothing, cellphones tell the most about social status or popularity.

That's not much different from the way it was 25 years

ago, said Steve Largent, president of CTIA – the Wireless Assn. Then, he played football for the Seattle Seahawks and received a DynaTAC in exchange for appearing in ads for the phone.

"I had it for the coolness factor," he said. "It was a status symbol."

*alana.semuels@latimes.com*

"EXHIBIT *K* PAGE *40* "

# Exhibit L




Welcome Guest. | Log In | Register | Membership Benefits

# InformationWeek
## DEFINING THE BUSINESS VALUE OF TECHNOLOGY



NEWS | BLOGS | SOFTWARE | SECURITY | HARDWARE | MOBILITY | WINDOWS | INTERNET
CAREERS



✉ E-mail this page | 🖨 Print this page | 🔖 BOOKMARK ▪🔳 🔂 🔖 | 📱 Take Us With You | Buzz up!

## BlackBerry Leads, iPhone Follows U.S. Smartphone Sales

**The reason for RIM's success? It's been able to broaden the appeal of the BlackBerry to more than just professionals, an IDC report found.**

By Marin Perez
InformationWeek
May 30, 2008 07:57 PM

Research in Motion sold the most smartphones in the United States for the first quarter of 2008, more than doubling the nearest competitor's market share, an IDC report found.

The report found RIM (NSDQ: RIMM) grabbed 44.5% of the market for the first three months of 2008, up from 35.1% in the previous quarter.

### More Personal Tech Insights

**White Papers**

Information Leakage: What it is, and how Digital Rights Management (DRM) can Prevent it

Kleer Advantages Over Bluetooth

**Videos**

RIM has successfully been able to broaden the appeal of the BlackBerry to more than just professionals, said IDC analyst Ramon Llamas. With new consumer-friendly devices like the BlackBerry Thunder and the BlackBerry Bold, RIM is well-positioned to be a strong presence in the "prosumer" segment.

Apple's iPhone came in second place with 19.2% of the market in the first quarter, a drop from 26.7% the quarter before.

One reason may be that the fourth quarter included the holiday shopping season. More recently, consumers may be wary of purchasing an iPhone when there's reportedly a 3G version right around the corner (although, there's a report of a delay).

"EXHIBIT_____ PAGE ___41___"

Palm found itself in third place with 13.4% of sales, up from 7.9% in the fourth quarter. One key factor was the release of the Centro in February, IDC said.

"EXHIBIT___L___ PAGE __42__ "

# Exhibit M



# About the IAB

The Interactive Advertising Bureau (IAB) is comprised of more than 375 leading media and technology companies who are responsible for selling 86% of online advertising in the United States. On behalf of its members, the IAB is dedicated to the growth of the interactive advertising marketplace, of interactive's share of total marketing spend, and of its members' share of total marketing spend. The IAB educates marketers, agencies, media companies and the wider business community about the value of interactive advertising. Working with its member companies, the IAB evaluates and recommends standards and practices and fields critical research on interactive advertising. Founded in 1996, the IAB is headquartered in New York City with a Public Policy office in Washington, D.C. For more information, please visit www.iab.net.

**The IAB has six core objectives:**

- Fend off adverse legislation and regulation
- Coalesce around market-making measurement guidelines and creative standards
- Create common ground with customers to reduce costly friction in the supply chain
- Share best practices that foster industry-wide growth
- Generate industry-wide research and thought leadership that solidifies Interactive as a mainstream medium
- Create countervailing force to balance power of other media, marketing, and agency trade groups

For a complete list of IAB Members as well as the Councils, Committees and Working Groups who are actively shaping the interactive industry, please visit the IAB Member Center.

© 2008 Interactive Advertising Bureau

"EXHIBIT _M_ PAGE _43_"

# Exhibit N

## Mina Hamilton - RE: DMV.ORG-Injunction Non-Compliance-2nd Notice (25162-14)

| | |
|---|---|
| **From:** | "Brian Daucher" <BDaucher@sheppardmullin.com> |
| **To:** | "Mina Hamilton" <HAMILTON@lbbslaw.com> |
| **Date:** | 9/4/2008 7:06 AM |
| **Subject:** | RE: DMV.ORG-Injunction Non-Compliance-2nd Notice (25162-14) |
| **CC:** | "Ashley Merlo" <AMerlo@sheppardmullin.com> |
| **Attachments:** | small_dmv.gif |

Mina,

We disagree with your analysis.  Here is our analysis:

1.  The injunction requires all caps 14 point font for the disclaimer, which we have adhered to.

2.   If we make the letters "DMV.ORG" in the logo less than 14, as you suggest, the logo becomes illegible (see attached); we believe Judge Anderson's injunction can be reasonably read to refer to the font size of the phrase "The Unofficial Guide to the DMV" which is smaller than the 14 point font used in the disclaimer (but again legible).  We have used a logo that does not overwhelm the disclaimer and is in fact smaller than the disclaimer.  Any consumer passing through must find the CONTINUE button, also in smaller font, below the disclaimer, guaranteeing a read of the all caps disclaimer.

For these reasons, we believe that the splash page we have complies with the injunction.

If you still disagree, let's agree on a procedure for a mutual request for clarification of the order and file early next week.

I can't see that this would justify unilateral contempt proceedings.

Regards,

Brian.

**From:** Mina Hamilton [mailto:HAMILTON@lbbslaw.com]
**Sent:** Wednesday, September 03, 2008 4:21 PM
**To:** Brian Daucher; Ashley Merlo
**Cc:** DAN DECARLO; DAVID MAKOUS
**Subject:** RE: DMV.ORG-Injunction Non-Compliance-2nd Notice (25162-14)

Brian,

We agree on one thing:  the injunction is "plain vanilla" and crystal clear.  The font size of DMV.ORG on your client's splash page is larger than the font in the disclaimer, in clear violation of paragraph (f),

"EXHIBIT _N_ PAGE _44_ "

which orders that the disclaimer "shall appear in fourteen (14) point font, and **shall be in larger font size than that used in the DMV.ORG logo and the 'continue' button."**

Are you seriously contending that the word DMV.ORG in your client's logo is not in a "font" and therefore your client's usage of the DMV.ORG words is somehow excluded from the Court's permanent injunction requiring that it be smaller than the disclaimer font?

Please cause your client to come into immediate compliance or we will seek contempt and sanctions as provided by law for noncompliance.

This contention is without regard to any and all other violations by your client.

-Mina


>>>
| | |
|---|---|
| **From:** | "Brian Daucher" <BDaucher@sheppardmullin.com> |
| **To:** | "Mina Hamilton" <HAMILTON@lbbslaw.com> |
| **CC:** | "Ashley Merlo" <AMerlo@sheppardmullin.com> |
| **Date:** | 9/3/2008 10:33 AM |
| **Subject:** | RE: DMV.ORG-Injunction Non-Compliance-2nd Notice (25162-14) |

Mina,

I was with clients all day yesterday and today as well (on a break).

I do believe that the splash page is in compliance with what Judge Anderson has required; we doubt very much that he would disagree, it is plain vanilla.

I will ask the client to look into matters 2 and 3, though I cannot replicate your results (or understand your concern 3), regards,

Brian.



650 Town Center Drive
4th Floor
Costa Mesa, CA 92626-1993
714.513.5100 *office*
714.513.5130 *fax*
***www.sheppardmullin.com***

**Brian Daucher**
714.424.2843 *direct* | 714.428.5925 *direct fax*
BDaucher@sheppardmullin.com | *Bio*


<u>Circular 230 Notice</u>: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

"EXHIBIT _N_ PAGE _45_ "



Screen shot of dmv.org logo sent with Brian Daucher's 9-4-08 email purporting to show what the logo would look like if it complied with the Injunction (i.e., less than 14 point font).

"EXHIBIT *N* PAGE 46 "