DAVID N. MAKOUS (State Bar # 082409)
makous@lbbslaw.com
DANIEL C. DECARLO (State Bar # 160307)
decarlo@lbbslaw.com
MINA I. HAMILTON (State Bar # 213917)
hamilton@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiffs
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC, California companies.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; DOES 1 through 10,<br><br>Defendants. | Case No. CV 06-7561 PA (Cwx)<br><br>The Honorable Percy Anderson<br><br>DECLARATION OF ERIC CREDITOR IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT AGAINST DEFENDANTS FOR VIOLATION OF THE COURT'S INJUNCTION AND FOR SANCTIONS<br><br>Date: January 26, 2009<br>Time: 1:30 p.m.<br>Courtroom: 15 |

4848-9544-3459.1

DECLARATION OF ERIC CREDITOR IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT

# DECLARATION OF ERIC CREDITOR

I, Eric Creditor, declare as follows:

1. I have personal knowledge of the facts set forth herein, and if called as a witness to testify thereto, I could competently and truthfully do so.

## A. SPLASH SCREEN NOT APPEARING ON MOBILE DEVICES

2. I own a Palm Treo 700 p (Palm OS) mobile device. Since September, 2008, I have accessed the DMV.ORG website on my Palm Treo on dozens of occasions on various days, including days in September, October, November, and December. Each time that I have accessed the DMV.ORG website through my mobile device, the splash screen did not appear. Instead, I was able to immediately access and see the content of the DMV.ORG website itself.

3. In addition to checking my own mobile device, by no later than September 23, 2008, I had checked another twelve (12) different mobile devices of friends and family and the splash screen to the DMV.ORG website only appeared when accessing the DMV.ORG website on two (2) Apple iPhones. For all the other devices, which included three (3) different versions of the BlackBerry, four (4) Palm Treo's [(other than mine, my wife's, or Mr. Kramer's); two with the Palm OS and two with the Windows OS], and three (3) other Windows based smart phones, the splash screen notice never came up.

4. In November, 2008, I again checked not only my Palm Treo but my Office Manager's Palm Treo (Windows OS) and my sister's ATT BlackBerry and the splash screen did not appear when accessing the DMV.ORG website.

## B. SPLASH SCREEN DOES NOT APPEAR WHEN COMPUTER USERS BLOCK COOKIES

5. On or about October 3, 2008, I created a multimedia PDF that is viewable with the latest Adobe Acrobat Reader Version 9. I understand that this multimedia PDF will be filed with the Court as Exhibit A to my declaration. I created the PDF to illustrate graphically to the Court what occurs when accessing DMV.ORG when a

computer visitor has blocked cookies in their browser options. In order to illustrate this, I first show what happens when a visitor that has *not* blocked all cookies and then goes to the DMV.ORG website through a Google search: namely, the splash screen appears. I then go through the process of blocking the receipt of cookies by changing the privacy options in the Internet Options section of the browser. After applying the changes, I then demonstrate how the DMV.ORG splash screen does not appear when accessing the DMV.ORG domain and instead how the visitor immediately sees the DMV.ORG website content. The PDF presentation is a true and accurate depiction of what actually takes place on a computer screen when the steps indicated are employed by a computer user.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on December 30, 2008, at Los Angeles, California.

_____
Eric Creditor