David N. Makous (SB # 082409)
Daniel C. DeCarlo (SB # 160307)
Mina I. Hamilton (SB #213917)
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 N. Figueroa Street, 12th Floor
Los Angeles, CA 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC.; DRIVERS ED DIRECT, LLC<br><br>PLAINTIFF(S)<br>v.<br>EDRIVER, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 06-7561 PA (CWx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Exhibit A to Eric Creditor Declaration named "Ex.ACreditorDecl.BlockCookiesVideo.pdf"
Exhibit A to Chris Kramer Declaration named "Ex.AKramerDecl.JavaScriptDisabledVideo.pdf"

**Document Description:**
☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))
☐ Other

**Reason:**
☐ Under Seal
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

January 5, 2009
Date

Mina I. Hamilton
Attorney Name

Plaintiffs
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)      NOTICE OF MANUAL FILING