DAVID N. MAKOUS (State Bar # 082409)
makous@lbbslaw.com
DANIEL C. DECARLO (State Bar # 160307)
decarlo@lbbslaw.com
MINA I. HAMILTON (State Bar # 213917)
hamilton@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiffs
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC, California companies.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; DOES 1 through 10,<br><br>Defendants. | Case No. CV 06-7561 PA (Cwx)<br><br>The Honorable Percy Anderson<br><br>DECLARATION OF DANIEL C. DECARLO IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT AGAINST DEFENDANTS FOR VIOLATION OF THE COURT'S INJUNCTION AND FOR SANCTIONS<br><br>Date: January 26, 2009<br>Time: 1:30 p.m.<br>Courtroom: 15 |

4848-9544-3459.1

DECLARATION OF DANIEL C. DECARLO IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT

# DECLARATION OF DANIEL C. DECARLO

I, Daniel C. DeCarlo, declare as follows:

1. I am a partner with the law firm of Lewis Brisbois Bisgaard & Smith LLP, counsel for the Plaintiffs and have personal knowledge of the facts set forth herein, and if called as a witness to testify thereto, I could competently and truthfully do so.

## A. SPLASH SCREEN NOT APPEARING ON MOBILE DEVICES

2. I own a BlackBerry mobile device. Since the beginning of September, 2008, when I was advised that BlackBerry devices are not Java Script enabled, I have accessed the DMV.ORG website on my personal BlackBerry at least a dozen times on various occasions in the months of October, November, and December, 2008, with the latest being December 30, 2008. Each time that I have accessed the DMV.ORG website through my mobile device, the splash screen did not appear. Instead, I was able to immediately access and see the content of the DMV.ORG website itself.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on December 30, 2008, at Los Angeles, California.

_____
Daniel C. DeCarlo