# Exhibit A



**DMV.ORG**

YOU ARE ABOUT TO ENTER A **PRIVATELY OWNED** WEBSITE THAT IS **NOT** OWNED OR OPERATED BY ANY STATE GOVERNMENT AGENCY. TO CONTINUE, CLICK 'CONTINUE' BELOW.

CONTINUE

"EXHIBIT___*A*___PAGE___*6*___"

# Exhibit B



DMV.ORG

YOU ARE ABOUT TO ENTER A
**PRIVATELY OWNED** WEBSITE THAT IS
**NOT** OWNED OR OPERATED BY ANY
STATE GOVERNMENT AGENCY. TO
CONTINUE, CLICK 'CONTINUE' BELOW.

CONTINUE

"EXHIBIT___*B*___PAGE___*7*___"

# Exhibit C

```
<center>
<div style="width:720px">
<font style="font-size:14pt" face="Arial, Helvetica, sans-serif">YOU ARE ABOUT TO ENTER A <b><u>PRIVATELY OWNED</u></b>
WEBSITE THAT IS <b><u>NOT</u></b> OWNED OR OPERATED BY ANY STATE GOVERNMENT AGENCY. TO CONTINUE, CLICK 'CONTINUE'
BELOW...
<BR><BR><img src="http://www.dmv.org/images/logo_dmv.gif"><BR><BR>
</font>
</div>
```

**The simple HTML code ABOVE, using a 14pt font style, yields the display immediately BELOW:**

YOU ARE ABOUT TO ENTER A **PRIVATELY OWNED** WEBSITE THAT IS **NOT** OWNED OR OPERATED BY ANY STATE GOVERNMENT AGENCY. TO CONTINUE, CLICK 'CONTINUE' BELOW...



**The below text and image was screen-captured directly from http://www.dmv.org/ without modification:**

YOU ARE ABOUT TO ENTER A **PRIVATELY OWNED** WEBSITE THAT IS **NOT** OWNED OR OPERATED BY ANY STATE GOVERNMENT AGENCY. TO CONTINUE, CLICK 'CONTINUE' BELOW...




"EXHIBIT _C_ PAGE _8_"

# Exhibit D

```
<center>
<div style="width:720px">
<font style="font-size:10pt" face="Arial, Helvetica, sans-serif">YOU ARE ABOUT TO ENTER A <b><u>PRIVATELY OWNED</u></b>
WEBSITE THAT IS <b><u>NOT</u></b> OWNED OR OPERATED BY ANY STATE GOVERNMENT AGENCY. TO CONTINUE, CLICK 'CONTINUE'
BELOW...
<BR><BR><img src="http://www.dmv.org/images/logo_dmv.gif"><BR><BR>
</font>
</div>
```

**The simple HTML code ABOVE, using a 10pt font style, yields the display immediately BELOW:**

YOU ARE ABOUT TO ENTER A **PRIVATELY OWNED** WEBSITE THAT IS **NOT** OWNED OR OPERATED BY ANY STATE GOVERNMENT AGENCY. TO CONTINUE, CLICK 'CONTINUE' BELOW...



**The below text and image was screen-captured directly from http://www.dmv.org/ without modification:**

YOU ARE ABOUT TO ENTER A **PRIVATELY OWNED** WEBSITE THAT IS **NOT** OWNED OR OPERATED BY ANY STATE GOVERNMENT AGENCY. TO CONTINUE, CLICK 'CONTINUE' BELOW...



"EXHIBIT _D_ PAGE _9_

# Exhibit E

```
<center>
<div style="width:720px">
<font style="font-size:10pt" face="Arial, Helvetica, sans-serif">YOU ARE ABOUT TO ENTER A <b><u>PRIVATELY OWNED</u></b> WEBSITE THAT IS <b><u>NOT</u></b> OWNED OR OPERATED BY ANY STATE GOVERNMENT AGENCY. TO CONTINUE, CLICK 'CONTINUE' BELOW...
<BR><BR><img src="http://www.dmv.org/images/logo_dmv.gif"><BR><BR>
</font>
</div>
```

**The simple HTML code ABOVE, using a 10pt font style, yields the display immediately BELOW:**

YOU ARE ABOUT TO ENTER A **PRIVATELY OWNED** WEBSITE THAT IS **NOT** OWNED OR OPERATED BY ANY STATE GOVERNMENT AGENCY. TO CONTINUE, CLICK 'CONTINUE' BELOW...



```
<center>
<div style="width:720px">
<font style="font-size:14pt" face="Arial, Helvetica, sans-serif">YOU ARE ABOUT TO ENTER A <b><u>PRIVATELY OWNED</u></b> WEBSITE THAT IS <b><u>NOT</u></b> OWNED OR OPERATED BY ANY STATE GOVERNMENT AGENCY. TO CONTINUE, CLICK 'CONTINUE' BELOW...
<BR><BR><img src="http://www.dmv.org/images/logo_dmv.gif"><BR><BR>
</font>
</div>
```

**The simple HTML code ABOVE, using a 14pt font style, yields the display immediately BELOW:**

YOU ARE ABOUT TO ENTER A **PRIVATELY OWNED** WEBSITE THAT IS **NOT** OWNED OR OPERATED BY ANY STATE GOVERNMENT AGENCY. TO CONTINUE, CLICK 'CONTINUE' BELOW...




"EXHIBIT _E_ PAGE _10_ "

# Exhibit F



YOU ARE ABOUT TO ENTER A **PRIVATELY OWNED** WEBSITE THAT IS **NOT** OWNED OR OPERATED BY ANY STATE GOVERNMENT AGENCY. TO CONTINUE, CLICK 'CONTINUE' BELOW...

CONTINUE >>

"EXHIBIT___F___PAGE __11__"

# Exhibit G

  

(logo size viewed at 100% on http://www.dmv.org/)

http://www.dmv.org/

 

(logo size viewed at 100% on http://onlineguru.com/)

http://onlineguru.com/

  

(logo size viewed at 100% on http://onlineguru.com/brands/)

http://onlineguru.com/brands/



"EXHIBIT ___G___ PAGE __12__ "

# Exhibit H

DMV.ORG - DMV Guide - The Unofficial Guide to the DMV - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back   Search   Favorites

Address  http://www.dmv.org/

Google   Go   Bookmarks   PageRank   10505 blocked   Check   Send to

YOU ARE ABOUT TO ENTER A **PRIVATELY OWNED** WEBSITE THAT IS **NOT** OWNED OR OPE[...] GOVERNMENT AGENCY. TO CONTINUE, CLICK 'CONTINUE' BELOW[...]



DMV.ORG
Unofficial Guide to the DMV™

CONTINUE >>

"EXHIBIT___H___ PAGE _13_ "



Advertising With US

About Our Company

United ☆ States classifieds.org

Advertise With Us ↑

Our Brands

Simplifying your life. One site at a time.

DMV.ORG
Unofficial Guide to the DMV™

Brand Statistics
- 6 Million Unique Visits Per Month
- 30 Million-Plus Page Views Per Month
- Ranked Among the Top 300 Web Sites in the U.S. (Quantcast, May 2008)

Awards and Recognitions

10.08
OnlineGURU Inc. Named AeA Award Finalist for Annual High Tech Awards

08.08

Inc.500

OnlineGURU Inc. Named Among the 2008 Inc. 5000 Fastest Growing Private Companies

11.07
Inc.com 30 Under 30: America's Coolest, Young Entrepreneurs

More

Branding and

st in 2008

t Brand,

"EXHIBIT ___H___ PAGE ___14___"



**Brands at OnlineGURU :: The Path to Onlightenment - Microsoft Internet Explorer**

File  Edit  View  Favorites  Tools  Help

Address http://onlineguru.com/brands/

# Brands

Home · Brands

OnlineGURU specializes in building unique web sites that help simplify the lives of our user

We develop portal oriented sites that are very broad and comprehensive, for example DMV.O (Automotive Category). The intent and focus of these sites are to cover a broad number topics associated within the associated website category. Many of our visitors on these sit multiple pages and spend a significant amount of time reading information and interacting

By targeting numerous high growth website categories (Automotive, Search, Networking, we have aligned ourselves to capitalize on the continued growth of these categories. Throu diversification and strategic alignment, OnlineGURU is well positioned for exponential grow ahead.



**DMV.ORG** is The Unofficial Guide to the DMV in all 50 DMV.ORG provides simple information on how to take DMV transactions through the motor vehicle departm state. In addition, the site offers information and ser of your driving experience. From what forms to use, register your car, to how to get great rates on your ca DMV.ORG gives you all the details on all your auto-rel

"EXHIBIT _H_ PAGE _15_ "

# Exhibit I

http://www.pandia.com/sw-2005/41-titletag.html

**Why Website Title Tags Are So Important**

August 3, 2005, *By Pandia Guest Writer Derek Vaughan*

If you want to improve your search engine rankings, make sure that you use the web page title tags correctly. Derek Vaughan tells you how.

Ever notice that in the upper left corner of the main bar of the Internet Explorer (IE) browser (most statistics report 84% of Internet users or higher are using IE) there is some text on every website you visit?

You can also usually see the first portion of this text when you minimize the browser window. This text is displayed from the website's title tag - and it's vitally important to any commercial website.

**Where to put the title tag**

The title tag is easy to see in the browser, but it originates in the underlying code used to design the website.

If you 'right click' on a website with your mouse you will see a display box with several menu items listed - if you click on 'View Source' - you will see a text display of the underlying code for that website.

Here are the first few lines of underlying html code from one of our sites: www.webmaster911.com.

*<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">*
*<HTML>*
*<HEAD>*
*<title>Webmaster, Web Hosting, Domain Name, Internet Marketing Resources - Webmaster911.com</title>*

As you can see, the title tag is proceeded by the <title> tag and ends with the </title> tag - the text that appears between these two tags is what will appear in the browser in the main display bar at the top.

**What to include in the title tag**

"Okay - I get it!", you might say. "So I can put any message I want in there to sell the goods and services of my site".

That's true, but the title tag is important for a much broader reaching reason: search engines treat your title tag as an indicator of your site's main purpose, and therefore which categories and search terms to place it under.

If you want to be found under a specific search term in search engines, you must include that term in your title tag. Let me sat that again so that you don't miss the importance of this:

**If you want to be found under a specific search term in search engines, you must include that term in your title tag.**

**Finding the keywords**

So how do you determine which search terms are best to include in your title tag?

"EXHIBIT___*I*___PAGE___*16*___"

I would suggest using a great tool from Yahoo! Search Marketing which will help you find popular search terms that can help you generate more traffic to your site.

They call it their 'Keyword Selector Tool' and it can be found here: inventory.overture.com/d/searchinventory/suggestion.

To use the tool, simply type in a keyword that you think is important to your site.

The tool will display various search terms related to your original query, and list them in order of popularity. The popularity is based on the number of searches conducted in the previous month. For example, let's say that you sell mobile phones on your website. If you type in the search term 'mobile phone' it generates the following list (shortened for limited space):

| Searches done in June 2005 | |
|---|---|
| Count | Search Term |
| 3225909 | cell phone |
| 98607 | cell phone plan |
| 28751 | nokia cellular phone |
| 10921 | samsung cellular phone |
| 8879 | att cellular phone |
| 8809 | ericsson cellular phone |
| 7593 | cheap cellular phone |
| 7210 | lg cellular phone |
| 6382 | cellular phone wallpaper |
| 5616 | verizon cellular phone |
| 5517 | cellular phone ringtone |
| 4841 | cellular phone number lookup |
| 4526 | cellular phone company |
| 4124 | cellular phone directory |
| 4064 | free cellular phone wallpaper |
| 3710 | cell phone headset |
| 3621 | us cellular phone |
| 3523 | cellular phone numbers |
| 3509 | sprint cellular phone |
| 3299 | free cellular phone ringtone |


"EXHIBIT _I_ PAGE _17_ "

| 3293 | cellular phone deal |
|------|---------------------|

As you can see, 'mobile phone' is not highly searched according to the tool. It would be much better to be found under the search term 'cell phone'.

Playing with the tool and starting from the general (for instance plug in the simple search term 'phone') will give you a sense of which terms are best for you title tag.

Another important tip - be sure to place your most important keywords at the beginning of the title tag. For most companies, this *won't* be your company name - save that for the end of the title.

**The title tag is crucial**

Brent Conver, Manager of Professional Services at Affinity Internet, Inc. - a pioneer in web hosting search engine optimization services at their ValueWeb brand had this to say regarding a website's title tag:

"The title tag is crucial to any optimization effort, as it is the first item on the website that is seen by the search engines. It is important that your targeted keyword phase be in your title tag as close to the front of the tag as possible."

"An effective title tag has greater implications to your website than just 'SEO', it has real marketing value as well. This is a simple method to set the tone of your website messaging. The title easily and quickly confirms what the user can expect from your website."

**Not too long**

A final word of caution - don't put everything under the sun into your title tag - thinking that you will benefit from having a vast number of terms listed.

Position Technologies, Inc was founded in 1995 and pioneered the first pay-for-inclusion program with Yahoo/Inktomi, which has grown to become the model for the Search Industry.

Mr. Detlev Johnson, Vice President of Consulting with Position Technologies states:

"The importance of writing titles cannot be understated. Keyword stuffing is a mistake. Branding and clicks are too important. Search engines credit terms found in titles that display to users. The optimal length for a title is shorter than 50 to 60 characters. Longer titles are cut off in search results, in browser windowpanes, and make poor bookmarks."

So remember that while there are many important activities that will result in great search engine placement, you must absolutely address your title tag. Give it some thought, and use the techniques and suggestions mentioned above, and you should have a great title tag for your site that helps you get more website traffic.

"EXHIBIT _I_ PAGE _18_ "

http://www.searchenginewiki.com/TitleTag

## TITLE TAG DEFINITION

The TITLE tag is a descriptive name of a page, that is shown by browsers as the page name in the browser window. It appears in the Header of HTML source code as follows: <TITLE>Welcome to Our Web Site</TITLE>

The content of the TitleTag is one of the most important factors used by search engines in determining the relevancy of the page against search queries and the content of the TitleTag can often be shown in the SearchEngineResultsPages. For this reason, it is a good idea to use a page title that contains a couple of logical search keywords that are relevant to the page content.

HTML specifications are defined by the W3C (WorldWideWebConsortium), which states regarding TITLE tags:

*Every HTML document must have a TITLE element in the HEAD section.*

*Authors should use the TITLE element to identify the contents of a document. Since users often consult documents out of context, authors should provide context-rich titles. Thus, instead of a title such as "Introduction", which doesn't provide much contextual background, authors should supply a title such as "Introduction to Medieval Bee-Keeping" instead.*

---

http://www.marketingterms.com/dictionary/title_tag/

## Definition

HTML tag used to define the text in the top line of a Web browser, also used by many search engines as the title of search listings.

Information: A title tag belongs in the <HEAD> section of a Web page, above the <BODY> section. Technically, it may be above or below the META tags, but it is common practice to place the (very important) title tag above the (less important) meta tags.

The information contained in a title tag appears at the top of the Web browser when viewing a Web page, and at the top of (most) search listings.

Writing descriptive title tags is an important part of optimizing a site to rank well with the search engines (and get clicked by visitors). A well-crafted title tag can stand on its own without the benefit of the accompanying page content, as this is how it appears to Web searchers who know nothing about your site.

"EXHIBIT _I_ PAGE _19_ "

Include at least one targeted keyword or phrase, maybe more, instead of using all generic words that do not distinguish your page. If possible, keywords should be used early in the title to help search engines and visitors identify the main subject of the page, and also to avoid getting cut off by search engines that use relatively short titles. Search engines have limits as to how many characters are used from the title tag and typically display between 50 to 70 characters.

"EXHIBIT _I_ PAGE _20_ "

**American Marketing Association**

http://www.marketingpower.com/_layouts/Dictionary.aspx?dLetter=T

==**Title Tag** - An HTML tag used to define the text in the top line of a Web browser, also used by many search engines as the title of search listings.==

---

**American Marketing Association**

http://www.marketingpower.com/ResourceLibrary/Pages/Best%20Practices/best_practices_SEO.aspx

### Defining Search Engine Optimization

Published 10/20/2007, Author C. J. Newton

==Search engines and directories take the following variables into consideration when determining your site's ranking in the results for a specific search:==

- **Quality** - The quality of your Web site affects the directory editor's evaluation of your submission. "Quality" refers to utility or usefulness and comprehensiveness. Terrific Web sites are favorably reviewed and may even get "extra credit" in the rankings by being selected as "editor's choice." The quality will also influence other Web masters' decisions to link to your site, which affects "popularity" (see below).

- ==**Title** - The title is one of the most important factors in your site's eventual search engine ranking. The title tag is used by directory editors and other webmasters when they link to your page, is displayed in the search results as the most prominent piece of information available to searchers, is displayed in the visitors browser, and is used by the major search engines as the most important single piece of information available to help them determine the topic of your page. For a comprehensive guide to writing Website title tags, visit "Web Page Title Tags for Search Engine Optimization and Web Usability" (http://www.seologic.com/faq/title-tags.php).==

- **Description** - The meta description tag is also used by directory editors and other webmasters as the go to description for your website. It must speak convincingly to the search engine user and must include key words and phrases.

- **Content** - For search engines that index your page using an automated process, such as Ask.com, Live.com and Google, the content is critical. The ultimate example of a Web page with good content would be a page from an encyclopedia. The content must be brief, focused, and internally consistent.

- **Popularity** - Popularity is a term used to describe search engines' measurement of

"EXHIBIT___*I*___ PAGE ___*21*___ "

your site's importance to the Web community. It factors in the number, quality,
and type of Web pages that include links back to your page. Google has a branded
version of popularity it calls PageRank. Links to your Web site increase your
"popularity" and offer search engine spiders or bots more opportunities to index
your page.

- **Text in Links** - The text in the links that point to your web pages is used by the
  major search engines to help them determine the topic of your page. Google has
  applied for a patent for the process of evaluating a web page based on the text in
  the links that point to your web page. To see what text people are using when they
  link to your site, use Google Webmaster Tools
  (http://www.google.com/webmaster/tools/).

- **Optimization** – Optimization is the fine-tuning the code and content on your page
  to help you win for specific searches.

Search engines, directories and portals use the elements above in various combinations to
determine the ranking of search results.