BRIAN M. DAUCHER, Cal. Bar No. 174212
ASHLEY E. MERLO, Cal. Bar No. 247997
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
bdaucher@sheppardmullin.com
amerlo@sheppardmullin.com

ANDREW B. SERWIN, Cal. Bar No. 179493
AARON M. MURANAKA, Cal. Bar No. 253414
FOLEY & LARDNER LLP
402 W. Broadway, Suite 2100
San Diego, California 92101
Telephone: (619)
Facsimile: (619) 234-5130
aserwin@foley.com
amuranaka@foley.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>Defendants. | Case No. CV 06-7561 PA (CWx)<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR ORDER CONTINUING HEARING ON MOTION FOR CONTEMPT**<br><br>[Filed with Daucher Declaration and [Proposed] Order]<br><br>Complaint Filed: November 28, 2006<br>Jury Trial: October 30, 2007 |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2          Defendants hereby file this ex parte application requesting that this Court:
3  continue the hearing on the motion for contempt filed yesterday by plaintiffs in this matter
4  from January 26, 2009 to February 16, 2009, or such other date as the Court finds
5  reasonable.

6          This motion is brought for the following reasons. The motion for contempt,
7  was set for hearing on the shortest possible notice, leaving defendants only one week to
8  respond (current response date = January 12). Promptly on receipt of service, defendants
9  asked for and plaintiffs refused a request to continue the hearing for three weeks to
10 February 16, 2009 (plaintiffs offered no time at all). Good cause exists to continue the
11 motion to allow defendants reasonable time to respond in that:

12 - The motion is 23 pages long and is accompanied by six declarations running in
13   excess of 100 pages; the declarations include an 18 paragraph expert declaration.
14   Reasonable time is necessary to prepare responsive submissions.
15 - This Court cautions parties to provide more than minimum notice on similar
16   substantive MSJ motions (3/15/07 Scheduling Order, ¶¶ 3, 5(d) (expectation that
17   parties shall give "more than minimum notice" on MSJ); the logic of this
18   expectation applies with equal or greater force here where plaintiffs seek a contempt
19   finding based upon significant factual arguments.
20 - Plaintiffs, by contrast, have had three months or more to compile the motion (last
21   communication appears to be end of September 2008 (Hamilton Decl., Ex H, p. 25).
22   Giving defendants one month to respond would be reasonable.
23 - Finally, a quick glance at the merits of the motion show that the issues raised are
24   not serious. Upon entry of the injunction, defendants not only promptly came into
25   substantial compliance, but also, since that time, have voluntarily maintained
26   identical and additional disclaimers and safeguards on the site itself (not required by
27   the injunction). As demonstrated by the timing of the filing of the motion (some

28

four months after splash page went live), there is no exigent need or justification to have the motion heard on the shortest possible notice.

Pursuant to Local Rule 7-19.1, defendants first conferred with plaintiffs in an effort to reach a stipulated continuance; and, upon their refusal, defendants then advised them of this ex parte; plaintiffs intend to oppose. (Daucher Decl., ¶ 2, Ex. A.) Pursuant to Local Rule 7-19, Defendants hereby identify contact information for counsel for Plaintiffs' counsel as follows:

Mina Hamilton
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200, Los Angeles, California 90012
Phone: (213) 250-1800; hamilton@lbbslaw.com

Based upon the foregoing, defendants request that this Court promptly continue the hearing of plaintiffs' motion from January 26, 2009 to February 16, 2009 or such other date as the Court deems reasonable (note: defendants counsel is not available to attend a hearing on February 9, 2009; Daucher Decl., ¶ 3).

Dated: January 6, 2009

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
BRIAN M. DAUCHER

Attorneys for Defendants
EDRIVER, INC., ONLINE GURU, INC.,
FIND MY SPECIALIST, INC.,
SERIOUSNET, INC., RAVI K. LAHOTI and
RAJ LAHOTI