1  BRIAN M. DAUCHER, Cal. Bar No. 174212
   ASHLEY E. MERLO, Cal. Bar No. 247997
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
3    Including Professional Corporations
   650 Town Center Drive, 4th Floor
4  Costa Mesa, California 92626-1993
   Telephone: (714) 513-5100
5  Facsimile: (714) 513-5130
   bdaucher@sheppardmullin.com
6  amerlo@sheppardmullin.com

7  ANDREW B. SERWIN, Cal. Bar No. 179493
   AARON M. MURANAKA, Cal. Bar No. 253414
8  FOLEY & LARDNER LLP
   402 W. Broadway, Suite 2100
9  San Diego, California 92101
   Telephone: (619)
10 Facsimile: (619) 234-5130
   aserwin@foley.com
11 amuranaka@foley.com

12 Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>Defendants. | Case No. CV 06-7561 PA (CWx)<br><br>The Hon. Percy Anderson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR CONTINUANCE OF HEARING DATE OF PLAINTIFFS' MOTION FOR CONTEMPT**<br><br>Complaint Filed November 28, 2006<br>Trial Commenced: November 6, 2007 |

W02-WEST:NA6\401252018.1                                           [PROPOSED] ORDER

# [PROPOSED] ORDER

1. The Court, having fully considered the papers and evidence submitted in connection with Defendants' Ex Parte Application For Continuance of Hearing of Plaintiffs' Motion for Contempt (the "Application"), finds that good cause exists to grant the Application:

2. The Application is GRANTED:

3. Plaintiff's Motion for Contempt, previously scheduled for January 26, 2009, is continued to _____, 2009 at 1:30 p.m. in Courtroom 15 of the above-entitled court.

Dated: _____        _____
                                           THE HONORABLE PERCY ANDERSON

Dated: January 6, 2009

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
    BRIAN M. DAUCHER

Attorneys for Defendants