BRIAN M. DAUCHER, Cal. Bar No. 174212
ASHLEY E. MERLO, Cal. Bar No. 247997
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
bdaucher@sheppardmullin.com
amerlo@sheppardmullin.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>Defendants. | Case No. CV 06-7561 PA (CWx)<br><br>*The Hon. Percy Anderson*<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Complaint Filed November 28, 2006<br>Trial Commenced: November 6, 2007 |

PLEASE TAKE NOTICE that defendants EDriver, Inc., Online Guru, Inc., Find My Specialist, Inc., Seriousnet, Inc., Ravi K. Lahoti, and Raj Lahoti hereby associate in Andrew B. Serwin, Esq. and Pamela L. Johnston, Esq. of Foley & Lardner LLP as counsel of record with their existing attorneys, Brian M. Daucher, Joseph H. Tadros, and Ashley E. Merlo of Sheppard, Mullin, Richter & Hampton LLP.

PLEASE TAKE FURTHER NOTICE that the contact information for Andrew B. Serwin and Pamela L. Johnson is as follows:

Andrew B. Serwin, Cal. Bar No. 179493
Foley & Lardner LLP
402 W. Broadway, Suite 2100
San Diego, CA 92101
Telephone: 619-234-6655
Facsimile: 619-234-5130
E-mail: aserwin@foley.com

Pamela L. Johnston, Cal Bar No. 132558
Foley & Lardner LLP
555 s. Flower St., Suite 3500
Los Angeles, CA 90071
Telephone: 213-972-4500
Facsimile: 213-486-0065
E-mail: pjohnston@foley.com


Dated: January 7, 2009

          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

          By _____
               BRIAN M. DAUCHER

          Attorneys for Defendants