DAVID N. MAKOUS (State Bar # 082409)
makous@lbbslaw.com
DANIEL C. DECARLO (State Bar # 160307)
decarlo@lbbslaw.com
MINA I. HAMILTON (State Bar # 213917)
hamilton@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiffs
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC, California companies.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EDRIVER, INC., a California corporation; ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No. CV 06-7561 PA (CWx)<br><br>The Honorable Percy Anderson<br><br>**DECLARATION** OF MINA I. HAMILTON IN SUPPORT OF OPPOSITION TO EX PARTE APPLICATION FOR ORDER CONTINUING HEARING ON MOTION FOR CONTEMPT |

4843-7331-8915.1

DECLARATION OF MINA I. HAMILTON IN SUPPORT OF OPPOSITION TO EX PARTE APPLICATION BY DEFENDANTS TO CONTINUE HEARING DATE FOR MOTION FOR CONTEMPT

## DECLARATION OF MINA I. HAMILTON

I, Mina I. Hamilton, declare as follows:

1. I am a partner at Lewis Brisbois Bisgaard & Smith LLP, counsel for TrafficSchool.com, Inc. and Drivers Ed Direct, LLC. If called herein as a witness I could testify competently to the following:

2. Attached hereto as Exhibit A is a true and correct copy of an email that I sent to Mr. Daucher on January 6, 2009 agreeing to a one week continuance of the hearing date and requesting that he prepare a stipulation regarding same.

3. Attached hereto as Exhibit B is a true and correct copy of a screen shot of Defendants' website that appeared after the Court issued its Final Injunction, showing the disclaimers removed from the website after the splash screen was instituted. This is the same exhibit that was submitted with my declaration in support of the opposition to Defendants' request for a stay of the injunction, Docket # 222-2.

4. In Defendants' Reply to their motion to stay the Injunction, Docket #259, a true and correct copy of the relevant portion which is attached hereto as Exhibit C, Defendants state: "However, upon launching the splash page, Defendants temporarily removed their proactive measures from the site, and Defendants began receiving emails in which visitors included their personal information." [pg. 2: lines 24-28.]

5. On or about October 28, 2008, Plaintiffs' were informed that Defendants had new counsel associating in the case, namely Mr. Andrew Serwin. Attached hereto as Exhibit D is a true and correct copy of an email sent by Plaintiffs' counsel to Mr. Serwin outlining the contempt issues and stating that they remained "unresolved" and that Plaintiffs' still intended to file a motion shortly.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration is executed on this 6th day of January, 2009 at Los Angeles, California.

/s/
Mina I. Hamilton