Dockets.Justia.com

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | BRIAN M. DAUCHER, Cal. Bar No. 174212<br>ASHLEY E. MERLO, Cal. Bar No. 247997<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>  A Limited Liability Partnership<br>  Including Professional Corporations<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, California 92626-1993<br>Telephone: (714) 513-5100<br>Facsimile: (714) 513-5130<br>bdaucher@sheppardmullin.com<br>jtadros@sheppardmullin.com |
| 7<br>8<br>9<br>10<br>11 | ANDREW B. SERWIN, Cal. Bar No. 179493<br>FOLEY & LARDNER LLP<br>402 W. Broadway, Suite 2100<br>San Diego, California 92101<br>Telephone: (619) 234-6655<br>Facsimile: (619) 234-5130<br>aserwin@foley.com<br>amuranaka@foley.com |
| 12 | Attorneys for Defendants |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>          Plaintiffs,<br><br>    v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>          Defendants. | Case No. CV 06-7561 PA (CWx)<br><br>*The Hon. Percy Anderson*<br><br>**STIPULATION TO RESOLVE EX PARTE, CONTINUE HEARING ON MOTION FOR CONTEMPT, AND SET BRIEFING SCHEDULE**<br><br>New Hearing Date;<br><br>February 2, 2009<br><br>Complaint Filed: November 28, 2006<br>Trial:     October 30, 2007 |

W02-WEST:NA6\401260262.1                                                 STIPULATION

1         The parties, through their attorneys of record, hereby propose to
2 stipulate to resolve defendants' pending ex parte to continue the hearing on the
3 motion for contempt (filed January 6, 2009) as follows:
4     1.     On January 5, 2009, plaintiffs filed and served a motion for contempt,
5 setting the hearing for January 26, 2009. Such a date would have required an
6 opposition to be filed by defendants no later Monday, January 12, 2009.
7     2.     Defendants requested that plaintiffs continue the motion, but plaintiffs
8 initially declined to agree. As a result, on Tuesday, January 6, 2009, defendants
9 filed the pending ex parte application to continue the hearing date on the motion to
10 allow reasonable time for defendants to respond.
11     3.     Plaintiffs have reconsidered their opposition to the request for a
12 continuance and are now willing to stipulate to continue the hearing and allow
13 briefing on the schedule below.
14     4.     The parties propose to resolve the ex parte on the following terms, if
15 acceptable to the Court:
16         A.     The hearing date shall be continued from January 26, 2009 to
17             February 2, 2009 (same time (1:30 p.m.) and located
18             (Courtroom 15, Spring Street).
19         B.     Defendants shall be permitted to file and serve opposition no
20             later than Tuesday, January 20, 2009 (allowing for the Martin
21             Luther King Holiday of January 19).
22         C.     Plaintiffs' reply shall be filed and served no later than Tuesday,
23             January 27, 2009.
24 ////
25
26
27
28

-1-

5. The parties have submitted a proposed order to this effect contemporaneously with the filing of this stipulation.

Dated: January 7, 2009

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
BRIAN M. DAUCHER
Attorneys for Defendants

Dated: January 7, 2009

Respectfully submitted,

LEWIS, BRISBOIS, BISGAARD, & SMITH LLP

By _____
DAVID N. MAKOUS
DAN C. DECARLO
MINA I. HAMILTON
Attorneys for Plaintiffs