BRIAN M. DAUCHER, Cal. Bar No. 174212
ASHLEY E. MERLO, Cal. Bar No. 247997
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
bdaucher@sheppardmullin.com
jtadros@sheppardmullin.com

ANDREW B. SERWIN, Cal. Bar No. 179493
FOLEY & LARDNER LLP
402 W. Broadway, Suite 2100
San Diego, California 92101
Telephone: (619) 234-6655
Facsimile: (619) 234-5130
aserwin@foley.com
amuranaka@foley.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,

Plaintiffs,

v.

EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,

Defendants.

Case No. CV 06-7561 PA (CWx)

*The Hon. Percy Anderson*

**STIPULATION TO RESOLVE EX PARTE, CONTINUE HEARING ON MOTION FOR CONTEMPT, AND SET BRIEFING SCHEDULE**

New Hearing Date;

February 2, 2009

Complaint Filed: November 28, 2006
Trial: October 30, 2007

The parties, through their attorneys of record, hereby propose to stipulate to resolve defendants' pending ex parte to continue the hearing on the motion for contempt (filed January 6, 2009) as follows:

1. On January 5, 2009, plaintiffs filed and served a motion for contempt, setting the hearing for January 26, 2009. Such a date would have required an opposition to be filed by defendants no later Monday, January 12, 2009.

2. Defendants requested that plaintiffs continue the motion, but plaintiffs initially declined to agree. As a result, on Tuesday, January 6, 2009, defendants filed the pending ex parte application to continue the hearing date on the motion to allow reasonable time for defendants to respond.

3. Plaintiffs have reconsidered their opposition to the request for a continuance and are now willing to stipulate to continue the hearing and allow briefing on the schedule below.

4. The parties propose to resolve the ex parte on the following terms, if acceptable to the Court:

A. The hearing date shall be continued from January 26, 2009 to February 2, 2009 (same time (1:30 p.m.) and located (Courtroom 15, Spring Street).

B. Defendants shall be permitted to file and serve opposition no later than Tuesday, January 20, 2009 (allowing for the Martin Luther King Holiday of January 19).

C. Plaintiffs' reply shall be filed and served no later than Tuesday, January 27, 2009.

////

5. The parties have submitted a proposed order to this effect contemporaneously with the filing of this stipulation.

Dated: January 7, 2009

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By ______________________
BRIAN M. DAUCHER
Attorneys for Defendants

Dated: January 7, 2009

Respectfully submitted,

LEWIS, BRISBOIS, BISGAARD, & SMITH LLP

By ______________________
DAVID N. MAKOUS
DAN C. DECARLO
MINA I. HAMILTON
Attorneys for Plaintiffs