BRIAN M. DAUCHER, Cal. Bar No. 174212
ROBERT S. BEALL, Cal. Bar No. 132016
JOSEPH H. TADROS, Cal. Bar No. 239379
ASHLEY E. MERLO, Cal. Bar No. 247997
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
bdaucher@sheppard.mullin.com
jtadros@sheppardmullin.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC., a California limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>    Defendants. | Case No. CV 06-7561 PA (CWx)<br><br>*The Hon. Percy Anderson*<br><br>**[PROPOSED] ORDER TO RESOLVE EX PARTE, CONTINUE HEARING ON MOTION FOR CONTEMPT AND SET BRIEFING SCHEDULE**<br><br>Complaint Filed November 28, 2006<br>Trial Commenced: November 6, 2007 |

# [PROPOSED] ORDER

Based on the Stipulation to Resolve Ex Parte, Continue Hearing on Motion for Contempt and Set Briefing Schedule, the Court orders as follows:

1. The hearing date of the Motion for Contempt is continued from January 26, 2009 to February 2, 2009 at 1:30 p.m. in Courtroom 15.

2. Defendants shall be permitted to file and serve opposition papers no later than January 20, 2009, allowing for the Martin Luther King Holiday of January 19, 2009.

3. Plaintiffs' reply papers shall be filed and served no later than Tuesday, January 27, 2009.

Dated: _____    _____

THE HONORABLE PERCY ANDERSON

Dated: January 7, 2009

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
BRIAN M. DAUCHER

Attorneys for Defendants

W02-WEST:NA6\401262184.1

[PROPOSED] ORDER