BRIAN M. DAUCHER, CAL. BAR NO. 174212
ASHLEY E. MERLO, CAL. BAR NO. 247997
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
  A Limited Liability Partnership
  Including Professional Corporations
650 TOWN CENTER DRIVE, 4th FLOOR
COSTA MESA, CA 92626-1993
TELEPHONE:  714.513.5100
FACSIMILE:   714.513.5130
bdaucher@sheppardmullin.com
amerlo@sheppardmullin.com

PAMELA L. JOHNSTON, CAL. BAR NO. 132558
JAIME B. GUERRERO, CAL. BAR NO. 192211
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET
LOS ANGELES, CA 90071-2300
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065
pjohnston@foley.com
jguerrero@foley.com

ANDREW B. SERWIN, CAL. BAR NO. 179493
**FOLEY & LARDNER LLP**
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:  619.234.6655
FACSIMILE:   619.234.3510
aserwin@foley.com

ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., A CALIFORNIA CORPORATION; DRIVERS ED DIRECT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>PLAINTIFFS,<br><br>VS.<br><br>EDRIVER, INC.; ONLINE GURU, INC.; FIND MY SPECIALIST, INC., AND SERIOUSNET, INC., CALIFORNIA CORPORATIONS; RAVI K. LAHOTI, AN INDIVIDUAL; RAJ LAHOTI, AN INDIVIDUAL; AND DOES 1 THROUGH 10,<br><br>DEFENDANTS. | CASE NO: CV 06-7561 PA (CWx)<br><br>**DECLARATION OF SCOTT ANNETT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CONTEMPT**<br><br>DATE: FEBRUARY 2, 2009<br>TIME: 1:30 P.M.<br>PLACE: COURTROOM OF THE HONORABLE PERCY ANDERSON |

I, Scott Annett, hereby declare the following:

1. I am the Director of Analytics at Online Guru, Inc. ("Online Guru"). I have personal knowledge of the facts hereinafter stated and hereby testify competently thereto as a witness in the above-captioned matter.

2. Online Guru is responsible for managing the business operations and

1

content of the website located at www.dmv.org (the "DMV.ORG").

3. As Online Guru's Director of Analytics, I am responsible for and supervise the company's data collection, analyses and various processes relating to data inputs/outputs.

4. Omniture, Inc. is a third party company that licenses, as a service, web analytics software. Omniture software is an industry standard tool used for tracking website internet traffic and related statistics. Online Guru has a license to use Omniture's web analytics software. Online Guru is therefore able to access a variety of forms of traffic data for the DMV.ORG website through Omniture.

5. As Online Guru's Director of Analytics, I personally pull reports from Omniture on a regular basis to analyze the performance of the DMV.ORG website, including but not limited to, the number of visitors by various measures, the number of pages viewed, the pages on which each visitor enters the site, and the popularity (number of views) of specific pages on the site.

6. I personally used Omniture's data warehouse to pull a report showing the number of visitors and pages viewed to the Website from December 1, 2008 through December 31, 2008.

7. The data I examined was broken out by three (3) different variables:

    a. Cookies (Y/N): Whether the visitor to DMV.ORG had cookies turned on or off in their browser;

    b. JavaScript (Y/N): Whether the visitor to DMV.ORG had JavaScript enabled or disabled in their browser.

    c. JavaScript Version: Which version of JavaScript the visitor had installed on their system when they visited DMV.ORG.

A true and correct copy of the above-referenced report is attached as Exhibit 1.

8. From this report, I gathered the following facts:

    a. During the month of December 2008, 97.37% of all visitors to the DMV.ORG website had both cookies turned ON and JavaScript ENABLED.

b. During the month of December 2008, 98.07% of all pages viewed on the DMV.ORG website had both cookies turned ON and JavaScript ENABLED. Attached hereto as Exhibit 2 is a true and correct copy of a chart I created summarizing and highlight the above facts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on January 20, 2009 in San Diego, California.

Scott Annett

**Exhibit 1**

| Cookies | JavaScript | JavaScript Versions | Unique Visitors | Page Views |
|---|---|---|---|---|
| N | 0 | no javascript |  | 724 | 1479 |
| N | 4 | 1.3 | 42 | 151 |
| N | 5 | 1.4 | 6 | 18 |
| N | 6 | 1.5 | 3129 | 13117 |
| N | 7 | 1.6 | 278 | 918 |
| N | 8 | 1.7 | 1154 | 4291 |
| U | 0 | no javascript |  | 33379 | 135662 |
| U | 6 | 1.5 | 2 | 3 |
| U | 8 | 1.7 | 1 | 3 |
| Y | 0 | no javascript |  | 44293 | 87376 |
| Y | 1 |  | 1 | 1 | 1 |
| Y | 4 | 1.3 | 531 | 1660 |
| Y | 5 | 1.4 | 475 | 1996 |
| Y | 6 | 1.5 | 2335105 | 9554032 |
| Y | 7 | 1.6 | 175689 | 652764 |
| Y | 8 | 1.7 | 558631 | 2138926 |

**Exhibit 2**

## December 2008 Data[1]

| Cookies | JavaScript | JavaScript Version | Unique Visitors | UV % | Page Views | PV % |
|---|---|---|---|---|---|---|
| N | NO | no javascript | 724 | 0.02% | 1,479 | 0.01% |
| N | YES | 1.3 | 42 | 0.00% | 151 | 0.00% |
| N | YES | 1.4 | 6 | 0.00% | 18 | 0.00% |
| N | YES | 1.5 | 3,129 | 0.10% | 13,117 | 0.10% |
| N | YES | 1.6 | 278 | 0.01% | 918 | 0.01% |
| N | YES | 1.7 | 1,154 | 0.04% | 4,291 | 0.03% |
| Y | NO | no javascript | 33,379 | 1.06% | 135,662 | 1.08% |
| Y | NO | no javascript | 44,293 | 1.40% | 87,376 | 0.69% |
| Y | YES | 1.0 | 1 | 0.00% | 1 | 0.00% |
| Y | YES | 1.3 | 531 | 0.02% | 1,660 | 0.01% |
| Y | YES | 1.4 | 475 | 0.02% | 1,996 | 0.02% |
| Y | YES | 1.5 | 2 | 0.00% | 3 | 0.00% |
| Y | YES | 1.5 | 2,335,105 | 74.05% | 9,554,032 | 75.87% |
| Y | YES | 1.6 | 175,689 | 5.57% | 652,764 | 5.18% |
| Y | YES | 1.7 | 1 | 0.00% | 3 | 0.00% |
| Y | YES | 1.7 | 558,631 | 17.71% | 2,138,926 | 16.99% |

### Segmentation Analysis Summary

| | Unique Visitors | UV % | Page Views | PV % |
|---|---|---|---|---|
| Cookies: N, JavaScript: N | 724 | 0.02% | 1,479 | 0.01% |
| Cookies: N, JavaScript: Y | 4,609 | 0.15% | 18,495 | 0.15% |
| Cookies: Y, JavaScript: N | 77,672 | 2.46% | 223,038 | 1.77% |
| Cookies: Y, JavaScript: Y | 3,070,435 | 97.37% | 12,349,385 | 98.07% |
| | 3,153,440 | | 12,592,397 | |

[1] Omniture SiteCatalyst

COMPANY CONFIDENTIAL - DO NOT DISTRIBUTE