BRIAN M. DAUCHER, CAL. BAR NO. 174212
ASHLEY E. MERLO, CAL. BAR NO. 247997
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
  A Limited Liability Partnership
  Including Professional Corporations
650 TOWN CENTER DRIVE, 4th FLOOR
COSTA MESA, CA 92626-1993
TELEPHONE:    714.513.5100
FACSIMILE:    714.513.5130
bdaucher@sheppardmullin.com
amerlo@sheppardmullin.com

PAMELA L. JOHNSTON, CAL. BAR NO. 132558
JAIME B. GUERRERO, CAL. BAR NO. 192211
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET
LOS ANGELES, CA 90071-2300
TELEPHONE:    213.972.4500
FACSIMILE:    213.486.0065
pjohnston@foley.com
jguerrero@foley.com

ANDREW B. SERWIN, CAL. BAR NO. 179493
**FOLEY & LARDNER LLP**
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:    619.234.6655
FACSIMILE:    619.234.3510
aserwin@foley.com

ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., A CALIFORNIA CORPORATION; DRIVERS ED DIRECT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>PLAINTIFFS,<br><br>VS.<br><br>EDRIVER, INC.; ONLINE GURU, INC.; FIND MY SPECIALIST, INC., AND SERIOUSNET, INC., CALIFORNIA CORPORATIONS; RAVI K. LAHOTI, AN INDIVIDUAL; RAJ LAHOTI, AN INDIVIDUAL; AND DOES 1 THROUGH 10,<br><br>DEFENDANTS. | CASE NO: CV 06-7561 PA (CWx)<br>HON. PERCY ANDERSON<br><br>**DEFENDANTS' COMPENDIUM OF DECLARATIONS AND EXHIBITS RE OPPOSITION TO PLAINTIFFS' MOTION FOR CONTEMPT**<br><br>**Hearing:**<br>Date:     February 2, 2009<br>Time:    1:30 P.M.<br>Place:   Courtroom Of The Hon. Percy Anderson |

# TABLE OF CONTENTS

## DECLARATIONS

Page

Declaration of Scott Annett
    (including authentication of exhibits 1-2) ................................... 29-35
Declaration of David Gray
    (including authentication of exhibits 11-23) ............................... 36-88
Declaration of Raj Lahoti
    (including authentication of exhibits 24-27) ............................. 89-106
Declaration of Christopher Baldwin
    (no exhibits) ............................................................................. 107-109
Declaration of Brian Daucher
    (including authentication of exhibits 31-33) ......................... 110-124
Declaration of Mark Alcock
    (attaching Exhibits 1-2, 24-26) ............................................... 125-143

## EXHIBITS

Exhibit No.

Omniture, Inc.'s Data Warehouse Report ............................................. 1
Chart Summarizing Report ................................................................... 2
JavaScript Screen Shot (Cookies Enabled) ......................................... 11
JavaScript Screen Shot (Cookies Disabled) ........................................ 12
Trafficschool.com Screen Shot (Cookies Disabled) ........................... 13
WebMD Screen Shot (Displaying "Click-Box") ................................ 14
Omniture, Inc. Statistical Report ......................................................... 15
Amazon.com Screenshots (Installation of cookies) ............................ 16
Amazon.com Screenshot (Cookies are "safe") ................................... 17
Article – "Promotion Tip: Splash Pages May Drown Your Website" ..... 18
Article – "Why Splash Pages Are Bad for Rankings" ........................ 19
Article – "About.com: Web Design/HTML Splash Pages: Pros and Cons" .......... 20

## Cont. of TABLE OF CONTENTS

                                                                                                    Exhibit No.

Article – "Why Avoid a Splash Page" ..................................................................21
W3schools.com Screenshot (Showing Increasing use of JavaScript) .....................22
Counter.com Screenshots (Showing usage of JavaScript) .....................................23
DMV.ORG Screenshots (Displaying disclaimer)..................................................24
DMV.ORG Screenshot (Displaying disclaimer) ...................................................25
DMV.ORG Screenshot (Displaying acknowledgement click-throughs).................26
Compete.com Analytics Reports............................................................................27
NO EXHIBIT ........................................................................................................28
NO EXHIBIT ........................................................................................................29
NO EXHIBIT ........................................................................................................30
ECF Notice from August 28, 2008 .......................................................................31
Email from Plaintiffs' Counsel dated 9/2/08.........................................................32
Email between Counsel dated 9/3/08 to 9/16/08 ..................................................33