BRIAN M. DAUCHER, CAL. BAR NO. 174212
ASHLEY E. MERLO, CAL. BAR NO. 247997
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
650 TOWN CENTER DRIVE, 4TH FLOOR
COSTA MESA, CA 92626-1993
TELEPHONE:   714.513.5100
FACSIMILE:    714.513.5130
bdaucher@sheppardmullin.com
amerlo@sheppardmullin.com

PAMELA L. JOHNSTON, CAL. BAR NO. 132558
JAIME B. GUERRERO, CAL. BAR NO. 192211
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET
LOS ANGELES, CA  90071-2300
TELEPHONE:   213.972.4500
FACSIMILE:    213.486.0065
pjohnston@foley.com
jguerrero@foley.com

ANDREW B. SERWIN, CAL. BAR NO. 179493
**FOLEY & LARDNER LLP**
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA  92101-3542
TELEPHONE:   619.234.6655
FACSIMILE:    619.234.3510
aswerwin@foley.com

ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., A CALIFORNIA CORPORATION; DRIVERS ED DIRECT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>PLAINTIFFS,<br><br>VS.<br><br>EDRIVER, INC.; ONLINE GURU, INC.; FIND MY SPECIALIST, INC., AND SERIOUSNET, INC., CALIFORNIA CORPORATIONS; RAVI K. LAHOTI, AN INDIVIDUAL; RAJ LAHOTI, AN INDIVIDUAL; AND DOES 1 THROUGH 10,<br><br>DEFENDANTS. | CASE NO: CV 06-7561 PA (CWX)<br><br>**DECLARATION OF RAJ LAHOTI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CONTEMPT**<br><br>Hearing:<br>Date: February 2, 2009, 1:30 p.m.<br>Time: 1:30 p.m.<br>Judge: Courtroom of the Hon. Percy Anderson |

I, Raj Lahoti, hereby declare the following:

1. I am the Chief Executive Officer and President of Online Guru, Inc. ("Online Guru") defendant in this matter. I have personal knowledge of the facts

1

hereinafter stated and hereby testify competently thereto as a witness in the above-captioned matter.

2. Online Guru owns the DMV.ORG domain name and is responsible for managing the business operations and content of the website located at www.dmv.org (the "Website").

3. On August 29, 2008, the day after I received a copy of the Judgment and Permanent Injunction ("Injunction"), we launched the splash page as required by the Court. We were able to do so because Online GURU had already begun taking diligent steps in preparation for the deployment of a splash page during the summer of 2008 when we first received a copy of the court's proposed injunction.

4. Specifically, upon receipt of the Court's Proposed Injunction (dated on or about June 5, 2008), Online Guru assembled a team to research, deploy, analyze and prototype a splash page. I assembled a team at Online Guru to meet and review our records on this project on or about January 12, 2009. Based on our meeting and discussions, we estimate that over 400 hours were spent in relation to the deployment of the splash page. This number encompasses my involvement as well as the involvement of the company's Director of Technology, Senior Developers, Product Management, Designers, Release Engineer, Senior Vice President of Business Development, Vice President of Finance & Operations, and Director of Analytics.

5. As Online Guru's CEO, I was personally involved in discussions and decision-making regarding the deployment, implementation and support of the splash page as per the Injunction. I know from my personal participation in this deployment effort that in addition to implementing the splash page pursuant to the Injunction, Online Guru has also voluntarily and proactively employed additional measures, clearly visible to each and every visitor, to ensure that visitors to the DMV.ORG website remain aware that they are visiting a privately-owned, independent website, regardless of whether or not a splash page is displayed:

    a. a disclaimer in an exclusive highlighted section at the top of each

and every webpage displaying the following statement larger than required by the Court on the splash page itself: "DMV.ORG is a privately owned website that is not owned or operated by any government agency." This disclaimer was posted on or about June 12, 2008. Attached hereto as Exhibit 24 are true and correct copies of screenshots of DMW.ORG pages displaying such disclaimer;

   b. the use of "Unofficial Guide to the DMV" in the logo at the top of every page; and, use of "Unofficial Guide to the DMV" on the home page and each state home page. These disclaimers were posted on or about May 2007.

   c. an additional disclaimer at the bottom of each and every webpage stating: "***Please note that DMV.ORG is not owned, operated, or affiliated with any government agency.***" This has been in place since in or about early 2004. Attached hereto as Exhibit 25 is a true and correct copy of a screenshot of DMV.ORG displaying such disclaimer;

   d. visitors to DMV.ORG wishing to send a communication to the website must click through an affirmative acknowledgement checkbox further confirming the user's understanding that the website is the privately-owned and asking that they not send personal/confidential information such as drivers license and social security numbers. Specifically, it states: "* ☑ I acknowledge that DMV.ORG is a **privately owned website** that is **not** owned or operated by any state government agency." This was posted on or about June 12, 2008. Attached hereto as Exhibit 26 are true and correct copies of screenshots displaying such acknowledgement click-thrus.

  6. Omniture, Inc. is a third party company that licenses web analytics software. Omniture software is an industry standard tool used for tracking website internet traffic and related statistics. Online Guru has a license to use Omniture's web analytics software. Online Guru is therefore able to access a variety of forms of traffic data for the DMV.ORG website through Omniture, and our company routinely retrieves and reviews these reports in the regular course of business.

  7. As Online Guru's CEO, I personally and routinely review reports from

3

DECLARATION OF RAJ LAHOTI
CASE NO: CV 06-7561 PA (CWX)

Omniture on a regular basis to analyze the performance of our websites, including DMV.ORG website. Among the statistics that I review on a regular basis is the one that tracks the number of unique visitors and page views to DMV.ORG.

8.  As Online Guru's CEO, I also routinely review statistics of other websites on the Internet. To do this, I often use the tools provided by http://www.compete.com ("Compete.com"). Compete.com is a third-party website offering web analytics tools, and providing free statistics regarding almost every website on the Internet – including site traffic history. I have pulled analytics reports from Compete.com for the following state owned department of motor vehicle websites: California, Nevada, New York and Utah. Attached hereto as Exhibit 27 are true and correct copies of such reports. According to these reports, user traffic for these websites has decreased since the end of August 2008 – the time period when the splash page went live on DMV.ORG.

9.  Among its many services, DMV.ORG provides users with links to various web pages and resources posted on such state owned department of motor vehicle websites. State DMV's have begun major initiatives to encourage people to handle their issues online rather than coming into the DMV. These initiatives are designed to save taxpayer dollars by decreasing the burden on DMV employees and by streamlining processes. DMV.ORG has become a valuable and free marketing tool for all 50 states' DMV's as they receive traffic from users, many of whom were NOT intending to find DMV information online, but coming to DMV.ORG for some other reason, and learning about the online services offered by their state. This saves taxpayer dollars, and helps states cut costs, helping states and the public.

10. DMV.ORG also saves users time and frees up DMV resources by offering alternative means to find solutions such as DMV.ORG Answers. DMV.ORG Answers is a revolutionary service which allows users to post common DMV questions to an online community hosted by DMV.ORG, rather than adding to the already long lines at the DMV for answers to basic questions. These questions are then answered and rated/reviewed for helpfulness by other users in the online community. Common

4

questions which are addressed on DMV.ORG include questions about license& IDs, education and testing, registration and training, buying and selling, tickets and accidents, insurance, reports and records, law, rules, and regulations, and local DMV offices. Visitors to DMV Answers can browse questions by search terms or view questions by the state which the question concerns.

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on January 20, 2009 in San Diego, California.

*/s/ Raj Lahoti*
_____
Raj Lahoti

Exhibit 24





**Exhibit 25**



Exhibit 26





**Exhibit 27**


 compete

scott.annett@onlineguru.com | Upgrade to | MyCompete | Help/FAQs | Sign Out

## Site Analytics

| dmv.ca.gov | vs. | vs. | vs. | vs. | |  Get Site Analytics | clear |

### Profile    Visitors  Engagement  Growth    Portfolio: [---------]

**Timeframe:** 1 year (12/2007 - 12/2008)      Unique Visitors - Monthly

Add View to Portfolio
See my Portfolio

**Unique Visitors**
-•- dmv.ca.gov



Smartphone Intelligence
Your key to understanding the mobile consumer

### Subdomains

- ca.gov
  1. **dmv.ca.gov**
  2. edd.ca.gov
  3. www.edd.ca.gov

See all 612 subdomains for ca.gov.

Use This Data: Embed Graph | Export CSV | Show Permalink

 **Search Analytics**

| Date: 12/2008 | People | Month Δ | Year Δ | What is this? |
|---|---|---|---|---|
| ✓ dmv.ca.gov | 1,584,112 | 4.4% ↑ | 15.1% ↑ | The number of people visiting a site. See Full Description |

**Top Keywords Driving Traffic:**

There is no search data available for this domain.

Compete triangulates multiple data sources, including ISP, Panel & Toolbar to estimate U.S. traffic. **Learn more.**

**Compete Search Analytics** sheds light on your rivals' search strategies, and helps you build more effective campaigns. Learn more.

 **Introducing Referral Analytics**
Where is traffic coming from? Where is traffic going?

### About dmv.ca.gov

**Category:** Uncategorized
**View Count:** 9
**Site Rating:**
          Help rate this site by
          clicking a site rating above.
Whois                              AboutUs.org

### Company Profile    ⊕ zoominfo

**Company:** DMV
**Location:** New Castle, Delaware United States


Developers   Buzz & Press   About   Contact Us   Tell a Friend   Compete, Inc.

© 2000-2008 Compete™, Inc. - Terms of Service - Privacy Policy

# compete

## Site Analytics

| dmvnv.com | vs. | | vs. | | vs. Login to Enable | vs. Login to Enable | Get Site Analytics | clear |

### Profile
Visitors    Engagement    Growth

Login to MyCompete to save this SnapShot

**Timeframe:**    Unique Visitors - Monthly



**Unique Visitors** — dmvnv.com

Use This Data: Embed Graph | Export CSV | Show Permalink

| Date: 12/2008 | People | Month Δ | Year Δ | What is this? |
|---|---|---|---|---|
| dmvnv.com | 160,200 | 4.3% ↑ | 6.0% ↑ | The number of people visiting a site. See Full Description |

Compete triangulates multiple data sources, including ISP, Panel & Toolbar to estimate U.S. traffic. Learn more.



**Introducing Referral Analytics**
Where is traffic coming from? Where is traffic going?

### Smartphone Intelligence
Your key to understanding the mobile consumer

### Subdomains
- **dmvnv.com**
    None

Login or Register in order to view more Subdomain data. It's free and easy. Register today.

### Search Analytics
**Top Keywords Driving Traffic:**
1. nevada dmv
2. dmvnv
3. dmvnv.com
4. www.dmvnv.com
5. nv dmv

See all 249 keywords that drive traffic to dmvnv.com.

Compete Search Analytics sheds light on your rivals' search strategies, and helps you build more effective campaigns. Learn more.

### About dmvnv.com
**Category:** Uncategorized
**View Count:** 96
**Site Rating:**
    Help rate this site by clicking a site rating above.

Whois                          AboutUs.org

### Company Profile    zoominfo

**Company:** Nevada Department of Motor Vehicles
**Location:** Carson City, Nevada United States
**Description:** The Nevada Department of Motor Vehicles and Public Safety is offering new Saturday hours at the DMV branch office in Hen... Show More



## Site Analytics

nysdmv.com  vs.  vs.  vs. Login to Enable  vs. Login to Enable    Get Site Analytics | clear

### Profile

Visitors    Engagement    Growth

Login to MyCompete to save this SnapShot

**Timeframe:** 1 year (12/2007 - 12/2008)

Unique Visitors - Monthly



**Use This Data:** Embed Graph | Export CSV | Show Permalink

| Date: 12/2008 | People | Month Δ | Year Δ | What is this? |
|---|---|---|---|---|
| nysdmv.com | 380,367 | 27.8%↑ | 17.3%↑ | The number of people visiting a site. See Full Description |

Compete triangulates multiple data sources, including ISP, Panel & Toolbar to estimate U.S. traffic. **Learn more.**



**Introducing Referral Analytics**
Where is traffic coming from? Where is traffic going?



Who are your competitors targeting? CLICK FOR MARKET DYNAMICS REPORTS

### Subdomains

- **nysdmv.com**

    None

Login or Register in order to view more Subdomain data. It's free and easy. Register today.

### Search Analytics

**Top Keywords Driving Traffic:**

1. www.nysdmv.com
2. nysdmv
3. nysdmv.com/renew/default.html
4. nysdmv.com
5. nysdmv.com renew default.html

See all 423 keywords that drive traffic to nysdmv.com.

**Compete Search Analytics** sheds light on your rivals' search strategies, and helps you build more effective campaigns. Learn more.

### About nysdmv.com

**Category:** Government >> State and Local
**View Count:** 97
**Site Rating:**
        Help rate this site by
        clicking a site rating above.
Whois                    AboutUs.org

### Company Profile    zoominfo

**Company:** NYS DMV
**Location:** Albany, New York United States
**Description:** NYS DMV, NYSDMV, New York State Department of Motor Vehicles, driver license, vehicle title, vehicle registration, vehic... Show More



## Site Analytics

utah.gov vs. vs. vs. Login to Enable vs. Login to Enable  Get Site Analytics | clear

### Profile

Visitors  Engagement  Growth

Login to MyCompete to save this SnapShot

**Timeframe:** 1 year (12/2007 - 12/2008)

Unique Visitors - Monthly





Introducing Referral Analytics

**Subdomains**

- **utah.gov**
    1. jobs.utah.gov
    2. www.utah.gov
    3. secure.utah.gov

See all 134 subdomains for utah.gov.

Login or Register in order to view more Subdomain data. It's free and easy. Register today.

| Date: 12/2008 | People | Month Δ | Year Δ | What is this? |
|---|---|---|---|---|
| utah.gov | 828,831 | -5.6% ↓ | -1.1% ↓ | The number of people visiting a site. See Full Description |

Compete triangulates multiple data sources, including ISP, Panel & Toolbar to estimate U.S. traffic. Learn more.





**Top Keywords Driving Traffic:**

1. * site:utah.gov
2. utah jobs
3. utah
4. *
5. jobs.utah.gov

See all 3,259 keywords that drive traffic to utah.gov.

**Compete Search Analytics** sheds light on your rivals' search strategies, and helps you build more effective campaigns. Learn more.

### About utah.gov

**Category:** Government >> State and Local
**View Count:** 1,077
**Site Rating:**
Help rate this site by clicking a site rating above.

Whois  AboutUs.org