# Exhibit 11

Trafficschool.com With Javascript



# Exhibit 12

Trafficschool.com without Javascript



# Exhibit 13



# Exhibit 14



# Exhibit 15

Company: Online Guru
URL: dmv.org
Site: dmv.org

## Browsers Report

Reporting Date: December 2008
Search: None

### Graph



- 52.1% Microsoft Internet Explo...
- 21.2% Microsoft Internet Expl...
- 14.5% Mozilla Firefox 3.0
- 2.7% Mozilla Firefox 2.0.0.1
- 2.0% Safari (unknown version)
- 7.5% All Other Browsers

**Browsers**                                              December 2008

Graph Generated by SiteCatalyst using Report Accelerator at 2:59 PM PST, 18 Jan 2009

### Details

| | Browser | Visitors | % | Internet Avg % | Splash Impression | Unsupported Visitors |
|---|---|---|---|---|---|---|
| 1. | Microsoft Internet Explorer 7.0 | 1,732,845 | 52.09% | 48.76% | YES | 0 |
| 2. | Microsoft Internet Explorer 6.0 | 704,011 | 21.16% | 24.89% | YES | 0 |
| 3. | Mozilla Firefox 3.0 | 483,299 | 14.53% | 14.07% | YES | 0 |
| 4. | Mozilla Firefox 2.0.0.1 | 89,472 | 2.69% | 0.91% | YES | 0 |
| 5. | Safari (unknown version) | 67,023 | 2.01% | 3.29% | YES | 0 |
| 6. | Safari 3.1.2 | 65,596 | 1.97% | 1.85% | YES | 0 |
| 7. | Microsoft Internet Explorer 8 | 31,806 | 0.96% | 0.90% | YES | 0 |
| 8. | Microsoft Internet Explorer 6.0 (AOL) | 24,784 | 0.75% | 0.18% | YES | 0 |
| 9. | Mozilla Firefox 2.0.0.2 | 20,831 | 0.63% | 1.42% | YES | 0 |
| 10. | Microsoft MSN Explorer 9.0 | 14,988 | 0.45% | 0.36% | YES | 0 |
| 11. | Google Chrome 1.0 | 13,271 | 0.40% | 0.14% | YES | 0 |
| 12. | Safari 3.0.4 | 12,054 | 0.36% | 0.41% | YES | 0 |
| 13. | Google Chrome (unknown version) | 6,765 | 0.20% | 0.68% | YES | 0 |
| 14. | Google Chrome 0.2 | 6,688 | 0.20% | 0.01% | YES | 0 |
| 15. | Microsoft MSN Explorer | 5,195 | 0.16% | 0.47% | YES | 0 |
| 16. | Safari 3.1.1 | 4,164 | 0.13% | 0.13% | YES | 0 |
| 17. | Mozilla Firefox 1.5.0.1 | 3,978 | 0.12% | 0.08% | YES | 0 |
| 18. | Mozilla (Gecko) 1.7.1 | 3,645 | 0.11% | 0.05% | YES | 0 |
| 19. | Safari 1.3.2 | 3,084 | 0.09% | 0.11% | YES | 0 |
| 20. | Safari 2.0.4 | 3,068 | 0.09% | 0.10% | YES | 0 |
| 21. | Mozilla Firefox 2.0 | 2,544 | 0.08% | 0.10% | YES | 0 |
| 22. | Mozilla Firefox (unknown version) | 1,941 | 0.06% | 0.09% | YES | 0 |
| 23. | Mozilla (Gecko) (unknown version) | 1,826 | 0.05% | 0.03% | YES | 0 |
| 24. | Mozilla Firefox 2.0.0.6 | 1,613 | 0.05% | 0.05% | YES | 0 |
| 25. | Mozilla (Gecko) 1.8 | 1,596 | 0.05% | 0.06% | YES | 0 |
| 26. | Microsoft MSN Explorer 6.1 | 1,562 | 0.05% | 0.10% | YES | 0 |
| 27. | Microsoft Internet Explorer 5.5 | 1,426 | 0.04% | 0.06% | YES | 0 |
| 28. | Safari 3.1 | 1,348 | 0.04% | 0.05% | YES | 0 |
| 29. | Mozilla Firefox 2.0.0.4 | 1,299 | 0.04% | 0.05% | YES | 0 |
| 30. | Mozilla Firefox 2.0.0.3 | 1,290 | 0.04% | 0.04% | YES | 0 |
| 31. | Mozilla Firefox 1.5.0 | 1,235 | 0.04% | 0.06% | YES | 0 |
| 32. | Mozilla Firefox 2.0.0.9 | 1,157 | 0.03% | 0.04% | YES | 0 |
| 33. | Mozilla Firefox 1.0.7 | 1,110 | 0.03% | 0.02% | YES | 0 |
| 34. | Netscape Navigator 7.2 | 1,077 | 0.03% | 0.02% | YES | 0 |
| 35. | Mozilla Firefox 2.0.0.7 | 996 | 0.03% | 0.04% | YES | 0 |
| 36. | Mozilla Firefox 1.0 | 846 | 0.03% | 0.02% | YES | 0 |
| 37. | Mozilla Firefox 1.0.6 | 460 | 0.01% | 0.01% | YES | 0 |
| 38. | Netscape Navigator 3.0 | 391 | 0.01% | 0.06% | YES | 0 |
| 39. | Mozilla Firefox 1.0.4 | 385 | 0.01% | 0.01% | YES | 0 |
| 40. | Netscape Navigator 8.1 | 320 | 0.01% | 0.00% | YES | 0 |
| 41. | Safari 2.0.3 | 301 | 0.01% | 0.01% | YES | 0 |
| 42. | Mozilla Firefox 1.5 | 271 | 0.01% | 0.02% | YES | 0 |
| 43. | Mozilla Firefox 3.0 beta | 251 | 0.01% | 0.01% | YES | 0 |
| 44. | Mozilla (Gecko) 0.9.4 | 250 | 0.01% | 0.00% | NO | 250 |
| 45. | Mozilla (Gecko) 1.0.2 | 242 | 0.01% | 0.00% | YES | 0 |
| 46. | Microsoft Internet Explorer 5.5 (AOL) | 233 | 0.01% | 0.00% | YES | 0 |
| 47. | Microsoft Internet Explorer (unknown version) | 228 | 0.01% | 0.02% | YES | 0 |
| 48. | Microsoft MSN Explorer 8.0 | 221 | 0.01% | 0.01% | YES | 0 |
| 49. | Mozilla Firefox 1.5.0.3 | 212 | 0.01% | 0.01% | YES | 0 |

| | | | | | |
|---|---|---|---|---|---|
| 50. | Microsoft Internet Explorer 5.0 | 194 | 0.01% | 0.02% | YES | 0 |
| 51. | Netscape Navigator 7.1 | 189 | 0.01% | 0.01% | YES | 0 |
| 52. | Microsoft Internet Explorer 5.23 (Macintosh) | 175 | 0.01% | 0.00% | NO | 175 |
| 53. | Safari 2.0 | 170 | 0.01% | 0.01% | YES | 0 |
| 54. | Microsoft MSN Explorer 2.5 | 161 | 0.00% | 0.00% | YES | 0 |
| 55. | Microsoft MSN Internet Access | 159 | 0.00% | 0.00% | YES | 0 |
| 56. | Safari 1.0.3 | 157 | 0.00% | 0.00% | YES | 0 |
| 57. | Microsoft Internet Explorer 5.01 | 151 | 0.00% | 0.03% | YES | 0 |
| 58. | Safari 1.3 | 147 | 0.00% | 0.01% | YES | 0 |
| 59. | Mozilla (Gecko) 1.7.13 | 137 | 0.00% | 0.00% | YES | 0 |
| 60. | MSN TV2 | 124 | 0.00% | 0.01% | NO | 124 |
| 61. | Microsoft Internet Explorer 5.17 (Macintosh) | 91 | 0.00% | 0.00% | NO | 91 |
| 62. | Mozilla (Gecko) 1.7 | 86 | 0.00% | 0.00% | YES | 0 |
| 63. | Konqueror 3 | 82 | 0.00% | 0.00% | YES | 0 |
| 64. | Safari 3.0.3 | 81 | 0.00% | 0.00% | YES | 0 |
| 65. | Mozilla Firefox 1.5.0.2 | 81 | 0.00% | 0.00% | YES | 0 |
| 66. | Safari 3.0.0 | 67 | 0.00% | 0.00% | YES | 0 |
| 67. | Microsoft Internet Explorer 5.22 (Macintosh) | 63 | 0.00% | 0.00% | NO | 63 |
| 68. | Safari 1.3.1 | 60 | 0.00% | 0.00% | YES | 0 |
| 69. | Safari 2.0.2 | 60 | 0.00% | 0.00% | YES | 0 |
| 70. | Netscape Navigator 7.0 | 53 | 0.00% | 0.00% | YES | 0 |
| 71. | Netscape Navigator 7.02 | 48 | 0.00% | 0.00% | YES | 0 |
| 72. | Mozilla (Gecko) 1.7.3 | 47 | 0.00% | 0.00% | YES | 0 |
| 73. | Mozilla Firefox 1.0.5 | 47 | 0.00% | 0.00% | YES | 0 |
| 74. | Netscape Navigator 4.0 | 45 | 0.00% | 0.03% | YES | 0 |
| 75. | Microsoft Internet Explorer 7.0 beta | 43 | 0.00% | 0.00% | YES | 0 |
| 76. | Mozilla Firefox 3.0 alpha | 43 | 0.00% | 0.00% | YES | 0 |
| 77. | Safari 1.2 | 42 | 0.00% | 0.00% | YES | 0 |
| 78. | Opera 8.x (unknown version) | 39 | 0.00% | 0.00% | YES | 0 |
| 79. | Safari 1.2.4 | 38 | 0.00% | 0.00% | YES | 0 |
| 80. | Mozilla (Gecko) 1.7.5 | 37 | 0.00% | 0.00% | YES | 0 |
| 81. | Opera 9.x (unknown version) | 33 | 0.00% | 0.00% | YES | 0 |
| 82. | Mozilla (Gecko) 1.7.2 | 31 | 0.00% | 0.00% | YES | 0 |
| 83. | Mozilla (Gecko) 1.6 | 29 | 0.00% | 0.00% | YES | 0 |
| 84. | Microsoft Internet Explorer 5.14 (Macintosh) | 28 | 0.00% | 0.00% | NO | 28 |
| 85. | Safari 2.0.1 | 27 | 0.00% | 0.00% | YES | 0 |
| 86. | Microsoft Internet Explorer 5.16 (Macintosh) | 22 | 0.00% | 0.00% | NO | 22 |
| 87. | Netscape Navigator 2.0 | 22 | 0.00% | 0.00% | YES | 0 |
| 88. | Safari 1.2.3 | 22 | 0.00% | 0.00% | YES | 0 |
| 89. | Mozilla Firefox 1.5 beta | 20 | 0.00% | 0.00% | YES | 0 |
| 90. | Web TV | 19 | 0.00% | 0.00% | NO | 19 |
| 91. | Safari 1.1 | 18 | 0.00% | 0.00% | YES | 0 |
| 92. | Mozilla (Gecko) 1.2.1 | 16 | 0.00% | 0.00% | YES | 0 |
| 93. | Mozilla (Gecko) 1.5 | 15 | 0.00% | 0.00% | YES | 0 |
| 94. | Safari 1.0 | 14 | 0.00% | 0.00% | YES | 0 |
| 95. | Safari 3.0.2 | 14 | 0.00% | 0.00% | YES | 0 |
| 96. | Microsoft MSN Explorer 2.6 | 14 | 0.00% | 0.00% | YES | 0 |
| 97. | Opera (unknown version) | 12 | 0.00% | 0.00% | YES | 0 |
| 98. | AOL 9.0 | 11 | 0.00% | 0.00% | YES | 0 |
| 99. | Opera 8.5 | 11 | 0.00% | 0.00% | YES | 0 |
| 100. | Safari 1.1.1 | 11 | 0.00% | 0.00% | YES | 0 |
| 101. | Opera 8.51 | 10 | 0.00% | 0.00% | YES | 0 |
| 102. | Mozilla Firefox 2.0 beta | 8 | 0.00% | 0.00% | YES | 0 |
| 103. | Netscape Navigator 8.0 | 8 | 0.00% | 0.00% | YES | 0 |
| 104. | Opera 8.54 | 7 | 0.00% | 0.00% | YES | 0 |
| 105. | Galeon (unknown version) | 7 | 0.00% | 0.00% | YES | 0 |
| 106. | Netscape Navigator 1.1 | 7 | 0.00% | 0.00% | YES | 0 |
| 107. | Microsoft Internet Explorer 5.0 (AOL) | 6 | 0.00% | 0.00% | YES | 0 |
| 108. | Opera 7.54 | 6 | 0.00% | 0.00% | YES | 0 |
| 109. | Netscape Navigator 1.2 | 5 | 0.00% | 0.00% | YES | 0 |
| 110. | Mozilla (Gecko) 1.4 | 5 | 0.00% | 0.00% | YES | 0 |
| 111. | Mozilla (Gecko) 1.4.1 | 5 | 0.00% | 0.00% | YES | 0 |
| 112. | Konqueror (unknown version) | 4 | 0.00% | 0.00% | YES | 0 |
| 113. | Microsoft Internet Explorer 6.0 beta | 4 | 0.00% | 0.00% | YES | 0 |
| 114. | Mozilla (Gecko) 1.3.1 | 4 | 0.00% | 0.00% | YES | 0 |
| 115. | Java (unknown version) | 4 | 0.00% | 0.01% | NO | 4 |
| 116. | Netscape Navigator 8.0.3.3 | 4 | 0.00% | 0.00% | YES | 0 |
| 117. | Mozilla (Gecko) 1.0.1 | 4 | 0.00% | 0.00% | YES | 0 |
| 118. | Safari 1.2.2 | 3 | 0.00% | 0.00% | YES | 0 |
| 119. | Konqueror 3.4 | 3 | 0.00% | 0.00% | YES | 0 |
| 120. | Opera 7.11 | 2 | 0.00% | 0.00% | YES | 0 |
| 121. | Netscape Navigator 8.0.3.4 | 2 | 0.00% | 0.00% | YES | 0 |
| 122. | Opera 7.52 | 2 | 0.00% | 0.00% | YES | 0 |
| 123. | Microsoft Internet Explorer 4.01 | 2 | 0.00% | 0.00% | YES | 0 |
| 124. | Netscape Navigator 4.61 | 2 | 0.00% | 0.00% | NO | 2 |

| | | | | | |
|---|---|---|---|---|---|
| 125. Netscape Navigator 4.7 | 2 | 0.00% | 0.00% | NO | 2 |
| 126. Netscape Navigator 8.0.2 | 2 | 0.00% | 0.00% | YES | 0 |
| 127. Opera 8.53 | 2 | 0.00% | 0.00% | YES | 0 |
| 128. Opera 8.02 | 2 | 0.00% | 0.00% | YES | 0 |
| 129. Opera 8.0 | 2 | 0.00% | 0.00% | YES | 0 |
| 130. Mozilla (Gecko) 1.4.2 | 2 | 0.00% | 0.00% | YES | 0 |
| 131. Konqueror 3.2 | 2 | 0.00% | 0.00% | YES | 0 |
| 132. Mozilla (Gecko) 1.0 | 2 | 0.00% | 0.00% | YES | 0 |
| 133. Microsoft MSN Explorer 6.0 | 2 | 0.00% | 0.00% | YES | 0 |
| 134. Opera 7.23 | 1 | 0.00% | 0.00% | NO | 1 |
| 135. Safari 3.0.1 | 1 | 0.00% | 0.00% | YES | 0 |
| 136. Netscape Navigator 2.01 | 1 | 0.00% | 0.00% | YES | 0 |
| 137. Netscape Navigator 6.1 | 1 | 0.00% | 0.00% | NO | 1 |
| 138. Netscape Navigator 2.02 | 1 | 0.00% | 0.00% | NO | 1 |
| 139. Opera 7.50 | 1 | 0.00% | 0.00% | YES | 0 |
| 140. Netscape Navigator Gold 3.01 | 1 | 0.00% | 0.00% | YES | 0 |
| 141. Netscape Navigator 4.51 | 1 | 0.00% | 0.00% | NO | 1 |
| 142. Mozilla (Gecko) 1.1 | 1 | 0.00% | 0.00% | YES | 0 |
| 143. Microsoft Internet Explorer 4.01 (AOL) | 1 | 0.00% | 0.00% | YES | 0 |
| 144. Konqueror 2.2 | 1 | 0.00% | 0.00% | YES | 0 |
| 145. Netscape Navigator 4.75 | 1 | 0.00% | 0.00% | NO | 1 |
| 146. Opera 7.02 | 1 | 0.00% | 0.00% | YES | 0 |
| 147. Microsoft FrontPage (unknown version) | 1 | 0.00% | 0.00% | NO | 1 |
| 148. Opera 8.01 | 1 | 0.00% | 0.00% | YES | 0 |
| 149. Mozilla (Gecko) 0.9.3 | 1 | 0.00% | 0.00% | NO | 1 |
| 150. Opera 8.52 | 1 | 0.00% | 0.00% | YES | 0 |
| 151. Mozilla (Gecko) 1.3 | 1 | 0.00% | 0.00% | YES | 0 |
| 152. Konqueror 3.1 | 1 | 0.00% | 0.00% | YES | 0 |
| 153. Opera 6.02 | 1 | 0.00% | 0.00% | YES | 0 |
| 154. Wget (unknown version) | 1 | 0.00% | 0.00% | NO | 1 |
| 155. Opera 7.51 | 1 | 0.00% | 0.00% | YES | 0 |
| 156. Microsoft Internet Explorer 4.0 | 1 | 0.00% | 0.00% | NO | 1 |
| 157. Netscape Navigator 8.0.1 | 1 | 0.00% | 0.00% | YES | 0 |
| 158. Galeon 1.3.5 | 1 | 0.00% | 0.00% | YES | 0 |
| 159. Galeon 1.2.6 | 1 | 0.00% | 0.00% | YES | 0 |
| **Total** | **3,326,662** | | | 139 (YES)  20 (NO) | 789 |
| | | | | | 0.02% |

ï¿½ 1997-2009 by Omniture, Inc. Patents Pending.

Omniture Headquarters: 550 East Timpanogos Circle   Orem, Utah 84097

CONFIDENTIAL

Omnitureï¿½ and SiteCatalystï¿½ are register trademarks of Omniture, Inc. in the United States, Japan, and the European Community.

Omniture products and services are licensed under the following NetRatings patents: 5,675,510, 5,796,952, 6,115,680, 6,108,637, 6,138,155, 6,643,696, and 6,763,386.

# Exhibit 16

Cookies enabled on Amazon.com homepage



Additional cookie enbabled on a particular product page on Amazon.com



Additional cookie enabled when items placed in shopping cart on Amazon.com



# Exhibit 17



# Exhibit 18



# eWebArchitecture
## SOLUTIONS FOR THE INFORMATION AGE

Home    About Us    Hip Tips    Portfolio    Pricing    Contact Us

**SERVICES**

- Web Site Design
- eCommerce
- Web Programming
- Web Databases

**HIP TIPS**

**Usability Tip:**
RESET Button and Forms

No online form would be complete without a SUBMIT button. But what about that other button: the CLEAR or RESET button that erases the user's input? Does it help the user? Generally, the answer is no. Often a RESET button does more harm than good.

# Promotion Tip: Splash Pages May Drown Your Site

By: Larisa Thomason, Senior Web Analyst, NetMechanic, Inc.

Close your eyes and imagine using a design technique for your Web site that increases page load time, encourages people to leave the site, confuses search engines, and discourages repeat visitors. Did you imagine a splash page? You should have.

## Digital Book Covers

A splash page is basically a digital version of a traditional book cover. Its purpose is to set a mood for the rest of the site or reinforce a brand; it usually consists of an eye-catching graphic and little or no actual content. Like a book cover, the splash page is designed to intrigue visitors and entice them to enter the site and learn more.

It doesn't always work that way. Some sites that have tried splash pages found that more than 25% of their visitors left the site immediately. These statistics have lead many organizations to ban them. For instance, the Web site guidelines on the PBS Online page advise the following:

> "In most cases, PBS Online discourages the use of splash pages, because our users complain of unnecessary download time. Producers

**HTML Tip:**
Renewed Importance Of META Tags

META tags are back — at least with some search engines. Depending on your site design and technology, good META tags may be one route to improved search engine rank.

**CSS Tip:**
You Are Here

One easy way to make your navigation menu more user-friendly is to disable the current page in the menu. We'll show you how to accomplish this using basic HTML and CSS: no JavaScript or PHP coding required!

**Search Tips:**
Search Tip Archive

who have created splash pages, often end up taking them down at the request of their audiences."

## Visitors Want Information Quickly

Audience preference is important: visitors to your Web site want information to be served up quickly and in an understandable format. First-time visitors have to wait for the splash page to load, click to enter the actual site, and then wait again to view the home page. That's quite a time commitment since they can't tell if your content is valuable to them until the second page loads.

Repeat visitors get even more frustrated. That dazzling graphic on the splash page may have been entertaining at first, but its appeal drops sharply on subsequent visits. Web-savvy visitors may bookmark your internal pages to avoid the splash page, but why take the chance?

## Slam The Door On Search Engines

You may also have problems achieving a high search engine rank. Most search engine algorithms rank pages based on a combination of HTML code elements, page content, and link popularity. Splash pages, deficient in all three areas, often turn away spiders as efficiently as they turn away visitors. META tags with keywords and descriptions help spiders index splash pages, but the absence of links and content hurts the page's overall search engine ranking.

Furthermore, a splash page adds another level to your site. Many search engine spiders only crawl through the first three levels of a site when they index and rank pages. A splash page hides some of your content from search engines by adding another level without adding much value to the site.

## When To Use A Splash Page

Some Web sites do get value from splash pages in specific circumstances.

- **Intentionally Turn Away Visitors:** Yes, some sites actually want to make it harder to view their content. The most common examples are adult-oriented sites that post warnings to turn away minors and anyone who visits by mistake. Other sites that operate on a subscription-only basis or contain private information may also use a splash page and require a password before visitors go deeper into the site.

- **Redirect Visitors:** Sites that use plug-ins (like Flash and Shockwave) sometimes use a splash page that tests for plug-ins on the visitor's browser and routes the visitor accordingly. Other sites offer visitors the option of viewing the site with or without the plug-ins. Consider, though, whether you want to spend time designing pages that require special plug-ins if you expect to attract a sizeable audience who may not have them installed.

- **Sell Creativity:** Companies (like Web design firms and advertising agencies) that sell creativity instead of tangible products usually benefit from well-designed splash pages. Here, the pages help set a mood for the entire site by showing off the company's design skills and creativity level. People visit these sites expecting to be dazzled and don't mind waiting for the effects to load.

## How To Improve Your Splash Pages

If your site has a legitimate reason to use a splash page (other than "it looks so cool!"), then you can take steps to make the

Case 2:06-cv-07561-PA-CW   Document 282-2   Filed 01/20/09   Page 23 of 38   Page ID #:2336

page friendlier to human visitors and search engines.

- **Redirect Repeat Visitors:** Instead of relying on repeat visitors to bookmark your site's internal pages, set a cookie on the user's computer that indicates the user has already seen the splash page. Then include a script on the splash page; have it check for the cookie and direct the visitor immediately to the home page if a cookie is present.

- **"Click To Enter" Links:** Always use a "Click To Enter" link on the page. Visitors new to the Internet may not understand that they're supposed to click on the graphic to enter the site; a text link removes any question. It also gives visitors the opportunity to click past the splash page instead of waiting for the image to load completely.

- **Use A One Page Frameset:** This is one of the few cases where a frame will help you with search engines! Place your splash page in a frame page that utilizes only one frame. Use the NOFRAMES tag to include keyword-rich content that describes your site and links that the spider can follow to the rest of your site. Your visitors will see the splash page and search engine spiders will use the information in the NOFRAMES tag to index and rank your pages.

- **Optimize Graphics:** While your visitors may expect a splash page to load relatively slowly, do everything you can to decrease their wait. Optimize your graphics for load time by using NetMechanic's GIFBot, our free tool that reduces image file size by up to 90%.

Anything that makes it harder for visitors to get into your site is generally a bad idea. Carefully consider the purpose of your site, your target audience, and the possible impact on site

traffic before using a splash page.

© 1996-2009 NetMechanic, Inc. All rights reserved.

Web Design   ● eCommerce   ● Web Programming   ● Web Databases   ● Site Map   ● Contact Us

© 2003-2009 eWebArchitecture, Ltd. All rights reserved.

**Exhibit 19**

# Search-Marketing
## ...Above the Fold
### Aaron Wall

**Testimonials - Services - CONSULTATION**

| Newsletter | Articles | Books | SEO Tips | SEO Tools | PPC | Search Engines | Directories |
|---|---|---|---|---|---|---|---|

search

Search Engine Marketing > SEO Tips > SEO Traps > Why Splash Pages are Bad for Rankings



**About Me**

- Guaranteed Top Ten Listing
- Free For All Page
- Cloaking
- Hidden Text
- Keyword Stuffing
- Duplicate Pages
- Meta Refresh
- Using Frames
- 300% Deposit Bonus
- Junk Inclusion
- Off Site Optimization
- Submit to Everyone
- Splash Pages
- Dynamic Content

**Testimonials**

"I was thinking about you all day today and what a great person you are."

"I wanted to be #1...After 2 months I reached the top position for my most popular keywords."

**Read More...**

## Why Splash Pages are Bad for Rankings

### What is a Splash Page?

Splash pages are intro pages that are designed to impress the computer users. While the idea may be good, the aim is bad. Splash pages are a negative on both ends to the computer user and to search engines.

### Why Splash Pages are Bad for Usability:

You and I may both have broadband. A significant portion of those connected to the internet **do not have broadband** and flash introduction can take 30 seconds or more on slower connections. You better hope that you have already been established as the premium source for products or information in your field if you expect people to wait a long time just to see your intro.

Another thing about flash that makes users angry is that some site require they view the intro every time they go to the website.

### Why Splash Pages are Bad for Search Engine Rankings

Even if your user does not mind waiting 30 seconds or a minute to see your introduction it is a shame that they will probably not even find it. Many search engines can not effectively navigate through and index flash. This means that you have little to no content to optimize and more than likely will not be able to achieve top listings.

Even when search engines do index flash (as some are starting to do) it will still be hard to value pictures highly in a word based value system when referencing it to words.

Even worse than Splash being hard to navigate is the fact that splash offers limited content to search engines. Even if you extracted all 15 or 20 associated words, what could qualify that word selection to make that page more qualifying than the other billions of web pages?

### Tips for Using Flash

- DON'T USE FLASH - or -
- If you must use flash ensure users do not have to see it every time they come to your site.
- Place some text on the page so that it may get indexed.
- Make a static site map & link to the site map on the home page.
- Build a strong linking campaign with most of the inbound links containing your primary home page keywords.

### Want Free Keyword Research Software? if yes click

**The SEO Book**

SEO BOOK

**PPC Information**

PPC Secrets
Dominate Adwords and Overture!
FREE TIPS!

Learn more by reading PPC Blog today.

**Need Links?**

Why Splash Pages are Bad for Search Engine Rankings

here

## Above The Fold!

Subscribe

## We Value Privacy

Got SEO Questions? Get Answers in Minutes NOT Days
Read the SEO Book blog today for the latest SEO tips.
Search the archives for specific posts
You may also want to ask your questions at the SEO Book community forum.

SEOBOOK
Learn. Rank. Dominate.

Click Here

Private Member Community Forums
Premium SEO Tools

## We Build Pages

**Link Building Services & Content Creation**
Check out these Link Building tips

## Need Traffic?

Use these Adcenter Coupons and these Free PPC Coupons

- Search Engine Marketing Newsletter | Search Engine Marketing Articles | Professional Search Engine Marketing Services |
SEO Tips | SEO Tools | PPC Search Engine Tips -
- Search Engines | Web Directories | Search Term Glossary | Site Map | Search Our Directory | Search The Web | Search
Engine Marketing Results | Privacy Policy | Link To Us -

- Site FAQ's | Search Marketing Info © 2004 | Contact Me -

Filepath: http://www.search-marketing.info /traps/splash.htm
Today is 01/16/09 . This file was last modified on 12/20/04

**Exhibit 20**

Splash Pages: Pros and Cons - Before You Put Up a Splash Page

# About.com. Web Design / HTML

## Splash Pages: Pros and Cons
### What is a Splash Page and Should You Use One
By Jennifer Kyrnin, About.com

**See More About:** splash pages home pages flash

### Sponsored Links

**The Art Institutes**
Earn an Interactive Media Degree - Find a Location Near You Today!
www.artinstitutes.edu

**Montana Banana Web Design**
Seattle - custom web design.
Awesome since 1996.
montanab.com

**Splash Page**
Find more sources/options for Splash Page
webcrawler.com/splash_page

### Web Design Ads
- Graphic Design Courses
- Flash Animation
- Designing Websites
- Designing a Web Page
- Freelance Web Designer

### What is a Splash Page?

Splash pages are an introductory page to your Web site. They typically offer one or two of the following features:

- animation or flash movie
- graphic or logo
- choice of how to enter the site (flash/no-flash, etc.)
- technical requirements (browser, version, etc.)

Splash pages can be very popular, especially for designers, as they are a way to show your skills in Flash and other technologies on a single page. But before you run out and build your own splash page, you should consider all the pros and the cons.

### Pros to Splash Pages

- Splash pages are fast loading, they get all the information up quickly on the first page without scrolling.
- Splash pages ensure that your readers see your animation or flash, at least once.
- They are a great way to show off your best work, like a portfolio.
- Splash pages allow your readers to choose the site technology that fits them.
- You can then use your server logs to see what the breakdown is of your actual customers.

### Cons to Splash Pages

- The usability of a splash page is completely flawed. Your readers come to your site to enter it and a splash page prevents that.
- Many readers don't like splash pages - and in some studies 25% of visitors left a site right after seeing a splash page.
- Splash pages break search engines. Since many splash pages only include a flash animation there isn't a lot for a search engine to optimize on. And if you add content to the page in comments you can be penalized for spamdexing.
- The animation can be repetitive. Readers who have seen the flash don't often want to sit through it again, but if you forget to include a "skip" option they will have to.
- While the flash or fancy animation may look really nice, the impression they make may be one of pretentiousness rather than detailing your skills.
- If you submit your splash page to a search engine, the JavaScript codes that move customers to the next page may prevent the search engine from adding any page on the site.

### My Opinion of Splash Pages

Free Web Design / HTML Newsletter!
Enter email address
[SIGN UP]

y r uuuu

Advertisement

Splash Pages: Pros and Cons – Before You Put Up a Splash Page

I find them annoying, I don't like to link to them, and I don't feel that the benefits of choosing the site that works best for my browser outweighs the annoyance. I personally wouldn't recommend them. But once you've reviewed all the pros and cons, you should make your own decision.

**Previous Features**

**Related Splash Page Resources**
- Flash Resources
- Web Design Links
- Web Design Articles

**Splash Page Articles From Other Guides**
- Graphic Design: Splash Pages

**Splash Pages Elsewhere on the Web**
- Splash Pages May Drown Your Site
- Why Splash Pages are Bad for Search Engine Ranking

**Related Articles**
- Create a Great Home Page – The First Page Your Customers See. May Also Be I...
- Good Web Site Design for Web Site Optimization – Doorway Pages
- 95 SEO Tips and Tricks – Over 90 Factors that Impact Your Site's Placem...
- splash page definition and meaning when used on the Web
- Your Files are Not Secure – Don't Rely on Security Through Obscurity

Guide since 1997

**Sponsored Links**

**Web Design For $480**
Awesome "Full Custom" Web Design Check & Price Online Now!
www.123triad.net?c

- My Blog
- My Forum

**Creative Web Design**
Strategic web architects with the expertise to match. Call us today!
XenoMedia.com

**Cincinnati Web Design**
Cutting edge design, with unparalleled personal service.
www.cjtdigital.com

**Computer Specialist**
Hazel Crest web design experts Call today for more information
cnsincdexonline.com

**Custom Web Design**
Websites for small businesses and musicians you can edit by yourself
www.drewbeta.com

# Explore Web Design / HTML

**See More About:**
- splash pages
- home pages
- flash

**By Category**
- Before You Start a
- Website
- Testing Your Web Pages
- Web Server Management

**Must Reads**
- Find the Perfect Web Page Editor
- Learn HTML
- Learn CSS

- HTML 4.01 Tags / XHTML 1.0

## More from About.com

**Home for the Holidays**
Your guide to the season's best food, entertaining, and gifts.

**Make Meals Easy**
An easy way to put delicious meals together.

**Parenting Tips**

http://webdesign.about.com/od/navigation/a/aa020303a.htm (2 of 3) [1/16/2009 8:36:14 AM]

Splash Pages: Pros and Cons - Before You Put Up a Splash Page

- Web Design
- HTML Editors and Software
- HTML and XHTML
- CSS
- Javascript and Ajax
- XML

- Web Programming
- Web Strategy
- Web Marketing
- Working in Web Design
- About.com Web Design A to Z

Elements
- How to Build a Website

**Most Popular**
- Meta Refresh Tag
- HTML Codes - Special Characters - ASCII Table
- Tabs in HTML
- Web Design Software Quiz
- span and div

Keep kids involved and help them succeed.

**Financial Planning**
Stay on top with our smart financial tips.

**Browse All About.com**  ›

# About.com  Web Design / HTML

Home Computing & Technology Web Design / HTML About.com Web Design A to Z Books about Web Design Book pWD: Chapter 9 Splash Pages: Pros and Cons - Before You Put Up a Splash Page

User Agreement Ethics Policy Patent Info. Privacy Policy

Our Story Be a Guide

©2009 About.com, a part of The New York Times Company.

All rights reserved.

# Exhibit 21





**Exhibit 22**

Browsers that count for less than 0.5% are not listed.

W3Schools is a website for people with an interest for web technologies. These people are more interested in using alternative browsers than the average user. The average user tends to use Internet Explorer, since it comes preinstalled with Windows. Most do not seek out other browsers.

These facts indicate that the browser figures above are not 100% realistic. Other web sites have statistics showing that Internet Explorer is used by at least 80% of the users.

Anyway, our data, collected from W3Schools' log-files, over a five year period, clearly shows the long and medium-term trends.

### JavaScript Statistics

There are no absolute trends about the use of JavaScript. Some users have scripting turned off. Some browsers don't support scripting:

| Date | JavaScript On | JavaScript Off |
|------|--------------|----------------|
| January 2008 | 95% | 5% |
| January 2007 | 94% | 6% |
| January 2006 | 90% | 10% |
| January 2005 | 89% | 11% |
| January 2004 | 92% | 8% |
| January 2003 | 89% | 11% |
| January 2002 | 88% | 12% |
| January 2001 | 81% | 19% |
| January 2000 | 80% | 20% |

### Other Statistics

Operating system statistics

Browser display statistics

**Exhibit 23**

