| | |
|---|---|
| 1 | BRIAN M. DAUCHER, Cal. Bar No. 174212 |
| | ASHLEY E. MERLO, Cal. Bar No. 247997 |
| 2 | **SHEPPARD, MULLIN, RICHTER & HAMPTON** LLP |
| |   A Limited Liability Partnership |
| 3 |   Including Professional Corporations |
| | 650 Town Center Drive, 4th Floor |
| 4 | Costa Mesa, California 92626-1993 |
| | Telephone:    (714) 513-5100 |
| 5 | Facsimile:    (714) 513-5130 |
| | bdaucher@sheppardmullin.com |
| 6 | amerlo@sheppardmullin.com |

PAMELA L. JOHNSTON, Cal Bar No. 132558
JAIME GUERRERO, Cal Bar No. 192211
**FOLEY & LARDNER LLP**
555 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 972-4500
Facsimile: (213) 486-0065
pjohnston@foley.com and jguerrero@foley.com

ANDREW SERWIN, Cal Bar No. 179493
**FOLEY & LARDNER LLP**
402 West Broadway, Suite 2100
San Diego, CA 92101
Telephone: (619) 234-6655
Facsimile: (619) 234-3510
aserwin@foley.com

ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., A CALIFORNIA CORPORATION; DRIVERS ED DIRECT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>PLAINTIFFS,<br><br>VS.<br><br>EDRIVER, INC.; ONLINE GURU, INC.; FIND MY SPECIALIST, INC., AND SERIOUSNET, INC., CALIFORNIA CORPORATIONS; RAVI K. LAHOTI, AN INDIVIDUAL; RAJ LAHOTI, AN INDIVIDUAL; AND DOES 1 THROUGH 10,<br><br>DEFENDANTS. | CASE NO: CV 06-7561 PA (CWx)<br><br>**PROOF OF SERVICE**<br><br><br>Complaint Filed:  November 28, 2006<br>Trial Commenced:  November 6, 2007<br>Judge: Hon. Percy Anderson |

| | |
|---|---|
| 1 | I am employed in the **County of San Diego, State of California**. I am over the age of 18 and not a party to this action; my current business address is **402 W. Broadway, Suite 2100, San Diego, California 92101**. |
| 2 | |
| 3 | On **January 20, 2009**, I served the foregoing document(s) described as: |
| 4 | 1. DEFENDANTS' OPPOSITION TO MOTION FOR CONTEMPT; MEMORANDUM OF POINTS AND AUTHORITIES |
| 5 | |
| 6 | 2. DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATIONS SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT |
| 7 | |
| 8 | 3. DEFENDANTS' COMPENDIUM OF DECLARATIONS AND EXHIBITS RE OPPOSITION TO PLAINTIFFS' MOTION FOR CONTEMPT |
| 9 | on the interested party(ies) in this action as follows: |
| 10 | __X__ BY THE FOLLOWING MEANS: |
| 11 | I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows: |

| | |
|---|---|
| **David N. Makous, Esq.** | **Attorneys for Plaintiffs** |
| **Mina I. Hamilton, Esq.** | **Trafficschool.com, Inc. and Drivers Ed** |
| **LEWIS BRISBOIS BISGAARD &** | **Direct, LLC** |
| **SMITH LLP** | |
| **221 North Figueroa Street, Suite 1200** | |
| **Los Angeles, CA 90012** | |
| **Telephone: (213) 250-1800** | |
| **Facsimile: (213) 250-7900** | |

__X__ BY NOTICE OF ELECTRONIC FILING

I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

__X__ Executed on **January 20, 2009**, at **San Diego, California**.

__X__ I declared under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Nicole Mansfield*
Nicole Mansfield