DAVID N. MAKOUS (State Bar # 082409)
makous@lbbslaw.com
DANIEL C. DECARLO (State Bar # 160307)
decarlo@lbbslaw.com
MINA I. HAMILTON (State Bar # 213917)
hamilton@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiffs
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC, California companies.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EDRIVER, INC., a California corporation; ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No. CV 06-7561 PA (CWx)<br><br>The Honorable Percy Anderson<br><br>**SECOND DECLARATION** OF MINA I. HAMILTON IN SUPPORT OF REPLY MEMORANDUM RE PLAINTIFFS' MOTION FOR CONTEMPT AGAINST DEFENDANTS FOR VIOLATIONS OF THE COURT'S INJUNCTION AND FOR SANCTIONS<br><br>Date: February 2, 2009<br>Time: 1:30 p.m.<br>Ctrm.: 15<br><br>[Filed concurrently with Reply Memorandum in Support of Motion for Contempt] |

4824-2513-3315.1

SECOND DECLARATION OF MINA I. HAMILTON IN SUPPORT OF REPLY MEMORANDUM RE
PLAINTIFFS' MOTION FOR CONTEMPT

## DECLARATION OF MINA I. HAMILTON

I, Mina I. Hamilton, declare as follows:

1. I am a partner at Lewis Brisbois Bisgaard & Smith LLP, counsel for TrafficSchool.com, Inc. and Drivers Ed Direct, LLC. If called herein as a witness I could testify competently to the following:

2. Attached hereto as Exhibit A is a true and correct copy of the following web pages: http://www.dmv.org/drivers-ed.php; http://www.dmv.org/fl-florida/drivers-ed.php; and http://www.dmv.org/ca-california/traffic-schools.php.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration is executed on this 27th day of January, 2009 at Los Angeles, California.

/s/
Mina I. Hamilton