# Exhibit A





C:\DOCUME~1\hamiltn\LOCALS~1\Temp\XPGRPWISE\Pages with Full Title Tags.doc

