Trafficschool.com.Inc v. Drivers Ed Direct LLC                                    Doc. 296

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: Trafficschool.com.Inc, et al v. Edriver Inc, et al
Court of Appeals No. (leave blank if unassigned) _____
U.S. District Court, Division & Judge Name Central California, Hon. Judge Percy Anderson
Criminal and/or Civil Case No. 2:06-cv-07561-PA-CW
Date Complaint/Indictment/Petition Filed: 11/28/2006
Date Appealed order/judgment *entered*: (290) 02/11/2009
Date NOA *filed*: 3/04/2009
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____         Date Docket Fee Billed: 3/05/09
Date FP granted: _____              Date FP denied: _____
Is FP pending? ☐ yes ☐ no                     Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellate Counsel:                            Appellee Counsel:

Lewis Brisbois Bisgaard and Smith             Foley & Lardner LLP
221 N Figueroa Street Ste 1200                402 West Broadway, Suite 2100
Los Angeles, CA 90012                         San Diego, CA 92101
Tel: 213-250-1800  Fax: 213-250-7900          Tel: 619-234-6655   Fax: 619-234-5130
Email: hamilton@lbbslaw.com                   Email: aserwin@foley.com
☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____ *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID _____        Address: _____
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid 3-5-09             9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: L. Rendon
                                                    (213) 894-3570

A-8 (08/02) (CA9-014)       NOTICE OF APPEAL NOTIFICATION FORM

```
CLERK'S OFFICE U.S.D.C.
       LOS ANGELES
3/5/2009 11:02:20 AM  Receipt #: 116471
       Cashier : ENAKADA [LA 1-1]
Paid by: LEWIS BRISBOIS BISGAARD AND SMIT
H
2:CV06-07561
2009-086900         Appeals Filing Fees(1)
Amount :                            $105.00

2:CV06-07561
2009-510000Judicial Services ($150.00)(1)
Amount :                            $150.00

2:CV06-07561
2009-086400Appeals Filing fee - Special(1
)
Amount :                            $200.00
------------------------------------------
Check Payment : 24726 /        455.00
------------------------------------------
Total Payment :                455.00
```

dockets.Justia.com