DAVID N. MAKOUS, SB# 082409
  E-Mail: makous@lbbslaw.com
DANIEL C. DECARLO, SB# 160307
  E-Mail: decarlo@lbbslaw.com
MINA I. HAMILTON, SB# 213917
  E-Mail: hamiltn@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiffs
TRAFFICSCHOOL.COM and DRIVERS
ED DIRECT, LLC, California companies

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, RAJ LAHOTI, individuals,<br><br>Defendants. | APPEAL NO. 09-55333<br><br>D.C. NO. CV 06-7561 PA (CWx)<br><br>The Hon. Percy Andersen<br><br>**REPRESENTATION STATEMENT** |

4838-9888-7939.1

1
REPRESENTATION STATEMENT

## REPRESENTATION STATEMENT

The undersigned represents TRAFFICSCHOOL.COM, INC. and DRIVERS ED DIRECT, LLC, Plaintiffs and Appellants in the appeal from the District Court's Order denying Plaintiffs' Motion for Contempt Against Defendants for Violation of the Court's Injunction and for Sanctions. Cross appeals are currently pending in this matter and have been assigned Case Nos. 08-56518 and 08-56588. Attached is a service list that shows all of the parties to the action, and identifies their counsel by name, firm, address and telephone number.

Respectfully submitted

DATED: March 6, 2009    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Mina Hamilton

David N. Makous
Daniel C. Decarlo
Mina I. Hamilton
Attorneys for Plaintiffs TRAFFICSCHOOL.COM and DRIVERS ED DIRECT, LLC

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

*Attorneys for Defendants-Appellants/Cross-Appellees*
*Edriver, Inc., Online Guru, Inc., Find My Specialist, Inc.,*
*SeriousNet, Inc.; Ravi K. Lahoti, and Raj Lahoti*

Brian M. Daucher, Esq.
Robert S. Beal, Esq.
Joseph H. Tadros, Esq.
Ashley E. Merlo, Esq.
SHEPPARD, MULLEN, RICHTER & HAMPTON, LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 513-5100
Facsimile: (714) 513-5130

and

Andrew B. Serwin, Esq.
Eileen R. Ridley
Chad R. Fuller
FOLEY & LARDNER LLP
11250 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 847-7600


*Attorneys for Plaintiffs-Appellees/Cross-Appellants*
*TRAFFICSCHOOL.COM, INC., and DRIVERS*
*ED DIRECT LLC*

David N. Makous, Esq.
Daniel C. DeCarlo, Esq.
Mina I. Hamilton, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4838-9888-7939.1

i

REPRESENTATION STATEMENT