

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
U.S. COURTHOUSE
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CA 90012

**TERRY NAFISI**
District Court Executive and
Clerk of Court

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## RECORD TRANSMITTAL FORM FOR SEALED DOCUMENTS

Date: _____

To:     **U.S. Court of Appeals**          **Attention:**    ☐    Civil
        **for the Ninth Circuit**                            ☐    Criminal
        Office of the Clerk                                  ☐    Docketing
        95 Seventh Street                                    ☐    Records Unit
        San Francisco, California 94103

From:   **U.S. District Court**
        **Central District of California**
        312 North Spring Street, Room G-8
        Los Angeles, California 90012

D C No. _____   Appeals No. _____

Short Title _____

Sealed documents in _____ envelopes   ☐ under seal

Sealed documents in _____ Boxes       ☐ under seal

Other:

*Note: Please return sealed documents in same manner as received.*

By _____
                        Deputy Clerk

Acknowledgment: _____   Date: _____

**APPEALS TRANSMITTAL LETTER**
SEALED DOCUMENT(S)