**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

JUL 26 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>        Plaintiffs - Appellees,<br><br>v.<br><br>EDRIVER INC., a California corporation; ONLINE GURU, INC., a California corporation; FIND MY SPECIALIST, INC., a California corporation; SERIOUSNET, INC., a California corporation; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual,<br><br>        Defendants - Appellants. | No. 08-56518<br><br>D.C. No. 2:06-cv-07561-PA-CW<br><br>**ORDER**<br><br> |
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>        Plaintiffs - Appellants,<br><br>v.<br><br>EDRIVER INC., a California | No. 08-56588<br><br>D.C. No. 2:06-cv-07561-PA-CW |

| | |
|---|---|
| corporation; ONLINE GURU, INC., a California corporation; FIND MY SPECIALIST, INC., a California corporation; SERIOUSNET, INC., a California corporation; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual,<br><br>  Defendants - Appellees. | |
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>  Plaintiffs - Appellants,<br><br>v.<br><br>EDRIVER INC., a California corporation; ONLINE GURU, INC., a California corporation; FIND MY SPECIALIST, INC., a California corporation; SERIOUSNET, INC., a California corporation; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual,<br><br>  Defendants - Appellees. | No. 09-55333<br><br>D.C. No. 2:06-cv-07561-PA-CW |

Before:   **KOZINSKI**, Chief Judge, **W. FLETCHER**, Circuit Judge, and **GETTLEMAN**, District Judge.[*]

Appellees' motion to strike portions of appellants' excerpts of record and to disregard portions of appellants' opening brief is denied.

---

[*] The Honorable Robert W. Gettleman, Senior United States District Judge for the Northern District of Illinois, sitting by designation.