**EXHIBIT** H



# EXHIBIT I



www.dmv.org

YOU ARE ABOUT TO ENTER A <u>PRIVATELY OWNED</u> WEBSITE THAT IS <u>NOT</u> OWNED OR OPERATED BY ANY STATE GOVERNMENT AGENCY.



TO CONTINUE, CLICK 'CONTINUE' BELOW.

Continue



# EXHIBIT J



YOU ARE ABOUT TO ENTER A **PRIVATELY OWNED** WEBSITE THAT IS **NOT** OWNED OR OPERATED BY ANY STATE GOVERNMENT AGENCY.



TO CONTINUE, CLICK 'CONTINUE' BELOW.

Continue



# EXHIBIT K

Web    Images    Videos    Maps    News    Shopping    Gmail    more ▾       joann.bro@gmail.com ▾ 



About 38,500,000 results (0.18 seconds)      Advanced search

🔍 **Everything**

📷 Images

🎬 Videos

📰 News

🛒 Shopping

📍 Places

More

**Los Angeles, CA**
Change location

**Any time**
Past hour
Past 24 hours
Past 2 days
Past week
Past month
Past year
Custom range...
More search tools

**Something different**
department of ...
deq
dnr
division of motor ...
motor vehicle ...

▸ **California Department of Motor Vehicles** 🔍
**dmv**.ca.gov/ - Cached
The **Department of Motor Vehicles** enhances traffic safety through the testing and monitoring of drivers; protects identity by ensuring the integrity of **DMV's** ...

**Appointments**
**dmv**.ca.gov/foa/welcome.
do
Welcome to the **DMV** ...

**Registration Renewal**
**dmv**.ca.gov/.../vr_top2.ht
m
California **DMV's** online
vehicle ...

**Online Services**
**dmv**.ca.gov/.../onlinesvcs
.htm
To notify **DMV** that the
currently ...

**Field Office Data**
**Read**
**dmv**.ca.gov/.../fo_data_re
ad.jsp
California **Department of
Motor** ...

**DMV Public Offices**
**By Location**
apps.**dmv**.ca.gov/.../toc_f
o.htm
California **Department of
Motor** ...

**Change of Address**
**dmv**.ca.gov/.../welcome.h
tm
The **Department of
Motor** ...

More results from ca.gov »



Ads

**Get Your Drivers Licens**
www.drivers-licenses.org/DM
Official Site - Fast & Secure.
Complete Online **DMV** Reso

See your ad here »

**Commonwealth of Virginia Department of Motor
Vehicles** 🔍
www.**dmv**.state.va.us/ - Cached
Renew vehicle registration, renew driver's license, create
and purchase license plates, replace driver's license,
purchase an identification card, request **DMV** ...

**New York State Department of Motor Vehicles -
NYS DMV ...** 🔍
www.ny**dmv**.state.ny.us/ - Cached
Provides information on driver license, vehicle registration,
vehicle inspection and repair. Download forms.

**Places for dmv near Los Angeles, CA**

**(A)** [Department of Motor Vehicles](#) 🔍 - ★★☆☆☆ 12
Google reviews
www.**dmv**.ca.gov - 3615 South Hope Street, Los
Angeles - (800) 777-0133

**(B)** [Hollywood West **DMV** Office](#) 🔍 - ★★★★☆ 7 Google
reviews
www.**dmv**.ca.gov - 936 North Formosa Avenue, West
Hollywood - (800) 777-0133

**(C)** [Lincoln Park **DMV**](#) 🔍 - ★★☆☆☆ 14 Google reviews
local.**dmv**.org - 3529 North Mission Road, Los Angeles,
California - (800) 777-0133

**(D)** [Certified Public Scales : **DMV** Weight Certificate](#) 🔍 - 4
Google reviews
www.**dmv**scales.com - 5230 Jefferson Blvd, Los
Angeles - (310) 621-3641

**(E)** [**DMV** Culver City](#) 🔍 - ★★☆☆☆ 9 Google reviews
apps.**dmv**.ca.gov - 11400 Washington Blvd, Los
Angeles, California - (800) 777-0133

**(F)** [Los Angeles Public Scales](#) 🔍 - ★★★★★ 30 Google
reviews
www.publicscales.org - 5244 Jefferson Boulevard, Los
Angeles - (310) 432-3980

**(G)** [**DMV** Vehicle Registration](#) 🔍 - 1 Google review
maps.google.com - 12333 1/2 W Washington Blvd, Los
Angeles - (310) 390-3944

📍 [More results near Los Angeles, CA »](#)

[Nevada **Department of Motor Vehicles** Official
Site - www.dmvnv.com](#) 🔍
www.**dmv**nv.com/ - Cached
The Nevada **Department of Motor Vehicles** issues drivers
licenses, vehicle registrations and license plates in the
Silver State. It also licenses, regulates and **...**

[California Department of Motor Vehicles: Los
Angeles, Ca **DMV** CA](#) 🔍
www.online**dmv**.com/.../online**dmv**/los_angeles__ca_**dmv**-
ca-300.h... - Cached
California Department of Motor Vehicles: Los Angeles, Ca
**DMV** CA.

[California **DMV** Guides and How To's - **DMV**.org:
The Unofficial **DMV** ...](#) 🔍
www.**dmv**.org/ca-california/ - Cached
**DMV**.org makes understanding the California **Department
of Motor Vehicles** simple. Get quick access to CA **DMV**
forms, practice tests, rules & regulations, and **...**

[NCDOT: Division of Motor Vehicles](#) 🔍
www.ncdot.org/**dmv**/ - Cached
5 days ago – Delivering quality motor vehicle services,
promoting highway safety, and furnishing timely and
accurate information through customer service, **...**

### State of Oregon: Oregon DMV 🔍
www.oregon.gov/ODOT/**DMV**/ - Cached
All customers can change their address and report the sale
of a vehicle using **DMV's** online services, and most
customers (if stated on the renewal notice) can **...**

### SC Department of Motor Vehicles 🔍
www.sc**dmv**online.com/ - Cached
Provides vehicle licensing, titling, and registration
information as well as forms and contact information.

### Department of Motor Vehicles 🔍
www.ct.gov/**dmv**/ - Cached
Sample driver's test, drivers' manuals, vehicle recalls,
employment information, tax questions, emissions, licenses
and customized registration plates.

Searches related to **dmv**

| | |
|---|---|
| dmv **practice test** | dmv **mass** |
| **practice permit tests** | dmv **practice permit test** |
| dmv **appointment** | dmv **change of address** |
| dmv **jobs** | dmv **phone number** |



**1** 2 3 4 5 6 7 8 9 10     **Next**

Search Help     Give us feedback

Google Home     Advertising Programs     Business Solutions     Privacy     About Google

# EXHIBIT L



# EXHIBIT M



# EXHIBIT N

Case 2:06-cv-07561-PA-CW    Document 306-3    Filed 09/06/11    Page 16 of 42    Page ID #:2549

**facebook**

Email

☐ Keep me logged in

**Sign Up**    **Facebook helps you connect and share with the people in your life.**



## DMV.ORG    Like

Website



**Safer Drivers Shorter Lines**

### DMV Practice Tests

Take A Free Drivers License Practice Test Before Taking The DMV Written Test Or Drivers Test. Pass The Drivers License Test The First Time By Practicing With Sample Knowledge Test Questions.

Take a Free Practice Test »



### Drivers License & ID

Online resource for Drivers license & ID card information. Find information on how to apply for a new license, get a driving permit, renewing your license or replaacing a lost or stolen license within your state.

New Teen Drives
New Adult Drivers
Renew Your License
Replace A Lost License
Driver Permits
ID Cards
Passports



 Wall
 Info
 DMV.ORG
 Photos
 Practice Test

**About**

DMV.ORG is a privately owned website that is not owned or operated by any g...

More

**65,152**
like this

**Likes**

**govGURU**



### Vehicle Services

Get state specific vehicle service information regarding the registration, titling, and license plates for your vehicle. Learn how to register a new car, renew your registration, replace a lost title, and transfer a title of selling or donating a car, truck or RV.

Learn More »

### DMV Office Finder

Nobody likes waiting in line at the DMV, but not all motor vehicle services are online so you will need to get in the car and drive to your local DMV branch. Enter your zipcode and find local motor vehicle office, the days and hour of operations and other local services.

Case 2:06-cv-07561-PA-CW   Document 306-3   Filed 09/06/11   Page 17 of 42   Page ID
#:2550



  **OnlineGURU Inc.**

---

Create a Page

Enter Your Zipcode        [ Submit Query ]



**Reports and Records**

Find out how to obtain: Driving Records, Vehicle History Reports, Criminal Records, Credit Reports, Vital
Records and other important documents.

Driving Records
Vehicle History Reports
Credit Reports
Criminal Records

---

# EXHIBIT O

# facebook

Email
☐ Keep me logged in

**Sign Up**    Facebook helps you connect and share with the people in your life.





**Safer Drivers**
**Shorter Lines**

---

🟩 Wall
🔲 Info
◇ DMV.ORG
📷 Photos
✏️ Practice Test

**About**

DMV.ORG is a privately owned
website that is not owned or
operated by any g...
More

**65,150**
like this

**Likes**

**OnlineGURU Inc.**

---

## DMV.ORG     👍 Like

Website

| Wall |
| --- |

 **DMV.ORG**
DMV.org launches new homepage. We're looking for ideas on how we can
improve it. Please share your thoughts: You can click here to visit the site -->>
http://www.dmv.org/.
Sunday at 2:39am · Like · Comment

👍 **Truck Works, Inc.**, **Shane Hale**, Helen Farriot and **9 others** like this.

 **Kowanna Bing** Free dmv reports!
Sunday at 3:39am

 **Matthew Horowitz** I just might try to get me one of them driver
license cards!
Sunday at 4:01am

 **Lizzie Hough** Eliminate the DMV.
Sunday at 4:46am · 👍**1 person**

 **Ronel Wicker** Fix long lines..... And a better system for calling ppl
up to the front then yelling out #s!!!
Sunday at 5:51am · 👍**1 person**

 **Teresamarie Wiley** Ok people they are asking for ideas that will
improve the dmv experience, not that they need tip improve
Sunday at 6:02am

 **Joan Acosta** When u call with questions takes bout half hour to
get to talk to someone.
Sunday at 6:03am

 **Eric Johanson** All 50 states should work with game developers of
video games, so kids can have hours and hours of practice in a
simulator type setting, long before getting behind the wheel of an
actual car. Imagine, kids learning the basics of driving as early as 7
yrs of age.
Sunday at 8:01am · 👍**1 person**

 **Mike Walters** be able to do all online I have been to DMV on a
Sat. morning one of the first in the door and it still took almost 2
hrs to get out ( no test to take or pictures just paperwork) most of
my time sitting and waiting
Sunday at 10:39am

 **Tara Jade Walker** Eric johanson idk u but that is a fabulous idea I
agree we need sonething like that
Sunday at 10:51am

**DMV.ORG**

Case 2:06-cv-07561-PA-CW    Document 306-3    Filed 09/06/11    Page 20 of 42    Page ID #:2553







**govGURU**

---

Create a Page

We just got our 50,000th Facebook Fan! Thank you to all your support in our mission to create Safer Drivers... and Shorter Lines.

July 9 at 6:15pm · Like · Comment

👍 Justin Dagnese, Srinivas Ashok, Bria Sowell and 89 others like this.

 **Billy Cole** hmmm...
July 9 at 6:37pm

 **Carol Andora** ain't me......that's for sure !!!
July 9 at 6:48pm · 👍 1 person

 **Dennie Merritt** I am learning to be a safe driver. Studying to get my permit!
July 9 at 6:53pm · 👍 1 person

 **Clarence Rich** shorter lines I was in a dmv today to to take cdl permit the line was out the door there were 2 lines one for permits and driver license you say short line I walked back out that was just insane half of schuylkill county was there.
July 9 at 6:58pm

 **Nick Taylor** Really??? Shorter lines????
July 9 at 7:10pm · 👍 1 person

 **Catherine Lee Jones** I just like your site today around like 5pm I think I am 50,ooo person I want a prize..... Lol
July 9 at 7:51pm

 **Catherine Lee Jones** @dennie just dont hit no one in the back and you will be great :) lol
July 9 at 7:52pm · 👍 1 person

 **Aisa Choi** DMV sent me the renewal notice so late, exactly on the due date. how am i supposed to pay on time? and not being charged for a late fee????
July 11 at 8:52pm

 **Joy Ferro Moore** How about saving paper by changing the margins on your handbook pdf so there is not 50 words per page! You can print out this manual in 1/3 the pages if you just change your margins....hello!!
July 13 at 1:50pm

 **Aron Rosales** i got a question
July 13 at 8:42pm

 **Steve Ward** COOL
July 14 at 7:39am

 **Clinton Kirk** Can someone please tell me what the purpose of having a contact number is for a local DMV office if no one is going to answer the phone or hang up on you when they do??
July 14 at 2:40pm

 **Clinton Kirk** I have now been trying to get through to the Garland, TX DMV office for about 2 hours now, they keep telling me that all operators are busy and to call back later or they hang up on me. I have been hung up on now 3 times
July 14 at 2:41pm

 **Haylee Gay** lol im studying to get my permit anyone have any advice
July 18 at 12:24pm

Case 2:06-cv-07561-PA-CW   Document 306-3   Filed 09/06/11   Page 21 of 42   Page ID
#:2554

 **Catherine Lee Jones** @ haylee like I said to soon to be great
driver dennie :) DON'T hit no one in the back and you be good u.hit
someone in the back its automatically your fault no if ands or
butts :)
July 18 at 8:31pm

**Cris Melo** Still can't get through the phone line, though.
July 21 at 12:53pm

 **Willie Murphy** Bought a car no title/registration tags n stickers
expired what do i do first (dead serious) ??
July 25 at 8:10am

 **Michelle Cosmi Fern** I wish you had a spot to ask questions... I
have an 85 y/o grandmother that just moved up to Maine. She cut
up her PA License because she was very ill nad could not drive. She
is better, but doesn't have good short term memory. I not sure she
could find her way to the grocery store and back. She now wants to
get a Maine license and drive. Is there any test required at this age.
I don't feel she should be allowed on the road for the safety of all.
August 1 at 9:09am

 **Hope Norwood** I only liked this site to try to get in touch with
someone about their INCORRECT information on their site. I have
sent two prior emails with no response. I tried calling the phone
numbers listed on OnlineGuru, but they have been disconnected.
My problem is my cell phone is posted as the Oak Grove, LA DMV.
The consist calls are beyond irritating. You can look up my phone
number or send me a message through FaceBook.
August 3 at 12:59pm

 **Hope Norwood** Just has another phone call for the DMV in Oak
Grove, LA...seeing as you have posted my cell phone number as
their contact info. Wish somebody would check the emails over
there!
August 5 at 4:29pm

 **Mr.Impatient** the guy in front of me smells like a unemployed fat
minority... oh wait a minute. nvm
August 9 at 11:38pm

 **DMV.ORG**
Everyone's looking to save a few bucks. Here are some great tips for saving
money on your next road trip! Safe Travels!

 **Budgeting for The Road - DMV Guide**
www.dmv.org
Cool tips on how to save money during your road trip - DMV
Guide

 April 3 at 8:31pm · Like · Comment

 Josue Real, Shaina Elise Hamby, Sylvia Murray and 27 others like this.

 **J.J. McPhee** Trained monkeys could do a better job of running and
operation the local DMVs. I think the state of Florida really should
look into the long term price of training monkeys and the price of
bananas to feed them. Compared to the pay and training of these
sloth like people who do the ever minimum ever day at work at our
local DMVs. I hope DMV.ORG takes my idea and forms some kind
of test pilot out of it. Thank you and I hope my suggestions are
helpful.
April 5 at 1:22pm ·  2 people

**David Delosreyes** hello dmv. Can you help me to apply a license
permit?? ahm how to apply online? Please help me send me the link
thank you

Facebook
.
Create a

April 5 at 2:53pm

 **Elizabeth Miller** THIS WEB-SITE IS NOT AUTHORIZED BY SEVERAL STATES. AS INFO: SOME OF THEIR INFORMATION FOR ALABAMA IS INCORRECT. YOU NEED TO VERIFY BEFORE YOU START PUTTING ON YOUR WEBSITE THAT THERE IS NO CHARGE (FOR WHATEVER). THEY DO CHARGE FOR COPIES OF REGISTRATIONS. GET IT RIGHT!

April 7 at 8:15am

 **Danna Phea** So like if you do your license onlineee or whatever do yyou even get it in the mail?

April 7 at 10:24am

 **MovingCost** Great tips! Dropping off a link where your Website was featured. Thanks for making the lives of people moving a bit easier with your resourceful info! http://bit.ly/miE554

May 4 at 1:37pm

 **Margot Chloe Icasiano Santos** Hello DMV

May 5 at 2:49pm

 **Margot Chloe Icasiano Santos** I really want to drive but need a little bit of help because I am in special ed ..

May 5 at 2:49pm

 **Steven Fontana** i new a new id where online can i go to get it

May 12 at 10:39pm

 **Joseph Bello** I am trying to view or DL the motorcyle manual and its broken link.

May 13 at 9:59pm

 **Joseph Bello** nys that is

May 13 at 10:00pm

 **Lara Marshall** I am still waiting 2 weeks for my "Instant Record"!!!!!!!!!!!!!

May 18 at 2:00pm

 **Lisa Christine Surig** UNLIKE UNLIKE UNLIKE!!!!

May 27 at 8:31am

 **Barbara Kendrick** I will be moving to AZ. I currently have a CDL. Will I have to retest or will my CDL grandfather?

May 31 at 1:15pm

 **Carl Washington** I just scored a 100% on the practice test. Check it out.

June 7 at 8:41am · 👍1 person

 **Eric Beltran** i want to pass my writen test

June 9 at 1:08am · 👍1 person

 **Neda Ali** I was wondering if someone doesnt speak english and try to pass the writen test but they know the answer when information is transulated, is it possible to take the written test, and how. in the state of missouri

June 18 at 11:04am

 **Cynthia Calderon** hello! i'm 17 and i need to get my liences but idk what to do and i want to get it before school starts can you help me? please! :)

June 23 at 11:11am

 **Delilah Cendana Sarmiento** Thank u dmv practice test makes perfect for safe driving.

June 28 at 12:49pm

Case 2:06-cv-07561-PA-CW    Document 306-3    Filed 09/06/11    Page 23 of 42    Page fD
#:2556

 **Sade Damian** i was just wondering if i lost my state ID do i need to take one of my parents to help me get a copy or anyother one?? please let me know
June 29 at 8:16am

 **Alioune Loum** i need to nkow what dmv in akron darla a loum working please
July 5 at 10:55am

 **Roberts Packaging USA** Great Site...and Safe Travels everyone...
July 6 at 5:20pm

 **Tom Pniewski** Please explain to me why my car registration arrived in the mail TODAY (July 7th) when my car tags are DUE TOMORROW (July 8th)??? It was POSTMARKED JULY 5TH!! MEANING IT WAS SENT JULY 5TH AND MY TAGS ARE DUE JULY 8TH! WITH A SMOG CHECK REQUIRED!!!!!!!!!!!!! TODAY IS THE 7TH PEOPLE! PLEASE CONTACT ME (somehow) AND EXPLAIN!!!!!!!!! BTW - I live in CA if that makes any difference or is it the problem?
July 7 at 7:33pm

 **Tom Pniewski** One more thing. I'm was trying to pay my tags ONLINE, even though I didn't get anything from the DMV and got DINGED with FEES; - Here take and look:
DMV Fees:$114.00
Cartagz Service Fee:$29.00
Convenience Fee:$2.85
Shipping:$2.00
E-Copy:$5.00
Total Paid:$152.85
July 7 at 7:48pm

 **Tom Pniewski** BTW - this was how I found out that needed a SMOG CHECK!!!! Someone explain away why I need to pay an Email Fee, Convenience Fee and the CarTagz Fee is RIDICULOUS!
July 7 at 7:50pm

 **Jacquelyn Owusu** I HATE THE DMV. YOU GUYS WASTE PEOPLE'S LIFE
July 19 at 1:31pm · 👍 1 person

---

 **DMV.ORG**
Have you taken our Free Practice Test? DMV.ORG is offering a FREE 10 Question Practice Test exclusively to our fans! Take the quiz and let us know how you did!

 **DMV Practice Tests - DMV Permit Written Test - License, CDL, & Motorcycle - DMV Guide**
www.dmv.org
Take on-line practice tests for your driver's license - Test your knowledge with real questions from your state's drivers license exam.

 March 30 at 11:02am · Like · Comment

👍 Martez Eugene Gilyard, Shaina Elise Hamby, Hannah Johnson and 50 others like this.

 **Sandy Lindersmith** Jackie, have Austin take a look.
March 30 at 12:01pm

 **Mary Snowie Letellier** I wish I could tell you how I did. But the answers didn't stay up long enough for me to see. When I clicked I was done. It flashed with a bunch of green correct marks. But I couldn't see them all. So I am going to go ahead and say I got them all right!!!!
March 30 at 6:17pm · 👍 1 person



**Tabitha Bridges** Got them all right. Lol! If not careful the way things are worded sometimes can throw you off.
April 7 at 12:19pm · 👍1 person



**Robert Burdick** I cant get access to my results. It just offered me the questions again. Any ideasz?
April 18 at 4:03pm



**Caroline Presley** 100% :)
May 6 at 2:05pm · 👍1 person



**Jazmime Fort** Im tryin to take the test. How do I do that?
May 10 at 6:53am



**DMV.ORG** @Jazmine - You can take the test here: https://www.facebook.com/DMV.org?sk=app_177353385614998
May 10 at 1:16pm



**Brandi Busbee** It does not seem to work .
May 10 at 6:53pm



**Pitu Muriel** i have a florida driver license that expired in 2009,do i need to have a learners permit or can i just take the driving test? im going to driving school btw.
May 23 at 3:29pm



**Pavlina Hull-Mazurek** 100%...of course.LOL
June 6 at 4:29am



**Caroline Gatrue Thompson** Is it enough to practice for the test..... And how many quiz in there ?
June 10 at 11:28am



**Xavier Vega** damn I thought I knew my stuff I should had never let my perment expire
June 15 at 11:27am



**Jerry Wier** 90% missed the roadwork one
June 16 at 5:14pm



**Patricia Lambert** I can't get to the test. I click on the link and it takes me back to the page.
June 17 at 7:04am



**Paula Jacklyn Brooks** Question, im thinking of moving to pa from ohio would i have to retake the hole driving test? or would i have to take the permit again, or just get a new lisence ?
June 19 at 8:18pm



**Steve Clarkz** I used the 100 question test to revise for my Texas written test - VERY helpful. I passed the real test with 91%! :-)
June 20 at 9:51am



**Cassandra Santos** Tommorrow im going for my permit test and im a nervous reck i dont know what to expect
June 21 at 4:46pm



**Jean Martin Sedlar** 100% hope i can make it for my test!
June 22 at 9:04pm



Jake C. Giguere Number 7 is wrong. I was just at the SCDMV and I had that question and said Pump the brakes and I got it right.
June 29 at 2:42pm · 👍2 people

**Daniel Cervantes** Yo ayer renove my licence

Case 2:06-cv-07561-PA-CW    Document 306-3    Filed 09/06/11    Page 25 of 42    Page ID #:2558



August 23 at 9:25pm

---



**DMV.ORG**
Wow... Over 10k Fans on Facebook. Thank you all for helping us to continue our mission for Safer Drivers, Shorter Lines.
March 26 at 11:58pm · Like · Comment

👍 Justin Montel, Rose M Johnson, M Ellen Reser and 33 others like this.


**Fidel Olmos** DMV needs a drive thru window
March 27 at 2:57am · 👍 2 people


**Sierra Cheyenne Sanford** Yall need to put that you need attendance record to get learners permits in the manual/ website. I hate it. I've been 15 for 5 weeks & still aint got my permit yet.....
March 27 at 1:16pm · 👍 1 person


**Luis Collazo** Please let me know how to advertise on your site.
March 29 at 3:51am


**DMV.ORG** @Luis http://www.dmv.org/our-company/advertising.php
March 30 at 10:09am


**David Martin** do u have to get ur permit if u are 18 or over some people say that u can just apply for a licence let me know any one
March 30 at 10:28am · 👍 1 person


**Andrew Grieve** You're welcome
March 30 at 12:44pm · 👍 3 people


**Rose M Johnson** This has really helped me and my fiancee in the process of our study for our test at the DMV. Were going to ace it. Tanks alot.
June 9 at 5:27am


**Caroline Gatrue Thompson** Is that only 10 Questions on it ? I need to practice more.Should i go to the DMV Office in Manhattan to get the book for the Tests....
June 16 at 10:59am


**Vanity Styles** I would really like to know how much $$$$ You guys have made off everyone getting tickets??? its ridiculous
June 24 at 11:39am


**Vanessa Yanez** Question: I am turning 21 in September , and I wad wondering if I will receive the under age license if it comes before my birthday????
July 5 at 12:37am

---



**DMV.ORG**
Another great program promoting safe driving. Students were able to experience simulated poor driving behaviors such as texting while driving and drunk driving in a safe environment.


**Southside High students get safe driving tips**
www.gadsdentimes.com
Students at Southside High School on Wednesday got to experience risky driving behaviors, consequence free, during a program aimed at teaching teenagers safe driving.

 March 23 at 10:38pm · Like · Comment



Remi James, Caroline Gatrue Thompson, Adela Hermley and 9 others like this.

---

RECENT ACTIVITY

 DMV.ORG changed their About.

---



**DMV.ORG**
Another Toyota/Lexus Recall. This time due to defects that may cause fuel leakage.

 **Toyota Recalls 1.7 Million Vehicles - CBS News**
www.cbsnews.com
Most Vehicles Recalled Over Fears of Possible Fuel Leak in Japan, but 255K Sold in U.S.

 January 29 at 2:55pm · Like · Comment

 Msweasel Neka Ross, LeAndrew Hayes and 2 others like this.

 **Bud Lite** They just don't make cars like they used too. Most of these new cars seem like snap ons LMAO
January 29 at 3:05pm · 1 person

 **Bud Lite** Just think I was gonna buy one too! NEXT!
January 29 at 3:06pm · 1 person

 **Margot Chloe Icasiano Santos** Hello DMV . ORG
I will need a little help pls ?.
February 26 at 10:55am

 **Betül Tanır** i have a question. what does E: and R: mean on the driver license?
can u help me please
March 6 at 6:25am

 **Dimitar Stoykov** hey DMV I gotta ask you a question about my driver license ?
March 7 at 3:06am

---



**DMV.ORG**
Could the FL DMV have done something different to ensure online test takers really knew the DMV Handbook materials?

 **Florida cancels online learner's permit test after finding over 50% can't pass test in real life [w/**
www.autoblog.com
No more online Learner's Permit option for Florida drivers – Click above to watch video after the jump If you live in Florida and are getting

 January 12 at 9:45am · Like · Comment

 Bud Lite likes this.

 **Bud Lite** Good tests should be taken in person anyways! Too be honest I think u should hold a permit longer than 1 year before going for a lisence. Many rush to get it and then bang!
January 12 at 9:50am · 1 person

 **Margaret Just** I think they have it backwards. Isn't it the responsibility of the individual to ensure that they can pass the test? What a novel idea!
January 12 at 5:17pm

---

**DMV.ORG**

Case 2:06-cv-07561-PA-CW   Document 306-3   Filed 09/06/11   Page 27 of 42   Page fD #:2560



Wishing you all a happy, healthy and prosperous New Year!

January 1 at 10:13pm · Like · Comment

     , Susan Lawter, William Irle and 10 others like this.

 **Robert Richardson** Hi Oh Sliver
January 1 at 10:17pm

 **Helen Boudreaux** There will never be peace in Islam,because Islam will never give Israel peace. It is thier will that Israel be destroyed..God,Yeshua, who ever you call him will make final Peace at arrmageddon By destroying the war before it takes out the whole human race...Revelation 20:10-15 and Ch.21 and 22 Read the backof the Bible*WE WIN*
January 2 at 4:37am

 **Ashok Tripathi** Wishing you all a happy , healthy and prosperous new year!
January 2 at 5:20am

 **Rashid Rashiid** As the Facebook world as my witness and evidence PLEASE GRANT ME MY RIGHT TO AN ADMINISTRATIVE HEARING. WHY DO YOUR EMPLOYEES DENY ME A LEGAL PROCEDURAL DUE PROCESS ! Train your employees to know the law!

I certify by law that this is my fifth attempt to ask for a hearing at the DMV

Thank you Facebook
February 21 at 10:53pm · 2 people

 **Samantha Thao** i just moved to Minnesota from Utah & i have a Utah permit so do i have to pay & take the test all over again to get a Minnesota one? or can i just bring in the State paper that i have with my Score on there?
March 18 at 11:56am

 **DMV.ORG**
Do you Drive a LOT or a Little? Do you support "Pay-As-You-Drive" Auto Insurance?

 **Pay as you drive car insurance? New study says a good idea**
www.boston.com
For several years now, Massachusetts environmentalists have said there is a better way of insuring drivers. Called pay -as-you-drive, the idea has its roots in a link between miles driven and risk of accidents. Paying a certain amount of cents...

 December 2, 2010 at 5:33pm · Like · Comment

 **Brandi Netzley Bowman** hi. my husband is applying for his CDL license, but it states on the website that you have to have a clean driving record. what does this mean? i believe he has a speeding ticket in the last 2 years. and he rearended someone last winter. do these cause you to not have a clean driving record? thanks for any info.
December 15, 2010 at 12:18pm

 **Brittany Maguth** I have my temps and I drive a little, in scared to drive especially in heavy traffic. I always wear my seatbelt and pay

Case 2:06-cv-07561-PA-CW    Document 306-3    Filed 09/06/11    Page 28 of 42    Page ID #:2561

attention only to the road and my surroundings. I'm trying to be the safest driver I can be.
July 5 at 9:18pm

 **Brittany Maguth** I'm*
July 5 at 9:18pm

---

 **DMV.ORG**

Think you know HOW to Parallel Park? Think again!

 **Video: Everyday Advice on Flawless Parallel Parking**
www.dmv.org

Few driving tasks are as intimidating as parallel parking. Many new motorists have failed an otherwise perfect driving test on this technicality alone. How many of us avoid parking on busy streets because we're just not good at parallel parking?

 December 2, 2010 at 1:05pm · Like · Comment

 Ayesha Ahmed, Lisa Connell, Adela Hermley and 8 others like this.

 **'Arel Moodie** Man, I really needed to know this, turning when the back tire is aligned is golden!
December 2, 2010 at 1:14pm

 **Qingmin Meng** It is helpful to buy a mini car.
December 3, 2010 at 8:45pm ·  1 person

 **DMV.ORG** Have you seen the Smart Cars? http://www.smart.com/ -- they may even be smaller than the Mini!
December 4, 2010 at 7:10am

---

 **DMV.ORG**

More reason to skip the line and stay online! What was the longest wait time at your local DMV office?

**Growing Deficit, Measured in Wait Time at D.M.V.**
www.nytimes.com

Making a trip to the San Francisco branch of the Department of Motor Vehicles has become even more of a time-consuming affair.

 November 19, 2010 at 11:42am · Like · Comment

---

 **DMV.ORG**

50 New Vehicles will debut at the Los Angeles Auto Show on November 19. Hybrid and electric vehicles are the wave of the future. Are you considering purchasing a green vehicle in the next 2-3 years?

 **Record 50 Vehicles To Debut At LA Auto Show**
losangeles.cbslocal.com

The show, which opens Nov. 19 and runs through Nov. 28, will include the world debuts of Honda‚s electric concept car, KIA‚s Optima Hybrid and Toyota‚s RAV4 EV concept. News, Sports, Weather, Traffic and the Best of LA

 November 15, 2010 at 2:34pm · Like · Comment

 Ayesha Ahmed, Shane Hale and 'Sal Canó like this.

---

 **DMV.ORG**

Have a Nissan? Feel free to comment on what you are doing to resolve this issue.

**Nissan Recalls 501,000 Trucks in U.S. for Steering Problem**
wheels.blogs.nytimes.com

Case 2:06-cv-07561-PA-CW    Document 306-3    Filed 09/06/11    Page 29 of 42    Page ID #:2562



Nissan also announced it was recalling about 14,000 Sentras because a problem with the battery cable could cause the engine to stall. Worldwide that recall covers almost 605,000 vehicles in the United States, Mexico, Canada, Argentina and Brazil.

 November 13, 2010 at 2:34pm · Like · Comment

---



**DMV.ORG**

"About one-fifth of vehicle crashes and near crashes nationally are caused by drowsy drivers, and about one-third of fatal truck crashes are..."

Please share and pass along to your friends...



**It's Drowsy Driving Awareness Week: Stay awake behind the wheel**
www.annarbor.com

Michigan State Police Sgt. Chris Pascoe of the Ypsilanti post says getting four hours of sleep for five consecutive nights is like staying awake for 24 hours. And that's like drunken driving.

 November 11, 2010 at 2:49pm · Like · Comment

 **Dakota Wilds** likes this.

---

RECENT ACTIVITY

 DMV.ORG edited their Website and Mission.

There are no more posts to show.

# EXHIBIT P

  

Search

Home



**Safer Drivers Shorter Lines**



- Wall
- Info
- DMV.ORG
- Photos
- Practice Test

**About**

DMV.ORG is a privately owned website that is not owned or operated by any g...

More

**65,273**
like this

**Likes**

 OnlineGURU Inc.

 govGURU

# DMV.ORG   Like

Website

## Wall

 **DMV.ORG**
DMV.org launches new homepage. We're looking for ideas on how we can improve it. Please share your thoughts: You can click here to visit the site -->> http://www.dmv.org/.
August 28 at 2:39am

👍 **12 people** like this.

 **Kowanna Bing** Free dmv reports!
August 28 at 3:39am

 **Matthew Horowitz** I just might try to get me one of them driver license cards!
August 28 at 4:01am

 **Lizzie Hough** Eliminate the DMV.
August 28 at 4:46am · 1 person

 **Ronel Wicker** Fix long lines..... And a better system for calling ppl up to the front then yelling out #s!!!
August 28 at 5:51am · 1 person

 **Teresamarie Wiley** Ok people they are asking for ideas that will improve the dmv experience, not that they need tip improve
August 28 at 6:02am

 **Joan Acosta** When u call with questions takes bout half hour to get to talk to someone.
August 28 at 6:03am

 **Eric Johanson** All 50 states should work with game developers of video games, so kids can have hours and hours of practice in a simulator type setting, long before getting behind the wheel of an actual car. Imagine, kids learning the basics of driving as early as 7 yrs of age.
August 28 at 8:01am · 1 person

 **Mike Walters** Be able to do all online I have been to DMV on a Sat. morning one of the first in the door and it still took almost 2 hrs to get out ( no test to take or pictures just paperwork) most of my time sitting and waiting
August 28 at 10:39am

 **Tara Jade Walker** Eric johanson idk u but that is a fabulous idea I agree we need sonething like that
August 28 at 10:51am

 **Gisella Milagros Killingsworth** Hi, I am very happy you are launching a new website, but I think you need to focus is the personal that works and every station or office. I know I am not the only what who goes through bad experience when going to take a test . ( e.g. : I spent the whole day , from 9 15am to 4 15) to get nothing . neither my written test :( ...
August 31 at 4:26pm

DMV.ORG

Chat (0)



Create a Page
Subscribe via RSS
Report Page
Share

We just got our 50,000th Facebook Fan! Thank you to all your support in our mission to create Safer Drivers... and Shorter Lines.
July 9 at 6:15pm

👍 92 people like this.

 **Billy Cole** hmmm...
July 9 at 6:37pm

 **Carol Andora** ain't me......that's for sure !!!
July 9 at 6:48pm · 👍 1 person

 **Dennie Merritt** I am learning to be a safe driver. Studying to get my permit!
July 9 at 6:53pm · 👍 1 person

 **Clarence Rich** shorter lines I was in a dmv today to to take cdl permit the line was out the door there were 2 lines one for permits and driver license you say short line I walked back out that was just insane half of schuylkill county was there.
July 9 at 6:58pm

 **Catherine Lee Jones** I just like your site today around like 5pm I think I am 50,ooo person I want a prize..... Lol
July 9 at 7:51pm

 **Catherine Lee Jones** @dennie just dont hit no one in the back and you will be great :) lol
July 9 at 7:52pm · 👍 1 person

 **Joy Ferro Moore** How about saving paper by changing the margins on your handbook pdf so there is not 50 words per page! You can print out this manual in 1/3 the pages if you just change your margins....hello!!
July 13 at 1:50pm

 **Steve Ward** COOL
July 14 at 7:39am

 **Clinton Kirk** I have now been trying to get through to the Garland, TX DMV office for about 2 hours now, they keep telling me that all operators are busy and to call back later or they hang up on me. I have been hung up on now 3 times
July 14 at 2:41pm

 **Haylee Gay** lol im studying to get my permit anyone have any advice
July 18 at 12:24pm

 **Catherine Lee Jones** @ haylee like I said to soon to be great driver dennie :) DON'T hit no one in the back and you be good u.hit someone in the back its automatically your fault no if ands or butts :)
July 18 at 8:31pm

 **DMV.ORG**
Everyone's looking to save a few bucks. Here are some great tips for saving money on your next road trip! Safe Travels!

 **Budgeting for The Road - DMV Guide**
www.dmv.org
Cool tips on how to save money during your road trip - DMV Guide

Chat (0)

 Share · April 5 at 6.51pm

👍 **30 people** like this.

 **J.J. McPhee** Trained monkeys could do a better job of running and operation the local DMVs. I think the state of Florida really should look into the long term price of training monkeys and the price of bananas to feed them. Compared to the pay and training of these sloth like people who do the ever minimum ever day at work at our local DMVs. I hope DMV.ORG takes my idea and forms some kind of test pilot out of it. Thank you and I hope my suggestions are helpful.
April 5 at 1:22pm · 👍2 people

 **David Delosreyes** hello dmv. Can you help me to apply a license permit?? ahm how to apply online? Please help me send me the link thank you
April 5 at 2:33pm

 **Elizabeth Miller** THIS WEB-SITE IS NOT AUTHORIZED BY SEVERAL STATES. AS INFO: SOME OF THEIR INFORMATION FOR ALABAMA IS INCORRECT. YOU NEED TO VERIFY BEFORE YOU START PUTTING ON YOUR WEBSITE THAT THERE IS NO CHARGE (FOR WHATEVER). THEY DO CHARGE FOR COPIES OF REGISTRATIONS. GET IT RIGHT!
April 7 at 8:15am

 **Danna Phea** So like if you do your license onlineee or whatever do yyou even get it in the mail?
April 7 at 10:24am

 **MovingCost** Great tips! Dropping off a link where your Website was featured. Thanks for making the lives of people moving a bit easier with your resourceful info! http://bit.ly/miE554
May 4 at 1:37pm

 **Margot Chloe Icasiano Santos** Hello DMV
May 5 at 2:49pm

 **Margot Chloe Icasiano Santos** I really want to drive but need a little bit of help because I am in special ed ..
May 5 at 2:49pm

 **Steven Fontana** i new a new id where online can i go to get it
May 12 at 10:39pm

 **Joseph Bello** I am trying to view or DL the motorcyle manual and its broken link.
May 13 at 9:59pm

 **Joseph Bello** nys that is
May 13 at 10:00pm

 **Lara Marshall** I am still waiting 2 weeks for my "Instant Record"!!!!!!!!!!!!!
May 18 at 2:00pm

 **Lisa Christine Surig** UNLIKE UNLIKE UNLIKE!!!!
May 27 at 8:31am

 **Barbara Kendrick** I will be moving to AZ. I currently have a CDL. Will I have to retest or will my CDL grandfather?
May 31 at 1:15pm

 **Carl Washington** I just scored a 100% on the practice test. Check it out.
June 7 at 8:41am · 👍1 person

🧑 Chat (0)

Facebook
Create a

 **Eric Beltran** I want to pass my written test
June 9 at 1:08am · 👍 1 person

 **Neda Ali** I was wondering if someone doesnt speak english and try to pass the writen test but they know the answer when information is transulated, is it possible to take the written test, and how. in the state of missouri
June 18 at 11:04am

 **Cynthia Calderon** hello! i'm 17 and i need to get my liences but idk what to do and i want to get it before school starts can you help me? please! :)
June 23 at 11:11am

 **Delilah Cendana Sarmiento** Thank u dmv practice test makes perfect for safe driving.
June 28 at 12:49pm

 **Sade Damian** i was just wondering if i lost my state ID do i need to take one of my parents to help me get a copy or anyother one?? please let me know
June 29 at 8:16am

 **Alioune Loum** i need to nkow what dmv in akron darla a loum working please
July 5 at 10:55am

 **Roberts Packaging USA** Great Site...and Safe Travels everyone...
July 6 at 5:20pm

 **Tom Pniewski** Please explain to me why my car registration arrived in the mail TODAY (July 7th) when my car tags are DUE TOMORROW (July 8th)??? It was POSTMARKED JULY 5TH!! MEANING IT WAS SENT JULY 5TH AND MY TAGS ARE DUE JULY 8TH! WITH A SMOG CHECK REQUIRED!!!!!!!!!!!!! TODAY IS THE 7TH PEOPLE! PLEASE CONTACT ME (somehow) AND EXPLAIN!!!!!!!!! BTW - I live in CA if that makes any difference or is it the problem?
July 7 at 7:33pm

 **Tom Pniewski** One more thing. I'm was trying to pay my tags ONLINE, even though I didn't get anything from the DMV and got DINGED with FEES; - Here take and look:
DMV Fees:$114.00
Cartagz Service Fee:$29.00
Convenience Fee:$2.85
Shipping:$2.00
E-Copy:$5.00
Total Paid:$152.85
July 7 at 7:48pm

 **Tom Pniewski** BTW - this was how I found out that needed a SMOG CHECK!!!! Someone explain away why I need to pay an Email Fee, Convenience Fee and the CarTagz Fee is RIDICULOUS!
July 7 at 7:50pm

 **Jacquelyn Owusu** I HATE THE DMV. YOU GUYS WASTE PEOPLE'S LIFE
July 19 at 1:31pm · 👍 1 person

 **DMV.ORG**
Have you taken our Free Practice Test? DMV.ORG is offering a FREE 10 Question Practice Test exclusively to our fans! Take the quiz and let us know how you did!

**DMV Practice Tests - DMV Permit Written Test - License, CDL, & Motorcycle - DMV Guide**
www.dmv.org

💬 Chat (0)

Take on-line practice tests for your driver's license - Test your knowledge with real questions from your state's drivers license exam.

 Share · March 30 at 11:02am

 54 people like this.

 **Sandy Lindersmith** Jackie, have Austin take a look.
March 30 at 12:01pm

 **Mary Snowie Letellier** I wish I could tell you how I did. But the answers didn't stay up long enough for me to see. When I clicked I was done. It flashed with a bunch of green correct marks. But I couldn't see them all. So I am going to go ahead and say I got them all right!!!!
March 30 at 6:17pm · 1 person

 **Tabitha Bridges** Got them all right. Lol! If not careful the way things are worded sometimes can throw you off.
April 7 at 12:19pm · 1 person

 **Robert Burdick** I cant get access to my results. It just offered me the questions again. Any ideasz?
April 18 at 4:03pm

 **Caroline Presley** 100% :)
May 6 at 2:05pm · 1 person

 **Jazmime Fort** Im tryin to take the test. How do I do that?
May 10 at 6:53am

 **DMV.ORG** @Jazmine - You can take the test here: https://www.facebook.com/D MV.org?sk=app_177353385614 998
May 10 at 1:16pm

 **Brandi Busbee** It does not seem to work .
May 10 at 6:53pm

 **Pitu Muriel** i have a florida driver license that expired in 2009,do i need to have a learners permit or can i just take the driving test? im going to driving school btw.
May 23 at 3:29pm

 **Pavlina Hull-Mazurek** 100%...of course.LOL
June 6 at 4:29am

 **Caroline Gatrue Thompson** Is it enough to practice for the test..... And how many quiz in there ?
June 10 at 11:28am

**Xavier Vega** damn I thought I knew my stuff I should had never let my perment expire
June 15 at 11:27am

**Jerry Wier** 90% missed the roadwork one
June 16 at 5:14pm

**Patricia Lambert** I can't get to the test. I click on the link and it takes me back to the page.
June 17 at 7:04am

**Paula Jacklyn Brooks** Question, im thinking of moving to pa from ohio would i have to retake the hole driving test? or would i have to take the permit again, or just get a new lisence ?
June 19 at 8:18pm

Chat (0)

 **Steve Clarkz** I used the 100 question test to revise for my Texas written test - VERY helpful. I passed the real test with 91%! :-)
June 20 at 9:51am

 **Cassandra Santos** Tommorrow im going for my permit test and im a nervous reck i dont know what to expect
June 21 at 4:46pm

 **Jean Martin Sedlar** 100% hope i can make it for my test!
June 22 at 9:04pm

 **Jake C. Giguere** Number 7 is wrong. I was just at the SCDMV and I had that question and said Pump the brakes and I got it right.
June 29 at 2:42pm · 👍 2 people

 **Daniel Cervantes** Yo ayer renove my licence
August 23 at 9:25pm

 **DMV.ORG**
Wow... Over 10k Fans on Facebook. Thank you all for helping us to continue our mission for Safer Drivers, Shorter Lines.
March 26 at 11:58pm

👍 **36 people** like this.

 **Fidel Olmos** DMV needs a drive thru window
March 27 at 2:57am · 👍 2 people

 **Sierra Cheyenne Sanford** Yall need to put that you need attendance record to get learners permits in the manual/ website. I hate it. I've been 15 for 5 weeks & still aint got my permit yet.....
March 27 at 1:16pm · 👍 1 person

 **Luis Collazo** Please let me know how to advertise on your site.
March 29 at 3:51am

 **DMV.ORG** @Luis http://www.dmv.org/our-company/advertising.php
March 30 at 10:09am

 **David Martin** do u have to get ur permit if u are 18 or over some people say that u can just apply for a licence let me know any one
March 30 at 10:28am · 👍 1 person

 **Andrew Grieve** You're welcome
March 30 at 12:44pm · 👍 3 people

 **Rose M Johnson** This has really helped me and my fiancee in the process of our study for our test at the DMV. Were going to ace it. Tanks alot.
June 9 at 5:27am

 **Caroline Gatrue Thompson** Is that only 10 Questions on it ? I need to practice more.Should i go to the DMV Office in Manhattan to get the book for the Tests....
June 16 at 10:59am

 **Vanity Styles** I would really like to know how much $$$$ You guys have made off everyone getting tickets??? its ridiculous
June 24 at 11:39am

 **Vanessa Yanez** Question: I am turning 21 in September , and I wad wondering if I will receive the under age license if it comes before my birthday????
July 5 at 12:37am

 Chat (0)



**DMV.ORG**

Another great program promoting safe driving. Students were able to experience simulated poor driving behaviors such as texting while driving and drunk driving in a safe environment.



**Southside High students get safe driving tips**
www.gadsdentimes.com

Students at Southside High School on Wednesday got to experience risky driving behaviors, consequence free, during a program aimed at teaching teenagers safe driving.

 Share · March 23 at 10:38pm

 12 people like this.

**RECENT ACTIVITY**

 DMV.ORG changed their About.



**DMV.ORG**

Another Toyota/Lexus Recall. This time due to defects that may cause fuel leakage.



**Toyota Recalls 1.7 Million Vehicles - CBS News**
www.cbsnews.com

Most Vehicles Recalled Over Fears of Possible Fuel Leak in Japan, but 255K Sold in U.S.

 Share · January 29 at 2:55pm

4 people like this.

 **Bud Lite** They just don't make cars like they used too. Most of these new cars seem like snap ons LMAO
January 29 at 3:05pm · 👍1 person

 **Bud Lite** Just think I was gonna buy one too! NEXT!
January 29 at 3:06pm · 👍1 person

 **Margot Chloe Icasiano Santos** Hello DMV . ORG
I will need a little help pls ?.
February 26 at 10:55am

 **Betül Tanır** i have a question. what does E: and R: mean on the driver license?
can u help me please
March 6 at 6:25am

 **Dimitar Stoykov** hey DMV I gotta ask you a question about my driver license ?
March 7 at 3:06am



**DMV.ORG**

Could the FL DMV have done something different to ensure online test takers really knew the DMV Handbook materials?



**Florida cancels online learner's permit test after finding over 50% can't pass test in real life [w/**
www.autoblog.com

No more online Learner's Permit option for Florida drivers – Click above to watch video after the jump If you live in Florida and are getting

 Share · January 12 at 9:45am

👤 Chat (0)

 **Bud Lite** likes this.

 **Bud Lite** Good tests should be taken in person anyways! Too be honest I think u should hold a permit longer than 1 year before going for a lisence. Many rush to get it and then bang!
January 12 at 9:50am · 👍1 person

 **Margaret Just** I think they have it backwards. Isn't it the responsibility of the individual to ensure that they can pass the test? What a novel idea!
January 12 at 5:17pm

---

 **DMV.ORG**
Wishing you all a happy, healthy and prosperous New Year!
January 1 at 10:13pm

👍 **13 people** like this.

 **Robert Richardson** Hi Oh Sliver
January 1 at 10:17pm

 **Helen Boudreaux** There will never be peace in Islam,because Islam will never give Israel peace. It is thier will that Israel be destroyed..God,Yeshua, who ever you call him will make final Peace at arrmageddon By destroying the war before it takes out the whole human race...Revelation 20:10-15 and Ch.21 and 22 Read the backof the Bible*WE WIN*
January 2 at 4:37am

 **Ashok Tripathi** Wishing you all a happy , healthy and prosperous new year!
January 2 at 5:20am

 **Rashid Rashiid** As the Facebook world as my witness and evidence PLEASE GRANT ME MY RIGHT TO AN ADMINISTRATIVE HEARING. WHY DO YOUR EMPLOYEES DENY ME A LEGAL PROCEDURAL DUE PROCESS ! Train your employees to know the law!

I certify by law that this is my fifth attempt to ask for a hearing at the DMV

Thank you Facebook
February 21 at 10:53pm · 👍2 people

 **Samantha Thao** i just moved to Minnesota from Utah & i have a Utah permit so would i have to pay & take the test all over again to get a Minnesota one? or can i just bring in the State paper that i have with my Score on there?
March 18 at 11:56am

---

 **DMV.ORG**
Do you Drive a LOT or a Little? Do you support "Pay-As-You-Drive" Auto Insurance?

 **Pay as you drive car insurance? New study says a good idea**
www.boston.com
For several years now, Massachusetts environmentalists have said there is a better way of insuring drivers. Called pay-as-you-drive, the idea has its roots in a link between miles driven and risk of accidents. Paying a certain amount of cents...

📄 Share · December 2, 2010 at 5:33pm

 💬 Chat (0)

🖵 View all 3 comments



**DMV.ORG**

Think you know HOW to Parallel Park? Think again!



**Video: Everyday Advice on Flawless Parallel Parking**
www.dmv.org

Few driving tasks are as intimidating as parallel parking. Many new motorists have failed an otherwise perfect driving test on this technicality alone. How many of us avoid parking on busy streets because we're just not good at parallel parking?

🔗 Share · December 2, 2010 at 1:05pm

👍 11 people like this.

 **'Arel Moodie** Man, I really needed to know this, turning when the back tire is aligned is golden!
December 2, 2010 at 1:14pm

 **Qingmin Meng** It is helpful to buy a mini car.
December 3, 2010 at 8:45pm · 👍 1 person

 **DMV.ORG** Have you seen the Smart Cars? http://www.smart.com/ -- they may even be smaller than the Mini!
December 4, 2010 at 7:10am



**DMV.ORG**

More reason to skip the line and stay online! What was the longest wait time at your local DMV office?

**Growing Deficit, Measured in Wait Time at D.M.V.**
www.nytimes.com

Making a trip to the San Francisco branch of the Department of Motor Vehicles has become even more of a time-consuming affair.

🔗 Share · November 19, 2010 at 11:42am



**DMV.ORG**

50 New Vehicles will debut at the Los Angeles Auto Show on November 19. Hybrid and electric vehicles are the wave of the future. Are you considering purchasing a green vehicle in the next 2-3 years?



**Record 50 Vehicles To Debut At LA Auto Show**
losangeles.cbslocal.com

The show, which opens Nov. 19 and runs through Nov. 28, will include the world debuts of Hondaâ  s electric concept car, KIAâ  s Optima Hybrid and Toyotaâ  s RAV4 EV concept. News, Sports, Weather, Traffic and the Best of LA

🔗 Share · November 15, 2010 at 2:34pm

👍 3 people like this.



**DMV.ORG**

Have a Nissan? Feel free to comment on what you are doing to resolve this issue.



**Nissan Recalls 501,000 Trucks in U.S. for Steering Problem**
wheels.blogs.nytimes.com

Nissan also announced it was recalling about 14,000 Sentras because a problem with the battery cable could cause the engine to stall. Worldwide that recall covers almost 605,000

🔲 Chat (0)

Case 2:06-cv-07561-PA-CW    Document 306-3    Filed 09/06/11    Page 40 of 42    Page ID #:2573

vehicles in the United States, Mexico, Canada, Argentina and Brazil.

 Share · November 13, 2010 at 2:34pm

---

 **DMV.ORG**

"About one-fifth of vehicle crashes and near crashes nationally are caused by drowsy drivers, and about one-third of fatal truck crashes are..."

Please share and pass along to your friends...



**It's Drowsy Driving Awareness Week: Stay awake behind the wheel**
www.annarbor.com

Michigan State Police Sgt. Chris Pascoe of the Ypsilanti post says getting four hours of sleep for five consecutive nights is like staying awake for 24 hours. And that's like drunken driving.

 Share · November 11, 2010 at 2:49pm

 Dakota Wilds likes this.

---

**RECENT ACTIVITY**

 DMV.ORG edited their Website and Mission.

---

There are no more posts to show.

Chat (0)

# EXHIBIT P-1

Case 2:06-cv-07561-PA-CW     Document 306-3     Filed 09/06/11     Page 42 of 42     Page ID #:2575

