ANDREW B. SERWIN CA Bar No. 179493
  aserwin@foley.com
TAMMY H. BOGGS CA Bar No. 252538
  tboggs@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3579 VALLEY CENTER DR., SUITE 300
SAN DIEGO, CA 92130
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendants EDRIVER, INC., ONLINE GURU INC., FIND MY SPECIALIST, INC., SERIOUSNET, INC., RAVI K. LAHOTI, RAJ LAHOTI

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California Corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations, RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>  Defendants. | Case No: CV 06-7561 PA (CWx)<br><br>**DECLARATION OF RAJ LAHOTI IN SUPPORT OF DEFENDANTS' POSITION IN JOINT STATUS REPORT**<br><br>JUDGE:   Hon. Percy Anderson<br>COURTROOM:   15 |

I, Raj Lahoti, declare:

1. I am the co-founder and Chairman of defendant OnlineGURU Inc., the company that manages the website http://www.dmv.org/ ("dmv.org."). I am also a named individual defendant in this matter. I have personal knowledge of the facts set forth herein and, if called upon to testify, could and would competently testify thereto.

**Home page designs of dmv.org**

2. Attached hereto as Exhibit A is a true and correct copy of a screen

1  shot of dmv.org's **current** home page design as of the date of this declaration.

2  3. Attached hereto as Exhibit B is a true and correct copy of a screen shot of dmv.org's home page design in November 2006.

**Marketing and Redesign Contest**

4. Attached hereto as Exhibit C is a true and correct copy of the website http://www.google.com/ after running a search with the terms "California DMV" as of September 1, 2011.

5. Attached hereto as Exhibit D is a true and correct copy of a screen shot of dmv.org's redesign contest that was run from August 5-15, 2011. As the screenshot indicates, the contest, which was open and announced to the public, requested submissions of website designs for a "completely different look and feel for the new DMV.org site." The submitted designs were also required NOT to "use any government insignia, official seals, or anything that would give the impression that this is a government site." The contestants were advised that dmv.org was "happy to be non-governmental and look friendly."

**Contact Form**

6. Attached hereto as Exhibit E is a true and correct copy of a screen shot of dmv.org's **current** "contact form" as of the date of this declaration.

7. Attached hereto as Exhibit F is a true and correct copy of a screen shot of dmv.org's "contact form" in November 2006.

**Dmv.org's Facebook page**

8. Dmv.org has a Facebook page (http://www.facebook.com/#!/DMV.org). Facebook is a third party platform separate and distinct from dmv.org, on which Facebook users can post comments to the "Wall." Dmv.org removes postings from public view on its Facebook page for a variety of reasons. These reasons include (1) that the comments are disparaging to dmv.org and/or offensive and harmful, or (2) the comments would perpetuate consumer confusion and potentially cause other users to become

1  confused, such as when the comments appear to be complaints addressed to a
2  Department of Motor Vehicles.
3      9.   With respect to its Facebook page, dmv.org believes it is responsible
4  to remove comments that are potentially offensive and/or perpetuate or foster
5  consumer confusion.
6      I declare under penalty of perjury that the foregoing is true and correct and
7  that I executed this declaration on September 6, 2011, at San Diego, California.

/s/ Raj Lahoti
Raj Lahoti

# EXHIBIT "A"

| | About Our Company | Our Mission | Advertise at DMV.org | | |
|---|---|---|---|---|---|
| **dmv.org** The Unofficial DMV Guide | Search | | Choose Your State | GO | 👍 65K +1 |

**The Unofficial DMV Guide**
Since 1999

| Home | License & ID | Registration & Titling | Reports & Records | Tickets & Violations | Insurance | Buying & Selling |



**Helping you navigate the DMV since 1999**

DMV.org guides you to simplified info on drivers licensing, car registration, traffic tickets and more.

**LEARN MORE**

- Safer Drivers Shorter Lines
- Compare Car Insurance
- Check Your Driving Record
- Take an Online Practice Test

**What Can We Help You With?**

- Drivers License (New, Renew, Replace) ▸
- Vehicle Registration & Titling ▸
- Buying or Selling a Car ▸
- Tickets, Violations & Accidents ▸
- DMV Office Hours, Address, Phone ▸

Other Common Tasks »

| **DMV Office Finder** | **Forms & Publications** | **Relocation Guide** | **Common & Safety Laws** |
|---|---|---|---|
| Appointments<br>Schedule Your Road Test<br>DMV Phone Numbers | Forms Library<br>Manuals & Handbooks<br>Bill of Sale | Change Address<br>New to Your State<br>Find a Moving Company | Cell Phone Laws<br>Car Seat Laws<br>Traffic Laws |

⊙ CBS NEWS    msn Money    AOL money & finance    **SmartMoney**    YAHOO! FINANCE



**DMV.ORG on Facebook**
You like this.
65,276 people like DMV.ORG.

Facebook social plugin

### The Unofficial DMV Guide

DMV.org is a privately owned organization that simplifies government-related info across all states. We created this mega-resource not because we love the DMV, but because we grew tired of standing in long lines at the motor vehicle agencies. In addition to gathering the most accurate information, we cut to the chase and offer our users easy-to-understand, useful details on handling DMV-related business. This includes what you need to know for applying for a driver's license, renewing your vehicle registration, obtaining your driving record and much more.

The coolest thing we do involves utilizing the latest technology to create a positive user experience. We're not even government employees. In fact, we are technology idealists who want to make the Web a better space. Our team thrives on problem solving, innovating and collectively coming up with online tools that give our users the best resource on the Web. Want to save time and skip the hassle? Check out DMV.org and let us know what you think.

### Popular Searches

| Address Change Online | Appointments | Bill Of Sale | Change Of Address |
| Check Drivers License Status | | License Plates | Online Appointment |
| Permit | Permit Test | Practice Test | Road Test | Vin |

No one person could have built the company that OnlineGURU is today. Our success has been the product of strong teams, quality partners and continuous user feedback. Passionate about making the Web a better space? Jump on in.

| **Help Us With Our Mission** ▸ |  **Got a Product/Service?**<br>We are committed to delivering high quality product and services to our users<br>Tell Us More » |  **Got Talent?**<br>We need talented individuals and teams to help us on our mission.<br>Join Our Team » |  **Got an Idea?**<br>We take feedback personally. Let us know how we can do better.<br>Share Your Idea » |

**Find Information by Location:** [Choose Your State]

| | | | | | |
|---|---|---|---|---|---|
| Alabama | Florida | Kentucky | Missouri | North Carolina | South Dakota | West Virginia |
| Alaska | Georgia | Louisiana | Montana | North Dakota | Tennessee | Wisconsin |
| Arizona | Hawaii | Maine | Nebraska | Ohio | Texas | Wyoming |
| Arkansas | Idaho | Maryland | Nevada | Oklahoma | Utah | |
| California | Illinois | Massachusetts | New Hampshire | Oregon | Vermont | |
| Colorado | Indiana | Michigan | New Jersey | Pennsylvania | Virginia | |
| Connecticut | Iowa | Minnesota | New Mexico | Rhode Island | Washington | |
| Delaware | Kansas | Mississippi | New York | South Carolina | Washington DC | |

 Our Company | Advertising | Feedback and Ideas | Contact DMV.org Website Support | Site Map | Link To Us     **Inc. 500**

Become a Contributor | Careers at Online Guru | Developers | Privacy Policy | Visitor Agreement

DMV.org is a privately owned Website that is not owned or operated by any government agency.
For more information please visit our Visitor Agreement and Privacy Policy.

© 1999 - 2011 OnlineGURU Inc. All Rights Reserved. online guru

# EXHIBIT "B"



Site Map | About Us | Help Center | Terms of Use | Tell a Friend | Bookmark Site

Home | DMV Guide | Insurance Center | Tickets & Driving Schools | Reports & Records
Buying & Selling | Laws & Attorneys | News & Alerts | How To Guides | Fun Stuff | Community

Choose Your State   Quick Links

### Featured Resources

- Auto Insurance
- Background Checks
- Drivers Education
- Drivers License & ID
- Driving Records
- Forms & Publications
- Lawyers
- Location & Hours
- Practice Tests
- Traffic Schools
- Vehicle & Tire Recalls
- Vehicle History Reports
- Vehicle Registration

## No need to stand IN LINE.
## Your DMV Guide is now ONLINE!

This website was created to provide easy-to-access information and resources for all your Department of Motor Vehicles needs! Since government DMV sites can be confusing to use, we have developed this free & comprehensive guide for the average person to understand.



Choose Your State
Click on the map to select your state DMV guide

- Alaska
- Hawaii
- Washington DC

### DMV Guide

- Drivers License & ID
- First Time Drivers
- Registration & Titling
- Driving Records
- Locations & Hours
- Forms & Publications
- New to Your State?
- Motorcycles
- Commercial Drivers
- Safety & Statistics
- Dealers & Auto Industry
- Other DMV Information
- Car Insurance
- Tickets & Driving Schools

### Insurance Center

### Tickets & Driving Schools

- Drivers Education
- Traffic Schools
- Practice Tests
- Defensive Driving
- Suspended License
- Traffic Tickets
- Paying Your Traffic Ticket
- DMV Point System
- Driver Handbook
- Traffic Ticket Attorneys

### Reports & Records

- Driving Records
- Vehicle History Reports
- Criminal Records
- Background Checks
- Free Credit Report

### Buying & Selling

- Guide to Buying a New Car
- Guide to Buying a Used Car
- Guide to Selling Your Car
- Auto Warranty
- Auto Loans
- State Regulations

### Laws & Attorneys

- Find Attorneys
- Lemon Law
- DUI & DWI
- Personal Injury
- Vehicle Code
- Driver Handbook

### News & Alerts

- Breaking News
- Recalls
- Stolen Vehicles
- Traffic Alerts
- Weather

### How To Guides

- Buying & Selling
- Vehicle Maintenance
- Safety & Driving
- Car Basics
- Equipment & Technology
- Motorcycles & Other Vehicles
- Alternative Vehicles
- Travel & Recreation

### Fun Stuff

- Trivia
- Humor
- Games
- Vehicle Audio & Video
- The Racing World
- Groups & Gatherings
- Links We Like

### Community

#### Sponsored Listings

**Get Free Car Insurance Quotes >>**

Save up to $500/year on Car Insurance with Esurance. Also, get the rates of their top competitors directly on their site.

**Lower Your Car Insurance Premium >>**

Shop rates of multiple Auto Insurance companies online. Receive free quotes and save hundreds.

**Lower Your Car Insurance Premium >>**

Shop rates of multiple Auto Insurance companies online. Receive free quotes and save hundreds.

**Car Insurance Quotes at Insurance.com >>**

Compare auto insurance quotes from top companies online.

**Car Insurance >>**

Fill out one simple form and receive multiple quotes on car insurance.

#### What's New

**New Look, New Content**
We are extremely pleased to announce the launch of our newly designed and updated content at DMV.ORG. No longer do you have to wade through complicated governmental jargon to figure out how to accomplish your DMV transactions. We provide all the details specific to your state. We are proud of these changes, but you can help us improve our site all the more. It's easy: just send us your thoughts and comments through our suggestion box. Spend some time; look around; we think you'll be glad you did.

**Car Insurance Center Opens**
All drivers need protection against the possibility of being involved in a car accident. Car insurance is the most common method of protecting yourself against having to pay for costly repair bills or paying for property damage and hospital costs. Whether you have carried insurance for years, or you are just learning about the world of auto insurance, you'll find helpful information that will enable you to make wise decisions when it comes to buying insurance. We bring you the state regulations regarding required coverage and we have partnered with some of the very best in the business to bring you great rates for all your insurance needs.

**How-To Guides for Car Lovers**
We know you love your car, so we've put together a lot of articles to help you learn more about taking care of your vehicle. Not interested in learning how to change your oil? Well, then maybe you'd rather learn how to stock your RV for a long trip, find out how to plan your upcoming road trip, or where to stop along the way to take in all the kitschy roadside attractions that dot our highways and byways. New How-To articles will be added on a regular basis so if you don't see the topic you want to research, keep checking back from time to time.

**Try Some Fun Stuff**
OK, you've found out what you need to do to take care of that DMV business: you've downloaded all the forms you need to take to the DMV; and you've made an appointment online and found out how to get to the nearest DMV office. So now what? How about having some car-related fun? Because life can't just be about paperwork and standing in long lines, we offer you some fun and games related to cars and driving. Reading about some of the bizarre laws related to driving is sure to leave you shaking your head; while testing yourself with our car trivia quiz is sure to prepare you for the next cut throat game of Trivial Pursuit. An eclectic mix of fun stuff is offered on these pages, from why you might want to join an antique car club to profiles of current NASCAR stars to links to Web sites that feature interesting license plates. Relax, enjoy, and take a spin through our Fun Stuff.

#### About DMV.ORG

Our DMV Guide provides you with all the information you could possibly need from the Department of Motor Vehicles office—and much more. All the details on driver's licenses, driving records and ID cards, as well as vehicle registrations, title transfers, bills of sale and smog checks, are all available right here.

DMV.ORG also offers information you wouldn't think of getting from the Department of Motor Vehicles. You'll find great rates on auto insurance, ways to order a vehicle history report, and links to buying and selling cars—used and new. Got a traffic ticket? DMV.ORG also teaches you about online traffic schools, as well as driver's ed courses for new drivers. You can also rely on DMV.ORG for information on Lemon Laws and important updates on safety recalls. We bring you the most up-to-date information and services as they become available.

Why waste your time in line at the DMV when you can find all your answers about drivers, cars, driving, and the regulations you need to follow in your own state, all on one comprehensive Web site? Welcome to DMV.ORG.

#### Choose Your State DMV Guide

| | |
|---|---|
| Alaska DMV | North Carolina DMV |
| Alabama DMV | North Dakota DMV |
| Arkansas DMV | Nebraska DMV |
| Arizona DMV | New Hampshire DMV |
| California DMV | New Jersey DMV |
| Colorado DMV | New Mexico DMV |
| Connecticut DMV | Nevada DMV |
| Delaware DMV | New York DMV |
| Florida DMV | Ohio DMV |
| Georgia DMV | Oklahoma DMV |
| Hawaii DMV | Oregon DMV |
| Iowa DMV | Pennsylvania DMV |
| Idaho DMV | Rhode Island DMV |
| Illinois DMV | South Carolina DMV |
| Indiana DMV | South Dakota DMV |
| Kansas DMV | Tennessee DMV |
| Kentucky DMV | Texas DMV |
| Louisiana DMV | Utah DMV |
| Maine DMV | Virginia DMV |
| Maryland DMV | Vermont DMV |
| Massachusetts DMV | Washington DMV |
| Michigan DMV | Washington DC DMV |
| Minnesota DMV | Wisconsin DMV |
| Mississippi DMV | West Virginia DMV |
| Missouri DMV | Wyoming DMV |
| Montana DMV | |

© 1999-2006, DMV.ORG. All Rights Reserved
Home | About Us | Help Center | Visitor Agreement | Privacy Policy | Contact Us | Advertising | Link to Us | Change State

***Please note that DMV.ORG is not owned, operated, or affiliated with any government agency.***
DMV.ORG (the Site) is a privately owned, for-profit corporation owned by eDriver, Inc. The Site specifically disclaims any and all connection with any state bureau, division, or Department of Motor Vehicles, or any state or federal government agency. DMV.ORG does its best to get the correct information for each Department of Motor Vehicles on its site but does not bear responsibility for the accuracy of the information displayed herein. It is not complete or certified information. Additionally, the Site expressly disclaims any and all liability for third party links or resources on the Site and any claims of negligence arising from same. For complete and accurate information, please consult your local Department of Motor Vehicles office.

# EXHIBIT "C"

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼                                                Sign in

 [Google]   [                    ] ×   

About 9,750,000 results (0.10 seconds)          Advanced search

Everything

Images

Videos

News

Shopping

More

Chicago, IL
Change location

Any time
Past hour
Past 24 hours
Past week
Past month
Past year
Custom range...

More search tools

▸ **California** Department of Motor Vehicles
dmv.ca.gov/ - Cached
The Department of Motor Vehicles enhances traffic safety through the testing and monitoring of drivers; protects identity by ensuring the integrity of **DMV's** ...

Registration Renewal
dmv.ca.gov/.../vr_top2.htm
**California DMV's** online vehicle ...

Driver License
dmv.ca.gov/dl/dl.htm
IID Pilot Program · New ...

Appointments
dmv.ca.gov/foa/welcome.do
Welcome to the **DMV** ...

Online Services
dmv.ca.gov/.../onlinesvcs.htm
To notify **DMV** that the currently ...

Change of Address
dmv.ca.gov/.../welcome.htm
The Department of Motor ...

DMV Public Offices By Location
dmv.ca.gov/fo/.../toc_fo.htm
California Department of Motor ...

More results from ca.gov »

State of **California**
www.ca.gov/ - Cached
Explore Data.ca.gov Find downloadable mobile apps like **CA** Locator and **DMV** ...

Show more results from ca.gov

**California DMV** Guides and How To's - DMV.org: The Unofficial **DMV** ...
www.dmv.org/ca-california/ - Cached
DMV.org makes understanding the California Department of Motor Vehicles simple. Get quick access to **CA DMV** forms, practice tests, rules & regulations, and ...

**California DMV** Registration - DMV Registration and Title Services
www.cartagz.com/ - Cached
Leading Online Vehicle Registration Service. Renew your **CA DMV** vehicle registration or transfer your vehicle title today. **CA DMV** renewal notice or RIN not ...

california dmv - Google Search
Case 2:06-cv-07561-PA-CW   Document 306-8   Filed 09/06/11   Page 10 of 18   Page ID #:2771
Page 2 of 3

**CaliforniaDMV's** Channel - YouTube
www.youtube.com/user/CaliforniaDMV - Cached
Save Time! Go Online! www.**dmv.ca**.gov Renew driver's licenses and vehicle registrations, buy personalized plates, file change of address and vehicle transfer ...

**California DMV** Guide by DMV.com - Make the DMV Headache Free
www.**dmv**.com/ca/**california** - Cached
Apr 27, 2011 – DMV.com saves you time and headaches at the **California DMV**. Guides for vehicle registration, drivers license, practice tests, forms, auto ...

**CA** Driver's License Test, Free **DMV** Practice Test, **DMV** Study Guide ...
www.**dmv**cheatsheets.com/dmv/ca-**California** - Cached
Are you ready for your **CA DMV** driver's license written test? DMV Cheat Sheets helps you pass gauranteed!

California Driver Education Online $18.95 | **CA DMV** Accepted | Cal ...
www.cal-driver-ed.com/ - Cached
Driver Ed Online satisfies the **California DMV** driver education requirements for California high school students to obtain a learners permit and drivers license.

California Driver License Attorney, **California DMV** Hearing Attorney
www.rock-law.com/ - Cached
Hire a California driver license attorney to earn your license back. Rock O. Kendall is a qualified **California DMV** hearing attorney and represents all ages at ...

**California DMV** Hearing
www.losangelesduidefense.com/**dmv**.html - Cached
If you win your **DMV** hearing, there is no reissue fee. How long will the **DMV** suspend my license? For a first offense DUI, your **California** Drivers license will be ...

WeHo man ensnared in felony forgery scheme



WeHo News - 5 hours ago
CA drivers licenses were allegedly forged, manufactured and sold by a five man counterfeiting ring. Photo from **CA DMV**. The culmination of an 19-month ...
33 related articles

**DMV** Arrests Fake ID Counterfeiters - The Beverly Hills Courier

5 arrested in L.A. area in illegal driver's license case - Los Angeles Times

More news for california dmv »

Pages similar to **dmv.ca.gov**
NYSDMV - Provides information on driver license, vehicle registration, ... - nydmv.state.ny.us

california dmv - Google Search
Case 2:06-cv-07561-PA-CW Document 306-8 Filed 09/06/11 Page 11 of 18 Page ID #:2772
Page 3 of 3

flhsmv.gov - Agency responsible for issuing driver licenses, motor vehicle ... - flhsmv.gov
ssa.gov - TOP SERVICES. Get or replace a Social Security card · Apply for ... - ssa.gov
Department of Licensing - Provides vehicle licensing, titling, and ... - dol.wa.gov

Searches related to **california dmv**

california dmv **practice test**
california dmv **phone number**
california **vehicle code**
california dmv **appointment**
california **highway patrol**
**aaa** california
california dmv **locations**
california dmv **change of address**

1 2 3 4 5 6 7 8 9 10    **Next**

Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    About Google

# EXHIBIT "D"



| | |
|---|---|
| **Description of business** | DMV.org is "The Unofficial DMV Guide". DMV.org has been helping users navigate the DMV since 1999 by providing an easy to use interface and allowing users to find/access information about the DMV and general motor vehicle and automotive information specific in their state. |
| **Existing website** | http://www.dmv.org |
| **Number of pages** | 1 |
| **Page descriptions** | See attached wireframe. This is the homepage for the new DMV.org site. |
| | As you can see from the attached wireframe and logo concept, we are going with a completely different look and feel for the new DMV.org site. |
| **Websites for inspiration** | I like mint.com because it makes me want to work with them and sign up. |
| | I like the way about.com uses colors and imagery |
| | I like causes.com for the colors, how they pop out, and the site makes me feel good |
| | I like the use of colors and style at marthastewart.com |
| | I like webmd.com |
| | I like dummies.com because it is fun, friendly, but still a trusted resource. |
| **Further requirements** | We have attached the wireframe that we want to use. |
| | The attached logo is something we were thinking of... but because the CAR and the Happy Face are elements that we "DON'T" have the rights to, please come up with a new design for this to incorporate onto the homepage design. |
| | Do NOT use the license plate logo on the current DMV.org site. We are looking for a completely new and fresh look for the new site. We would like to stick with a similar color palette on the DMV.org site, but we are open to some creative freedom on this. |
| | Please note: do not use any government insignia, official seals, or anything that would give the impression that this is a government site. We are happy to be non-governmental and look friendly. |
| **Payment methods** | This contest has been pre-paid with 99designs. The winner will be paid directly by 99designs for the full prize amount, excluding any third party transfer fees. |
| | - Paypal (free, 2-3 day payment turnaround)<br>- Moneybookers (charges apply, 5-10 day payment turnaround)<br>- AlertPay (charges apply, 5-10 day payment turnaround)<br>- Western Union (charges apply, 10 day payment turnaround) |

# EXHIBIT "E"

**Main Navigation**

- Practice Tests
- Insurance Center
- Driving Records
- Drivers License & ID
- Registration & Titling
- Vehicle History Reports
- Teens (Under 18)
- Drivers (18 and Older)
- Commercial Drivers (CDL)
- Motorcycle Riders
- Drivers in the Military
- Buying & Selling
- Tickets & Violations
- Address & Name Change
- DMV Office Finder
- Forms & Publications
- Relocation & Movers Guide
- Safety & Driving
- Reports & Records
- **Contact DMV.org Website Support**
- Marketplace

**Search DMV.ORG**
Find information on licenses, registration, records, and more.

[ Search ]

Home   Main Navigation

# Contact DMV.org Website Support

Like   26

---

**Disclaimer: DMV.org is a privately-owned website and NOT owned by any government agency.**

For License or Registration issues, please contact your State DMV Office:
>> http://local.dmv.org

For issues related to using this website, please use the form below:

*Required

**What is your issue relating to?** *
○ A product or service I ordered from an advertiser at DMV.org
○ Report an error with our site (Incorrect information, broken link, etc...)
○ Other: _____

**Please provide details (DO NOT PROVIDE ANY SENSITIVE INFORMATION)** *

[                                                                      ]

**Your E-mail Address** *
Please note, we cannot contact everyone who fills this form out. But we will do our best

[_____]

**City, State** *

[_____]

( Submit )

3

# EXHIBIT "F"

