DAVID N. MAKOUS CA Bar No. 82409
   dmakous@lbbslaw.com
MINA I. HAMILTON CA Bar No. 213917
   hamilton@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CA 90012
TELEPHONE:   (213) 250-1800
FACSIMILE:    (213) 250-7900

Attorneys for Plaintiffs TRAFFICSCHOOL.COM, INC.; DRIVERS ED DIRECT, LLC

ANDREW B. SERWIN CA Bar No. 179493
   aserwin@foley.com
TAMMY H. BOGGS CA Bar No. 252538
   tboggs@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3579 VALLEY CENTER DR., SUITE 300
SAN DIEGO, CA 92130
TELEPHONE:   858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendants EDRIVER, INC., ONLINE GURU INC., FIND MY SPECIALIST, INC., SERIOUSNET, INC., RAVI K. LAHOTI, RAJ LAHOTI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California Corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations, RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>Defendants. | Case No: CV 06-7561 PA (CWx)<br><br>**STIPULATION AND JOINT REQUEST TO STAY PENDING DEADLINES; SUBMITTED WITH PROPOSED ORDER THEREON AND DECLARATION OF DANIEL C. DECARLO**<br><br>JUDGE:   Hon. Percy Anderson<br>COURTROOM:   15 |

1   THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE
2   AND JOINTLY MOVE THE COURT AS FOLLOWS:

3   On August 24, 2011, this Court issued an Order setting forth certain
4   deadlines related to any Motion for Attorney's Fees, including dates for which a
5   Motion is to be filed and heard by the Court. (Doc. No. 302.). The Court set a
6   deadline of October 3 for any such motion to be filed. The Court also ordered the
7   parties to file a joint status report concerning the parties' respective positions
8   concerning disposition of the 9th Circuit's mandate concerning the issue of the
9   permanent injunction. On September 6, 2011, the parties filed a joint status report
10  in response to the Court's order. (Doc. No. 306).

11  NOW THEREFORE: After extensive discussions between the parties, the
12  parties now stipulate and jointly move the court for an order staying this case for
13  30 days so as to (1) continue the date that Plaintiffs must file their motion for
14  attorneys' fees from the current deadline of October 3, 2011 to November 3, 2011
15  and (2) to request that the Court take no action concerning the joint status report
16  filed on September 6, 2011 (Doc. No. 306) until after November 3, 2011.

17  The parties have been engaging in settlement negotiations for several
18  weeks, have exchanged multiple settlement offers, and have reached an agreement
19  in principle on key terms. The parties intend to work diligently to conclude their
20  settlement negotiations in the near future and anticipate that prior to November 3,
21  2011, the parties will present to the Court a further stipulation outlining a proposed
22  disposition of the case. In light of the recitals set forth above, the Parties therefore
23  stipulate as follows:

24  1.   This case be stayed for 30 days and all pending deadlines be
25       vacated including that the deadline for Plaintiffs to file their
26       motion for attorneys' fees, which was set for October 3, 2011, be
27       vacated and continued until November 3, 2011;
28  2.   That the Court not act on the joint status report filed by the parties

on September 6, 2011 (Doc. No. 306) until after November 3, 2011.

It is agreed.

Dated:  September 28, 2011  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID N. MAKOUS
MINA L. HAMILTON
DANIEL C. DE CARLO


By: /s/ Daniel C. DeCarlo
      DAVID N. MAKOUS
      Attorneys for Plaintiffs
      TRAFFICSCHOOL.COM, INC.,
      DRIVERS ED DIRECT, LLC

Dated:  September 28, 2011  **FOLEY & LARDNER LLP**
ANDREW B. SERWIN
TAMMY H. BOGGS


By: /s/ Andrew B. Serwin
      ANDREW B. SERWIN
      Attorneys for Defendants
      EDRIVER, INC., ONLINE GURU INC., FIND MY SPECIALIST, INC., SERIOUSNET, INC., RAVI K. LAHOTI, RAJ LAHOTI