1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California Corporation; DRIVERS ED DIRECT, LLC, a California limited liability company, | Case No: CV 06-7561 PA (CWx) |
| | **[PROPOSED] ORDER RE: STIPULATION AND JOINT REQUEST TO STAY PENDING DEADLINES** |
| Plaintiffs, | |
| v. | |
| EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations, RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10, | |
| | JUDGE:      Hon. Percy Anderson |
| Defendants. | COURTROOM:   15 |

4838-5570-4075.1

# ORDER

The Court has considered the Stipulation of the parties filed herewith and good cause having been shown hereby grants the stipulation and orders as follows:

(1)   This case is stayed for 30 days and all pending deadlines are hereby vacated including the deadline for Plaintiffs' Motion for Attorney's Fees and Costs, which was set for October 3, 2011.  That deadline is hereby continued from October 3, 2011 to November 3, 2011; and

(2)   The Court will take no action concerning the Joint Status Report filed by the parties on September 6, 2011 (Doc. No. 303) until after November 3, 2011.

IT IS SO ORDERED.

Dated:_____        _____

The Hon. Percy Anderson
United States District Judge

[PROPOSED] ORDER RE: STIPULATION AND JOINT REQUEST TO STAY PENDING DEADLINES