**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

OCT 17 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>EDRIVER INC., a California corporation; ONLINE GURU, INC., a California corporation; FIND MY SPECIALIST, INC., a California corporation; SERIOUSNET, INC., a California corporation; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual,<br><br>        Defendants - Appellants. | No. 08-56518<br><br>D.C. No. 2:06-cv-07561-PA-CW<br><br>**ORDER** |
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>EDRIVER INC., a California | No. 08-56588<br><br>D.C. No. 2:06-cv-07561-PA-CW |



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 17 2011
CENTRAL DISTRICT OF CALIFORNIA
BY      CL      DEPUTY

| | |
|---|---|
| corporation; ONLINE GURU, INC., a California corporation; FIND MY SPECIALIST, INC., a California corporation; SERIOUSNET, INC., a California corporation; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual,<br><br>Defendants - Appellees. | |
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>EDRIVER INC., a California corporation; ONLINE GURU, INC., a California corporation; FIND MY SPECIALIST, INC., a California corporation; SERIOUSNET, INC., a California corporation; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual,<br><br>Defendants - Appellees. | No. 09-55333<br><br>D.C. No. 2:06-cv-07561-PA-CW |

Before: **KOZINSKI**, Chief Judge, **W. FLETCHER**, Circuit Judge, and **GETTLEMAN**, District Judge.*

The joint motion to stay disposition of the application for attorney's fees is granted. The court will not rule on the application before November 4, 2011.

---

* The Honorable Robert W. Gettleman, Senior United States District Judge for the Northern District of Illinois, sitting by designation.