*EXHIBIT "A"*

4831-1547-5713.1

## Brosas, Josephine

| | |
|---|---|
| **From:** | Hamilton, Mina |
| **Sent:** | Tuesday, September 06, 2011 5:04 PM |
| **To:** | Serwin, Andrew B.; Boggs, Tammy H. |
| **Cc:** | Brosas, Josephine; Makous, David; DeCarlo, Dan |
| **Subject:** | TrafficSchool v Edriver - Documents pursuant to 8-24 Minute Order re Attorneys Fees and Costs |
| **Attachments:** | Trafficschool v. Edriver - Attorneys Fees (9-6-2011).xls; Billing Records.pdf; AIPLA and NLJ reports.pdf; Trafficschool - COSTS.xls; COSTS (invoices).pdf |

Andrew and Tammy,

Attached are the following documents provided to you in preparation for our meet and confer Sept. 12 pursuant to Judge Anderson's August 24, 2011 Minute Order:

1. Excel spreadsheet containing the attorney's fees information

2. Billing records

3. AIPLA and National Law Journal reports (for the hourly rates that will be claimed for each lawyer)

4. Excel spreadsheet containing the cost information

5. Invoices/records of costs and expenses incurred

We are confirmed for Monday at 10:00 a.m.

Thank you.
Regards,

Mina I. Hamilton | **Partner** | Intellectual Property
Lewis Brisbois Bisgaard & Smith LLP
t 213.580.7926 | f 213.250.7900 | e hamilton@lbbslaw.com
221 N. Figueroa Street, Suite 1200
Los Angeles, CA 90012
****************************************************************

This message may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.
****************************************************************

1