*EXHIBIT "B"*

4831-1547-5713.1

## Brosas, Josephine

| | |
|---|---|
| **From:** | Brosas, Josephine |
| **Sent:** | Monday, September 19, 2011 5:17 PM |
| **To:** | ASerwin@foley.com; TBoggs@foley.com |
| **Cc:** | Makous, David; DeCarlo, Dan; Hamilton, Mina |
| **Subject:** | Trafficschool v Edriver - Docs/Info pursuant to 8-24 Minute Order re Attorneys Fees and Costs |
| **Attachments:** | Trafficschool v. Edriver - Attorneys Fees (9-19-2011).xls; Trafficschool - COSTS.xls |

Andrew and Tammy,

Attached are the Excel spreadsheets pursuant to Judge Anderson's August 24, 2011 Minute Order. Please provide us with your portion by no later than close of business on September 26, 2011.

Also, please see the information below regarding rates in other cases as you agreed to accept during our conference call last week. As to the fee agreement in this case, as Mina had mentioned during our call, we do not believe we have one. We have checked our files and with the client and are unable to locate any such agreement.

Please let us know if you have any questions.

---

Rates in other cases:

Represented plaintiff and counterclaim-defendant in a patent infringement case (2008-2009): 425-375/hour for partners; 250/hour for associates.

Represented plaintiff and counterclaim-defendant in a copyright infringement case (2006-2008): 500-350/hour for partners; 250/hour for associates

Represented plaintiff in a copyright infringement case (2006-2007): 450-325/hour for partners; 240/hour for associates

Represented defendant in a patent infringement case (2007-2008): 485/hour for partners; 225/hour for associates

Represented defendant and counterclaimant in a trademark infringement case (2010-2011): 450/hour for partners; 200/hour for associates

Represents defendant in a trademark infringement case (2010-present): 400/hour for partners; 225/hour for associates

---

Josephine Ann Brosas
Intellectual Property and Technology
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 N. Figueroa Street Suite 1200

Los Angeles, CA 90012
ph: 213.580.6310
fax: 213.250.7900
email: brosas@lbbslaw.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think you have received this e-mail message in error, please e-mail the sender at brosas@lbbslaw.com