*EXHIBIT "D"*

## Brosas, Josephine

| | |
|---|---|
| **From:** | Boggs, Tammy H. <TBoggs@foley.com> |
| **Sent:** | Monday, September 26, 2011 4:39 PM |
| **To:** | Brosas, Josephine; Makous, David; DeCarlo, Dan; Hamilton, Mina |
| **Cc:** | Serwin, Andrew B. |
| **Subject:** | Trafficschool v Edriver - Defendants' Portion of Joint Statement |
| **Attachments:** | ONLINE GURU TRAFFIC SCHOOL Plaintiffs Documents Produced re Minute Order of 8-24-11 - Attorneys Fees (9-19-2011).xls WITH DEFENDANTS.XLS; ONLINE GURU TRAFFIC SCHOOL Plaintiffs Documents Produced re Minute Order of 8-24-11 - COSTS.xls WITH DEFENDANTS.XLS; Defendants' Comments to Joint Statement on Plaintiffs' Motion for Attorneys' Fees.pdf; Declaration of Andrew Serwin ISO Defendants' Comments to Joint Statement on Plaintiffs' Motion for Attorneys' Fees.pdf |

Dear Counsel,

Please find attached:

- Defendants' completed portion of the Excel Spreadsheet on Plaintiffs' Attorneys' Fees
- Defendants' completed portion of the Excel Spreadsheet on Plaintiffs' Costs
- Defendants' Comments to Joint Statement on Plaintiffs' Motion for Attorneys' Fees -- incorporated by reference into both Excel spreadsheets and to be concurrently filed
- Declaration of Andrew Serwin in Support of Defendants' Comments to Joint Statement on Plaintiffs' Motion for Attorneys' Fees -- incorporated by reference into both Excel spreadsheets and to be concurrently filed

Pursuant to the Court's 8/24/11 order, this email constitutes written notice that the attached information is to be disclosed in a court filing.

<<ONLINE GURU TRAFFIC SCHOOL Plaintiffs Documents Produced re Minute Order of 8-24-11 - Attorneys Fees (9-19-2011).xls WITH DEFENDANTS.XLS>> <<ONLINE GURU TRAFFIC SCHOOL Plaintiffs Documents Produced re Minute Order of 8-24-11 - COSTS.xls WITH DEFENDANTS.XLS>>

<<Defendants' Comments to Joint Statement on Plaintiffs' Motion for Attorneys' Fees.pdf>> <<Declaration of Andrew Serwin ISO Defendants' Comments to Joint Statement on Plaintiffs' Motion for Attorneys' Fees.pdf>>

Best regards,

**Tammy Boggs** | Attorney | **FOLEY & LARDNER LLP** | 3579 Valley Centre Drive, Suite 300 | San Diego, CA 92130
tel: +1.858.847.6739 | fax: +1.858.792.6773 | email: tboggs@foley.com | web: www.foley.com

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the

extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.