# EXHIBIT F

ORIGINAL

# UNITED STATES DISTRICT COURT

Central District of California

## BILL OF COSTS

Trafficschool.com, et al

V.

Edriver Inc Inc., et al.

Case Number: 2:06-cv-07561-PA-CW

Judgment having been entered in the above entitled action on 8/26/2008 (Date) against Defendants,

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 350.00 |
| Fees for service of summons and subpoena | 513.61 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) | |
| 1. Trial Transcripts, if requested by the Court or prepared pursuant to stipulation | ~~3,227.36~~ Ø |
| 2. Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) | ~~20,363.55~~ 18518.07 |
| Fees and disbursements for printing (The costs of copies of an exhibit attached to a document necessarily filed and served.) | ~~17,305.49~~ 16579.74 |
| Fees for witnesses (itemize on page 2 of 3) | 120.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 (if incurred) | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs to be taxed pursuant to prior Court approval (please itemize) | ~~58,478.00~~ Ø |
| TOTAL | $ ~~100,358.01~~ 36081.42 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney: Mina Hamilton

Name of Attorney: Mina Hamilton

Costs are taxed in the amount of $36,081.42

Acting Allen Abersman — Clerk of Court

By: [signature] — Deputy Clerk — C. Kevin Reddick

9.25.08 — Date

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Barbara Zweig (Ex. D) | | 40.00 | | | | | 40.00 |
| Christopher Gill (Ex. D) | | 40.00 | | | | | 40.00 |
| Custodian of Records (Ex. D) | | 40.00 | | | | | 40.00 |
| | | | | | TOTAL | | |

EXHIBIT A EXHIBIT B EXHIBIT C

**Lewis Brisbois Bisgaard & Smith LLP**

**Cost Advance Ticket**
**Check Request**

**# LA-00932**

1. **Check—Date Needed:** 9/11/07
2. **Type of Expense:**

| | | | | | |
|---|---|---|---|---|---|
| [ ] | Educational Expense | | [ ] | Expert Witness Fee | J |
| [ ] | Business / Development | | [ ] | Jury Fees | JF |
| [ ] | Professional Seminar | | [ ] | Deposition | H |
| [ ] | Filing Fee | 5 | [ ] | Court Reporter Fee | CR |
| [ ] | Miscellaneous Fee | 0 | [ ] | Mediation Fee | AM |
| [ ] | Recording Fee | 5 | [ ] | COD Transcription (Invoice Needed) | G |
| [ ] | Witness Fee | 7 | [ ] | Reproduction | R |
| [ ] | Prof. Consulting / Service Fee | S | [X] | Other Court Transcript fee | |

[x] Firm expense ________ (Acctg. Use—G.L. No.)
[ ] Clients advance check

3. **Client and File Name:** **trafficschools.com v. edriver**
4. **Client and Matter No.:** 25162-014
5. **Amount:** $ 443.00
6. **Payee / Vendor:** **Huntington Court Reporters**
7. **Mailing address:** (Check must be delivered to USDC, Records Dept)
312 N. Spring St, G-8 Public Window
Los Angeles, CA 90012

8. **Payee's Telephone No:** 626-792-7250
9. **Payee's Tax I.D. No:**
10. **Explanation for billing purposes:** Court Records, Discovery Hearing Transcript

**Attorney:** Mina Hamilton **Ext:** 4079
**Paralegal:** Loretta D'Errico **Ext:** 4879

Auth. by/____/________ Date________
Signature

---

Return to: Loretta D'Errico
Floor: 12

**Remember to have Attorney Sign and Attach all Supporting Backup**

| | | | | |
|---|---|---|---|---|
| Vendor: | 43127 HUNTINGTON COURT REPORTER | Doc ID: 00008IB0-1 | Page | 1 of 2 |
| Voucher: | 1031695 Dist: 2091951 | Date: 9/11/07 | Amount: | 443.00 |
| | | Check#: 370991 | | |

RECEIVED

AO 435 (Rev. 1/90)

Administrative Office of the United States Courts

Read Instructions on Back:

# TRANSCRIPT ORDER

2007 SEP 10 PM 1:34

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

1. NAME: Loretta D'Errico, Lewis Brisbois Bisgaard & Smith LL

2. PHONE NUMBER: 213-680-5191

3. DATE: 9/10/07

4. MAILING ADDRESS: 221 No. Figueroa Street, Suite 1200

5. CITY: Los Angeles

6. STATE: CA

7. ZIP CODE: 90012

8. CASE NUMBER: CV06-7561 PA (CWx)

9. JUDICIAL OFFICIAL: Hon. Carla Woehrle

DATES OF PROCEEDINGS

10. FROM: 8/14/07

11. TO: 8/14/07

12. CASE NAME: Traffic School.Com, Inc. v. Edriver, Inc., et al.

LOCATION OF PROCEEDINGS

13. CITY: Los Angeles

14. STATE: CA

15. ORDER FOR

☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY

☐ NON-APPEAL ☒ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | | |
| ☐ CLOSING ARGUMENT (Defendant) | | ☒ PRE-TRIAL PROCEEDING (Spcy) | 8/14/07 |
| ☐ OPINION OF COURT | | Discovery Hearing: Pl's | |
| ☐ JURY INSTRUCTIONS | | Mot to Compel Prod. of Docs | |
| ☐ SENTENCING | | ☐ OTHER (Specify) | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES |
|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES |
| DAILY | ☐ | ☐ | NO. OF COPIES |
| HOURLY | ☐ | ☐ | NO. OF COPIES |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: [signature]

19. DATE: 9-10-07

(Previous editions of this form may still be used)

DISTRIBUTION: COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY

| Vendor: | 43127 HUNTINGTON COURT REPORTER | Doc ID: 00008IB0-2 | Page | 2 of 2 |
|---|---|---|---|---|
| Voucher: | 1031695 Dist: 2091951 | Date: 9/11/07 | Amount: | 443.00 |
| | | Check#: 370991 | | |

**Lewis Brisbois Bisgaard & Smith LLP**

**Cost Advance Ticket**
**Check Request**

**# LA-01506**

1. **Check—Date Needed:** 10-18-07
2. **Type of Expense:**

| | | | | | |
|---|---|---|---|---|---|
| [] | Educational Expense | | [] | Expert Witness Fee | J |
| [] | Business / Development | | [] | Jury Fees | JF |
| [] | Professional Seminar | | [] | Deposition | H |
| [] | Filing Fee | 5 | [] | Court Reporter Fee | CR |
| [] | Miscellaneous Fee | 0 | [] | Mediation Fee | AM |
| [] | Recording Fee | 5 | [x] | COD Transcription (Invoice Needed) | G |
| [] | Witness Fee | 7 | [] | Reproduction | R |
| [] | Prof. Consulting / Service Fee | S | [] | Other | |

[] Firm expense ________ (Acctg. Use—G.L. No.)
[x] Clients advance check

3. **Client and File Name:** TrafficSchool.com v. Edriver, Inc., et al.
4. **Client and Matter No.:** 25162-14
5. **Amount:** $114.08
6. **Payee / Vendor:** Leandra Amber, CSR, RPR
7. **Mailing address:** Official U.S. Reporter, 312 N. Spring Street, Room 442, Los Angeles, CA 90012
8. **Payee's Telephone No:** (213) 613-0179
9. **Payee's Tax I.D. No:** 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
10. **Explanation for billing purposes:** 10-16-07 Pre-trial Conference

49827

**Attorney:** Daniel C. DeCarlo Ext: 2136
**Secretary:** Karen Kim Ext: 7335

Auth. by/____/____ Date______
Signature

---

**Return to:** Karen Kim
**Floor:** 12

4820-0220-6208 **Remember to have Attorney Sign and Attach all Supporting Backup**

| | | | | | |
|---|---|---|---|---|---|
| Vendor: | 49827 LEANDRA AMBER | Doc ID: 00008UWC-1 | | Page | 1 of 3 |
| Voucher: | 1040906 Dist: 2114311 | Date: 10/18/07 | | Amount: | 114.08 |
| | | Check#: | 374020 | | |

AO44 (Rev. 12/99)

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

INVOICE NO: 20040535

David Makous
Lewis Brisbois Bisgaard & Smith
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
Phone: (213) 680-5066
FAX:
decarlo@lbbslaw.com

**MAKE CHECKS PAYABLE TO:**
LEANDRA AMBER, CSR, RPR
Official U.S. Reporter
312 North Spring Street
Room # 442
Los Angeles, CA 90012
Phone: (213) 613-0179
FAX: (213) 613-0329
Tax ID: 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
leandraamber@sbcglobal.net

☐ CRIMINAL [X] CIVIL

DATE ORDERED: 10-17-2007 DATE DELIVERED: 10-17-2007

**Case Style:** CV 06-7561 PA, TRAFFICSCHOOL.COM, INC., ET AL v EDRIVER, INC., ET AL.
Tuesday, October 16, 2007 pretrial conference

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | 46 | 0.55 | 25.30 | 25.30 |
| Daily | | | | 46 | 1.10 | 50.60 | 46 | 0.83 | 38.18 | 88.78 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | MISC. CHARGES: | |
| | | | | | | | | | TOTAL: | 114.08 |
| | | | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | | | | | | | | TAX (If Applicable): | |
| | | | | | | | | | LESS AMOUNT OF DEPOSIT: | |
| | | | | | | | | | TOTAL REFUND: | |
| | | | | | | | | | TOTAL DUE: | $114.08 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

DATE 10-17-2007

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

PDF created with pdfFactory trial version www.pdffactory.com

| Vendor: | 49827 LEANDRA AMBER | Doc ID: 00008UWC-2 | Page | 2 of 3 |
|---|---|---|---|---|
| Voucher: | 1040906 Dist: 2114311 | Date: 10/18/07 | Amount: | 114.08 |
| | | Check#: 374020 | | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE PERCY ANDERSON, JUDGE PRESIDING

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., et al., Plaintiffs, vs. EDRIVER, INC., et al., Defendants. | No. CV06-7561 PA (CWx) |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

TUESDAY, OCTOBER 16, 2007

LEANDRA AMBER, CSR 12070, RPR
OFFICIAL U.S. DISTRICT COURT REPORTER
312 NORTH SPRING STREET, # 442
LOS ANGELES, CALIFORNIA 90012
(213) 613-0179

| Vendor: | 49827 LEANDRA AMBER | Doc ID: 00008UWC-3 | Page | 3 of 3 |
|---|---|---|---|---|
| Voucher: | 1040906 Dist: 2114311 | Date: 10/18/07 | Amount: | 114.08 |
| | | Check#: 374020 | | |

AO44
(Rev. 11/07)

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

INVOICE NO: 20040545

Joy Creditor
Drivers Ed Direct
9121 Oakdale Avenue
Suite 120
Chatsworth, CA 91311
Phone:

**MAKE CHECKS PAYABLE TO:**

LEANDRA AMBER, CSR, RPR
Official U.S. Reporter
312 North Spring Street
Room # 442
Los Angeles, CA 90012
Phone: (213) 613-0179
FAX (213) 613-0329
leandraamber@sbcglobal.net

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 11-07-2007

DATE DELIVERED: 11-07-2007

**Case Style:** CV 06-7561 PA, TRAFFICSCHOOL.COM v EDRIVER, INC., ET AL
11-06-07 (260) , 11-07-07 (261), 11-08-07 (33) DAILY TRIAL TRANSCRIPTS

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 554 | 4.82 | 2,670.28 | | | | | | | 2,670.28 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 2,670.28 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | 4,815.00 |
| **Refund Date: 11-08-2007** | TOTAL REFUND: | 2,144.72 |
| **Date Paid:** **Amt:** | TOTAL DUE: | $0.00 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orc for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

DATE

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

zoomerang

MarketTools

## Proposal

Date: 6/7/07

STUDY [redacted]

Dear Thomas,

We are pleased to present this quote for your upcoming project. Please review this quote carefully. Your signature below will signify an acceptance of the project, agreement with the terms below, and confirmation of authorization to execute the project.

| | |
|---|---|
| Name: | Thomas Maronick |
| Company: | Towson University<br>Department of Marketing & e-Business |
| Address: | Towson, Maryland 21252 |
| Phone: | (410) 704-4077 |
| Email: | tmaronick@towson.edu |
| Project Name: | CA Survey |

**Sample Details:**

| | |
|---|---|
| Desired Responses: | N = 100 |
| Demographics/Attributes: | State: California<br><br>Gender split<br>Female 50% / Male 50%<br><br>Ages 18-60 |
| Incentive: | 50 ZoomPoints |
| Incidence*: | 60% |

**Note: If you have not provided the incidence rate, we will assume 100%. If responses indicate that the survey incidence rate is below 100%, we will adjust pricing accordingly if additional sample needs to be provided to meet the desired responses.*

**Sample Team Deliverables:**

| | |
|---|---|
| Incentive: | Provide incentive as detailed above for this survey. |
| Email Invite: | Create the email invitation using the standard Zoomerang Sample email invitation. |
| Number of Mailings: | Host the survey and deploy via email the survey to sample identified above. There will be a single mailing of the survey invitation. |
| Reporting: | Real-time reporting and data export available via Zoomerang account. |

**Customer Responsibilities:**

| | |
|---|---|
| Survey Content: | Create and complete survey in its final form within Zoomerang and ensure that survey is complete and accurate. |
| Testing: | Test the survey prior to project launch. |
| Demographics: | Within the body of the survey, ask any specific demographic/behavioral data that is required for results analysis. (A separate demographic report will not be provided). |
| Email Invitation (Optional): | Create a custom email message (if desired; otherwise standard email invitation will be created by Sample team). |
| Billing: | Provide PO (if necessary) and billing contact and billing instructions if invoice is to be received by anyone other than the signer of this quote. |

**Project Timeline:**

| Deployment: | The survey will be deployed within 24 hours (excluding Saturday, Sunday and U.S. holidays) upon receipt of this signed agreement and final verification that the survey is complete and ready to deploy. |
|---|---|

**Zoomerang Account Information**

| Zoomerang zPro Account: | tmaronick@towson.edu |
|---|---|

**TOTAL PROJECT PRICE:**

| Sample Price | $950.00 USD |
|---|---|
| TOTAL: | $950.00 USD |

*Please note this request for proposal is valid until midnight on 6/10/07*

**Payment terms:**
Payment for Zoomerang Programming and Sample are expected upon deployment.
All customers: Please provide a valid credit card. This card will be automatically charged if payment is not received within 60 days of order execution. You will be notified prior to the card charging.
First time customers: Payment is required up front by valid credit card or check.

**Other terms:**
Client agrees and warrants that the contents of email invitations and surveys, and use of the Zoomerang service, will be in compliance with all laws, including those concerning spam, privacy (including children's online privacy rights), defamation and communications decency.

Client is responsible for ensuring that survey invitations and surveys do not violate or infringe upon the trademark, trade name, copyright, trade secret or other intellectual property rights or other rights of any person or entity.

MarketTools retains exclusive ownership of all sample provided for Client's project. Panelists' email address and other personally identifiable information are the property of MarketTools and will not be disclosed to client or any other person. The client and any additional research partners may not capture any personally identifiable information of our panelists within the survey. No survey invitations or surveys will advertise or promote a product or service.

This document supplements your Zoomerang subscription agreement. Together they contain the complete and entire understanding between you and MarketTools concerning the subject matter hereof. Your signature below will signify your acceptance of the project quotation and terms, and will confirm authorization to execute the project. Please note, orders cannot be deployed until this quote is accepted in writing.

Signature: ____________________ Date: ____________

**Client Billing Information: (If different than contact information above)**

| Billing Contact: | |
|---|---|
| Company: | |
| Billing Address: | |
| Phone: | |
| Email: | |
| P.O. # (if applicable) | |

**MarketTools Contact Information:**

| Name: | Steve Collupy (415) 957-2364 |
|---|---|
| Company: | MarketTools, Inc. |
| Address: | 150 Spear Street, Suite 600 San Francisco, CA 94105-1535 |
| Phone: | 1-800-310-6838 (toll-free US and Canada)<br>1-801-316-0476 (Outside U.S. and Canada) |

05/28/2007 01:18 1 MARKETING PAGE 04

| Email: | Steve.collupy@markettools.com |
|---|---|
| Tax ID: | 77-0445536 |

MarketTools, Inc. 150 Spear Street, Suite 600, San Francisco, CA 94105-1535

Page 3 of 3

Received 05-28-07 10:18am From-1 To-Lewis Brisbois Bisga Page 004

zoomerang MarketTools

## Proposal

Date: 6/19/07

Study 2/3

Dear Thomas,

We are pleased to present this quote for your upcoming project. Please review this quote carefully. Your signature below will signify an acceptance of the project, agreement with the terms below, and confirmation of authorization to execute the project.

| | |
|---|---|
| Name: | Thomas Maronick |
| Company: | Towson University<br>Department of Marketing & e-Business |
| Address: | 8000 York Road • Towson, Maryland • 21252-0001 |
| Phone: | (410) 704-4077 |
| Email: | tmaronick@towson.edu |
| Project Name: | Traffic School Study<br>Traffic School Study-2 |

**Sample Details: Survey 1** = Traffic School Study

| | |
|---|---|
| Desired Responses: | N = 300 |
| Demographics/Attributes: | State: California<br>Gender split<br>Female 50% / Male 50%<br>Ages 18-60 |
| Incentive: | 50 ZoomPoints |
| Incidence*: | 100% |

**Sample Details: Survey 2** = Traffic School Study-2

| | |
|---|---|
| Desired Responses: | N = 300 |
| Demographics/Attributes: | State: California<br>Gender split<br>Female 50% / Male 50%<br>Ages 18-60 |
| Incentive: | 50 ZoomPoints |
| Incidence*: | 100% |

**Note: If you have not provided the incidence rate, we will assume 100%. If responses indicate that the survey incidence rate is below 100%, we will adjust pricing accordingly if additional sample needs to be provided to meet the desired responses.*

**Sample Team Deliverables:**

| | |
|---|---|
| Incentive: | Provide incentive as detailed above for this survey. |
| Email Invite: | Create the email invitation using the standard Zoomerang Sample email invitation. |
| Number of Mailings: | Host the survey and deploy via email the survey to sample identified above. There will be a single mailing of the survey invitation. |
| Reporting: | Real-time reporting and data export available via Zoomerang account. |

**Customer Responsibilities:**

| | |
|---|---|
| Survey Content: | Create and complete survey in its final form within Zoomerang and ensure that survey is complete and accurate. |

| | |
|---|---|
| Testing: | Test the survey prior to project launch. |
| Demographics: | Within the body of the survey, ask any specific demographic/behavioral data that is required for results analysis. (A separate demographic report will not be provided). |
| Email Invitation (Optional): | Create a custom email message (if desired; otherwise standard email invitation will be created by Sample team). |
| Billing: | Provide PO (if necessary) and billing contact and billing instructions if invoice is to be received by anyone other than the signer of this quote. |

**Project Timeline:**

| | |
|---|---|
| Deployment: | The survey will be deployed within 24 hours (excluding Saturday, Sunday and U.S. holidays) upon receipt of this signed agreement and final verification that the survey is complete and ready to deploy. |

**Zoomerang Account Information**

| | |
|---|---|
| Zoomerang zPro Account: | tmaronick@towson.edu |

**TOTAL PROJECT PRICE:**

| | |
|---|---|
| **Sample Price** | **$3,300.00 USD** |
| **TOTAL:** | **$3,300.00 USD** |

*Please note this request for proposal is valid until midnight on 6/19/07*

**Payment terms:**
Payment for Zoomerang Programming and Sample are expected upon deployment.
All customers: Please provide a valid credit card. This card will be automatically charged if payment is not received within 60 days of order execution. You will be notified prior to the card charging.
First time customers: Payment is required up front by valid credit card or check.

**Other terms:**
Client agrees and warrants that the contents of email invitations and surveys, and use of the Zoomerang service, will be in compliance with all laws, including those concerning spam, privacy (including children's online privacy rights), defamation and communications decency.

Client is responsible for ensuring that survey invitations and surveys do not violate or infringe upon the trademark, trade name, copyright, trade secret or other intellectual property rights or other rights of any person or entity.

MarketTools retains exclusive ownership of all sample provided for Client's project. Panelists' email address and other personally identifiable information are the property of MarketTools and will not be disclosed to client or any other person. The client and any additional research partners may not capture any personally identifiable information of our panelists within the survey. No survey invitations or surveys will advertise or promote a product or service.

This document supplements your Zoomerang subscription agreement. Together they contain the complete and entire understanding between you and MarketTools concerning the subject matter hereof. Your signature below will signify your acceptance of the project quotation and terms, and will confirm authorization to execute the project. Please note, orders cannot be deployed until this quote is accepted in writing.

Signature: [signature] Date: June 18, 07

**Client Billing Information: (If different than contact information above)**

| | |
|---|---|
| [redacted] | |
| [redacted] | |
| [redacted] | |
| [redacted] | |
| [redacted] | |

MarketTools, Inc. 150 Spear Street, Suite 600, San Francisco, CA 94105-1535

05/28/2007 01:18 1 MARKETING PAGE 07

**MarketTools Contact Information:**

| | |
|---|---|
| [illegible] | Steve Collupy |
| [illegible] | MarketTools, Inc. |
| [illegible] | 150 Spear Street, Suite 600 San Francisco, CA 94105-1535 |
| [illegible] | 1-800-310-6838 (toll-free US and Canada)<br>1-801-316-0476 (Outside U.S. and Canada) |
| [illegible] | Steve.collupy@markettools.com |
| [illegible] | 77-0445536 FAX: (413) 634-2589 |

MarketTools, Inc. 150 Spear Street, Suite 600, San Francisco, CA 94105-1535 Page 3 of 3

Received 06-28-07 10:19am From-1 To-Lewis Brisbois Bisga Page 007

06/20/2007 01:18 1 MARKETING PAGE 08

zoomerang MarketTools

# Proposal

Date: 6/21/07

STUDY 4

Dear Thomas,

We are pleased to present this quote for your upcoming project. Please review this quote carefully. Your signature below will signify an acceptance of the project, agreement with the terms below, and confirmation of authorization to execute the project.

| | |
|---|---|
| Name: | Thomas Maronick |
| Company: | Towson University<br>Department of Marketing & e-Business |
| Address: | 8000 York Road • Towson, Maryland • 21252-0001 |
| Phone: | (410) 704-4077 |
| Email: | tmaronick@towson.edu |
| Project Name: | Traffic School-3 |

**Sample Details:**

| | |
|---|---|
| Desired Responses: | N = 300 |
| Demographics/Attributes: | State: California<br>Gender split<br>Female 50% / Male 50%<br>Ages 18-50 |
| Incentive: | 50 ZoomPoints |
| Incidence*: | 100% |

**Note: If you have not provided the incidence rate, we will assume 100%. If responses indicate that the survey incidence rate is below 100%, we will adjust pricing accordingly if additional sample needs to be provided to meet the desired responses.*

**Sample Team Deliverables:**

| | |
|---|---|
| Incentive: | Provide incentive as detailed above for this survey. |
| Email Invite: | Create the email invitation using the standard Zoomerang Sample email invitation. |
| Number of Mailings: | Host the survey and deploy via email the survey to sample identified above. There will be a single mailing of the survey invitation. |
| Reporting: | Real-time reporting and data export available via Zoomerang account. |

**Customer Responsibilities:**

| | |
|---|---|
| Survey Content: | Create and complete survey in its final form within Zoomerang and ensure that survey is complete and accurate. |
| Testing: | Test the survey prior to project launch. |
| Demographics: | Within the body of the survey, ask any specific demographic/behavioral data that is required for results analysis. (A separate demographic report will not be provided). |
| Email Invitation (Optional): | Create a custom email message (if desired; otherwise standard email invitation will be created by Sample team). |
| Billing: | Provide PO (if necessary) and billing contact and billing instructions if invoice is to be received by anyone other than the signer of this quote. |

**Project Timeline:**

| | |
|---|---|
| Deployment: | The survey will be deployed within 24 hours (excluding Saturday, Sunday and U.S. holidays) upon receipt of this signed agreement and final verification that |

MarketTools, Inc. 150 Spear Street, Suite 600, San Francisco, CA 94105-1535
Page 1 of 2

Send. Sign. Done. EchoSign. Signed: 2007-06-21

Received 06-20-07 10:19am From-1 To-Lewis Brisbois Bisga Page 008

Case 2:06-cv-07561-PA-CW Document 217-9 Filed 09/10/08 Page 10 of 13 Page ID #:1116

| | the survey is complete and ready to deploy. |
|---|---|

**Zoomerang Account Information**

| Zoomerang zPro Account: | tmaronick@towson.edu |
|---|---|

**TOTAL PROJECT PRICE:**

| **Sample Price** | **$1,650.00 USD** |
|---|---|
| **TOTAL:** | **$1,650.00 USD** |

*Please note this request for proposal is valid until midnight on 6/21/07*

**Payment terms:**
Payment for Zoomerang Programming and Sample are expected upon deployment.
All customers: Please provide a valid credit card. This card will be automatically charged if payment is not received within 60 days of order execution. You will be notified prior to the card charging.
First time customers: Payment is required up front by valid credit card or check.

**Other terms:**
Client agrees and warrants that the contents of email invitations and surveys, and use of the Zoomerang service, will be in compliance with all laws, including those concerning spam, privacy (including children's online privacy rights), defamation and communications decency.

Client is responsible for ensuring that survey invitations and surveys do not violate or infringe upon the trademark, trade name, copyright, trade secret or other intellectual property rights or other rights of any person or entity.

MarketTools retains exclusive ownership of all sample provided for Client's project. Panelists' email address and other personally identifiable information are the property of MarketTools and will not be disclosed to client or any other person. The client and any additional research partners may not capture any personally identifiable information of our panelists within the survey. No survey invitations or surveys will advertise or promote a product or service.

This document supplements your Zoomerang subscription agreement. Together they contain the complete and entire understanding between you and MarketTools concerning the subject matter hereof. Your signature below will signify your acceptance of the project quotation and terms, and will confirm authorization to execute the project. Please note, orders cannot be deployed until this quote is accepted in writing.

Signature: ______________________ Date: ______________

**Client Billing Information: (if different than contact information above)**

| Billing Contact: | |
|---|---|
| Company: | |
| Billing Address: | |
| Phone: | |
| Email: | |
| P.O. # (if applicable) | |

**MarketTools Contact Information:**

| Name: | Steve Collupy |
|---|---|
| Company: | MarketTools, Inc. |
| Address: | 150 Spear Street, Suite 600 San Francisco, CA 94105-1535 |
| Phone: | 1-800-310-6838 (toll-free US and Canada)<br>1-801-316-0476 (Outside U.S. and Canada) |
| Email: | Steve.collupy@markettools.com |
| Tax ID: | 77-0445536 |

Thomas J. Maronick (TJM)
e-Signed on 2007-06-21 04:58PM CDT
maronick@verizon.net
Towson University
Professor

Document Integrity Verified
Transaction Number: 3LR2497Z3H6C

Send. Sign. Done. EchoSign. Signed: 2007-06-21

**THOMAS J. MARONICK**
**Department of Marketing**
**Towson University**
**Towson, Maryland 21252**

June 26, 2007

Mina Hamilton
Lewis Brisbois Bisgaard & Smith
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

RE: TrafficSchool.com v. DMV.ORG

**INVOICE**

| | |
|---|---|
| Professional Services: 51.5 @ 350/hr | $18,025.00 |
| Expenses (Zoomerang.com) | 5,900.00 |
| **AMOUNT DUE:** | **$23,925.00** |

Summery of Activities

| Date | Activity | Time | Expense |
|---|---|---|---|
| 5/9/07-5/16/07 | Review issues | | |
| | Design scope of work | | |
| | Draft questionnaire | 9.0 | $950.00 |
| 6/1-6/15/07 | Design/launch Study 1 | | |
| | Review/analyze Study 1 data | | |
| | Draft Study 2/3 | 12.5 | 3350.00 |
| 6/18-6/25 | Launch Study 2/3 | | |
| | Discuss Study 4 | | |
| | Design/launch Study 5 | | |
| | Analyze data/Draft/revise report | 29.0 | 1,600.00 |
| | Total Hrs: | 51.5 | $5,900.00 |

**THOMAS J. MARONICK**
**Department of Marketing**
**Towson University**
**Towson, Maryland 21252**

September 11, 2007

David Makous
Lewis Brisbois Bisgaard & Smith
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

RE: TrafficSchool.com v. DMV.ORG

**INVOICE # 2**

| | |
|---|---|
| Professional Services 7/12/2007 – 9/10/2007 | |
| 96.0 hours @ 350/hr | $33,600.00 |
| Expenses (Travel related) | 953.00 |
| **AMOUNT DUE:** | **$34,553.00** |

**THOMAS J. MARONICK**
**Department of Marketing**
**Towson University**
**Towson, Maryland 21252**

September 11, 2007

David Makous
Lewis Brisbois Bisgaard & Smith
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

RE: TrafficSchool.com v. DMV.ORG

Summery of Activities

| Date | Activity | Time | Expense |
|---|---|---|---|
| 7/12 – 8/1/2007 | Draft rebuttal | 5.5 | |
| 8/1 – 8/14 | Review Hollander/Simonson Reports | 15.0 | |
| 8/15 | Fly to LA; Review materials for Depo; Meet with DM | 17.5 | United 543.00 |
| 8/15 | Prepare for depo (7:30-9:30) | 2.0 | Hotel 315.00 |
| | Deposition (9:30 – 4:30) | 7.0 | Taxi 65.00 |
| | Meet with DM | 2.0 | Parking 30.00 |
| | Return to Baltimore | 8.5 | |
| 8/16 – 8/31 | Read Hollander transcript<br>Draft Rebuttal report | 24.0 | |
| 9/1 – 9/11 | Read Simonson transcript<br>Review Hollander codes<br>Read/Review depo transcript | 14.5 | |
| | **TOTAL** | **96.0 hrs** | **$953.00** |

Expenses:

| | |
|---|---|
| Mariott | $315.00 |
| United Airlines | 543.00 |
| Taxi (LA) | 65.00 |
| Parking (Baltimore) | 30.00 |
| | $953.00 |

25162-14
TRAFFICSCHOOL.COM, INC.
TRAFFICSCHOOL.COM, INC. V DMV.ORG
Date: 9/15/08
WIP Seq#: 254,473,150
Amount: 33.55

U. S. Legal Management Services, Inc.

4184279 9/11/08 15:33 LEWIS BRISBOIS BISGAARD & SMITH Csr: 102

| Pickup | Deliver | Charges | |
|---|---|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH | USDC-LOS ANGELES | Base | 30.50 |
| 221 NORTH FIGUEROA STREET 9TH FL. | 312 NORTH SPRING STREET ROOM G- | Return | |
| LOS ANGELES CA 90012 | LOS ANGELES CA 90012 | Wait | |
| See: ELI | See: 10AM-4PM | Weight | |
| 129220 | chambers by 4pm | Fax/FedX | |
| opp to ex parte | | Add/Atmpt | |
| DECLARATION | | Research | |
| COURTESY CPY TO JDGE | | Misc/Stke | |
| | | FuelChg | 3.05 |
| Req: vicki towles | Sign: DELIVERED 16:00 | Adv.Fee | |
| Svce: SPECIAL DELIVERY | | CheckChg | |
| Acct: 2902 | | | |
| Ref: 25162-14 | | Total | 33.55 |

Vendor: 37641 U.S. LEGAL MANAGEMENT SERVICES, INC.
Voucher: 1125089 Distribution 2350928 Distribution Level
Doc ID: 0000CHEQ Page 322





25162-14
TRAFFICSCHOOL.COM, INC.
TRAFFICSCHOOL.COM, INC. V DMV.ORG
Date: 9/30/08
WIP Seq#: 257,092,230
Amount: 22.55

U. S. Legal Management Services, Inc.

4192765 9/23/08 10:59 LEWIS BRISBOIS BISGAARD & SMITH Csr: 107

CONTROL PICKUP DELIVER

| Pickup | Deliver | Charges | |
|---|---|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH | USDC-LOS ANGELES | Base | 20.50 |
| 221 NORTH FIGUEROA STREET 9TH FL. | 312 NORTH SPRING STREET ROOM G- | Return | |
| LOS ANGELES CA 90012 | LOS ANGELES CA 90012 | Wait | |
| See: VICKI TOWLE | See: 10AM-4PM | Weight | |
| DELIVER COURTESY | | Fax/FedX | |
| COPIES TO JUDGE | | Add/Atmpt | |
| ANDERSON'S CHAMBERS | | Research | |
| | | Misc/Stke | |
| | | FuelChg | 2.05 |
| Req: VICKI TOWLES | Sign: judges chambers 11:35 | Adv.Fee | |
| Svce: ASAP DELIVER | | CheckChg | |
| Acct: 2802 | | | |
| Ref: 25162-14 | | Total | 22.55 |

Vendor: 37641 U.S. LEGAL MANAGEMENT SERVICES, INC.
Voucher: 1129526 Distribution 2362384 Distribution Level
Doc ID: 0000CPDN Page 296





25162-14
TRAFFICSCHOOL.COM, INC.
TRAFFICSCHOOL.COM, INC. V DMV.ORG
Date: 9/30/08
WIP Seq#: 257,092,270
Amount: 25.94

U. S. Legal Management Services, Inc.

4195346 9/25/08 14:32 LEWIS BRISBOIS BISGAARD & SMITH Csr: 102

| PICKUP | DELIVER | | |
|---|---|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH | USDC-LOS ANGELES | Base | 20.75 |
| 221 NORTH FIGUEROA STREET 9TH FL. | 312 NORTH SPRING STREET ROOM G- | Return | 5.19 |
| LOS ANGELES CA 90012 | LOS ANGELES CA 90012 | Wait | |
| See: LL1 | See: 10AM-4PM | Weight | |
| 130072 | | Fax/FedX | |
| take to court | | Add/Atmpt | |
| give check | | Research | |
| rtn receipt | | Misc/Stke | |
| | | FuelChg | |
| Req: vicki towles | Sign: MIKE 17:35 | Adv.Fee | |
| Svce: ASAP ON-DEMAND FILE | 37 min. wait | CheckChg | |
| Acct: 2902 | | | |
| Ref: 25162-14 | | Total | 25.94 |

Vendor: 37641 U.S. LEGAL MANAGEMENT SERVICES, INC.
Voucher: 1129526 Distribution 2362475 Distribution Level
Doc ID: 0000CPDN Page 377



25162-14
TRAFFICSCHOOL.COM, INC.
TRAFFICSCHOOL.COM, INC. V DMV.ORG
Date: 9/30/08
WIP Seq#: 257,092,290
Amount: 22.55

U. S. Legal Management Services, Inc.

4196554 9/26/08 15:06 LEWIS BRISBOIS BISGAARD & SMITH Csr: 102

CONTROL | PICK-UP | DELIVER

| PICK-UP | DELIVER | | |
|---|---|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH | USDC-LOS ANGELES | Base | 20.50 |
| 221 NORTH FIGUEROA STREET 9TH FL. | 312 NORTH SPRING STREET ROOM G- | Return | |
| LOS ANGELES CA 90012 | LOS ANGELES CA 90012 | Wait | |
| See: ELI | See: 10AM-4PM | Weight | |
| 130221 | | Fax/FedX | |
| COURTESY CPY TO JUDGE | | Add/Atmpt | |
| anderson's chambers | | Research | |
| | | Misc/Stke | |
| | | FuelChg | 2.05 |
| Req: vicki towles | Sign: JUDGES CHAMBERS 15:45 | Adv.Fee | |
| Svce: ASAP DELIVER | | CheckChg | |
| Acct: 2902 | | | |
| Ref: 25162-14 | | Total | 22.55 |

Vendor: 37641 U.S. LEGAL MANAGEMENT SERVICES, INC.
Voucher: 1129526 Distribution 2362537 Distribution Level
Doc ID: 0000CPDN Page 428







4203041 10/06/08 15:33 LEWIS BRISBOIS BISGAARD & SMITH Csr: 102

| | | | |
|---|---|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH<br>221 NORTH FIGUEROA STREET 9TH FL.<br>LOS ANGELES CA 90012<br>See: ELI<br>130855<br>memo in opp<br>COURTESY CPY TO JDGE<br>anderson | USDC-LOS ANGELES<br>312 NORTH SPRING STREET ROOM G-<br>LOS ANGELES CA 90012<br>See: 10AM-4PM | Base<br>Return<br>Wait<br>Weight<br>Fax/FedX<br>Add/Atmpt<br>Research<br>Misc/Stke<br>FuelChg | 30.50<br><br><br><br><br><br><br><br>3.05 |
| Req: vicki towles<br>Svce: SPECIAL DELIVERY<br>Acct: 2902<br>Ref: 25162-14 | Sign: judes chambers 15:55 | Adv.Fee<br>CheckChg<br><br>Total | <br><br><br>33.55 |





**25162-14**
**TRAFFICSCHOOL.COM, INC.**
**TRAFFICSCHOOL.COM, INC. V DMV.ORG**
Date: 1/15/09
WIP Seq#: 263,362,330
Amount: 47.00

**U. S. Legal Management Services, Inc.**

4266469 1/05/09 15:24 LEWIS BRISBOIS BISGAARD & SMITH Csr: 102

LEWIS BRISBOIS BISGAARD & SMITH
221 NORTH FIGUEROA STREET 9TH FL.
LOS ANGELES CA 90012
See: ELI
135863
FILE/CONFORM/RETURN
manual filing

USDC-LOS ANGELES
312 NORTH SPRING STREET ROOM G-
LOS ANGELES CA 90012
See: 10AM-4PM

Req: VICKI TOWLES
Svce: SPECIAL ON-DEMAND FILE
Acct: 2902
Ref: 25162-14

Sign: MIKE L. 15:04
21 min. wait

| | |
|---|---|
| Base | 30.75 |
| Return | 16.25 |
| Wait | |
| Weight | |
| Fax/FedX | |
| Add/Atmpt | |
| Research | |
| Misc/Stke | |
| FuelChg | |
| Adv.Fee | |
| CheckChg | |
| Total | 47.00 |

Vendor: 37641 U.S. LEGAL MANAGEMENT SERVICES, INC.
Voucher: 1157038 Distribution 2436317 Distribution Level
Doc ID: 0000DVD1 Page 71



25162-14
TRAFFICSCHOOL.COM, INC.
TRAFFICSCHOOL.COM, INC. V DMV.ORG
Date: 1/15/09
WIP Seq#: 263,362,340
Amount: 31.72

U. S. Legal Management Services, Inc.

4268175 1/07/09 11:16 LEWIS BRISBOIS BISGAARD & SMITH Csr: 102

| Pickup | Delivery | Charges | |
|---|---|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH | USDC-LOS ANGELES | Base | 30.50 |
| 221 NORTH FIGUEROA STREET 9TH FL. | 312 NORTH SPRING STREET ROOM G- | Return | |
| LOS ANGELES CA 90012 | LOS ANGELES CA 90012 | Wait | |
| See: ELI | See: 10AM-4PM | Weight | |
| 135974 | | Fax/FedX | |
| COURTESY CPY TO JDGE | | Add/Atmpt | |
| anderson by noon | | Research | |
| | | Misc/Stke | |
| | | FuelChg | 1.22 |
| Req: vicki towles | Sign: DELIVERED 11:50 | Adv.Fee | |
| Svce: SPECIAL DELIVERY | | CheckChg | |
| Acct: 2902 | | | |
| Ref: 25162-14 | | Total | 31.72 |

Vendor: 37641 U.S. LEGAL MANAGEMENT SERVICES, INC.
Voucher: 1157038 Distribution 2436363 Distribution Level
Doc ID: 0000DVD1 Page 106

25162-14
TRAFFICSCHOOL.COM, INC.
TRAFFICSCHOOL.COM, INC. V DMV.ORG
Date: 1/15/09
WIP Seq#: 262,226,610
Amount: 22.50

Vendor: 52825 OSCAR GARCIA
Voucher: 1154971 Distribution 2430518 Distribution Level
Doc ID: 0000DSEN Page 7

# Bill of Lading

Page 1 of 1

User Name: Vicki Towles
Company: LBBS

LBBS

213-250-1800

Control Number: 135887

eTrac Number: 67712374

052-0013588?

## Submitter Information

Account: 1
Name: LBBS-LA
Requested By: VICKI TOWLES
Reference: TRAFFICSCHOOL V EDRIVER
BOL No.: 25162-14
Entered: 06-JAN-2009 09 4?
Last Updated: 06-JAN-2009 12:40 (EST)

## Shipping Information

Service Type: ASAP
Return Service: None
Pieces: 1
Weight: 2 0 Lbs.
Charges: 0 00
Quote: 0 00

## Pick Up From

LEWIS BRISBOIS BISGAARD & SMITH
VICKI TOWLES
221 N. FIGUEROA STREET
12TH FLOOR
LOS ANGELES, CA 90012
USA
Phone: 213-250-1800

## Deliver To

U S DISTRICT COURT-CENTRAL
HON. P. ANDERSON
312 N. SPRING STREET
CHAMBERS
LOS ANGELES CA 90012
USA
Phone: 213-894 0289

## Pickup Details

Requested Date: 06-JAN-2009
Ready Time: NOW

Pickup Instructions
MTN FOR CONTEMPT, PROPOSED ORDER, 6 DECLARATIONS

Actual Date:
Arrival Time:
Departure Time:

Driver: O. Ga.
Date: 1-6-09
Time:

## Delivery Details

Requested Date: 06-JAN-2009
Deliver By: 10:40

Delivery Instructions:
PLEASE DELIVER COURTESY COPIES TO JUDGE ANDERSON BY NOON TODAY. THANK YOU.

Actual Date:
Arrival Time:
Departure Time:

Received by:
X

Print Name:

eTrac Order Entry
© 2007 eTrac. All rights reserved.

ZONE 1 = 22.50



25162-14
TRAFFICSCHOOL.COM, INC.
TRAFFICSCHOOL.COM, INC. V DMV.ORG
Date: 1/31/09
W/IP Seq#: 265,738,510
Amount: 31.72

U. S. Legal Management Services, Inc.

4283892 1/27/09 16:22 LEWIS BRISBOIS BISGAARD & SMITH Csr: 107

| | | | |
|---|---|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH | USDC-LOS ANGELES | Base | 30.50 |
| 221 NORTH FIGUEROA STREET 9TH FL. | 312 NORTH SPRING STREET ROOM G- | Return | |
| LOS ANGELES CA 90012 | LOS ANGELES CA 90012 | Wait | |
| See: VICKI | See: 10AM-4PM | Weight | |
| DELIVER CC BEFORE | | Fax/FedX | |
| 5PM TO JUDGE'S | | Add/Atmpt | |
| CHAMBERS | | Research | |
| | | Misc/Stke | |
| | | FuelChg | 1.22 |
| Req: VICKI TOWLES | Sign: del cc's 17:01 | Adv.Fee | |
| Svce: SPECIAL DELIVERY | | CheckChg | |
| Acct: 2902 | | | |
| Ref: 25162-14 | | Total | 31.72 |

Vendor: 37641 U.S. LEGAL MANAGEMENT SERVICES, INC.
Voucher: 1162536 Distribution 2449741 Distribution Level
Doc ID: 0000E3PY Page 294



25162-14
TRAFFICSCHOOL.COM, INC.
TRAFFICSCHOOL.COM, INC. V DMV.ORG
Date: 4/17/09
WIP Seq#: 271,233,390
Amount: 28.70

FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 9-162-21523 | Apr 17, 2009 | 1012-1964-0 | 21 of 34 |

Distance Based Pricing, Zone 2

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** 25162-14 | **Recipient** |
| Tracking ID | 798515046070 | Mina I. Hamilton | Eric Creditor |
| Service Type | FedEx Priority Overnight | LEWIS BRISBOIS BISGAARD SMITH | Trafficschool.com, Inc. |
| Package Type | FedEx Box | 221 N. Figueroa Street | 9121 OAKDALE AVE STE 120 |
| Zone | 02 | LOS ANGELES CA 90012 US | CHATSWORTH CA 91311 US |
| Packages | 1 | | |
| Rated Weight | 20.0 lbs, 9.1 kgs | | |
| Delivered | Apr 14, 2009 09:25 | | |
| Svc Area | A2 | Transportation Charge | 41.00 |
| Signed by | LABRAHAM | Discount | -12.30 |
| FedEx Use | 000000000/0001486/ | Total Charge USD | $28.70 |

Distance Based Pricing, Zone 2

Vendor: 989 FEDERAL EXPRESS CORPORATION
Voucher: 1180891 Distribution 2506078 Distribution Level
Doc ID: 0000EY8X Page 1

