# EXHIBIT G

**Private Firm, Partner**

Average hourly billing rate in 2008 (Q33)
Private Firm, Partner

| | | What was your average hourly billing rate in 2008? | | | |
|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 752 | $447 | $325 | $420 | $559 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 9 | $264 | $210 | $275 | $320 |
| | 5-6 | 17 | $300 | $250 | $300 | $345 |
| | 7-9 | 67 | $329 | $260 | $300 | $380 |
| | 10-14 | 186 | $429 | $325 | $400 | $530 |
| | 15-24 | 279 | $467 | $350 | $445 | $570 |
| | 25-34 | 118 | $472 | $375 | $450 | $581 |
| | 35 or More | 71 | $548 | $400 | $575 | $700 |
| Location | Boston CMSA | 42 | $539 | $466 | $573 | $639 |
| | NYC CMSA | 59 | $566 | $450 | $575 | $700 |
| | Philadelphia CMSA | 28 | $442 | $400 | $438 | $483 |
| | Washington, DC CMSA | 122 | $506 | $400 | $500 | $601 |
| | Other East | 29 | $333 | $275 | $300 | $385 |
| | Metro Southeast | 22 | $442 | $348 | $438 | $513 |
| | Other Southeast | 21 | $372 | $293 | $350 | $395 |
| | Chicago CMSA | 50 | $445 | $379 | $428 | $521 |
| | Minne.-St. Paul PMSA | 33 | $393 | $325 | $365 | $448 |
| | Other Central | 127 | $329 | $270 | $310 | $375 |
| | Texas | 61 | $472 | $338 | $450 | $590 |
| | Los Angeles CMSA | 32 | $503 | $371 | $505 | $619 |
| | San Francisco CMSA | 54 | $564 | $469 | $578 | $660 |
| | Other West | 72 | $372 | $295 | $358 | $429 |
| IP Technical Specialization (>=50%) | Biotechnology | 43 | $443 | $305 | $410 | $580 |
| | Chemical | 66 | $431 | $310 | $400 | $531 |
| | Computer Hardware | 11 | $516 | $425 | $490 | $575 |
| | Computer Software | 43 | $418 | $345 | $400 | $485 |
| | Electrical | 78 | $473 | $350 | $450 | $583 |
| | Mechanical | 191 | $391 | $300 | $365 | $475 |
| | Other areas | 7 | $449 | $300 | $365 | $675 |
| Age | Younger than 35 | 15 | $333 | $250 | $300 | $445 |
| | 35-39 | 71 | $377 | $275 | $335 | $460 |
| | 40-44 | 170 | $405 | $300 | $375 | $490 |
| | 45-49 | 158 | $446 | $340 | $423 | $550 |
| | 50-54 | 118 | $460 | $354 | $444 | $550 |
| | 55-59 | 86 | $496 | $375 | $478 | $601 |
| | 60 or Older | 132 | $511 | $382 | $513 | $625 |
| Gender | Male | 686 | $450 | $325 | $423 | $560 |
| | Female | 62 | $421 | $300 | $400 | $553 |
| Highest Non-Law Degree | Bachelor's Degree | 493 | $443 | $323 | $410 | $550 |
| | Master's Degree | 154 | $445 | $344 | $408 | $550 |
| | Doctorate Degree | 46 | $443 | $309 | $400 | $565 |
| Ethnicity | White/Caucasian | 683 | $449 | $325 | $425 | $560 |
| | Black/African American | 4 | $531 | $319 | $563 | $713 |
| | Hispanic/Latino | 9 | $428 | $314 | $400 | $548 |
| | Asian/Pacific Islander | 28 | $436 | $339 | $423 | $543 |
| | North American Indian/Native Canadian | 1 | ISD | ISD | ISD | ISD |
| | Blended | 6 | $327 | $254 | $290 | $419 |
| | Other | 9 | $362 | $298 | $390 | $420 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 52 | $317 | $253 | $300 | $375 |
| | 3-5 | 79 | $337 | $275 | $325 | $400 |
| | 6-10 | 92 | $358 | $292 | $330 | $400 |
| | 11-25 | 139 | $406 | $300 | $381 | $470 |
| | 26-50 | 125 | $454 | $350 | $425 | $553 |
| | 51-100 | 134 | $533 | $439 | $525 | $605 |
| | 101-150 | 48 | $574 | $480 | $590 | $674 |
| | More than 150 | 74 | $599 | $499 | $598 | $696 |

*Private Firm, Associate*

**Average hourly billing rate in 2008 (Q33)**
*Private Firm, Associate*

| | | What was your average hourly billing rate in 2008? | | | |
|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 727 | $311 | $230 | $285 | $375 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 341 | $259 | $210 | $250 | $300 |
| | 5-6 | 116 | $305 | $246 | $280 | $350 |
| | 7-9 | 109 | $394 | $290 | $400 | $498 |
| | 10-14 | 77 | $408 | $330 | $405 | $490 |
| | 15-24 | 29 | $395 | $300 | $370 | $490 |
| | 25-34 | 11 | $402 | $280 | $385 | $465 |
| | 35 or More | 6 | $543 | $421 | $585 | $624 |
| Location | Boston CMSA | 33 | $389 | $278 | $400 | $483 |
| | NYC CMSA | 42 | $380 | $264 | $355 | $481 |
| | Philadelphia CMSA | 16 | $322 | $253 | $320 | $379 |
| | Washington, DC CMSA | 148 | $350 | $270 | $325 | $424 |
| | Other East | 38 | $273 | $205 | $275 | $321 |
| | Metro Southeast | 39 | $329 | $250 | $300 | $400 |
| | Other Southeast | 17 | $251 | $200 | $235 | $283 |
| | Chicago CMSA | 40 | $298 | $240 | $279 | $359 |
| | Minne.-St. Paul PMSA | 30 | $261 | $213 | $249 | $300 |
| | Other Central | 111 | $238 | $185 | $225 | $275 |
| | Texas | 65 | $316 | $250 | $295 | $385 |
| | Los Angeles CMSA | 20 | $349 | $250 | $320 | $419 |
| | San Francisco CMSA | 44 | $366 | $266 | $338 | $488 |
| | Other West | 84 | $271 | $210 | $245 | $299 |
| IP Technical Specialization (>=50%) | Biotechnology | 64 | $334 | $250 | $300 | $423 |
| | Chemical | 94 | $331 | $249 | $300 | $420 |
| | Computer Hardware | 13 | $339 | $245 | $305 | $388 |
| | Computer Software | 80 | $296 | $231 | $273 | $346 |
| | Electrical | 88 | $320 | $226 | $288 | $400 |
| | Mechanical | 155 | $287 | $205 | $265 | $350 |
| | Other areas | 24 | $310 | $231 | $282 | $320 |
| Age | Younger than 35 | 256 | $267 | $210 | $260 | $305 |
| | 35-39 | 202 | $312 | $237 | $283 | $371 |
| | 40-44 | 113 | $337 | $254 | $315 | $423 |
| | 45-49 | 76 | $352 | $250 | $333 | $455 |
| | 50-54 | 44 | $362 | $276 | $343 | $424 |
| | 55-59 | 12 | $356 | $226 | $345 | $490 |
| | 60 or Older | 21 | $408 | $251 | $440 | $555 |
| Gender | Male | 570 | $310 | $235 | $285 | $365 |
| | Female | 153 | $314 | $225 | $295 | $400 |
| Highest Non-Law Degree | Bachelor's Degree | 412 | $301 | $225 | $280 | $360 |
| | Master's Degree | 200 | $312 | $235 | $290 | $369 |
| | Doctorate Degree | 91 | $336 | $240 | $310 | $425 |
| Ethnicity | White/Caucasian | 608 | $311 | $230 | $285 | $375 |
| | Black/African American | 12 | $335 | $278 | $325 | $395 |
| | Hispanic/Latino | 13 | $321 | $231 | $250 | $423 |
| | Asian/Pacific Islander | 47 | $286 | $245 | $270 | $325 |
| | North American Indian/Native Canadian | 3 | $243 | ISD | $265 | ISD |
| | Blended | 15 | $337 | $230 | $285 | $470 |
| | Other | 16 | $319 | $246 | $294 | $389 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 22 | $250 | $195 | $208 | $300 |
| | 3-5 | 61 | $242 | $200 | $235 | $280 |
| | 6-10 | 69 | $258 | $218 | $250 | $300 |
| | 11-25 | 113 | $269 | $213 | $250 | $300 |
| | 26-50 | 146 | $303 | $240 | $280 | $350 |
| | 51-100 | 163 | $332 | $250 | $305 | $400 |
| | 101-150 | 51 | $379 | $295 | $375 | $475 |
| | More than 150 | 93 | $387 | $300 | $385 | $473 |