THE NATIONAL LAW JOURNAL/WWW.NLJ.COM ■ DECEMBER 6, 2010

11

**BILLIING SURVEY**

BILLING, FROM PAGE 10

past—firms are taking a more individual approach that looks at attorneys, their clients and their practices when establishing billing rates, Clay said.

"Really superior lawyers are undervalued because of their fear of pushing up rates, but clients will still pay for the top-end lawyers," Clay said. "They recognize the value of those lawyers."

Indeed, three firms reported top partner hourly billing rates of $1,000 or more, including Foley & Lardner at $1,035; Winston & Strawn at $1,075; and Locke Lord Bissell & Liddell at $1,120. That highest rate is charged by Bryan Goolsby of Locke Lord—the Dallas-based head of the firm's real estate investment trust practice. The average firmwide partner billing rates at each of those firms was much lower, however.

### SOME GROWTH IN ALTERNATIVES

Alternative fee arrangements remain a growing trend, according to the survey results. Nearly half of the firms that provided a percentage of their revenue derived from alternative fee arrangement in both 2009 and 2010—49%—said that percentage increased in the past year. The highest percentages were reported by Shook, Hardy & Bacon at 30%; Yoss at 30%; Stevens & Lee at 30%; and Vorys, Sater, Seymour and Pease at 27%.

A survey of 218 law firm managers by Altman Weil in May found that nearly 95% of firms offer some alternative fee arrangements, while *The*



*American Lawyer*'s law firm leaders survey showed that 93% of firms have used flat-fee arrangements. In a separate survey of general counsel conducted by *The American Lawyer* and the Association of Corporate Counsel this fall, 53% of GCs said they had used flat-fee billing for an entire matter.

Not everyone believes that the move toward alternative billing rates lives up to the hype, however. Morrison said discussion of those arrangements far outpaces actual agreements.

"Everyone says, 'There ought to be more ways to charge fees beyond the billable hour, but it hasn't happened,'" Morrison said. "Most law departments are three people or less. They don't have the time or ability to craft alternative fee arrangements. Seventy percent of law departments can't do it, and don't care about it."

Indeed, the *American Lawyer* survey found that alternative fee arrangements account, on average, for 16% of firm revenue.

But those arrangements are increasingly what clients want, Vaccaro said. Many of the requests for proposals Jackson Lewis receives from potential clients seek



SLOW GROWTH: "Firms are still very cautious ... about trying to push through rate increases, said Tom Clay of Altman Weil, above. Jackson Lewis' Patrick Vaccaro said clients want rate freezes or multiyear rates

fee certainty and efficiency from outside counsel. The employment law firm has responded with flat rates, litigation caps and other alternative arrangements, but predicting costs and crafting profitable agreements is still a work in progress for Jackson Lewis' top-level managers who put together those deals.

"We can pretty well determine what the cost is going to be and build enough protections, but there is a considerable risk involved and we're willing to take that risk," Vaccaro said. "If you want to stay in business, you ought to be doing what the client wants."

*Karen Sloan can be contacted at ksloan@alm.com*




thomsonreuters

# MEET THE DEMANDS OF ALTERNATIVE FEE ARRANGEMENTS.

## THEIRS.
## AND YOURS.

### THOMSON REUTERS ENGAGE™

Introducing an intelligent new tool to help your firm succeed in today's environment. Thomson Reuters Engage is the only Engagement Planning & Management (EPM) solution that increases your value to clients while optimizing your business. You can leverage actual firm experience to build practice-tested alternative fee arrangements, then monitor performance against them. All with clear, pleasure project management. The result: win-win outcomes with the predictability both you and your clients need. Engage with us today at thomsonreutersengage.com.

THOMSON REUTERS

12     THE NATIONAL LAW JOURNAL/WWW.NLJ.COM | DECEMBER 6, 2010

BILLING SURVEY

# A nationwide sampling of law firm billing rates

*The National Law Journal* asked the respondents to its 2010 survey of the nation's 250 largest law firms to provide a range of hourly billing rates. Firms that supplied the information are listed in alphabetical order. Non-NLJ 250 firms appear separately.

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | NUMBER OF ATTORNEYS | FIRMWIDE AVERAGE | FIRMWIDE MEDIAN | PARTNER HIGH | PARTNER LOW | PARTNER AVERAGE | PARTNER MEDIAN | ASSOCIATE HIGH | ASSOCIATE LOW | ASSOCIATE AVERAGE | ASSOCIATE MEDIAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adams and Reese | New Orleans | 265 | $265 | $270 | $550 | $250 | $344 | $340 | $290 | $195 | $229 | $235 |
| Alston & Bird | Atlanta | 786 | $515 | $505 | $865 | $450 | $627 | $615 | $590 | $270 | $405 | $405 |
| Archer & Greiner | Haddonfield, N.J. | 176 | | | $560 | $305 | | | $340 | $175 | | |
| Arent Fox | Washington | 329 | | | $765 | $400 | | | $475 | $240 | | |
| Armstrong Teasdale | St. Louis | 233 | | | $475 | $300 | | | $325 | $200 | | |
| Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, Tenn. | 552 | $312 | $305 | $595 | $255 | $357 | $348 | $320 | $165 | $231 | $230 |
| Barnes & Thornburg | Indianapolis | 494 | $367 | $375 | $613 | $298 | $416 | $415 | $355 | $225 | $261 | $260 |
| Benesch, Friedlander, Coplan & Aronoff | Cleveland | 161 | $315 | | $575 | $350 | $335 | | $360 | $195 | $245 | |
| Best Best & Krieger | Riverside, Calif. | 183 | | | $550 | $310 | | | $395 | $225 | | |
| Blank Rome | Philadelphia | 472 | $510 | $495 | $855 | $440 | $615 | $625 | $550 | $250 | $361 | $353 |
| Bond, Schoeneck & King | Syracuse, N.Y. | 199 | $260 | $255 | $475 | $220 | $309 | $330 | $280 | $160 | $208 | $210 |
| Briggs and Morgan | Minneapolis | 190 | $373 | $390 | $600 | $290 | $437 | $440 | $315 | $210 | $240 | $235 |
| Broad and Cassel | Orlando, Fla. | 160 | $307 | $295 | $475 | $260 | $372 | $375 | $350 | $175 | $242 | $240 |
| Brownstein Hyatt Farber Schreck | Denver | 248 | $391 | $380 | $810 | $295 | $463 | $448 | $360 | $200 | $256 | $255 |
| Bryan Cave | St. Louis | 928 | $464 | $450 | $790 | $370 | $553 | $540 | $550 | $185 | $344 | $345 |
| Buchalter Nemer | Los Angeles | 164 | $415 | $415 | $625 | $270 | $490 | $495 | $450 | $195 | $328 | $310 |
| Buchanan Ingersoll & Rooney | Pittsburgh | 423 | | | $900 | $310 | | | $465 | $210 | | |
| Burr & Forman | Birmingham, Ala. | 256 | $328 | $330 | $500 | $210 | $361 | $365 | $335 | $200 | $250 | $250 |
| Butzel Long | Detroit | 181 | | | $750 | $300 | | | $375 | $200 | | |
| Carlton Fields | Tampa, Fla. | 275 | $388 | $390 | $775 | $325 | $455 | $455 | $375 | $195 | $268 | $270 |
| Chadbourne & Parke | New York | 444 | $456 | $450 | $995 | $390 | $769 | $785 | $625 | $110 | $442 | $455 |
| Cozen O'Connor | Philadelphia | 521 | $422 | $390 | $880 | $310 | $497 | $475 | $585 | $225 | $326 | $320 |
| Curtis, Mallet-Prevost, Colt & Mosle | New York | 252 | $489 | $480 | $785 | $675 | $669 | $675 | $575 | $290 | $365 | $350 |
| Davis Wright Tremaine | Seattle | 491 | $355 | $365 | $795 | $320 | $486 | $480 | $435 | $210 | $304 | $305 |
| Dickinson Wright | Detroit | 230 | | | $575 | $355 | | | $275 | $195 | | |
| Dickstein Shapiro | Washington | 336 | $546 | $530 | $950 | $525 | $656 | $650 | $530 | $265 | $426 | $450 |
| Dinsmore & Shohl | Cincinnati | 402 | $302 | $290 | $590 | $220 | $360 | $355 | $300 | $175 | $222 | $218 |
| Dorsey & Whitney | Minneapolis | 578 | $410 | $395 | $795 | $440 | $515 | $515 | $290 | $180 | $285 | $270 |
| Duane Morris | Philadelphia | 629 | $483 | $483 | $850 | $240 | $550 | $545 | $480 | $135 | $349 | $350 |
| Dykema Gossett | Detroit | 333 | $445 | $450 | $635 | $360 | $495 | $515 | $450 | $225 | $325 | $320 |
| Eckert Seamans Cherin & Mellott | Pittsburgh | 329 | | | $625 | $250 | | | $320 | $150 | | |
| Edwards Angell Palmer & Dodge | Boston | 505 | $451 | $450 | $780 | $345 | $571 | $575 | $610 | $200 | $323 | $303 |
| Epstein Becker & Green | New York | 302 | $429 | $425 | $850 | $350 | $520 | $500 | $450 | $180 | $325 | $320 |
| Fisher & Phillips | Atlanta | 238 | | | $505 | $340 | | | $360 | $220 | | |
| Fitzpatrick, Cella, Harper & Scinto | New York | 175 | | | $730 | $460 | | | $440 | $275 | | $325 |
| Foley & Lardner | Milwaukee | 895 | $554 | $570 | $1,035 | | $654 | $640 | | $255 | $426 | $410 |
| Ford & Harrison | Atlanta | 176 | | | $620 | $375 | | | $390 | $250 | | |
| Fox Rothschild | Philadelphia | 472 | $407 | $415 | $690 | $315 | $473 | $470 | $475 | $235 | $298 | $290 |
| Frost Brown Todd | Cincinnati | 404 | $279 | $280 | $515 | $200 | $326 | $325 | $250 | $150 | $189 | $190 |
| Gardere Wynne Sewell | Dallas | 270 | $445 | $450 | $815 | $380 | $531 | $525 | $445 | $195 | $311 | $310 |
| Gibbons | Newark, N.J. | 223 | $404 | $410 | $790 | $390 | $479 | $475 | $450 | $250 | $289 | $275 |
| Godfrey & Kahn | Milwaukee | 172 | | | $495 | $325 | | | $340 | $180 | | |
| GrayRobinson | Orlando, Fla. | 250 | | | $750 | $225 | | | $315 | $150 | | |
| Greenberg Traurig | New York | 1,763 | $453 | $480 | $875 | $355 | $550 | $580 | $610 | $200 | $337 | $350 |
| Harris Beach | Rochester, N.Y. | 176 | | | $500 | $275 | | | $250 | $140 | | |
| Hiscock & Barclay | Syracuse, N.Y. | 175 | $311 | $275 | $650 | $195 | $348 | $305 | $440 | $150 | $234 | $195 |

SEE SAMPLING, PAGE 13

SAMPLING, FROM PAGE 12

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | NUMBER OF ATTORNEYS | FIRMWIDE AVERAGE | FIRMWIDE MEDIAN | PARTNER HIGH | PARTNER LOW | PARTNER AVERAGE | PARTNER MEDIAN | ASSOCIATE HIGH | ASSOCIATE LOW | ASSOCIATE AVERAGE | ASSOCIATE MEDIAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hodgson Russ | Buffalo, N.Y. | 197 | $328 | $320 | $665 | $230 | $374 | $370 | $410 | $175 | $238 | $230 |
| Holland & Knight | Washington | 942 | $418 | $425 | $850 | $300 | $499 | $495 | $480 | $185 | $288 | $280 |
| Holme Roberts & Owen | Denver | 192 | $355 | $345 | $635 | $285 | $415 | $410 | $530 | $170 | $295 | $285 |
| Husch Blackwell | St. Louis | 554 | $329 | $331 | $804 | $230 | $357 | $375 | $415 | $171 | $220 | $205 |
| Jackson Kelly | Charleston, W.Va. | 161 | | | $495 | $245 | | | $275 | $155 | | |
| Jackson Lewis | White Plains, N.Y. | 661 | $364 | $300 | $715 | $260 | $428 | $430 | $440 | $150 | $282 | $275 |
| Jones, Walker, Waechter, Poitevent, Carrère & Denègre | New Orleans | 302 | | | $620 | $195 | | | $275 | $140 | | |
| Kelley Drye & Warren | New York | 325 | | | $900 | $465 | | | $565 | $275 | | |
| Kilpatrick Stockton | Atlanta | 423 | $475 | $425 | $730 | $375 | $527 | $520 | $465 | $225 | $320 | $320 |
| Knobbe, Martens, Olson & Bear | Irvine, Calif. | 266 | $432 | $415 | $710 | $395 | $511 | $485 | $450 | $285 | $332 | $335 |
| Lane Powell | Seattle | 175 | $349 | $380 | $600 | $310 | $431 | $430 | $350 | $230 | $278 | $275 |
| Lathrop & Gage | Kansas City, Mo. | 286 | | | $490 | $265 | | | $265 | $180 | | |
| Lindquist & Vennum | Minneapolis | 184 | $330 | $350 | | | $415 | $410 | | | $235 | $230 |
| Littler Mendelson | San Francisco | 764 | $372 | $355 | $650 | $290 | $445 | $435 | $480 | $210 | $296 | $285 |
| Locke Lord Bissell & Liddell | Dallas | 642 | $486 | $515 | $1,120 | $400 | $599 | $600 | $525 | $215 | $320 | $300 |
| Loeb & Loeb | New York | 300 | | | $975 | $475 | | | $575 | $275 | | |
| Lowenstein Sandler | Roseland, N.J. | 238 | | | $825 | $440 | | | $575 | $235 | | |
| Manatt, Phelps & Phillips | Los Angeles | 320 | $568 | $590 | $850 | $525 | $651 | $650 | $525 | $200 | $405 | $410 |
| Marshall, Dennehey, Warner, Coleman & Goggin | Philadelphia | 412 | | | $410 | $145 | | | $320 | $130 | | |
| Maynard, Cooper & Gale | Birmingham, Ala. | 212 | | | $600 | $325 | | | $295 | $235 | | |
| McCarter & English | Newark, N.J. | 362 | $355 | $400 | $825 | $360 | $498 | $485 | $405 | $215 | $313 | $315 |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | 269 | $210 | $225 | $550 | $295 | $280 | $260 | $275 | $150 | $190 | $185 |
| McGuireWoods | Richmond, Va. | 872 | $455 | $450 | $830 | $325 | $543 | $535 | $600 | $220 | $355 | $350 |
| McKenna Long & Aldridge | Atlanta | 429 | $455 | $410 | $775 | $375 | $540 | $525 | $490 | $220 | $366 | $355 |
| Michael Best & Friedrich | Milwaukee | 214 | $346 | $345 | $650 | $235 | $400 | $390 | $320 | $190 | $239 | $230 |
| Miles & Stockbridge | Baltimore | 223 | | | $695 | $325 | | | $370 | $220 | | |
| Miller & Martin | Chattanooga, Tenn. | 192 | $328 | $335 | $610 | $235 | $351 | $365 | $275 | $180 | $218 | $210 |
| Moore & Van Allen | Charlotte, N.C. | 282 | $364 | $350 | $785 | $265 | $441 | $425 | $350 | $180 | $257 | $250 |
| Nelson Mullins Riley & Scarborough | Columbia, S.C. | 400 | $347 | $340 | $850 | $245 | $399 | $385 | $335 | $185 | $248 | $240 |
| Nexsen Pruet | Columbia, S.C. | 178 | | | $525 | $230 | | | $250 | $160 | | |
| Nixon Peabody | New York | 682 | $429 | $430 | $905 | $375 | $513 | $625 | $580 | $195 | $388 | $395 |
| Ogletree, Deakins, Nash, Smoak & Stewart | Greenville, S.C. | 485 | $351 | | $575 | $300 | $389 | | $390 | $195 | $285 | |
| Patton Boggs | Washington | 525 | $482 | $485 | $990 | $355 | $645 | $625 | $550 | $215 | $399 | $400 |
| Pepper Hamilton | Philadelphia | 458 | $326 | | $825 | $420 | $547 | | $465 | $230 | $329 | |
| Perkins Coie | Seattle | 683 | $447 | | $825 | $275 | $534 | $530 | $570 | $200 | $354 | |
| Phelps Dunbar | New Orleans | 281 | $226 | $215 | $385 | $180 | $272 | $265 | $240 | $145 | $183 | $180 |
| Phillips Lytle | Buffalo, N.Y. | 177 | $255 | $260 | $535 | $260 | $352 | $350 | $450 | $150 | $283 | $230 |
| Polsinelli Shughart | Kansas City, Mo. | 500 | | | $600 | $250 | | | $325 | $185 | | |
| Quarles & Brady | Milwaukee | 419 | $364 | $360 | $660 | $290 | $438 | $435 | $400 | $210 | $260 | $245 |
| Roetzel & Andress | Akron, Ohio | 2.5 | $317 | $325 | $525 | $225 | $357 | $350 | $325 | $165 | $243 | $245 |
| Rutan & Tucker | Costa Mesa, Calif. | 133 | | | $650 | $355 | | | $450 | $225 | | |
| Saul Ewing | Philadelphia | 219 | $412 | $425 | $800 | $320 | $491 | $478 | $475 | $225 | $310 | $285 |
| Schulte Roth & Zabel | New York | 433 | | | $895 | $735 | | | $690 | $275 | | |
| Seyfarth Shaw | Chicago | 704 | $377 | $375 | $770 | $335 | $505 | $503 | $535 | $185 | $325 | $320 |
| Sheppard, Mullin, Richter & Hampton | Los Angeles | 464 | | | $820 | $495 | | | $620 | $270 | | |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 2.0 | $331 | $350 | $540 | $250 | $366 | $365 | $315 | $185 | $246 | $235 |
| Smith, Gambrell & Russell | Atlanta | 175 | | | $740 | $325 | | | $440 | $195 | | |
| Snell & Wilmer | Phoenix | 396 | $338 | $325 | $795 | $315 | $486 | $475 | $550 | $175 | $282 | $265 |
| Stoel Rives | Portland, Ore. | 368 | $381 | $395 | $600 | $315 | $441 | $443 | $390 | $190 | $270 | $265 |
| Strasburger & Price | Dallas | 181 | $336 | $351 | $617 | $250 | $372 | $393 | $306 | $194 | $243 | $245 |
| Taft, Stettinius & Hollister | Cincinnati | 286 | $315 | $315 | $600 | $220 | $358 | $350 | $365 | $165 | $227 | $225 |

SEE SAMPLING, PAGE 14