BILLING SURVEY

SAMPLING, FROM PAGE 13

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | NUMBER OF ATTORNEYS | FIRMWIDE | | PARTNER | | | | ASSOCIATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN |
| Thompson Coburn | St. Louis | 326 | | | $610 | $300 | | | $395 | $190 | | |
| Thompson & Knight | Dallas | 320 | | | $825 | $410 | | | $440 | $285 | | |
| Townsend and Townsend and Crew | San Francisco | 177 | $320 | $290 | $750 | $470 | $563 | $550 | $460 | $260 | $345 | $325 |
| Ulmer & Berne | Cleveland | 177 | | | $565 | $260 | | | $375 | $185 | | |
| Vedder Price | Chicago | 255 | $425 | $425 | $720 | $370 | $483 | $470 | $365 | $255 | $326 | $325 |
| Venable | Washington | 494 | $484 | $495 | $950 | $445 | $590 | $585 | $500 | $280 | $353 | $330 |
| Williams Mullen | Richmond, Va. | 300 | $368 | $340 | $645 | $315 | $428 | $395 | $370 | $230 | $279 | $280 |
| Winstead | Dallas | 264 | $395 | | $655 | $340 | $462 | | $390 | $215 | $291 | |
| Winston & Strawn | Chicago | 899 | $486 | $490 | $1,075 | $475 | $570 | $560 | $610 | $250 | $398 | $375 |
| Womble Carlyle Sandridge & Rice | Winston Salem, N.C. | 509 | $372 | $375 | $625 | $300 | $461 | $465 | $445 | $210 | $291 | $285 |
| Wyatt, Tarrant & Combs | Louisville, Ky. | 186 | | | $500 | $245 | | | $285 | $180 | | |
| **NON-NLJ 250 FIRMS** | | | | | | | | | | | | |
| Brinks Hofer Gilson & Lione | Chicago | 149 | $435 | $435 | $725 | $345 | $541 | $560 | $420 | $195 | $308 | $285 |
| Fowler White Boggs | Tampa, Fla. | 127 | $350 | $370 | $575 | $325 | $400 | $388 | $315 | $205 | $250 | $255 |
| Lewis, Rice & Fingersh | St. Louis | 157 | | | $460 | $260 | | | $315 | $150 | | |
| Luce, Forward, Hamilton & Scripps | San Diego | 143 | | | $670 | $350 | | | $445 | $245 | | |
| McAndrews, Held & Malloy | Chicago | 102 | | | $675 | $260 | | | $350 | $225 | | |
| Montgomery, McCracken, Walker & Rhoads | Philadelphia | 117 | | | $625 | $380 | $461 | | $395 | $205 | $284 | |
| Morris, Manning & Martin | Atlanta | 135 | $424 | $415 | $760 | $425 | $492 | $490 | $545 | $225 | $353 | $360 |
| Schwabe, Williamson & Wyatt | Portland, Ore. | 158 | $350 | $340 | $540 | $310 | $415 | $410 | $450 | $200 | $260 | $250 |
| Sullivan & Worcester | Boston | 156 | $537 | $543 | $830 | $475 | $647 | $623 | $535 | $290 | $383 | $370 |



THE NATIONAL LAW JOURNAL/WWW.NLJ.COM ■ DECEMBER 6, 2010

BILLING SURVEY

# Firms report using alternatives to the billable hour

Below is a listing of law firms, in NLJ 250 order, that reported use of alternative billing methods. We asked firms to report on percentages of revenue obtained through variations on the billable hour and true alternatives. 2009 percentages appear where available.

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | NUMBER OF ATTORNEYS | % OF FIRM'S REVENUE OBTAINED THROUGH VARIATIONS ON THE BILLABLE HOUR 2010 | 2009 | % OF FIRM'S REVENUE OBTAINED THROUGH ALTERNATIVE BILLING METHODS 2010 | 2009 |
|---|---|---|---|---|---|---|
| Greenberg Traurig | New York | 1,763 | | | 11 | 3 |
| Reed Smith | Pittsburgh | 1,430 | 10 | 19 | 10 | 7 |
| Orrick, Herrington & Sutcliffe | San Francisco | 1,079 | | | 25 | 25 |
| Bryan Cave | St. Louis | 928 | | | 20 | |
| Paul, Hastings, Janofsky & Walker | New York | 924 | 40 | 95 | 13 | 5 |
| Bingham McCutchen | Boston | 918 | 5 | 2.5 | 5 | 2.5 |
| Wilmer Cutler Pickering Hale and Dorr | Washington | 907 | | | 10 | 1.7 |
| Fulbright & Jaworski | Houston | 855 | 67 | | 10 | |
| Alston & Bird | Atlanta | 786 | 60 | 60 | 8 | 5 |
| Littler Mendelson | San Francisco | 764 | 41 | | 5 | |
| Seyfarth Shaw | Chicago | 704 | | | 10 | |
| Jackson Lewis | White Plains, N.Y. | 661 | 30 | 30 | 15 | 14 |
| Troutman Sanders | Atlanta | 651 | 30 | 30 | 15 | 15 |
| Locke Lord Bissell & Liddell | Dallas | 642 | 60 | 80 | 20 | 20 |
| Duane Morris | Philadelphia | 629 | 4 | 4 | 6 | 6 |
| Pillsbury Winthrop Shaw Pittman | New York | 623 | 30 | | 15 | |
| Dorsey & Whitney | Minneapolis | 578 | 5 | | 5 | |
| Husch Blackwell | St. Louis | 554 | 95 | 98 | 5 | 2 |
| Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, Tenn. | 552 | 35 | 50 | | |
| Patton Boggs | Washington | 525 | 15 | 15 | 13 | 9.6 |
| Edwards Angell Palmer & Dodge | Boston | 505 | 20 | 10 | 8 | 5 |
| Womble Carlyle Sandridge & Rice | Winston-Salem, N.C. | 503 | 75 | 75 | 15 | 15 |
| Polsinelli Shughart | Kansas City, Mo. | 500 | 15 | | 15 | |
| Shook, Hardy & Bacon | Kansas City, Mo. | 500 | | | 30 | 25 |
| Hinshaw & Culbertson | Chicago | 494 | 5 | 10 | 5 | 10 |
| Steptoe & Johnson LLP | Washington | 487 | | | 10 | 10 |
| Ogletree, Deakins, Nash, Smoak & Stewart | Greenville, S.C. | 485 | 91 | 91 | 9 | 8.6 |
| Sheppard, Mullin, Richter & Hampton | Los Angeles | 464 | 13 | 20 | 13 | 10 |
| Pepper Hamilton | Philadelphia | 458 | 10 | | 15 | 14 |
| Chadbourne & Parke | New York | 444 | 92 | | 6 | |
| McKenna Long & Aldridge | Atlanta | 425 | 11 | 30 | 20 | 35 |
| Buchanan Ingersoll & Rooney | Pittsburgh | 423 | 5 | 6 | | |
| Kilpatrick Stockton | Atlanta | 423 | | | 2.6 | 20 |
| Quarles & Brady | Milwaukee | 419 | | | 7 | |
| Marshall, Dennehey, Warner, Coleman & Goggin | Philadelphia | 412 | 20 | 20 | 12 | 12 |
| Frost Brown Todd | Cincinnati | 404 | 76 | 32 | | 1.8 |
| Nelson Mullins Riley & Scarborough | Columbia, S.C. | 400 | 5 | 5 | 5 | 5 |
| Snell & Wilmer | Phoenix | 396 | 20 | 10 | 15 | 15 |
| McCarter & English | Newark, N.J. | 382 | 6 | 10 | 5 | 10 |
| Gordon & Rees | San Francisco | 382 | 7.5 | 7.5 | 7.5 | 7.5 |
| Andrews Kurth | Houston | 351 | 15 | 15 | 5 | 15 |

SEE ALTERNATIVES, PAGE 16

ONLINE: AN ALPHABETICAL LISTING OF FIRMS THAT REPORTED USE OF ALTERNATIVE BILLING METHODS, INCLUDING THE METHODS THEY REPORTED USING (E.G., FIXED OR FLAT, CONTINGENT, HYBRID AND RETROSPECTIVE FEES).

16

BILLING SURVEY

THE NATIONAL LAW JOURNAL / WWW.NLJ.COM | DECEMBER 6, 2010

ALTERNATIVES, FROM PAGE 15

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | NUMBER OF ATTORNEYS | REVENUE BREAKDOWN | | | |
|---|---|---|---|---|---|---|
| | | | % OF FIRM'S REVENUE OBTAINED THROUGH VARIATIONS ON THE BILLABLE HOUR | | % OF FIRM'S REVENUE OBTAINED THROUGH ALTERNATIVE BILLING METHODS | |
| | | | 2010 | 2009 | 2010 | 2009 |
| Vorys, Sater, Seymour and Pease | Columbus, Ohio | 350 | 20 | | 27 | |
| Sedgwick, Detert, Moran & Arnold | San Francisco | 347 | 16 | 86 | 1 | 1 |
| Fish & Richardson | Boston | 339 | 70 | 70 | 10 | 10 |
| Dykema Gossett | Detroit | 333 | 83 | 84 | | |
| Eckert Seamans Cherin & Mellott | Pittsburgh | 329 | 50 | | 20 | 20 |
| Arent Fox | Washington | 329 | 15 | 15 | 15 | 10 |
| Thompson & Knight | Dallas | 328 | 30 | 30 | 3 | 3 |
| Manatt, Phelps & Phillips | Los Angeles | 320 | 65 | | 14 | |
| Loeb & Loeb | New York | 300 | 15 | 10 | 10 | 20 |
| Stinson Morrison Hecker | Kansas City, Mo. | 288 | | | 10 | |
| Taft, Stettinius & Hollister | Cincinnati | 286 | 40 | | 20 | |
| Moore & Van Allen | Charlotte, N.C. | 282 | 50 | 35 | 15 | 5 |
| Phelps Dunbar | New Orleans | 281 | 2 | 10 | 2 | 10 |
| Wiley Rein | Washington | 274 | 25 | 20 | 3 | 1 |
| Gardere Wynne Sewell | Dallas | 270 | 20 | 22 | 18 | 19 |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | 268 | 8 | 5 | 15 | 12 |
| Winstead | Dallas | 264 | 6 | | 3 | |
| Burr & Forman | Birmingham, Ala. | 256 | 60 | 38 | 6 | 6 |
| Yoss | Miami | 254 | 25 | 30 | 30 | 25 |
| Curtis, Mallet-Prevost, Colt & Mosle | New York | 252 | 10 | 10 | 0 | 5 |
| GrayRobinson | Orlando, Fla. | 250 | | | 15 | 15 |
| Brownstein Hyatt Farber Schreck | Denver | 248 | 18 | 18 | 27 | 23 |
| Armstrong Teasdale | St. Louis | 233 | 15 | 14 | 15 | 14 |
| Honigman Miller Schwartz and Cohn | Detroit | 228 | 4 | 4 | 4 | 4 |
| Miles & Stockbridge | Baltimore | 223 | 5.2 | | 12 | |
| Gibbons | Newark, N.J. | 223 | 20 | 30 | 10 | 1 |
| Saul Ewing | Philadelphia | 219 | 35 | 57 | 5 | 10 |
| Michael Best & Friedrich | Milwaukee | 214 | 15 | 10 | 10 | 12 |
| Maynard, Cooper & Gale | Birmingham, Ala. | 212 | 5 | | 5 | |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 210 | 10 | 10 | 5 | 5 |
| Clark Hill | Detroit | 206 | | | 12 | 10 |
| Hodgson Russ | Buffalo, N.Y. | 197 | | 25 | 30 | 5 |
| Miller & Martin | Chattanooga, Tenn. | 192 | 17 | 15 | 3 | 1 |
| Holme Roberts & Owen | Denver | 192 | 15 | 15 | 15 | 15 |
| Best Best & Krieger | Riverside, Calif. | 183 | 5 | 5 | 5 | 5 |
| Strasburger & Price | Dallas | 181 | 30 | 60 | 15 | 10 |
| Leonard, Street and Deinard | Minneapolis | 178 | 10 | 10 | 10 | 10 |
| Stevens & Lee | Reading, Pa. | 177 | 30 | 30 | 30 | 25 |
| Phillips Lytle | Buffalo, N.Y. | 177 | 20 | 30 | 20 | 5 |
| Townsend and Townsend and Crew | San Francisco | 177 | 20 | | 25 | 25 |
| Ford & Harrison | Atlanta | 176 | 20 | 12 | 7 | 4 |
| Lane Powell | Seattle | 175 | 50 | 50 | 10 | 10 |
| Smith, Gambrell & Russell | Atlanta | 175 | 10 | 10 | 10 | 10 |
| Hiscock & Barclay | Syracuse, N.Y. | 175 | | | 20 | 21 |
| Schnader Harrison Segal & Lewis | Philadelphia | 175 | 15 | 15 | 5 | 5 |
| Godfrey & Kahn | Milwaukee | 172 | 25 | 30 | 5 | 10 |
| Buchalter Nemer | Los Angeles | 164 | 5 | | 5 | |
| Benesch, Friedlander, Coplan & Aronoff | Cleveland | 161 | | | 16 | |