# EXHIBIT O

1. DMV.ORG's "Splash Page"



"Disclaimer" in very faint grey font which appears adjacent to the toolbar *after* a 2-3 second delay



2.  DMV.ORG's "Landing Page" after the "Splash Page" "Continue" button is clicked (TOP-portion of Landing Page)



3. DMV.ORG's "Landing Page" after the "Splash Page" "Continue" button is clicked (BOTTOM-portion of Landing Page)



"Contact DMV Website Support" Button

4. After the "Contact DMV Website Support" Button is Clicked:



Purported "link" to "your State DMV Office"

5. After the "Link" to "Your State DMV Office" is Clicked, the website prompts the consumer to enter his/her DMV Office ZIP code:



6. After ZIP code is entered, the website "links" to a purported local DMV's "ONLINE SERVICES" with various links including to traffic schools and registration renewals.



Photograph of the local DMV office

"Main Hollywood DMV Office of Los Angeles, California" "Online Services"

7. After "traffic school" is clicked, the website leads to a DMV.org affiliate traffic school, iDriveSafely.



8.  After the "register now" button is clicked, DMV.org links to its affiliate's website, www.idrivesafely.com:



8. Going back to #6 above, after the "registration renewal" button is clicked, DMV.org links to its affiliate CARTAGZ's website.



9. After the "calculate fees" button is clicked, DMV.org links to its affiliate's website, www.cartagz.com:



9. Consumers, such as Mr. Tom Pniewski, gets confused and thinks that his DMV has now charged him additional fees (but actually, he was paying additional fees to Cartagz, not the DMV).  Mr. Pniewski's comments complaining to DMV.org's Facebook page, copied below:


**Tom Pniewski** Please explain to me why my car registration arrived in the mail TODAY (July 7th) when my car tags are DUE TOMORROW (July 8th)??? It was POSTMARKED JULY 5TH!! MEANING IT WAS SENT JULY 5TH AND MY TAGS ARE DUE JULY 8TH! WITH A SMOG CHECK REQUIRED!!!!!!!!!!!!!! TODAY IS THE 7TH PEOPLE! PLEASE CONTACT ME (somehow) AND EXPLAIN!!!!!!!!! BTW - I live in CA if that makes any difference or is it the problem?
July 7 at 7:33pm


**Tom Pniewski** One more thing. I'm was trying to pay my tags ONLINE, even though I didn't get anything from the DMV and got DINGED with FEES; - Here take and look:
DMV Fees:$114.00
Cartagz Service Fee:$29.00
Convenience Fee:$2.85
Shipping:$2.00
E-Copy:$5.00
Total Paid:$152.85
July 7 at 7:48pm


**Tom Pniewski** BTW - this was how I found out that needed a SMOG CHECK!!!! Someone explain away why I need to pay an Email Fee, Convenience Fee and the CarTagz Fee is RIDICULOUS!
July 7 at 7:50pm

4824-7980-3661.1