# EXHIBIT "P"

DMV.ORG Surpasses 50K "Likes" on Facebook - Online Guru, Inc : The Path to Online ... Page: 3 of 4



onlineguru®

# July 09, 2011

Home    News    07.09.11

## DMV.ORG Surpasses 50K "Likes" on Facebook

*San Diego, Calif. July 9, 2011* -- Today DMV.ORG received its 50,001st "Like" on the mega social networking service Facebook. Since the site updated its tens of thousands of pages to integrate popular social media outlets, users have been extensively sharing, liking and spreading the word about DMV.ORG's user friendly, DMV-related content.

Published by OnlineGURU Inc., DMV.ORG has been simplifying info for millions of drivers since 1999. Today, it sees more than 60 million users per year and ranks among the top 1,000 Web sites in the United States. The site covers everything from driver licensing and vehicle registration to auto insurance and car buying in every state. The company's goal with this flagship site and many more in its portfolio is to continuously offer a positive user experience and give the online community a place to access accurate content and useful products and services.

While DMV.ORG serves a wide variety of users, it pays particular attention to a growing segment of drivers: teens. For many first-time drivers, dealing with the state motor vehicle agency and taking care of auto-related business can be confusing. "We've become a household name when it comes to dealing with the DMV. For new drivers just getting to know us, they'll soon see that we offer up-to-date answers and help save their time. We believe the satisfaction they are experiencing is one of the biggest reasons we see their support through social media," said Director of Product Development and Delivery David Gray.

Gray and his techie team of Gurus continuously push the boundaries of how users get useful info, and they have many more initiatives lined up for the coming year. To keep up with its latest innovations, follow the OG Team and DMV.ORG on Twitter, or Like the Gurus and DMV.ORG on Facebook.