DAVID N. MAKOUS, SB# 082409
    E-Mail: makous@lbbslaw.com
DANIEL C. DECARLO, SB# 160307
    E-Mail: decarlo@lbbslaw.com
MINA I. HAMILTON, SB# 213917
    E-Mail: hamilton@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
Telephone: 213.250.1800
Facsimile:  213.250.7900

*Attorneys for Plaintiffs*
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>            Plaintiffs,<br><br>      v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, RAJ LAHOTI, individuals,<br><br>            Defendants. | CASE NO. CV 06-7561 PA (CWx)<br><br>The Honorable Percy Anderson<br><br><u>JOINT STATEMENT ON COSTS</u> IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS<br><br>Hearing:<br>Date:  December 5, 2011<br>Time:  1:30 p.m.<br>Courtroom No. 15<br><br>[*Filed concurrently with Notice of Motion; Memorandum of Points and Authorities; Joint Statement on Attorney's Fees; Defendants' Comments to Joint Statement; Declarations of Mina Hamilton and Josephine Brosas in support of Motion; Declaration of Andrew Serwin; and [Proposed] Order*] |

4838-9696-1549.1

**TRAFFICSCHOOL.COM v EDRIVER - Case No. 06-CV-07561 PA(CW) - JOINT STATEMENT ON COSTS**

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 9/10/2008 | DUPLICATION [Bill of Costs - Exhibits] | 86.00 | $0.12 | $10.32 | 633632 | $0 | * Defendants have failed to comply with the Court's Order.  They merely provided an identical and omnibus objection to every single entry, thus depriving plaintiffs and, importantly, the Court, an opportunity to address Defendants' position as to each disputed item or entry.  What Defendants have done is not helpful and defeats the purpose of the Court's Order.  Defendants have waived their right to object to a particular entry.  See also Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Attorney's Fees and Costs which addresses Defendants' "Comments". (Note: "*" below incorporates by reference this statement) | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 9/10/2008 | DUPLICATION [Bill of Costs - Exhibits] | 22.00 | $0.12 | $2.64 | 633632 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 9/10/2008 | DUPLICATION [Bill of Costs - Exhibits] | 60.00 | $0.12 | $7.20 | 633632 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 9/15/2008 | FILING SERVICES:   U.S. LEGAL MANAGEMENT SERVICES, INC. 09/11/08 USDC-LOS ANGELES 4184279 | 0.00 | $0.00 | $33.55 | 633632 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 9/24/2008 | DUPLICATION | 7.00 | $0.12 | $0.84 | 633632 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 9/24/2008 | DUPLICATION | 122.00 | $0.12 | $14.64 | 633632 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 9/24/2008 | DUPLICATION | 4.00 | $0.12 | $0.48 | 633632 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 9/24/2008 | LEXIS RESEARCH:  DECARLO, DANIEL | 0.00 | $0.00 | $27.89 | 633632 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 9/29/2008 | DUPLICATION [Opposition to Motion to Stay] | 10.00 | $0.12 | $1.20 | 633632 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 9/29/2008 | DUPLICATION [Opposition to Motion to Stay] | 10.00 | $0.12 | $1.20 | 633632 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 9/29/2008 | DUPLICATION [Opposition to Motion to Stay] | 10.00 | $0.12 | $1.20 | 633632 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 9/30/2008 | DUPLICATION [Opposition to Motion to Stay] | 2.00 | $0.12 | $0.24 | 633632 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 9/30/2008 | DUPLICATION [Opposition to Motion to Stay] | 1.00 | $0.12 | $0.12 | 633632 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 9/30/2008 | FILING SERVICES:   U.S. LEGAL MANAGEMENT SERVICES, INC. 09/23/08 USDC-LOS ANGELES 4192765 | 0.00 | $0.00 | $22.55 | 645944 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 9/30/2008 | FILING SERVICES:   U.S. LEGAL MANAGEMENT SERVICES, INC. 09/24/08 USDC-LOS ANGELES 4194400 | 0.00 | $0.00 | $25.94 | 645944 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 9/30/2008 | FILING SERVICES:   U.S. LEGAL MANAGEMENT SERVICES, INC. 09/25/08 USDC-LOS ANGELES 4195346 | 0.00 | $0.00 | $25.94 | 645944 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 9/30/2008 | FILING SERVICES:   U.S. LEGAL MANAGEMENT SERVICES, INC. 09/26/08 USDC-LOS ANGELES 4196554 | 0.00 | $0.00 | $22.55 | 645944 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 10/1/2008 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $0.97 | 645944 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 10/1/2008 | DUPLICATION [Opposition to Motion to Stay] | 6.00 | $0.12 | $0.72 | 645944 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 10/2/2008 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $1.30 | 645944 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 10/6/2008 | DUPLICATION [Opposition to Motion to Stay] | 9.00 | $0.12 | $1.08 | 645944 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 10/6/2008 | DUPLICATION [Opposition to Motion to Stay] | 2.00 | $0.12 | $0.24 | 645944 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 10/15/2008 | FILING SERVICES:   U.S. LEGAL MANAGEMENT SERVICES, INC. 10/06/08 USDC-LOS ANGELES 4203041 | 0.00 | $0.00 | $33.55 | 645944 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 1/5/2009 | DUPLICATION [Motion for Contempt] | 81.00 | $0.12 | $9.72 | 670835 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 1/5/2009 | DUPLICATION [Motion for Contempt] | 1.00 | $0.12 | $0.12 | 670835 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 1/5/2009 | DUPLICATION [Motion for Contempt] | 29.00 | $0.12 | $3.48 | 670835 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 1/5/2009 | DUPLICATION [Motion for Contempt] | 1.00 | $0.12 | $0.12 | 670835 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 1/7/2009 | DUPLICATION [Opposition to Ex Parte re Hearing of Contempt] | 1.00 | $0.12 | $0.12 | 670835 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 1/15/2009 | FILING SERVICES:   U.S. LEGAL MANAGEMENT SERVICES, INC. 01/05/09 USDC-LOS ANGELES 4266469 | 0.00 | $0.00 | $47.00 | 670835 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 1/15/2009 | FILING SERVICES:  U.S. LEGAL MANAGEMENT SERVICES, INC. 01/07/09 USDC-LOS ANGELES 4268175 | 0.00 | $0.00 | $31.72 | 670835 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 1/15/2009 | ATTORNEY SERVICE:  OSCAR GARCIA MESSENGER #1 1/6/09 US DISTRICT COURT DELIVER DOCUMENT 135887 | 0.00 | $0.00 | $22.50 | 670835 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 1/22/2009 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $4.87 | 670835 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 1/22/2009 | DUPLICATION:   VTOWLES [Opposition to Contempt Motion] | 211.00 | $0.12 | $25.32 | 670835 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 1/31/2009 | FILING SERVICES:  U.S. LEGAL MANAGEMENT SERVICES, INC. 01/27/09 USDC-LOS ANGELES 4283892 | 0.00 | $0.00 | $31.72 | 670835 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 2/18/2009 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $0.65 | 682976 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 3/5/2009 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $0.97 | 682976 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 3/18/2009 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $0.65 | 682976 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 4/13/2009 | DUPLICATION:  SHARON HEFTE DPX | 1,195.00 | $0.12 | $143.40 | 693369 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 4/14/2009 | DUPLICATION | 35.00 | $0.12 | $4.20 | 693369 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 4/17/2009 | FEDERAL EXPRESS MAIL:  FEDERAL EXPRESS CORPORATION 04/13/09 RECIPIENT: ERIC CREDITOR SENDER: MINA I. HAMILTON 796515046070 | 0.00 | $0.00 | $28.70 | 693369 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 6/19/2009 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $1.30 | 719365 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 6/19/2009 | DUPLICATION | 20.00 | $0.12 | $2.40 | 719365 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 6/19/2009 | DUPLICATION | 125.00 | $0.12 | $15.00 | 719365 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 6/25/2009 | DUPLICATION | 30.00 | $0.12 | $3.60 | 719365 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 6/25/2009 | DUPLICATION | 548.00 | $0.12 | $65.76 | 719365 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 6/25/2009 | DUPLICATION | 20.00 | $0.12 | $2.40 | 719365 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 6/26/2009 | DUPLICATION | 189.00 | $0.12 | $22.68 | 719365 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 6/26/2009 | DUPLICATION | 4.00 | $0.12 | $0.48 | 719365 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 6/26/2009 | DUPLICATION | 3.00 | $0.12 | $0.36 | 719365 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 6/26/2009 | DUPLICATION | 3.00 | $0.12 | $0.36 | 719365 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 6/26/2009 | LEXIS RESEARCH | 0.00 | $0.00 | $4.54 | 719365 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 6/27/2009 | LEXIS RESEARCH | 0.00 | $0.00 | $4.67 | 719365 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 6/28/2009 | LEXIS RESEARCH | 0.00 | $0.00 | $5.96 | 719365 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 6/29/2009 | DUPLICATION | 3.00 | $0.12 | $0.36 | 719365 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 6/29/2009 | DUPLICATION | 1.00 | $0.12 | $0.12 | 719365 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 6/29/2009 | DUPLICATION | 16.00 | $0.12 | $1.92 | 719365 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| 6/29/2009 | DUPLICATION | 11.00 | $0.12 | $1.32 | 719365 | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| | SUB-TOTAL: | | | $724.85 | | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| | | | | | | | * | |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| | Deposition Transcripts (less costs awarded on 9/25/08) | | | $1,845.48 | | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| | | | | | | | * | |
| | Court Transcript Fee (Discovery Hearing Transcript - Required to Prepare Proposed Court Order) | | | $443.00 | | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| | Court Transcript Fee (Pretrial Hearing Transcript - Required for Post-Trial Briefing) | | | $114.08 | | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| | Trial Transcripts (Required by Court for Post-Trial Findings/Brifings-Bench Trial) | | | $2,670.28 | | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| | Fees and Disbursements for Printing (less costs awarded on 9/25/08) | | | $725.75 | | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| | | | | | | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| | Surveys (Local Rule 54-4.13) | | | | | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| | Zoomerang.com (Survey Expenses) | | | $5,900.00 | | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| | Professional Services (Dr. Maronick - Invoice 1) | | | $18,025.00 | | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| | Professional Services (Dr. Maronick - Invoice 2) | | | $34,553.00 | | $0 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| | **TOTAL:** | | | **$65,001.44** | | | | |