**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID N. MAKOUS, SB# 082409
  E-Mail: makous@lbbslaw.com
DANIEL C. DECARLO, SB# 160307
  E-Mail: decarlo@lbbslaw.com
MINA I. HAMILTON, SB# 213917
  E-Mail: hamilton@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
Telephone: 213.250.1800
Facsimile:  213.250.7900

*Attorneys for Plaintiffs*
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>            Plaintiffs,<br><br>      v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, RAJ LAHOTI, individuals,<br><br>            Defendants. | CASE NO. CV 06-7561 PA (CWx)<br><br>*The Honorable Percy Anderson*<br><br>NOTICE OF ERRATA RE "PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES AND COSTS; MEMORANDUM OF POINTS AND AUTHORITIES"<br><br>*[Filed concurrently with Amended "Plaintiffs' Notice of Motion and Motion for Attorney's Fees and Costs; Memorandum of Points and Authorities"]*<br><br>Date:  December 5, 2011<br>Time:  1:30 p.m.<br>Courtroom No. 15 |

4841-0490-8301.1                                              1

1 | TO THE COURT, PARTIES, AND COUNSEL OF RECORD:

2 |     Plaintiffs TrafficSchool.com, and Drivers Ed Direct, LLC ("Plaintiffs")
3 | hereby file the following Errata re "PLAINTIFFS' NOTICE OF MOTION AND
4 | MOTION FOR ATTORNEY'S FEES AND COSTS; MEMORANDUM OF
5 | POINTS AND AUTHORITIES" regarding the following errors in Plaintiffs'
6 | Memorandum.

|    | Location | Error/Correction |
|----|----------|------------------|
| 1. | Notice of Motion, page 2, line 2 | Corrected "PLEAST" to "PLEASE" |
| 2. | Table of Contents | Moved the Table of Contents from the end of the Memorandum of Points and Authorities to the front, right after the Notice of Motion |
| 3. | Table of Authorities | Moved the Table of Authorities from the end of the Memorandum of Points and Authorities to the front, right after the Notice of Motion |
| 4. | Table of Contents | Added references to Tables 1 – 5 |
| 5. | Table of Authorities | - Removed reference to "State Cases" and moved the cases cited thereunder to "Federal Cases" <br> - Removed reference to "State Rules and Regulations" |
| 6. | Memorandum of Points and Authorities, pages 1 and 18 | Removed hyperlinks per ECF error message |
| 7. | Memorandum of Points and Authorities, page 3, footnote 4 | Added references to paragraphs 12 and 13 and to Exhibit E so that it reads: "See Exhs. E and F to Hamilton Decl., ¶¶12-14" |
| 8. | Memorandum of Points and | Corrected reference "Exhs. 26-31" to "¶¶ 26- |

| | | |
|---|---|---|
| | Authorities, page 19, line 5 | 31" |
| 9. | Table 2, footnote 2, page ii, after the Memorandum of Points and Authorities | Replaced "INSERT" with "22" so that it reads "See, Hamilton Decl., ¶ 22." |
| 10. | Table 5 (pages xii-xxii, after the Memorandum of Points and Authorities) | Reprinted so that the screenshots are in color and not black-and-white |
| 11. | Table 5 (pages xix and xxi Memorandum of Points and Authorities) | Removed hyperlinks per ECF error message |

Pursuant to aforementioned corrections, Plaintiffs file concurrently herewith the [AMENDED] PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES AND COSTS; MEMORANDUM OF POINTS AND AUTHORITIES.

The errata is necessary to correct and clarify the record, while not affecting the notice provided to Defendants or any substantive matters from the original.

DATED: November 3, 2011         LEWIS BRISBOIS BISGAARD & SMITH LLP


                                By:  /s/
                                     David N. Makous
                                     Daniel C. DeCarlo
                                     Mina I. Hamilton