**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID N. MAKOUS, SB# 082409
  E-Mail: makous@lbbslaw.com
DANIEL C. DECARLO, SB# 160307
  E-Mail: decarlo@lbbslaw.com
MINA I. HAMILTON, SB# 213917
  E-Mail: hamilton@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Plaintiffs*
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, RAJ LAHOTI, individuals,<br><br>Defendants. | CASE NO. CV 06-7561 PA (CWx)<br><br>*The Honorable Percy Anderson*<br><br><u>NOTICE OF LODGING</u> OF [PROPOSED] ORDER RE: MOTION FOR ATTORNEY FEES AND COSTS<br><br>Date: December 5, 2011<br>Time: 1:30 p.m.<br>Courtroom No. 15 |

4850-1074-7917.1

NOTICE OF LODGING OF [PROPOSED] ORDER

1  PLEASE TAKE NOTICE that pursuant to C.D. Local Rule 5-1, Plaintiffs
2  TrafficSchool.com, Inc. and Drivers Ed Direct, LLC hereby lodge the [PROPOSED]
3  ORDER RE: MOTION FOR ATTORNEY FEES AND COSTS.

DATED: November 3, 2011        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/
    David N. Makous
    Daniel C. DeCarlo
    Mina I. Hamilton