UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, RAJ LAHOTI, individuals,<br><br>　　　　　Defendants. | CASE NO. CV 06-7561 PA (CWx)<br><br>*The Honorable Percy Anderson*<br><br>[PROPOSED] ORDER RE MOTION FOR ATTORNEY FEES AND COSTS<br><br>Date: December 5, 2011<br>Time: 1:30 p.m.<br>Courtroom No. 15 |

4821-4747-8285.1

[PROPOSED] ORDER RE MOTION FOR ATTORNEY'S FEES AND COSTS

1  This matter having come before the Court on Plaintiff's Motion for
2  Attorney's Fees and Costs and good cause having been shown, the Court GRANTS
3  said request in favor of Plaintiffs against Defendants EDRIVER INC., ONLINE
4  GURU, INC., FIND MY SPECIALISTS, INC., SERIOUSNET, INC., RAVI K.
5  LAHOTI, and RAJ LAHOTI for $2,867,616 in attorney fees and $65,001.44 in
6  costs, plus post-judgment interest, as accrued, until paid in full.

8  DATED: _____, 2011

   United States District Court Judge
   Percy Anderson

4821-4747-8285.1

2

[PROPOSED] ORDER RE MOTION FOR ATTORNEY'S FEES AND COSTS

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW