Name & Address:
LEWIS BRISBOIS BISGAARD & SMITH LLP
David N. Makous, Esq., SB# 082409
Daniel D. DeCarlo, Esq., SB# 160307
Mina I. Hamilton, Esq., SB# 213917
221 N. Figueroa Street, Suite 1200
Los Angeles, CA 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TRAFFICSCHOOL.COM, INC., et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV06-07561 PA (CWx) |
| v. | |
| eDRIVER, INC., et al. | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**

I, __JOSEPHINE A. BROSAS__ , __239342__ , __BROSAS@LBBSLAW.COM__
     *Name*                *CA Bar ID Number*          *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

TRAFFICSCHOOL.COM, INC. and DRIVERS ED DIRECT, LLC

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☑ consent ☐ do not consent to receive service of documents by electronic means in
> accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:

    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____

New Firm/Government Agency Name _____

New Address _____

New Telephone Number _____ New Facsimile Number _____

New E-mail address _____

☑ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX

    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

    ☑ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FI RM I S **NOT** ALREADY PART OF THI  S ACTI ON AND ARE A  SSOCIATING IN  AS  COUNSEL OF RECORD A NOTI  CE OF ASSOCIATION SHOULD BE FI LED. IF YOU ARE GOI NG TO APPEAR PRO HAC VI  CE, A SEPARATE APPLI CATION OF NON -RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____

Firm/Government Agency Name _____

Address: _____

Telephone Number _____ Facsimile Number _____

New E-mail address _____

---

☐     TO BE REMOVED FROM THE CASE: **

    ☐     I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

    ☐     The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☐     There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐     I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,*Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one  member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

---

Date: November 8, 2011          _____

                                        *Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update     t heir account information in the system pursuant to the General Order authorizing electronic filing, in a ddition to filing this Notice of Change of Attorney Informat ion. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

---