Name & Address:
DAVID N. MAKOUS
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213-250-1800, Facsimile: 213-250-7900
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>EDRIVER, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 06-7561 PA (CWx)<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, DAVID N. MAKOUS , 82409 , makous@lbbslaw.com
    *Name*                                    *CA Bar ID Number*                    *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent  ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ **TO UPDATE NAME OR FIRM INFORMATION:**
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☐ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name PAULA C. GREENSPAN          CA State Bar Number _____
Firm/Government Agency Name LEWIS BRISBOIS BISGAARD & SMITH LLP
Address: 221 North Figueroa Street, Suite 1200, Los Angeles, California
Telephone Number 213-250-1800          Facsimile Number 213-250-7900
New E-mail address greenspan@lbbslaw.com

☑ TO BE REMOVED FROM THE CASE: **

☐ I am ☑ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

☑ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: November 9, 2011

Signature of Attorney of Record / Attorney for the Firm

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**