ANDREW B. SERWIN CA Bar No. 179493
aserwin@foley.com
KATHRYN M.S. CATHERWOOD CA Bar No. 149170
kcatherwood@foley.com
TAMMY H. BOGGS CA Bar No. 252538
tboggs@foley.com
Foley & Lardner LLP
Attorneys at Law
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130-3302
Telephone:  858.847.6700
Facsimile:   858.792.6773

Attorneys for Defendants
EDRIVER, INC., ONLINE GURU, INC.,
FIND MY SPECIALIST, INC.,
SERIOUSNET, INC., RAVI K. LAHOTI
and RAJ LAHOTI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>        Plaintiffs,<br><br>        v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., SERIOUSNET, INC., California corporations; RAVI K. LAHOTI and RAJ LAHOTI, individuals,<br><br>        Defendants. | Case No:  CV 06-7561 PA (CWx)<br><br>**SUPPLEMENTAL JOINT STATEMENT ON COSTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Date:      December 5, 2011<br>Time:      1:30 p.m.<br>Ctrm:     15<br>Judge:  Honorable Percy Anderson<br><br>Complaint Filed:  November 28, 2006 |

Defendants submit this Supplemental Joint Statement of Costs pursuant to this Court's Order entered November 7, 2011.  Defendants believe that the Court

SUPPLEMENTAL JOINT STATEMENT ON COSTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS
CASE NO. CV 06-7561 PA (CWX)

4851-5278-6446.1

should allow no more than $29.85 in costs as set forth on the attached and in the

Declaration of Kathryn M.S. Catherwood filed in support hereto.

Dated:  November 14, 2011          **FOLEY & LARDNER LLP**


By:  /s/ Kathryn M.S. Catherwood
          KATHRYN M.S. CATHERWOOD
          Attorneys for Defendants
          EDRIVER, INC., ONLINE GURU,
          INC., FIND MY SPECIALIST, INC.,
          SERIOUSNET, INC., RAVI K.
          LAHOTI and RAJ LAHOTI

2
SUPPLEMENTAL JOINT STATEMENT ON COSTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS
CASE NO. CV 06-7561 PA (CWX)

4851-5278-6446.1

| TRAFFICSCHOOL.COM v EDRIVER - Case No. 06-CV-07591 PA(CW) - JOINT STATEMENT ON COSTS | | | | | | | | |
| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 9/10/2008 | DUPLICATION [Bill of Costs - Exhibits] | 86.00 | $0.12 | $10.32 | 633632 | $5.16 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |
| 9/10/2008 | DUPLICATION [Bill of Costs - Exhibits] | 22.00 | $0.12 | $2.64 | 633632 | $1.32 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |
| 9/10/2008 | DUPLICATION [Bill of Costs - Exhibits] | 60.00 | $0.12 | $7.20 | 633632 | $3.60 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |

000003

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 9/15/2008 | FILING SERVICES:   U.S. LEGAL MANAGEMENT SERVICES, INC. 09/11/08 USDC-LOS ANGELES 4184279 | 0.00 | $0.00 | $33.55 | 633632 | $16.77 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |
| 9/24/2008 | DUPLICATION | 7.00 | $0.12 | $0.84 | 633632 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 9/24/2008 | DUPLICATION | 122.00 | $0.12 | $14.64 | 633632 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |

2

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 9/24/2008 | DUPLICATION | 4.00 | $0.12 | $0.48 | 633632 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 9/24/2008 | LEXIS RESEARCH:   DECARLO, DANIEL | 0.00 | $0.00 | $27.89 | 633632 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 9/29/2008 | DUPLICATION [Opposition to Motion to Stay] | 10.00 | $0.12 | $1.20 | 633632 | $0.60 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |

000005

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 9/29/2008 | DUPLICATION [Opposition to Motion to Stay] | 10.00 | $0.12 | $1.20 | 633632 | $0.60 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein

H, V, NL |
| 9/29/2008 | DUPLICATION [Opposition to Motion to Stay] | 10.00 | $0.12 | $1.20 | 633632 | $0.60 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein

H, V, NL |
| 9/30/2008 | DUPLICATION [Opposition to Motion to Stay] | 2.00 | $0.12 | $0.24 | 633632 | $0.12 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein

H, V, NL |

4

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 9/30/2008 | DUPLICATION [Opposition to Motion to Stay] | 1.00 | $0.12 | $0.12 | 633632 | $0.06 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |
| 9/30/2008 | FILING SERVICES:   U.S. LEGAL MANAGEMENT SERVICES, INC. 09/23/08 USDC-LOS ANGELES 4192765 | 0.00 | $0.00 | $22.55 | 645944 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 9/30/2008 | FILING SERVICES:   U.S. LEGAL MANAGEMENT SERVICES, INC. 09/24/08 USDC-LOS ANGELES 4194400 | 0.00 | $0.00 | $25.94 | 645944 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |

000007

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 9/30/2008 | FILING SERVICES:   U.S. LEGAL MANAGEMENT SERVICES, INC. 09/25/08 USDC-LOS ANGELES 4195346 | 0.00 | $0.00 | $25.94 | 645944 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 9/30/2008 | FILING SERVICES:   U.S. LEGAL MANAGEMENT SERVICES, INC. 09/26/08 USDC-LOS ANGELES 4196554 | 0.00 | $0.00 | $22.55 | 645944 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 10/1/2008 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $0.97 | 645944 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |

6

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 10/1/2008 | DUPLICATION [Opposition to Motion to Stay] | 6.00 | $0.12 | $0.72 | 645944 | $0.36 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |
| 10/2/2008 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $1.30 | 645944 | | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 10/6/2008 | DUPLICATION [Opposition to Motion to Stay] | 9.00 | $0.12 | $1.08 | 645944 | $0.54 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |

7

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 10/6/2008 | DUPLICATION [Opposition to Motion to Stay] | 2.00 | $0.12 | $0.24 | 645944 | $0.12 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |
| 10/15/2008 | FILING SERVICES:  U.S. LEGAL MANAGEMENT SERVICES, INC. 10/06/08 USDC-LOS ANGELES 4203041 | 0.00 | $0.00 | $33.55 | 645944 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 1/5/2009 | DUPLICATION [Motion for Contempt] | 81.00 | $0.12 | $9.72 | 670835 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>NP, V |

8

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 1/5/2009 | DUPLICATION [Motion for Contempt] | 1.00 | $0.12 | $0.12 | 670835 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>NP, V |
| 1/5/2009 | DUPLICATION [Motion for Contempt] | 29.00 | $0.12 | $3.48 | 670835 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>NP, V |
| 1/5/2009 | DUPLICATION [Motion for Contempt] | 1.00 | $0.12 | $0.12 | 670835 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>NP, V |

9

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 1/7/2009 | DUPLICATION [Opposition to Ex Parte re Hearing of Contempt | 1.00 | $0.12 | $0.12 | 670835 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein NP, V |
| 1/15/2009 | FILING SERVICES:   U.S. LEGAL MANAGEMENT SERVICES, INC. 01/05/09 USDC-LOS ANGELES 4266469 | 0.00 | $0.00 | $47.00 | 670835 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein NP, V |
| 1/15/2009 | FILING SERVICES:   U.S. LEGAL MANAGEMENT SERVICES, INC. 01/07/09 USDC-LOS ANGELES 4268175 | 0.00 | $0.00 | $31.72 | 670835 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein NP, V |

000012

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 1/15/2009 | ATTORNEY SERVICE:   OSCAR GARCIA MESSENGER #1 1/6/09 US DISTRICT COURT DELIVER DOCUMENT 135887 | 0.00 | $0.00 | $22.50 | 670835 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>NP, V |
| 1/22/2009 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $4.87 | 670835 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 1/22/2009 | DUPLICATION:   VTOWLES [Opposition to Contempt Motion] | 211.00 | $0.12 | $25.32 | 670835 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>NP, V |

11

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 1/31/2009 | FILING SERVICES:   U.S. LEGAL MANAGEMENT SERVICES, INC. 01/27/09 USDC-LOS ANGELES 4283892 | 0.00 | $0.00 | $31.72 | 670835 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>NP, V |
| 2/18/2009 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $0.65 | 682976 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 3/5/2009 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $0.97 | 682976 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |

000014

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 3/18/2009 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $0.65 | 682976 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 4/13/2009 | DUPLICATION:   SHARON HEFTE DPX | 1,195.00 | $0.12 | $143.40 | 693369 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 4/14/2009 | DUPLICATION | 35.00 | $0.12 | $4.20 | 693369 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |

000015

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 4/17/2009 | FEDERAL EXPRESS MAIL:   FEDERAL EXPRESS CORPORATION 04/13/09 RECIPIENT: ERIC CREDITOR SENDER: MINA I. HAMILTON 796515046070 | 0.00 | $0.00 | $28.70 | 693369 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/19/2009 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $1.30 | 719365 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/19/2009 | DUPLICATION | 20.00 | $0.12 | $2.40 | 719365 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |

14

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 6/19/2009 | DUPLICATION | 125.00 | $0.12 | $15.00 | 719365 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/25/2009 | DUPLICATION | 30.00 | $0.12 | $3.60 | 719365 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/25/2009 | DUPLICATION | 548.00 | $0.12 | $65.76 | 719365 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |

15

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 6/25/2009 | DUPLICATION | 20.00 | $0.12 | $2.40 | 719365 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/26/2009 | DUPLICATION | 189.00 | $0.12 | $22.68 | 719365 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/26/2009 | DUPLICATION | 4.00 | $0.12 | $0.48 | 719365 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |

000018

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 6/26/2009 | DUPLICATION | 3.00 | $0.12 | $0.36 | 719365 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/26/2009 | DUPLICATION | 3.00 | $0.12 | $0.36 | 719365 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/26/2009 | LEXIS RESEARCH | 0.00 | $0.00 | $4.54 | 719365 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 6/27/2009 | LEXIS RESEARCH | 0.00 | $0.00 | $4.67 | 719365 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/28/2009 | LEXIS RESEARCH | 0.00 | $0.00 | $5.96 | 719365 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/29/2009 | DUPLICATION | 3.00 | $0.12 | $0.36 | 719365 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |

000020

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 6/29/2009 | DUPLICATION | 1.00 | $0.12 | $0.12 | 719365 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/29/2009 | DUPLICATION | 16.00 | $0.12 | $1.92 | 719365 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/29/2009 | DUPLICATION | 11.00 | $0.12 | $1.32 | 719365 | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| | | | | | | | | |
| | | | | | | | | |

000021

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| | **SUB-TOTAL:** | | | **$724.85** | | **$29.85** | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| | Deposition Transcripts (less costs awarded on 9/25/08) | | | $1,845.48 | | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| | Court Transcript Fee (Discovery Hearing Transcript - Required to Prepare Proposed Court Order) | | | $443.00 | | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |

000022

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| | Court Transcript Fee (Pretrial Hearing Transcript - Required for Post-Trial Briefing) | | | $114.08 | | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| | Trial Transcripts (Required by Court for Post-Trial Findings/Brifings-Bench Trial) | | | $2,670.28 | | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| | Fees and Disbursements for Printing (less costs awarded on 9/25/08) | | | $725.75 | | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |

000023

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| | Surveys (Local Rule 54-4.13) | | | | | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| | Zoomerang.com (Survey Expenses) | | | $5,900.00 | | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL, B |
| | Professional Services (Dr. Maronick - Invoice 1) | | | $18,025.00 | | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL, B |

000024

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| | Professional Services (Dr. Maronick - Invoice 2) | | | $34,553.00 | | $0.00 | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL, B |
| | **TOTAL:** | | | **$65,001.44** | | **$29.85** | | |

000025