ANDREW B. SERWIN CA Bar No. 179493
  aserwin@foley.com
TAMMY H. BOGGS CA Bar No. 252538
  tboggs@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3579 VALLEY CENTER DR., SUITE 300
SAN DIEGO, CA  92130
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendants EDRIVER, INC., ONLINE GURU INC., FIND MY SPECIALIST, INC., SERIOUSNET, INC., RAVI K. LAHOTI, RAJ LAHOTI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California Corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations, RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>Defendants. | Case No:  CV 06-7561 PA (CWx)<br><br>**SUPPLEMENTAL DECLARATION OF ANDREW SERWIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Date:      December 5, 2011<br>Time:     1:30 p.m.<br>Ctrm:     15<br>Judge:   Honorable Percy Anderson<br><br>Complaint Filed:  November 28, 2006 |

I, Andrew Serwin, declare:

1. I am an attorney licensed to practice before all courts in the State of California and before this Court. I am a partner at the law firm of Foley & Lardner LLP, counsel of record for EDriver, Inc., Online Guru Inc., Find My Specialist, Inc., Seriousnet, Inc., Ravi K. Lahoti, and Raj Lahoti, Defendants in this matter. I have personal knowledge of the facts set forth herein and, if called upon to testify, could and would competently testify thereto.

2. On November 3, 2011, Plaintiffs submitted my Declaration in Support

of Defendants' Comments to Joint Statement On Plaintiffs' Motion for Attorneys' Fees together with Defendants' Comments to Joint Statement.

3. Concurrent with the filing, Plaintiffs also submitted declarations of Mina Hamilton. I have reviewed her declarations and specifically her recollection of my conversations with her.

4. I take issue with the statements of Ms. Hamilton and Ms. Brosas summarizing what I allegedly said during the meet and confer process. Defendants position is clearly laid out in the written documents timely submitted to Plaintiffs counsel as required by the Court's August 24, 2011 order and are on file with this Court, including Doc. No. 317.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I executed this declaration on November 14, 2011, at San Diego, California.

/s/ Andrew Serwin
Andrew Serwin