ANDREW B. SERWIN CA Bar No. 179493
  aserwin@foley.com
KATHRYN M.S. CATHERWOOD CA Bar No. 149170
  kcatherwood@foley.com
TAMMY H. BOGGS CA Bar No. 252538
  tboggs@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3579 VALLEY CENTER DR., SUITE 300
SAN DIEGO, CA  92130
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendants EDRIVER, INC., ONLINE
GURU INC., FIND MY SPECIALIST, INC.,
SERIOUSNET, INC., RAVI K. LAHOTI, RAJ LAHOTI

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California Corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>         Plaintiffs,<br><br>    v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations, RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>         Defendants. | Case No:  CV 06-7561 PA (CWx)<br><br>**DEFENDANTS' EVIDENTIARY OBJECTIONS TO AND MOTION TO STRIKE PORTIONS OF THE DECLARATION OF MINA I. HAMILTON SUBMITTED IN SUPPORT OF THE JOINT STATUS REPORT**<br><br>Date:         December 5, 2011<br>Time:        1:30 p.m.<br>Ctrm:        15<br>Judge:  Honorable Percy Anderson<br><br>Complaint Filed:  November 28, 2006 |

        Defendants Edriver, Inc., Online Guru, Inc., Find My Specialist, Inc.,

Seriousnet, Inc., Ravi K. Lahoti, and Raj Lahoti ("Defendants") hereby object to

and move to strike portions of the declaration of Mina I. Hamilton including

certain exhibits thereto filed by plaintiffs Trafficschool.com, Inc. and Drivers Ed

Direct, LLC ("Plaintiffs") in support of the Joint Status Report as set forth below.

///

1    1.    <u>Page 2, Lines 16-20, Exhibit F</u>:  "Attached hereto as Exhibit F is a

2  true and correct copy of a print out of the DMV.ORG splash screen as it appeared

3  on or about March 23, 2009.  As can be seen in this print out, there are two drop

4  down menus on the screen.  These drop down menus appeared while the page was

5  downloading and then disappeared once the page fully loaded in the web browser."

6    <u>Objection</u>:  Exhibit F, which allegedly consists of the DMV.ORG

7  splash screen on or about March 23, 2009, and testimony as to what happened

8  upon visiting the website lack foundation, are irrelevant and imprecise as to time,

9  express improper opinion, and are not the best evidence.  Defendants invite the

10  Court to visit the website.  *See* Declaration of Raj Lahoti in Support of Joint Status

11  Report, filed on September 6, 2011 as Doc. No. 306 ("Lahoti Joint Status Decl.")

12  and Declaration of Raj Lahoti in Support of Defendants' Opposition to Plaintiffs'

13  Motion for Attorneys' Fees and Costs ("Lahoti Attorneys' Fee Objection Decl.").

14  Exhibit F should be stricken.  Fed. R. Evid. 401, 403, 602, 701.

15    Sustain _____    Overrule _____

16    2.    <u>Page 2, Lines 21-22, Exhibit G</u>:  "Attached hereto as Exhibit G is a

17  true and correct copy of a screen shot of the DMV.ORG splash screen as it

18  appeared on or about August 25, 2009."

19    <u>Objection</u>:  Exhibit G, which allegedly consists of the DMV.ORG

20  splash screen on or about August 25, 2009, lacks foundation, is irrelevant and

21  imprecise as to time, expresses improper opinion, and is not the best evidence.

22  Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and

23  Lahoti Attorneys' Fee Objection Decl. Exhibit G should be stricken.  Fed R. Evid.

24  401, 403, 602, 701.

25    Sustain _____    Overrule _____

26  *///*

27

28

DEFENDANTS' OBJECTIONS TO HAMILTON DECLARATION FILED ISO JOINT STATUS REPORT
CASE NO. CV 06-7561 PA (CWx)

4844-3404-9549.1

3.     <u>Page 2, Lines 23-24, Exhibit H</u>:  "Attached hereto as Exhibit H is a true and correct copy of a screen shot of the DMV.ORG splash screen as it appeared on or about August 26, 2009."

<u>Objection</u>:  Exhibit H, which allegedly consists of the DMV.ORG splash screen on or about August 26, 2009, lacks foundation, is irrelevant and imprecise as to time, expresses improper opinion, and is not the best evidence. Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.  Exhibit H should be stricken.  Fed. R. Evid. 401, 403, 602, 701.

Sustain _____     Overrule _____

4.     <u>Page 2, Lines 25-28 and Page 3, Line 1, Exhibit I</u>:  "Attached hereto as Exhibit I is a  true and correct copy of a screen shot of the DMV.ORG splash screen as it appeared on or about July 28, 2011.  Defendants have removed "Unofficial Guide to the DMV" from their license plate logo.  Additionally, there was a delay of approximately two to three seconds before the disclaimer text (in faint grey font) appeared right below the browser toolbar."

<u>Objection</u>:  Exhibit I, which allegedly consists of the DMV.ORG splash screen on or about July 28, 2011, and testimony as to what happened upon visiting the website lack foundation, are irrelevant and imprecise as to time, express improper opinion, and are not the best evidence.  Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.  Exhibit I should be stricken.  Fed. R. Evid. 401, 403, 602, 701.

Sustain _____     Overrule _____

5.     <u>Page 3, Lines 2-5, Exhibit J</u>:  "Attached hereto as Exhibit J is a  true and correct copy of a screen shot of the DMV.ORG splash screen as it appeared on or about August 29, 2011.  Again, there was a delay of approximately two (2) seconds before the disclaimer text (in faint grey font) appeared right below the browser toolbar."

DEFENDANTS' OBJECTIONS TO HAMILTON DECLARATION FILED ISO JOINT STATUS REPORT
CASE NO. CV 06-7561 PA (CWx)

4844-3404-9549.1

<u>Objection</u>:  Exhibit J, which allegedly consists of the DMV.ORG splash screen on or about August 29, 2011, and testimony as to what happened upon visiting the website lack foundation, are irrelevant and imprecise as to time, express improper opinion, and are not the best evidence.  Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.  Exhibit J should be stricken.  Fed. R. Evid. 401, 403, 602, 701.

Sustain _____        Overrule _____

6.     <u>Page 3, Lines 7-11, Exhibit K</u>:  "Attached hereto as Exhibit K is a true and correct copy of a print out showing the Google search results when 'DMV' is searched.  As can be seen, Defendants' website, DMV.ORG, appears as the sixth website in the organic search results, right after the official websites of the California, Virginia, New York, and Nevada Department of Motor Vehicles ('DMV')."

<u>Objection</u>:  Exhibit K, which allegedly consists of a print out showing the Google search results when "DMV" is searched, lacks foundation, is irrelevant and imprecise as to time, expresses improper opinion, and is not the best evidence.  Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.  Exhibit K should be stricken.  Fed. R. Evid. 401, 403, 602, 701.

Sustain _____        Overrule _____

7.     <u>Page 3, Lines 12-15, Exhibit L</u>:  "Attached hereto as Exhibit L is a true and correct copy of a screen shot showing the Google search results when 'DMV approved traffic school' is searched.  As can be seen, Defendants' website, DMV.ORG, appears as the second website in the organic search results, right after the California DMV website (www.dmv.ca.gov)."

<u>Objection</u>:  Exhibit L, which allegedly consists of a screen shot showing the Google search results when "DMV approved traffic school" is searched, lacks foundation, is irrelevant and imprecise as to time, expresses

4

4844-3404-9549.1

improper opinion, and is not the best evidence.  Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.  Exhibit L should be stricken.  Fed. R. Evid. 401, 403, 602, 701.

Sustain _____        Overrule _____

8.      Page 3, Lines 16-19, Exhibit M:  "Attached hereto as Exhibit M is a true and correct copy of a screen shot showing the Google search results when 'DMV traffic ticket information' is searched.  As can be seen, Defendants' website, DMV.ORG, appears as the first website in the organic results list."

Objection:  Exhibit M, which allegedly consists of a screen shot showing the Google search results when "DMV traffic ticket information" is searched, lacks foundation, is irrelevant and imprecise as to time, expresses improper opinion, and is not the best evidence.  Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.  Exhibit M should be stricken.  Fed. R. Evid. 401, 403, 602, 701.

Sustain _____        Overrule _____

9.      Page 3, Lines 22-23, Exhibit N:  "Attached hereto as Exhibit N is a true and correct copy of a print out of DMV.ORG's Facebook Home Page as it appeared on or about August 31, 2011."

Objection:  Exhibit N, which allegedly consists of a print out of DMV.ORG's Facebook Home Page on or about August 31, 2011, lacks foundation, is irrelevant and imprecise as to time, expresses improper opinion, and is not the best evidence.  Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.  Exhibit N should be stricken.  Fed. R. Evid. 401, 403, 602, 701.

Sustain _____        Overrule _____

10.     Page 3, Lines 24-26, Exhibit O:  "Attached hereto as Exhibit O is a true and correct copy of a print out of DMV.ORG's Facebook 'Wall' as it appeared

4844-3404-9549.1

on or about August 31, 2011 which shows the various user comments to DMV.ORG."

Objection:  Exhibit O, which allegedly consists of a print out of DMV.ORG's Facebook Wall on or about August 31, 2011, lacks foundation, constitutes inadmissible hearsay, is irrelevant and imprecise as to time, expresses improper opinion, and is not the best evidence.  Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.  Exhibit O should be stricken.  Fed. R. Evid. 401, 403, 602, 701, 801, 802.

Sustain _____         Overrule _____

11.   Page 3, Lines 27-28 and Page 4, Lines 1-4, Exhibit P:  "Attached hereto as Exhibit P is a true and correct copy of a print out of DMV.ORG's Facebook 'Wall' on or about September 1, 2011 which shows that some of the user comments appearing on the August 31 print out have been deleted.  For example, on page 2, comments from users 'Aisa Choi' and 'Clinton Kirk' have been deleted; on page 3, comments from users 'Cris Melo,' 'Willie Murphy,' 'Michelle Cosmi Fern,' 'Hope Norwood' and 'Mr. Impatient' have been deleted."

Objection:  Exhibit P, which allegedly consists of a print out of DMV.ORG's Facebook Wall on or about September 1, 2011, and testimony concerning what allegedly happened to certain comments lack foundation, constitute inadmissible hearsay, are irrelevant and imprecise as to time, and express improper opinion.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl. Exhibit P should be stricken.  Fed. R. Evid. 401, 403, 602, 701, 801, 802.

Sustain _____         Overrule _____

12.   Page 4, Lines 5-8, Exhibit P-1:  "Attached hereto as Exhibit P-1 is a true and correct copy of a print out of another one of DMV.ORG's Facebook pages called 'DMV.ORG Practice Tests' which was printed on or about September 2,

4844-3404-9549.1

2011.  As can be seen from this print out, there appears to be no disclaimer text anywhere on this page."

Objection:  Exhibit P-1, which allegedly consists of a print out of DMV.ORG's Facebook pages on or about September 2, 2011, and testimony concerning what "appears" to be apparent from a review of the exhibit lack foundation, are irrelevant and imprecise as to time, express improper opinion, and are not the best evidence.  Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.  Exhibit P-1 should be stricken.  Fed. R. Evid. 401, 403, 602, 701.

Sustain _____          Overrule _____

13.    Page 4, Lines 21-23, Exhibit S:  "Attached hereto as Exhibit S is a true and correct copy of a screen shot of DMV.ORG's 'Contact DMV.ORG Website Support' page dated on or about August 4, 2011."

Objection:  Exhibit S, which allegedly consists of a screen shot of a page on DMV.ORG dated on or about August 4, 2011, lacks foundation, is irrelevant and imprecise as to time, expresses improper opinion, and is not the best evidence.  Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.  Exhibit S should be stricken. Fed. R. Evid. 401, 403, 602, 701.

Sustain _____          Overrule _____

14.    Page 4, Lines 27-28 and Page 5, Lines 1-2, Exhibit T:  "When the above link is clicked, the consumer is directed to a web page containing the text 'DMV Office Locations' which prompts the consumer to enter a ZIP code under 'What's your location?'  Attached hereto as Exhibit T is a true and correct copy of a screen shot of this web page."

Objection:  Exhibit T, which allegedly consists of a screen shot of a DMV.ORG webpage (date unknown), and testimony concerning what allegedly happens when a certain link is clicked lacks foundation, is irrelevant and imprecise

as to time, expresses improper opinion, and is not the best evidence.  Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.  Exhibit T should be stricken.  Fed. R. Evid. 401, 403, 602, 701.

Sustain _____        Overrule _____

15.    Page 5, Lines 3-5, Exhibit U:  "Attached hereto as Exhibit U is a true and correct copy of a screen shot of the above page, with a (sample) zip code '91105' [Pasadena zip code] entered in the 'What's your location?' tool bar."

Objection:  Exhibit U, which allegedly consists of a screen shot of a page on DMV.ORG (date unknown), lacks foundation, is irrelevant and imprecise as to time, expresses improper opinion, and is not the best evidence.  Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.  Exhibit U should be stricken.  Fed. R. Evid. 401, 403, 602, 701.

Sustain _____        Overrule _____

16.    Page 5, Lines 6-10, Exhibit V:  "After the zip code has been entered, the consumer is then directed to a web page containing a list of various DMV offices based on the entered zip code.  This list is hyperlinked, which means that when the text is clicked, it directs the consumer to another web page.  Attached hereto as Exhibit V is a true and correct copy of a screen shot after the zip code '91105' has been entered, with a list of various DMV offices."

Objection:  Exhibit V, which allegedly consists of a screen shot of a page on DMV.ORG (date unknown), and testimony as to what happens after a certain zip code has been entered lacks foundation, is irrelevant and imprecise as to time, expresses improper opinion, and is not the best evidence.  Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.  Exhibit V should be stricken.  Fed. R. Evid. 401, 403, 602, 701.

Sustain _____          Overrule _____

17.   Page 5, Lines 11-17, Exhibit W:  "After the consumer clicks on the 'Pasadena DMV Office' link in the list of DMV offices, the consumer is then directed to a web page….Attached hereto as Exhibit W is a true and correct copy of a screen shot showing this list of 'Online Services.'"

Objection:  Exhibit W, which allegedly consists of a screen shot of a page on DMV.ORG (date unknown), and testimony as to what happens after a "consumer" clicks on a certain link lacks foundation, is irrelevant and imprecise as to time, expresses improper opinion, and is not the best evidence.  Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.  Exhibit W should be stricken.  Fed. R. Evid. 401, 403, 602, 701.

Sustain _____          Overrule _____

18.   Page 5, Lines 18-23, Exhibit X:  "Attached hereto as Exhibit X is a true and correct copy of a screen shot showing the web page that the consumer is directed to after he or she clicks on the DMV.ORG's 'traffic school' link…."

Objection:  Exhibit X, which allegedly consists of a screen shot of a page on DMV.ORG (date unknown), and testimony as to what happens after a certain link is clicked lacks foundation, is irrelevant and imprecise as to time, expresses improper opinion, and is not the best evidence.  Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.  Exhibit X should be stricken.  Fed. R. Evid. 401, 403, 602, 701.

Sustain _____          Overrule _____

19.   Page 5, Lines 24-28 and Page 6, Lines 1-2, Exhibit X-1:  "When 'Registration Renewal' under 'Online Services' are clicked, the consumer is then directed to DMV.ORG's web page….Attached hereto as Exhibit X-1 is a true and correct copy of a screen shot on or about September 6, 2011 showing this 'Registration Renewal' web page."

9

4844-3404-9549.1

<u>Objection</u>:  Exhibit X-1, which allegedly consists of a screen shot of a page on DMV.ORG (date unknown), and testimony as to what happens after a certain link is clicked lacks foundation, are irrelevant and imprecise as to time, express improper opinion, and are not the best evidence.  Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.  Exhibit X-1 should be stricken.  Fed. R. Evid. 401, 403, 602, 701.

Sustain \_\_\_\_\_          Overrule \_\_\_\_\_

20.     <u>Page 6, Lines 4-7, Exhibit X-2</u>:  "Attached hereto as Exhibit X-2 is a true and correct copy of a screen shot taken on or about August 4, 2011 of the website www.unitedstates.org showing the link to DMV.ORG on the right hand side of the page under 'Top Picks' before the links to various government websites."

<u>Objection</u>:  Exhibit X-2, which allegedly consists of a screen shot taken on or about August 4, 2011 of the website www.unitedstates.org, lacks foundation, is irrelevant and imprecise as to time, expresses improper opinion, and is not the best evidence.  Defendants invite the Court to visit the website.  *See* Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.  Exhibit X-2 should be stricken.  Fed. R. Evid. 401, 403, 602, 701.

Sustain \_\_\_\_\_          Overrule \_\_\_\_\_

21.     <u>Page 6, Lines 10-18</u>:  "I own an Apple iPad.  In the last week or so, I have accessed the DMV.ORG website on my iPad on multiple occasions….I also checked iPhones of my colleagues…the content of the DMV.ORG website was fully viewable and accessible when scrolling down from the splash page, even before clicking on the 'continue' button."

<u>Objection</u>:  Testimony concerning accessing the DMV.ORG website on various dates using various devices lacks foundation as it fails to identify the date and particular model of device (which devices have a wide range of web

DEFENDANTS' OBJECTIONS TO HAMILTON DECLARATION FILED ISO JOINT STATUS REPORT
CASE NO. CV 06-7561 PA (CWx)

4844-3404-9549.1

1  functionality).  Fed. R. Evid. 602.  Lahoti Joint Status Decl. and Lahoti Attorneys'
2  Fee Objection Decl.

3          Sustain _____     Overrule _____

4      22.  <u>Page 6, Lines 20-22, Exhibit Y</u>:  "Attached hereto as Exhibit Y is a
5  true and correct copy of a printout of a blog entry dated August 2, 2011 from
6  'Rebecca Tushnet's 43(B)log' regarding the Ninth Circuit's July 28, 2011
7  Opinion."

8      <u>Objection</u>:  Exhibit Y lacks foundation, constitutes inadmissible
9  hearsay, amounts to an improper opinion and legal conclusion, and is irrelevant,
10  misleading, confusing, and prejudicial.  Fed. R. Evid. 401, 403, 602, 701, 801, 802.
11  Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.

12          Sustain _____     Overrule _____

13      23.  <u>Page 6, Lines 23-25, Exhibit Z</u>:  "Attached hereto as Exhibit Z is a
14  true and correct copy of  a blog entry from the blog 'California Appellate Report'
15  dated July 28, 2011 regarding the Ninth Circuit's July 28, 2011 Opinion."

16      <u>Objection</u>:  Exhibit Z lacks foundation, constitutes inadmissible
17  hearsay, amounts to an improper opinion and legal conclusion, and is irrelevant,
18  misleading, confusing, and prejudicial.  Fed. R. Evid. 401, 403, 602, 701, 801, 802.
19  Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.

20          Sustain _____     Overrule _____

21      24.  <u>Page 6, Lines 27-28 and Page 7, Line 1, Exhibit AA</u>:  "Attached
22  hereto as Exhibit AA is a true and correct copy of the Federal Trade Commission's
23  (FTC) Guidelines for online disclosures which I printed from the FTC's website
24  www.ftc.gov."

25      <u>Objection</u>:  Exhibit AA lacks foundation, constitutes inadmissible
26  hearsay, amounts to an improper opinion and legal conclusion, and is irrelevant,
27  misleading, confusing, and prejudicial.  Fed. R. Evid. 401, 403, 602, 701, 801, 802.
28  Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.

4844-3404-9549.1

Sustain _____          Overrule _____

25.    Page 7, Lines 14-17:  "According to a 2003 DMV study, there are approximately 20,000 new provisional licenses issues [sic] monthly.  This includes all drivers under the age of 18."

      Objection:  Testimony concerning a DMV study concerning the number of provisional licenses issued in 2003 lacks foundation, constitutes inadmissible hearsay, and is irrelevant.  Fed. R. Evid. 401, 403, 602, 801, 802.  Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.

      Sustain _____          Overrule _____

26.    Page 8, Lines 1-6:  "According to the US DOT, FHA (United States Department of Transportation, Federal Highway Administration) report for 2009, there were 236,358 licensed drivers aged 16 & 17 in CA.  The average age according to the CA DMV study noted above for a provisional license being issued is 16 ½.  The same report showed there were 3,836,929 licensed drivers aged <16, 16, 17 in the entire United States."

      Objection:  Testimony concerning a 2009 report allegedly made by the US DOT and FHA lacks foundation, constitutes inadmissible hearsay, and is irrelevant.  Fed. R. Evid. 401, 403, 602, 801, 802.  Lahoti Joint Status Decl. and Lahoti Attorneys' Fee Objection Decl.

      Sustain _____          Overrule _____

      Defendants respectfully request that the Court sustain the above objections and strike the corresponding evidence.

                                          **FOLEY & LARDNER LLP**

Dated:  November 14, 2011

                              By:  /s/ Kathryn M.S. Catherwood
                                   KATHRYN M.S. CATHERWOOD
                                   Attorneys for Defendants
                                   EDRIVER, INC., ONLINE GURU
                                   INC., FIND MY SPECIALIST, INC.,
                                   SERIOUSNET, INC., RAVI K.
                                   LAHOTI, RAJ LAHOTI

12

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANTS' OBJECTIONS TO HAMILTON DECLARATION FILED ISO JOINT STATUS REPORT
CASE NO. CV 06-7561 PA (CWx)

4844-3404-9549.1