**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID N. MAKOUS, SB# 082409
　E-Mail: makous@lbbslaw.com
DANIEL C. DECARLO, SB# 160307
　E-Mail: decarlo@lbbslaw.com
MINA I. HAMILTON, SB# 213917
　E-Mail: hamilton@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Plaintiffs*
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, RAJ LAHOTI, individuals,<br><br>　　　　Defendants. | CASE NO. CV 06-7561 PA (CWx)<br><br>*The Honorable Percy Anderson*<br><br>**SUPPLEMENTAL JOINT STATEMENT RE COSTS IN SUPPORT OF PLAINTIFFS' REPLY**<br><br>Date: December 5, 2011<br>Time: 1:30 p.m.<br>Courtroom No. 15<br><br>[*Filed concurrently with Reply Memorandum of Points and Authorities; Declarations of Josephine Brosas and Mina Hamilton; Response to Defendants' Shorthand Designations; Evidentiary Objections to Kathryn Catherwood Declaration; Evidentiary Objections to Raj Lahoti Declaration in Support of Motion for Fees; Evidentiary Objections to Raj Lahoti Declaration in Support of Defendants' Position in Joint Status Report; Reply to Evidentiary Objections to Hamilton and Brosas Declarations in Support of Motion for Fees; Reply to Evidentiary Objections to Hamilton Declaration in Support of Plaintiffs' Portion in Joint Status Report; Request to Produce deleted Evidence and OSC re Presentation and Spoliation; and Supplemental Joint Statement re Fees*] |

4835-4480-8462.1

| | TRAFFICSCHOOL.COM v EDRIVER - Case No. 06-CV-07591 PA(CW) - JOINT STATEMENT ON COSTS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Date** | **Description** | **Units** | **Rate** | **Amount** | **Invoice No.** | **Amount Defendants Believe Should be Awarded** | **Brief Summary of Plaintiffs' Position (for each disputed item)** | **Brief Summary of Defendants' Position (for each disputed item)** |
| 9/10/2008 | DUPLICATION [Bill of Costs - Exhibits] | 86.00 | $0.12 | $10.32 | 633632 | $5.16 | See Plaintiffs' Response to Defendants' "Shorthand" Designations. The various "objections" presented by Defendants to each of Plaintiffs' time entries have been interposed with no meaningful thought and are unrelated to the nature of the time entries. They are wholly based on unilateral and self-serving attorney argument, and not on any competent "evidence", and are insufficient for Defendants to meet their burden of rebuttal. See Gates v. Deukmejian, 987 F.2d 1392, 1397 (9th Cir. 1992)("the party opposing the fee application has a burden of rebuttal that requires submission of evidence to the district court challenging the accuracy and reasonableness of the hours charged or the facts asserted by the prevailing party in its submitted affidavits.") Note: "*" "Below incorporates by reference this response. | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |
| 9/10/2008 | DUPLICATION [Bill of Costs - Exhibits] | 22.00 | $0.12 | $2.64 | 633632 | $1.32 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |
| 9/10/2008 | DUPLICATION [Bill of Costs - Exhibits] | 60.00 | $0.12 | $7.20 | 633632 | $3.60 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |
| 9/15/2008 | FILING SERVICES:  U.S. LEGAL MANAGEMENT SERVICES, INC. 09/11/08 USDC-LOS ANGELES 4184279 | 0.00 | $0.00 | $33.55 | 633632 | $16.77 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |
| 9/24/2008 | DUPLICATION | 7.00 | $0.12 | $0.84 | 633632 | $0.00 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |

1

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 9/24/2008 | DUPLICATION | 122.00 | $0.12 | $14.64 | 633632 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 9/24/2008 | DUPLICATION | 4.00 | $0.12 | $0.48 | 633632 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 9/24/2008 | LEXIS RESEARCH:  DECARLO, DANIEL | 0.00 | $0.00 | $27.89 | 633632 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 9/29/2008 | DUPLICATION [Opposition to Motion to Stay] | 10.00 | $0.12 | $1.20 | 633632 | $0.60 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |
| 9/29/2008 | DUPLICATION [Opposition to Motion to Stay] | 10.00 | $0.12 | $1.20 | 633632 | $0.60 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |
| 9/29/2008 | DUPLICATION [Opposition to Motion to Stay] | 10.00 | $0.12 | $1.20 | 633632 | $0.60 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |
| 9/30/2008 | DUPLICATION [Opposition to Motion to Stay] | 2.00 | $0.12 | $0.24 | 633632 | $0.12 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 9/30/2008 | DUPLICATION [Opposition to Motion to Stay] | 1.00 | $0.12 | $0.12 | 633632 | $0.06 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |
| 9/30/2008 | FILING SERVICES:  U.S. LEGAL MANAGEMENT SERVICES, INC. 09/23/08 USDC-LOS ANGELES 4192765 | 0.00 | $0.00 | $22.55 | 645944 | $0.00 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 9/30/2008 | FILING SERVICES:  U.S. LEGAL MANAGEMENT SERVICES, INC. 09/24/08 USDC-LOS ANGELES 4194400 | 0.00 | $0.00 | $25.94 | 645944 | $0.00 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 9/30/2008 | FILING SERVICES:  U.S. LEGAL MANAGEMENT SERVICES, INC. 09/25/08 USDC-LOS ANGELES 4195346 | 0.00 | $0.00 | $25.94 | 645944 | $0.00 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 9/30/2008 | FILING SERVICES:  U.S. LEGAL MANAGEMENT SERVICES, INC. 09/26/08 USDC-LOS ANGELES 4196554 | 0.00 | $0.00 | $22.55 | 645944 | $0.00 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 10/1/2008 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $0.97 | 645944 | $0.00 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 10/1/2008 | DUPLICATION [Opposition to Motion to Stay] | 6.00 | $0.12 | $0.72 | 645944 | $0.36 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>H, V, NL |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 10/2/2008 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $1.30 | 645944 |  | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein  V, NL |
| 10/6/2008 | DUPLICATION [Opposition to Motion to Stay] | 9.00 | $0.12 | $1.08 | 645944 | $0.54 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein  H, V, NL |
| 10/6/2008 | DUPLICATION [Opposition to Motion to Stay] | 2.00 | $0.12 | $0.24 | 645944 | $0.12 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein  H, V, NL |
| 10/15/2008 | FILING SERVICES:  U.S. LEGAL MANAGEMENT SERVICES, INC. 10/06/08 USDC-LOS ANGELES 4203041 | 0.00 | $0.00 | $33.55 | 645944 | $0.00 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein  V, NL |
| 1/5/2009 | DUPLICATION [Motion for Contempt] | 81.00 | $0.12 | $9.72 | 670835 | $0.00 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein  NP, V |
| 1/5/2009 | DUPLICATION [Motion for Contempt] | 1.00 | $0.12 | $0.12 | 670835 | $0.00 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein  NP, V |
| 1/5/2009 | DUPLICATION [Motion for Contempt] | 29.00 | $0.12 | $3.48 | 670835 | $0.00 | * | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein  NP, V |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 1/5/2009 | DUPLICATION [Motion for Contempt] | 1.00 | $0.12 | $0.12 | 670835 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein  NP, V |
| 1/7/2009 | DUPLICATION [Opposition to Ex Parte re Hearing of Contempt] | 1.00 | $0.12 | $0.12 | 670835 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein  NP, V |
| 1/15/2009 | FILING SERVICES:  U.S. LEGAL MANAGEMENT SERVICES, INC. 01/05/09 USDC-LOS ANGELES 4266469 | 0.00 | $0.00 | $47.00 | 670835 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein  NP, V |
| 1/15/2009 | FILING SERVICES:  U.S. LEGAL MANAGEMENT SERVICES, INC. 01/07/09 USDC-LOS ANGELES 4268175 | 0.00 | $0.00 | $31.72 | 670835 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein  NP, V |
| 1/15/2009 | ATTORNEY SERVICE:  OSCAR GARCIA MESSENGER #1 1/6/09 US DISTRICT COURT DELIVER DOCUMENT 135887 | 0.00 | $0.00 | $22.50 | 670835 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein  NP, V |
| 1/22/2009 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $4.87 | 670835 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein  V, NL |
| 1/22/2009 | DUPLICATION:   VTOWLES [Opposition to Contempt Motion] | 211.00 | $0.12 | $25.32 | 670835 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein  NP, V |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 1/31/2009 | FILING SERVICES:  U.S. LEGAL MANAGEMENT SERVICES, INC. 01/27/09 USDC-LOS ANGELES 4283892 | 0.00 | $0.00 | $31.72 | 670835 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>NP, V |
| 2/18/2009 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $0.65 | 682976 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 3/5/2009 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $0.97 | 682976 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 3/18/2009 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $0.65 | 682976 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 4/13/2009 | DUPLICATION:  SHARON HEFTE DPX | 1,195.00 | $0.12 | $143.40 | 693369 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 4/14/2009 | DUPLICATION | 35.00 | $0.12 | $4.20 | 693369 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 4/17/2009 | FEDERAL EXPRESS MAIL:  FEDERAL EXPRESS CORPORATION 04/13/09 RECIPIENT: ERIC CREDITOR SENDER: MINA I. HAMILTON 796515046070 | 0.00 | $0.00 | $28.70 | 693369 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 6/19/2009 | LONG DISTANCE TELEPHONE | 0.00 | $0.00 | $1.30 | 719365 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/19/2009 | DUPLICATION | 20.00 | $0.12 | $2.40 | 719365 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/19/2009 | DUPLICATION | 125.00 | $0.12 | $15.00 | 719365 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/25/2009 | DUPLICATION | 30.00 | $0.12 | $3.60 | 719365 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/25/2009 | DUPLICATION | 548.00 | $0.12 | $65.76 | 719365 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/25/2009 | DUPLICATION | 20.00 | $0.12 | $2.40 | 719365 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/26/2009 | DUPLICATION | 189.00 | $0.12 | $22.68 | 719365 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 6/26/2009 | DUPLICATION | 4.00 | $0.12 | $0.48 | 719365 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/26/2009 | DUPLICATION | 3.00 | $0.12 | $0.36 | 719365 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/26/2009 | DUPLICATION | 3.00 | $0.12 | $0.36 | 719365 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/26/2009 | LEXIS RESEARCH | 0.00 | $0.00 | $4.54 | 719365 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/27/2009 | LEXIS RESEARCH | 0.00 | $0.00 | $4.67 | 719365 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/28/2009 | LEXIS RESEARCH | 0.00 | $0.00 | $5.96 | 719365 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| 6/29/2009 | DUPLICATION | 3.00 | $0.12 | $0.36 | 719365 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| 6/29/2009 | DUPLICATION | 1.00 | $0.12 | $0.12 | 719365 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein V, NL |
| 6/29/2009 | DUPLICATION | 16.00 | $0.12 | $1.92 | 719365 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein V, NL |
| 6/29/2009 | DUPLICATION | 11.00 | $0.12 | $1.32 | 719365 | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein V, NL |
| | | | | | | * | | |
| | **SUB-TOTAL:** | | | **$724.85** | | **$29.85** * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| | Deposition Transcripts (less costs awarded on 9/25/08) | | | $1,845.48 | | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein V, NL |
| | Court Transcript Fee (Discovery Hearing Transcript - Required to Prepare Proposed Court Order) | | | $443.00 | | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein V, NL |
| | Court Transcript Fee (Pretrial Hearing Transcript - Required for Post-Trial Briefing) | | | $114.08 | | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein V, NL |

| Date | Description | Units | Rate | Amount | Invoice No. | Amount Defendants Believe Should be Awarded | Brief Summary of Plaintiffs' Position (for each disputed item) | Brief Summary of Defendants' Position (for each disputed item) |
|---|---|---|---|---|---|---|---|---|
| | Trial Transcripts (Required by Court for Post-Trial Findings/Brifings-Bench Trial) | | | $2,670.28 | | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| | Fees and Disbursements for Printing (less costs awarded on 9/25/08) | | | $725.75 | | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL |
| | Surveys (Local Rule 54-4.13) | | | | | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein |
| | Zoomerang.com (Survey Expenses) | | | $5,900.00 | | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL, B |
| | Professional Services (Dr. Maronick - Invoice 1) | | | $18,025.00 | | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL, B |
| | Professional Services (Dr. Maronick - Invoice 2) | | | $34,553.00 | | $0.00 * | | See Defendants' Comments to Joint Statement and Declaration of Andrew Serwin in Support thereof, concurrently submitted, which is hereby incorporated by reference as if fully set forth herein<br><br>V, NL, B |
| | **TOTAL:** | | | **$65,001.44** | | **$29.85** | | |