DAVID N. MAKOUS, SB# 082409
E-Mail: makous@lbbslaw.com
DANIEL C. DECARLO, SB# 160307
E-Mail: decarlo@lbbslaw.com
MINA I. HAMILTON, SB# 213917
E-Mail: hamilton@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Plaintiffs*
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,

Plaintiffs,

v.

EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, RAJ LAHOTI, individuals,

Defendants.

CASE NO. CV 06-7561 PA (CWx)

The Honorable Percy Anderson

SUPPLEMENTAL DECLARATION OF MINA I. HAMILTON IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS

Hearing:
Date: December 5, 2011
Time: 1:30 p.m.
Courtroom No. 15

[*Filed concurrently with Reply Memorandum of Points and Authorities; Declaration of Mina I. Hamilton; Supplemental Joint Statement on Attorney's Fees; Supplemental Joint Statement on Costs; Evidentiary Objections; Reply to Defendants' Evidentiary Objections*]

**DECLARATION OF MINA I. HAMILTON**

I, Mina I. Hamilton, being duly sworn, state as follows:

1. I am over 18 years of age, have personal knowledge of the matters asserted in this declaration, can attest to their accuracy, and am competent to testify as follows:

2. I am an attorney at law admitted to practice before this Court. My firm Lewis Brisbois Bisgaard & Smith LLP ("LBBS") represents Plaintiffs TrafficSchool.com, Inc. and Drivers Ed Direct, LLC in this action.

3. I have reviewed the Declaration of Kathryn M.S. Catherwood in Support of Defendants' Comments to Joint Statements on Fees and Costs. In her declaration, she states that "[a]lthough Attorney Tammy Boggs of our office requested via e-mail that Attorney Hamilton provide us with the most recent version of the excel spreadsheet. This request was declined." This is not an accurate statement. Defendants have had in their possession for weeks, prior to the November 3, 2011 filing of Plaintiffs' Motion for Attorneys' Fees and Costs, the Excel spreadsheets specifying the hours for which compensation will and will not be sought (including write-offs). Attached hereto as EXHIBIT N is a true and correct copy of an email string dated November 7, 2011 between me and Defendants' counsel, Ms. Tammy Boggs.

4. I have reviewed the Declaration of Raj Lahoti in Support of Defendants' Opposition to Plaintiffs' Motion for Attorney's Fees and Costs as well as all the exhibits thereto. Attached as "exhibit 2" to Mr. Lahoti's declaration is a purported CBS news article regarding the California DMV. I note that in the "comments" portion of "exhibit 2" (page 17 of 23), the very first commenter tells the reader to "simply go to the **DMV.org** website..." The entire article is about the official DMV and their issues and the very first comment from "Jacob" references to Defendants' website, DMV.org.

5. Attached hereto as EXHIBIT O are true and correct copies of screen shots of DMV.org's Facebook page showing consumer comments.

I declare under the penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California, on the 21st day of November, 2011.

_/s/Mina I. Hamilton
Mina I. Hamilton

# EXHIBIT N

**Brosas, Josephine**

**From:** Hamilton, Mina
**Sent:** Monday, November 07, 2011 5:22 PM
**To:** 'Tammy H. Boggs'; Andrew B. Serwin; Kathryn M.S. Catherwood
**Cc:** Brosas, Josephine; hamiltn@lbbslaw.com; Makous, David; DeCarlo, Dan
**Subject:** RE: Trafficschool/Edriver: Joint Statement in Excel

**Importance:** High

Tammy, (and Andy et al.)

You did get the final submitted spreadsheets. We e-filed the Joint spreadsheets in PDF as required by the ECF system. The filed versions are simply the Excel spreadsheet that you sent us with your omnibus statement plus our responses to that omnibus statement in the appropriate column. Nothing else was changed. I still do not know why you need that filing in the native Excel form now, especially in light of the new order of today's date.

Again, in accordance with the Judge's new Order, our understanding is that you will now go back and insert your disputes (if any) into the prior Excel version that Josephine sent you and send it back to us in its electronic version so that Plaintiffs can submit their new responses to the newly added content that you intend to submit to the Court. Again, if you do not intend to return the electronic version of the Excel spreadsheet back to us with your new comments on or before November 14th, please let us know so that we can seek Court intervention on the proper procedure moving forward.

Regarding your last comments, I have no idea about what "rude undertones" you vaguely are referring to in "virtually all the communications" I send "your way", and I certainly do not appreciate you attacking me personally in a professional email. However, I will attribute it to you not having a good day and will try to not take it personally. I likewise hope that we could interact professionally and civilly.

Have a good night,
Mina

---

**From:** Tammy H. Boggs [mailto:TBoggs@foley.com]
**Sent:** Monday, November 07, 2011 4:34 PM
**To:** Hamilton, Mina; Brosas, Josephine; DeCarlo, Dan; hamiltn@lbbslaw.com; Makous, David
**Cc:** Andrew B. Serwin; Kathryn M.S. Catherwood
**Subject:** RE: Trafficschool/Edriver: Joint Statement in Excel

Hi Mina,

I was hoping to get Docs. 315 and 316 in Excel format because those were the final submitted spreadsheets. I thought you guys would have it in Excel format rather than PDF. We weren't sure if there would have been a change between the previous versions and the filed versions. But it doesn't sound like you are prepared to provide us with the filed versions in Excel. We'll have to use the old spreadsheets.

By the way, I don't appreciate the rude undertones in virtually all of the communications you send our way. I have never met you, but I hope I've done nothing to offend you personally and would hope we could interact professionally and civilly.

Thank you.

Tammy

---

**From:** Hamilton, Mina [mailto:hamilton@lbbslaw.com]
**Sent:** Monday, November 07, 2011 4:20 PM
**To:** Boggs, Tammy H.; Brosas, Josephine; DeCarlo, Dan; hamiltn@lbbslaw.com; Makous, David
**Cc:** Serwin, Andrew B.; Catherwood, Kathryn M.S.
**Subject:** RE: Trafficschool/Edriver: Joint Statement in Excel

Tammy,

I'm confused about what you want and why you want it in light of the Court's order that just came in. Based on that order, it's my understanding that you are suppose to do what you were suppose to do previously and take what Josephine had originally sent you and comply with the Judge's original order and send it back to us for us to insert our response. If you have a different understanding, please let us know. Thank you.

Mina

---

**From:** Tammy H. Boggs [mailto:TBoggs@foley.com]
**Sent:** Monday, November 07, 2011 4:07 PM
**To:** Hamilton, Mina; Brosas, Josephine; DeCarlo, Dan; hamiltn@lbbslaw.com; Makous, David
**Cc:** Andrew B. Serwin; Kathryn M.S. Catherwood
**Subject:** RE: Trafficschool/Edriver: Joint Statement in Excel
**Importance:** High

Hi. We haven't gotten the final spreadsheet that was submitted to the Court yet. Can someone please confirm that you will be able to email it over and when we should expect it? Thank you.

Tammy

---
**From:** Boggs, Tammy H.
**Sent:** Monday, November 07, 2011 9:00 AM
**To:** MINA HAMILTON; Josephine Brosas
**Cc:** Serwin, Andrew B.; Catherwood, Kathryn M.S.
**Subject:** Trafficschool/Edriver: Joint Statement in Excel

Mina/Josephine,

Can you please email me in Excel format the final spreadsheet of Plaintiffs' fees/costs that go with your Motion (it would be the Excel versions of the Joint Statement, Docs. 315 and 316)? Thanks much.

**Tammy Boggs** | Attorney | **FOLEY & LARDNER LLP** | 3579 Valley Centre Drive, Suite 300 | San Diego, CA 92130
tel: +1.858.847.6739 | fax: +1.858.792.6773 | email: tboggs@foley.com | web: www.foley.com

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the

extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

# EXHIBIT "O"

DMV.ORG - Windows Internet Explorer
http://www.facebook.com/DMV.org?sk=wall&filter=1
File Edit View Favorites Tools Help
Google Search More >>
Sign In
Favorites Suggested Sites Get More Add-ons
DMV.ORG
Page Safety Tools
facebook
Search
Eric Creditor Find Friends Home
Create a Page
Get Updates via RSS
Report Page
Share
23 hours ago · Like
DMV.ORG
Does anyone have experience with rental car companies who try to claim damage on their vehicle? http://ow.ly/7pQMr
Use your cellphone camera to avoid travel headaches
ow.ly
Rental companies will try as hard as they can to stick you with a damage bill, especially if you don't take their overpriced damage waiver.
Like · Comment · Share · Monday at 9:30am via HootSuite
3 people like this.
Angela Santiago How come you guys can post stuff on the internet but u can't keep your Los Alamos offices open when they are suppose to be.
Monday at 10:09am · Like
DMV.ORG Sorry to hear about that, Angela! Just so you know, DMV.ORG is not owned, operated, or affiliated with any government agency. We're actually an independently owned company with no affiliation to the DMV.
Monday at 11:02am · Like
Angela Santiago Ok. Sorry about that. just tired of their bs. Thanks for responding.
Monday at 3:39pm · Like
DMV.ORG Not a problem! :)
Monday at 4:59pm · Like
Caitlyn Keefer
I can NOT wait to get my permeant this summer!!!! :D
Like · Comment · November 11 at 4:17pm via mobile
View all 3 comments
Write a comment...
DMV.ORG
Planning to go to the DMV today? Just a heads up that they may be closed for
Andre Jacinto and Pastor Gregory S Thompson are now friends.
Heidi Lasky likes Band of Brothers's status.
Rabbi Menachem Creditor commented on his own status: "This is a great conversation a..."
TOMS added new photos to the album TOMS Holiday Windows.
Caroline Chen K likes Adriana Verdes's post.
Jennifer Banks Levinson commented on Jodi Krasner Gorelick's status: "Thank goodness! SO happy to he..."
Alison Creditor
Ayelet Dvora Naim
Bob Washburn
Daphne Blumin Subar
David Lesser
Felicia Greenspan
Jeremy Carr
Jerry Kazdoy
Joy Scher Creditor
Kristi Kaplon
Michael Hammond Jr.
Pat Romagnano
Stacey Gordon
Search
Done
Internet
100%
start
Inbox - Microsoft Out...
Online Traffic School,...
DMV.ORG - Windows ...
DMV.ORG - Windows ...
Document2 - Microsof...
2:56 PM

DMV.ORG - Windows Internet Explorer
http://www.facebook.com/DMV.org?sk=wall&filter=1
facebook
Eric Creditor
Find Friends
Home
from my own personal experience the court dropped the points as a plea bargain to just plead guilty. But it does vary from state to state, as my experience was in NJ.
November 11 at 11:23am · Like
Wendy Weatherington It doesn't say how many points for speeding in a school zone.
November 11 at 4:54pm · Like
Benz-Sirima Jaturontapornchai
I hate DMV!!!! Bad service, suck system!!!!
Like · Comment · November 10 at 2:06pm via mobile
DMV.ORG Sorry to hear you had a bad experience! Just so you know, DMV.ORG is not owned, operated, or affiliated with any government agency. We're actually an independently owned company.
Did you need help finding any information?
November 10 at 3:25pm · Like
DMV.ORG
What do you guys think? I may have complained about a few of these myself.
http://ow.ly/7otlt
9 Bad Drivers Nobody Complains About
ow.ly
Complaining about bad drivers is probably the third most common talking point of every hack comic, right after airline food and how weird the...
Like · Comment · Share · November 10 at 9:30am via HootSuite
9 people like this.
View all 2 comments
Write a comment...
Deyvon Lee
I live in Honolulu,Hawaii and I was wondering if there was ANY way to take/permit online
Like · Comment · November 9 at 10:13am via mobile
Andre Jacinto and Pastor Gregory S Thompson are now friends.
Heidi Lasky likes Band of Brothers's status.
Rabbi Menachem Creditor commented on his own status: "This is a great conversation a..."
TOMS added new photos to the album TOMS Holiday Windows.
Caroline Chen K likes Adriana Verdes's post.
Jennifer Banks Levinson commented on Jodi Krasner Gorelick's status: "Thank goodness! SO happy to he..."
Alison Creditor
Ayelet Dvora Naim
Bob Washburn
Daphne Blumin Subar
David Lesser
Felicia Greenspan
Jeremy Carr
Jerry Kazdoy
Joy Scher Creditor
Kristi Kaplon
Michael Hammond Jr.
Pat Romagnano
Stacey Gordon
start
Inbox - Microsoft Out...
Online Traffic School,...
DMV.ORG - Windows ...
DMV.ORG - Windows ...
Document2 - Microsof...
2:58 PM

DMV.ORG - Windows Internet Explorer
http://www.facebook.com/DMV.org?sk=wall&filter=1
facebook
Eric Creditor
Find Friends
Home
Deyvon Lee
I live in Honolulu,Hawaii and I was wondering if there was ANY way to take/permit online
Like · Comment · November 9 at 10:13am via mobile
DMV.ORG Hi Deyvon! I answered this one below. Here it is again. :)
---
Good question, Deyvon! I just checked out Hawaii's DMV website, and it looks like you will have to go into the office. Here are the steps according to the website:
Instruction Permits and New Licenses:
1) Minors obtain Parental Consent Form.
2) Submit to Written Exam, Eye Test and Fingerprinting.
3) Payment of Fees and Photographing.
4) Road Test.
Couldn't hurt to give them a call to be sure! Any of the offices on this page would be able to answer your question.
http://local.dmv.org/hawaii/honolulu-county/honolulu/dmv-office-locations.php
Does that help?
November 9 at 1:58pm · Like
Deyvon Lee Yes it does,thank you this whole time I thought my questions were being deleted because they wouldn't show when I checked on the site but I see you answered all of them...thank you
November 9 at 5:23pm · Like
Deyvon Lee But if you could,how much is it to apply and take the test
November 9 at 5:28pm · Like
DMV.ORG Not a problem, Deyvon! By the way, I just wanted to let you know that DMV.ORG is not owned, operated, or affiliated with any government agency.
I was able to find the cost on our very own page (http://www.dmv.org/hi-hawaii/drivers-permits.php), but was not able to find it on the Honolulu's DMV site. Looks like it is generally $10, but fees vary by county.
Does that answer your question? Thanks again for stopping by!
November 10 at 11:32am · Like
Andre Jacinto likes Gregg Shapiro's status.
Andre Jacinto and Pastor Gregory S Thompson are now friends.
Heidi Lasky likes Band of Brothers's status.
Rabbi Menachem Creditor commented on his own status: "This is a great conversation a..."
TOMS added new photos to the album TOMS Holiday Windows.
Caroline Chen K likes Adriana Verdes's post.
Jennifer Banks Levinson
Alison Creditor
Ayelet Dvora Naim
Bob Washburn
Daphne Blumin Subar
David Lesser
Felicia Greenspan
Jeremy Carr
Jerry Kazdoy
Joy Scher Creditor
Kristi Kaplon
Michael Hammond Jr.
Pat Romagnano
Stacey Gordon
http://www.facebook.com/DMV.org?sk=wall&filter=1#
Internet
100%
start
2:59 PM

DMV.ORG - Windows Internet Explorer
http://www.facebook.com/DMV.org?sk=wall&filter=1
facebook
Eric Creditor
Find Friends
Home
Adrian Kyoubouryuu Gordon
What is the price for a permit for a 19 year old in queens, ny?
Like · Comment · November 7 at 1:43pm
DMV.ORG Hi Adrian! Just checking it out on google for you, and found this page: http://www.nydmv.state.ny.us/licefee.htm
It seems you pay the fee for your permit and first drivers license at the same time.
I'd give them a call to make sure the information on the website is accurate: http://www.nydmv.state.ny.us/call.htm
Thanks for the question, does this help?
November 7 at 2:56pm · Like
DMV.ORG By the way, I just wanted to let you know that DMV.ORG is not owned, operated, or affiliated with any government agency. Thanks again for the question!
November 10 at 11:37am · Like
DMV.ORG asked: What do you think the age should be for teenagers to get their driver's license?
16
18
15
49 More...
Follow · Ask Friends · 15 · November 7 at 1:11pm
Radek Polanski
what is nj dmv User ID Number?
Like · Comment · November 6 at 9:35am
View all 3 comments
Write a comment...
Margot Chloe Icasiano Santos
thank
u
Andre Jacinto likes Gregg Shapiro's status.
Andre Jacinto and Pastor Gregory S Thompson are now friends.
Heidi Lasky likes Band of Brothers's status.
Rabbi Menachem Creditor commented on his own status: "This is a great conversation a..."
TOMS added new photos to the album TOMS Holiday Windows.
Caroline Chen K likes Adriana Verdes's post.
Jennifer Banks Levinson
Alison Creditor
Ayelet Dvora Naim
Bob Washburn
Daphne Blumin Subar
David Lesser
Felicia Greenspan
Jeremy Carr
Jerry Kazdoy
Joy Scher Creditor
Kristi Kaplon
Michael Hammond Jr.
Pat Romagnano
Stacey Gordon
Internet
100%
start
Inbox - Microsoft Out...
Online Traffic School,...
DMV.ORG - Windows ...
DMV.ORG - Windows ...
Document2 - Microsof...
3:00 PM

DMV.ORG - Windows Internet Explorer
http://www.facebook.com/DMV.org?sk=wall&filter=1
facebook
Eric Creditor Find Friends Home
driver's license?
16
18
15
49 More...
Follow · Ask Friends · 15 · November 7 at 1:11pm
Radek Polanski
what is nj dmv User ID Number?
Like · Comment · November 6 at 9:35am
DMV.ORG Hi Radek! Good question! I just did some google research to see if I could find the answer for you.
Looks like it is a user ID for the website. Here is the link to apply for one: http://www.state.nj.us/mvc/About/mymvc_page.htm
Does that help?
November 7 at 2:52pm · Like
Radek Polanski yes thank You for Your help
November 9 at 8:59pm · Like
DMV.ORG Great! Not a problem. By the way, I just wanted to let you know that DMV.ORG is not owned, operated, or affiliated with any government agency. Thanks again for the question!
November 10 at 11:37am · Like
Margot Chloe Icasiano Santos
thank
u
Like · Comment · November 5 at 4:06pm
Margot Chloe Icasiano Santos
Hello DMV
I need some help with the hard questions pls ?.
Like · Comment · November 5 at 4:06pm
View 1 comment
Write a comment...
Andre Jacinto likes Gregg Shapiro's status.
Andre Jacinto and Pastor Gregory S Thompson are now friends.
Heidi Lasky likes Band of Brothers's status.
Rabbi Menachem Creditor commented on his own status: "This is a great conversation a..."
TOMS added new photos to the album TOMS Holiday Windows.
Caroline Chen K likes Adriana Verdes's post.
Jennifer Banks Levinson
Alison Creditor
Ayelet Dvora Naim
Daphne Blumin Subar
David Lesser
Felicia Greenspan
Jennifer Banks Levinson
Jeremy Carr
Jerry Kazdoy
Joy Scher Creditor
Kristi Kaplon
Michael Hammond Jr.
Pat Romagnano
Stacey Gordon
start
Inbox - Microsoft Out...
Online Traffic School,...
DMV.ORG - Windows ...
Document2 - Microsof...
3:01 PM

DMV.ORG - Windows Internet Explorer
http://www.facebook.com/DMV.org?sk=wall&filter=1
facebook
Eric Creditor
Find Friends
Home
DMV.ORG Great! Not a problem. By the way, I just wanted to let you know that DMV.ORG is not owned, operated, or affiliated with any government agency. Thanks again for the question!
November 10 at 11:37am · Like
Margot Chloe Icasiano Santos
thank
u
Like · Comment · November 5 at 4:06pm
Margot Chloe Icasiano Santos
Hello DMV
I need some help with the hard questions pls ?.
Like · Comment · November 5 at 4:06pm
DMV.ORG Hi Margot! We're actually not the DMV, we're a privately owned company that publishes DMV content. So we can't personally help, but if you let me know what state you're in, I can point you in the right direction! :)
November 7 at 10:09am · Like
DMV.ORG
Have fun crashing into everything with the safest car ever http://ow.ly/7hs6V
ow.ly
Next time you go for a drive, think about how much time and brainpower you waste trying not to run into objects and people. Now imagine how much…
Like · Comment · Share · November 4 at 9:00am via HootSuite
6 people like this.
Write a comment…
DMV.ORG
Sound Off: Should the DMV Stop Elderly People From Driving? http://ow.ly/7hiF7
Sound Off: Should the DMV Stop Elderly People From Driving?
ow.ly
Andre Jacinto likes Gregg Shapiro's status.
Andre Jacinto and Pastor Gregory S Thompson are now friends.
Heidi Lasky likes Band of Brothers's status.
Rabbi Menachem Creditor commented on his own status: "This is a great conversation a…"
TOMS added new photos to the album TOMS Holiday Windows.
Caroline Chen K likes Adriana Verdes's post.
Jennifer Banks Levinson
Alison Creditor
Ayelet Dvora Naim
Daphne Blumin Subar
David Lesser
Felicia Greenspan
Jennifer Banks Levinson
Jeremy Carr
Jerry Kazdoy
Joy Scher Creditor
Kristi Kaplon
Michael Hammond Jr.
Pat Romagnano
Stacey Gordon
Internet
100%
start
Inbox - Microsoft Out…
Online Traffic School,…
DMV.ORG - Windows …
Document2 - Microsof…
3:01 PM

DMV.ORG - Windows Internet Explorer
http://www.facebook.com/DMV.org?sk=wall&filter=1
facebook
Eric Creditor
Find Friends
Home
DMV.ORG
Happy Halloween!
dmv.org
HootSuite Photos
Like · Comment · Share · October 31 at 4:00am via HootSuite
26 people like this.
William Irle Happy Halloween
October 31 at 4:27am · Like · 3
Rocio Caballero dmv: drive more vehicles!
October 31 at 6:25am · Like
Pat Souza I like how they cheated. Now go out and carve a real pumpkin for this pic. :P
October 31 at 7:13am · Like · 1
David Brown Photo shop
October 31 at 7:14am · Like · 1
Lahcen Atbir happy halloween
October 31 at 4:55pm · Like
Sinatra Kitt We need Sat. HRS PLZ
November 4 at 3:50pm · Like
DMV.ORG asked: What are you dressing up as for Halloween?
Not Dressing
Andre Jacinto likes Gregg Shapiro's status.
Andre Jacinto and Pastor Gregory S Thompson are now friends.
Heidi Lasky likes Band of Brothers's status.
Rabbi Menachem Creditor commented on his own status: "This is a great conversation a..."
TOMS added new photos to the album TOMS Holiday Windows.
Caroline Chen K likes Adriana Verdes's post.
Jennifer Banks Levinson
Alison Creditor
Ayelet Dvora Naim
Daphne Blumin Subar
David Lesser
Felicia Greenspan
Jennifer Banks Levinson
Jeremy Carr
Jerry Kazdoy
Joy Scher Creditor
Kristi Kaplon
Michael Hammond Jr.
Pat Romagnano
Stacey Gordon
Done
Internet
100%
start
Inbox - Microsoft Out...
Online Traffic School,...
DMV.ORG - Windows ...
Document2 - Microsof...
3:02 PM