**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID N. MAKOUS, SB# 082409
    E-Mail: makous@lbbslaw.com
DANIEL C. DECARLO, SB# 160307
    E-Mail: decarlo@lbbslaw.com
MINA I. HAMILTON, SB# 213917
    E-Mail: hamilton@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Plaintiffs*
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, RAJ LAHOTI, individuals,<br><br>Defendants. | CASE NO. CV 06-7561 PA (CWx)<br>*The Hon. Percy Anderson*<br><br>PLAINTIFFS' <u>EVIDENTIARY OBJECTIONS AND MOTION TO STRIKE SUPPLEMENTAL DECLARATION OF ANDREW SERWIN</u> IN SUPPORT OF DEFENDANTS' OPPOSITION<br><br>Date:   December 5, 2011<br>Time:   1:30 p.m.<br>Crtrm.: 15<br><br>Complaint Filed: November 28. 2006 |

Plaintiffs TRAFFICSCHOOL.COM, INC. and DRIVERS ED DIRECT, LLC hereby object to and move to strike the Supplemental Declaration of Mr. Andrew Serwin as set forth below.

4815-7269-9150.1

PLAINTIFFS' <u>EVIDENTIARY OBJECTIONS</u> TO SUPPLEMENTAL DECLARATION OF ANDREW SERWIN

1  Defendants have submitted a Supplemental Declaration of Mr. Serwin in which he states, "I take issue with the statements of Ms. Hamilton and Ms. Brosas summarizing what I allegedly said during the meet and confer process. Defendants position is clearly laid out in the written documents timely submitted to Plaintiffs' counsel as required by the Court's August 24, 2011 order and are on file with this Court, including Doc. No. 317." [Paragraph 4.]

<u>Objection</u>:   Irrelevant as phrased. Lacks foundation. Improper characterization of what was submitted to Plaintiffs pursuant to the Court's August 24, 2011 order. FRE 401-403, 602, 701-703.  As the Court's November 11, 2011 Order makes clear, Defendants did not properly submit to Plaintiffs' counsel what was required by the Court's August 24, 2011 order.  Moreover, without any specifics as to what Mr. Serwin "take[s] issue with", Plaintiffs cannot properly reply.

Sustain: _____                                  Overrule: _____

DATED: November 21, 2011          LEWIS BRISBOIS BISGAARD & SMITH LLP


By:    /s/ Mina I. Hamilton
       Mina I. Hamilton
       *Attorneys for Plaintiffs*
       TRAFFICSCHOOL.COM, INC. and
       DRIVERS ED DIRECT, LLC

4815-7269-9150.1

2

PLAINTIFFS' <u>EVIDENTIARY OBJECTIONS</u> TO SUPPLEMENTAL DECLARATION OF ANDREW SERWIN