**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID N. MAKOUS, SB# 082409
  E-Mail: makous@lbbslaw.com
DANIEL C. DECARLO, SB# 160307
  E-Mail: decarlo@lbbslaw.com
MINA I. HAMILTON, SB# 213917
  E-Mail: hamilton@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Plaintiffs*
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, RAJ LAHOTI, individuals,<br><br>Defendants. | CASE NO. CV 06-7561 PA (CWx)<br>*The Hon. Percy Anderson*<br><br>PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DECLARATION OF RAJ LAHOTI IN DEFENDANTS' POSITION IN JOINT STATUS REPORT<br><br>Date:   December 5, 2011<br>Time:   1:30 p.m.<br>Crtrm.: 15<br><br>Complaint Filed: November 28. 2006 |

Plaintiffs TRAFFICSCHOOL.COM, INC. and DRIVERS ED DIRECT, LLC hereby object to and move to strike the Declaration of Raj Lahoti including exhibits thereto filed by Defendants in support of their position in the Joint Status Report.

4825-7395-7646.1

Defendants have belatedly and untimely filed evidentiary objections to Mina Hamilton's Declaration and its exhibits provided in the Joint Status Report (which was filed well over a month ago), and they have made that filing in association with their submissions in opposition to Plaintiff's Motion for *Attorney's Fees*.

This was done by Defendants without leave or invitation from the Court, and without any meet and confer as required by the Local Rules.

However, to the extent that the Court is inclined to allow such evidentiary objections, Plaintiffs in an abundance of caution and to preserve their own rights and fairness of the legal proceedings, hereby object to the self-serving declaration of Raj Lahoti which was filed in support of Defendants' position in the Joint Status Report.

**SPECIFIC OBJECTIONS**

**1.    Page 1, Line 27 – Page 2, Line 1, Exhibit A:**

"Attached hereto as Exhibit A is a true and correct copy of a screen shot of dmv.org's current home page design as of the date of this declaration."

<u>Objection</u>:  Irrelevant. Lacks foundation. Improper and inadmissible opinion testimony. Exhibit A is misleading because that is not what users see when they reach the DMV.org landing page.  Users would have to scroll down to see the entirety of the webpage as depicted in Exhibit A.  FRE 106, 401-403, 602, 701.

Sustain: _____                              Overrule: _____

**2.    Page 2, Lines 2-3, Exhibit B:**

"Attached hereto as Exhibit B is a true and correct copy of a screen shot of dmv.org's home page design in November 2006."

<u>Objection</u>:  Irrelevant. Lacks foundation. Improper and inadmissible opinion testimony. Exhibit B is misleading because that is not what users see when they reach the DMV.org landing page.  Users would have had to scroll down to see the entirety of the webpage as depicted in Exhibit B.  FRE 106, 401-403, 602, 701.

Sustain: _____                              Overrule: _____

**3.     Page 2, Lines 5-7, Exhibit C:**

"Marketing and Redesign Contest

4.     Attached hereto as Exhibit C is a true and correct copy of the website http://www.google.com/ after running a search with the terms "California DMV" as of September 1, 2011."

<u>Objection</u>:  Irrelevant. Lacks foundation. Improper and inadmissible opinion testimony. Exhibit C, which allegedly shows the website http://www.google.com/ after running a search with the terms "California DMV", lacks foundation, is irrelevant and constitutes improper and inadmissible opinion. FRE 106, 401-403, 602, 701.

Sustain: _____                                  Overrule: _____


**4.     Page 2, Lines 8-15, Exhibit D:**

"Attached hereto as Exhibit D is a true and correct copy of a screen shot of dmv.org's redesign contest that was run from August 5-15, 2011. As the screenshot indicates, the contest, which was open and announced to the public, requested submissions of website designs for a 'completely different look and feel for the new DMV.org site.' The submitted designs were also required NOT to 'use any government insignia, official seals, or anything that would give the impression that this is a government site.' The contestants were advised that dmv.org was 'happy to be non-governmental and look friendly.'"

<u>Objection</u>:  Irrelevant. Lacks foundation. Improper and inadmissible opinion testimony. Mr. Lahoti's statements as well as Exhibit D, which allegedly shows the screen shot of "dmv.org's redesign contest", lacks foundation, is irrelevant, and expresses improper and inadmissible opinion testimony. FRE 106, 401-403, 602, 701.

Sustain: _____                                  Overrule: _____

**5.     Page 2, Lines 17-18, Exhibit E:**

"Attached hereto as Exhibit E is a true and correct copy of a screen shot of dmv.org's current 'contact form' as of the date of this declaration."

<u>Objection</u>:  Irrelevant. Lacks foundation. Improper and inadmissible opinion testimony. Exhibit E, which allegedly consists of a "screen shot of dmv.org's current 'contact form'", lacks foundation, is irrelevant, and expresses improper and inadmissible opinion testimony. FRE 106, 401-403, 602, 701.

Sustain: _____                    Overrule: _____

**6.     Page 2, Lines 19-20, Exhibit F:**

"Attached hereto as Exhibit F is a true and correct copy of a screen shot of dmv.org's 'contact form' in November 2006."

<u>Objection</u>:  Irrelevant. Lacks foundation. Improper and inadmissible opinion testimony. Exhibit F, which allegedly consists of a "screen shot of dmv.org's current 'contact form'", lacks foundation, is irrelevant, and expresses improper and inadmissible opinion testimony. FRE 106, 401-403, 602, 701.

Sustain: _____                    Overrule: _____

**7.     Page 2, Lines 23-25:**

"Facebook is a third party platform separate and distinct from dmv.org, on which Facebook users can post comments to the 'Wall.'"

<u>Objection</u>:  Irrelevant. Lacks foundation. Improper and inadmissible opinion testimony. Mr. Lahoti's statement that Facebook is "separate and distinct from dmv.org," lacks foundation, is irrelevant, and expresses improper and inadmissible opinion testimony. FRE 401-403, 602, 701.

Sustain: _____                    Overrule: _____

4825-7395-7646.1

4

PLAINTIFFS' OBJECTIONS TO DECLARATION OF RAJ LAHOTI IN DEFENDANTS' POSITION IN JOINT STATUS REPORT

1  Plaintiffs respectfully request that the Court sustain Plaintiffs' objections and
2 strike the Declaration of Mr. Raj Lahoti and the exhibits thereto.
3
4 DATED: November 21, 2011  LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ Mina I. Hamilton
Mina I. Hamilton
*Attorneys for Plaintiffs*
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC

4825-7395-7646.1

5

PLAINTIFFS' OBJECTIONS TO DECLARATION OF RAJ LAHOTI IN DEFENDANTS' POSITION IN JOINT STATUS REPORT