**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID N. MAKOUS, SB# 082409
    E-Mail: makous@lbbslaw.com
DANIEL C. DECARLO, SB# 160307
    E-Mail: decarlo@lbbslaw.com
MINA I. HAMILTON, SB# 213917
    E-Mail: hamilton@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Plaintiffs*
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, RAJ LAHOTI, individuals,<br><br>Defendants. | CASE NO. CV 06-7561 PA (CWx)<br>*The Hon. Percy Anderson*<br><br>PLAINTIFFS' REPLY TO DEFENDANTS' EVIDENTIARY OBJECTIONS TO AND MOTION TO STRIKE PORTIONS OF THE DECLARATIONS SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS<br><br>Date:   December 5, 2011<br>Time:   1:30 p.m.<br>Crtrm.: 15<br><br>Complaint Filed: November 28. 2006 |

4850-8470-8110.1

PLAINTIFFS' REPLY TO DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATIONS IN SUPPORT
OF MOTION FOR FEES AND COSTS

Defendants' evidentiary objections are without merit as follows:

- The evidence presented by Ms. Hamilton's Declaration was soundly presented for each statement, representation, admission by Defendants' counsel, and exhibits attached to Ms. Hamilton's Declaration;
- The evidence goes to the core points at issue in the fee motion; and
- To the extent that that Defendants offer of some sort of alternative evidence (attached to Lahoti's Declaration or otherwise states that the Court can review the current website), that evidence is not what the Best Evidence Rule is directed to and is misperceived by Defendants (F.R.E., Rules 1002-1004). Offering alternative evidence, as done by Lahoti, is not what this evidentiary rule addresses.
- See also, Supplemental Declarations of Mina I. Hamilton and Josephine Brosas, and exhibits attached thereto.

DATED: November 21, 2011        LEWIS BRISBOIS BISGAARD & SMITH LLP


By:      /s/ Mina I. Hamilton
Mina I. Hamilton
*Attorneys for Plaintiffs*
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC



4850-8470-8110.1

2

PLAINTIFFS' REPLY TO DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATIONS IN SUPPORT OF MOTION FOR FEES AND COSTS