**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID N. MAKOUS, SB# 082409
    E-Mail: makous@lbbslaw.com
DANIEL C. DECARLO, SB# 160307
    E-Mail: decarlo@lbbslaw.com
MINA I. HAMILTON, SB# 213917
    E-Mail: hamilton@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Plaintiffs*
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, RAJ LAHOTI, individuals,<br><br>Defendants. | CASE NO. CV 06-7561 PA (CWx)<br>*The Hon. Percy Anderson*<br><br>PLAINTIFFS' REPLY TO DEFENDANTS' EVIDENTIARY OBJECTIONS TO AND MOTION TO STRIKE PORTIONS OF THE DECLARATION OF MINA I. HAMILTON SUBMITTED IN SUPPORT OF THE JOINT STATUS REPORT<br><br>Date:     December 5, 2011<br>Time:    1:30 p.m.<br>Crtrm.: 15<br><br>Complaint Filed: November 28. 2006 |

Defendants have belatedly and untimely filed evidentiary objections to Mina Hamilton's Declaration and its exhibits provided in the Joint Status Report (which was filed well over a month ago).

4848-8508-2382.1

1   This was done by Defendants without leave from or invitation made by the
2   Court.
3   Further Defendants failed to meet and confer as required by the Local Rules.
4   For these reasons this pleading should be stricken.
5   In an abundance of caution and to preserve its rights Plaintiffs also make the
6   following observations and replies.

- The evidence presented by Ms. Hamilton's Declaration was soundly presented for each exhibit attached to Ms. Hamilton's Declaration;
- The evidence goes to the core points at issue in this litigation: the continued deceitful practices of the Defendants and the need for the protections and restraint by injunction and thus, *the need for fee recovery regarding same*; and
- To the extend that that Defendants offer of some sort of alternative evidence (attached to Lahoti's Declaration), that evidence is not what the Best Evidence Rule is directed to and is misperceived by Defendants (F.R.E., Rules 1002-1004).  Offering alternative evidence, as done by Lahoti, is not what this evidentiary rule addresses.

DATED: November 21, 2011        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     /s/ Mina I. Hamilton
Mina I. Hamilton
*Attorneys for Plaintiffs*
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC



4848-8508-2382.1

2

PLAINTIFFS' REPLY TO DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF MINA I. HAMILTON SUBMITTED IN SUPPORT OF THE JOINT STATUS REPORT