1  EILEEN RIDLEY, CA BAR NO. 151735
       ERIDLEY@FOLEY.COM
2  ANDREW B. SERWIN, CA BAR NO. 179493
       ASERWIN@FOLEY.COM
3  KATHRYN M.S. CATHERWOOD, CA BAR NO. 149170
       KCATHERWOOD@FOLEY.COM
4  TAMMY H. BOGGS, CA BAR NO. 252538
       TBOGGS@FOLEY.COM
5  **FOLEY & LARDNER LLP**
   3579 VALLEY CENTER DR., SUITE 300
6  SAN DIEGO, CA  92130
   TELEPHONE:    858.847.6700
7  FACSIMILE:    858.792.6773

8  Attorneys for Defendants EDRIVER, INC., ONLINE GURU INC.,
   FIND MY SPECIALIST, INC., SERIOUSNET, INC.,
9  RAVI K. LAHOTI, RAJ LAHOTI

10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12  TRAFFICSCHOOL.COM, INC., a              Case No:  CV 06-7561 PA (CWx)
    California Corporation; DRIVERS ED
13  DIRECT, LLC, a California limited       **NOTICE OF APPEARANCE OF**
    liability company,                      **EILEEN R. RIDLEY AND**
14                                          **KATHRYN M.S. CATHERWOOD**
                                            **ON BEHALF OF DEFENDANTS**
15              Plaintiffs,                 **EDRIVER, INC.; ONLINE GURU**
                                            **INC.; FIND MY SPECIALIST, INC.;**
16         v.                               **SERIOUSNET, INC.; RAVI K.**
                                            **LAHOTI; RAJ LAHOTI**
17  EDRIVER, INC., ONLINE GURU,
    INC., FIND MY SPECIALIST, INC.,         Courtroom:  15
18  and SERIOUSNET, INC., California        Judge:  Hon. Percy Anderson
    corporations, RAVI K. LAHOTI, an
19  individual; RAJ LAHOTI, an individual;  Complaint Filed:  November 28, 2006
    DOES 1 through 10,
20              Defendants.

21

22         TO THE COURT, CLERK OF THE COURT AND TO ALL PARTIES

23  AND THEIR COUNSEL OF RECORD:

24         NOTICE IS HEREBY GIVEN that Eileen R. Ridley and Kathryn M.S.

25  Catherwood of Foley & Lardner LLP hereby appear as counsel of record on behalf

26  of defendants Edriver, Inc.; Online Guru Inc.; Find My Specialist, Inc.; Seriousnet,

27  Inc.; Ravi K. Lahoti; and Raj Lahoti in the above-captioned matter.  It is

28  respectfully requested that copies of all notices, pleadings, orders, or other

NOTICE OF APPEARANCE
CASE NO. CV 06-7561 PA (CWx)

4844-8086-0174.1

documents pertaining to the above-entitled matter should be sent to counsel at the address below.

EILEEN RIDLEY, CA BAR NO. 151735
FOLEY & LARDNER LLP
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130-3302
TELEPHONE:    858.847.6700
FACSIMILE:    858.792.6773
EMAIL: ERIDLEY@FOLEY.COM

KATHRYN M.S. CATHERWOOD, CA BAR NO. 149170
FOLEY & LARDNER LLP
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130-3302
TELEPHONE:    858.847.6700
FACSIMILE:    858.792.6773
EMAIL: KCATHERWOOD@FOLEY.COM

Mses. Ridley and Catherwood are licensed to practice law in the State of California, are members in good standing of the California State Bar, and are admitted to practice before the United States District Court for the Central District of California.

Dated:  November 22, 2011          **FOLEY & LARDNER LLP**

By: /s/ Andrew B. Serwin
ANDREW B. SERWIN
Attorneys for Defendants
EDRIVER, INC., ONLINE GURU
INC., FIND MY SPECIALIST, INC.,
SERIOUSNET, INC., RAVI K.
LAHOTI, RAJ LAHOTI

2
NOTICE OF APPEARANCE
CASE NO. CV 06-7561 PA (CWx)

4844-8086-0174.1

1

## CERTIFICATE OF SERVICE

2       I hereby certify on this 22nd day of November, 2011 that a copy of the

3   foregoing was filed electronically through the Court's CM/ECF system, with

4   notice of case activity automatically generated and sent electronically to all parties.

5

6                                              FOLEY & LARDNER LLP

7                                 By:    */s/* Andrew B. Serwin

8                                           Andrew B. Serwin

9                                           Attorneys for Defendants

10                                           EDriver, Inc., Online Guru Inc., Find My Specialist, Inc., Seriousnet, Inc., Ravi K. Lahoti, Raj Lahoti

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

4844-8086-0174.1