EILEEN RIDLEY, CA BAR NO. 151735
ERIDLEY@FOLEY.COM
ANDREW B. SERWIN, CA BAR NO. 179493
ASERWIN@FOLEY.COM
KATHRYN M.S. CATHERWOOD, CA BAR NO. 149170
KCATHERWOOD@FOLEY.COM
TAMMY H. BOGGS, CA BAR NO. 252538
TBOGGS@FOLEY.COM
**FOLEY & LARDNER LLP**
3579 VALLEY CENTER DR., SUITE 300
SAN DIEGO, CA 92130
TELEPHONE:    858.847.6700
FACSIMILE:    858.792.6773

Attorneys for Defendants EDRIVER, INC., ONLINE GURU INC., FIND MY SPECIALIST, INC., SERIOUSNET, INC., RAVI K. LAHOTI, RAJ LAHOTI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| TRAFFICSCHOOL.COM, INC., a California Corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations, RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>Defendants. | Case No: CV 06-7561 PA (CWx)<br><br>**DEFENDANTS' REPLY TO PLAINTIFFS' EVIDENTIARY OBJECTIONS AND MOTION TO STRIKE DECLARATION OF KATHRYN CATHERWOOD IN SUPPORT OF DEFENDANTS' COMMENTS TO JOINT STATEMENT OF FEES AND COSTS**<br><br>Date:       December 5, 2011<br>Time:       1:30 p.m.<br>Ctrm:       15<br>Judge:     Honorable Percy Anderson<br><br>Complaint Filed: November 28, 2006 |
|---|---|

Defendants Edriver, Inc., Online Guru, Inc., Find My Specialist, Inc., Seriousnet, Inc., Ravi K. Lahoti, and Raj Lahoti ("Defendants") hereby reply to Plaintiffs' Evidentiary Objections And Motion To Strike Declaration Of Kathryn Catherwood In Support Of Defendants' Comments To Joint Statement Of Fees And Costs filed by plaintiffs Trafficschool.com, Inc. and Drivers Ed Direct, LLC ("Plaintiffs") in support of Plaintiffs' Motion for Attorney Fees and Costs as set forth below.

DEFENDANTS' REPLY TO PLAINTIFFS' EVIDENTIARY OBJECTION AND MOTION TO STRIKE DECLARATION OF KATHRYN CATHERWOOD ISO DEFENDANTS' COMMENTS TO JOINT STATEMENT OF FEES AND COSTS
CASE NO. CV 06-7561 PA (CWx)

4847-3291-1374.1

Plaintiffs' evidentiary objections are without merit as follows:

1. The evidence presented by Ms. Catherwood's Declaration was soundly presented for each statement, representation, and exhibit attached to Ms. Catherwood's Declaration.

2. The evidence presented by Ms. Catherwood was consistent with this Court's November 7, 2011 Order that invited Defendants to comment on each line item entry provided in the Excel spreadsheet prepared by Plaintiffs' counsel.

3. Plaintiffs' counsels' statement that Ms. Catherwood is "someone who also is now acting as counsel of record for Defendants, as their self-designated 'expert' on attorney fees" is argumentative and not consistent with the declaration which provides foundational background of Ms. Catherwood's experience and then advises the Court of the manner in which Defendants undertook to comply with this Court's November 7, 2011 order to review the requested fees on a line by line basis. Moreover, review of a fee application does not require a designated expert as evidenced by the fact that Plaintiffs' counsel, Ms. Brosas, provided a declaration describing what she did to prepare the Excel spreadsheet. Rather, the issue is whether the fees incurred are reasonable and Ms. Catherwood's declaration provides the grounds for finding the fees were not reasonable. For example, the redactions (the description of the "R" designation) highlights for the court that the invoices provided by Plaintiffs' counsel contained redactions that made it impossible to assess reasonableness and thus the fees must be denied.

4. Defendants' objections based upon "opinion" as to the portions of the Declaration explaining the meaning of the letter codes (paragraphs 6-16) is without merit. The declaration was presented to explain the codes used as shorthand for each objection. Plaintiffs are incorrect that any "specialized" knowledge is required to provide the Court with the Defendants' objections to the time entries. The Declaration provides no "opinion" as implied by Plaintiffs; rather, it provides

2
DEFENDANTS' REPLY TO PLAINTIFFS' EVIDENTIARY OBJECTION AND MOTION TO STRIKE DECLARATION OF KATHRYN CATHERWOOD ISO DEFENDANTS' COMMENTS TO JOINT STATEMENT OF FEES AND COSTS
CASE NO. CV 06-7561 PA (CWx)

4847-3291-1374.1

a necessary explanation to the Court regarding what each coded entry stands for, including the grounds for each objection. This is not opinion and is supported by Defendants' Points and Authorities submitted concurrently with the Declaration that provided case law support for each objection, including the analysis of <u>Hensley</u> and <u>Gates</u>, which both make clear that this Court has discretion to do a line by line reduction, an across the board mathematical percent reduction or a hybrid, as long as the Court does not do so unilaterally, but provides a reasoned basis for the approach. Plaintiffs' argument to the contrary—that an across the board percent reduction is somehow improper, is not correct. The only requirement is that the Court must explain its reasoning, all as discussed in Defendants' Opposition brief. Based upon this case law, Defendants did what the Court asked and provided specific objections to each time entry as described in the Catherwood Declaration.

       5.     The declaration also provides a summary from the over 400 pages of Excel spreadsheets totaling the proposed reductions to assist the Court (paragraph 17). The backup documents from which the summaries were derived were provided to the Court in the Supplemental Joint Statement of Fees and Supplemental Joint Statement on Costs filed concurrently with the Declaration. Plaintiffs do not appear to object to the accuracy of the summary. Moreover, it is not an "opinion" to provide a mathematical calculation of the total reduction in a concise fashion with the back up provided for the Court's easy review.

       Defendants respectfully request that the Court overrule Plaintiffs' objections and consider the evidence presented by Defendants.

3
DEFENDANTS' REPLY TO PLAINTIFFS' EVIDENTIARY OBJECTION AND MOTION TO STRIKE DECLARATION OF KATHRYN CATHERWOOD ISO DEFENDANTS' COMMENTS TO JOINT STATEMENT OF FEES AND COSTS
CASE NO. CV 06-7561 PA (CWx)

4847-3291-1374.1

| | | |
|---|---|---|
| 1 | Dated:  November 28, 2011 | **FOLEY & LARDNER LLP** |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/ Kathryn M.S. Catherwood |
| 5 | | KATHRYN M.S. CATHERWOOD<br>Attorneys for Defendants |
| 6 | | EDRIVER, INC., ONLINE GURU<br>INC., FIND MY SPECIALIST, INC., |
| 7 | | SERIOUSNET, INC., RAVI K.<br>LAHOTI, RAJ LAHOTI |

4

DEFENDANTS' REPLY TO PLAINTIFFS' EVIDENTIARY OBJECTION AND MOTION TO STRIKE
DECLARATION OF KATHRYN CATHERWOOD ISO DEFENDANTS' COMMENTS TO JOINT
STATEMENT OF FEES AND COSTS
CASE NO. CV 06-7561 PA (CWx)

4847-3291-1374.1

## CERTIFICATE OF SERVICE

I hereby certify on this 28th day of November, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

FOLEY & LARDNER LLP

By: /s/ Kathryn M.S. Catherwood
Eileen R. Ridley
Andrew B. Serwin
Kathryn M.S. Catherwood
Tammy H. Boggs
Attorneys for Defendants
EDriver, Inc., Online Guru Inc., Find My Specialist, Inc., Seriousnet, Inc., Ravi K. Lahoti, Raj Lahoti

5
DEFENDANTS' REPLY TO PLAINTIFFS' EVIDENTIARY OBJECTION AND MOTION TO STRIKE DECLARATION OF KATHRYN CATHERWOOD ISO DEFENDANTS' COMMENTS TO JOINT STATEMENT OF FEES AND COSTS
CASE NO. CV 06-7561 PA (CWx)

4847-3291-1374.1