EILEEN RIDLEY, CA BAR NO. 151735
ERIDLEY@FOLEY.COM
ANDREW B. SERWIN, CA BAR NO. 179493
ASERWIN@FOLEY.COM
KATHRYN M.S. CATHERWOOD, CA BAR NO. 149170
KCATHERWOOD@FOLEY.COM
TAMMY H. BOGGS, CA BAR NO. 252538
TBOGGS@FOLEY.COM
**FOLEY & LARDNER LLP**
3579 VALLEY CENTER DR., SUITE 300
SAN DIEGO, CA 92130
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TRAFFICSCHOOL.COM, INC., a California Corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,

Plaintiffs,

v.

EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations, RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,

Defendants.

Case No: CV 06-7561 PA (CWx)

**DEFENDANTS' REPLY TO PLAINTIFFS' EVIDENTIARY OBJECTIONS AND MOTION TO STRIKE SUPPLEMENTAL DECLARATION OF ANDREW SERWIN IN SUPPORT OF DEFENDANTS' OPPOSITION**

Date: December 5, 2011
Time: 1:30 p.m.
Ctrm: 15
Judge: Honorable Percy Anderson

Complaint Filed: November 28, 2006

Defendants Edriver, Inc., Online Guru, Inc., Find My Specialist, Inc., Seriousnet, Inc., Ravi K. Lahoti, and Raj Lahoti ("Defendants") hereby reply to Plaintiffs' Evidentiary Objections And Motion To Strike Declaration Of Andrew Serwin In Support Of Defendants' Opposition filed by plaintiffs Trafficschool.com, Inc. and Drivers Ed Direct, LLC ("Plaintiffs") in support of Plaintiffs' Motion for Attorney Fees and Costs as set forth below.

Plaintiffs' evidentiary objections are without merit as follows:

1. The evidence presented by Andrew Serwin's Declaration was soundly presented for each statement and representation in Mr. Serwin's Declaration, for

DEFENDANTS' REPLY TO PLAINTIFFS' EVIDENTIARY OBJECTION AND MOTION TO STRIKE SUPPLEMENTAL DECLARATION OF ANDREW SERWIN ISO DEFENDANTS' OPPOSITION
CASE NO. CV 06-7561 PA (CWx)

4849-1798-5038.1

the purpose of correcting and clarifying the evidentiary record.

2. Mr. Serwin's alleged statements during a "meet and confer" were the *subject of Mina Hamilton and Josephine Brosas' Declarations* submitted to support Plaintiffs' attorneys' fees application. Mr. Serwin, then, possesses adequate foundation and knowledge to clarify for the Court that he does not recall the discussion in the meet and confer process as was relayed to the Court by Mses. Hamilton and Brosas.

3. Documents submitted to the Court, including the various Joint Statements, speak for themselves.

Defendants respectfully request that the Court overrule Plaintiffs' unfounded objections and to the extent deemed necessary, consider the evidence presented by Defendants.

Dated: November 28, 2011      **FOLEY & LARDNER LLP**


By: /s/ Kathryn M.S. Catherwood
KATHRYN M.S. CATHERWOOD
Attorneys for Defendants
EDRIVER, INC., ONLINE GURU
INC., FIND MY SPECIALIST, INC.,
SERIOUSNET, INC., RAVI K.
LAHOTI, RAJ LAHOTI

## CERTIFICATE OF SERVICE

I hereby certify on this 28th day of November, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

FOLEY & LARDNER LLP

By: */s/ Kathryn M.S. Catherwood*
Eileen R. Ridley
Andrew B. Serwin
Kathryn M.S. Catherwood
Tammy H. Boggs
Attorneys for Defendants
EDriver, Inc., Online Guru Inc., Find My Specialist, Inc., Seriousnet, Inc., Ravi K.
Lahoti, Raj Lahoti

3
DEFENDANTS' REPLY TO PLAINTIFFS' EVIDENTIARY OBJECTION AND MOTION TO STRIKE SUPPLEMENTAL DECLARATION OF ANDREW SERWIN ISO DEFENDANTS' OPPOSITION
CASE NO. CV 06-7561 PA (CWx)
4849-1798-5038.1