EILEEN RIDLEY, CA BAR NO. 151735
ERIDLEY@FOLEY.COM
ANDREW B. SERWIN, CA BAR NO. 179493
ASERWIN@FOLEY.COM
KATHRYN M.S. CATHERWOOD, CA BAR NO. 149170
KCATHERWOOD@FOLEY.COM
TAMMY H. BOGGS, CA BAR NO. 252538
TBOGGS@FOLEY.COM
**FOLEY & LARDNER LLP**
3579 VALLEY CENTER DR., SUITE 300
SAN DIEGO, CA 92130
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendants EDRIVER, INC., ONLINE GURU INC., FIND MY SPECIALIST, INC., SERIOUSNET, INC., RAVI K. LAHOTI, RAJ LAHOTI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California Corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations, RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>Defendants. | Case No: CV 06-7561 PA (CWx)<br><br>**DEFENDANTS' REPLY TO PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DECLARATION OF RAJ LAHOTI IN DEFENDANTS' POSITION IN JOINT STATUS REPORT**<br><br>Date: December 5, 2011<br>Time: 1:30 p.m.<br>Ctrm: 15<br>Judge: Honorable Percy Anderson<br><br>Complaint Filed: November 28, 2006 |

Defendants Edriver, Inc., Online Guru, Inc., Find My Specialist, Inc., Seriousnet, Inc., Ravi K. Lahoti, and Raj Lahoti ("Defendants") hereby reply to Plaintiffs' Evidentiary Objections And Motion To Strike Declaration Of Raj Lahoti In Support Of Defendants' Position in Joint Status Report as set forth below.

Plaintiffs' evidentiary objections are without merit as follows:

1. Plaintiffs preface their objection stating that Defendants filed an untimely and improper evidentiary objection and motion to strike the Declaration

DEFENDANTS' REPLY TO PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DECLARATION OF RAJ LAHOTI IN DEFENDANTS' POSITION IN JOINT STATUS REPORT
CASE NO. CV 06-7561 PA (CWx)

4833-5849-0382.1

of Mina Hamilton in support of the Joint Statement. (Plaintiffs' Evidentiary Objections at p. 2, lines 1-10, Doc. No. 324-9.) However, the time for a response to Ms. Hamilton's Declaration was stayed in light of the stipulation filed in connection with continuing the deadline for Plaintiffs' Motion for Attorney's Fees and allowing the parties the opportunity to explore settlement. Therefore, the suggestion that the opposition to Ms. Hamilton's declaration was untimely is not consistent with Defendants' understanding of the Stipulation of the parties. Defendants' filed their objection timely with their Opposition papers. In contrast, Mr. Lahoti's Declaration In Support of Defendants' Position in the Joint Status Report, should have been addressed with *Plaintiffs' moving brief* (and not on Reply by Plaintiffs), just as Defendants addressed Ms. Hamilton's declaration in support of same in Defendants' opening papers. As such, Defendants' evidentiary objection was timely and consistent with the parties' Stipulation, while Plaintiffs' objections here, are not. Plaintiffs have waived their right to object to Mr. Lahoti's Declaration In Support of Defendants' Position in the Joint Status Report. However, to the extent the Court considers the merits, Defendants assert the following substantive response.

    2.    The evidence presented by Mr. Lahoti's Declaration was soundly presented for each statement and representation in Mr. Lahoti's Declaration, namely, to support Defendants' Position relating to the permanent injunction, which the parties were specifically requested by the Court to address in the Joint Statement. Accordingly, the Website contents and company's practices were relevant to the subject matter of the Joint Statement.

    3.    Raj Lahoti is the co-founder and Chairman of Defendant Online Guru, Inc.,[1] and is an individually named defendant in this matter. As such, he

---

[1] Online Guru, Inc. is the company that manages the Website.

2
DEFENDANTS' REPLY TO PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DECLARATION OF RAJ LAHOTI IN DEFENDANTS' POSITION IN JOINT STATUS REPORT
CASE NO. CV 06-7561 PA (CWx)

4833-5849-0382.1

undoubtedly possesses adequate foundation and knowledge of the company's practices to present accurate and truthful evidence relating to the Website – in contrast to Plaintiffs' counsel.

4. The evidence presented by Mr. Lahoti highlights for the Court the importance of viewing the Website live, of which screen shots present a still image. Plaintiffs object to Defendants attaching screen shots as exhibits but Plaintiffs believe it is perfectly acceptable for them to attach screen shots. This one sided approach is epidemic in Plaintiffs' submissions to this Court and reminiscent of the Great Wizard of Oz who cautions Dorothy, the Scarecrow, the Tin Man and the Lion to avoid looking behind the curtain as the Wizard knows it will reveal his deception. Here, Plaintiffs have gone to great lengths to put their deceptive spin on a live website. The Court should look behind the curtain and go straight to the source to answer any questions about Defendants' compliance with the injunction, compliance that this Court has already found to exist when it denied Plaintiffs' Motion for Contempt.

Defendants respectfully request that the Court overrule Plaintiffs' objections and consider the evidence presented by Defendants.

Dated: November 28, 2011

**FOLEY & LARDNER LLP**

By: /s/ Kathryn M.S. Catherwood
KATHRYN M.S. CATHERWOOD
Attorneys for Defendants
EDRIVER, INC., ONLINE GURU INC., FIND MY SPECIALIST, INC., SERIOUSNET, INC., RAVI K. LAHOTI, RAJ LAHOTI

## CERTIFICATE OF SERVICE

I hereby certify on this 28th day of November, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

FOLEY & LARDNER LLP

By: */s/ Kathryn M.S. Catherwood*
Eileen R. Ridley
Andrew B. Serwin
Kathryn M.S. Catherwood
Tammy H. Boggs
Attorneys for Defendants
EDriver, Inc., Online Guru Inc., Find My Specialist, Inc., Seriousnet, Inc., Ravi K. Lahoti, Raj Lahoti

4
DEFENDANTS' REPLY TO PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DECLARATION OF RAJ LAHOTI IN DEFENDANTS' POSITION IN JOINT STATUS REPORT
CASE NO. CV 06-7561 PA (CWx)

4833-5849-0382.1