1
2
3
4
5                                                           **JS-6**
6
7
8                      UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California Corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations, RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual; DOES 1 through 10,<br><br>    Defendants. | CV 06–7561 PA (CWx)<br><br>AMENDED PERMANENT INJUNCTION |

   The Court, pursuant to the Mandate of the Ninth Circuit Court of Appeals, and after having considered the parties' submissions, vacates its August 28, 2008 permanent injunction requiring the employment of an acknowledgment splash page.  However, in order to counteract the inherent deceptiveness of the use of the domain name "DMV.org," the Court hereby ORDERS, ADJUDICATES AND DECREES that an amended permanent injunction shall be and hereby is entered in the above entitled matter as follows:

1. The Defendants eDriver, Inc., Online Guru, Inc., Find My Specialist, Inc., Seriousnet, Inc., Ravi K. Lahoti, and Raj Lahoti (collectively "Defendants"), their owners, officers, directors, assignees, transferees, employees, agents and representatives, and all other persons, firms or entities acting in concert or participating with them, who receive notice of the injunction, are enjoined as follows:

    (a) Defendants shall employ an acknowledgment at the top of every webpage on the DMV.ORG domain;

    (b) The acknowledgment shall state: "DMV.ORG IS A **PRIVATELY OWNED** WEBSITE THAT IS **NOT** OWNED OR OPERATED BY ANY STATE GOVERNMENT AGENCY.";

    (c) The acknowledgment shall appear in black letters on a white background and must occupy a minimum of the top 10% of the initial viewing area of each webpage on which it appears;

    (d) The statement in paragraph (b) shall appear in all capital letters, with the words "privately owned" and "not" underlined and in bold; and

    (e) The statement in paragraph (b) shall be in a font size equal to or larger than the largest font size appearing on each webpage on which the statement appears (including the font size used in the DMV.ORG logo).

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED: May 3, 2012          _____
                                             Percy Anderson
                                UNITED STATES DISTRICT JUDGE