

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID N. MAKOUS, SB# 082409
  E-Mail: makous@lbbslaw.com
DANIEL C. DECARLO, SB# 160307
  E-Mail: decarlo@lbbslaw.com
MINA I. HAMILTON, SB# 213917
  E-Mail: hamilton@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
Telephone: 213.250.1800
Facsimile:  213.250.7900

*Attorneys for Plaintiffs*
TRAFFICSCHOOL.COM, INC. and
DRIVERS ED DIRECT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT, LLC, a California limited liability company,<br><br>                    Plaintiffs,<br><br>              v.<br><br>EDRIVER, INC., ONLINE GURU, INC., FIND MY SPECIALIST, INC., and SERIOUSNET, INC., California corporations; RAVI K. LAHOTI, RAJ LAHOTI, individuals,<br><br>                    Defendants. | CASE NO. CV 06-7561 PA (CWx)<br><br>*The Honorable Percy Anderson*<br><br>DECLARATION OF JOSEPHINE A. BROSAS IN SUPPORT OF JOINT *EX PARTE* APPLICATION FOR CORRECTION OF THE COURT'S MAY 3, 2012 ORDER RE: ATTORNEYS' FEES AND COSTS |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4817-7667-4319.1

1

DECLARATION OF JOSEPHINE A. BROSAS

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## DECLARATION OF JOSEPHINE A. BROSAS

I, Josephine A. Brosas, declare as follows:

1.      I am an attorney duly admitted to practice in all of the courts of the State of California and I am an associate with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Plaintiffs TRAFFICSCHOOL.COM, INC. and DRIVERS ED DIRECT, LLC herein.  The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2.      On May 16, 2012, I called the Court Clerk, Mr. Paul Songco, as a follow up to my phone call to him the previous week regarding correction of clerical/typographical errors  in the Court's May 3, 2012 Award of Attorney's Fees and Costs (Docket Entry No. 332) (i.e., the references to "Ravi K. Hahoti" and "Raj Hahoti").  He informed me that likely by the end of that week the Court will issue an amendment correcting these errors.

3.      On Monday, May 21, 2012, I again followed up with Mr. Songco given that no amendment had been entered by the Court.  He informed me that the Court had decided not to issue any amendment or corrections, and in order to make the corrections, Plaintiffs should proceed with filing an *Ex Parte* Application to the Court.

4.      On Tuesday, May 22, 2012, at around 12:20 p.m., I left a voice mail with Defendants' counsel, Mr. Andrew Serwin of Foley & Lardner LLP, informing him of the substance and grounds for Plaintiffs' anticipated *Ex Parte* Application to the Court. I informed him that Plaintiffs will be filing an *Ex Parte* application on May 23, 2012 to correct a typographical error regarding the award for plaintiffs' motion for attorneys' fees and costs, specifically to correct the references to "Hahoti" on page 1 of D.E.. # 332.

5.      On May 22, 2012, at around 2:30 p.m., Mr. Serwin called me back and informed me that Defendants will stipulate to the requested correction and join in the Application.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   I declare under penalty of perjury under the laws of the United States of America that

2   the foregoing is true and correct and that this declaration was executed on May 23,

3   2012, at Los Angeles, California.

4

5                                      /s/ Josephine Brosas

6                                      Josephine A. Brosas

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4817-7667-4319.1

3

DECLARATION OF JOSEPHINE A. BROSAS