**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 31 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRAFFICSCHOOL.COM, INC., a California corporation; DRIVERS ED DIRECT LLC, a California limited liability company, | No. 09-55333 <br><br> D.C. No. 2:06-cv-07561-PA-CW |
| Plaintiffs - Appellants, | |
| v. | ORDER |
| EDRIVER INC., a California corporation; ONLINE GURU, INC., a California corporation; FIND MY SPECIALIST, INC., a California corporation; SERIOUSNET, INC., a California corporation; RAVI K. LAHOTI, an individual; RAJ LAHOTI, an individual, | |
| Defendants - Appellees. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 3 1 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Before:   **KOZINSKI**, Chief Judge, **W. FLETCHER**, Circuit Judge and **GETTLEMAN**, Senior District Judge.[*]

Plaintiffs' application for attorneys' fees and motion to transfer consideration of attorneys' fees on appeal to the district court are denied.

---

[*] The Honorable Robert W. Gettleman, Senior United States District Judge for the Northern District of Illinois, sitting by designation.