# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### RETURN OF RECORDS TRANSMITTAL
### FROM 9TH CIRCUIT

Routed to Santa Ana, Southern Division:        ☐            Date Received  02-12-2014

Routed to Riverside, Eastern Division:          ☐            Time Received  12 pm

Routed to Laguna Niguel,                        ☐
National Archives & Records Administration:

---

Case File Number:              2:06-cv-07561-PA-CW

Title Case Name:               Trafficschool.com.Inc, et al v. Edriver Inc, et al

Volume Number:                 1      through      12

Transcripts (number received):    4

Other Court Documents:         6 Bulky folders Docket #'s: 52, 62, 63, 69, 146, 147.

14 Sealed Envelopes Docket #'s: 54, 55, 56, 83, 84, 85, 86, 87, 88, 89, 90, 110, 149, 150.


Case File Underseal:      ☐ Yes   ☒ No   Case File Restricted:   ☐ Yes   ☒ No

Exhibits Received (number of boxes):      0

Sealed documents routed to     ☒ Yes ☐ No
Exhibits:

Case File routed to Re-file area:   ☒ Yes ☐ No   Transcripts routed to Re-file area: ☒ Yes ☐ No

Case File routed to NARA:           ☐ Yes ☒ No   Transcripts routed to NARA:          ☐ Yes ☒ No

Case File routed to B-47 area:      ☐ Yes ☒ No   Transcripts routed to B-47 area:     ☐ Yes ☒ No


Received by Records Clerk:        e.martinez      02-12-2014